```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A05-0086--CV (JWS)
         "BOBBI J. WADE V ILISAGVIK COLLEGE ET AL"

      Including terminated parties, excluding terminated counsel
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 04/22/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (2) Citizen of Another State
    DEF Diversity: (1) Citizen of This State

   Nature of Suit: (442) Jobs
                   VIOLATION OF FAMILY & MEDICAL LEAVE ACT
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 04/22/05 receipt # 00125555
         Trial by: Jury
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | WADE, BOBBI J. | Linda J. Johnson<br>Clapp Peterson & Stowers<br>711 H Street, Suite 620<br>Anchorage, AK 99501<br>907-272-9272 |
| DEF 1.1 | ILISAGVIK COLLEGE | Cynthia L. Ducey<br>Delaney Wiles et al<br>1007 W. 3rd Avenue, Suite 400<br>Anchorage, AK 99501<br>907-279-3581<br>FAX 907-277-1331 |
| DEF 2.1 | NORTH SLOPE BOROUGH | Peter C. Gamache<br>405 W. 36th Avenue, Suite 201<br>Anchorage, AK 99503<br>907-563-6969<br>FAX 907-563-5083 |
| DEF 3.1 | TUTHILL, JOHN | Cynthia L. Ducey<br>(see above) |
| DEF 4.1 | TAYLOR, PAMELA | Cynthia L. Ducey<br>(see above) |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0086--CV (JWS)
                           "BOBBI J. WADE V ILISAGVIK COLLEGE ET AL"

                                     For all filing dates


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 04/22/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (2) Citizen of Another State
    DEF Diversity: (1) Citizen of This State

   Nature of Suit: (442) Jobs
                   VIOLATION OF FAMILY & MEDICAL LEAVE ACT
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 04/22/05 receipt # 00125555
         Trial by: Jury


Document #   Filed     Docket text

     1 -  1  04/22/05  Complaint filed.

  NOTE -  2  05/05/05  Issued: summons on DEF 1.

     2 -  1  05/05/05  PLF 1 Attorney Appearance of L. Johnson.

     3 -  1  05/05/05  PLF 1 Jury Demand.

  NOTE -  1  05/11/05  Issued: summons re: DEF 2,3, & 4.

     4 -  1  05/27/05  PLF 1 Return of Service on DEF 1 & DEF 3; Executed 5/5/05 & 5/13/05,
                       respectively.

     5 -  1  06/30/05  DEF 1; 3-4 motion to dismiss for improper venue w/att memo & exhs.

     6 -  1  07/01/05  JWS Minute Order that plf file proofs of svc on defs served & proceed to
                       serve other defs so as to comply w/FRCvP 4(m). cc: cnsl

     7 -  1  07/12/05  PLF 1 Return of Service on DEF 2 & DEF 4; Executed 5/31/05 & 5/31/05,
                       respectively.

     8 -  1  07/13/05  PLF 1 opposition to DEF 1; 3-4 motion to dismiss for improper venue
                       (5-1).

     9 -  1  07/18/05  DEF 2 joinder to DEF 1; 3-4 motion to dismiss for improper venue (5-1).

    10 -  1  07/18/05  DEF 2 Answer to Complaint.

    11 -  1  07/18/05  DEF 1; 3-4 Unopposed motion for extension of time until 8/3/05 to file
                       reply to plaintiff's opposition to motion to dismiss.

    11 -  2  07/19/05  Order granting unoppo mot for ext of time until 8/3/05 to file reply to
                       plf's oppo to mot to dismiss (11-1). cc: cnsl

    12 -  1  07/27/05  JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                       due w/i 28 days from svc of this ord. cc: cnsl
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0086--CV (JWS)
                         "BOBBI J. WADE V ILISAGVIK COLLEGE ET AL"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 08/03/05 | DEF 1-4 reply to opposition to DEF 1; 3-4 motion to dismiss for improper venue (5-1). |
| 14 - 1 | 08/17/05 | DEF 2 Attorney Substitution of Peter C. Gamache for Harold J. Curran. |
| 15 - 1 | 08/22/05 | DEF 1; 3-4 motion to extend deadline to file scheduling & conference report until after order on motion for dismissal. |
| 16 - 1 | 08/25/05 | PLF 1 motion submitting scheduling & planning conference report w/att exhs. |
| 16 - 2 | 08/25/05 | PLF 1 opposition to DEF 1; 3-4 motion to extend deadline to file scheduling & conference report until after order on motion for dismissal (15-1) w/att exhs. |
| 17 - 1 | 08/26/05 | JWS Minute Order denying mot to extend ddln to file S&P rpt until after (15-1), mot submitting S&P conf rpt (16-1); parties have until 9/9/05 to file proper joint planning & scheduling rpt. cc: cnsl |
| 18 - 1 | 09/09/05 | PLF 1; DEF 1-4 Scheduling & Planning Conference Report. |
| 19 - 1 | 09/20/05 | JWS Order granting/denying motion to dismiss for improper venue (5-1); clms for intentional interference, breach of implied covenant & violation of public policy dism; other clms still pending. cc: cnsl |
| 20 - 1 | 09/21/05 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 08/15/06; dispositive mots ddln 09/15/06; 5 day TBJ estimate. cc: cnsl |
| 21 - 1 | 09/23/05 | DEF 1-4 motion for reconsideration of 9/20/05 order. |
| 22 - 1 | 10/11/05 | JWS Order denying motion for reconsideration of 9/20/05 order (21-1). cc: cnsl |
| 23 - 1 | 10/14/05 | DEF 1; 3-4 Answer to Complaint. |
| 24 - 1 | 11/15/05 | Stipulation re: confidential documents. |
| 24 - 2 | 11/16/05 | JWS Order approving stip re: confidential documents (24-1). cc: cnsl |