**EXHIBITS TO PLAINTIFF'S MOTION TO COMPEL**

## TABLE OF CONTENTS

Exhibit A    Ilisagvik College Initial Disclosures.

Exhibit B    Privilege Log.

Exhibit C    Letter dated October 4, 2005 from Linda Johnson to Cynthia Ducey.

Exhibit D    Letter dated October 24, 2005 from Linda Johnson to Cynthia Ducey.

Exhibit E    Letter dated November 2, 2005, from Cynthia Ducey to Linda Johnson.

Exhibit F    Court approved confidentiality agreement.

Exhibit G    Responses to First Set of Discovery To Ilisagvik College.

Exhibit H    Second Privilege Log.

Exhibit I    Letter dated November 21, 2005, from Linda Johnson to Cynthia Ducey.

Exhibit J    Letter dated December 5, 2005, from Cynthia Ducey to Linda Johnson.

Exhibit K    Letter dated December 6, 2005, from Linda Johnson to Cynthia Ducey.

Exhibit L    Letter dated December 16, 2005, from Linda Johnson to Cynthia Ducey.

Exhibit M    Letter dated December 22, 2005, from Cynthia Ducey to Linda Johnson.

Exhibit N    Letter dated January 4, 2006, from Linda Johnson to Cynthia Ducey.

Exhibit O    Letter dated February 10, 2006, from Linda Johnson to Cynthia Ducey.

Exhibit P    First Supplement to Discovery Requests, dated February 17, 2006.

Exhibit Q    Letter dated February 17, 2006, from Cynthia Ducey to Linda Johnson.