IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

BOBBI J. WADE, )
  )
  Plaintiff, )
  )
vs. )
  )
ILISAGVIK COLLEGE, NORTH SLOPE )
BOROUGH, JOHN TUTHILL, individually, )
and PAMELA TAYLOR, individually, )
  )
  Defendants. )
_____) Case No. A05-086 CV (JWS)

**DEFENDANTS' INITIAL DISCLOSURES AND PRELIMINARY WITNESS LIST**

Defendants Ilisagvik College, John Tuthill, and Pamela Taylor, by and through counsel, submit their Initial Disclosures in compliance with Fed. R. Civ. P. 26(a) and this Court's September 21, 2005 Scheduling and Planning Order.

  A. **Individuals Likely To Have Discoverable Information And Preliminary Witness List**

  1. Sonya Abu – **Attorney-Client Privilege**
     Current address unknown

     Ms. Abu is a former Student Retention Officer at Ilisagvik College. She is expected to testify about the circumstances concerning Plaintiff's employment, and the allegations in her Complaint.

  2. Courtneay Bartholomew
     Assistant Professor of Information Technology
     Ilisagvik College
     P.O. Box 749
     Barrow, AK 99723
     (907) 852-1735

     Mr. Bartholomew is an Assistant Professor of Information Technology at Ilisagvik College. He is expected to testify about the circumstances concerning Plaintiff's employment, and the allegations in her Complaint.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Exhibit A
Page 1 of 6

3. Rob Carrillo
   Distance Educator Coordinator
   Ilisagvik College
   P.O. Box 749
   Barrow, AK 99723
   (907) 852-1706

   Mr. Carrillo is the Distance Education Coordinator at Ilisagvik College. He is expected to testify about the circumstances concerning Plaintiff's employment and the allegations in her Complaint.

4. Mae Lorenz Amistoso Haimes
   Program Assistant- Registrar & Admissions
   Ilisagvik College
   P.O. Box 749
   Barrow, AK 99723
   (907) 852-1771

   Ms. Haimes is a Program Assistant at Ilisagvik College. She is expected to testify about the circumstances concerning Plaintiff's employment, and the allegations in her Complaint.

5. Diana Kennedy – **Attorney-Client Privilege**
   c/o Delaney, Wiles
   1007 W. 3rd Avenue, Suite 400
   Anchorage, Alaska 99501
   (907) 279-3581

   Ms. Kennedy is the Assistant to the Dean of Instruction at Ilisagvik College. She is expected to testify about the circumstances concerning Plaintiff's employment, and the allegations in her Complaint.

6. Dawn Robinson
   Title III Grant & Academic Program Assistant
   Ilisagvik College
   P.O. Box 749
   Barrow, AK 99723
   (907) 852-1816

   Ms. Robinson is the Title III Grant & Academic Program Assistant at Ilisagvik College. She is expected to testify about the circumstances concerning Plaintiff's employment, and the allegations in her Complaint.

DELANEY, WILES,
HAYES, GERETY,
LIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

**Defendants' Initial Disclosures and Preliminary Witness List**
*Wade v. Ilisagvik College, et al.*; Case No. A05-086 CV (JWS)
Page 2 of 6

Exhibit  A
Page  2  of  6

7. Pamela Taylor – **Attorney-Client Privilege**
c/o Delaney, Wiles
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581

Ms. Taylor is a defendant in this matter. She will testify about the circumstances concerning Plaintiff's employment, and the allegations in her Complaint.

8. John Tuthill – **Attorney-Client Privilege**
c/o Delaney, Wiles
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581

Mr. Tuthill is a defendant in this matter. He will testify about the circumstances concerning Plaintiff's employment, and the allegations in her Complaint.

9. Aimee Valenti
Ilisagvik College
P.O. Box 749
Barrow, AK 99723
(907) 852-1816

Ms. Valenti is a former instructor at Ilisagvik College. She is expected to testify about the circumstances concerning Plaintiff's employment, and the allegations in her Complaint.

10. John Unruh – **Attorney-Client Privilege**
c/o Delaney, Wiles
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581

Mr. Unruh is the Dean of Instruction at Ilisagvik College and is expected to testify about the circumstances concerning Plaintiff's employment, and the allegations in her Complaint.

11. Dr. Edna McLean – **Attorney-Client Privilege**
c/o Delaney, Wiles
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581

DELANEY, WILES,
HAYES, GERETY,
LIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

**Defendants' Initial Disclosures and Preliminary Witness List**
*Wade v. Ilisagvik College, et al.*; Case No. A05-086 CV (JWS)
Page 3 of 6

Exhibit A
Page 3 of 6

Dr. McLean is the former President of Ilisagvik College and is expected to testify about the circumstances concerning Plaintiff's employment, and the allegations in her Complaint.

