Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 21006 | | Unknown | Tuthill | Wade | Grievance | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21015 | 21019 | 2/28/2004 | | | Class Lists | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21032 | 21034 | 2/26/2004 | | | Class Lists | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21038 | | | Phillips | Valenti | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21040 | | | Phillips | Valenti | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21041 | | 1/20/2004 | Student | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 21 of 30

Exhibit B
Page 21 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 21042 | | 1/21/2004 | Tuthill Wade Carlson St. Vincent Kennedy | Valenti | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21044 | | 2/26/2004 | | | Class List | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21056 | | 1/6/2004 | | | Registration Form | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21057 | | 2/3/2004 | | | Class List | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21058 | | 2/5/2004 | | | Grade Book | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 22 of 30

Exhibit B
Page 22 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 21059 | 21060 | 1/3/2003 | | | Office Assistant Endorsement | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21061 | | 1/3/2003 | | | Admin Assistant Certificate | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21062 | | 1/3/2003 | | | Applied Business-Exec. Administrative Assistant; Associate of Applied Science Degree | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21063 | 21065 | 2/26/2004 | | | Class Lists | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21067 | 21071 | 2/28/2004 | | | Class Lists | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 23 of 30

Exhibit B
Page 23 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End. Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 21074 | | 1/20/2004 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21124 | | 2/2/04 | Abu | Wade | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21125 | | 2/2/04 | Abu | Wade | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21126 | | 4/13/04 | Abu | Wade | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21128 | 21130 | 12/10/03 | Abu, Tuthill | Kennedy | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21131 | | 12/17/03 | Abu | Wade | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 21132 | 21133 | 12/17/03 | Bartholomew | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21134 | | 10/20/03 | Abu | Carrillo | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21135 | 21139 | 10/6/03 | Abu | Brower | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21142 | | 11/10/03 | | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21143 | | 9/2/03 | | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20144 | | 9/9/03 | | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 25 of 30

Exhibit B
Page 25 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 21146 | | 11/3/03 | | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21147 | 21153 | 9/15/03 | | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21154 | 21155 | 10/29/03 | | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21157 | | 1/7/04 | | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21158 | | 10/29/03 | | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21160 | | 9/10/03 | Wade | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 26 of 30

Exhibit B
Page 26 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 21161 | | 9/18/03 | Abu | Wade | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21162 | | 9/22/03 | Bartholomew Wade | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21163 | | 9/29/03 | Abu; Redito; Haimes | Sage | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21164 | 21165 | 9/16/03 | Abu | Wade | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21166 | 21169 | 9/9/05 | Ducey | Abu | Email | Withheld | Attorney Client Privilege |
| 21170 | 21171 | 9/2/03 | | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 27 of 30

Exhibit B
Page 27 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 21172 | | 9/9/03 | Abu | Wade | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21173 | 21180 | 9/15/03 | | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21181 | | 9/16/03 | Abu | Wade | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21182 | | 9/18/03 | Abu | Wade | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21183 | | 9/22/03 | Bartholomew Wade | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21184 | | 9/29/03 | Abu; Redito; Haimes | Sage | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 28 of 30

Exhibit B
Page 28 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 21185 | 21187 | 10/6/03 | Abu | (Student) | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21188 | | 10/20/03 | Abu | Carrillo | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21189 | | 10/29/03 | | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21190 | 21191 | 10/29/03 | | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21193 | | 11/3/03 | | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21196 | | 11/10/03 | | Abu | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Bobbie Wade v. Ilisagvik College
Privilege Log

| Reg. Doc. No. | End. Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 21197 | 21206 | 12/10/03 | Abu; Tuthill | Kennedy | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 21208 | | 4/13/04 | Abu | Wade | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 30 of 30

Exhibit B
Page 30 of 30