# CLAPP • PETERSON
## VAN FLEIN • TIEMESSEN • THORSNESS
### LLC

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Laura S. Gould
John P. Wood
Linda J. Johnson
Liam J. Moran, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

October 4, 2005

**By Facsimile**

Cynthia Ducey, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501

Re: Wade v. Ilisagvik College/North Slope Borough
Our File No. 400-85

Dear Cindy:

I received the initial disclosures for your clients. I was disappointed to see that you failed to copy the documents you identified as discoverable. We made copies for both you and Peter Gamache without request and expected that you would do the same. Regardless, we wish to have whole copies of the documents without redaction.

I was amazed to see the extensive "privilege log" you attached, especially in light of the fact that none of the documents appears to be legitimately privileged according to the federal rules. "Privacy" is not an enumerated reason to redact or withhold a document without a court order to do so.

Further your estimation of what is, or is not, calculated to lead to the discovery of admissible evidence is off-base, since most of the documents that you have apparently redacted were sent to or authored by my client.

If you wish to protect certain documents, then I expect that you will contact me for an agreement or move the court for a protective order. Otherwise, I insist that all the documents you have identified be produced without redaction. If you do not comply, I will of course be forced to move the court myself, which will also entail a motion for sanctions.

I look forward to hearing from you.

Sincerely,

Linda J. Johnson

cc: Peter Gamache

Exhibit C
Page 1 of 1

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272   email • anch@cplawak.com   fax • 907-272-9586