# Clapp • Peterson
## Van Flein • Tiemessen • Thorsness
#### LLC

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Laura S. Gould
John P. Wood
Linda J. Johnson
Liam J. Moran, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

October 24, 2005

**By Facsimile**

Cynthia Ducey, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501

Re: Wade v. Ilisagvik College/North Slope Borough
Our File No. 400-85

Dear Cindy:

My paralegal has now retrieved copies of all the redacted documents identified in your initial disclosures from your office. The redactions are still unacceptable. They appear to be, in large part, redactions of names of students at Ilisagvik. The names of the students are not confidential, especially since the students are adults. With the redactions, it will be impossible for us to determine which student is referenced in an e-mail or other communication or to follow the series of communications. The names of the students are likely to lead to the discovery of relevant information. The redactions hamper our prosecution efforts.

Your clients have no privilege to withhold documents or redact information from their initial disclosures. Fed. R. Civ. Pro. 26(b) states that a party may obtain discovery regarding any matter, not privileged that is relevant to a claim or defense of any party. Federal Rule of Evidence 501 defers to the state rules for a definition of privilege. The Alaska Rules of Evidence do not recognize privacy of adult students as a privilege.

Despite my last letter, I have not heard from you whether your client will produce the documents in unredacted form. This letter serves as a second and last request for production of the documents in unredacted form.

I look forward to hearing from you.

Sincerely,

Linda J. Johnson

cc: Peter Gamache

Exhibit D
Page 1 of 1

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272   email • anch@cplawak.com   fax • 907-272-9586