**DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN CLEMENT

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

November 2, 2005

VIA FAX

Linda Johnson
Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501

RE: Bobbi Wade v. Ilisagvik College, et al.
    Case No. A05-086 Civil

Dear Linda:

   I received your letter dated October 24, 2005. I disagree that the right to privacy does not include the privacy rights of adult students. The Ilisagvik's Trustee's Book Of Policies § 9.05, provides that documents regarding students are confidential and shall not be disclosed.

   In other cases where I have dealt with information that is protected by a right to privacy the parties attempt to come to a stipulated confidentiality agreement and request that the court enter an order based on the stipulation. I enclose such a proposed stipulation for your review. Bear in mind that some of the documents we received came to us in redacted form. I do not know if the college has unredacted copies of the documents in the possession of the college; however the bulk of the documents can be disclosed without redaction once we reach agreement.

Sincerely,

Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.

Cynthia L. Ducey

CLD:jmb/110089
Enclosures

Exhibit E
Page 1 of 1