*Order*
*400-85*
NOV 17 2005

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 NOV 15 PM 4:11

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ILISAGVIK COLLEGE, NORTH SLOPE )<br>BOROUGH, JOHN TUTHILL, individually )<br>and PAMELA TAYLOR, individually )<br>)<br>Defendants. )<br>_____) | Case No. A05-086 CV (JWS)<br><br>**STIPULATION AND ORDER**<br>**RE: Confidential Documents** |

The parties hereto, by and through their respective undersigned attorneys of record, hereby stipulate and agree that:

1. Defendant, Ilisagvik College is in possession of certain documents sought by the plaintiff, which may be relevant to contested issues in this case. Defendants will seek information from the plaintiff, including medical records and financial records, which may also give rise to relevant information. In order to complete discovery, and to protect the confidential status of certain documents is hereby agreed as follows:

2. Records of the College, which contain names of students, as well as personnel files of Ilisagvik employees that may be produced by the defendants and plaintiff's medical records and financial records shall not be used, shown, disseminated, copied, or in any way communicated to anyone for any purpose whatsoever, other than as required for the preparation, trial of this action, and any subsequent appeal.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Exhibit F
Page 1 of 5

24

3.   Except as provided below, protected documents and the information contained therein shall be kept confidential from all persons, and may not be used by any of the parties hereto and/or their counsel of record and/or other counsel of record in any other action involving them. Those documents and materials produced by the parties pursuant to Fed. R. Civ. P. 26-36 and marked by the parties as "CONFIDENTIAL" (and also marked with the case number of this action) are being produced by the parties pursuant to this Stipulation and Order only under the conditions and terms stated herein; they are hereinafter referred to as "Confidential Documents." This Stipulation and Order does not cover every document produced by the parties but applies only to specific documents that are designated and marked by the parties as "Confidential." The parties' determination to mark a document "Confidential" shall be made in good faith.

4. The "Confidential" documents shall not be shown to anyone without the written consent of the party asserting confidentiality, or upon further order of this court, with the following exceptions:

(a)   Counsel of record and named parties in this action;

(b)   Employees of counsel of record assigned to and necessary to assist counsel in the preparation of trial in this action;

(c)   Independent experts and consultants retained by parties whose assistance is necessary for the preparation of trial of this action;

(d)   Witnesses, to the extent necessary to obtain their testimony.

5.   If a party objects to the designation of any document(s) as "CONFIDENTIAL," the party may apply to the court for relief from the terms of this Stipulation with respect to the specific document(s). Any application that appends documents designated "Confidential," or references confidential documents, must follow the procedures set forth in paragraph 6 below.

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Stipulation and Order Re Confidential Documents

Exhibit F
Page 2 of 5    Page 2 of 6

6. Before being given access to any "Confidential" document, any person described in Section 2 above, to whom a party intends to show, deliver or disseminate information from "Confidential" documents, shall be advised of the terms of this Stipulation and Order, shall be given a copy of this Stipulation and Order, shall execute a copy of **Exhibit A** to Stipulation and Order, and shall agree to be bound by the terms of this Stipulation and Order and Exhibit A thereto.

7. To the extent that any "Confidential" document or information contained therein is used in connection with any depositions in this action, the protected documents or information contained therein shall remain subject to the provisions of this Stipulation and Order, along with the related transcript pages pertaining to the "Confidential" documents or information. At the time any protected document is used in any deposition, the court reporter will be informed of this Stipulation and Order, and will be required to proceed in a manner consistent with its terms. The reporter shall separately label the confidential portions of the deposition transcript as "CONFIDENTIAL." In the event that the court subsequently determines that any exhibit marked "Confidential" pursuant to this paragraph is not entitled to protection under Rule 26(c), then those portions of the transcript discussing such documents and previously designated as "Confidential" shall no longer be treated as a confidential document.

8. Prior to the disclosure of the contents of any document subject to this Stipulation and Order during any arguments in open court or during trial, the parties shall supply a copy of the confidential document to all counsel of record, and each party shall have an opportunity to make objections and request permission from the court to maintain confidentiality of such disclosure, prior to the document or any contents thereof being made part of a public record.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Stipulation and Order Re Confidential Documents

Exhibit F
Page 3 of 5    Page 3 of 6

9. Notwithstanding paragraph 8, nothing in this Stipulation shall prevent the parties and counsel of record from using "Confidential" documents to impeach the party asserting confidentiality or other witnesses at deposition, pretrial hearings or at trial. The parties do not waive any positions regarding the admissibility or inadmissibility of any documents produced hereunder.

10. The parties, all counsel of record, expert(s), or any other person retained by the parties who have access to any of the information contained in the "Confidential" documents shall not under any circumstances advertise or publicize the contents of the "Confidential" documents or the fact that a party has obtained the "Confidential" documents except in court or pursuant to court order.

11. After the termination of this litigation, the provisions of this Stipulation and Order shall continue to be binding, except with respect to those portions of the "Confidential" documents or information herein that has become a matter of public record. Further, promptly upon the conclusion of this action, all "Confidential" documents, copies of same, and all excerpts from any protected documents shall be returned to counsel for the party asserting confidentiality.

12. This Stipulation and Order shall be binding upon all parties, all counsel of record, experts, employees, agents, legal representatives, and any other people or organizations over which they have control.

Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
Attorney for Bobbi Wade

DATED: Nov. 4, 2005

Linda Johnson

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Stipulation and Order Re Confidential Documents

Exhibit F
Page 4 of 5
Page 4 of 6

Peter C. Gamache
Attorney for North Slope Borough

DATED: Nov. 8, 2005

_____
Peter C. Gamache

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendants Ilisagvik College,
John Tuthill, and Pamela Taylor

Dated: November 2, 2005

_____
Cynthia L. Ducey, ASBA # 8310161

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY SO ORDERED.

ENTERED this 16th day of November, 2005, at Anchorage, Alaska.

_____
Judge Sedwick

FILED NOV 16 2005

A05-0086--CV (JWS)    11-16-05
--------------------------------------------------
P. GAMACHE
C. DUCEY (DELANEY)
L. JOHNSON

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Stipulation and Order Re Confidential Documents      Exhibit F      Page 5 of 6
                                                      Page 5 of 5