Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg Doc. No. | End Doc. No. | Date | Recipients | Author | Description | Status | Basis For Privilege |
|---|---|---|---|---|---|---|---|
| 20035 | 20037 | 3/4/2005 | | | Payroll Report | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20041 | 20042 | Unknown | Tuthill | Wade | Grievance | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20047 | | 1/20/2004 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20051 | 20052 | 1/15/2004 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20056 | 20057 | 2/29/2004 | Wade | Taylor | Grievance | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 1 of 30

Exhibit H
Page 1 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20066 | 20070 | 2/28/2004 | | | Class List | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20083 | 20085 | 2/26/2004 | | | Class List | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20089 | | | Phillips | Valenti | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20091 | | | Phillips | Valenti | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20092 | | 1/20/2004 | Wade | Student | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 2 of 30

Exhibit H
Page 2 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20093 | | 1/21/2004 | Tuthill Wade Carlson St. Vincent Kennedy | Valenti | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20094A | | 2/26/2004 | | | Class List | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20106 | | 1/6/2004 | Ilisagvik | Student | Registration Form | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20107 | | 2/3/2004 | | | Class list | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20108 | | 2/5/2004 | | | Grade Book | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 3 of 30

Exhibit H
Page 3 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20109 | 20110 | 1/2/2003 | | | Office Assistant Endorsement | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20111 | | 1/3/2003 | | | Admin. Assistant Certificate | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20112 | | 1/23/2003 | | | Applied Business-Executive Admin Assistant; Associate of Applied Science Degree | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20113 | 20115 | 2/26/2004 | | | Class Lists | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20117 | 20121 | 2/28/2004 | | | Class Lists | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End. Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20124 | | 1/20/2004 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20144 | | Unknown | Wade | Tuthill | Grievance | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20166 | | Unknown | Tuthill | Wade | Grievance | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20174 | 20175 | Unknown | Wade | Tuthill | Grievance | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20247 | | 9/5/2003 | Wade | Tuthill | E-Mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20248 | 20249 | 9/5/2003 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 5 of 30

Exhibit 1
Page 5 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20250 | | 9/5/2003 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20251 | 20252 | 10/3/2003 | Kennedy Tuthill | Abu | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20258 | 20259 | 12/10/2003 | Abu Tuthill | Kennedy | E-Mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20260 | | 1/6/2004 | Tuthill | Wade | E-Mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20261 | 20265 | | | | Student List | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20266 | | 12/16/2003 | Tuthill Taylor Kennedy Bartholomew | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 6 of 30

Exhibit H
Page 6 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20267 | | 12/16/2003 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20268 | | 12/16/2003 | Tuthill | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20269 | 20270 | 12/16/2003 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20273 | | 12/18/2003 | Tuthill Kennedy | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20274 | | | | | Student List | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20275 | | 12/18/2003 | Perkett | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20276 | | 12/19/2003 | Tuthill | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20278 | | 1/23/2004 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20279 | 20280 | 1/15/2004 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20281 | | 1/20/2004 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20486 | 20491 | Unknown | Wade | Student | Class Work | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20516 | | 3/27/02 | Wade | Student | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 8 of 30

Exhibit A
Page 8 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20533 | | 6/15/05 | Ducey | McKay | Correspondence | Withheld | Attorney Client Privilege |
| 20763 | | 10/20/2003 | Students | St. Vincent | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20766 | 20767 | 10/20/2003 | Students | St. Vincent | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20768 | | 2/6/2004 | Tuthill Perkett | Abu | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20769 | | 4/2/2004 | Tuthill | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20771 | | 1/23/2004 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 9 of 30

Exhibit H
Page 9 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20772 | | 1/21/2004 | Tuthill Wade Carlson St. Vincent Kennedy | Valenti | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20774 | | 1/14/2004 | Perkett | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20776 | | 1/14/2004 | Perkett | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20777 | | 1/13/2004 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20781 | | 1/6/04 | Wade | Tuthill | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 10 of 30

Exhibit H
Page 10 of 30