Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20782 | | 12/30/2003 | Student | Valenti | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20783 | | 12/19/2003 | Tuthill | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20784 | | 12/18/2003 | Perkett | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20785 | | 12/18/2003 | Tuthill Kennedy | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20788 | | 12/16/03 | Tuthill | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20790 | | 12/16/03 | Tuthill | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 11 of 30

Exhibit H
Page 11 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20793 | 20794 | 12/10/2003 | Abu Tuthill | Kennedy | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20803 | | 10/20/2003 | Students | St. Vincent | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20807 | | 10/20/2003 | Students | St. Vincent | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20810 | | 10/22/2003 | Wade | Abu | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20821 | | 10/8/2003 | Tuthill | McKay | E-mail | Withheld | Attorney Client Privilege |
| 20822 | | 10/8/2003 | Taylor | McKay | E-mail | Withheld | Attorney Client Privilege |
| 20823 | | 10/8/2003 | McKay | Taylor | E-mail | Withheld | Attorney Client Privilege |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 12 of 30

Exhibit H
Page 12 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20826 | | 10/3/03 | Abu | Kennedy | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20829 | | 9/5/2003 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20830 | 20831 | 9/5/2003 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20832 | | 9/5/2003 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20834 | 20837 | 4/24/2003 | Meyers | Wade | Memo | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20838 | | 4/22/2003 | Meyers | Wade | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 13 of 30

Exhibit H
Page 13 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis For Privilege |
|---|---|---|---|---|---|---|---|
| 20839 | | 12/28/1999 | UAF | | Transcript | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20840 | | 12/19/2002 | | | Transcript | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20841 | | 4/22/2003 | Student | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20842 | | 4/22/2003 | Meyer Grinage Weylouanna | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20843 | | 4/21/2003 | Meyers | Student | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20845 | | 1/20/2004 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20846 | | 1/8/2002 | | Student | Tuition Waiver | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20847 | | 1/14/2004 | | Student | Academic Petition | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20848 | | 1/16/2004 | Tuthill | Gamboa | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20849 | | 1/16/2004 | | | Transcript | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20850 | 20851 | 1/14/2004 | | | Individual Study Approval | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20852 | 20856 | | | | Student List/Memo | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 15 of 30

Exhibit 14
Page 15 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End. Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20861 | 20878 | | | | Grade Book | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20879 | | 1/14/2004 | | | Academic Petition | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20880 | | 1/7/2004 | | | Registration Form | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20881 | | 1/13/2004 | | | Registration Form | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20882 | | 1/6/2004 | | | Registration Form | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20904 | 20909 | Undated | Unknown | Student | Assignment | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 16 of 30

Exhibit H
Page 16 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20939 | | | McKay | | Memo | Withheld | Attorney Client Privilege |
| 20942 | | 9/5/2003 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20943 | 20944 | 9/5/2003 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20945 | | 9/5/2003 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20946 | | 10/3/2003 | Kennedy Tuthill | Abu | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20947 | | 10/29/03 | Abu | Wade | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 17 of 30

Exhibit 17 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20953 | 20954 | 12/10/2003 | Abu Tuthill | Kennedy | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20955 | | 1/6/2004 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20956 | 20960 | | | | Student List | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20961 | | 12/16/2003 | Tuthill Taylor Kennedy Bartholomew | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20962 | | 12/16/2003 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20963 | | 12/16/2003 | Tuthill | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 18 of 30

Exhibit H
Page 18 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20964 | 20965 | 12/16/2003 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20968 | | 12/18/2003 | Tuthill Kennedy | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20969 | | | | | List | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20970 | | 12/18/2003 | Perkett | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20971 | | 12/19/2003 | Tuthill | Wade | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20973 | | 1/23/04 | Wade | Tuthill | Email | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |



Exhibit H
Page 19 of 30

Bobbie Wade v. Ilisagvik College
Privilege Log

| Beg. Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20974 | 20975 | 1/15/2004 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20976 | | 1/20/2003 | Wade | Tuthill | E-mail | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20982 | 20983 | 2/29/04 | Tuthill | Wade | Grievance | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20985 | | 2/29/04 | Tuthill | Wade | Grievance | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20990 | | 3/2/04 | Tuthill | Wade | Grievance | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |
| 20991 | | 3/2/04 | Wade | Tuthill | Grievance | Redacted | Privacy; Not relevant or calculated to lead to discoverable evidence |

Wade v. Ilisagvik
Privilege Log

Doc. No. 105330
Page 20 of 30

Exhibit H
Page 20 of 30