**DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

December 5, 2005

VIA FAX

Linda Johnson
Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501

RE: Bobbi Wade v. Ilisagvik College, et al.
    Case No. A05-086 Civil

Dear Linda:

  I was out of the office much of the day December 2, and thus received your letter dated December 2, 2005 this morning. You are correct that I have not had the opportunity to respond to your letter dated November 21, 2005, although we have been assembling the unredacted documents pursuant to the confidentiality agreement. I expect those to be assembled within the next few days. Please advise, if you would like these documents sent to one of the photocopying services in town and we will do so.

  Regarding the copy of the insurance policy, you may be unaware that there was a change in paralegals in our office after this case began due to the departure of Paula Zawodny. Thus, my current paralegal, Christine Watne, probably was not aware that we had in fact requested both insurance policies in September 2005, both from AIG and from Alaska National. From looking at the initial disclosures it appears that we received the Alaska National policy right before our disclosures were due and disclosed that to you. Unfortunately, as is typical with many insurers who are asked to provide copies of insurance policies it sometimes takes one or more request before that occurs. The insurance adjusters, like attorneys are busy people, and sometimes providing a copy of the policy is not on the top of their list. I have requested today that Ms. Hernandez expedite us a copy of the policy and apologize to you for any inconvenience, and also asked the client to contact their broker for a copy to see if that will secure a quicker response. In view of this, I believe that a motion would not be well taken and would be a waste of our resources. I have also advised my paralegal about better communication skills. She has been with us less than six months but has begun her second trial in the office this week and may have been feeling some pressure when your paralegal called. As you well know sometimes litigation

Exhibit ___J___
Page ___1___ of ___2___

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

Linda Johnson
December 5, 2005
Page 2

feels like war and people can feel stressed and perhaps not be as helpful as possible. I trust after my conversation with her this won't happen again in the future.

On another matter, I received your letter regarding responses to discovery and also received your discovery responses. Like you I was very disappointed with your responses to discovery particularly the lack of any medical records. I expect in the next few days I will send you formal correspondence on that matter, and trust that we can work cooperatively to work out our differences.

Finally, I received a letter from you dated December 1, 2005, regarding a deposition of Cheryl McKay in the next two weeks. I doubt that this will be possible in the next two weeks. I have not had a chance to talk to Ms. McKay, but for the next few weeks my schedule is extremely full. Given the number of documents in this case, I feel confident that I would not have an opportunity to meet with Ms. McKay and prepare her for a deposition before December 16th. I am out-of-state from December 18 through January 1. I will attempt to contact her today or tomorrow so that we can see when in January a deposition would be convenient. We currently have doctors depositions the week of January 10th set and will be traveling to Arkansas to take a plaintiff's deposition January 18. I will see what Ms. McKay's availability is either for Thursday or Friday, January 5 or 6th or January 24 – 27th and will get back to you regarding that.

                            Sincerely,

                            Delaney, Wiles, Hayes,
                            Gerety, Ellis & Young, Inc.

                            *Jonathan Clement*
                            *for*

                            Cynthia L. Ducey

CLD:jmb/111220
cc: Melece Hernandez
    Claim No. 447-014156
    Cheryl McKay

Exhibit 3
Page 2 of 2