# Clapp • Peterson
## Van Flein • Tiemessen • Thorsness
### —— LLC ——

**ANCHORAGE**

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Laura S. Gould
John P. Wood
Linda J. Johnson
Liam J. Moran, Of Counsel

**FAIRBANKS**

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

December 6, 2005

**Via Facsimile**

Cynthia Ducey, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501

Re:   *Wade v. Ilisagvik College/North Slope Borough*
      Our File No. 400-85

Dear Cindy:

Thank you for your letter of December 5, 2005. I had just finalized a motion to compel, but given the representations in your letter I will hold off on filing it. I hope that we can work cooperatively on discovery.

I will be supplementing my client's responses to your medical inquiries very soon. This week we received responses to our inquiries using the release we received from her. My paralegal is working on processing the records and we will send them to you shortly. I also intend to continue to supplement all responses as records are received on other issues.

I am agreeable to a deposition of Ms. McKay on the 5 or 6th of January or the week of January 24, as you suggested. Please let me know what day she is available and I will notice the deposition.

Sincerely,

Linda J. Johnson

cc:   Bobbi Wade
      Peter Gamache

Exhibit K
Page 1 of 1

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272   email • anch@cplawak.com   fax • 907-272-9586