# CLAPP • PETERSON
## VAN FLEIN • TIEMESSEN • THORSNESS
### LLC

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Laura S. Gould
John P. Wood
Linda J. Johnson
Liam J. Moran, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

December 16, 2005

**Via Facsimile**

Cynthia Ducey, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501

Re: *Wade v. Ilisagvik College/North Slope Borough*
Our File No. 400-85

Dear Cindy:

It has been 10 days since our last communications. I have not heard what day Ms. McKay is available for her deposition in January.

I have received the insurance policies you promised, but I have not received any other documents that we believe your client must produce. Please let us know the date we can expect to receive these documents.

I will be out of the office the next 2 weeks. Please contact Patricia, my paralegal, on these matters in my absence.

Happy Holidays.

Sincerely,

Linda J. Johnson

cc: Bobbi Wade
    Peter Gamache

Exhibit ___
Page ___ of ___

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272   email • anch@cplawak.com   fax • 907-272-9586