CLAPP · PETERSON
VAN FLEIN · TIEMESSEN · THORSNESS
——— LLC ———

ANCHORAGE                                                                                    FAIRBANKS

Matthew K. Peterson                                                                    John J. Tiemessen
Thomas V. Van Flein                                                                    David A. Carlson
John B. Thorsness                                                                     Marcus R. Clapp, ret.
Scott Hendricks Leuning
Laura S. Gould
John P. Wood
Linda J. Johnson
Liam J. Moran, Of Counsel

February 10, 2006

Cynthia Ducey, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501

     Re:    *Wade v. Ilisagvik College/North Slope Borough*
            Our File No. 400-85

Dear Cindy:

After Ms. McKay's deposition yesterday you expressed the desire to depose my client sometime in May to accommodate your trial calendar. We will bring Ms. Wade to Alaska for her deposition in this jurisdiction. We want to schedule her deposition at the same time as the depositions of Ms. Taylor and Dr. Tuthill, because my client wants to be present for those depositions and does not want to travel to Alaska twice. Her presence in Alaska will give your clients the ability to be present for her deposition as well.

You also said you want to depose Ms. Wade's Tennessee treating physicians. We are willing to work with you on dates that would accommodate each of our travel schedules.

We would also like to depose the following people:  Edna Ahgeak MacLean, Sonya Abu, Aimee Valenti, Jay St. Vincent, and John Van Hoesen. Not all of these people still work for the College. Please advise which you consider to be within the client control group. I think we should be able to make one trip to Barrow to depose each of these people. I suggest that we set aside a day or two in Barrow shortly after the initial depositions are taken so that we can move this case forward.

As requested during Ms. McKay's deposition, please produce a copy of any letter drafted and/or sent by Cheryl McKay to Ted Stepovich offering to expand the hearing deadline to respond to the assertions of non-pretext. If this document exists, it should have been produced during initial disclosures.

Finally, I have not received any discovery supplement from you in response to my January 4, 2006 letter, including the copies of the un-redacted documents that were due months ago. We

Exhibit _____ Ⓒ
Page _____ 1 _____ of _____ 2

CLAPP · PETERSON
VAN FLEIN · TIEMESSEN · THORSNESS
LLC

Cindy Ducey, Esq.
January 10, 2006
Page 2

have continued to supplement our responses as promised and expect that you will do the same. We already extended the time deadline to January 25 in order to give Pam Taylor time to review documents. Please send over all un-redacted documents and the responses that you said Pam Taylor needed to review by February 17, 2006. If all the documents are not in hand by that day, I will have no option but to file the motion to compel that I drafted in late December. I will give no further warning, as we believe that we have been very patient already.

Sincerely,

Linda J. Johnson

cc:  Peter Gamache

Exhibit_____ O
Page_____ 2 ___ of _ 2 ___