IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

BOBBI J. WADE, )
)
    Plaintiff, )
)
vs. )
)
ILISAGVIK COLLEGE, NORTH SLOPE )
BOROUGH, JOHN TUTHILL, individually,)
and PAMELA TAYLOR, individually, )
)
    Defendants. )
_____ ) Case No. A05-086 CV (JWS)

**FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST DISCOVERY REQUEST TO DEFENDANT ILISAGVIK COLLEGE**

Defendant Ilisagvik College, by and through counsel, Delaney, Wiles, Hayes, Gerety, Ellis & Young, supplements its Response to Plaintiff's First Discovery Request to Defendant Ilisagvik College subject to stipulated Confidentiality Order:

    **B.**    <u>**Discoverable Documents**</u>

The following documents are attached.

1. Non-faculty employee pay history reports, Bates No. 21960.

2. ProgAssess-A,B,CorP documents, Bates Nos. 21966-21968.

3. Documents relating to classes Bobbi Wade missed teaching during her November 12-December 1, 2003 medical leave, Bates Nos. 25154-25155.

4. Ilisagvik College 2003 financial statements, Bates Nos. 25156-25174.

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

First Supplemental Response to Plaintiff's First Discovery Request
*Wade v. Ilisagvik College, et al.*; Case No. A05-086 CV (JWS)
Page 1 of 2

Exhibit P
Page 1 of 2

DATED at Anchorage, Alaska this 17th day of February, 2006.

**DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.**
Attorneys for Defendants Ilisagvik College,
John Tuthill and Pamela Taylor

_____
Jonathan Clement for
Cynthia L. Ducey ASBA# 8310161

**Certificate of Service**

On this 17th day of February 2006, I caused to be mailed by the U.S. Postal Service a copy of this document upon:

Linda Johnson
Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501

Peter C. Gamache
405 West 36th Avenue, Suite 201
Anchorage, Alaska 99503

_____
Doc. No. 111997

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

First Supplemental Response to Plaintiff's First Discovery Request
*Wade v. Ilisagvik College, et al.*; Case No. A05-086 CV (JWS)
Page 2 of 2

Exhibit ___D___
Page ___2___ of ___2___