CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

February 17, 2006

VIA FAX

Linda Johnson
Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501

RE: Bobbi Wade v. Ilisagvik College, et al.
    Case No. A05-086 Civil

Dear Linda:

Here is my response to your objections to our discovery requests:

Request for Production No. 14: AS 18.80.115 requires disclosure of the records and information compiled by the commission during an investigation "in accordance with the rules of discovery if an action relating to the charge is commenced in court." AS 18.80.115 is a state statute and does not apply to EEOC investigations. Your client has alleged that she was subjected to age discrimination by the defendants. See Complaint. She alleged age discrimination in her EEOC filing at Plaintiff's Doc. No. 100248. If your client's answer is that she has produced all documents in her possession responsive to this request then she should state so. Please supplement your responses accordingly.

Please continue to supplement your responses to Interrogatory Nos. 2, 4, 6, and 7, and Requests for Production Nos. 5, 10, 12, 14, and 19.

Here is my response to your objections to our discovery responses:

Interrogatory No. 12: See Bates Nos. 25154-25155; First Supplemental Response to Plaintiff's First Discovery Request to Defendant Ilisagvik College. The document at Bates No. 25155 is a handwritten description of the classes which Bobbi Wade missed teaching during her November 12-December 1, 2003 medical leave, including course names and scheduled dates. The document at Bates No. 25154 is a print-out of those same classes to which Ms. Wade was assigned that semester.

Exhibit Q
Page 1 of 3

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

Linda Johnson
February 17, 2006
Page 2

  <u>Request for Production No. 6</u>:  Defendant has already produced the June 9, 2004 Employment Offer from Ilisagvik College to Mrs. Tuthill, which Mrs. Tuthill signed. <u>See</u> document already produced, Bates No. 22457. There are no other documents responsive to the request.

  <u>Request for Production No. 9</u>:  We stand on our prior objections as stated in our Response to Plaintiff's First Discovery Request to Defendant Ilisagvik College, dated November 7, 2005. Even if the court orders production of these files, your client should pay the cost of production, which will require extra staffing at Ilisagvik College.

  <u>Request for Production No. 11</u>:  We stand on our prior objections as stated in our Response to Plaintiff's First Discovery Request to Defendant Ilisagvik College, dated November 7, 2005. Even if the court orders production of these files, your client should pay the cost of production, which will require extra staffing at Ilisagvik College.

  <u>Request for Production No. 14</u>:  <u>See</u> Bates Nos. 25156-25174; First Supplemental Response to Plaintiff's First Discovery Request to Defendant Ilisagvik College.

  <u>Non-faculty employee pay history reports</u>:  <u>See</u> Bates No. 21960; First Supplemental Response to Plaintiff's First Discovery Request to Defendant Ilisagvik College.

  <u>ProgAssess A, B, Corp documents</u>:  <u>See</u> Bates Nos. 21966-21968; First Supplemental Response to Plaintiff's First Discovery Request to Defendant Ilisagvik College.

           Sincerely,

           Delaney, Wiles, Hayes,
           Gerety, Ellis & Young, Inc.

           Cynthia L. Ducey

CLD:jpc/113539

Exhibit Q
Page 2 of 3

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

Linda Johnson
February 17, 2006
Page 3


cc:  Eva Li
       Claim No. 447-014156
     June Hill
     Cheryl McKay
     Beverly Patkotak Grinage
     Pamela Taylor
     Dr. John Tuthill

Exhibit Q
Page 3 of 3