Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>          Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>          Defendants. | Case No. A05-086 CV (TMB) |

## **ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

Plaintiff Bobbi Wade has moved the Court, pursuant to Fed. R. Civ. P. 37, for an order directing that:

1) Ilisagvik College produce all documents withheld in either initial disclosures or discovery request responses.

2) Ilisagvik College produce all documents without redaction. If the documents contain the names of students, or constitute employee personnel or medical files, the documents may be produced subject to the protective order.

4) Ilisagvik College fully answer all interrogatories.

5) Ilisagvik College pay Ms. Wade's attorney fees of $2,294.00.

This Court has reviewed the motion and any opposition thereto, and being otherwise fully apprised in the premises,

IT IS ORDERED:  Plaintiff's Motion to Compel is GRANTED.

Defendant Ilisagvik shall produce the requested on or before _____, 2006. In addition, Defendant shall pay Plaintiff's counsel's attorneys fees in the sum of $_____, within thirty days of the date of this order.

_____        _____
Date                                                                   Honorable Timothy M. Burgess
                                                                             U.S. District Court Judge

### Certificate of Service

I hereby certify that on February 27, 2006, a copy of the foregoing *Plaintiff's Motion to Compel, Affidavit of Linda Johnson, and attached Exhibits,* were served electronically on Cynthia Ducey, Esq. and Peter Gamache, Esq.

s/ Linda J. Johnson

*Order Granting Plaintiff's Motion to Compel*
Wade v. Ilisagvik, Case No. A05-086 CV (TMB)
Page 2 of 2

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586