Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

BOBBI WADE,

Plaintiff,

v.

ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,

Defendants.

Case No. A05-086 CV (TMB)

**AFFIDAVIT OF LINDA J. JOHNSON**

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

Linda J. Johnson, being duly sworn upon oath, deposes and states as follows:



Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1. I am an attorney licensed to practice law in the State of Alaska. I am an attorney at Clapp, Peterson, Van Flein, Tiemessen & Thorsness. I make this affidavit based upon personal knowledge.

2. On behalf of my client I have contacted opposing counsel multiple times in an attempt to obtain the necessary documents without resorting to Court assistance. The following documents are attached to this affidavit and are true and correct copies:

a. Exhibit A, College Initial Disclosures.

b. Exhibit B, Privilege Log.

c. Exhibit C, letter dated October 4, 2005 from Linda Johnson to Cynthia Ducey.

d. Exhibit D, letter dated October 24, 2005 from Linda Johnson to Cynthia Ducey.

e. Exhibit E, letter dated November 2, 2005, from Cynthia Ducey to Linda Johnson.

f. Exhibit F, Court approved confidentiality agreement.

g. Exhibit G, Responses to First Set of Discovery To Ilisagvik College.

h. Exhibit H, second Privilege Log.

i. Exhibit I, letter dated November 21, 2005, from Linda Johnson to Cynthia Ducey.

j. Exhibit J, letter dated December 5, 2005, from Cynthia Ducey to Linda Johnson.

k. Exhibit K, letter dated December 6, 2005, from Linda Johnson to Cynthia Ducey.

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

l. Exhibit L, letter dated December 16, 2005, from Linda Johnson to Cynthia Ducey.

m. Exhibit M, letter dated December 22, 2005, from Cynthia Ducey to Linda Johnson.

n. Exhibit N, letter dated January 4, 2006, from Linda Johnson to Cynthia Ducey.

o. Exhibit O, letter dated February 10, 2006, from Linda Johnson to Cynthia Ducey.

p. Exhibit P, First Supplement to Discovery Requests, dated February 17, 2006

q. Exhibit Q, letter dated February 17, 2006, from Cynthia Ducey to Linda Johnson.

3. I have 16 years of experience, most of which has been in Labor and Employment and other litigation. My billable rate in this matter is $185. My hourly fee of $185 per hour was upheld on appeal in the Ninth Circuit: *DeNardo v. Municipality of Anchorage,* 43 Fed.Appx. 120, 2002 WL 1763648 (9th Cir. 2002) ("The district court properly awarded attorney's fees totaling $4,181 for 22.6 hours of work at the rate of $185 per hour.")

4. I spent 13 hours writing letters, responding to objections, drafting a motion to compel and drafting an affidavit in December, analyzing and summarizing the requests and responses, and editing and re-evaluating the responses in February. The breakdown is as follows:

| | |
|---|---|
| 10/4/05 | .4 |
| 10/18/05 | .7 |
| 11/16/05 | .3 |

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

| | |
|---|---|
| 11/17/05 | .6 |
| 12/05/05 | 4.1 |
| 12/06/05 | .3 |
| 12/16/05 | .3 |
| 1/03/06 | .5 |
| 2/09/06 | 1.1 |
| 2/21/06 | .4 |
| 2/23/06 | 3.7 |
| **Total Hours** | **12.4** |

**Total amount of fees requested is $2,294.00**

FURTHER YOUR AFFIANT SAYETH NAUGHT.

2-27-06
Dated:

By ______________________
Linda J. Johnson

SUBSCRIBED AND SWORN to before me, a Notary Public in and for the State of Alaska, this 27th day of February, 2006, at Anchorage, Alaska.

JOANN L. WALTON NOTARY PUBLIC STATE OF ALASKA

______________________
Notary Public in and for Alaska
My Commission Expires: 3-13-07

Certificate of Service

I hereby certify that on February 27, 2006, a copy of the foregoing document was served electronically on Cynthia Ducey and Peter C. Gamache.

s/ Linda J. Johnson

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586