**Exhibit Index for Opposition to Motion to Compel**

| | | |
|---|---|---|
| A. | 3-9-06 | Defendants' first supplement to initial disclosures |
| B. | 3-10-06 | Letter to Patricia Watts |
| C. | 9-21-05 | Scheduling and Planning Order |
| D. | 12-22-05 | Renotice of deposition of Cheryl McKay |
| E. | 8-28-96 | Ilisagvik College – Board of Trustees Approved Policy Manual 9.05 student files and records |
| F. | 2-21-06 | Plaintiff's second discovery requests to defendant Ilisagvik College |
| G. | 3-2-06 | Plaintiff's second discovery requests to defendant John Tuthill |