IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

BOBBI J. WADE, )
)
        Plaintiff, )
)
vs. )
)
ILISAGVIK COLLEGE, NORTH SLOPE )
BOROUGH, JOHN TUTHILL, individually,)
and PAMELA TAYLOR, individually, )
)
        Defendants. )
_____) Case No. A05-086 CV (TMB)

**AFFIDAVIT OF CYNTHIA L. DUCEY**

State of Alaska      )
                           ) ss.
Third Judicial District  )

      Cynthia L. Ducey is attorney for defendants Ilisagvik College, John Tuthill, and Pamela Taylor and, being first duly sworn, deposes and states as follows:

      1.     I represent Ilisagvik College, John Tuthill, and Pamela Taylor in this case. I make this affidavit based upon personal knowledge.

      2.     In recent months I have been extremely busy working on matters in other cases. In the press of business I have not been able to give my normal amount of attention to exchanging discovery in this case. Nevertheless, our office disclosed more than 2400 pages of documents to plaintiff Bobbi Wade by November 9, 2005.

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

**Affidavit of Cynthia L. Ducey**
*Wade v. Ilisagvik College, et al.*; Case No. A05-086 CV (TMB)
Page 1 of 2

3. I represent Bethel Group Home, Inc. in *Virtue v. Bethel Group Home, Inc.*, 4BE-04-19 CI. In February 2006 the judge in *Virtue* set trial in October 2006 and ordered an expedited discovery schedule. Much of my attention and focus in recent months has been spent on exchanging discovery with the opposing party in *Virtue*.

4. I represent Safeway, Inc. in *Miller v. Safeway, Inc.*, 3KN-O1-00436 CI. Trial was set in that case for March 1, 2006, but it was rescheduled to May 22, 2006. The parties took a total of six depositions in January and February 2006.

5. Trial is set for April 24, 2006, in *Elder v. Cedeno-Shields*, 3PA-04-1428 CI. I represent defendant Safeway, Inc., in that case. Discovery in *Elder* closed on February 24, 2006. The parties took a total of eight depositions in January and February 2006.

6. The above referenced matters resulted in some delay in producing unredacted copies of documents in the instant case, but the brief delay was without prejudice to plaintiff and has been corrected. The delay was caused by the deadlines and activities in the above mentioned cases, and was not willful nor intended to obstruct discovery.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Cynthia L. Ducey

SUBSCRIBED AND SWORN to before me this 16th day of March, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 4-14-09

DELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

**Affidavit of Cynthia L. Ducey**
*Wade v. Ilisagvik College, et al.*; Case No. A05-086 CV (TMB)
Page 2 of 2