IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

BOBBI J. WADE, )
)
        Plaintiff, )
)
vs. )
)
ILISAGVIK COLLEGE, NORTH SLOPE )
BOROUGH, JOHN TUTHILL, individually,)
and PAMELA TAYLOR, individually, )
)
        Defendants. )
_____) Case No. A05-086 CV (TMB)

### AFFIDAVIT OF JONATHAN P. CLEMENT

State of Alaska )
) ss.
Third Judicial District )

    Jonathan P. Clement, being first duly sworn, deposes and states as follows:

    1.    I am an associate attorney at Delaney Wiles, Inc. I have been assisting Cynthia Ducey in her representation of Ilisagvik College, John Tuthill, and Pamela Taylor in this case. I make this affidavit based upon personal knowledge.

    2.    In mid-November 2005, I spent a total of 20 hours reviewing emails on a compact disk sent to our office by Ilisagvik College to determine if they were relevant to the case and/or responsive to plaintiff's discovery requests. The emails appear to have been sent to Bobbi Wade from Ilisagvik College faculty and staff, or from Bobbi Wade to Ilisagvik College faculty and staff. The breakdown of the time I spent on this task is as follows: on November 10, 2005, I

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Affidavit of Jonathan P. Clement
*Wade v. Ilisagvik College, et al.*; Case No. A05-086 CV (TMB)
Page 1 of 2

worked 1.6 hours; on November 11, 2005, I worked 2.10 hours; on November 14, 2005, I worked 6.9 hours; on November 15, 2005, I worked 7.2 hours; on November 16, 2005, I worked 2.2 hours.

3. In January 2006, I spent a total of 10.6 hours reviewing and evaluating printouts of the emails sent to Bobbi Wade from Ilisagvik College faculty and staff, or from Bobbi Wade to Ilisagvik College faculty and staff, for privileged documents. The breakdown of the time I spent on this task is as follows: on January 3, 2006, I worked 7.0 hours; on January 4, 2006, I worked 3.6 hours.

4. A second compact disk has been sent to our office by Ilisagvik College. Our office's computer systems support staff has reviewed this compact disk and it is believed to contain emails. It is anticipated that the second compact disk will require a similar amount of time to review as the first compact disk referenced above, based on the similar size of the computer files on the two compact disks.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_Jonathan Clement_
Jonathan P. Clement

SUBSCRIBED AND SWORN to before me this 16th day of March, 2006.

_Notary signature_
Notary Public in and for Alaska
My Commission Expires: 4-14-08

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

**Affidavit of Jonathan P. Clement**
*Wade v. Ilisagvik College, et al.*; Case No. A05-086 CV (TMB)
Page 2 of 2