IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| BOBBI J. WADE, | ) |
|         Plaintiff, | ) |
| vs. | ) |
| ILISAGVIK COLLEGE, NORTH SLOPE BOROUGH, JOHN TUTHILL, individually, and PAMELA TAYLOR, individually, | ) |
|         Defendants. | ) Case No. A05-086 CV (TMB) |

### DEFENDANTS' FIRST SUPPLEMENT TO INITIAL DISCLOSURES

Defendants Ilisagvik College, John Tuthill, and Pamela Taylor, by and through counsel, supplement their Initial Disclosures in compliance with Fed. R. Civ. P. 26(a):

    **B.**    **Discoverable Documents**

The following documents are available for inspection and copying at the law offices of Delaney Wiles, Inc., upon reasonable notice, and are subject to the attached Privilege Log:

    1.    Wade documents at Bates Nos. 20035-25174.

DATED at Anchorage, Alaska this 9 day of March, 2006.

                          DELANEY WILES, INC.
                          Attorneys for Defendants Ilisagvik College,
                          John Tuthill and Pamela Taylor

                          *Cynthia Ducey* (signature)
                          Cynthia L. Ducey ASBA# 8310161

NEY, WILES,
S, GERETY,
YOUNG, INC.
UITE 400
EST 3RD AVENUE
RAGE, ALASKA
) 279-3581

Defendant's First Supplement to Initial Disclosures
*Wade v. Ilisagvik College, et al.*; Case No. A05-086 CV (JWS)
Page 1 of 2

EXHIBIT A
Page 1 of 4

**Certificate of Service**

On this 10th day of March 2006, I caused to be mailed by the U.S. Postal Service a copy of this document upon:

Linda Johnson
Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501

Peter C. Gamache
405 West 36th Avenue, Suite 201
Anchorage, Alaska 99503

Doc. No. 114666

\NEY, WILES,
ES, GERETY,
& YOUNG, INC.
SUITE 400
/EST 3RD AVENUE
)RAGE, ALASKA
7) 279-3581

Defendant's First Supplement to Initial Disclosures
*Wade v. Ilisagvik College, et al.*; Case No. A05-086 CV (JWS)
Page 2 of 2

EXHIBIT A
Page 2 of 4

Wade v. Ilisagvik College, et al.

Privilege Log to Defendants' First Supplement to Initial Disclosures

| Beg Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 20284 | | 5/17/05 | Hernandez, Melece | McKay, Cheryl | Correspondence | Withheld | Attorney-Client Privilege |
| 20533 | | 6/15/05 | Ducey, Cynthia | McKay, Cheryl | Correspondence | Withheld | Attorney-Client Privilege |
| 20821 | | 10/8/03 | McKay, Cheryl | Taylor, Pam | Email | Withheld | Attorney-Client Privilege |
| 20822 | | 10/8/03 | Taylor, Pam | McKay, Cheryl | Email | Withheld | Attorney-Client Privilege |
| 20823 | | 10/8/03 | McKay, Cheryl | Taylor, Pam | Email | Withheld | Attorney-Client Privilege |
| 20939 | | | McKay, Cheryl | | Handwritten Notes | Withheld | Attorney-Client Privilege |
| 21166 | 21169 | 8/9/05 | Ducey, Cynthia | Abu, Sonya | Email | Withheld | Attorney-Client Privilege |
| 21330 | 21343 | 8/3/05 | Van Hoesen, John | Hill, June | Correspondence | Withheld | Attorney-Client Privilege |
| 21357 | 21366 | 3/3/05 | McKay, Cheryl | Taylor, Pam | Correspondence | Withheld | Attorney-Client Privilege |
| 21367 | 21377 | 3/3/05 | McKay, Cheryl | Taylor, Pam | Correspondence | Withheld | Attorney-Client Privilege |
| 21560 | | 10/8/03 | Taylor, Pam | McKay, Cheryl | Email | Withheld | Attorney-Client Privilege |
| 21569 | | 1/8/03 | Tuthill, John | McKay, Cheryl | Correspondence | Waiver | Attorney-Client Privilege Waived |

Defendants' First Supplemental Disclosure
Wade v. Ilisagvik College, et al., A05-086 CV (TMB)
Doc No 114611

Page 1 of 2

EXHIBIT
page 3 of 4

Wade v. Ilisagvik College, et al.

Privilege Log to Defendants' First Supplement to Initial Disclosures

| Beg Doc. No. | End Doc. No. | Date | Recipient | Author | Description | Status | Basis for Privilege |
|---|---|---|---|---|---|---|---|
| 21570 | | 10/8/03 | Taylor, Pam | McKay, Cheryl | Email | Withheld | Attorney-Client Privilege |
| 21571 | | 10/8/03 | McKay, Cheryl | Taylor, Pam | Email | Withheld | Attorney-Client Privilege |
| 21855 | 21856 | 6/17/04 | O'Rourke, Pat | McKay, Cheryl | Email | Withheld | Attorney-Client Privilege |
| 21859 | 21861 | 4/11/05 | McKay, Cheryl | Hernandez, Melece | Correspondence | Withheld | Attorney-Client Privilege |
| 21875 | | 10/28/05 | | | Purchase Order Processing | Redacted | Attorney-Client Privilege |
| 21876 | | 10/28/05 | | | Purchase Order Processing | Redacted | Attorney-Client Privilege |
| 21877 | | 10/28/05 | | | Purchase Order Processing | Redacted | Attorney-Client Privilege |
| 21888 | | 7/1/02 | | | Purchase Order | Redacted | Attorney-Client Privilege |
| 21890 | | 7/11/01 | | | Purchase Order | Redacted | Attorney-Client Privilege |
| 21892 | | 7/22/02 | | | Purchase Order | Redacted | Attorney-Client Privilege |
| 21947 | | 7/1/02 | | | Employee Pay History Report | Redacted | Attorney-Client Privilege |
| 21958 | | 7/1/01 | | | Employee Pay History Report | Redacted | Attorney-Client Privilege |
| 22077 | | 2/24/05 | MacLean, Edna | Tuthill, John | Correspondence | Redacted | Attorney-Client Privilege |

Defendants' First Supplemental Disclosure
Wade v. Ilisagvik College, et al., A05-086 CV (TMB)
Doc No 114611

Page 2 of 2

EXHIBIT
Page of