DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

ATTORNEYS AT LAW

SUITE 400

1007 WEST 3RD AVENUE

ANCHORAGE, ALASKA 99501-1936

TELEPHONE (907) 279-3581

FAX (907) 277-1331

WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL

DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

**<u>VIA FACSIMILE TO:  (907) 272-9586</u>**

March 10, 2006

Ms. Patricia Watts
Clapp, Peterson, Van Flein, Tiemessen & Thorsness
711 H Street, Suite 400
Anchorage, AK 99501

Re:    Defendants' First Supplemental Disclosures
       <u>Wade v. Ilisagvik College, et al</u>

Dear Patricia,

This is to confirm our conversation this afternoon regarding the documents we are producing to you with the Defendants' First Supplemental Disclosure.  I understand that you wish us to send the documents over to Alaska Legal Copy to have a copy made for you.  That copy will be delivered to your office and will include an invoice for your coping charges.

If you have any questions, please do not hesitate to contact me.  My direct telephone number is (907) 255-0722.

Thank you.

DELANEY WILES, INC.

Christine Watne

Christine Watne
Paralegal

EXHIBIT 3
Page 1 of 3

114674

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

**DELANEY WILES, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

# FAX TRANSMISSION COVER SHEET

TO:             Patricia Watts

COMPANY:        Clapp, Peterson, Van Flein, Tiemessen & Thorsness

FAX NO:         (907) 272-9586

_____

FROM:           Christine Watne, Paralegal

DATE:           Friday, March 10, 2006

RE:             Defendants' First Supplemental Disclosures

_____

NUMBER OF PAGES INCLUDING COVER SHEET:  2

_____

COMMENTS:

Exhibit B
Page 2 of 3

**Confidential Communication**
*This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.*

Confirmation Report—Memory Send

```
Page      : 001
Date & Time: Mar-10-06  04:02pm
Line 1    :
Line 2    :
E-mail    :
Machine ID :
```

| | | |
|---|---|---|
| Job number | : | 452 |
| Date | : | Mar-10 03:57pm |
| To | ☎ | 92729586 |
| Number of pages | : | 002 |
| Start time | : | Mar-10 03:57pm |
| End time | : | Mar-10 04:02pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number     : 452          *** SEND SUCCESSFUL ***

DELANEY WILES, INC.
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS

KEVIN L. DONLEY
ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

## FAX TRANSMISSION COVER SHEET

| | |
|---|---|
| TO: | Patricia Watts |
| COMPANY: | Clapp, Peterson, Van Flein, Tiemessen & Thorsness |
| FAX NO: | (907) 272-9586 |
| FROM: | Christine Watne, Paralegal |
| DATE: | Friday, March 10, 2006 |
| RE: | Defendants' First Supplemental Disclosures |

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS:

**Confidential Communication**
This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.

EXHIBIT B
Page 3 of 3