1  Linda J. Johnson
   Clapp, Peterson, Van Flein,
2  Tiemessen & Thorsness, LLC
   711 H Street, Suite 620
3  Anchorage, AK 99501-3454
   (907) 272-9272
4  (907) 272-9586 fax
   ljj@cplawak.com
5  Attorneys for Plaintiff

6

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ALASKA

9  BOBBI WADE,

10                          Plaintiff,

11  v.

12  ILISAGVIK COLLEGE; NORTH SLOPE
    BOROUGH; JOHN TUTHILL,
13  individually; and PAMELA TAYLOR,
    individually,
14

15                          Defendants.    Case No. A05-086 CV (JWS)

16

17                  __RENOTICE OF DEPOSITION OF CHERYL MCKAY__

18         Plaintiff Bobbi Wade, by and through counsel, Clapp, Peterson, Van

19  Flein, Tiemessen & Thorsness, LLC, will take the deposition of **Cheryl McKay**.

20         The deposition will take place on **Wednesday, February 8, 2006** at 1:30

21  p.m. at the offices of **Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC,**

22  **711 H Street, Suite 620, Anchorage, Alaska 99501.**

23

24

25  Renotice of Deposition
    Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
26  Page 1 of 2

_(vertical text, left margin)_ Tiemessen & Thorsness, LLC / 711 H Street, Suite 620 / Anchorage, Alaska 99501-3454 / (907) 272-9272 fax (907) 272-9586



EXHIBIT
Page ___ of 2

1

The deposition will be taken before an officer authorized to administer

2   oaths by the laws of the United States or of the place where the examination is held,

3   and will continue from day to day thereafter, until completed.  A subpoena has issued

4   and been served on the witness.

5          You are invited to attend and cross-examine the witness.  The deposition

6   shall continue from day to day until completed.

7

8

9          DATED this 22 day of December, 2005, Anchorage, Alaska.

10          CLAPP, PETERSON, VAN FLEIN,
           TIEMESSEN & THORNSESS, LLC
11          Attorneys for Plaintiff

12

13   By:_____

14          Linda J. Johnson, #8911070

15   Certificate of Service:

16   I certify that a copy of this
     document was mailed ___X___,
17   faxed _____, hand delivered_____ on
     December _____, 2005, to the following:

18   Cynthia Ducey, Esq.
     Delaney, Wiles, Hayes, Gerety, Ellis & Young
19   1007 W. 3rd Ave., Ste. 400
     Anchorage AK  99501

20   Peter C. Gamache, Esq.
     405 W. 36th Avenue, Suite 201
21   Anchorage AK  99503

22

23   By: _____

24

25   Renotice of Deposition
     Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
26   Page 2 of 2

Tiemessen & Thornsess, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

EXHIBIT D
Page 2 of 2