

# Board of Trustees

# Approved Policy Manual

EXHIBIT E
Page 1 of 2

9.00 Student Services

### 9.05 STUDENT FILES AND RECORDS

It is the policy of Ilisagvik College to establish and maintain confidential and accurate files and records of students.

Adopted: August 28, 1996

EXHIBIT E
Page 2 of 2

9.00- 5 -