Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
ljj@cplawak.com
Attorneys for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

BOBBI WADE,

    Plaintiff,

v.

ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,

    Defendants.

Case No. A05-086 CV (JWS)

### PLAINTIFF'S SECOND DISCOVERY REQUESTS TO DEFENDANT ILISAGVIK COLLEGE

Plaintiff Bobbi J. Wade, by and through her attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, pursuant to Alaska Civil Rules 26, 33, and 34, propound the following Interrogatories, Requests For Production and Requests for Admission to Defendant Ilisagvik College, to be responded to in writing, under oath, and by production of the requested materials within 30 days of service hereof.

Plaintiff's Second Discovery Requests
To Defendant Ilisagvik College
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 1 of 9


EXHIBIT F
Page 1 of 9

## I. INSTRUCTIONS

1. In answering these discovery requests, you are required to furnish all responsive information that is available, including information that is in the possession of any attorneys, investigators, agents, representatives, or any other person acting on your behalf.

2. Whenever an individual person must be identified, the person shall be identified by name, last known address and telephone number.

3. Whenever an entity must be identified, the entity shall be identified by its official name, its address and phone number, and you are to provide the names of its officers and directors, and the name or names of any representatives who may be contacted.

4. Whenever any document must be identified, the document shall be identified by date, author, addressee, title (such as contract, letter, invoice, work order, etc.), and subject matter. As to each document, the name, address, and phone number of the custodian of that document should be provided.

5. Failure to timely respond to these interrogatories may result in a waiver of any objections, including objections based on the attorney-client privilege. Additionally, any failure to fully comply with these interrogatories and requests may result in a motion to compel a response and result in monetary or other sanctions, including the preclusion of evidence or a terminating sanction.

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Plaintiff's Second Discovery Requests
To Defendant Ilisagvik College
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 2 of 9

EXHIBIT E
Page 2 of 9

6. If any information is withheld for any reason or objection, the response should so state, and the response should give the reasons for withholding any information.

7. These interrogatories and requests shall be deemed continuing. If you or your attorney learn of, or otherwise acquire, any information responsive to these interrogatories or requests between when your responses are served and the time of trial, you are required to serve supplemental responses stating that information. Your failure to timely provide such supplemental information may result in monetary sanctions or other sanctions, including the preclusion of such supplemental information for use at trial or any pre-trial proceeding.

8. Each response must be as complete and straightforward as the information reasonably available to you permits.

9. If you do not have enough personal knowledge to fully answer an interrogatory or request, say so, but make a reasonable and good faith effort to get the information by asking other persons or organizations.

10. The Plaintiff will agree to a protective order covering confidentiality of employees and students or the names of students may be abbreviated to initials to preserve their privacy.

## II. DEFINITIONS

1. "Faculty member" means any person paid to teach a class at Ilisagvik College, whether full time or part time, regular or adjunct, college or ABE program.

Plaintiff's Second Discovery Requests
To Defendant Ilisagvik College
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 3 of 9


EXHIBIT F
Page 3 of 9

2. "Ilisagvik" or "College" means Ilisagvik College, including the college or ABE program.

3. "Board" means Board of Trustees for Ilisagvik College.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Please state the name of the Board of Trustee Chairman who received the complaint about Lyudmyla Tuthill's accent and who the students were that complained to the Chairman. (The student's name may be placed under the protective order if necessary).

**RESPONSE:**

**INTERROGATORY NO. 2:** Please list any faculty over the last 5 years who have a relative who has taken a course or courses at Ilisagvik College, and for whom a tuition-waiver was granted. List the faculty member, the relative, the course or courses and the amount of tuition waived.

**RESPONSE:**

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Plaintiff's Second Discovery Requests
To Defendant Ilisagvik College
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 4 of 9


EXHIBIT F Page 4 of 9

**INTERROGATORY NO. 3**: Has a reservation of rights been made by any insurance company that covers or potentially covers any claim brought in this case? If so, please explain.

**RESPONSE**:

**INTERROGATORY NO. 4**: Please list the name, ages, and qualification of the new full-time instructors who were hired by Ilisagvik College to teach Developmental English, Business and IT courses for the 2004 and 2005 school year, as noted in the e-mail from John Tuthill, dated January 27, 2004, document #20072.

**RESPONSE**:

### REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** : Please produce a copy of the actual contract(s) entered into between Dr. Patrick J. O'Rourke and Ilisagvik College for the last 5 years.

**RESPONSE**:

Plaintiff's Second Discovery Requests
To Defendant Ilisagvik College
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 5 of 9

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

**REQUEST FOR PRODUCTION NO. 2:** Please provide documents relevant to each Interrogatory above upon which you rely to answer the discovery request.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:** Please provide all documents created by Cheryl McKay, or billing statements, from January 1, 2003 until January 1, 2005, that refer or relate to Bobbi Wade, including any document or billing statement that references medical leave, termination, non-retention, a grievance, an administrative hearing, discussions with the hearing officer, or any other subject matter that relates to Bobbi Wade or Ms. McKay's advice about Bobbi Wade.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:** Please provide the personnel file for Jay St. Vincent, including any paperwork related to her vacations, leave of absences, medical leave of absences, and Family and Medical Leave Act protected leave.

**RESPONSE:**

Plaintiff's Second Discovery Requests
To Defendant Ilisagvik College
<u>Wade v. Ilisagvik</u>, Case No. A05-086 CV (JWS)
Page 6 of 9



Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

**REQUEST FOR PRODUCTION NO. 5**: Please provide the last known address for Larry Corkin.

**RESPONSE:**

**REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1:** : Please admit that John Van Hoesen scheduled a Step two grievance meeting with Bobbi Wade on March 5, 2004 but did not complete the meeting because he objected to Ms. Wade tape recording the conversation.

**RESPONSE:**

DATED this 21 day of February, 2006, Anchorage, Alaska.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

By: _____
Linda J. Johnson, #8911070

Tiemessen & Thornsess, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Plaintiff's Second Discovery Requests
To Defendant Ilisagvik College
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 7 of 9

EXHIBIT E
Page 7 of 9

```
 1 │ Certificate of Service:
 2 │ I certify that a copy of this
   │ document was mailed _____,
 3 │ faxed _____, hand delivered  X  on
   │ February 21, 2006, to the following:
 4 │
   │ Cynthia Ducey, Esq.
 5 │ Delaney, Wiles, Hayes, Gerety, Ellis & Young
   │ 1007 W. 3rd Ave., Ste. 400
 6 │ Anchorage AK  99501
   │
 7 │ Peter C. Gamache, Esq.
   │ 405 W. 36th Avenue, Suite 201
 8 │ Anchorage AK  99503
   │
 9 │ By: _____
10 │
...
25 │ Plaintiff's Second Discovery Requests
   │ To Defendant Ilisagvik College
26 │ Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
   │ Page 8 of 9
```

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

EXHIBIT F
Page 8 of 9

## VERIFICATION

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

_____, being first duly sworn upon oath, depose and state: I am a defendant in the above-entitled action; that the within and foregoing answers to Interrogatories are true and complete to the best of my knowledge and belief and I have executed this document freely and voluntarily for the purposes set forth therein.

DATED this _____ day of _____, 2006.

_____

SUBSCRIBED AND SWORN to before me this _____ day of _____, 2006 at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires:_____

Plaintiff's Second Discovery Requests
To Defendant Ilisagvik College
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 9 of 9

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Exhibit F
Page 9 of 9