Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
ljj@cplawak.com
Attorneys for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

BOBBI WADE,

          Plaintiff,

v.

ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,

          Defendants.

Case No. A05-086 CV (JWS)

### PLAINTIFF'S SECOND DISCOVERY REQUESTS TO DEFENDANT JOHN TUTHILL

Plaintiff Bobbi J. Wade, by and through her attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, pursuant to Alaska Civil Rules 26, 33, and 34, propound the following Interrogatories, Requests For Production and Requests for Admission to Defendant Ilisagvik College, to be responded to in writing, under oath, and by production of the requested materials within 30 days of service hereof.

Plaintiff's Second Discovery Requests
To Defendant John Tuthill
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 1 of 8



EXHIBIT 6
Page 1 of 8

## I. INSTRUCTIONS

1. In answering these discovery requests, you are required to furnish all responsive information that is available, including information that is in the possession of any attorneys, investigators, agents, representatives, or any other person acting on your behalf.

2. Whenever an individual person must be identified, the person shall be identified by name, last known address and telephone number.

3. Whenever an entity must be identified, the entity shall be identified by its official name, its address and phone number, and you are to provide the names of its officers and directors, and the name or names of any representatives who may be contacted.

4. Whenever any document must be identified, the document shall be identified by date, author, addressee, title (such as contract, letter, invoice, work order, etc.), and subject matter. As to each document, the name, address, and phone number of the custodian of that document should be provided.

5. Failure to timely respond to these interrogatories may result in a waiver of any objections, including objections based on the attorney-client privilege. Additionally, any failure to fully comply with these interrogatories and requests may result in a motion to compel a response and result in monetary or other sanctions, including the preclusion of evidence or a terminating sanction.

Plaintiff's Second Discovery Requests
To Defendant John Tuthill
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 2 of 8

EXHIBIT 6
Page 2 of 8

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Case 3:05-cv-00086-TMB    Document 29-11    Filed 03/16/2006    Page 3 of 8

6. If any information is withheld for any reason or objection, the response should so state, and the response should give the reasons for withholding any information.

7. These interrogatories and requests shall be deemed continuing. If you or your attorney learn of, or otherwise acquire, any information responsive to these interrogatories or requests between when your responses are served and the time of trial, you are required to serve supplemental responses stating that information. Your failure to timely provide such supplemental information may result in monetary sanctions or other sanctions, including the preclusion of such supplemental information for use at trial or any pre-trial proceeding.

8. Each response must be as complete and straightforward as the information reasonably available to you permits.

9. If you do not have enough personal knowledge to fully answer an interrogatory or request, say so, but make a reasonable and good faith effort to get the information by asking other persons or organizations.

10. The Plaintiff will agree to a protective order covering confidentiality of employees and students or the names of students may be abbreviated to initials to preserve their privacy.

## II. DEFINITIONS

1. The terms "document" or "documents" as used herein are used in the ordinary and broadest sense, and includes a "writing," "recording," or "photograph"

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Plaintiff's Second Discovery Requests
To Defendant John Tuthill
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 3 of 8



EXHIBIT 6
Page 3 of 8

as defined in Federal Rules of Evidence Rule 1001(1) & (2) and any printed, recorded (including tape recording, videotapes, computer tapes or disks), written, graphic or photographic matter, or computer mail, or e-mail, irrespective of how stored or denominated, and includes the original or a copy.

2. The term "relate" means and includes concerning, referring to, alluding to, responding to, constituting, evidencing, or in any way connected with the subject matter described

### REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Please admit that you authored the attached document, Bates # 20852-20856.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 2:** Please admit that you participated in the decision not to renew Bobbi Wade's contract at Ilisagvik College for the 2004-2005 school year.

**RESPONSE:**

Plaintiff's Second Discovery Requests
To Defendant John Tuthill
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 4 of 8


EXHIBIT 6
Page 4 of 8

## INTERROGATORIES

**INTERROGATORY NO. 1:** Please explain who authored the document Bates stamped # 20852-20856, when it was authored, why it was authored, whether you relied upon it for any reason, and list anyone who had any input into it.

**RESPONSE:**

**INTERROGATORY NO. 2:** Please list anyone you consulted with in order to make the decision not to renew Bobbi Wade's contract at Ilisagvik College for the 2004-2005 school year.

**RESPONSE:**

**INTERROGATORY NO. 3:** Please list the reasons or facts underlying your decision not to renew Bobbi Wade's contract at Ilisagvik College for the 2004-2005 school year.

**RESPONSE:**

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Plaintiff's Second Discovery Requests
To Defendant John Tuthill
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 5 of 8

EXHIBIT 6
Page 5 of 8



## REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Please produce any employment contracts, terms of employment, proof of benefits and wages or other documents that support any job, whether temporary or full time, you have worked at since leaving Ilisagvik College.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:** Please produce any other documents you authored or relied upon to in your decision to not renew Bobbi Wade's contract at Ilisagvik College for the 2004-2005 school year.

**RESPONSE:**

DATED this ____ day of March, 2006, Anchorage, Alaska.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

By _____
Linda J. Johnson, #8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thornsess, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Plaintiff's Second Discovery Requests
To Defendant John Tuthill
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 6 of 8

EXHIBIT 6
Page 6 of 8

## VERIFICATION

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

_____, being first duly sworn upon oath, depose and state: I am a defendant in the above-entitled action; that the within and foregoing answers to Interrogatories are true and complete to the best of my knowledge and belief and I have executed this document freely and voluntarily for the purposes set forth therein.

DATED this _____ day of _____, 2005.

_____

SUBSCRIBED AND SWORN to before me this _____ day of _____, 2005 at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires:_____

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Plaintiff's Second Discovery Requests
To Defendant John Tuthill
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 7 of 8

EXHIBIT 6
Page 2 of 8

Certificate of Service:

I certify that a copy of this document was mailed __X__, faxed _____, hand delivered _____ on March _2_, 2006, to the following:

Cynthia Ducey, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Ste. 400
Anchorage AK 99501

Peter C. Gamache, Esq.
405 W. 36th Avenue, Suite 201
Anchorage AK 99503

By: _____

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

F:\Document\WADE v. Iliagvik College\Disc requests to Tuthill 10-5-05.doc

Plaintiff's Second Discovery Requests
To Defendant John Tuthill
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 8 of 8

Exhibit 6
Page 8 of 8