IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| BOBBI J. WADE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ILISAGVIK COLLEGE, NORTH SLOPE | ) |
| BOROUGH, JOHN TUTHILL, individually, | ) |
| and PAMELA TAYLOR, individually, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A05-086 CV (TMB) |

**[PROPOSED] ORDER DENYING MOTION TO COMPEL DISCOVERY**

Having reviewed plaintiff's Motion to Compel Discovery, and defendant Ilisagvik College's opposition thereto, the Court DENIES the motion. Defendant has produced the documents plaintiff sought in unredacted form, and plaintiff's motion is now moot. Plaintiff shall pay defendant's attorney fees incurred in opposing plaintiff's motion to compel in the sum of $_____, within thirty days of the date of this order.

DATED:_____

_____
The Honorable Timothy M. Burgess
United States District Judge

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Doc. No. 114760

**Order Denying Motion to Compel Discovery**
*Wade v. Ilisagvik College, et al.*; Case No. A05-086 CV (TMB)
Page 1 of 1