Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>          Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>          Defendants. | Case No. A05-086 CV (JWS) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S OPPOSITION TO MOTION TO COMPEL DISCOVERY
**(Civil Rule 6(b))**

Plaintiff Bobbi Wade respectfully moves this Court pursuant to Civil Rule 6(b) for an extension of time through March 23, 2006, within which to file her reply to Defendant's Opposition to Plaintiff's Motion to Compel Discovery dated March 16, 2006. The original deadline for Plaintiff's reply was March 21, 2006, pursuant to

*Unopposed Motion for Extension of Time for Plaintiff to Respond to
Defendant's Opposition to Motion to Compel Discovery*
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 1 of 2

local rule 7.1(e). Jonathan Clement at Delaney Wiles has indicated that he does not oppose this motion for extension of time.

DATED this _____ day of March, 2006, Anchorage, Alaska.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff


s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email: ljj@cplawak.com
Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on March 21, 2006, a copy of the foregoing *Plaintiff's Motion to Compel, Affidavit of Linda Johnson, and attached Exhibits,* were served electronically on Cynthia Ducey, Esq. and Peter Gamache, Esq.

s/ Linda J. Johnson

*Unopposed Motion for Extension of Time for Plaintiff to Respond to Defendant's Opposition to Motion to Compel Discovery*
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 2 of 2