Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>       Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>       Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-086-TMB |

## REQUEST FOR ORAL ARGUMENT

Plaintiff, Bobbi Wade, by and through her counsel, Clapp Peterson, LLC, and pursuant to Local Federal Rule 7.2(a), requests oral argument on plaintiff's Motion to Compel Discovery. The undersigned counsel certifies that, as evidenced by the briefing, the parties are unable to resolve the matter, and in her opinion, oral argument on this motion is necessary.

Plaintiff's Request for Oral Argument
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

DATED this _____ day of March, 2006, Anchorage, Alaska.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service

I hereby certify that on March 28, 2006, a copy of the foregoing *Plaintiff's Motion to Compel, Affidavit of Linda Johnson, and attached Exhibits,* were served electronically on Cynthia Ducey, Esq. and Peter Gamache, Esq.

s/ Linda J. Johnson

Plaintiff's Request for Oral Argument
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2