Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
(907) 279-3581
(907) 277-1331 Fax
cld@delaneywiles.com

Attorneys for defendants Ilisagvik College,
John Tuthill and Pamela Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| BOBBI J. WADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ILISAGVIK COLLEGE, NORTH SLOPE ) | |
| BOROUGH, JOHN TUTHILL, individually,) | |
| and PAMELA TAYLOR, individually, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. A05-086 CV (TMB) |

**OPPOSITION TO PLAINTIFF'S REQUEST FOR ORAL ARGUMENT**

Plaintiff has requested oral argument on plaintiff's Motion to Compel Discovery. Docket 34. The Court should deny plaintiff's request for oral argument because oral argument is unnecessary. Oral argument is unnecessary because the unredacted documents sought by plaintiff have already been produced. *See* Defendant's Opposition to Motion to Compel at 1, 4.

/

/

Opposition to Motion to Compel Discovery
*Wade v. Ilisagvik College, et al.*; Case No. A05-086 CV (TMB)
Page 1 of 2

DATED at Anchorage, Alaska this 3 day of April, 2006.

DELANEY WILES, INC.
Attorneys for Defendants Ilisagvik College, John Tuthill and Pamela Taylor

*Cynthia Ducey*
Cynthia L. Ducey ASBA# 8310161

**Certificate of Service**

On this 3rd day of April 2006, I caused to be served electrically a copy of this document upon:

Linda Johnson
Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501

Peter C. Gamache
405 West 36th Avenue, Suite 201
Anchorage, Alaska 99503

Cynthia L. Ducey
Doc. No. 115394

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

**Opposition to Motion to Compel Discovery**
*Wade v. Ilisagvik College, et al.*; Case No. A05-086 CV (TMB)
Page 2 of 2