MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Wade v. Ilisagvik College, et al.*
Case No. 3:05-cv-0086-TMB


By:             THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:    ORDER FROM CHAMBERS

On February 27, 2006, Plaintiff filed a motion to compel discovery. Docket No. 26. Plaintiff also sought sanctions and attorney fees. Defendants responded to the motion, indicating that the discovery sought had been disclosed and that the motion was therefore moot. Docket No. 29. Plaintiff replied that not everything sought has been disclosed, that the motion is not moot, and that sanctions and fees are still appropriate. Docket No. 32. Plaintiff also requests oral argument. Docket No. 34.

In an effort to determine what discovery sought by Plaintiff remains outstanding and to resolve whether or not the motion to compel is moot, the Court will **GRANT** the motion for oral argument at **Docket No. 34**. Oral argument will be held on **Monday, April 10, 2006, at 10:00 a.m.**

       **IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE:  April 3, 2006