## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Wade v. Ilisagvik Coll., et al.*
Case No. 3:05-cv-0086-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

During the recent hearing in this case, the Court requested that the parties meet and confer and file a joint status report regarding the progress of discovery. The Court further directs that the parties address whether settlement negotiations would be useful at this time.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: April 10, 2006