Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

BOBBI WADE,

                        Plaintiff,

v.

ILISAGVIK COLLEGE; NORTH SLOPE
BOROUGH; JOHN TUTHILL,
individually; and PAMELA TAYLOR,
individually,

                        Defendants.        Case No. 3:05-cv-086-TMB

## NOTICE TO COURT

        Pursuant to the Court's order dated May 1, 2006, Plaintiff Bobbi Wade asks

that the Court dismiss Plaintiff's Motion to Compel without prejudice to re-file.  Not

all discovery issues at this point have yet been sorted out, but the Parties are

continuing to work on them.  If at some point in the future, the Parties are unable to

work out all differences, then Plaintiff requests the right to re-file.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED this 5th day of May, 2006, Anchorage, Alaska.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff


s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070


<u>Certificate of Service</u>

I hereby certify that on May 5, 2006, a copy of the foregoing *Notice to Court* was served electronically on Cynthia Ducey, Esq. and Peter Gamache, Esq.

s/ Linda J. Johnson

**Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586