Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>                   Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>                  Defendants. | Case No. 3:05-cv-086-TMB |

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery is dismissed without prejudice.

IT IS FURTHER ORDERED that Plaintiff's request for right to re-file motion

*Order*
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

to compel discovery at a later date, if necessary, is hereby granted.

DATED at Anchorage, Alaska this _____ day of May, 2006.

By _____
Honorable Timothy M. Burgess
US District Court Judge

### Certificate of Service

I hereby certify that on May 5, 2006, a copy of the foregoing *Order* was served electronically on Cynthia Ducey, Esq. and Peter Gamache, Esq.

s/ Linda J. Johnson

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

*Order*
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2