Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>                       Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>                       Defendants. | Case No. 3:05-cv-086-TMB |

## **MOTION FOR EXTENSION OF TIME FOR DISCOVERY**

Plaintiff Bobbi Wade moves for an extension of trial deadlines by 60 days. Currently, the deadlines require expert witness disclosure by Plaintiffs by May 15, 2006 and by Defendants by July 10, 2006. Final witness lists are due June 16, 2006 and all discovery must be completed by August 15, 2006.

Motion for Extension of Time for Discovery
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 3

The 60 day extension would set the discovery deadlines as follows:

| | |
|---|---|
| Plaintiff's expert reports: | July 17, 2006 |
| Defendants' expert reports: | September 11, 2006 |
| Final witness lists: | August 18, 2006 |
| Completion of discovery: | October 13, 2006 |

No party has asked for any prior discovery deadline continuances. The parties have discussed the deadlines and cannot agree on the amount of time that the deadlines should be extended.

Plaintiff needs more time to retain her expert witnesses based on the delay in getting all initial disclosures from Ilisagvik College. Plaintiff believes that the above noted deadlines are sufficient for each party to be able to finish discovery and retain experts.

Ilisagvik College has expressed the opinion that it will be unable to travel to Barrow during the summer due to limited flight availability and that this will effect the College's ability to pursue discovery. However, the College has not verified that position and from the Plaintiff's own research, that has not proven to be the case.

Plaintiff asks for a limited extension of time and asks that the dates proposed be set.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Motion for Extension of Time for Discovery
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 3
Case 3:05-cv-00086-TMB   Document 44   Filed 05/15/06   Page 2 of 3

DATED this 15th day of May, 2006, Anchorage, Alaska.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
Phone: (907) 272-9631
Fax: (907) 272-9586
Direct email: ljj@cplawak.com
Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on May 15, 2006, a copy of the foregoing *Plaintiff's Motion to Compel, Affidavit of Linda Johnson, and attached Exhibits,* were served electronically on Cynthia Ducey, Esq. and Peter Gamache, Esq.

s/ Linda J. Johnson

Motion for Extension of Time for Discovery
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 3 of 3