Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

BOBBI WADE,

                Plaintiff,

v.

ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,

                Defendants.

Case No. 3:05-cv-086-TMB

## ORDER GRANTING DISCOVERY EXTENSIONS

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Discovery dates 60 days is granted as follows:

    Plaintiff's expert reports:      July 17, 2006

    Defendants' expert reports:   September 11, 2006

    Final witness lists:           August 18, 2006

Order Granting Discovery Extensions
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2
Case 3:05-cv-00086-TMB   Document 44-2   Filed 05/15/06   Page 1 of 2

Completion of discovery: October 13, 2006

DATED at Anchorage, Alaska this _____ day of May, 2006.

By _____
Honorable Timothy M. Burgess
US District Court Judge

Certificate of Service

I hereby certify that on May 15, 2006, a copy of the foregoing *Plaintiff's Motion to Compel, Affidavit of Linda Johnson, and attached Exhibits,* were served electronically on Cynthia Ducey, Esq. and Peter Gamache, Esq.

s/ Linda J. Johnson

Order Granting Discovery Extensions
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2
Case 3:05-cv-00086-TMB   Document 44-2   Filed 05/15/06   Page 2 of 2