Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE, | |
| Plaintiff, | |
| v. | |
| ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually, | |
| Defendants. | Case No. 3:05-cv-086-TMB |

## JOINT STATUS REPORT

Pursuant to the Court's order dated May 8, 2006, the Parties submit the following as their Joint Status Report.

**A.     Nature of the Case:** This is an employment case stemming from Ms. Bobbi Wade's previous employment at Ilisagvik College.

    **1.     The lead attorneys on the case:**

        Linda Johnson, Clapp Peterson for Plaintiff Bobbi Wade;

Joint Status Report
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 5

Cynthia Ducey, Delaney Wiles for Defendants Ilisagvik College, Pamela Taylor and John Tuthill; and

Peter Gamache, Attorney at Law, for Defendant North Slope Borough.

**2.     Basis for federal jurisdiction:** This Court has jurisdiction pursuant to 28 U.S.C. §1331 (federal question) and 28 U.S.C §1332 (diversity jurisdiction).

**3.     Nature of the claims asserted in the complaint and any counterclaims:** The claims asserted are employment related claims, including violation of the Family and Medical Leave Act, Age Discrimination, Whistleblower, AS 18.80.220, 42 U.S.C. §1983 (Due Process), Intentional Infliction of Emotional And Mental Distress. Several previously asserted claims have been dismissed. There are no counterclaims.

**4.     Name of any party that has not been served and the nature of the non-service:** None.

**5.     Principal legal issues:** Violation of the Family and Medical Leave Act, Age Discrimination, Whistleblower, AS 18.80.220, 42 U.S.C. §1983 (Due Process), Intentional Infliction of Emotional and Mental Distress. Principal legal defenses are included in defendant's answer to the complaint and affirmative defenses.

**6.     Principal factual issues:** Factual issues relate to the claims and defenses mentioned above and whether plaintiff suffered any damages causally related to the claims and the extent of such claimed damages. Based on the

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Joint Status Report
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 5

claims cited above, Plaintiff seeks lost past and future wages, lost past and future benefits, liquidated damages, and other economic damages, as well as non-economic damages, all in an amount to be proven at trial.  Plaintiff also seeks punitive damages against defendants Tuthill and Taylor.  Also, plaintiff seeks awards of prejudgment and post-judgment interest at the legal rate, and reimbursement of her costs and attorney fees at the conclusion of any trial in this matter.  Defendants deny that plaintiff suffered any damages causally related to their conduct, assert that plaintiff failed to mitigate her damages and/or that any measurable damages must be reduced by comparative negligence.

**B.   Discovery:**

**1.   Brief description of completed discovery and any remaining discovery:**  Initial Disclosures are complete.  Written discovery is on-going.  Plaintiff has been deposed, but plaintiff and defendant dispute whether defendants have had sufficient time to question the plaintiff and thus had a fair examination of the plaintiff; motion practice is likely on this issue.  The depositions of Pamela Taylor and John Tuthill have been taken.  Parties anticipate taking additional depositions and conducting further written discovery.

**2.   Brief description of any pending motions and anticipated motions:**  The only motion pending is an extension of discovery deadlines.  Parties expect to file motions for summary judgment.  Defendants will file a motion to complete plaintiffs deposition if agreement cannot be reached and will file a motion

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Joint Status Report
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 3 of 5

to compel discovery of documents requested in November, 2005 that have not been received, if plaintiff fails to produce them.

**3.     Brief description of any previously entered rulings on substantive issues:**  September 19, 2005, Judge Sedwick dismissed claims of Intentional Interference with Contract, Violation of Public Policy, Violation of the Covenant of Good Faith and Fair Dealing upon a motion to dismiss.

**4.     Any previously filed status reports:**  The parties filed a status order on April 25, 2006, pursuant to court order.

**C.     Trial:**

**1.     If trial is anticipated, how long will [it] take, and whether a jury is requested:**  A trial is anticipated to last 10 days.  A jury has been requested.

**D.     Settlement:**

**1.     Status of any settlement discussions and whether the parties request a settlement conference:**

Plaintiff and the North Slope Borough are continuing settlement talks.

There are no pending offers between Plaintiff and the other Defendants at this time.

The parties remain open to discussions.  It is not anticipated that settlement will be productive until after motions for summary judgment have been decided.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED this 22nd day of May, 2006, Anchorage, Alaska.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
Linda J. Johnson, ASBA #8911070

DELANEY WILES, INC.
Attorneys for Defendants Ilisagvik College
John Tuthill and Pamela Taylor

s/ Cynthia L. Ducey
Cynthia L. Ducey, ASBA #8310161

Law Office of Peter C. Gamache

s/ Peter C. Gamache
Peter C. Gamache, ASBA #8211116
Attorney for Defendant
North Slope Borough

### Certificate of Service

I hereby certify that on May 22, 2006, a copy of the foregoing *Joint Report on Discovery* were served electronically on Cynthia Ducey, Esq. and Peter Gamache, Esq.

s/ Linda J. Johnson

Joint Status Report
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 5 of 5

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586