Peter C. Gamache, Esq.
Law Office of Peter C. Gamache
405 W. 36th Ave., Suite 201
Anchorage, Alaska 99503
(907) 563-6969
(907) 563-5083 facsimile
peter_gamache@yahoo.com
Attorney for North Slope Borough

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ILISAGVIK COLLEGE, NORTH SLOPE ) | |
| BOROUGH, JOHN TUTHILL, individually, ) | |
| and PAMELA TAYLOR, individually, ) | |
| Defendants. ) | |
| _____ ) | Case No. 3:05-cv-086-TMB |

**RESPONSE BY NORTH SLOPE BOROUGH TO**

**PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY**

Defendant, the North Slope Borough [NSB], responds to plaintiff's motion for extension of discovery [Document 44] as follows:

The 60 day extensions suggested are not opposed. However, the deadline for close of discovery should be extended not 60 days, but 90 days to November 17, 2006. The period from May to November is filled with subsistence activity, from whaling to

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

RESPONSE TO MOTION FOR EXTENSION OF DISCOVERY
Wade v. Ilisagvik College, et al.
Case No. 3:05-cv-086-TMB                                                                Page 1 of 2

berry picking, such that individuals who may be needed to complete discovery, whether witnesses or employees upon whom defendants rely, may not be readily available. Extending the close of discovery 90 days provides a window for the parties to make and respond to last minute discovery requests consistent with the discovery rules and without further intervention by the court.

All three of the parties will be filing motions for summary judgment. The discovery this far has been designed to obtain the documents and testimony needed to support their motions. However, it would result in unnecessary expenses to employ expert witnesses and perform other expensive trial preparation until the court has an opportunity to rule on the summary judgment motions. In this regard, especially given the number and complexity of the claims alleged, further discovery extensions may well be needed.

Dated this 23rd day of May, 2006 at Anchorage, Alaska.

Law Office of Peter C. Gamache

s/ Peter C. Gamache
Peter C. Gamache, ASBA #8211116
Attorney for Defendant
North Slope Borough

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

**Certificate of Service**

The undersigned certifies that on May 23, 2006
a true and correct copy of the Joint Status Report
was served electronically by the ECF system on:

- Linda J. Johnson

- Cynthia L. Ducey

s/ Peter C. Gamache

RESPONSE TO MOTION FOR EXTENSION OF DISCOVERY
Wade v. Ilisagvik College, et al.
Case No. 3:05-cv-086-TMB                                           Page 2 of 2