Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
Fax  (907) 277-1331
cld@delaneywiles.com
Attorney for defendant Ilisagvik College

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, | ) |
| Plaintiff, | ) ) ) |
|  | ) Case No. A05-086 CV (TMB) |
| v. | ) ) |
| ILISAGVIK COLLEGE, NORTH SLOPE BOROUGH, JOHN TUTHILL, individually and PAMELA TAYLOR, individually | ) **RESPONSE TO PLAINTIFF'S MOTION** ) **FOR EXTENSION OF TIME FOR** ) **DISCOVERY** ) |
| Defendants. | ) ) |

Defendants Ilisagvik College, John Tuthill, and Pamela Taylor, by and through counsel, hereby respond to plaintiff's Motion for Extension of Time for Discovery (Document 44). Defendants are not opposed to plaintiff's proposition that the expert discovery deadlines should be extended and have communicated that to plaintiff's counsel, conditioned on an extension of all discovery deadlines for an additional thirty days beyond plaintiff's request (i.e. an extension of ninety days from the discovery deadlines currently set).

Plaintiff states, "Ilisagvik College has expressed the opinion that it will be unable to travel to Barrow during the summer due to limited flight availability and that this will effect the College's ability to pursue discovery. However, the College has not verified that position and

from the Plaintiff's own research, that has not proven to be the case." Document 44 at 2. Actually, that is only partially correct. The undersigned stated to plaintiff's counsel that it might be difficult to return to Barrow this summer due to the tourist season and due to the undersigned's own schedule. Plaintiff's counsel is well aware that the undersigned has an accelerated discovery and trial schedule in a state court case, *Virtue v. Bethel Group Home, Inc.*, Case No. 4BE-04-19 CV. In February 2006 the judge in *Virtue* ordered an expedited discovery schedule, taking up much of the undersigned's time and attention from that time to the present. Trial in *Virtue* is set for October 9, 2006. Further, the undersigned is defense counsel in another state court case, *Scianna v. Personalized Assisted Living, Inc.*, Case No. 3AN-04-13161 CV, in which trial is set for October 23, 2006. The undersigned will need to devote some time this summer to prepare for trial in each of those cases.

Ilisagvik's request that any extension of discovery be for an additional thirty days beyond plaintiff's request is reasonable and necessary under the circumstances. Plaintiff still has not produced documents sought in defendants' requests for production to plaintiff, dated October 14, 2005. These documents include her complete medical records from medical providers plaintiff identified in response to defendants' interrogatories, and plaintiff's medication records going back five years. Defendants are still in the process of gathering her medical records utilizing her medical release under plaintiff's four different last names. Ilisagvik also requested that she produce records supporting her damages, including her claim that she was forced to withdraw retirement monies and her tax returns going back fifteen years. To date, plaintiff has only produced one summary page of tax return information and two pages of PERS computer printouts which don't give any real information. Defendant has not otherwise produced any documents supporting her calculation of damages.

Finally, defendants sought production of documents relating to lawsuits and administrative proceedings in which plaintiff was a plaintiff, claimant or witness in their October 14, 2005 discovery requests to plaintiff. Plaintiff has only produced approximately seventeen pages of court or administrative proceeding documents, despite the fact that plaintiff by her own admission in discovery responses and in her deposition was involved in no less than seven lawsuits or administrative proceedings, with thirteen of the seventeen pages produced by plaintiff relating to one suit brought by Ford Motor Credit against plaintiff. In summary, plaintiff clearly still owes defendants substantial amounts of written discovery.

Plaintiff is aware that an additional trip to Barrow will be sought by Ilisagvik for depositions as well as trips to Salt Lake City and Tennessee, also for depositions. Plaintiff is seeking to take numerous depositions including John Van Hoesen, Edna McLean, Patrick O'Rourke, Sony Abu and others. Defendants wish to depose plaintiff's medical providers in Tennessee and Barrow and others. Attempting to schedule all of these depositions prior to the close of discovery will be difficult. All of the parties in this case still have much work to do regarding discovery before discovery closes.

Therefore Defendants agree to plaintiff's request for an extension of time to the deadlines regarding expert witnesses in exchange for an additional extension of thirty days to the discovery deadlines beyond the sixty days' extension requested by plaintiff in Document 44. Defendants join with co-defendant North Slope Borough in requesting that the discovery deadlines be extended by ninety days. *See* Document 46. Defendants Ilisagvik College, John Tuthill and Pamela Taylor request that the final witness deadline be set for September 18, 2006, and the completion of discovery deadline be set for November 17, 2006.

Dated:__5-30-06_____      __s/ Cynthia L. Ducey_____
Cynthia L. Ducey, ASBA # 8310161
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
(907) 279-3581
(907) 277-1331 Fax
cld@delaneywiles.com

Certificate of service

I certify that a true and correct
copy of this document has
been served by electronic service
on the 30th day of May, 2006 upon:

Linda J. Johnson
Clapp, Peterson, Van Flein,
 Tiemessen & Thorsness LLC
711 "H" Street, Suite 620
Anchorage, Alaska 99501

Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99501


By:  Cynthia L. Ducey_____