Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
Fax (907) 277-1331
cld@delaneywiles.com
Attorney for defendant Ilisagvik College

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. A05-086 CV (TMB) |
| v. ) | |
| ) | |
| ILISAGVIK COLLEGE, NORTH SLOPE ) | **MOTION TO COMPEL CONTINUED** |
| BOROUGH, JOHN TUTHILL, individually ) | **DEPOSITION OF PLAINTIFF** |
| and PAMELA TAYLOR, individually ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Defendants Ilisagvik College, John Tuthill, and Pamela Taylor, by and through counsel, hereby move the Court for an order compelling plaintiff to appear for a continued deposition. This motion is supported by a memorandum of law, attached exhibits and a proposed order.

Dated:__6-16-06_____        __s/ Cynthia L. Ducey_____
                                 Cynthia L. Ducey, ASBA # 8310161
                                 Delaney Wiles, Inc.
                                 1007 West 3rd Avenue, Suite 400
                                 Anchorage, AK 99501

(907) 279-3581  
(907) 277-1331 Fax  
cld@delaneywiles.com

Certificate of service

I certify that a true and correct
copy of this documents has
been served by electronic service
on the 16th day of June, 2006 upon:

Linda Johnson

Peter Gamache

By:  Cynthia L. Ducey_____