## INDEX OF EXHIBITS

## MOTION TO COMPEL CONTINUED DEPOSITION OF PLAINTIFF

Exhibit A.  Request For Production dated October 14, 2005

Exhibit B.  Plaintiff's initial disclosures, dated September 30, 2005

Exhibit C.  Plaintiff's supplemental disclosures prior to deposition, dated March 13, 2006.

Exhibit D.  Plaintiff's responses to interrogatories 1-3, dated November 14, 2005.

Exhibit E.  Plaintiff's First Supplemental Responses to First Discovery Requests, dated December 9, 2005.

Exhibit F.  Defendant's Responses to Plaintiff's Third Discovery Requests to Defendant Ilisagvik College, dated April 24, 2006.

Exhibit G.  Plaintiff's Sixth Supplemental Responses to First Discovery Requests, dated March 9, 2006.

Exhibit H.  Plaintiff's faculty appointment letter for 2003-04, dated May 1, 2003, Attachment A, at 4 (twelve days of personal leave allowed per contract year when taking it does not unduly interfere with the delivery of Ilisagvik's program of instruction).

Exhibit I.  Joint Report To Court On Discovery Status, ¶ 5, dated April 25, 2006.

Exhibit J.  Excerpts of Transcript of Deposition of Bobbi Wade, Volume I, May 1, 2006.

Exhibit K.  Excerpts of Transcript of Deposition of Bobbi Wade, Volume II, May 5, 2006.

118260