Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
ljj@cplawak.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

BOBBI WADE,

                Plaintiff,

v.

ILISAGVIK COLLEGE; NORTH SLOPE
BOROUGH; JOHN TUTHILL,
individually; and PAMELA TAYLOR,
individually,

                Defendants.　　Case No. A05-086 CV (JWS)

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff, by and through attorneys, Clapp, Peterson & Stowers, LLC, serves the following initial disclosures pursuant to Alaska R. Civ. P. 26(a).

### A.　Factual Basis of Claims

In September of 2003 and again in October 2003, Plaintiff Bobbi Wade, a 71-year-old Business Administration professor at Ilisagvik College, requested time off in October 2003, for medical care relating to a suspected cancerous patch of


EXHIBIT B
Page 1 of 11

skin and other medical problems. Both requests for leave were illegally denied by Defendants Tuthill and Taylor, who were employed by the College, which is inside the North Slope Borough. Plaintiff was twice more denied leave in violation of the Family and Medical Leave Act and endured intimidation and retaliation from Tuthill and Taylor. At no time were Plaintiff's FMLA rights explained to her.

Plaintiff was insulted and told she was "100 years old" and "out of date," which comments indicate Defendants' illegal actions were intentional and based on her age. The insults, added to the violation of other rights, indicate that Defendants wished to force Plaintiff out of employment because of her age.

Plaintiff requested time off in November to obtain treatment Outside Alaska on the recommendation of a local doctor. Plaintiff was granted time off, but only as "personal leave." When Plaintiff returned from leave on December 1, she found that two of her classes had been transferred to other instructors and her teaching contracts for those classes had been unilaterally cancelled by Tuthill. Defendants refused to return the classes to Plaintiff, breached her contract and penalized her for taking medical leave. Defendants subsequently rejected a formal complaint made by Plaintiff about the violation.

In January 2004, Plaintiff received notice from Tuthill that her contract would not be renewed. No reason was given; in fact, there was no legitimate reason for this action based on Plaintiff's employment history. Plaintiff filed a grievance which was ultimately denied. Plaintif pursued every avenue of justice,

Plaintiff's Initial Disclosures
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 2 of 11

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

EXHIBIT B
Page 2 of 11

including   arbitration. However, the hearing officer   was a college consultant appointed by the college's president, not an arbitrator as required by the college's policies.   Defendants' reasons for termination, including Plaintiff's "slow" grade report and alleged poor retention rate for students, were pretextual, retaliatory and discriminatory.

Because of the wrongful termination, retaliation and discrimination, Plaintiff was forced to move out of the state.  She was forced to withdraw and use her PERS and TERS retirement contributions in order to live, and now, without suitable income to retire, has struggled, at her advanced age, to find new work.

Defendants violated the FMLA, Plaintiff's due process, the federal Age Discrimination in Employment Act and the Older Workers Benefit Protection Act, the Alaska Human Rights Act and the Alaska Whistleblower's Act.  As a result of Defendant's unlawful conduct, Plaintiff suffered damages, including, but not limited to, loss of wages, past and future health and retirement, as well as anguish, humiliation and emotional distress.

In addition, Plaintiff is entitled to liquidated damages and, costs, interest and attorney fees, plus an award of punitive damages against Defendants Tuthill and Taylor.

**B.**    **Names of Witnesses Likely to Possess Discoverable Information**

1)    Bobbi Wade
c/o Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454

*Plaintiff's Initial Disclosures*
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 3 of 11

EXHIBIT B
Page 3 of 11

(907) 272-9272

Ms. Wade is the plaintiff.  Attorney-client privilege applies.

2)   Edna Ahgeak MacLean
     c/o Delaney, Wiles, Hages, Gerety, Ellis & Young, Inc.
     1007 W. Third Ave., Suite 400
     Anchorage, AK 99501
     (907) 279-3581

     Ms. MacLean is the president of Ilisagvik College, a defendant.

3)   George N. Ahmaogak, Sr.
     c/o Peter Gamache
     405 W. 36th Ave., Suite 201
     Anchorage, AK 99501
     (907) 563-6969

     Mr. Ahmaogak is mayor of the North Slope Borough, a defendant.

