Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
ljj@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE, | |
| Plaintiff, | |
| v. | |
| ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually, | |
| Defendants. | Case No. A05-086 CV (JWS) |

## PLAINTIFF'S SEVENTH SUPPLEMENTAL RESPONSES TO FIRST DISCOVERY REQUESTS

Plaintiff Bobbi Wade, by and through her attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, hereby supplements her responses to defendant's first discovery requests with the following:

1) Medical records from Clark D. Lea, M.D., at Bates Nos. 300158-300163.

Plaintiff's Seventh Supplemental Responses
to Defendant's First Discovery Requests
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 1 of 2

EXHIBIT C
Page 1 of 8

DATED this 13 day of March, 2006, Anchorage, Alaska.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

By: _____
Linda J. Johnson / #8911070

Certificate of Service:

I certify that a copy of this document was mailed X, faxed ___, hand delivered ___ on March 13, 2006, to the following:

Cynthia Ducey, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Ste. 400
Anchorage AK 99501

Peter C. Gamache, Esq.
405 W. 36th Avenue, Suite 201
Anchorage AK 99503

By: _____
F:\Document\WADE v. Ilisagvik College\disc 6th supp to 1st disc req 3-6-06.doc

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Plaintiff's Seventh Supplemental Responses
to Defendant's First Discovery Requests
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 2 of 2

EXHIBIT C
Page 2 of 8

CLARK D. LEA, MD
2001 CHURCH ST
STE 513
NASHVILLE, TN 37203
615-284-2532

4/26/04 BOBBI WADE

Seventy year old patient who resides in Barrow, Alaska, referred by Dr.Church with symptomatic cholelithiasis. Over the past 4 months she has noted that "foods make me sick". She has experienced frequent nausea and occasional vomiting especially with fatty foods or mayonnaise. The nausea has been associated with bloating, but no significant abdominal pain. An ultrasound on 4/19/04 demonstrated a large 2 cm gallstone. The mucosa appeared slightly thickened and irregular. She denies any history of fever or jaundice. She has a history of PUD and is S/P EGD and colonoscopy. Apparently the EGD revealed H.pylori.

On examination the abdomen is nontender with no palpable masses or megaly. Lungs are clear and heart is regular with no murmur.

She certainly appears to have symptomatic gallbladder disease and have recommended laparoscopic cholecystectomy. She plans to return to Barrow fairly soon and will proceed with laparoscopic cholecystectomy which has been scheduled for 4/28/04 at Baptist Surgicare. The procedure and possible complications including bleeding, infection, perforation, retained stone, bile duct injury, change in bowel habits as well as the possibility of an open procedure discussed. The possibility of a cardiac event or stroke also discussed.

C.Lea, MD/pl

---

5/5/04 BOBBI WADE

She underwent laparoscopic cholecystectomy on 4/26/04. The patient has done very well with no further nausea. Sutures removed and the wounds are healing well.

Abdominal examination is unremarkable.

She plans to return to Barrow Alaska next w__ and will return to this office as needed. The patient will return to work on 5/17/04.

Cc: Dr.Church , enc:op note, path report
C.Lea, MD/pl

---

300158

**Baptist Plaza Surgicare**
**2011 Church Street**
**Plaza 1, Lower Level**
**Nashville, TN 37236**

OPERATIVE REPORT

| | |
|---|---|
| NAME: WADE, BOBBI | MRN: 2303 |
| SURGEON: Clark D. Lea, M.D. | DOS: 4/28/2004 |

PREOPERATIVE DIAGNOSIS:  Symptomatic cholelithiasis.

POSTOPERATIVE DIAGNOSIS:  Symptomatic cholelithiasis.

PROCEDURE:  Laparoscopic cholecystectomy.

ANESTHESIA:  General endotracheal.

ESTIMATED BLOOD LOSS:  Minimal.

COMPLICATIONS:  None.

DETAILS OF PROCEDURE:    Under general endotracheal anesthesia with the patient supine, the abdomen was prepped with DuraPrep and sterile drapes were applied. A Veress needle was inserted through right subcostal incision. The abdomen was insufflated with approximately 3 liters of $CO_2$. A 5-mm subcostal trocar was placed and a 5 mm camera positioned. There were a few adhesions to the anterior abdominal wall. A 10-mm trocar was placed at the upper midline position with direct vision. The previously noted adhesions were then carefully lysed. The remaining lateral and umbilical trocars were then placed with direct vision. The camera was positioned through the umbilical port and exploration revealed a pale thickened gallbladder consistent with chronic inflammation. Further exploration including visualization of the liver, stomach, portions of small bowel and colon was unremarkable. The fundus and the infundibulum of the gallbladder were grasped and retracted in cephalad as well as lateral direction. The cholecystic-duodenal ligament was dissected exposing a normal-sized cystic duct. The cystic duct was very clearly exposed from the infundibulum down to the common bile duct. The cystic artery was identified, triply clipped, and divided. The proximal most cystic duct was likewise divided between Hemaclips. The gallbladder was removed from the fossa in antegrade fashion using a cautery spatula. The subhepatic space and right pericolic gutter were irrigated with saline and very meticulous hemostasis was obtained using electrocautery. The gallbladder was removed without difficulty through the upper midline wound. The wounds were closed using interrupted 4-0 Vicryl subcutaneous and the skin approximated with subcuticular 4-0 Prolene.

