

Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
ljj@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>    Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>    Defendants. | Case No. A05-086 CV (JWS) |

**PLAINTIFF'S FIRST SUPPLEMENTAL RESPONSES
TO FIRST DISCOVERY REQUESTS**

Plaintiff Bobbi Wade, by and through her attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, hereby supplements her responses to defendant's first discovery requests with the following:

1)  Memo from Stan Scott, 2/10/02 at Bates Nos. 100251-3.


EXHIBIT E
Page 1 of 3

2)     Memo from MacLean on 2003 Assessments, 5/26/03 at Bates No. 100254.

3)     E-mails to/from Donald Boyles, Bobbi Wade re: resume, 12/6 and 12/5/01 at Bates Nos. 100255-6.

4)     E-mails from MacLean to Wade, 8/16/02 at Bates No. 100257.

5)     E-mail from Wilson to Wade, 4/5/02 at Bates No. 100258.

6)     Ilisagvik e-mails, 5/03, 6/03, 8/03, 9/03, 10/03, 1/04 at Bates Nos. 100259-100274.

7)     Job applications of Bobbi Wade at Bates Nos. 100275-100312.

8)     Court documents relating to Ford Motor Credit v. Bobbi Wade at Bates Nos. 100313-26.

9)     Summons in civil action by Vick against Wade at Bates No. 100327.

10)     Letters of recommendation of Bobbi Wade at Bates Nos. 100328-100340.

11)     Teacher certificates at Bates Nos. 100341-45.

12)     Business background of Bobbi Wade at Bates Nos. 100346-55.

13)     E-mail from/to Carson, Wade on retirement at Bates No. 100356.

14)     Anchorage Academy One documents at Bates Nos. 100357-503.

15)     E-mails to/from O'Rourke to/from Wade, Tuthill, 4/29/04, 6/17/04 at Bates Nos. 100504-6.


EXHIBIT E
Page 2 of 3

16) E-mails to/from Wade, Tuthill, 4/1/04, 5/17/04, medical leave, releases at Bates Nos. 100507-8.

17) Grade lists, 2003 fall session at Bates Nos. 100509-13.

18) EEOC inquiry at Bates Nos. 100247-50.

19) Medical records from Joseph Delozier, M.D. at Bates Nos. 300000-7.

DATED this 9th day of December, 2005, Anchorage, Alaska.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

By: _____
Linda J. Johnson, #8911070

Certificate of Service:

I certify that a copy of this document was mailed _____, faxed _____, hand delivered ✓ on December 13, 2005, to the following:

Cynthia Ducey, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Ste. 400
Anchorage AK 99501

Peter C. Gamache, Esq.
405 W. 36th Avenue, Suite 201
Anchorage AK 99503

By: _____

Plaintiff's First Supplemental Responses
to Defendant's First Discovery Requests
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 3 of 3

711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586


EXHIBIT E
Page 3 of 3