IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE,<br><br>    Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE, NORTH SLOPE BOROUGH, JOHN TUTHILL, individually and PAMELA TAYLOR, individually<br><br>    Defendants. | Case No. A05-086 CV (TMB) |

## RESPONSES TO PLAINTIFF'S THIRD DISCOVERY REQUESTS TO DEFENDANT ILISAGVIK COLLEGE

Defendant, Ilisagvik College, by and through counsel, Delaney, Wiles, herein responds to plaintiff's third discovery requests to Ilisagvik College as follows:

### REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Please produce all registrar records related to dates and subject matter of classes taught by Tim Carlson in the fall of 2003.

**RESPONSE:** Objection, not relevant nor reasonably calculated to lead to discoverable information. Without waiving the foregoing, see attached documents, Bates Nos. 25778-25785.

**REQUEST FOR PRODUCTION NO. 2:** Please produce all class schedules and syllabuses for classes taught by Tim Carlson in the fall of 2003.

**RESPONSE:** Objection, not relevant nor reasonably calculated to lead to discoverable information. Without waiving the foregoing, see attached documents, Bates Nos. 25786-25799. Not all of the attached syllabi were developed by Tim Carlson, but he may have utilized the

1



attached syllabi in his class delivery. There are no other syllabi for Mr. Carlson's Fall 2003 classes in Ilisagvik College's files.

**REQUEST FOR PRODUCTION NO. 3:** Please produce all correspondence related to dates that Tim Carlson taught Business Math in the fall of 2003.

**RESPONSE:** Objection, not relevant nor reasonably calculated to lead to discoverable information. Without waiving the foregoing, see attached documents, Bates Nos. 25800-25816.

**REQUEST FOR PRODUCTION NO. 4:** Please produce all documents related to leave taken by Tim Carlson in the fall of 2003, including leave requests, leave approvals, leave slips and any and all correspondence to and from Mr. Carlson regarding such leave.

**RESPONSE:** Objection, not relevant nor reasonably calculated to lead to discoverable information. Without waiving the foregoing, see attached document, Bates No. 25817.

**REQUEST FOR PRODUCTION NO. 5:** Please produce all registrar records related to dates and subject matter of classes taught by Aimee Valenti in the fall of 2003.

**RESPONSE:** Objection based on relevance of documents related to classes taught by Aimee Valenti. Without waiving the foregoing, see attached documents, Bates Nos. 25818-25833.

EY WILES, INC.
SUITE 400
EST 3RD AVENUE
)RAGE, ALASKA
7) 279-3581

**REQUEST FOR PRODUCTION NO. 6:** Please produce all class schedules and syllabuses for classes taught by Aimee Valenti in the fall of 2003.

**RESPONSE:** Objection based on relevance of documents related to class schedules and syllabuses for classes taught by Aimee Valenti. Without waiving the foregoing, see attached documents, Bates Nos. 25834-25855.

**REQUEST FOR PRODUCTION NO. 7:** Please produce all correspondence related to dates that Aimee Valenti taught Business English in the fall of 2003.

**RESPONSE:** Objection based on relevance of documents related to dates that Aimee Valenti taught Business English. Without waiving the foregoing, see attached documents, Bates Nos. 25856-25864.

**REQUEST FOR PRODUCTION NO. 8:** Please produce all documents related to leave taken by Aimee Valenti in the fall of 2003, including leave requests, leave approvals, leave slips and any and all correspondence to and from Ms. Valenti regarding such leave.

**RESPONSE:** Objection based on relevance of leave taken by Aimee Valenti. Without waiving the foregoing, none.

WITH RESPECT TO OBJECTIONS TO THE FOREGOING DISCOVERY RESPONSES.

Dated at Anchorage, Alaska this 24 day of April, 2006.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendants Ilisagvik College,
John Tuthill, and Pamela Taylor

Cynthia L. Ducey, ASBA # 8310161

### CERTIFICATE OF SERVICE

This certifies that I am an authorized agent of Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc., for service of papers pursuant to Civil Rule 5, and that on this 24th day of April, 2006 a copy of the foregoing document was served by mail upon:

Linda Johnson
Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501

Peter C. Gamache, Esq.
405 W. 36th Avenue, Suite 201
Anchorage, AK 99503

115205

4