Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
ljj@cplawak.com
Attorneys for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

BOBBI WADE,

          Plaintiff,

v.

ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,

          Defendants.

Case No. A05-086 CV (JWS)

## PLAINTIFF'S SIXTH SUPPLEMENTAL RESPONSES TO FIRST DISCOVERY REQUESTS

Plaintiff Bobbi Wade, by and through her attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, hereby supplements her responses to defendant's first discovery requests with the following:

1) Heritage Medical Center records at Bates Nos. 300155-300157.



EXHIBIT 6
Page 1 of 7

2) Bobbi Wade's notes on rearrangement of classes in fall, 2003, at Bates Nos. 100520-100521.

DATED this 9TH day of March, 2006, Anchorage, Alaska.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

By: _____
Linda J. Johnson, #8911070

Certificate of Service:

I certify that a copy of this document was mailed _____, faxed _____, hand delivered __X__ on March __9__, 2006, to the following:

Cynthia Ducey, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Ste. 400
Anchorage AK 99501

Peter C. Gamache, Esq.
405 W. 36th Avenue, Suite 201
Anchorage AK 99503

By: _____
F:\Document\WADE v. Ilisagvik College\disc 6th supp to 1st disc req 3-6-06.doc

Plaintiff's Sixth Supplemental Responses
to Defendant's First Discovery Requests
Wade v. Ilisagvik, Case No. A05-086 CV (JWS)
Page 2 of 2

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

EXHIBIT 6
Page 2 of 7

Name: Bobbi Wade    MR #: 423400148    Date: 8/6/03

| Age | Wt | Ht | DOB | | | BP | Temp | P | Sw |
|---|---|---|---|---|---|---|---|---|---|
| 69 | 172 | 5'4" | 1/64/88 | | | 130 | 98.3 | 18 | (SW) |

Multiple

ASA

Pt going back to ALASKA for teaching — write plans to return soon for tx of med problems.

Pt having ↑ in probs c overactive bladder, urge incontinence & stress incontinence. Was previously told she would likely need a bladder tack (by gyn who performed hyst) — didn't follow — DNA

Pt c progressive pains in ® hip from fx — needs office visit

☐ UTD   ☐ needs:

☐ DM   ☐ HTN   ☐ CAD   ☐ CVD   ☐ COPD   ☐ Cancer of:

☐ TB   ☐ Hepatitis   ☐ Rheumatic Fever   ☐ STD   ☐ None   ☒ PMHx reviewed

**Family History**    Father  Mother  Brother  Sister  Children    **Social History**   M  W  S  D
- Hypertension:                                                    Marital Status: ☐ ☐ ☐ ☐
- Cancer (type?):                                                  Occupation:
- Heart Dz / CVA:                                                  Children:
- Diabetes:                                                        Tobacco Use:  ☐never  ☐quit  ☐current
- Other:                                                           ETOH Use:       Education:
                                         ☒ FHx reviewed            Other:                    ☐ SHx reviewed

**Review of Systems** — Strike Negatives   Circle Positives   Check N if system normal    Details of ROS:

| System | N | |
|---|---|---|
| Constitutional | N | fever  wt loss  wt gain  fatigue  elevated BP |
| Eyes | N | |
| ENT | N | sore throat  hoarseness  hearing loss  ear pain  rhinorrhea  nosebleed |
| Respiratory | N | SOB  cough  wheezing  pleurisy  sputum  hemoptysis |
| CardioVascular | N | chest pain  palpitations  tachycardia  edema  orthopnea  PND |
| Gastrointestinal | N | nausea  vomiting  indigest.  reflux  diarrhea  constip.  rectal bleeding |
| GenitoUrinary | N | dysuria  frequency  blood in urine  flank pain  nocturia  SUI  dribbling  impotence |
| Menstrual | N | heavy periods  irreg periods  abn PAP  menopausal age:  vaginal D/C |
| MusculoSkeletal | N | back pain  myalgia  joint swelling  arthralgia  osteoporosis |
| Neurologic | N | headache  numbness  paresthesias  weakness  dizziness |
| Psychologic | N | mentation problems  anxiety  confusion  depression  insomnia |
| Endocrine | N | polyuria  polydipsia  heat/cold intol.  thyroid problems |
| Hematologic | N | abnl bleeding  abnl bruising  palp lymph nodes  petechiae  hx of anemia |
| Skin/Breast | N | moles  rash  itching  breast  lumps/discharge |
| Allergy | N | rhinorrhea  asthma  hives  hay fever  sinus problems |

