

Faculty Appointment Letter for 2003-2004

May 1, 2003

Ms. Bobbi J. Wade
▮▮▮▮▮▮▮▮▮▮▮▮23

Dear Ms. Wade:

On behalf of Iḷisaġvik College, I am pleased to offer you employment for the next fiscal year (2003 - 2004). The following terms and conditions apply to your appointment.

| | |
|---|---|
| Title: | Assistant Professor |
| Nature of Proposed Duties: | Provide instruction and college service in your field of expertise equivalent to 30 credit hours of teaching and 7 credit hours of College service over the course of the Fall, Spring and Summer terms. Typically, this will be the equivalent of 12 credit hours of teaching and 3 credit hours of College service in the Fall and Spring respectively, and 6 credit hours of teaching and 1 credit hour of College service in the Summer. To accommodate individual program needs, variations in the division of this workload among the semesters may be made by the Dean of Instruction with the concurrence of the President. Faculty are expected to assist with the recruitment, retention and mentoring of students and to participate in the various committee structures established to encourage faculty participation in the guidance of the institution. |
| Term: | July 1, 2003 through June 30, 2004. Following summer leave, you will be expected to report for work on Monday, August 18, 2003. It is understood by both the College and yourself that teaching positions at Ilisagvik College are untenured and one may not acquire tenured status by reason of this appointment. |
| Annual Salary: | $75,477.00, payable in equal bi-weekly installments based on 260 days of service per contract year. This is a professional, exempt position and as such does not carry any entitlement to overtime pay or additional compensation for any work performed on weekends, holidays, outside of normal working hours, or days in excess of 260 days of service per year. |



EXHIBIT
Page ___ of ___

EXHIBIT
12

P.O. BOX 749   BARROW, ALASKA 99723   907-852-3333   FAX 907-852-2729
SERVING THE RESIDENTS OF THE NORTH SLOPE

20369
Wade v. Ilisagvik College

The terms and conditions of your employment with Iḷisaġvik College are in accordance with this letter of appointment including Attachment A, the Iḷisaġvik College Employee Handbook and the Policy and

Regulations of the Board of Trustees as they exist today and as they may be duly amended from time to time. Of course, all employees are also expected to abide by state and federal law.

This letter of employment with its references encompassed herein constitutes the full and complete contract agreement between yourself and Iḷisaġvik College. Any other oral agreement between the parties shall be null and void. This contract shall be modified only in writing.

If you accept the above conditions of your employment with Iḷisaġvik College, please sign where indicated below and return the original to my office within twenty (20) days. Please retain a copy for your records. I am looking forward to your contributions this coming year.

Sincerely,

*Edna A. MacLean*

Edna Ahgeak MacLean, President
Iḷisaġvik College

I accept the above terms, conditions and provisions of the employment offered in this appointment and its attachment A.

*Bobbi J. Wade*                                          5/5/03
Signature                                                Date

Cc: Office of Human Resources




20370
Wade v. Ilisagvik College

2

**Attachment A**

**Iḷisaġvik College Faculty Appointments**
**2003 - 2004**

Iḷisaġvik College recognizes its faculty as integral to the fulfillment of its mission to provide quality education and training to students. Toward this end, faculty are expected to be involved in academic and student life at Iḷisaġvik College by serving as a resource for students both inside and outside of the classroom.

*Academic Year* - The College's academic year consists of two full semesters (fall and spring) and one summer session (from May through the end of June). Specific dates and a College calendar are published by College administration. If deemed necessary and appropriate by the Dean of Instruction in consultation with the faculty member, certain programs may be scheduled at other times during the calendar year to better meet the needs of students. If such modifications occur, an addendum to this contract shall be made in writing.

*Teaching* - The teaching component of the workload is satisfied by teaching an assigned number of credit-hour courses, or by delivering a program of non-traditional or client-based programs. Equivalent assignments may be granted in one (1) credit increments, not to exceed three (3) credits per semester unless waived in writing by the Dean of Instruction. Equivalent assignments may include individual or independent course studies or client-based programs, individual lab instruction and other instructional functions. Faculty are expected to be available to students outside of classroom hours, and shall post and maintain at least 10 office hours per week at times scheduled for the convenience of the students.

Distance Delivery Course Preparation - The following may be applied towards faculty workload, upon approval by the Dean of Instruction, with involvement of the instructor:
- A faculty member who teaches a pre-written course (i.e. a "Canned" course) will receive the equivalent of one credit hour per three credit hours at a one to three ratio.
- A faculty member who develops and teaches a plan for an on-line course (i.e. a "From Scratch" course) will receive the equivalent of three credit hours per three credit hours at a one to one ratio.

