Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
Fax (907) 277-1331
cld@delaneywiles.com
Attorney for defendant Ilisagvik College

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. A05-086 CV (TMB) |
| v. ) | |
| ) | |
| ILISAGVIK COLLEGE, NORTH SLOPE ) | **JOINT REPORT TO COURT** |
| BOROUGH, JOHN TUTHILL, individually ) | **ON DISCOVERY STATUS** |
| and PAMELA TAYLOR, individually ) | |
| ) | |
| Defendants. ) | |

All counsel in this case met Monday, April 17, 1006 to discuss discovery issues. The following was discussed and decided:

1.  Ilisagvik College has completed its initial disclosures.

2.  Ilisagvik College agreed to and did discuss with Ms. St Vincent a change in her deposition date. Ms Wade's counsel also contacted Ms St. Vincent and has withdrawn the subpoena for the Barrow deposition.

3.  Ms. Wade refined the request in her First Set of Discovery, Interrogatory #18 as requesting non-retention letters sent to any associate or assistant professor from 2000-2004. The College will determine whether the request is feasible and report back to Ms. Wade.



4. Ilisagvik College agreed to supplement its answers to Interrogatory No. 19, and Request for Production No. 4, regarding O'Rourke contracts to determine if there are any supplementation responses or additional documents.

5. Ilisagvik College refined its request for Ms. Wade's medical documents to a period of 10 years. Ilisagvik and the North Slope Borough's position is that the documents are relevant and/or could lead to discovery of relevant evidence. Ms. Wade previously refused to respond to Ilisagvik's Interrogatory No. 3, dated October 14, 2005, to identify all prior medical providers dating back 15 years. Ilisagvik used a release provided by Ms. Wade on November 14, 2005, and has sent that release to known providers beginning in February, 2006. The College has requested a new release, since 90 days has passed and since also in reviewing the limited medical records that have been received, plaintiff has used four surnames. The College has requested that medical records for a period of ten years be produced prior to Ms. Wade's deposition. The College will continue the deposition if the records are not provided, limited to the subjects of the newly received medical records and related questions. Ms. Wade does not agree that her deposition should be continued. The issue will need more work between the parties.

6. The College requested an update for documents related to any prior lawsuits in which Ms. Wade was a party. Ms Wade will look into this request.

7. The College agreed to review its Privilege Log to Defendants First Supplement to Initial Disclosures to determine why certain documents are listed a "withheld" rather than "redacted", including Documents 25622-25639.

8. The College will review its answer to Request for Admission No. 1 in the Second Discovery Requests and either admit or deny as appropriate.

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Joint Report to Court on Discovery Status – 116185
Wade v. Ilisagvik College, et. al., Case No. 3:05-cv-086-TMB
Page 2 of 4
EXHIBIT 1
Page 2 of 4

The parties will continue to discuss their discovery needs with each other and attempt to work out the solutions amicably.

                                    Clapp, Peterson, Van Flein
                                    Tiemessen & Thorsness, LLC
                                    Attorney for Bobbi Wade

DATED: 4-25-06

                                    s/Linda Johnson (consent)
                                    Linda Johnson, 8911070
                                    Clapp, Peterson, Van Flein,
                                    Tiemessen & Thorsness
                                    711 H. Street, Suite 620
                                    Anchorage, AK  99501
                                    272-9631 phone
                                    272-9586 fax
                                    ljj@cplawak.com


                                    Peter C. Gamache
                                    Attorney for North Slope Borough

DATED: 4-25-06

                                    s/Peter C. Gamache. (consent)
                                    Peter C. Gamache, 8211116
                                    405 West 36th Avenue, Suite 201
                                    Anchorage, AK  99501
                                    563-6969 phone
                                    563-5083 fax
                                    peter_gamache@yahoo.com


                                    DELANEY, WILES, HAYES,
                                    GERETY, ELLIS & YOUNG, INC.
                                    Attorneys for Defendants Ilisagvik College,
                                    John Tuthill, and Pamela Taylor

Dated: 4-25-06

                                    s/Cynthia L. Ducey
                                    Cynthia L. Ducey, ASBA # 8310161
                                    Delaney Wiles, Inc.
                                    1007 West 3rd Avenue, Suite 400
                                    Anchorage, AK 99501
                                    (907) 279-3581
                                    (907) 277-1331 Fax
                                    cld@delaneywiles.com

:LANEY WILES, INC.
SUITE 400
:07 WEST 3RD AVENUE
:CHORAGE, ALASKA
(907) 279-3581

Joint Report to Court on Discovery Status – 116185
Wade v. Ilisagvik College, et. al., Case No. 3:05-cv-086-TMB                              Page 3 of 4

EXHIBIT I
Page 3 of 4

Certificate of service

I certify that a true and correct copy of this documents has been served by electronic service on the 25th day of April, 2006 upon:

Linda Johnson

Peter Gamache

By: Cynthia L. Ducey

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

Joint Report to Court on Discovery Status – 116185
Wade v. Ilisagvik College, et. al., Case No. 3:05-cv-086-TMB
Page 4 of 4