Page 134
1  days before you said it would take to get an appointment?
2     A. I don't recall the day I saw Dr. Church.
3     Q. Uh-huh. You saw her August 6th.
4     A. August the 6th and I had plane schedules and you
5  can't -- you can't change plane schedules without paying
6  higher fees and more money.
7     Q. What was the plane schedule?
8     A. I don't recall.
9     Q. Would the documentation --
10    A. But I had to return according to my plane
11 schedule --
12    Q. Uh-huh.
13    A. -- and the time was drawing near.
14    Q. Were you leaving on the 6th?
15    A. No, I don't think so.
16    Q. Were you leaving on the 7th?
17    A. I don't recall what day.
18    Q. Did she hand -- did she personally give you a
19 note, Dr. Church?
20    A. Yes, she did.
21    Q. Okay. She handed it to you?
22    A. Yes, she did.
23    Q. Okay. And did you leave that day?
24    A. I don't think so. I don't recall.
25    Q. Okay. Did you leave several days later?

Page 135
1     A. I don't recall what day I left. I don't know --
2     Q. Uh-huh.
3     A. -- what day I left. I would have to refer back
4  to plane tickets and plane stubs, which I don't have --
5     Q. Uh-huh.
6     A. -- any longer.
7     Q. Did you have a rental agreement for the senior
8  center?
9     A. A rental agreement?
10    Q. In Barrow.
11    A. I don't recall the exact time I moved into the
12 senior center.
13    Q. Uh-huh. Could you ask -- could you answer my
14 question? Did you have a rental agreement for Barrow
15 Senior Center?
16    A. When -- at the time I rented, yes.
17    Q. Uh-huh. And did you have one set up for when
18 you returned?
19    A. I don't recall if I did or not.
20    Q. Well, why wouldn't you have that plan in place?
21    A. Because I might not have rented an apartment at
22 that time at the senior center.
23    Q. Did you?
24    A. Did I what?
25    Q. Where did you stay in the fall '03?

Page 136
1     A. When I returned --
2     Q. What else could we be talking about?
3     A. -- for my job?
4        MS. JOHNSON: Objection to the form of the
5  question.
6     A. And would I have returned without a place to
7  live? No, I had an apartment rented out on campus.
8        MS. JOHNSON: Without -- without a question
9  pending, we want to take a break.
10       THE VIDEOGRAPHER: Going off record? Ms. Ducey?
11       MS. DUCEY: Sure.
12       THE VIDEOGRAPHER: Going off record. The time
13 is 1:44.
14           (Recess taken.)
15       THE VIDEOGRAPHER: Back on the record. The time
16 is 1:50.
17    Q. Well --
18    A. Ms. Ducey, I would like to clarify a -- a point,
19 if I may.
20    Q. Sure.
21    A. At all times that I lived in Barrow from August
22 of 2000 until September of 2005, I had a place to live
23 that the rent was paid year-round.
24    Q. Uh-huh.
25    A. I never gave up a place to live in Barrow.

Page 137
1     Q. Okay.
2     A. So....
3     Q. All right. Thank you.
4     A. I -- I didn't know the point you were trying to
5  make there.
6     Q. Ms. Wade, were all of the faculty required back
7  on the same date?
8     A. Yes.
9     Q. And it was generally about ten days before class
10 started, wasn't it?
11    A. Yes.
12    Q. Okay. So if class started August 27th, August
13 17th would have been your date to come back; correct?
14    A. I don't recall. It was approximately around
15 August the 15th, but it could have been a few days
16 before, it could have been a few days after. I would
17 have to look at my contract to verify that or either some
18 documents to verify that.
19    Q. Uh-huh. Okay. All right.
20          (Exhibit No. 18 marked.)
21       MS. DUCEY: 18, right? 18?
22       MR. CLEMENT: Yes.
23       MS. DUCEY: You can show it to the witness.
24       MR. CLEMENT: Okay.
25    Q. (By Ms. Ducey) All right. I'll represent to

**Page 138**

1  you that that's an Ilisagvik academic calendar for
2  '03-'04. Have you seen something like that before?
3  A. Yes.
4  Q. When's the first day of class in '03?
5  A. First day of classes is August the 27th.
6  Q. All right. So if you had to be there ten days
7  before, that would have been the 17th; right?
8  A. I'm not looking at a calendar. I can't tell you
9  that unless I see a 2003 calendar.
10 Q. Uh-huh. What would a 2003 calendar show you?
11 A. It would show me the date that -- let's see.
12 This is -- the 17th would have been on? This says --
13 you're stipul- -- stipulating that it was exactly ten
14 days prior to this date. I don't know that --
15 Q. Okay.
16 A. -- to be a fact. It might --
17 Q. So --
18 A. -- not have been ten days.
19 Q. All right. So if it was on a weekend, it would
20 be the following Monday?
21 A. Yes.
22 Q. All right. So it might even be later than the
23 17th; right?
24 A. Or it might be earlier.
25 Q. Okay. All right. So between the time that you

**Page 139**

1  saw Dr. Church and -- on the 6th and the time that you
2  were back in Barrow, you did nothing to try and take care
3  of any medical problems; right?
4  A. No.
5  Q. All right. And you left the last two weeks of
6  May and you were traveling with your granddaughter;
7  right?
8  A. No. I wasn't traveling with my granddaughter.
9  Q. You were assisting her with some dogs?
10 A. No.
11 Q. Okay. What was the purpose for your leave in
12 May '03?
13 A. I needed to leave early to drive my automobile
14 from Anchorage to Murfreesboro, Tennessee.
15 Q. And how many days did that take?
16 A. I don't recall. But it's like a twelve-day
17 trip.
18 Q. Okay. So if you left in the middle of May, you
19 were certainly there by the middle -- by the beginning of
20 June; right?
21 A. Yes.
22 Q. Okay. And you were there all of June; right?
23 You were in Murfreesboro --
24 A. I -- I don't recall those dates and I cannot
25 make a statement unless I'm looking at a calendar to

**Page 140**

1  refresh my memory and what took place on those dates.
2  Q. Do you remember if you took any trips once you
3  got to Murfreesville?
4  A. Murfreesboro.
5  Q. Murfreesboro in the summer of '03?
6  A. Until I got to Murfreesboro?
7  Q. No, ma'am. Once you arrived on the Alcan in
8  town about the first of June, did you take any other
9  trips outside of the area during the summer?
10 A. I don't recall.
11 Q. Okay. Was there any pressing business that you
12 can recall in the summer of '03 that would have taken you
13 out of town?
14 A. Not taken me out of town, but there was pressing
15 business in town.
16 Q. Okay. What pressing business was there?
17 A. I was -- I had bought a condominium and I had to
18 move into it and -- and get situated and everything.
19 Q. Okay. And how long did that take?
20 A. I don't know. I don't recall.
21 Q. Okay. Was it such pressing business that you
22 didn't have time to make a doctor's appointment?
23 MS. JOHNSON: Object to the form of the
24 question.
25 A. I don't recall.

**Page 141**

1  Q. Okay. Was it such pressing business that you
2  couldn't realize that you needed to take care of, for
3  instance, the itchy mole on your shoulder that you said
4  had been bothersome two months before you saw Dr. Church?
5  MS. JOHNSON: Objection, form of the question.
6  A. I don't recall. Maybe the spot on my shoulder
7  wasn't bothering me then like it was in the fall of 2003.
8  Q. All right. Was there something that was more
9  pressing that prevented you from picking up the phone and
10 calling and saying, "My foot is bothering me, it's been
11 bothering me, I would like to schedule an appointment"?
12 A. No.
13 Q. Okay. And was there anything about your urinary
14 tract infection that prevented you from picking up the
15 phone and saying, "I have symptoms. I would like to make
16 an appointment"?
17 A. I didn't have symptoms until just prior to the
18 appointment.
19 Q. Uh-huh. But apparently you weren't even treated
20 before you went back to Barrow.
21 A. Yes, I was given medication.
22 Q. Well, I asked you a little while ago and you
23 said, no, you weren't given medication?
24 A. I don't recall --
25 Q. Well, were you or weren't you?



Page 142
1  A. -- what I was given. I -- I don't recall what I
2  was given.
3  Q. So you may have gone back to Barrow untreated
4  for a urinary tract infection?
5  A. No, I didn't go back to Barrow untreated for a
6  urinary fact -- tract infection. If I had an infection,
7  she gave me medication.
8  Q. Okay. So that --
9  A. But I don't recall if she did or not.
10  Q. All right. So the urinary tract infection
11  presumably wasn't an issue anymore because she treated
12  you for it?
13  A. Yes, there -- there are other issues --
14  Q. Okay. What was it?
15  A. -- that causes the infection.
16  Q. What other issues were there?
17  A. I have a tilted bladder.
18  Q. Uh-huh. Okay.
19  A. And I have been told that it will -- needs --
20  needs to be tacked up and I asked her about it.
21  Q. Okay. And was that an emergency?
22  A. No, it wasn't an emergency.
23  Q. Okay. That would have been elective surgery if
24  it occurred; right?
25  A. Yes.

