Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
Fax  (907) 277-1331
cld@delaneywiles.com
Attorney for defendant Ilisagvik College

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ILISAGVIK COLLEGE, NORTH SLOPE | ) |
| BOROUGH, JOHN TUTHILL, individually | ) |
| and PAMELA TAYLOR, individually | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Case No. A05-086 CV (TMB) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL CONTINUED DEPOSITION OF PLAINTIFF**

Having reviewed defendants' Motion to Compel Continued Deposition of Plaintiff and any opposition thereto, the Court **GRANTS** the motion. As long as the questions are not repetitive or harassing, defendants Ilisagvik College, North Slope Borough, John Tuthill, and Pamela Taylor shall have as much time as is necessary for defendants to fully explore plaintiff's claims upon which plaintiff relies and plaintiff's alleged damages.

DATED:_____

_____
The Honorable Timothy M. Burgess
United States District Judge

Doc. No. 117533

Certificate of service

I certify that a true and correct
copy of this documents has
been served by electronic service
on the 16th day of June, 2006 upon:

Linda Johnson

Peter Gamache

By:  Cynthia L. Ducey_____