UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

BOBBI J. WADE   v.   ILISAGVIK COLLEGE, et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                        CASE NO.  3:05-CV-00086-TMB

Patty Demeter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        Date: June 20, 2006

     A party to this case has filed a motion under one or more of discovery Rules 26 or 30 through 34, Federal Rules of Civil Procedure.  Movant has not certified that counsel have conferred with respect to this motion as required by Rule 37(a)(2)(A) or (B) or (d), Federal Rules of Civil Procedure as well as Local Rule 37.1.  If no certificate or report is filed within fourteen (14) days from the date of this minute order, the motion will be stricken.

[]{I(I).WPD*Rev 12/96}