Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
Fax (907) 277-1331
cld@delaneywiles.com
Attorney for defendants Ilisagvik College
John Tuthill and Pamela Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILISAGVIK COLLEGE, NORTH SLOPE ) <br> BOROUGH, JOHN TUTHILL, individually ) <br> and PAMELA TAYLOR, individually ) <br> ) <br> Defendants. ) <br> ) | Case No. A05-086 CV (TMB) <br><br> **CERTIFICATION OF EFFORTS TO RESOLVE A DISCOVERY CONTROVERSY** |

  Cynthia L. Ducey is attorney for defendants Ilisagvik College, John Tuthill, and Pamela Taylor and, certifies to the court pursuant to FRCP 37 as follows:

  1.  I represent Ilisagvik College, John Tuthill, and Pamela Taylor in this case. I make this certification based upon personal knowledge.

  2.  Prior to plaintiff's deposition I conferred with Ms. Johnson at a meeting of the attorneys, held after Judge Burgess ordered us to meet and discuss discovery matters. We discussed, but could not agree on extending time limits for plaintiff's deposition. At that time I reserved my right to continue the deposition because plaintiff had not produced all of the medical

records she was required to produce under Rule 26(a) or that we sought via interrogatories. I encouraged Ms. Johnson to provide all records before the deposition. *See* Joint Report To Court On Discovery Status, ¶ 5, dated April 25, 2006.

3. My clients deposed the plaintiff, Bobbi Wade, on May 1, 2006 for 6 hours, excluding breaks. Immediately after the May 1, 2006, deposition of Bobbi Wade concluded, I personally conferred with Ms. Johnson and requested that a time be scheduled to depose plaintiff further. Plaintiff's counsel orally agreed that the plaintiff's deposition could be continued to May 5, 2006.

4. My clients deposed the plaintiff on May 5, 2006 for 2.9 hours, excluding breaks, for a combined total of 8.9 hours. Immediately after the May 5, 2006, continued deposition of Bobbi Wade concluded, I personally conferred with Ms. Johnson and requested more time to depose plaintiff further. Ms. Johnson, stated that she would "think about it" and get back to me on my request. I explained that it would be preferable for the parties to stipulate to a certain amount of additional time for defendants to further depose the plaintiff, rather than asking for the Court's intervention. Ms. Johnson again stated that she needed to think about my request for more time. Subsequently, by e-mail dated May 15, 2006, Ms. Johnson denied my request for more time to depose plaintiff.

5. As required by Federal Rule 37(a)(2) and as demonstrated by the above-stated facts, I certify that I have in good faith conferred or attempted to confer with plaintiff's counsel, Linda Johnson, in an effort to schedule the continued deposition of plaintiff without court action, and in my opinion, this motion is necessary to resolve the dispute.

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Certification of Efforts– 117530
*Wade v. Ilisagvik College, et. al.*, Case No. 3:05-cv-086-TMB                                         Page 2 of 3

Dated at Anchorage, Alaska this 20th day of June, 2006.

    s/Cynthia L. Ducey
Cynthia L. Ducey, ASBA #8310161
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
(907) 279-3581
(907) 277-1331
cld@delaneywiles.com

Certificate of service

I certify that a true and correct copy of this documents has been served by electronic service on the 20th day of June, 2006 upon:

Linda Johnson

Peter Gamache

By: Cynthia L. Ducey

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Certification of Efforts– 117530
*Wade v. Ilisagvik College, et. al.*, Case No. 3:05-cv-086-TMB      Page 3 of 3