MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Wade v. Ilisagvik College, et al.*
Case No. 3:05-cv-0086-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:   ORDER FROM CHAMBERS

Plaintiff's Motion to Extend Discovery Dates (docket 44) is GRANTED as follows:

Plaintiff's expert reports:     August 16, 2006

Defendants' expert reports:   October 11, 2006

Final witness lists:            September 18, 2006

Completion of discovery:      November 17, 2006

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: June 21, 2006