Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>　　　　　　　　Defendants. | Case No. A05-086 CV (TMB) |

## **AFFIDAVIT OF LINDA J. JOHNSON**

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

Linda J. Johnson, being duly sworn upon oath, deposes and states as follows:

1.     I am an attorney licensed to practice law in the State of Alaska.  I am an attorney at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.  I make this affidavit based upon personal knowledge.

2.     The May 1, 2006 deposition of Bobbi Wade was scheduled to begin at 9:00 a.m. and all parties were present and ready.  Counsel for Defendants did not like the video camera angle and required the video camera operator, Eric Cossman, to move his heavy and substantial equipment, which delayed the start of the deposition.  Then, at 5:00 p.m., counsel for Defendant declared that she had set another appointment for 7:00 p.m. and could not continue the deposition past 5:00 p.m., despite all other parties availability.  Six hours of deposition time had elapsed.  Defendants' counsel then raised the issue of continuing the deposition for a second day and extending the 7 hour time limit.

3.     Pam. Taylor's deposition was taken on May 4, 2006 in Barrow and lasted 6 hours and 58 minutes included twelve questions from the North Slope Borough's attorney.  John Tuthill's deposition was taken on May 10 in Seattle and lasted 7 hours 26 minutes.  The North Slope Borough's attorney's questions of Mr. Tuthill lasted for seven minutes.

4.     Plaintiff has used her own medical release and obtained records from her medical providers.  Plaintiff has consistently disclosed these records to Defendants, including production in her first, second, third, sixth, seventh and eighth supplemental responses to discovery.

*Affidavit of L. Johnson*
Wade v. Ilisagvik, Case No. A05-086 CV (TMB)
Page 2 of 3

**Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5. The following documents are attached to this affidavit and are true and correct copies:

    a. Letter dated May 3, 2006 to Cynthia Ducey, Esq. and Jonathan Clement;

    b. Excerpts of Bobbi Wade Deposition (taken May 1, 2006) pages 124 – 126; and Deposition (taken May 5, 2006) page 308;

    c. Letter dated December 19, 2005 to Cynthia Ducey; and

    d. Except of Cheryl McKay Deposition (taken February 8, 2006) page 40

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: June 27, 2006

By: /s/ Linda J. Johnson

SUBSCRIBED AND SWORN to before me, a Notary Public in and for the State of Alaska, this 27 day of June, 2006, at Anchorage, Alaska.



Kathi Forgue
Notary Public in and for Alaska
My Commission Expires: 5-20-2010

### Certificate of Service

I hereby certify that on June 27, 2006, a copy of the foregoing document was served electronically on Cynthia Ducey and Peter C. Gamache.

s/ Linda J. Johnson

*Affidavit of L. Johnson*
Wade v. Ilisagvik, Case No. A05-086 CV (TMB)
Page 3 of 3

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586