# CLAPP • PETERSON
## VAN FLEIN • TIEMESSEN • THORSNESS
### LLC

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Laura S. Gould
John P. Wood
Linda J. Johnson
Liam J. Moran, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson
Marcus R. Clapp, ret.

May 3, 2006                                                                                     VIA FAX

Cynthia Ducey, Esq.
Jonathan Clement
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501

      Re:    *Wade v. Ilisagvik College/North Slope Borough*
             Our File No. 400-85

Dear Cindy and Jonathan:

I received a message from Jonathan today asking for more deposition time with Bobbi Wade, consistent with your request at Ms. Wade's deposition on Monday.  I have offered to allow you a second day to finish your deposition, on this Friday, May 5, 2006, from 2 pm to 5 pm.  I have other matters that I must attend to Friday morning, so setting the deposition earlier is not an option.

The additional day to finish the deposition expands the "one day" provision under Fed. R. Civ. P. 30(d)(2). The additional time will allow the defendants more deposition time than the seven hours permitted in Rule 30(d)(2), since defendants only have one hour and ten minutes remaining at this point.  In fact, you should be able to complete the whole seven hours of questioning, and then Peter should be able to pursue a full hour's worth of follow up questions.

As discussed Monday, I am arranging for the Seattle deposition of your client, John Tuthill, to begin at 8 am on the 10th.  I am hoping that I can complete his entire deposition that day.

Thank you for your attention to this matter.

Sincerely,

*[signature]*
for Linda J. Johnson

cc:  Peter Gamache