# CLAPP • PETERSON
## VAN FLEIN • TIEMESSEN • THORSNESS
### LLC

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Laura S. Gould
John P. Wood
Linda J. Johnson
Liam J. Moran, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

December 19, 2005

Cynthia Ducey, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501

    Re:    *Wade v. Ilisagvik College/North Slope Borough*
             Our File No. 400-85

Dear Cindy:

Thank you for the date for Cheryl McKay's deposition. Enclosed is the notice. In addition to the subject matter in your letter of December 16, be advised I intend to ask her questions about her participation in the arbitration.

Sincerely,

*[signature]*
Linda J. Johnson

cc: Peter Gamache

Exhibit C
Page 1 of 1