Case 3:05-cv-00086-TMB   Document 57-5   Filed 06/28/2006   Page 1 of 1

BOBBI WADE vs. ILISAGVIK COLLEGE, et al
CASE NO. A05-086 CV (JWS)

DEPOSITION OF CHERYL L. McKAY
FEBRUARY 8, 2006

Page 40

1   describe it to me. Are you refusing to do that?
2              MS. DUCEY: She's not refusing to.
3   A    I'm not refus- -- I'm not refusing to, I mean, I can
4        recite to you what this -- what this says about
5        the.....
6              MS. JOHNSON: No, I'm not asking you to read
7   it to me, I'm asking of your -- for your recollection of what
8   it was and I provided that to you so that you could sort of
9   job your memory on it, I know it's been a while.
10  A    Right.
11             MS. DUCEY: Do you want her to sit down and
12  re-read this before she answers the questions, because I don't
13  think that's it fair that you're going to hold her to
14  something that's already here as a matter of record and why
15  don't we go off record and you can look at it and we can talk
16  about whether there's something that's non-privileged that's
17  not contained in this record?
18             MS. JOHNSON: Well, I did ask for you to have
19  her review the tapes before she got here so fairness doesn't
20  really enter into this today.
21             MS. DUCEY: She's not required to review
22  anything prior to a deposition.....
23             MS. JOHNSON: No, but you're saying that it's
24  not fair so.....
25             MS. DUCEY: Wait a minute. No witness is. I

Exhibit D