**DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**

CLAY A. YOUNG
WILLIAM E. MOSELEY
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

ANN B. BLACK
JAMES J. FAYETTE
OF COUNSEL
JAMES J. DELANEY
GEORGE N. HAYES
DANIEL A. GERETY
STEPHEN M. ELLIS

EUGENE F. WILES
1922-1990

# FAX TRANSMISSION COVER SHEET

TO: Medical Records Department

COMPANY: Alaska Regional Hospital

FAX NO: 907-264-1022

FROM: Christine Watne, Paralegal

DATE: Thursday, February 16, 2006

RE: Bobbi Wade

Re: Bobbi Wade
DOB:
SSN:

This is to request a **complete copy** of any **and all medical and hospital records** regarding Bobbi Wade. A Medical Information and Records Release signed by Ms. Wade is enclosed authorizing you to release these records.

Please enclose an invoice with your records and I will see that it is promptly paid.

If you have any questions, please contact me at 257-0722.

Thank you.
Christine Watne

If you do not have any records for Ms. Wade, please initial this fax cover sheet and return it to me. Fax: 277-1331

NUMBER OF PAGES INCLUDING COVER SHEET: 2

EXHIBIT 1
Page 1 of 13

**Confidential Communication**
This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.

| | | |
|---|---|---|
| CLAY A. YOUNG<br>WILLIAM E. MOSELEY<br>JAMES B. FRIDERICI<br>ANDREW GUIDI<br>HOWARD A. LAZAR<br>DONALD C. THOMAS<br>TIMOTHY J. LAMB<br>CYNTHIA L. DUCEY<br>DONNA M. MEYERS<br>KEVIN L. DONLEY | **DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**<br><br>ATTORNEYS AT LAW<br>SUITE 400<br>1007 WEST 3RD AVENUE<br>ANCHORAGE, ALASKA 99501<br>TELEPHONE (907) 279-3581<br>FAX (907) 277-1331<br>WWW.DELANEYWILES.COM | ANN B. BLACK<br>JAMES J. FAYETTE<br>OF COUNSEL<br>JAMES J. DELANEY<br>GEORGE N. HAYES<br>DANIEL A. GERETY<br>STEPHEN M. ELLIS<br><br>EUGENE F. WILES<br>1922-1990 |

# FAX TRANSMISSION COVER SHEET

TO:           Patient Account Services

COMPANY:      Alaska Regional Hospital

FAX NO:       702-855-1901

---

FROM:         Christine Watne, Paralegal

DATE:         Thursday, February 16, 2006

RE:           Bobbi Wade

---

Re: Bobbi Wade
DOB:
SSN:

This is to request a **complete copy** of any **and all hospital billing and payment records** regarding Bobbi Wade. A Medical Information and Records Release signed by Ms. Wade is enclosed authorizing you to release these records.

Please enclose an invoice with your records and I will see that it is promptly paid.

If you have any questions, please contact me at 257-0722.

Thank you.
Christine Watne

If you do not have any records for Ms. Wade, please initial this fax cover sheet and return it to me. Fax: 277-1331

NUMBER OF PAGES INCLUDING COVER SHEET: 2

EXHIBIT 1
Page 2 of 13

**Confidential Communication**
*This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.*

| | | |
|---|---|---|
| CLAY A. YOUNG<br>WILLIAM E. MOSELEY<br>JAMES B. FRIDERICI<br>ANDREW GUIDI<br>HOWARD A. LAZAR<br>DONALD C. THOMAS<br>TIMOTHY J. LAMB<br>CYNTHIA L. DUCEY<br>DONNA M. MEYERS<br>KEVIN L. DONLEY | **DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**<br>ATTORNEYS AT LAW<br>SUITE 400<br>1007 WEST 3RD AVENUE<br>ANCHORAGE, ALASKA 99501<br>TELEPHONE (907) 279-3581<br>FAX (907) 277-1331<br>WWW.DELANEYWILES.COM | ANN B. BLACK<br>JAMES J. FAYETTE<br>OF COUNSEL<br>JAMES J. DELANEY<br>GEORGE N. HAYES<br>DANIEL A. GERETY<br>STEPHEN M. ELLIS<br><br>EUGENE F. WILES<br>1922-1990 |

# FAX TRANSMISSION COVER SHEET

TO:             Medical Records Custodian

COMPANY:        Dr. Lea D. Clark

FAX NO:         (615) 284-2533

---

FROM:           Christine Watne, Paralegal

DATE:           Friday, February 17, 2006

RE:             Bobbi Wade

---

    Re:   Bobbi Wade
    DOB:
    SSN:

    This is to request a **complete copy** of any **and all medical records, as well as any and all billing and payment records** regarding Bobbi Wade.  A Medical Information and Records Release signed by Ms. Wade is enclosed authorizing you to release these records.

