CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

April 18, 2006

Doctor Center Pharmacy
4119 W. Main Street
Dothan, AL 36305

Re:   Bobbi Wade
DOB:
SSN:

This is to request a **complete copy** of **any and all pharmaceutical and billing records** for Bobbi Wade, f/k/a Bobbi J. Whatley, Bobbi J. Underwood, and Bobbi J. Webb. Enclosed you will find a Medical Information & Records Release and HIPAA Authorization Form signed by Ms. Wade authorizing you to release these records.

Please include an invoice with your records and I will see that it is promptly paid.

If you have any questions, please contact me at (907) 257-0722.

Thank you.

Sincerely,

DELANEY, WILES, HAYES
GERETY, ELLIS & YOUNG

*Christine Watne*

Christine Watne
Paralegal

Enclosure

EXHIBIT M
Page 1 of 2

Doc. No. 116038

| | | |
|---|---|---|
| CLAY A. YOUNG<br>JAMES B. FRIDERICI<br>ANDREW GUIDI<br>HOWARD A. LAZAR<br>DONALD C. THOMAS<br>TIMOTHY J. LAMB<br>CYNTHIA L. DUCEY<br>DONNA M. MEYERS<br>KEVIN L. DONLEY | DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.<br>ATTORNEYS AT LAW<br>SUITE 400<br>1007 WEST 3RD AVENUE<br>ANCHORAGE, ALASKA 99501-1936<br>TELEPHONE (907) 279-3581<br>FAX (907) 277-1331<br>WWW.DELANEYWILES.COM | ERIC A. RINGSMUTH<br>JONATHAN P. CLEMENT<br>WILLIAM R. WARNOCK<br>MARGARET A. PATON-WALSH<br>OF COUNSEL<br>DANIEL A. GERETY<br>STEPHEN M. ELLIS<br>WILLIAM E. MOSELEY<br>GREGORY L. YOUNGMUN |

April 18, 2006

Brooks Eckerd Privacy Office
P.O. Box 7070
Warwick, RI 02887

Re:   Bobbi Wade
DOB:
SSN:

This is to request a **complete copy** of **any and all pharmaceutical and billing records** for Bobbi Wade, f/k/a Bobbi J. Whatley, Bobbi J. Underwood, and Bobbi J. Webb. Enclosed you will find a Medical Information & Records Release and HIPAA Authorization Form signed by Ms. Wade authorizing you to release these records.

Please include an invoice with your records and I will see that it is promptly paid.

If you have any questions, please contact me at (907) 257-0722.

Thank you.

Sincerely,

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG

*Christine Watne*
Christine Watne
Paralegal

Enclosure

Doc No. 116043

EXHIBIT M
Page 2 of 2