Peter C. Gamache, Esq.
Law Office of Peter C. Gamache
405 W. 36th Ave., Suite 201
Anchorage, Alaska 99503
(907) 563-6969
(907) 563-5083 facsimile
peter_gamache@yahoo.com
Attorney for North Slope Borough

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ILISAGVIK COLLEGE, NORTH SLOPE ) | |
| BOROUGH, JOHN TUTHILL, individually, ) | |
| and PAMELA TAYLOR, individually, ) | |
| Defendants. ) | |
| ) | Case No. 3:05-cv-086-TMB |

## JOINDER BY NORTH SLOPE BOROUGH OF
## MOTION TO COMPEL PLAINTIFF'S DEPOSITION

Defendant, the North Slope Borough, joins the motion by co-defendants to compel the completion of plaintiff's deposition. [Document 48] The reason it must join the motion is that thus far the North Slope Borough has not had the opportunity to ask a single question of the plaintiff. Basic fairness requires it be provided this opportunity. Usually, in deposing an individual plaintiff, defendants would allocate the time available between

JOINDER TO MOTION TO COMPEL DEPOSITION
Wade v. Ilisagvik College, et al.
Case No. 3:05-cv-086-TMB                                                                                      Page 1 of 2

Law Office of Peter C. Gamache
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

them.  This was not done in this instance for two reasons: First, the defenses and interests of the North Slope Borough are not the same as those of the co-defendants.  Second, to everyone participating it was obvious that additional time would be needed to cover all the claims and facts alleged in the complaint.  No one here is at fault.  Counsel for the college defendants could have been more pointed in her direct examination or less comprehensive and therefore "faster" in her questioning; but the same could be said of the plaintiff's answers which often meandered and rambled without providing useful information.  The parties played their parts in good faith and without unnecessary delay, but simply ran out of time.  Given the large number of witnesses and the significant litigation costs already incurred in this case, additional time to complete the plaintiff's deposition is a minor matter and should be ordered.

    Dated this 12th day of July, 2006 at Anchorage, Alaska.

            s/ Peter C. Gamache
            Law Office of Peter C. Gamache
            405 W. 36th Ave., Suite 201
            Anchorage, Alaska 99503
            (907) 563-6969
            (907) 563-5083 facsimile
            peter_gamache@yahoo.com
            ASBA #8211116

**Certificate of Service**

The undersigned certifies that on July 12, 2006
a true and correct copy of the Joinder  to Motion
to Compel Plaintiff's Deposition was
served electronically by  the ECF system on:

- Linda J. Johnson

- Cynthia L. Ducey

s/ Peter C. Gamache

JOINDER  TO MOTION TO COMPEL DEPOSITION
Wade v. Ilisagvik College, et al.
Case No. 3:05-cv-086-TMB                  Page 2 of  2

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969