## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Bobbi J. Wade v. Ilisagvik College, et al.*
Case No. 3:05-cv-86 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Defendant Ilisagvik College has moved for an order compelling Plaintiff Bobbi J. Wade to appear for a continued deposition (Docket No. 48). Defendant North Slope Borough has joined the motion (Docket No. 61). Plaintiff has opposed (Docket No. 56). Defendant Ilisagvik College has replied (Docket No. 58). The Court has considered the filings.

**IT IS HEREBY ORDERED:**

It appears that Defendants have received new discovery information and documents since the time of the original deposition. Defendants' motion is **GRANTED**. Defendants may continue their deposition of Plaintiff as needed, for a maximum of two additional seven-hour days. In addition, North Slope Borough should be given ample opportunity to ask questions of the Plaintiff.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 4, 2006