Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE, | |
| Plaintiff, | |
| v. | |
| ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually, | |
| Defendants. | Case No. 3:05-cv-086-TMB |

## **PROTECTIVE ORDER**

Plaintiff's Motion for Protective Order is hereby granted. Defendants are ordered to work with Plaintiff to schedule a mutually convenient time for Ms. Wade's deposition, as well as the other out of state doctors and fact witnesses.

It is further ordered that the Defendants are to work cooperatively with Plaintiff on other depositions that might be scheduled in the future. The remaining

*Protective Order*
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

time granted to all Defendants shall be expended during a consecutive timeframe for all parties.

DATED at Anchorage, Alaska this _____ day of August, 2006.

By _____
Honorable Timothy M. Burgess
US District Court Judge

### Certificate of Service

I hereby certify that on August 9, 2006, a copy of the foregoing *Order* was served electronically on Cynthia Ducey, Esq. and Peter Gamache, Esq.

s/ Linda J. Johnson

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586