Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE, | |
| Plaintiff, | |
| v. | |
| ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually, | |
| Defendants. | Case No. 3:05-cv-086-TMB |

## AFFIDAVIT OF LINDA J. JOHNSON

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

Linda J. Johnson, being duly sworn upon oath, deposes and states as follows:

*Affidavit of L. Johnson*
Wade v. Ilisagvik, Case No. 3:05-cv-0086-TMB
Page 1 of 2

1. I am an attorney licensed to practice law in the State of Alaska. I am an attorney at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC. I make this affidavit based upon personal knowledge.

2. I have communicated with opposing counsel and we have been unable to resolve this matter without intervention from the court.

3. The following documents are attached to this affidavit and are true and correct copies:

   a. E-mails to and from Cynthia Ducey, Esq. between August 7, 2006 and August 8, 2006.
   b. Deposition notice of Bobbi Wade for August 30, 2006.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: Aug. 9, 2006     By: _____
                              Linda J. Johnson

SUBSCRIBED AND SWORN to before me, a Notary Public in and for the State of Alaska, this 9th day of August, 2006, at Anchorage, Alaska.



_____
Notary Public in and for Alaska
My Commission Expires: 7-4-06

### Certificate of Service

I hereby certify that on August 9, 2006, a copy of the foregoing document was served electronically on Cynthia Ducey and Peter C. Gamache.

s/ Linda J. Johnson

*Affidavit of L. Johnson*
<u>Wade v. Ilisagvik</u>, Case No. 3:05-cv-086-TMB
Page 2 of 2

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586