## Linda J. Johnson

**From:** Cindy L. Ducey [CLD@delaneywiles.com]
**Sent:** Tuesday, August 08, 2006 9:00 AM
**To:** Linda Johnson
**Subject:** RE: Wade

Linda,
I encourage you to read the judge's order. He ordered a maximum of two seven hour sessions. He did not restrict how or when those sessions would occur. Please have her available Wednesday Aug 30. Any refusal to have her appear given, your failure to produce documents by now and given the court's order will be seen as obstruction.
Cindy Ducey

>>> "Linda J. Johnson" <ljj@cplawak.com> 8/7/2006 3:23 PM >>>
I will not consent to splitting the two days into two sessions. There will be only one more deposition. I will not schedule the deposition for August since you have said you are not ready to complete the deposition.
Linda


Linda J. Johnson
Clapp, Peterson, Van Flein, Tiemessen & Thorsness
Direct Phone: 272-9631
Fax: 272-9586
711 H. Street, Suite 620
Anchorage, Alaska 99501

### CONFIDENTIALITY NOTICE

This e-mail transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or nondisclosure. If you are not the intended recipient of the transmitted information, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, notify the sender and delete the information. This communication is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

>-----Original Message-----
>**From:** Cindy L. Ducey [mailto:CLD@delaneywiles.com]
>**Sent:** Monday, August 07, 2006 3:18 PM
>**To:** Linda Johnson
>**Subject:** RE: Wade
>
>Linda,
>I must not have explained my intentions clearly. The court gave me two seven hour sessions. I intend to use at least one when we are in Tennessee. If I receive all of the records before then and complete all of my questioning, then a further session may be unecessary. Please make sure Ms. Wade is available either Wednesday (most likely date) or Thursday. I'll have my paralegal review the medical records but I'm not certain we can give you a definitve list of medical records we lack unless we are certain all providers have been identified. Given all of the names she's used and locations she's lived I am not convinced we have all providers.

Exhibit A
Page 1 of 6

8/8/2006

Cindy Ducey

>>> "Linda J. Johnson" <ljj@cplawak.com> 8/7/2006 2:45 PM >>>
Cindy
Given that you do not appear to have all the documents you want to depose my client, we will not agree to her deposition in August.
Please submit a list of any medicals you believe that you still need. We will use our release to get more Pers/Ters documents and her complete tax returns.
If you wish to postpone the doctors until you're ready to take Bobbi without requiring further continuance, that would be fine.
Linda


Linda J. Johnson
Clapp, Peterson, Van Flein, Tiemessen & Thorsness
Direct Phone: 272-9631
Fax: 272-9586
711 H. Street, Suite 620
Anchorage, Alaska 99501

## CONFIDENTIALITY NOTICE

This e-mail transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or nondisclosure. If you are not the intended recipient of the transmitted information, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, notify the sender and delete the information. This communication is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

-----Original Message-----
**From:** Cindy L. Ducey [mailto:CLD@delaneywiles.com]
**Sent:** Monday, August 07, 2006 1:17 PM
**To:** Linda Johnson
**Subject:** RE: Wade

We are assuming that we'll be catching an early evening flight from Tennessee. We'll send you a flight itinerary if you need it. I'm still waiting to hear from DeLozier's office re his availablility. I'll need Ms. Wade's complete tax returns, the documents showing PERS/TERS withdrawals and her medical records for ten years before the depositions or there will be further continuances.

>>> "Linda J. Johnson" <ljj@cplawak.com> 8/7/2006 12:37 PM >>>
I have to fly back home Thursday. That may cut your time short. It's your choice, but a different week or earlier in the week would be better.
Are you still looking at also taking the doctors in TN?
L

Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness
Direct Phone: 272-9631
Fax: 272-9586
711 H. Street, Suite 620

Exhibit A
Page 2 of 6

8/8/2006

Anchorage, Alaska 99501

**CONFIDENTIALITY NOTICE**

This e-mail transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or nondisclosure.  If you are not the intended recipient of the transmitted information, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited.  If you have received this transmission in error, notify the sender and delete the information. This communication is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

-----Original Message-----
**From:** Cindy L. Ducey [mailto:CLD@delaneywiles.com]
**Sent:** Monday, August 07, 2006 12:23 PM
**To:** Linda Johnson
**Subject:** RE: Wade

I can't do the depos the week of Sept 11. I'm already booked the entire week.  I want to resume her depo in Tennessee and I'll be adjusting the schedule accordingly.  Please plan on her deposition continuing that week, probably Wednesday.

>>> "Linda J. Johnson" <ljj@cplawak.com> 8/7/2006 10:33 AM >>>
Cindy,
She's currently in Tennessee, where she is trying to get a job.
I cannot fit her into the schedule as you have it outlined, especially given my unavailability for the first week of Sept.
It would make sense to do her at the same time as the doctors in TN.  I suggest that you re-schedule the depo trip for the week of Sept. 11 or you may pay to have her come back up here as you originally offered.
Linda

Exhibit A
Page 3 of 6

8/8/2006

8/8/2006

Exhibit A
Page 4 of 6

Exhibit A
Page 5 of 6

8/8/2006

-----Original Message-----
**From:** Cindy L. Ducey [mailto:CLD@delaneywiles.com]
**Sent:** Monday, August 07, 2006 9:53 AM
**To:** Linda J. Johnson
**Cc:** peter_gamache@yahoo.com
**Subject:** Wade

Linda and Peter,
With the court's order granting our motion to compel the continued deposition of Ms. Wade, I'd like to fit her into our travel schedule. Where is she currently residing? Please let me know ASAP. Thanks.
Cindy Ducey

Exhibit  A
Page  6  of  6

8/8/2006

| | | |
|---|---|---|
| CLAY A. YOUNG<br>JAMES B. FRIDERICI<br>ANDREW GUIDI<br>HOWARD A. LAZAR<br>DONALD C. THOMAS<br>TIMOTHY J. LAMB<br>CYNTHIA L. DUCEY<br>DONNA M. MEYERS<br>KEVIN L. DONLEY | **DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**<br>ATTORNEYS AT LAW<br>SUITE 400<br>1007 WEST 3RD AVENUE<br>ANCHORAGE, ALASKA 99501<br>TELEPHONE (907) 279-3581<br>FAX (907) 277-1331<br>WWW.DELANEYWILES.COM | ERIC A. RINGSMUTH<br>JONATHAN CLEMENT<br>OF COUNSEL<br>DANIEL A. GERETY<br>STEPHEN M. ELLIS<br>WILLIAM E. MOSELEY<br>GREGORY L. YOUNGMUN |

# FAX TRANSMISSION COVER SHEET

**TO:** Linda Johnson            Peter Gamache

**COMPANY:**

**FAX NO:** 272-9586            563-5083

**FROM:** Cynthia L. Ducey

**DATE:** Tuesday, August 08, 2006

**RE:** Wade v. Ilisagvik

**NUMBER OF PAGES INCLUDING COVER SHEET:**

**COMMENTS:** Notice of the video taped deposition of Bobbi Wade on August 30, 2006

**HARD COPY MAILED:** No

Exhibit B
Page 1 of 3

**Confidential Communication**
This message is intended only for the use of person(s) to whom it is addressed, and may not be otherwise distributed, copied or disclosed. The contents may also contain information that is privileged, confidential and exempt from disclosure under applicable law. These rights are not waived by transmission of the information via facsimile. If you received this communication in error, please notify us immediately by telephone (collect, if necessary) and return the original message to us at the above address by mail. We will reimburse you any reasonable expenses incurred.