IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE,<br><br>    Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE, NORTH SLOPE BOROUGH, JOHN TUTHILL, individually and PAMELA TAYLOR, individually<br><br>    Defendants. | Case No. A05-086 CV (TMB)<br><br>RECEIVED BY:<br>Clapp, Peterson, Van Flein,<br>Tiemessen & Thorsness, LLC<br>Date Rec'd/Initials: 8/8/06<br>Distribution: |

## NOTICE OF THE VIDEO-TAPED DEPOSITION OF BOBBI J. WADE

Defendants Ilisagvik College, John Tuthill and Pamela Taylor, by and through counsel, herein notice the deposition of **Bobbi J. Wade**, which will be held on **August 30, 2006, at 9:00 a.m. CDT (6:00 a.m. AKDT)** at Hampton Inn Vanderbilt, Conference Room, 1919 West End Avenue, Nashville, TN 37203 (615-329-1144). The deposition will be taken before Atkinson-Baker Court Reporters. The deposition may be video-taped.

Said deposition will continue from day to day until completed.

DATED this 8 day of August, 2006 at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Defendants Ilisagvik College,
John Tuthill, and Pamela Taylor

Cynthia L. Ducey, ASBA # 8310161

DELANEY WILES, INC.
SUITE 400
1007 WEST 3rd AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Notice of the Deposition of Bobbi J. Wade
Bobbi Wade v. Ilisagvik College, et al., Case No. A05-086 Civil

Exhibit B
Page 2 of 3

## CERTIFICATE OF SERVICE

This certifies that I am an authorized agent of Delaney Wiles, Inc., for service of papers pursuant to Civil Rule 5, and that on this ____ day of August, 2006 a copy of the foregoing document was served by ~~FAX~~ emailed upon:

Linda Johnson
Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501

Peter C. Gamache
405 West 36th Avenue, Suite 201
Anchorage, AK 99503

/s/ _____
20348

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Notice of the Deposition of Bobbi J. Wade
Bobbi Wade v. Ilisagvik College, et al., Case No. A05-086 Civil

Exhibit B
Page 3 of 3