Peter C. Gamache, Esq.
Law Office of Peter C. Gamache
405 W. 36th Ave., Suite 201
Anchorage, Alaska 99503
(907) 563-6969
(907) 563-5083 facsimile
peter_gamache@yahoo.com
Attorney for North Slope Borough

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ILISAGVIK COLLEGE, NORTH SLOPE | ) |
| BOROUGH, JOHN TUTHILL, individually, | ) |
| and PAMELA TAYLOR, individually, | ) |
| Defendants. | ) |
| | ) Case No. 3:05-cv-086-TMB |

**RESPONSE BY NORTH SLOPE BOROUGH TO**

**PLAINTIFF'S  EXPEDITED MOTION FOR PROTECTIVE ORDER**

The North Slope Borough has a vital interest in this case, and particularly in the plaintiff's deposition.  The question of whether to continue her deposition was settled by the court's August 4, 2006 order granting Ilisagvik College's Motion to Compel [Document 62].  At issue now is the manner and timing of the deposition, especially in relation to other depositions planned in the lower 48 states.

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

RESPONSE TO MOTION FOR PROTECTIVE ORDER
Wade v. Ilisagvik College, et al.
Case No. 3:05-cv-086-TMB                                    Page 1 of  3

The motion to compel and this motion for a protective order both resulted from the failure of counsel to cooperate. However, this failure is not of the sanction variety, but rather as a result of the way discovery unfolded in this case. During discovery it was learned that the plaintiff's physician moved from Barrow, Alaska to Tampa, Florida. The college's former Student Retention Officer moved from Barrow to Midvale, Utah; and its former Dean moved from Barrow to Guam. The plaintiff herself has relocated several times, and is now in Nashville, Tennessee. What should have happened in planning for 2006 was that the parties should have set aside one or two blocks of time for completion of all the lower 48 depositions. Such planning failed to occur because only now, after the initial round of depositions, do the parties know with certainty who needs to be deposed, and where they may be found. Now each party is trying in good faith to complete discovery, but do not have mutually acceptable schedules.

A complicating factor is the discovery deadlines. Obligations of counsel in other cases, personal and family demands on summer schedules, and the impending discovery deadlines in this case have produced stress on the parties and seeming inflexibility in the scheduling of the remaining depositions. That is why a deposition date which to one party appears well advised is seen by the opposing party as unreasonable. Therefore, in resolving these deposition issues the court should be mindful that the discovery deadlines are a driving factor the parties' current inability to reach agreement.

This counsel will appear 30 minutes before the hearing with his calendar, a list of all known remaining depositions, and the discovery deadlines. If other counsel is available and amenable, effort will be made to resolve as many outstanding discovery issues as possible prior to the hearing.

/       /       /

/       /       /

/       /       /

Law Office of Peter C. Gamache
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

RESPONSE TO MOTION FOR PROTECTIVE ORDER
Wade v. Ilisagvik College, et al.
Case No. 3:05-cv-086-TMB                                                    Page 2 of  3

/        /        /

Dated this 10th day of August, 2006 at Anchorage, Alaska.

s/ Peter C. Gamache
Law Office of Peter C. Gamache
405 W. 36th Ave., Suite 201
Anchorage, Alaska 99503
(907) 563-6969
(907) 563-5083 facsimile
peter_gamache@yahoo.com
ASBA #8211116

**Certificate of Service**

The undersigned certifies that on August 10, 2006
a true and correct copy of the foregoing Response to
to Expedited Motion for Protective Order was
served electronically by  the ECF system on:

- Linda J. Johnson

- Cynthia L. Ducey

s/ Peter C. Gamache_

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

RESPONSE TO MOTION FOR PROTECTIVE ORDER
Wade v. Ilisagvik College, et al.
Case No. 3:05-cv-086-TMB                                    Page 3 of  3