DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

June 21, 2006

Linda Johnson
Clapp, Peterson, Van Flein
Tiemessen, Thorsness
711 H Street, Suite 620
Anchorage, AK 99501-3454

Peter Gamache
405 W. 36th Avenue, Suite 201
Anchorage, AK 99503

RE: Wade v. Ilisagvik College, et. al.

Dear Linda and Peter:

    We are currently in the process of arranging to take additional depositions in this case. I would like to take depositions in Nashville, Salt Lake City, and possibly Florida before the close of discovery November 17, 2006. It is also possible that additional travel will be required to Barrow. We are contacting the witnesses to determine their availability the weeks of July 24, August 7, August 14, or August 28. If there are dates these weeks you are unavailable, please advise. I am willing to accommodate scheduling problems, as long as we do so within the time set out for the close of discovery. I have trial set October 9, in Bethel and one set October 23, in Anchorage. Otherwise, I will be proceeding with these depositions. The current depositions will include Sonya Abu in Salt Lake City, Dr. Celia Church, Amy Underwood Conyers, Dr. DeLozier, Dr. Michelle Snyder, and if the court orders it, Ms. Wade's continued deposition in Texas. In addition, please be prepared to travel back to Barrow as I am identifying witnesses there, including medical providers.

Sincerely,

Delaney Wiles, Inc.

*[signature: Cynthia Ducey]*

Cynthia L. Ducey

CLD:jmb/118454
cc: Clients

EXHIBIT A
Page 1 of 1