12. Jay St. Vincent
    Assistant Professor of English
    Ilisagvik College
    P.O. Box 749
    Barrow, AK 99723
    (907) 852-1712

Ms. St. Vincent is an Assistant Professor of English at Ilisagvik College. She is expected to testify about the circumstances concerning Plaintiff's employment, and the allegations in her Complaint.

13. John Van Hoesen – **Attorney-Client Privilege**
    c/o Delaney, Wiles
    1007 W. 3rd Avenue, Suite 400
    Anchorage, Alaska 99501
    (907) 279-3581

Mr. Van Hoesen is a former Chief Financial Officer of Ilisagvik College. He is expected to testify about the circumstances concerning Plaintiff's employment, and the allegations in her Complaint.

14. Cheryl McKay
    Landye Bennett Blumstein LLP
    701 West 8th Avenue, Suite 1200
    Anchorage, AK 99501

Ms. McKay is outside general counsel for Ilisagvik College and is a potential witness. She has knowledge about the circumstances concerning Plaintiff's employment, and the allegations in her Complaint.

15. Bobbi Wade
    c/o Linda Johnson
    Clapp, Peterson, Van Flein
    Tiemessen & Thorsness, LLC
    711 H Street, Suite 620
    Anchorage, AK 99501

    Plaintiff

16. Patrick O'Rourke
    Current address unknown

DELANEY, WILES,
HAYES, GERETY,
LIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Defendants' Initial Disclosures and Preliminary Witness List
*Wade v. Ilisagvik College, et al.*; Case No. A05-086 CV (JWS)
Page 4 of 6

Exhibit A
Page 4 of 6

B. **Discoverable Documents**

The following documents are available for inspection and review at the law offices of Delaney, Wiles, Hayes, Gerety, Ellis & Young upon reasonable notice. Documents numbered 20001 - 21329, and Privilege Log.

1. Letter to EEOC. Documents # 20001-20155.

2. Wade grievance exhibits. Documents # 20156-20283.

3. Letter to AIG (5/17/2005). Documents # 20284-20338.

4. Plaintiff's personnel file. Documents # 20339-20532.

5. Ilisagvik College Employee Handbook. Documents # 20533-20644.

6. Ilisagvik College Board of Trustees Approved Policy Manual. Documents # 20645-20756.

7. Sonya Abu e-mail. Documents # 20757-20768.

8. John Tuthill file: Bobbi Wade communication. Documents # 20769-20909.

9. John Tuthill file: Bobbi Wade grievance. Documents # 20910-21109.

10. North Slope Borough Professional Services Agreement. Documents # 21110-21123.

11. Sonya Abu e-mail and student notes. Documents # 21124-21208.

12. Alaska National Insurance Company policy. Documents #21210-21329.

C. **Computation of Damages**

Not Applicable

D. **Insurance Agreement**

See documents 21210 - 21329. In addition a copy of Ilisagvik College's AIG insurance policy has been requested and will be produced upon receipt.

ELANEY, WILES,
IAYES, GERETY,
IS & YOUNG, INC.
SUITE 400
07 WEST 3RD AVENUE
CHORAGE, ALASKA
(907) 279-3581

**Defendants' Initial Disclosures and Preliminary Witness List**
*Wade v. Ilisagvik College, et al.*; Case No. A05-086 CV (JWS)
Page 5 of 6

Exhibit ___A___
Page ___5___ of ___6___

DATED at Anchorage, Alaska this 30 day of September, 2005.

          **DELANEY, WILES, HAYES,**
          **GERETY, ELLIS & YOUNG, INC.**
          Attorneys for Defendants
          Ilisagvik College, John Tuthill and Pamela Taylor

          /s/ Cynthia Ducey
          Cynthia L. Ducey ASBA# 8310161

**Certificate of Service**

On this 30th day of September,
2005, I caused to be mailed
by the U.S. Postal Service a copy
of this document upon:

Linda Johnson
Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501

Peter C. Gamache
405 West 36th Avenue, Suite 201
Anchorage, AK 99503

/s/
Doc. No. 108602

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

**Defendants' Initial Disclosures and Preliminary Witness List**
*Wade v. Ilisagvik College, et al.*; Case No. A05-086 CV (JWS)
Page 6 of 6

Exhibit A
Page 6 of 6