4)   John Tuthill
     c/o Delaney, Wiles, Hages, Gerety, Ellis & Young, Inc.
     1007 W. Third Ave., Suite 400
     Anchorage, AK 99501
     (907) 279-3581

     Mr. Tuthill is a defendant.

5)   Pamela Taylor
     c/o Delaney, Wiles, Hages, Gerety, Ellis & Young, Inc.
     1007 W. Third Ave., Suite 400
     Anchorage, AK 99501
     (907) 279-3581

     Ms. Taylor is a defendant.

6)   Patrick J. O'Rourke

     Mr. O'Rourke was the hearing officer for Plaintiff's grievance.
     And a contractor to Ilisagvik College.

*Plaintiff's Initial Disclosures*
*Wade v. Ilisagvik*, Case No. A05-086 CV (JWS)
Page 4 of 11

Friedman & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586



7)    Aimee Valenti
       P.O. Box 2312
       Barrow, AK 99723
       (907) 852-3333

       Ms. Valenti was a teacher at Ilisagvik College during the period relevant to this case.

8)    Jay St. Vincent
       Ilisagvik College
       P.O. Box 749
       Barrow, AK 99723
       (907) 852-3333

       Ms. St. Vincent was a teacher at Ilisagvik College during the period relevant to this case.

9)    Christopher Low
       Ilisagvik College
       P.O. Box 749
       Barrow, AK 99723
       (907) 852-3333

       Mr. Low was a teacher at Ilisagvik College during the period relevant to this case.

10)   Tim Carlson
       Ilisagvik College
       P.O. Box 749
       Barrow, AK 99723
       (907) 852-3333

       Mr. Carlson was a teacher at Ilisagvik College during the period relevant to this case.

11)   Carlon Whiskey
       P.O. Box 1254
       Barrow, AK 99723

       Ms. Whiskey was a student at Ilisagvik College during the period relevant to this case.



12)    Lyudmyla Tuthill
        333 Andover Drive, No. 112
        Burbank CA 9150-4

    Ms. Tuthill is the wife of defendant John Tuthill and an employee at Ilisagvik College during the period relevant to this case.

13)    Dawn Robinson
        Ilisagvik College
        P.O. Box 749
        Barrow, AK 99723
        (907) 852-3333

    Ms. Robinson was an assistant to defendant Tuthill at Ilisagvik College during the period relevant to this case.

14)    Diana Kennedy
        Ilisagvik College
        P.O. Box 749
        Barrow, AK 99723
        (907) 852-3333

    Ms. Kennedy was an assistant to defendant Tuthill at Ilisagvik College during the period relevant to this case.

15)    Sonya Abu
        Ilisagvik College
        P.O. Box 749
        (907) 852-1762

    Ms. Abu was Student Retention officer at Ilisagvik College during the period relevant to this case.

16)    John Van Hoesen
        Ilisagvik College
        P.O. Box 749
        Barrow, AK 99723
        (907) 852-3333

    Mr. Van Hoesen was the chief finance officer at Ilisagvik College during the period relevant to this case.  He was one of the administrators who signed the document terminating plaintiff's contract.

*Plaintiff's Initial Disclosures*
<u>Wade v. Ilisagvik</u>, Case No. A05-086 CV (JWS)
Page 6 of 11



17)    Barbara J. Struble
       124 E. Third Ave. No. 411
       Anchorage, AK 99501
       (907) 272-3026

    Ms. Struble was the director of Adult Basic Education during the
period relevant to this case.

18)    Mike Hartman
       Ilisagvik College
       P.O. Box 749
       Barrow, AK 99723
       (907) 852-3333

    Mr. Hartman was temporary dean at Ilisagvik College following the
termination of defendant Tuthill.

19)    Jerone Terviofski
       Ilisagvik Colleg
       P.O. Box 749
       Barrow, AK 99723

    Mr. Terviofski is an employee of Ilisagvik College.

20)    Karen Stretch
       P.O. Box 1113
       Barrow, AK 99723

    Ms. Stretch is a former employee of Ilisagvik College.

21)    Dr. Celia Church
       Heritage Medical Center
       222 22nd Ave. North, Suite 100
       Nashville, TN 37203
       9615) 646-6222

    Dr. Church was the specialist who provided treatment to the plaintiff in
2003 and 2004.