Telephone (615) 515-4000    FAX (615) 515-4055

WADE, BOBBI  
PAGE 2 of 2  
4/28/2004

The patient tolerated the procedure well with minimal blood loss and was transported to the recovery room in good condition.

_____

Clark D. Lea, M.D.

CDL/ACCSAM714

cc: Clark D Lea, M.D.

Baptist Plaza Surgicare    Telephone (615) 515-4000



300160

# ANATOMIC AND CLINICAL LABORATORY ASSOCIATES, P.C.

RAYMOND F. BLUTH, M.D.
MICHAEL B. BOTTOMY, M.D.
BARRETT D. BRANTLEY, M.D.
DANIEL D. CANALE, M.D.

2010 CHURCH STREET, SUITE 615, NASHVILLE, TN 37203
TELEPHONE: 615-284-7950  FACSIMILE: 615-284-4368

SERVICES PERFORMED AT BAPTIST HOSPITAL LABORATORY
NASHVILLE, TENNESSEE
RAYMOND F. BLUTH, M.D. DIRECTOR

MICHAEL T. LOMIS, M.D.
CHRISTOPHER MIXON, M.D.
RICHARD R. OLDHAM, M.D.
DAVID J. SWITTER, M.D.

**Name:** WADE, BOBBI
Age: 70 Years   Sex: Female
Procedure Date: 4/28/2004
Received Date: 4/29/2004
Physician: LEA, CLARK D.
Copy To:

**Accession #:** BP-04-0000587
DOB:
SSN:
Patient ID#: 2303

## SURGICAL PATHOLOGY

## FINAL DIAGNOSIS:

GALLBLADDER, CHOLECYSTECTOMY: CHOLELITHIASIS AND CHRONIC CHOLECYSTITIS.

## GROSS DESCRIPTION:

Source: gallbladder. Received in fixative is a gallbladder measuring 9 cm in length and 2.3 cm in diameter. The specimen has been previously partially opened. Metallic surgical clips have been placed at cystic duct and vascular margins. The serosal surface is smooth and glistening. Gallbladder wall measures 2 to 3 mm in thickness. The mucosal surface is greenish-tan and free of focal mucosal lesions. The gallbladder is filled with pasty green-tan sludge-like material and stone fragments. Representative portions of the specimen are submitted. (3/1)
(BDB/jm - 04/29/04)

## MICROSCOPIC DESCRIPTION:

The gallbladder mucosa is well preserved. No mucosal atypia is seen. There is no active inflammatory infiltrate.

BARRETT D. BRANTLEY MD
Electronic Signature 04/30/04
BDB/CDB



300161

# SAINT THOMAS HOSPITAL

**MEDICAL IMAGING**
4220 HARDING ROAD
NASHVILLE, TN 37205
615-222-6768

WADE

| | | |
|---|---|---|
| **WADE, BOBBI**<br>11/27/33  70 Y  F<br><br>JEFFREY ESKIND | ADM# 44445891<br><br>**Verified** | **MR #: 698278**<br>Room #: Outpatient<br>Date of service: 04/19/2004 |

**ORDER #:** 3757561
**REASON:** DYSPEPSIA/HEARTBURN/NAUSEA    ORDER DIAGNOSIS:
**EXAMS:** US GALLBLADDER 4/19/04

APR 2 6 2004

WADE, BOBBI

GALLBLADDER ULTRASOUND:

HISTORY: Dyspepsia, nausea, heartburn.

COMPARISON: None available.

Echogenicity density is present in the gallbladder. This is consistent with a large stone of approximately 2 cm in size. The wall overall is within normal limits of measurement. The mucosa however appears to be slightly irregular and thickened. The presence of stone is probably as chronic. There is no evidence of a pericholecystic edema or edema in the wall. The common duct is normal in size. The pancreas is unremarkable.

IMPRESSION: Cholelithiasis and possible chronic changes in the mucosa.

blb/RONALD B. ADDLESTONE, M.D.

** ELECTRONICALLY SIGNED WHEN A PHYSICIAN'S NAME APPEARS BELOW **

*Signed by:* **RONALD ADDLESTONE, M.D.** *on April 19, 2004 @ 15:47*

Transcribed: BB on 04/19/2004

JEFFREY ESKIND
MOB PLAZA E SUITE 400
NASHVILLE, TN 37205
Page 1 of 1

Confidentiality Notice:This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the Recipient as indicated to the left of this notice. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Saint Thomas Health Services at the contact number above and arrange for the return or destruction of these documents.

300162

## Certificate of Authenticity of Medical Records

I, _Pam Lea_, am the records custodian for _Clark D. Lea MD_. In my capacity as records custodian, I certify that the attached documents are true, correct and complete copies of all medical and/or billing records maintained within the custody and control of this office for patient _Bobbi J. Wade_.

_2/28/06_
Date

_Pam Lea_
Records Custodian Signature

_Pam Lea_
Records Custodian Printed Name

THIS IS TO CERTIFY that on the ___ day of _____, _____, before me, the undersigned, a Notary Public, personally appeared, _____, known to me to be the person who signed the above instrument, to be the free act and deed of _____.

  IN WITNESS WHEREOF, I have hereunto set my hand and seal this ___ day of _____, _____.

_____
Notary Public in and for Tennessee
My Commission Expires: _____

300163