☐ normal   ☐ other:                               ☐ no  ☐ yes

Page 3 of 300155

## PHYSICAL EXAMINATION

**Vital Signs** – see front page  
details of PE:

**General:** ☑ appearance: WD-WN

**Eyes:** [illegible]

**ENT:** ☐ ext exam nl  ☐ EAC/TM: clear  ☐ hearing: wnl  
☐ nasal exam: nl  ☐ lips-teeth-gums: wnl  ☐ oropharynx: clear

**Neck:** [illegible]

**Resp:** ☐ resp: even/unlabored  ☐ percuss: nl  ☐ palp: nl  ☐ ausc: nl

**Cardiac:** [illegible]

**Pulses:** [illegible]

**Breasts:** ☐ appear: nl, symmetric  ☐ no tenderness-mass-dimpling-dc

**ABD:** [illegible]

**Male GU:** ☐ scrotum-testes: wnl  ☐ penis: nl  ☐ prostate: symm, no masses

**Pelvic:** [illegible]

**Lymph:** ☐ neck: wnl  ☐ axillae: wnl  ☐ groin: wnl  ☐ other:

**MscSk:** [illegible]

Spine:  
Pelvis:  
RUE:  
LUE:  
RLE:

**Skin:** ☐ inspection wnl: no rash, lesion  *moles:*  
☐ no palp lesions/induration

**Neuro:** ☐ CN intact 2-12  ☐ touch/pain intact  
☐ reflexes symm, wnl  
abnl findings:

☐ no joint defects  ☐ ROM wnl  
☐ joint stable  ☐ strength n

**Psych:** ☐ alert, oriented x 3  ☐ memory intact  
☐ judgment wnl  ☐ mood, affect wnl

---

1) HTN – D/C Lisinopril – start Tarka  
2) Overactive Bladder – Try Oxytrol  
3) Hip pain – Orthos  
4) Thyroid – ✓ TSH

☑ meds: TARKA 2/240 #56 (5)  
Oxytrol Patch #6 (5)  
☐ reviewed w/ pt

☑ lab: TSH  
U/A – trace blood  
☐ will review w/ pt

☐ ancillaries:  
☐ will review w/ pt

☐ referral:

☐ other:

Begin: ___  End: ___  
new pt: ☐10 ☐20 ☐30 ☐45 ☐60  
est pt: ☐5 ☐10 ☐15 ☐25 ☐40

[signatures]

Page 4 of  
300156

# Heritage Medical Associates
222 22nd Avenue North
Nashville, TN 38203

44D0308253
*David J. Switter M.D.*

| PATIENT NAME | PATIENT ID | HOME PHONE | AGE | SEX | PROVIDER |
|---|---|---|---|---|---|
| WADE, BOBBI J. (11/27/1933) | 423400148 | | | F | Celia V. Church, MD |

| SOCIAL SEC # | SAMPLE ID | SAMPLE COLLECTED | SAMPLE RECEIVED | RESULTS APPROVED | RESULTS REPORTED | PAGE |
|---|---|---|---|---|---|---|
| | 10478 | 8/6/2003  2:00 PM | 8/6/2003  2:00 PM | 8/7/2003  4:09 PM | 8/7/2003  4:09 PM | 1 |

| TEST NAME | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| **TSH** | | | | KM |
| TSH | 1.65 | | mIU/L | 0.35-5.50 |

*8/14/03*
*51324*
*continue current*
*dose of Synthroid/ac*

: 10478/1
D OF REPORT

Reviewed by: ____

300157

| Dept | No | Sec | Course Title | Cr | Start/End Dates | Days | Start/End Times | Building | Room | Instructor | Vllg |
|------|----|----|--------------|----|----|------|------|----|----|----|----|
| Bus | 100 | | All BB continue work | 3 | | | | | | | |
| | 154 | | while on leave | 3 | | | | | | | |
| | 233 | | | 3 | Blackboard | | | | | | |
| Bus | 105 | B | Need 15 hrs Math | 1 | Dec.1 / Dec.17 | M/W | 1:00-3:30 | | | | |
| Bus | 169 | C | Engl | 1 | Dec.2 / Dec.18 | T/R | 1:00-3:30 | | | | |
| | | | 30 hrs | | | | | | | | |
| BUS 104 | | | Filing & Record Mgt. | 2 | 10/6 / 11/07 | M/W | 8:30 = 3.5 two per wks. 12:00 = 9 meetings = 31.5 | | | | |
| Finish 11/10 | | | Finish Module B Bus Math | | | | | | | | |
| Finish 11/6 | | | Module B Bus Engl. | | | | | | | | |

f/7/2003

<u>Need 30 hrs = 2 Credits</u>

8:30 – 12:00 = 3.5
7 × 3.5 = 24.5
9 × 3.5 = 31.5

1:00 – 3:30 = 2.5 hrs.  ⎫  Doubled the class
2.5 × 2 = 5 hrs.         ⎬  time for 3 weeks instead
5 × 3 wks = 15 hrs       ⎭  of the usual six weeks.

3 hrs. per meeting = 10 meeting
= 30 hrs.

3.5 = 9 times



100521