*College Service* - As part of their professional duties, faculty are expected engage in college service. Such service activities may be assigned by the department head or the Dean following consultation with the faculty member and shall assist the College to fulfill its mission and goals. Activities include, but are not limited to: student advising, recruiting, participating in College committees, curriculum development, distance delivery technology, program coordination and supervision, grant and proposal development and reporting, accreditation support, committee or project leadership, community service, special projects or scholarly activity.

*Additional Workload* - Workloads are reviewed on a case-by-case basis by the Department Head and the Dean of Instruction in consultation with the instructor. Necessary work assignments in excess of normal workload may be eligible for additional compensation, pursuant to the terms of a written agreement between Iḷisaġvik College and the instructor. Such determinations shall be made by the Dean of Instruction subject to the approval of the President.



EXHIBIT H
Page 3 of

20371
Wade v. Ilisagvik College

3

*Class Cancellation* - Instructors are encouraged to recruit students to enroll in their classes. A minimum enrollment of five (5) students is required per class, unless as otherwise determined by the Dean of Instruction. If a class does not meet the minimum enrollment, the Dean of Instruction shall, with the involvement of the instructor and Department Head, determine whether the class will be cancelled or under what circumstances the class will be taught. Should an assigned class be cancelled, instructors shall complete alternate faculty activities through curriculum development, online course development, or other special faculty projects as assigned by the Dean of Instruction. Instructors shall not receive additional compensation for a cancelled class that would be part of that instructor's excess credit load.

*Class Coverage* - Faculty needing class coverage must inform the Department Head one week prior to the class needing coverage. The faculty member will work with the Department Head to arrange coverage for the class. The class coverage agreement must be agreed upon between the faculty member and the Department Head and approved by the Dean of Instruction.

*Student Recruitment, Retention, and Mentoring.* - Faculty are encouraged to help part time students to identify their personal potential and career goals and to assist them to pursue program-active status. Faculty are also encouraged to accompany the recruiter on village recruitment tours. Faculty will participate in a half-day training session on mentoring students and class completion procedures involving referrals to other college resources.

*Professional Development* - Faculty are expected to remain current in their fields and to participate in professional growth activities including, but not limited to, course work, professional association activities, vocational internships or scholarly activities in the instructor's discipline. Professional development shall be supported by the College based upon availability of funds, with written approval of the Dean of Instruction, and in accordance with Board of Trustees Policies.

*Benefits.* - Faculty are eligible for benefits provided by the College, according to the policies and procedures set forth in the Employee Handbook. Current benefits include retirement contributions, health, dental, vision and life insurance, and the following paid leaves:

*Personal and Sick Leave* - Twelve days of personal leave per (contract) year are allowed when taking it does not unduly interfere with the delivery of the College's program of instruction. Leave must be approved in advance by the faculty member's department head and Dean of Instruction except in the event of an emergency situation. Personal leave has no cash value and may not be accrued from year to year.

*Winter Holiday Leave* – You are eligible to receive ten (10) days of paid time off, which includes two (2) paid holidays and eight (8) days of paid time off, during the Winter Holiday period scheduled from December 22, 2003 through January 5, 2004. Paid Winter Holiday leave does not have cash value, does not accrue, and is forfeited if not used during the term of your contract.

*Leave Without Pay* - Unexcused time off, or time off where no paid leave is available, shall be taken as leave without pay and deducted at the instructor's per diem salary rate, subject to the policies and procedures contained in the Employee Handbook.



20372
Wade v. Ilisagvik College

4

*Drug Testing and Substance Abuse* - You understand and agree to comply with the College's drug testing and substance abuse policy. Failure to take or pass the drug screening as provided in the policy may result in termination of employment.

*Other Employment* - You shall devote full time to your duties as a faculty member with the College and shall not accept any other employment or fee during the term of this Agreement without first obtaining the written consent of the Dean of Instruction and the President.

*Point of Hire* - The point of hire for this contract is Barrow, Alaska and you specifically waive all rights to return transportation as outlined in AS 23.10.375-.400.

*Payroll Deductions* - You authorize the College to make regular deductions from the Employee's paycheck for mandatory contributions to the State of Alaska Public Employees Retirement System (PERS) and as otherwise authorized or required by law and the terms of this contract or Employee Handbook.

*Termination.* This Agreement may be terminated on mutual consent, or by the College for cause in accordance with Trustees Policy and the Employee Handbook.