Page 143
1  Q. Okay. Could have been scheduled at the
2  convenience of the college; right?
3  A. "At the convenience of the college," what do you
4  mean by that?
5  Q. It could have been scheduled at a time that was
6  convenient for the delivery of services to the students;
7  correct?
8  A. It could have, yes.
9  Q. Okay. Okay. Was there anything else that you
10  saw Dr. Church for?
11  A. At that time I was having real severe stomach
12  problems with nauseation [sic], upset stomach, diarrhea
13  and food made me sick.
14  Q. Okay.
15  A. Every time I ate, I became sick.
16  Q. And you reported that to Dr. Church in August
17  '03?
18  A. I talked with her about it.
19  Q. Okay.
20  A. And she suggested that I have the tests made --
21  Q. Uh-huh.
22  A. -- for my stomach.
23  Q. What tests did you need to have done?
24  A. Gallbladder test. It's the test that's
25  called -- I don't recall if it's called an MRI, but it's

Page 144
1  a test that tests you for several different things.
2  Q. Uh-huh. Okay. So she assessed you for nausea,
3  upset stomach and diarrhea and vomiting in August '03;
4  correct?
5  A. She didn't assess me. I don't know what you
6  mean by "assess."
7  Q. You -- you reported symptoms to her; correct?
8  A. Yes.
9  Q. Okay. And those symptoms included nausea, upset
10  stomach --
11  A. Yes.
12  Q. -- diarrhea and vomiting?
13  A. And she would not give me any medication until I
14  had tests made.
15  Q. Okay. And for how long have you been having
16  those symptoms prior to seeing her?
17  A. Not long.
18  Q. Uh-huh. How long?
19  A. I don't know. I don't remember.
20  Q. During the course of the summer?
21  A. No, not the whole course of the summer --
22  Q. But part of the summer?
23  A. -- but just prior to going to her.
24  Q. Okay. And how soon before you saw her did you
25  call to schedule an appointment?

Page 145
1  A. To see her?
2  Q. Uh-huh.
3  A. Probably just a few days. I don't recall when I
4  called to see her.
5  Q. Okay. When you were there during the summer
6  and -- and doing the things that you would normally do
7  during the summer, did you give any thought or concern to
8  the scheduling needs of the college in terms of classes
9  in relation to your medical needs?
10  A. Yes, I did.
11  Q. And what consideration did you give to the
12  college? That summer is what I want to know.
13  A. That summer?
14  Q. Yes.
15  A. Prior to seeing Dr. Church?
16  Q. Yes.
17  A. Or after seeing her or during seeing her?
18  Q. Prior to seeing her. You're on the Alcan,
19  you're headed down the road to Murfreesboro and you know
20  you're going to be there for the summer, did you give any
21  consideration during the course of the summer to the
22  college's scheduling needs in relation to your medical
23  needs?
24  A. Not at that time, no.
25  Q. Okay.

Page 146

1  A. And I don't think it was May. I think it was
2  June. I was not in Murfreesboro until July the 2- -- the
3  1st.
4  Q. Uh-huh. Where were you before that?
5  A. I was teaching summer school at Ilisagvik.
6  Q. Uh-huh.
7  A. It was in June that I left. It wasn't in May.
8  Q. Okay. Did you see anybody in Barrow for these
9  problems prior to --
10 A. I don't recall --
11 Q. -- leaving?
12 A. -- the dates I seen people in Barrow.
13 Q. I'm not asking you for specific dates, ma'am.
14 I'm asking you based on your best recollection if prior
15 to leaving for the summer, you recall being seen in
16 Barrow and reporting any of these symptoms?
17 A. No, I don't. I don't recall that is -- is not.
18 No, I don't. I didn't.
19 Q. Okay. When you got back to -- well, let me ask
20 you this first. When did you first learn that the prior
21 dean of instruction contract had not been renewed?
22 A. Which dean are you talking about?
23 Q. Did you say that Frank Willingham was dean from
24 2002 to 2003 school year?
25 A. No.

Page 147

1  Q. Okay. Was it Stan Scott?
2  A. Bruce Myers was the dean --
3  Q. Bruce Myers, okay.
4  A. -- 2002 to 2003.
5  Q. All right. Let's -- let's talk about Bruce
6  Myers. Did Bruce Myers ever refer to you as the lead?
7  A. I don't recall.
8  Q. Did he ever give you duties that he said were
9  duties only for the lead of the business department?
10 A. No, not that I recall, but he did let me assume
11 the job that I had been doing. He took no duties away
12 from me.
13 Q. Okay. And his contract wasn't renewed, was it?
14 A. I don't know. I don't know what happened to
15 Bruce Myers.
16 Q. He didn't come back, did he?
17 A. He didn't come back.
18 Q. Okay. And what was the speculation?
19 A. I have no idea.
20 Q. Okay. So when did you learn that there was a
21 new dean of instruction?
22 A. I learned whenever he was hired.
23 Q. And when was that?
24 A. He was hired for the 1st of July. He was hired
25 in June.

Page 148

1  Q. Okay. And did you meet him before you left for
2  the summer?
3  A. No. He came in just a few days -- the last few
4  days of June and I had already left.
5  Q. Okay. Did you meet with Dr. O'Rourke before you
6  left?
7  A. I don't recall if I did or not.
8  Q. Do you remember --
9  A. I was constantly meeting with Dr. O'Rourke.
10 Q. Uh-huh. For what reasons?
11 A. Scheduling, curriculum.
12 Q. Do you remember if you reviewed your class
13 schedule with him prior to leaving?
14 A. No, I don't remember doing that.
15 Q. Okay. Do you remember if Dr. MacLean asked you
16 to do so?
17 A. No, she did not ask me to do so.
18 Q. Okay. So when was the first time you recall
19 meeting Dr. Tuthill?
20 A. It was at -- at registration when the
21 students -- a few days after I returned.
22 Q. And tell me what you recall about that meeting.
23 A. I didn't officially meet him. I met him in the
24 hall --
25 Q. Okay.

Page 149

1  A. -- during registration because it was chaos with
2  all the students there trying to register. I had
3  advisees. I had more students than I could handle.
4  Q. Uh-huh. Did you tell him that?
5  A. Yes. I asked him if Jaime Elberg could help me
6  register the students and he said she could.
7  Q. Did you tell him you also had too big of a class
8  load?
9  A. No, I didn't.
10 Q. In your opinion, did you have too big of a class
11 load?
12 A. No, because I never refused a student who wanted
13 to take my class.
14 Q. How many classes did you have?
15 A. At that time, I had six.
16 Q. Uh-huh. So you met him in the hall and you
17 advised him that you had too many advisees and needed
18 help?
19 A. No. There were too many students there at one
20 time wanting to see me and they were having to wait --
21 Q. Uh-huh.
22 A. -- because I couldn't get to them in time.
23 Q. And what did he say?
24 A. And I asked him if Jaime could help me --
25 Q. Uh-huh.

### Page 150

1   A. -- register the students and he said, "Yes."
2   Q. Okay. Did you have any other discussion with
3   him?
4   A. I don't recall any other discussion.
5   Q. All right. Was there a faculty meeting where
6   you saw him again soon after that?
7   A. I don't recall. I would have to look at the --
8   review the --
9   Q. Okay.
10  A. -- documents.
11  Q. Do you remember at any time, Ms. Wade, telling
12  him that you had too many classes?
13  A. No. I never told him I had too many classes.
14  Q. Do you remember telling him that you did not
15  like your schedule?
16  A. No. I did not tell him I didn't like my
17  schedule. I said the -- the way someone had changed the
18  schedule, it wasn't the schedule I made prior to my
19  leaving for summer. And I told him that it made it very
20  difficult to begin six classes at one time.
21  Q. What did he say?
22  A. I don't recall his comment to that.
23  Q. Okay. So you told him someone had changed your
24  schedule and that --
25  A. It had been changed while I was gone during the

### Page 151

1   summer.
2   Q. Do you know who changed it?
3   A. No, I don't. I tried to find out and no one
4   seemed to know.
5   Q. Okay. What did he tell you he would do?
6   A. He didn't -- I don't recall him telling me
7   anything he would do because I never did -- I don't
8   recall discussing my class schedule with -- with the
9   dean.
10  Q. Okay. Was he your direct supervisor?
11  A. At that time he was, yes.
12  Q. And did he stay your direct supervisor?
13  A. Did he say what?
14  Q. Did he stay your direct supervisor?
15  A. Yes, he did.
16  Q. Do you remember there any meeting where he told
17  you what he expected of the faculty prior to the year
18  beginning?
19  A. I don't recall a meeting. There might have been
20  a faculty meeting where he introduced himself because he
21  was new, but I don't recall the time nor the date.
22          (Exhibit No. 19 marked.)
23  Q. Okay. Could you look at --
24      MS. DUCEY: Was that 18, Jonathan?
25      MR. CLEMENT: 19.

### Page 152

1       MS. DUCEY: 19.
2       MS. JOHNSON: Do you have one for us?
3       MS. DUCEY: Oh, I have them.
4   Q. (By Ms. Ducey) Can you identify 19?
5   A. This particular document, no, but I can identify
6   the classes, yes.
7   Q. Okay. Does that correctly set out the classes
8   that you had in --
9   A. I don't know. I would have to give it some
10  careful notice in reading here to know --
11  Q. Let's go off record.
12  A. -- it's not -- not correct.
13      THE VIDEOGRAPHER: Going off record. The time
14  is 2:08.
15          (Pause in proceedings.)
16      THE VIDEOGRAPHER: Okay. Back on the record.
17  The time is 2:10.
18  Q. (By Ms. Ducey) All right. Have you had a
19  chance to look at 19?
20  A. Okay.
21  Q. And is 19 complete and accurate with respect to
22  the classes you were scheduled to teach in August '03?
23  A. It appears to be. I see, one, two, three -- I
24  had four classes that were scheduled online.
25  Q. Okay. And you had two classes that you taught

### Page 153

1   in the classroom?
2   A. In the classroom.
3   Q. Okay. And that was Business Math and Business
4   English; correct?
5   A. Yes.
6   Q. Okay. And those were module classes; correct?
7   A. Yes.
8   Q. And those modules were set to occur in four-week
9   intervals; right?
10  A. At that time. And it was four to six. I don't
11  recall.
12  Q. Okay. And what --
13  A. I would have to look at a calendar
14  Q. So you take Business Math A first?
15  A. Uh-huh, first.
16  Q. Okay. And you had to pass Business Math A;
17  right?
18  A. Yes.
19  Q. And then you would take Business Math B; right?
20  A. Yes.
21  Q. And then if you passed Business Math B, you
22  could enroll in Business Math C; right?
23  A. Right.
24  Q. And the same procedure applied to Business
25  English; right?