    Please enclose an invoice with your records and I will see that it is promptly paid.

    If you have any questions, please contact me at 257-0722.

    Thank you.
    Christine Watne

If you do not have any records for Ms. Wade, please initial this fax cover sheet and return it to me.  Fax: 277-1331

EXHIBIT ___
Page 3 of 13

NUMBER OF PAGES INCLUDING COVER SHEET:  2

---

**Confidential Communication**
*This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed.  The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law.  These rights are not waived by transmission of the information via facsimile.  If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail.  We will reimburse you any reasonable expenses incurred.*

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

February 17, 2006

Doctor Center Pharmacy
4119 W. Main Street
Dothan, AL 36305

Re: Bobbi Wade
DOB:
SSN:

This is to request a **complete copy** of **any and all pharmaceutical and billing records** for Bobbi Wade. Enclosed you will find a Medical Information & Records Release and HIPAA Authorization Form signed by Ms. Wade authorizing you to release these records.

Please include an invoice with your records and I will see that it is promptly paid.

If you have any questions, please contact me at (907) 257-0722.

Thank you.

Sincerely,

DELANEY, WILES, HAYES
GERETY, ELLIS & YOUNG

Christine Watne
Paralegal

Enclosure

EXHIBIT 4
Page 4 of 13

Doc. No. 113960

| | | |
|---|---|---|
| CLAY A. YOUNG<br>JAMES B. FRIDERICI<br>ANDREW GUIDI<br>HOWARD A. LAZAR<br>DONALD C. THOMAS<br>TIMOTHY J. LAMB<br>CYNTHIA L. DUCEY<br>DONNA M. MEYERS<br>KEVIN L. DONLEY | DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.<br>ATTORNEYS AT LAW<br>SUITE 400<br>1007 WEST 3RD AVENUE<br>ANCHORAGE, ALASKA 99501-1936<br>TELEPHONE (907) 279-3581<br>FAX (907) 277-1331<br>WWW.DELANEYWILES.COM | ERIC A. RINGSMUTH<br>JONATHAN P. CLEMENT<br>WILLIAM R. WARNOCK<br>MARGARET A. PATON-WALSH<br>OF COUNSEL<br>DANIEL A. GERETY<br>STEPHEN M. ELLIS<br>WILLIAM E. MOSELEY<br>GREGORY L. YOUNGMUN |

February 17, 2006

Eckerd Drugs
1664 Memorial Blvd
Murfreesboro, TN 37129-2104

    Re:    Bobbi Wade
DOB:
SSN:

This is to request a **complete copy** of **any and all pharmaceutical/billing records** for Bobbi Wade. Enclosed you will find a Medical Information & Records Release and HIPAA Authorization Form signed by Ms. Wade authorizing you to release these records.

Please include an invoice with your records and I will see that it is promptly paid.

If you have any questions, please contact me at (907) 257-0722.

Thank you.

                        Sincerely,

                        DELANEY, WILES, HAYES,
                        GERETY, ELLIS & YOUNG

                        *Christine Watne*

                        Christine Watne
                        Paralegal

Enclosure

EXHIBIT 1
Page 5 of 13

113966

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

CLAY A. YOUNG
WILLIAM E. MOSELEY
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

ANN B. BLACK
JAMES J. FAYETTE
OF COUNSEL
JAMES J. DELANEY
GEORGE N. HAYES
DANIEL A. GERETY
STEPHEN M. ELLIS

EUGENE F. WILES
1922-1990

# FAX TRANSMISSION COVER SHEET

TO: Medical Records Department

COMPANY: St. Thomas Medical Group

FAX NO: 615-269-4584

FROM: Christine Watne, Paralegal

DATE: Friday, February 17, 2006

RE: Bobbi Wade

Re: Bobbi Wade
DOB:
SSN:

This is to request a **complete copy** of **any and all medical and billing/payment records** regarding Bobbi Wade. A Medical Information and Records Release signed by Ms. Wade is enclosed authorizing you to release these records.

Please enclose an invoice with your records and I will see that it is promptly paid.

If you have any questions, please contact me at 257-0722.