EXHIBIT B
Page 2 of 11

22)    Dr. Joseph B. DeLozier, III, PLLC
       209 23rd Ave.
       Nashville, TN
       (615) 565-9000

       Dr. DeLozier was one of plaintiff's healthcare providers during the
       period relevant to this case.

23)    Clark D. Lea, M.D., P.C.
       2010 Church St., Suite 513
       Nashville, TN 37203
       (615) 284-2532

       Dr. Lea was one of plaintiff's healthcare providers during the period
relevant to this case.

24)    Michelle L. Snyder, D.O.
       Andrea Trinchet, RN, BSN
       Soraya Aragundi, M.D.
       and other healthcare providers
       Samuel Simmonds Memorial Hospital
       1296 Agvik St.
       Barrow, AK 99723
       (907) 852-4611

       Several healthcare providers treated the plaintiff at this facility during
the period relevant to this case.


Any and all witnesses identified through ongoing discovery.

Any and all witnesses identified by any other party to this litigation.

Any and all necessary rebuttal witnesses.

Any and all expert witnesses. Expert witnesses shall be disclosed
pursuant to the Court's Scheduling Order.


EXHIBIT B
Page 8 of 11

Hemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

**C.    Persons Providing Written or Recorded Statements**

The Faculty Grievance Hearing of June 24, 2004, was recorded and Plaintiff is in the process of locating a copy; this recording will be produced when it has been located.   It is Plaintiff's belief that the college is also in possession of this recording.

**D.    Documents Relevant to the Claims**

1.    Plaintiff's earning statements, tax records for 2000, 2002, 2003, personnel records (including leave requests) are attached at Bates Nos. 200000-200465.

2.    Plaintiff's tax return documents for 2004 are attached at Bates Nos. 100000-100014.

3.    Plaintiff's PERS account records are attached at Bates Nos. 100015-100019.

4.    Plaintiff's leave request dated 10/2/03 is attached at Bates Nos. 100020-100024.

5.    Ilisagvik College job announcement of 3/14/05 is attached at Bates Nos. 100025-100028.

6.    Plaintiff's job application is attached at Bates Nos. 100029-10041.

7.    Ilisagvik College hearing documents are attached at Bates Nos. 100042-100186.

8.    Job description report, memo on 2003 assessment is attached at Bates Nos. 100187-100193.

9.    Letter from John Tuthill on catalog revisions is attached at Bates No. 100195.

10.    Plaintiff's formal grievance memo and communications on complaint are attached at Bates Nos. 100196-100204.


EXHIBIT B
Page 9 of 11

11.    Class lists and communications on prerequisites are attached at Bates Nos. 100205-100217.

12.    Communications from/to former ABE Director Barbara Struble are attached at Bates Nos. 100218-100226.

13.    Carlon Whiskey's registration form and class lists are attached at Bates Nos. 100227-100246.

## E.    Photographs, Diagrams and Videotapes

Plaintiff does not possess materials responsive to this request.

## Damages

Plaintiff seeks lost past and future wages, lost past and future benefits, liquidated damages, and other economic damages, as well as non-economic damages, all in an amount to be proven at trial. Plaintiff also seeks punitive damages against defendants Tuthill and Taylor. Also, plaintiff seeks awards of prejudgment and post-judgment interest at the legal rate, and reimbursement of her costs and attorney fees at the conclusion of any trial in this matter.

DATED this 30th day of September, 2005, Anchorage, Alaska.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

By: _____
Linda J. Johnson #8911070

*Plaintiff's Initial Disclosures*
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 10 of 11

711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586


EXHIBIT B
Page 10 of 11

<u>Certificate of Service:</u>

I certify that a copy of this
document was mailed  X  ,
faxed _____, hand delivered_____  on
September  30 , 2005, to the following:

Cynthia Ducey, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Ste. 400
Anchorage AK  99501

Peter C. Gamache,Esq.
405 W. 36th Avenue, Suite 201
Anchorage AK  99503

By: _____

711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

*Plaintiff's Initial Disclosures*
<u>Wade v. Ilisagvik</u>, Case No. A05-086 CV (JWS)
Page 11 of 11