*Liquidated Damages.* It is expressly understood and agreed that you will receive full salary and benefits beginning July 1, 2003 and that you have no duty to report or job duties until August 15, 2003 (unless otherwise specified in an Addendum to this contract). If you resign effective prior to December 31, 2003, you shall be liable to the College as liquidated damages the amount of your salary for the time period of July 1 through August 15, 2003. If you resign effective January 1, 2004 through the expiration of this contract, or otherwise terminates this contract without consent of the College, you shall be liable for liquidated damages in the amount of $2,500. You agree that the liquidated damages set forth herein may be withheld from any amounts due and owing to you from the College, or otherwise collected in accordance with law.

*Final Paycheck.* The College may withhold the your final paycheck pending submission of summaries, student grades, statistics, documents, College property, or pending resolution of salary or compensation disputes. You waive the right to receive final payment within three (3) business days following termination or expiration of this Agreement as provided by AS 23.05.140. The College shall issue final payment within five (5) business days after verified submission or resolution of the foregoing.

*Effective Date.* This contract shall become effective only after it is signed by the President of the College, signed by faculty member, and returned to the College. This Agreement must be signed by Employee and returned to the College within twenty (20) calendar days of receipt or the Agreement is void.

*Interpretation and Venue.* This contract shall be interpreted according to the laws of the State of Alaska and shall not be construed against the drafter hereof. Venue for any action brought under this contract shall be Barrow, Alaska. In the event any provision of this contract is found by a court of competent jurisdiction to be invalid, such provision shall be stricken but the remainder of the contract shall remain in full force and effect.



*Bobbi J. Wade*

ILISAGVIK COLLEGE
FACULTY POSITION DESCRIPTION

| Title: Assistant Professor/Instructor of Business Management | Number [HR use only]: |
|---|---|
| Department: Business Management and Information Technology [BMIT] | Date [HR use only]: 6/22/00 |
| Purpose of Position: Under the direction of the BMIT Director, teaches courses within the BMIT Division. | Approved [HR use only]: 6/22/00 |

**ESSENTIAL FUNCTIONS:**

Develops and teaches courses within the Business Management and Information Technology Division.

Serves as student advisor, as required.

Evaluates student performance and submits appropriate grades and reports, as required.

Participates in professional development, as appropriate.

Completes reports and presentations, and attends meetings and special events, as required.

Monitors the degree and certificate programs within the division and makes timely changes, as appropriate.

Travels to outlying villages or off-Slope for professional training may be required.

Performs College-level instruction in the appropriate discipline in Barrow and the outlying villages, as required.

Prepares and maintains updated instructional materials, course outlines, and curriculum.

Maintains office hours, as required

Participates in the development of and contributes to the quality of College-level curriculum in the area of study.

Actively participates in College and community service including serving on communities and task forces, participating in College activities, curriculum planning, professional development, and assisting in the budgeting of assigned programs. Contributes toward the attainment of the goals and mission of the College.

Complies with College policies, procedures and administrative directives, as well as state, federal, and local laws, regulations, and ordinances.

Performs other duties as assigned.

**EDUCATION/SPECIAL SKILLS/TRAINING [Required]:**

Bachelor's degree in appropriate field for Instructor level.

Master's degree in Business Management, Information Technology, or related field for Assistant Professor level.

Working knowledge and a minimum of 2 years teaching experience beyond formal education in the appropriate field.

Management or entrepreneurial experience.

EXHIBIT H
Page 6 of 7

Instr/AsstProf -BusMgmtJDF.doc 06/22/00

20374
Wade v. Ilisagvik College

Ability to work independently.

Ability to complete and pass a pre-employment drug screen.

### EDUCATION/SPECIAL SKILLS/TRAINING [Preferred]:

Teaching experience at the College level.

Experience in curriculum development.

Experience with distance delivery.

Demonstrated knowledge in one or more of the following areas: post-secondary educational systems, North Slope Borough [NSB] institutions and organizations; Iñupiat culture, language, values, and traditions; ability to interpret and represent NSB community values, customs, and beliefs for the College, and the ability to interpret and represent College actions and Western institution to the NSB community.

Valid driver's license.

### PHYSICAL REQUIREMENTS:

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

> While performing the duties of this job, the employee is required to sit, stand, walk, use hands to finger, handle or feel objects, tools, controls, and reach with hands and arms. The employee is frequently required to stoop, kneel, crouch, or crawl and talk and hear. The employee may occasionally be required to drive a vehicle, climb or balance.

> The employee must be able to lift and/or move up to 40 pounds. Specific vision abilities required by this job include close vision, distance vision, color vision, peripheral vision, depth perception, and the ability to adjust focus.

### ENVIRONMENTAL CONDITIONS:

The environmental conditions described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

> The employee is regularly required to work indoors with a usually moderate noise level in the work environment.

20375
Wade v. Ilisagvik College

Instr/AsstProf -BusMgmtJDF.doc 06/22/00