Page 154

1   A. Yes.
2   Q. Okay. And one was not supposed to be able to
3   enroll in the se- -- the next module unless the student
4   had passed the prior module; right?
5   A. Right, but they might have already been
6   registered for all three modules at the beginning.
7   Q. Uh-huh. They --
8   A. But if they didn't pass, they couldn't go on to
9   the next module.
10  Q. Okay. And Business Math A was scheduled to
11  begin August 27th and run to October 1st; right?
12  A. Yes.
13  Q. Business Math B was from October 6th to November
14  12th; right?
15  A. Yes.
16  Q. And then Business Math C -- I don't see that
17  one -- that was going to run after the November 12th
18  module ended?
19  A. Yes.
20  Q. Okay. So that would be running mostly in
21  December?
22  A. Yes.
23  Q. Okay. And Business English started August 2nd,
24  it says. Do you see that? Is that right?
25  A. Yes.

Page 155

1   Q. Okay. Were you teaching Business English A?
2   A. Yes.
3   Q. Were you teaching it in the classroom?
4   A. Yes.
5   Q. Okay. So how was it that you were there on
6   August 2nd if you were in Dr. Church's office on August
7   6th?
8   A. August, that's an error. I was not there on
9   August 2nd. I'm sorry.
10  Q. Maybe the 7 just got dropped off accidentally
11  because none of the fall semesters started before --
12  A. That date -- that date is not correct.
13  Q. Right. None of the fall semesters started
14  before the 27th, did it?
15  A. No.
16  Q. Okay. So the August 27th through September 30th
17  would be about a four-week module, wouldn't it?
18  A. Yes, but it might have run longer than four
19  weeks. I don't recall. I would have to study the
20  schedules and review -- and refresh my memory on the
21  schedules.
22  Q. Uh-huh. Well, why would a fall semester class
23  start 25 days before fall classes began?
24  A. I don't know who made this. I didn't do this.
25  Q. Okay. But can you think of a reason why a fall

Page 156

1   semester class --
2   A. Are you referring to the August the 2nd?
3   Q. Yes. That's what we're talking about. Nothing
4   else.
5   A. Obviously it's a -- it's an error. School was
6   not even in session on August the 2nd.
7   Q. That's all I wanted to establish. That it
8   probably started August 27th, the first day of class;
9   right?
10  A. Yes.
11  Q. Okay.
12  A. Probably just left the 7 off.
13  Q. And Business English B started October 6th
14  through November 4th; right?
15  A. Yes. I couldn't verify that unless I went back
16  and checked my old schedules.
17  Q. Okay.
18  A. Because this is not the regular schedule here.
19  Q. Do you have documents in your possession that --
20  A. I don't, not at this time.
21  Q. -- showed the regular schedule? Okay. Did you
22  at one time?
23  A. Yes.
24  Q. Okay. And what happened to those documents?
25  A. I turned them all over to my attorney.

Page 157

1   Q. Okay. Did you destroy or discard any documents
2   related to your employment since you left?
3   A. No.
4   Q. Did you destroy or discard any documents you had
5   stored electronically either on a hard drive or on
6   software?
7   A. No. Those were destroyed on my computer when I
8   left the college.
9   Q. When you came back in the latter part of August,
10  did you immediately advise your dean that you needed to
11  leave for medical treatment?
12  A. No.
13  Q. Why not?
14  A. Because I had work I had to do.
15  Q. So you --
16  A. My medical treatment was not on my mind at that
17  time.
18  Q. Okay. So you were the only person that knew
19  that you were going to be leaving for medical treatment?
20  A. I didn't know that I was going to be leaving. I
21  knew that I would request and I would ask and try to
22  follow my doctor's request and that's what I tried to do.
23  Q. Uh-huh. Okay. Could you answer my question?
24  You were the only person among the people at Ilisagvik
25  College that knew that you might need to leave before the

Page 162

1  time to see a dermatologist?
2     A. No, because I told her I wanted to make the
3  appointment with a dermatologist that my family members
4  had seen that I trusted. I preferred to see Dr. Gold and
5  I didn't want her to make an appointment with some other
6  doctor.
7     Q. Okay. So when was the first time you gave
8  anyone any -- at the college any reason to believe that
9  you needed to go back for medical treatment?
10    A. It was towards the end of September when I got
11 my classes, everything all scheduled and running, and the
12 courses designed on the Blackboard, which was very
13 time-consuming, that I worked day and night and weekends
14 on to get done. And when I got everything in order, that
15 my classes were situated in good order and I rescheduled
16 the B section of the English and Math as not to interrupt
17 my students, then I went to him and I talked to him about
18 my condition and that my doctor had requested that we
19 come back -- that I come back and have tests made.
20    Q. Uh-huh.
21    A. And he seemed agreeable at that time. He said
22 he didn't see any reason why I couldn't have it -- do
23 that.
24    Q. Okay. When was it that you told him?
25    A. It was toward the end of September. I don't

Page 163

1  remember the exact date.
2     Q. And why do you remember it was September?
3     A. Because I had gotten notice from Dr. Church's
4  office that she had scheduled appointments for me on
5  around the first part of October.
6     Q. Uh-huh. When in October?
7     A. I don't recall. I think one was the 2nd and the
8  other was the 3rd. So I called the doctor's offices, Dr.
9  Smith and Dr. Concepcion, and I called their offices and
10 told them that I couldn't possibly make it that early
11 because of my job duties and to reschedule them later
12 into the month.
13    Q. When did you have this conversation with their
14 office?
15    A. It was just prior to the -- the date of those
16 appointments that she had set. I don't remember the
17 exact date.
18    Q. How many days prior?
19    A. I have no idea how many days. I saw it -- the
20 dean the latter part of September and those dates were
21 due on the 2nd and 3rd and so it was all with -- within
22 just a few days there.
23    Q. Well, the doctor's office knew that you were in
24 Barrow, didn't they?
25    A. Yes, they did.

Page 164

1     Q. So they wouldn't have scheduled an appointment
2  for the next day, would they?
3     A. No. I didn't say they scheduled it for the next
4  day. I don't know when she scheduled the appointments.
5     Q. Well, didn't they give you some lead time?
6     A. I don't recall if they did or not.
7     Q. And didn't they call and ask you if that date
8  would be convenient to schedule a test since they knew
9  you were in Barrow?
10    A. I don't recall if they did or not. I don't -- I
11 don't recall. I was very busy in my work at that time.
12    Q. Uh-huh.
13    A. I had an awfully heavy load work schedule.
14    Q. And what tests were scheduled for October 1st
15 and 3rd?
16    A. There were no tests scheduled.
17    Q. Well, what was scheduled for the 1st and 3rd?
18    A. To see the specialists.
19    Q. What specialists?
20    A. Dr. Smith and Dr. Concepcion. I've already
21 answered that question.
22    Q. Well, you haven't told me what kind of
23 specialists they are.
24    A. I previously did, yes. Dr. Concepcion is a
25 urinary tract, bladder, so forth.

Page 165

1     Q. Uh-huh. And how about Dr. Concepcion?
2     A. That's who she was.
3     Q. Okay. How about Dr. Smith?
4     A. He's an orthopedic doctor.
5     Q. And why were you seeing an orthopedist?
6     A. Because of the -- my foot problem.
7     Q. Okay. And what was the purpose of seeing a
8  urologist?
9     A. Because of my urinary tract problem.
10    Q. Okay. So when you called the offices back and
11 said that you couldn't make those appointments, did you
12 tell the staff that --
13    A. I didn't call Dr. Church's office. I called Dr.
14 Smith and Dr. Concepcion's office and changed the
15 appointments after I made out my leave request.
16    Q. Okay. And for what date did you make the
17 appointments changed to?
18    A. They were later in October. I don't remember
19 the appointments' dates. I would have to review to
20 refresh my memory.
21    Q. And what would you review? What would you
22 review?
23    A. I would go back and -- and review appointments.
24    Q. Uh-huh. Where?
25    A. Maybe I jotted it down somewhere.

Page 166

1  Q. Where would you jot it down?
2  A. Maybe in a -- a booklet where I kept notes or
3  something. I -- I don't recall.
4  Q. Did you keep such a booklet?
5  A. I kept many booklets of notes.
6  Q. Uh-huh. Did you keep a booklet that kept
7  appointment times?
8  A. I don't recall --
9  Q. Okay.
10 A. -- if I did or not.
11 Q. Did you keep a calendar?
12 A. The calendar I kept in my office was destroyed.
13 I had many dates on that and -- and it was -- I tore the
14 pages off and threw them away.
15 Q. Why?
16 A. As the calendar -- as the days went by.
17 Q. Uh-huh.
18 A. Because it was a desk calendar.
19 Q. Uh-huh. Did you keep any other calendar?
20 A. Not a calendar. I -- I kept a financial
21 calendar.
22 Q. Uh-huh. And did you keep medical appointments
23 on the financial calendar?
24 A. Maybe some I did and some I didn't.
25 Q. Okay. And where is the financial calendar?

Page 167

1  A. It's at -- I have it in -- at my house.
2  Q. Okay. Did you keep any other type of calendar?
3  A. No.
4  Q. So the only place that you -- you would have
5  recorded this appointment; right?
6  A. I would have written it down somewhere.
7  Q. All right. So one possibility is that it was on
8  your desk calendar; right?
9  A. Yes.
10 Q. And another possibility is that it was on your
11 financial calendar?
12 A. Yes.
13 Q. Another possibility is that you just wrote it on
14 a piece of paper?
15 A. Right.
16 Q. And where would you have put that --
17 A. In a notebook.
18 Q. -- notebook paper?
19 A. I probably -- it probably has been thrown away
20 because I kept pads like you're using there to constantly
21 make notes on.
22 Q. Uh-huh. And when did you throw it away?
23 A. I have no idea because I had to move and leave
24 Barrow. I had to pack everything up and then when I
25 arrived in Tennessee, I had to put everything in storage

Page 168

1  and everything has been in a storage room. And it's very
2  difficult to keep up with notes and notebooks and -- and
3  things when --
4  Q. All right. You said that you changed the module
5  in your classes so that you could go and do these
6  appointments later in October; right?
7  A. Yes.
8  Q. All right. Did you change the schedule before
9  or after the doctor's office called you?
10 A. I made -- I don't -- I don't remember that. I
11 don't recall.
12 Q. Did you change the appointments schedule as --
13 let me restate that. Did you submit your first leave
14 request before or after the doctor's office called you to
15 advise you there were appointments scheduled?
16 A. When they advised me of the appointment
17 schedules in early October on -- around the 2nd and 3rd,
18 I knew that it would be impossible for me to keep those
19 appointments. So I called the doctors myself and
20 rescheduled the appointments --
21 Q. Okay.
22 A. -- later on in the month and then I went to Dr.
23 Tuthill and talked with him --
24 Q. Okay.
25 A. -- about taking the leave.