Thank you.
Christine Watne

If you do not have any records for Ms. Wade, please initial this fax cover sheet and return it to me. Fax: 277-1331

NUMBER OF PAGES INCLUDING COVER SHEET: 2

EXHIBIT
Page 6 of 13

**Confidential Communication**

*This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.*

**DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

February 17, 2006

Dr. Davis Haughton
402 Hazelwood Avenue
Dothan, AL 36303-3104

    Re:    Bobbi Wade
DOB:
SSN:

This is to request a **complete copy of all medical and billing/payment records** for Bobbi Wade. Enclosed you will find a Medical Information & Records Release and HIPAA Authorization Form signed by Ms. Wade authorizing you to release these records.

Please include an invoice with your records and I will see that it is promptly paid.

If you have any questions, please contact me at (907) 257-0722.

Thank you.

                    Sincerely,

                    DELANEY, WILES, HAYES,
                    GERETY, ELLIS & YOUNG, INC.

                    *Christine Watne*

                    Christine Watne
                    Paralegal

Enclosure

EXHIBIT L
Page 7 of 13

113956

090095

HMAM
HMAB

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

CLAY A. YOUNG
WILLIAM E. MOSELEY
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

ANN B. BLACK
JAMES J. FAYETTE
OF COUNSEL
JAMES J. DELANEY
GEORGE N. HAYES
DANIEL A. GERETY
STEPHEN M. ELLIS

EUGENE F. WILES
1922-1990

auth OK

# FAX TRANSMISSION COVER SHEET

TO: Medical Records Custodian

COMPANY: Heritage Medical Associates

FAX NO: 615-284-2248

PAID
MAR 0 2 2006

FROM: Christine Watne, Paralegal

DATE: Thursday, February 16, 2006

RE: Bobbi Wade

Re: Bobbi Wade
DOB:
SSN:

This is to request a **complete copy** of any and all medical and hospital records, as well as **any and all billing and payment records** regarding Bobbi Wade. A Medical Information and Records Release signed by Ms. Wade is enclosed authorizing you to release these records.

Please enclose an invoice with your records and I will see that it is promptly paid.

If you have any questions, please contact me at 257-0722.

Thank you.
Christine Watne

If you do not have any records for Ms. Wade, please initial this fax cover sheet and return it to me. Fax: 277-1331

NUMBER OF PAGES INCLUDING COVER SHEET: 2

EXHIBIT 6
Page 8 of 13

### Confidential Communication
This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.

| | | |
|---|---|---|
| CLAY A. YOUNG<br>JAMES B. FRIDERICI<br>ANDREW GUIDI<br>HOWARD A. LAZAR<br>DONALD C. THOMAS<br>TIMOTHY J. LAMB<br>CYNTHIA L. DUCEY<br>DONNA M. MEYERS<br>KEVIN L. DONLEY | **DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**<br>ATTORNEYS AT LAW<br>SUITE 400<br>1007 WEST 3RD AVENUE<br>ANCHORAGE, ALASKA 99501-1936<br>TELEPHONE (907) 279-3581<br>FAX (907) 277-1331<br>WWW.DELANEYWILES.COM | ERIC A. RINGSMUTH<br>JONATHAN P. CLEMENT<br>WILLIAM R. WARNOCK<br>MARGARET A. PATON-WALSH<br>OF COUNSEL<br>DANIEL A. GERETY<br>STEPHEN M. ELLIS<br>WILLIAM E. MOSELEY<br>GREGORY L. YOUNGMUN |

February 17, 2006

Family Podiatry Center
7640 Hwy. 70 S., Suite 205
Nashville, TN 37221

    Re:   Bobbi Wade
    DOB:
    SSN:

This is to request a **complete copy** of any and all **medical and billing/payment** records for Bobbi Wade. Enclosed you will find a Medical Information & Records Release and HIPAA Authorization Form signed by Ms. Wade authorizing you to release these records.

Please include an invoice with your records and I will see that it is promptly paid.

If you have any questions, please contact me at (907) 257-0722.

Thank you.