Page 169

1  Q. And were the appointments on the same day?
2  A. No.
3  Q. How many days apart were they?
4  A. I have -- I don't remember.
5  Q. Well, did you consult with the doctor's office
6  to tell them that you really needed appointments on the
7  same day to minimize the disruption to the school?
8  A. No. You have to see a specialist. It's very
9  difficult to get an appointment with a specialist and you
10 have to see them when they have an appointment -- an
11 opening for you. You can't coincide appointments with
12 other doctors.
13 Q. Okay. Well, are we talking about weeks apart?
14 A. No, we're --
15 Q. Are we talking --
16 A. -- talking about several days apart.
17 Q. Several days apart?
18 A. Uh-huh.
19 Q. So perhaps you needed as many as two or three
20 days to go down and do these appointments and come back
21 and if there was a weekend --
22 A. I needed several days to get down there --
23 Q. Uh-huh.
24 A. -- go see the doctors and at the same time I had
25 an appointment with three different doctors; the two that

case No. A05-086 Civil                                           Bobbi Wade

Page 170

1  Dr. Church had recommended and an appointment that I had
2  scheduled with Dr. Gold.
3      Q. When did you schedule the appointment with Dr.
4  Gold?
5      A. I don't recall.
6      Q. Was it before you left for Barrow?
7      A. No.
8      Q. Was it before you changed the schedule?
9      A. I tried to schedule the -- the same appointment
10 with Dr. Gold that I had with the other two doctors in
11 the same time frame of the request for leave that I was
12 submitting.
13     Q. Uh-huh.
14     A. I believe it was ten days.
15     Q. And what else did you plan to do in the ten
16 days?
17     A. Nothing. That was my only reason for going back
18 to Nashville.
19     Q. Okay.
20     A. But you have to consider it's kind of hard to
21 get the plane reservations when you're flying on frequent
22 mile flyers [sic].
23     Q. Well, I guess that sort of begs the question,
24 Ms. Wade. Why didn't you just tell the doctors, "You
25 need to do this at a time convenient with me -- for me so

Page 171

1  schedule them out but schedule them at a time when I have
2  time to make plane reservations and we can do these
3  appointments in a few days"?
4         MS. JOHNSON: Objection, form of the question.
5      A. I don't understand what you have just said.
6  Please rephrase and simplify your question.
7      Q. Okay. Ms. Wade, why didn't you tell the
8  doctors, "I can't come on less than a week's notice and I
9  can't come if there's ten days in between these
10 appointments"?
11     A. Tell which doctors?
12     Q. All three. Tell them, "I'm going from Barrow.
13 This is an expensive trip. I need to make plans for this
14 trip. I need to get a good flight, a good fare. I need
15 you to schedule me" --
16     A. Because I don't think those doctors --
17     Q. Can I finish my question? "I need you to
18 schedule me for a time when I can get a good fare. I
19 needs X amount of days to get a good fare. I need to
20 advise the dean of instruction and then I need not to be
21 gone for ten days. If this is something that if I wait
22 two more weeks, you can schedule me in three consecutive
23 days."
24        MS. JOHNSON: Objection, form of the question.
25     Q. Why didn't you do that?

Page 172

1      A. Because you can't manipulate doctors, especially
2  specialists. They see you at their time, not my time.
3      Q. Did you try? Did you make the request?
4      A. I tried to schedule the appointments --
5      Q. That's not what I asked.
6      A. -- within a ten-day time frame. I didn't do
7  what you're suggesting because that would have been
8  impossible.
9      Q. Did you make the request of the doctor's office?
10     A. No.
11     Q. Okay.
12     A. I was lucky to even get an appointment.
13     Q. And when you made the appointment with Dr. Gold,
14 did you immediately inform Dr. Tuthill that you had made
15 an appointment and planned to be gone?
16     A. I informed Dr. Tuthill when I made time to go
17 over to his office. It was very difficult for me to find
18 time -- to find a time that I could talk with him because
19 he was new on the job and he was very busy also. And I
20 went over to his office and I don't recall if I requested
21 to see him or not. I might have or I might not have.
22     Q. So the answer to the question is, no, you did
23 not immediately inform him you had an appointment with
24 Dr. Gold; correct?
25     A. Correct.

Page 173

1      Q. Is there anything that prevented you from
2  sending an e-mail?
3      A. No.
4      Q. Is there anything that prevented you from
5  advising Pam Taylor that you had all of these
6  appointments and nobody knew you were planning to leave?
7      A. The appointments weren't made until they got my
8  leave request on October the 2nd and until I talked with
9  Dr. Tuthill.
10     Q. Well, I thought I understood you to say that you
11 did nothing to move leave forward until these doctors
12 called you to tell you, "Hey, we got appointments for you
13 on the 1st and 3rd"?
14     A. The doctors didn't call me. A doctor's office
15 doesn't do that, especially a specialist's. These
16 doctors are very busy, they're very hard to see and it's
17 very difficult to get an appointment with them.
18     Q. Uh-huh. Well, how was it that you learned you
19 had appointments on October 1st and 3rd?
20     A. I called Dr. Church's office to find out.
21     Q. And she told you --
22     A. And her receptionist told me. No, the doctor
23 doesn't tell me anything about appointments. The
24 receptionist does.
25     Q. So let's just rephrase the question.

Page 174

1  A. Okay.
2  Q. Once you learned from Dr. Church's office that
3  you had appointments scheduled the 1st and 3rd, why was
4  it that you didn't tell Pam Taylor that immediately?
5  A. Because I didn't intend to keep those
6  appointments.
7  Q. So you rescheduled appointments with the
8  urologist and did that -- did the urinary problem at that
9  point prevent you from fulfill -- fulfilling your job
10 duties?
11 A. No.
12 Q. And did the orthopedic problem with your foot
13 prevent you from performing your job duties?
14 A. No.
15 Q. So when you went to see Dr. Tuthill, do you know
16 what day of the week that was?
17 A. No.
18 Q. Do you know what date it was?
19 A. No.
20 Q. Do you know when it was in relation to your
21 first leave request?
22 A. It was just a few days prior, but it was still
23 in the month of September.
24 Q. Okay. And that was the first time that you
25 advised him that you needed to take leave; correct?

Page 175

1  A. Yes.
2  MS. JOHNSON: Objection.
3  Q. And what did you tell him?
4  A. I told him about Dr. Church requesting that I
5  come back for tests and that I was having medical
6  problems that needed attention and that I had written a
7  plan to reschedule Module B of Business English and
8  Business Math and those were the only two courses that
9  would have been left unattended because the other three
10 courses that I was teaching at that time were scheduled
11 online on the Blackboard and I could teach those from
12 anywhere that I could get to a computer. Those were
13 online courses. And also I could keep in touch with my
14 students by e-mail so it was only Business English and
15 Business Math that was in question.
16 Q. What did he say?
17 A. He looked at my schedule. He listened to me.
18 And he seemed to agree that it would work.
19 Q. What do you mean "he seemed to agree"?
20 A. He told me he thought that it would be all right
21 and that he didn't see any problem with it. And then
22 when I got up to leave, I said, "Well, I'll make out a
23 leave request and get -- you know, get it started." He
24 says, "I will talk to Pam Taylor about it."
25 Q. Okay.

Page 176

1  A. I made out my leave request. I took it to
2  Angie, who was the payroll clerk, which was the first
3  step to verify that I had the time that I was asking for.
4  Q. Uh-huh.
5  A. Angie verified it.
6  Q. Let me back you up for a second. Did you show
7  him the -- the proposed course information change?
8  A. Yes, I did
9  Q. Okay. And did you have it signed by anyone
10 before you showed it to him?
11 A. No, it didn't require a signature.
12 Q. Are you sure about that?
13 A. No, I'm not sure. I would have to look at the
14 document to refresh my memory of -- of what it required.
15 Q. Okay. You don't remember having anyone else
16 sign it?
17 A. I don't remember, no.
18 Q. Okay. So then you went to Angie and you asked
19 her whether you had leave; right?
20 A. Yes.
21 Q. Okay. And what did she tell you?
22 A. She signed the request leave that I had the
23 leave, the required leave to take ten days.
24 Q. Okay. Did he tell you -- did Dr. Tuthill tell
25 you that your leave request was approved or did he say

Page 177

1  that it seemed all right and he would consider it
2  after --
3  A. He did not tell me it was approved. He just --
4  he was just in agreement that it was a workable idea.
5  Q. Did you give him anything else at the time
6  besides the --
7  A. When I -- when I took the leave request, I also
8  took the document here from Dr. Church and I took the
9  proposed change of the module B of Business English and
10 Business Math.
11 Q. Uh-huh. So you gave him the document that we've
12 marked --
13 A. He kind of looked at --
14 Q. -- Number 20.
15 A. Yes, and handed them back to me. He did not
16 keep them.
17 Q. Did he tell you to do anything with them?
18 A. No. I told him that I would -- I didn't show
19 Dr. Tuthill the documents when I went in to talk with
20 him.
21 Q. Okay.
22 A. I didn't show him anything.
23 Q. Okay. You did not show him Exhibit 20?
24 A. No.
25 Q. Okay.