                      Sincerely,

                      DELANEY, WILES, HAYES,
                      GERETY, ELLIS & YOUNG

                      *Christine Watne*

                      Christine Watne
                      Paralegal

Enclosure

EXHIBIT L
Page 9 of 13

113964

2-17-06  03:59pm  From-

STMG

090245

**DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**

CLAY A. YOUNG
WILLIAM E. MOSELEY
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

ANN B. BLACK
JAMES J. FAYETTE
OF COUNSEL
JAMES J. DELANEY
GEORGE N. HAYES
DANIEL A. GERETY
STEPHEN M. ELLIS

EUGENE F. WILES
1922-1999

PAID
MAR 0 2 2006
377102

# FAX TRANSMISSION COVER SHEET

TO: Medical Records Department

COMPANY: St. Thomas Medical Group

FAX NO: 615-269-4584

FROM: Christine Watne, Paralegal

DATE: Friday, February 17, 2006

RE: Bobbi Wade

Re: Bobbi Wade
DOB:
SSN:

This is to request a **complete copy** of any and all medical and **billing/payment records** regarding Bobbi Wade. A Medical Information and Records Release signed by Ms. Wade is enclosed authorizing you to release these records.

Please enclose an invoice with your records and I will see that it is promptly paid.

If you have any questions, please contact me at 257-0722.

Thank you.
Christine Watne

If you do not have any records for Ms. Wade, please initial this fax cover sheet and return it to me. Fax: 277-1331

EXHIBIT L
Page 10 of 13

NUMBER OF PAGES INCLUDING COVER SHEET: 2

**Confidential Communication**

This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.

**DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

February 17, 2006

Joseph B. Delozier, M.D.
209 23d Avenue North
Nashville, Tennessee 37203

Re:   Bobbi Wade
DOB:
SSN:

This is to request a **complete copy** of all **medical and billing/payment** records for Bobbi Wade. Enclosed you will find a Medical Information & Records Release and HIPAA Authorization Form signed by Ms. Wade authorizing you to release these records.

Please include an invoice with your records and I will see that it is promptly paid.

If you have any questions, please contact me at (907) 257-0722.

Thank you.

Sincerely,

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG

*Christine Watne*
Christine Watne
Paralegal

Enclosure

EXHIBIT L
Page 11 of 13

113973

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

February 16, 2006

Baptist Hospital
Attn: ROI
2000 Church Street
Nashville, TN 37236

Re: Bobbi Wade
DOB:
SSN:

This is to request a **complete copy** of **any and all medical records** for Bobbi Wade. Enclosed you will find a Medical Information & Records Release and HIPAA Authorization Form signed by Ms. Wade authorizing you to release these records.

Please include an invoice with your records and I will see that it is promptly paid.

If you have any questions, please contact me at (907) 257-0722.

Thank you.

Sincerely,

*Christine Watne*
Christine Watne
Paralegal

Enclosure



| | | |
|---|---|---|
| CLAY A. YOUNG<br>WILLIAM E. MOSELEY<br>JAMES B. FRIDERICI<br>ANDREW GUIDI<br>HOWARD A. LAZAR<br>DONALD C. THOMAS<br>TIMOTHY J. LAMB<br>CYNTHIA L. DUCEY<br>DONNA M. MEYERS<br>KEVIN L. DONLEY | **DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**<br>ATTORNEYS AT LAW<br>SUITE 400<br>1007 WEST 3RD AVENUE<br>ANCHORAGE, ALASKA 99501<br>TELEPHONE (907) 279-3581<br>FAX (907) 277-1331<br>WWW.DELANEYWILES.COM | ANN B. BLACK<br>JAMES J. FAYETTE<br>OF COUNSEL<br>JAMES J. DELANEY<br>GEORGE N. HAYES<br>DANIEL A. GERETY<br>STEPHEN M. ELLIS<br><br>EUGENE F. WILES<br>1922-1990 |

# FAX TRANSMISSION COVER SHEET

TO: Health Information Services

COMPANY: Providence Alaska Medical Center

FAX NO: 907-261-3658

FROM: Christine Watne, Paralegal

DATE: Thursday, February 16, 2006

RE: Bobbi Wade

---

    Re: Bobbi Wade
    DOB:
    SSN:

This is to request a **complete copy** of any **and all medical and hospital records** regarding Bobbi Wade. A Medical Information and Records Release signed by Ms. Wade is enclosed authorizing you to release these records.

Please enclose an invoice with your records and I will see that it is promptly paid.

If you have any questions, please contact me at 257-0722.

Thank you.
Christine Watne

If you do not have any records for Ms. Wade, please initial this fax cover sheet and return it to me. Fax: 277-1331

NUMBER OF PAGES INCLUDING COVER SHEET: 2

EXHIBIT L
Page 13 of 13

### Confidential Communication

*This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.*