45 (Pages 174 to 177)

Page 178

1   A. I don't recall that I did.
2   Q. Okay. So you did not show him --
3   A. But I discussed it with him, yes.
4   Q. So you did not show him --
5   A. No.
6   Q. -- any documents?
7   A. No.
8   Q. And what did you tell him about Exhibit 20? You
9   said you discussed it with him.
10  A. I discussed my reasons for needing to go back to
11  Tennessee to see a doctor and to have some tests made.
12  Q. Okay. And what did you tell him your reasons
13  were?
14  A. I don't recall. They were concerning my medical
15  issues.
16  Q. And what did you tell him about your medical
17  issues?
18  A. I don't recall exactly.
19  Q. Okay. Did you tell him anything else about
20  your --
21  A. It's highly embarrassing to talk with a man
22  about your medical issues when they concern certain
23  aspects.
24  Q. Uh-huh. Did you tell him anything else about
25  your medical needs?

Page 179

1   A. No, but we discussed it and he seemed agreeable
2   that it was -- it seemed to be a working -- a working
3   idea.
4   Q. Okay. So Angie verified that you had time off?
5   A. When I went back to my office, I filled out the
6   leave request. The first person I took it to was Angie
7   and I don't recall Angie's last name. She was the
8   payroll clerk and that was the procedure. She kept the
9   record of the leave and everything.
10  Q. Uh-huh.
11  A. And she had to sign a request leave documenting
12  that -- that we had the available leave that we were
13  asking for. She signed it.
14  Q. Okay.
15  A. And then I took it in to Pam to sign it.
16  Q. Was she there when you took it in?
17  A. Yes, she was.
18  Q. Okay. And what did you say to her?
19  A. I told her that I needed to take personal leave
20  for sick -- for medical reasons. And I checked it on
21  sick leave and she took it and looked at it. And she
22  looked up at me and says, "You don't have the time, the
23  days." And I said, "Why not?" And she says, "You have
24  to earn this time. You earn the first six days in the
25  fall semester and you earn the second six days in the

Page 180

1   spring semester and this is the beginning of the fall
2   semester so you haven't earned any sick leave days."
3   Q. Uh-huh. What did you say?
4   A. I don't recall what I said, but I was
5   flabbergasted.
6   Q. Uh-huh. So what did you do then? How did you
7   leave that?
8   A. I left it with her. I asked her -- I left the
9   leave request with her.
10  Q. Did you tell her what the nature of your medical
11  leave was?
12  A. I don't recall if I did or not. Not right at
13  that particular time.
14  Q. Did you tell her it was for a serious health
15  condition?
16  MS. JOHNSON: Objection to form of the question.
17  A. I don't recall what I told her.
18  Q. Okay. Did you tell her that you were unable to
19  work?
20  A. No, I didn't tell her that.
21  Q. Okay. So what did she do with your leave
22  request?
23  A. I don't recall exactly what she did with it, if
24  she handed it back to me or if she kept it, but I
25  e-mailed her several days later inquiring about it.

Page 181

1   Q. Uh-huh.
2   A. And she instructed me to see Dr. Tuthill.
3   Q. How many days later was it?
4   A. I don't recall. Just a few days later.
5   Q. And had your appointment time come and gone in
6   the meantime?
7   A. Not the appointment time that I had changed
8   those two appointments to and the appointment with Dr.
9   Gold. I had changed those appointments to occur during
10  that ten-day time frame that I had requested leave.
11  Q. Okay. So what happened next?
12  A. After I got the e-mail from Pam, I went over to
13  see Dr. Tuthill because the time was drawing near and I
14  needed a -- a definite answer. He had been agreeable
15  with me when I talked to him before. Pam had refused to
16  sign my request for leave because she was telling me I
17  didn't have the time, the days, and so I went over to see
18  Dr. Tuthill and I walked in his office and asked him if
19  he was going to approve my leave.
20  Q. And what did he say?
21  A. He turned around and very vehemently told me,
22  no, that my duties were at the college and he could
23  not -- he would not sign my leave request.
24  Q. Uh-huh. Did he say why?
25  A. He said my duties were at the college and that

Page 182

1   was all he said. So I turned around and walked out.
2      Q. Okay. And did he say anything else to you?
3      A. I don't recall that he did.
4      Q. Okay. Did --
5      A. At his tone of voice, I didn't want him to say
6   anything else to me.
7      Q. Okay. Did you have any other conversations with
8   him about your leave at that -- during that time?
9      A. Not that particular leave, no.
10     Q. Okay. So what happened next?
11     A. Sometime, I don't recall exactly when, he asked
12  me if I couldn't take the leave at Christmastime and I
13  told him it was possible that I could.
14     Q. And how did you learn about that? Did you have
15  a personal conversation with him?
16     A. Yes, it was personal conversation.
17     Q. Uh-huh. And what did he say?
18     A. What was the question?
19     Q. You said sometime he asked if you could take the
20  leave at Christmas and you said you could.
21     A. I said it was a possibility that I could.
22     Q. Okay. So this was in a meeting that you had
23  with him?
24     A. It wasn't a meeting. I just walked --
25     Q. An official meeting, right.

Page 183

1      A. It was just walking in his office and talking
2   with him.
3      Q. Okay. And when did that happen?
4      A. I don't know the exact date, but it was right
5   around the date of October the 2nd and 3rd.
6      Q. Uh-huh. Okay. Now did this second conversation
7   where he asked if you could take the leave at Christmas
8   occur after you had e-mailed Pam and she said you should
9   go ask John Tuthill?
10     A. I don't recall at that -- I wanted a definite
11  answer from that leave request that I had submitted on
12  October the 2nd in writing and Pam wouldn't give me one.
13     Q. Okay. At the time that you had the conversation
14  with him about waiting until Christmas, did you have a
15  written response to your leave request?
16     A. No, I never got a written response to that leave
17  request.
18     Q. Okay. So what happened next?
19     A. The administrative assistant called me and asked
20  me if I could take on another class to teach.
21     Q. What was the class?
22     A. It was OT-104, Filing and Records Management or
23  either OT-107. I don't remember. It was an office
24  technology class.
25     Q. Okay. Up to this point, Ms. Wade, had you

Page 184

1   presented written certification of your need to take
2   medical leave --
3      A. Yes.
4      Q. -- to the college?
5      A. Yes.
6      Q. And what medical certification had you
7   presented?
8      A. I presented the letter here from Dr. Church and
9   I also went and -- to see the doctor in Barrow.
10     Q. And when did you present the letter from Dr.
11  Church?
12     A. I presented the letter from Dr. Church at the
13  time I presented my request for leave on October the 2nd.
14     Q. To who?
15     A. To Pam Taylor.
16     Q. Okay. You physically gave it to her?
17     A. It was with the request, yes.
18     Q. And she kept it?
19     A. I don't know if she -- no, she didn't keep it.
20  No one kept it. I have the original. I also at one time
21  showed it to Dr. Tuthill and he turned around and handed
22  it back to me.
23     Q. Uh-huh. When did you show it to Dr. Tuthill?
24     A. I think I showed it to him when I went over to
25  talk with him. I'm not sure about that because I felt

Page 185

1   like I would need verification that my request was
2   legitimate --
3      Q. Uh-huh.
4      A. -- and I wasn't just trying to get off, you
5   know, for no reason.
6      Q. Okay. When you presented the leave request, the
7   first one, when was it that you were trying to take
8   leave?
9      A. I don't recall the dates. I would have to look
10  to see, but it was in October.
11     Q. All right. And you wanted to take the leave in
12  October for the convenience of the doctors; right?
13     A. Yes.
14     Q. Okay. It wasn't something that was urgent;
15  correct?
16     A. It wasn't something I didn't know it wasn't -- I
17  didn't think it was urgent at the time. The shoulder,
18  the spot on my shoulder, I didn't know at that time it
19  was urgent, but I was very worried and concerned about
20  it --
21     Q. Uh-huh.
22     A. -- because it had become very angry and red and
23  itchy and scratchy and whatever.
24     Q. Okay. If it was angry and red, why didn't you
25  see the doctor in Barrow?

Page 186

1    A. I did after they refused my request for leave.
2    Q. Okay. Was their refusal an unconditional
3 refusal for leave, under no circumstances would we let
4 you go before Christmas?
5    A. They didn't say whether it was unconditional or
6 not. She just refused my request for leave.
7    Q. Okay. But they didn't tell you that
8 conditionally if you present something to us, we'll let
9 you go?
10    A. When I presented it to Pam, she also told me
11 that it -- that this letter from Dr. Church wasn't
12 sufficient, that I would need more verification that I
13 really needed to leave to see the doctor.
14    Q. Uh-huh.
15    A. So that's when I went to the Barrow clinic.
16    Q. Okay. And when Pam told you that, was that the
17 first time you had learned that?
18    A. That I needed more?
19    Q. Yes.
20    A. Yes.
21    Q. Okay. And that was a surprise to you?
22    A. Yes.
23    Q. Okay. And did she say why you needed more?
24    A. She said, "This is not good enough for me."
25    Q. Did she say why?

Page 187

1    A. No, she didn't say why.
2    Q. Did she say what you needed?
3    A. No.
4    Q. And did you receive any notice from the college
5 about what you needed --
6    A. No.
7    Q. -- in order to make the note valid?
8    A. No.
9    Q. Now, at the time that you turned that note in,
10 it said, "I requested she return as soon as possible";
11 right?
12    A. Uh-huh.
13    Q. Sounds pretty urgent, doesn't it?
14    A. Well, at that time it was urgent to her because
15 my -- my stomach problems and my urinary tract problems
16 and my foot problems were -- they were hurting me real
17 really bad. I was really nauseated and my stomach was
18 upset all the time.
19    Q. Okay. But a stranger reading this seeing, "I've
20 requested she return as soon as possible," I would assume
21 that meant immediately, wouldn't you?
22    A. As soon as possible, it wasn't possible for me
23 to return prior to that time.
24    Q. That's not what I'm asking, ma'am. A stranger
25 reading this note, knowing nothing and seeing "as soon as

Page 188

1 possible," that would mean immediately; right?
2    MS. JOHNSON: Objection, foundation.
3    A. I would have absolutely no idea what a stranger
4 would be thinking. Okay.
5    Q. You're the professor of English; right?
6    A. Yes.
7    Q. Okay. What does "as soon as possible" mean to
8 you?
9    A. As soon as possible.
10    Q. Right away; right?
11    A. No, not necessarily right away. As soon as it
12 was possible with me.
13    Q. Does it say that?
14    A. No. As soon as possible, but it wasn't possible
15 prior to that.
16    Q. It doesn't say, "I've requested she return as
17 soon as it's possible for her to do so consistent with
18 her schedule," does it?
19    A. Well, her wording is --
20    MS. JOHNSON: Objection, argumentative.
21    A. -- not good here. She's a doctor, not an
22 English instructor.
23    Q. Okay. But it does say "as soon as possible";
24 right?
25    A. Yes, it does.

Page 189

1    Q. And it's not qualified by "as soon as her
2 schedule permits it"; right?
3    A. No.
4    Q. So how else would one read this other than right
5 away?
6    A. I have no idea how someone else would read that.
7    Q. Okay. And you didn't present this until
8 October; right?
9    A. I presented it in late September to Dr. Tuthill.
10 I showed it to him --
11    Q. So perhaps --
12    A. -- when I went over to talk with him. --
13    Q. Perhaps --
14    A. -- I already established that fact.
15    Q. September 30th, perhaps?
16    A. No, it was before. It was like the last week in
17 September.
18    Q. Uh-huh. When?
19    MS. JOHNSON: Objection.
20    A. I don't know. I don't recall the date I went
21 over and talked with him verbally, but I do know it was
22 toward the end of September.
23    Q. Okay. So it could have been the 30th?
24    A. No, it wasn't that late.
25    Q. Okay. Well, a little while ago you told me that

Page 190

1  you presented this -- you went in to talk with Dr.
2  Tuthill just a couple of days before you presented your
3  leave request.
4     A. I didn't say a couple of days.
5     Q. Well, how many days was it?
6     A. I don't know. I don't recall the date I went
7  over to talk with him.
8     Q. Could it have been the same day --
9     A. I don't know.
10    Q. -- that you put your leave request in?
11    A. I just told you I don't know.
12    Q. Okay. Did many days pass between the time you
13 talked to Tuthill --
14       MS. JOHNSON: Objection.
15    A. No.
16    Q. -- and the time you presented the leave request?
17    A. No, I cannot pinpoint the date.
18    Q. Okay.
19       MS. JOHNSON: Are you okay?
20       THE WITNESS: No, I'm okay.
21         (Exhibit No. 21 marked.)
22    Q. (By Ms. Ducey) This is 21. Can you identify
23 what 21 is?
24    A. Yes.
25    Q. What is 21?

Page 191

1     A. It's the request for leave that I submitted on
2  October the 2nd.
3     Q. Okay. And this was the first leave request you
4  submitted in the fall of '03; correct?
5     A. I'm not sure of that. I might have had a leave
6  request filled out at the time I talked with Dr. Tuthill,
7  but I have no record of that, so I can't recall exactly
8  if I gave him a request for leave at that time or not.
9     Q. All right. Well, you don't know if this is the
10 very leave request that you claim that you had filled out
11 at the day you met with Dr. Tuthill, do you?
12       MS. JOHNSON: Objection to the form of the
13 question.
14    A. I didn't -- I didn't say I had this filled out
15 the day I met with him.
16    Q. Ma'am, you told me that you gave him the leave
17 request along with the note from Dr. Church and that he
18 handed them back to you.
19    A. Well, that's possible. I don't recall exactly.
20    Q. Well, what happened? Did you or didn't you?
21    A. It wasn't yesterday that it happened. I don't
22 know --
23    Q. Okay. Do you have --
24    A. -- if I gave it to him that day or if I gave it
25 to him the same day I took it to Pam on October the 2nd.

Page 192

1     Q. All right. You also told me that you left Dr.
2  Tuthill's office and went to verify with Angie that you
3  had the hours available.
4     A. I didn't say I left Dr. Tuthill's office. I
5  said I filled out the request for leave and took it to
6  Angie's office.
7     Q. Uh-huh. Okay. And she signed it, didn't she?
8     A. Because my office is clear across the campus
9  from their offices and I do not have paperwork and stuff
10 to do things like this --
11    Q. Right, but if you --
12    A. -- on the same day.
13    Q. But if you were in Dr. Tuthill's office with the
14 leave request form and left his office believing that you
15 should proceed with the process, why wouldn't you just
16 walk down to Angie and have her approve your leave?
17    A. I might have done that. I don't remember
18 exactly my steps. I can't retrace my steps.
19    Q. Uh-huh. Okay. But she --
20    A. I just remember the important things. I can't
21 remember every little minute detail.
22    Q. Okay. But she did verify that you had, it looks
23 like, 90 hours of leave available?
24    A. Yes.
25    Q. Okay. On October 2nd, '03?

Page 193

1     A. Yes.
2     Q. So no reason to even have to use personal leave;
3  right? You've got 90 hours of leave built up; right?
4     A. Well, that's what it says here.
5     Q. Uh-huh. More than a week; right?
6     A. Yes.
7     Q. Okay. So why would Pam tell you you didn't if
8  it was verified and you handed it to her?
9     A. She said it wasn't available to me, I hadn't
10 earned it.
11    Q. Uh-huh. Well, there is 90 hours right there.
12    A. But she said I hadn't earned those hours.
13    Q. Okay. Do you have evidence that you submitted a
14 leave request or even filled one out prior to October
15 2nd?
16    A. No, I don't.
17    Q. Okay.
18    A. I know that I talked with Dr. Tuthill, but I
19 don't -- I'm not sure that there was a request for leave
20 prior to this one.
21    Q. Okay. And it's dated October 2nd; correct?
22    A. Yes.
23    Q. And you're seeking to leave 18 days later;
24 right?
25    A. Yes.

Page 194

1  Q. Okay. So you didn't give 30-days' notice to
2  this leave; correct?
3  A. As I recall, I had never seen that 30-day notice
4  in the -- on anything and I had never been apprised of
5  that.
6  Q. What was that?
7  A. When I saw that in that book right here, that
8  was my first recollection of ever having seen those
9  words, "30 days prior."
10 Q. Uh-huh.
11 A. That had not been previously in our handbooks.
12 Q. Uh-huh.
13 A. No one had ever mentioned it.
14 Q. Well, you did get the updates of the handbook;
15 right?
16 A. Yes, I did.
17 Q. And I think we identified the copy of the
18 handbook or the policies --
19 A. Yes, absolutely.
20 Q. -- that you said you recall receiving in '01.
21 So you had it, whether you read it or not?
22 A. But the handbook had been revised and updated
23 and re- -- redone since that time.
24 Q. I think we established that on --
25 A. Yes.

Page 195

1  Q. -- September 21st, '01 --
2  A. It was also redone in the --
3  Q. Could I finish my question?
4  A. Yeah.
5  Q. September 21st, '01, you got a copy of the
6  updated Family Medical Leave Policy and you identified it
7  earlier today.
8  A. Okay. I got that.
9  Q. So you had it before you --
10 A. I got one, but I -- I can't verify that it's
11 exactly that -- those same words --
12 Q. Okay.
13 A. -- no, there's no way.
14 Q. You had it but apparently you didn't bother to
15 read it; right?
16   MS. JOHNSON: Objection to the form of the
17 question.
18 A. I read the handbook, yes.
19 Q. Uh-huh. Okay.
20 A. I reviewed the handbook.
21 Q. All right. You read it word by word?
22 A. But I couldn't verify that those same words were
23 in the handbook at the time I read it.
24 Q. You read it word by word?
25 A. Yes -- no, not necessarily. Parts of it I did.

Page 196

1  Q. Okay. So you may not have read the Family
2  Medical Leave Policy, but you got it?
3  A. I got it, but I can't guarantee those words were
4  in it at the time I got it because it has been redone
5  since that time.
6  Q. All right. So you didn't give 30-days' notice
7  and you marked it as personal leave; right?
8  A. That was never mentioned to me. I never knew
9  that I had to give 30-days' notice and I do not believe
10 it was in the handbook at the time the handbook was
11 presented to me when I started to work.
12 Q. Well, if you say that you don't believe it, tell
13 me what the Family Medical Leave Policy said.
14 A. I have no idea of what it said because I don't
15 have a copy of it.
16 Q. Right. And because you may not have read it;
17 right?
18 A. No, I did read it.
19 Q. I asked you this morning if you read the Family
20 Medical Leave Policy and you said you couldn't recall.
21 A. I can't recall if I did. I've read the handbook
22 and I've reviewed the handbook. I've looked at items of
23 the handbook.
24 Q. Uh-huh. But, ma'am, I asked you this morning if
25 you had read the Family Medical Leave Policy in Exhibit

Page 197

1  7, the handbook, and you said you didn't recall.
2  A. Well, I don't recall reading it.
3  Q. Okay. So how do you know whether it was in
4  there or not?
5  A. Well, it's possible I don't know.
6  Q. Okay. All right. And you marked the leave
7  "personal"; right?
8  A. Yes.
9  Q. Okay. But there was a provision for family
10 medical leave; right?
11 A. There was.
12 Q. Uh-huh. There was a provision for extended
13 medical leave; right?
14 A. There was.
15 Q. Okay. And under -- in that same box where it
16 says "type of leave requested," you elected to mark
17 "personal leave"; right?
18 A. Yes, but personal leave as you noticed down
19 below includes sick leave. I was asking for sick leave,
20 not medical leave.
21 Q. Okay. And it also says family medical leave,
22 doesn't it?
23 A. Yes.
24 Q. And it says it requires a copy of a doctor's
25 verification; right?

Page 198

1  A. Yes.
2  Q. Okay.
3  A. I requested sick leave and it came under the
4  category of personal and I was not apprised of anything
5  concerning medical leave.
6  Q. Okay. Did you ask Pam what type of leave you
7  should be requesting --
8  A. No.
9  Q. -- for your medical leave?
10 A. No.
11 Q. Why not?
12 A. Because I thought I had put down the
13 appropriate -- I was requesting sick leave, which was
14 categorized under personal.
15 Q. Okay. Well, when she told you she didn't think
16 that you had the leave accrued, did you ask her for some
17 assistance or ask -- tell her what the problem was?
18 A. No.
19 Q. Why not?
20 A. I don't remember why not.
21 Q. One more question about the leave request form
22 Number 21. Could you look back at that? Could you look
23 back at 21?
24 A. Sure.
25 Q. So the leave was sought for October 20th through

Page 199

1  the 31st; correct?
2  A. Yes.
3  Q. Does that refresh your recollection about when
4  those appointments were scheduled?
5  A. Yes.
6  Q. When were they scheduled?
7  A. They were sometime between those dates, but I
8  don't remember the date. I remember that I had to see
9  Dr. Church first and I had an appointment with her. And
10 as far as the other appointments, I don't recall.
11     (Exhibit No. 22 marked.)
12 Q. All right. Then could you look at --
13     MS. DUCEY: How do we have those marked,
14 Jonathan?
15     MR. CLEMENT: Number 22 is the one before.
16 Q. All right. Would you mind if I took a look at
17 that just to see which one I should mark 22, Ms. Wade?
18     MS. JOHNSON: It's the --
19 A. It's the module change.
20 Q. Right. I just need to see -- Business English
21 109. Okay.
22     MS. DUCEY: And then the other one is 23,
23 Jonathan?
24     MR. CLEMENT: I haven't marked 23 yet.
25     MS. DUCEY: Okay. All right.

Page 200

1  Q. So 22, can you identify what that is?
2  A. It's a change of schedule for module B, Business
3  Math.
4  Q. Okay. And is this the form that you were
5  referring to before?
6  A. It was one of them, yes. I made out several
7  schedules. This was probably the only one I kept a copy
8  of. I tried --
9  Q. Well, was this the form --
10 A. I tried to rearrange my schedules to be a
11 workable solution for me to be gone for ten days.
12 Q. Ma'am, is this the form that you gave to Dr.
13 Tuthill in late September when you claim that you went in
14 to talk with him?
15     MS. JOHNSON: Objection to the form of the
16 question.
17 A. It appears to be.
18 Q. Okay. And whose signature is under Number 2?
19 A. Courtney Bartholomew.
20 Q. And who is Courtney Bartholomew?
21 A. He was the chair of the department.
22 Q. Of what department?
23 A. The BMIT Department.
24 Q. And what date did he sign it?
25 A. He signed it 10/3.

Page 201

1  Q. Okay. The day after you went in and talked with
2  Pam Taylor and after you talked to --
3  A. I could not verify that I went in and talked
4  with Pam on the 2nd. It might have been on the 3rd that
5  I talked to her.
6  Q. Okay. But definitely after you talked to Dr.
7  Tuthill; right?
8  A. Yes.
9  Q. Okay. So why would you have Courtney
10 Bartholomew sign the leave, this first change form?
11 A. Because it says "division director approval" --
12 Q. Uh-huh.
13 A. -- and he's the division director.
14 Q. Uh-huh. Did Dr. Tuthill tell you to get
15 Courtney Bartholomew's approval?
16 A. No, he didn't.
17 Q. Why isn't Dean Tuthill's signature here?
18 A. Because he would not sign it.
19 Q. Why not?
20 A. He refused to sign it.
21 Q. Why?
22 A. Because he objected to this schedule, the change
23 of schedule.
24 Q. So you got Courtney Bartholomew's signature?
25 A. Courtney's was prior to giving this to -- to

Page 202

1  Dean Tuthill and to Pam Taylor. I -- Courtney and I were
2  in the same building.
3     Q. Ms. Wade --
4     A. When I filled this down -- out, I went down and
5  got Courtney to sign it and then I took it over to the
6  administration building. So I didn't give this to them
7  on the 2nd --
8     Q. Okay.
9     A. -- it was on the 3rd.
10    Q. All right. So first you got Courtney
11 Bartholomew to sign off on this form; correct?
12    A. Yeah, but he thought I asked his opinion on
13 it --
14    Q. Okay.
15    A. -- and the fact that he thought it was a good,
16 workable schedule.
17    Q. Okay. Then you took it to Dr. Tuthill with the
18 letter you say -- the letter from Dr. Church?
19    A. Yes.
20    Q. And you advised Dr. Tuthill after you had
21 already obtained Courtney Bartholomew's signature that
22 you needed leave and you would like to have this course
23 change approved; correct?
24    A. I don't understand your question.
25    Q. After you obtained Courtney Bartholomew's

Page 203

1  signature, that's when you went to Dr. Tuthill for the
2  first time, gave him this change form marked 22, gave him
3  Number 21, which is the letter from Dr. Church, said,
4  "Look, I've got appointments scheduled and I would like
5  you to approve this leave." Correct?
6     A. I'm not sure.
7     Q. Uh-huh.
8     A. Because you're asking me a lot of questions
9  there and then you want me to verify that all of them --
10    Q. What I want to know --
11    A. -- are correct and I can't do that --
12    Q. -- is which came first, the signature by
13 Courtney Bartholomew or your first notification to Dr.
14 Tuthill that you --
15    A. What I --
16    Q. May I finish? Or your first notification to
17 Tuthill where you said that you went into his office, you
18 gave him the change course form, you told him you had
19 medical appointments, and you claim you showed him the
20 letter from Dr. Church?
21    MS. JOHNSON: Objection to form of the question.
22    Q. Which came first, the signature by Bartholomew
23 or the first meeting with Tuthill?
24    A. The first meeting with Tuthill was in September,
25 late September. It was a verbal meeting.

Page 204

1     Q. Uh-huh.
2     A. There was no paper presentations, but I had this
3  in my hand --
4     Q. Uh-huh.
5     A. -- when I talked with him.
6     Q. Okay. So now you're sure --
7     A. And I showed it to him --
8     Q. Okay.
9     A. -- but he wouldn't take it and look at it.
10    Q. All right. So you're certain that the first
11 notice to Dr. Tuthill, there was no presentation of any
12 paperwork?
13    A. No, except this.
14    Q. Well, was there or wasn't there?
15    A. I didn't give it to him because he wouldn't take
16 it.
17    Q. But you told me that at the time you handed him
18 Exhibit 21, you had the change course form --
19    A. And I have also told you --
20    Q. May I finish? You had the letter from Dr.
21 Church, you presented them both to him. He looked at
22 them and he gave them back to you. When did that meeting
23 occur?
24    A. I don't know.
25    MS. DUCEY: Okay. Would this be an appropriate

Page 205

1  time for a break?
2     THE VIDEOGRAPHER: Going off record. The time
3  is 3:10.
4        (Recess taken.)
5     THE VIDEOGRAPHER: Okay. We're back on the
6  record. The time is 3:27.
7     MS. DUCEY: I just want to clear up.
8  Mr. Gamache brought to my attention that 22 is actually
9  the course change form for Business Math and if there was
10 any misstatement, I just want to make sure that exhibit
11 is identified clearly.
12    MS. JOHNSON: 22 is, because I have 22 as
13 English?
14    MR. GAMACHE: Yeah, it's --
15    MS. DUCEY: Well, we may have misstated it, so
16 could you -- could you just write over that --
17    MS. JOHNSON: Yeah.
18    MS. DUCEY: -- and put 22? Sorry about that.
19 Okay.
20    MS. JOHNSON: Which one is this?
21    MS. DUCEY: So this one is 23 and it should be
22 Business Math -- no, it should be Business English;
23 right?
24    MS. JOHNSON: Yes.
25    THE WITNESS: This one is Business Math.

Page 206

1      MR. GAMACHE: That's where we got mixed up.
2      MS. DUCEY: It's totally my fault. I'm trying
3  to confuse Jonathan.
4      MR. CLEMENT: This is 22.
5      MS. DUCEY: Now that should be Business English;
6  okay? So we're going to just cross that out.
7      MS. JOHNSON: 22 is English and --
8      MS. DUCEY: Make that --
9      MS. JOHNSON: -- 23 is Math?
10     MS. DUCEY: Yeah.
11     MS. JOHNSON: So --
12     MS. DUCEY: No, no, no. 22 is Math and 23 is
13 English.
14     MS. JOHNSON: Yeah, I just said them backwards.
15     MS. DUCEY: Okay. So I'll give that back to
16 you.
17         (Exhibit No. 23 marked.)
18  Q. (By Ms. Ducey) 23, can you identify that?
19     MR. GAMACHE: And I'm missing 22 if you can make
20 me a copy. All I have is 23 here.
21     MS. JOHNSON: Did you say English?
22     MR. GAMACHE: I'm sorry --
23     MS. DUCEY: Can I give you my marked-up 22?
24     MS. JOHNSON: We've got it now. This is
25 perfect.

Page 207

1      MR. GAMACHE: This is 22?
2      MR. CLEMENT: Yes.
3   Q. (By Ms. Ducey) Okay. Is that the course change
4  form that you filled out for the Business English, Ms.
5  Wade?
6   A. It appears to be.
7   Q. All right. And it has Courtney Bartholomew's
8  signature; correct?
9   A. Yes.
10  Q. And that's on October 3rd; right?
11  A. Yes.
12  Q. All right. What was the reason on both of these
13 forms that you listed for changing the course?
14  A. Okay. The reason is to accommodate the
15 convenience of students who need both modules B and C.
16  Q. That's the reason you listed on Business Math;
17 right?
18  A. Okay. And on -- on the other one, I just said
19 to accommodate student needs --
20  Q. Okay.
21  A. -- and it was the same for both Business B and
22 C --
23  Q. All right. With respect to Exhibit 23, Business
24 English module B, how did changing the course dates and
25 times accommodate student needs?

Page 208

1   A. Because it would give them the opportunity
2  for -- to continue the classes and to get both courses in
3  B and C.
4   Q. Uh-huh. But it would -- but it would more
5  accommodate your medical appointments, wouldn't it?
6   A. Yes, uh-huh.
7   Q. Okay. Did you put that there?
8   A. Well, I didn't put down all the intention
9  there --
10  Q. Uh-huh.
11  A. -- because it would have been to accommodate the
12 students' needs who need -- needs of students who need
13 both Modules B and C in my absence or something like
14 that. I should have added "in my absence."
15  Q. Well, no one could take B and C simultaneously;
16 right?
17  A. At the same time?
18  Q. Uh-huh.
19  A. No.
20  Q. But that's what your proposed course change did;
21 right?
22  A. Okay. This one -- this one is at the same time
23 they were taking B, they would take -- I had the class
24 listed, class meeting to begin to -- at 12:00 to 1:30 and
25 that would be Module B. So that would begin one class at

Page 209

1  12:30 to one -- 1:30 and then Module C would be taught
2  from 1:30 to 3:00.
3   Q. And so Modules B and C would be running on the
4  same dates; correct?
5   A. Yes.
6   Q. Simultaneously?
7   A. Let me look at the dates. Let me have just a
8  minute here to refresh my memory of exactly what I did
9  here. Change to 11/6 to 12/16. Change meeting date from
10 10/06 to 11/4 to 11/6. That would have been shortly
11 after I returned October the 31st and then I could pick
12 up both classes. That would be stacked piggyback or
13 whatever you might want to call it and teach both
14 classes. Teach one at 12:30 -- from 12:00 to 1:30 and
15 then the other one from -- that would just be B. And
16 then the other one would be taught from 1:30 to 3:30 at
17 the regular time. But, yes, they would have been stacked
18 at that time.
19  Q. Okay. So B and C would be running on the same
20 dates just at different times of day?
21  A. Yes, uh-huh.
22  Q. And the requirement, I think we established, was
23 that a student had to successfully complete the first
24 module before they could even enroll in the second
25 module; right?

Page 210
1   A. Yes.
2   Q. Okay. And you also changed the meeting time;
3   right?
4   A. The meeting time?
5   Q. Uh-huh.
6   A. Yes.
7   Q. You changed it from being 1:30 to 3:00 and in
8   the new scenario --
9   A. Okay.
10  Q. -- it was from 12:00 to 1:30; right?
11  A. Let me take a look at the Business Math.
12  Q. I'm just looking at Business English first. Why
13  don't we just do one at a time?
14  A. But they coincided. Okay. So I see what I did
15  was the same for both classes. And I had talked with my
16  students and -- and asked everyone if this schedule would
17  conflict with any other courses that they were taking.
18  And all of them, we checked to see that they wouldn't --
19  it wouldn't conflict -- there wouldn't be a conflict.
20  Q. Okay. Well, how would running B and C
21  simultaneously accommodate student needs?
22  A. It would give them a chance to complete their
23  classes to get credit for both classes before the end of
24  the semester.
25  Q. But it violated the policy which was that one

Page 211
1   module could not -- the second module couldn't be taken
2   until the first was successfully completed; right?
3   A. There was no written policy. Some teachers
4   prior to me had taught all three modules and let the
5   students progress at their own pace.
6   Q. Uh-huh.
7   A. There was no written instructions as to how
8   these three modules should be taught.
9   Q. But at the time you were teaching it, clearly
10  the practice was to require A to be successfully
11  completed before one could enroll in B, and B must be
12  successfully completed before one could enroll in C;
13  right?
14  A. Yes, but it was my policy.
15  Q. Okay. Well, it was a policy that --
16  A. It wasn't the policy of the school.
17  Q. It was a policy that was well-known to the
18  school and was adopted by the school, wasn't it?
19  A. I don't think it was well-known and it wasn't
20  adopted, no.
21  Q. Well, Dr. Tuthill knew about it.
22  A. Well, he knew about it, about the Modules A, B
23  and C, but he didn't know them -- about them until a
24  later date.
25  Q. And the information that was in Business English

Page 212
1   B was to build on the information that you learned in
2   Business English A; correct?
3   A. Possibly, at times, yes.
4   Q. So the material was more complex; correct?
5   A. It was possible.
6   Q. And one had to have that foundation before one
7   could successfully complete Module B; right?
8   A. The three modules were taught in sequence, yes.
9   Q. Okay. And, likewise, for Business Math, you put
10  as the reason to accommodate the convenience of the
11  students who need both Modules B and C, how would it
12  aconmodate [sic] -- accommodate the convenience of the
13  students to run B and C simultaneously?
14  A. Well, there were some students who did not need
15  B and C. There were some students who did not need C,
16  they only needed A and B, and there were students at
17  different levels and -- and there were students who did
18  not need certain modules.
19  Q. Uh-huh. But for the students that needed that
20  sequence, A, B, and C --
21  A. That would give them the chance to finish both
22  modules.
23  Q. But it wouldn't give them the opportunity to
24  learn the simpler information before they had to absorb
25  the more complex information, would it?

Page 213
1   A. Well, as their instructor, I had set the
2   classes, that Module B comes just prior to Module C in
3   the course of the day here.
4   Q. The registrar had been informed that students
5   were not to be permitted to enroll in the succeeding
6   modules --
7   A. Who informed them?
8   Q. -- until they -- until they successfully passed
9   the first module; isn't that true?
10  MS. JOHNSON: Objection, foundation.
11  A. I don't know.
12  Q. Okay. But the real reason that you put on
13  Business Math, Exhibit 22, was to accommodate the
14  convenience of the students, was that so you could make
15  your medical appointments; right?
16  A. Not necessarily.
17  Q. But that was the primary reason, wasn't it?
18  A. I don't know if it was the primary reason or
19  not. I really --
20  Q. Why else would --
21  A. I was really --
22  Q. Why else would --
23  A. I was really --
24  MS. JOHNSON: Let her answer, please.
25  A. I was really worried about my students and their

Page 214

1  welfare. They do not accept change readily, especially
2  from one instructor to another.
3     Q. Uh-huh.
4     A. I was trying to set up something here where I
5  could go on my sick leave, it wasn't medical leave, and
6  still take care of my students at the same time.
7     Q. Ms. Wade, if you didn't have these medical
8  appointments, you never would have changed the course
9  meeting times or dates, would you?
10    A. No.
11    Q. Okay. And did you tell Courtney Bartholomew
12 that the real reason that you needed to change these
13 course dates and times was because of your medical
14 appointments?
15    A. Did I tell him?
16    Q. Yes.
17    A. I don't remember what I told Courtney --
18    Q. Okay. You certainly didn't --
19    A. -- but I told him the truth, whatever it was.
20    Q. You didn't give him written notification that
21 you had medical needs --
22    A. Not Courtney.
23    Q. -- that required changing it?
24    A. No, not Courtney.
25    Q. Okay. And you didn't ask for a substitute

Page 215

1  teacher; right?
2     A. That was the dean's responsibility to hire me a
3  substitute teacher. I asked him if he could -- I could
4  not get a substitute and he said that there were no
5  substitutes available.
6     Q. Uh-huh. You asked him that before or after you
7  submitted this form?
8     A. When he refused to accommodate me in this
9  situation, I did ask him about getting a substitute. In
10 fact, I mentioned that in my grievance. Why couldn't he
11 have gotten me a substitute?
12    Q. Uh-huh. Okay. So he did get a substitute,
13 didn't he?
14       MS. JOHNSON: Objection --
15    A. No, he didn't.
16       MS. JOHNSON: -- form of the question.
17    Q. Well, you may not have liked the substitute, but
18 he did get substitute teachers in?
19       MS. JOHNSON: Objection, form of the question,
20 argumentative.
21    Q. Isn't that true?
22    A. No.
23    Q. Okay. When did you tell him that you wanted a
24 substitute teacher? On what date?
25    A. I don't remember.

Page 216

1     Q. And what else was being discussed at that time?
2     A. I don't recall.
3     Q. And what documents did you present to him at
4  that time?
5     A. I don't recall.
6     Q. Where did the meeting occur?
7     A. It wasn't a meeting.
8     Q. Where did you have this communication with him?
9     A. In his office. It was always in his office. He
10 never came over to my building.
11    Q. And was anyone else present?
12    A. No.
13    Q. Before the break you had told me that you had
14 been in to see Pam. She had told you that you didn't
15 have hours accrued and that you had left her office. And
16 then you told me you had another conversation with Dr.
17 Tuthill where he asked if you could take the leave at
18 Christmas and you said you could do that. Right?
19    A. I didn't say I could do that. I said if that
20 was possible.
21    Q. Okay.
22    A. A possibility, because it's very difficult to
23 get doctor's appointments, especially with specialists.
24    Q. All right. So how did you leave it, then? Did
25 you agree to wait until Christmas and try and reschedule

Page 217

1  your appointments?
2     A. At that time I did.
3     Q. So what efforts did you make to reschedule for
4  Christmas?
5     A. I called Dr. Gold's office and the only time
6  they could see me was on December the 2nd. They could
7  not even -- they had no openings around the Christmas
8  holidays.
9     Q. And when did you call him?
10    A. I don't know, but the appointment was on
11 December the 2nd, so it was prior to December the 2nd.
12    Q. Okay. And did you ask him for January?
13    A. No. I wouldn't be there in January.
14    Q. You might be there on January 3rd.
15    A. I doubt that I was. I --
16    Q. So it would be more convenient -- it would be
17 more convenient, wouldn't it, to stay one or two days
18 over on your Christmas --
19    A. Doctor --
20    Q. May I finish my question? It would be more
21 convenient to stay one or two days over on your Christmas
22 break rather than to take ten days off in the middle of
23 the semester; isn't that true?
24    A. It might have been true.
25    Q. And would have been less disruptive of classes,

55 (Pages 214 to 217)