| | |
|---|---|
| **From:** | "Linda J. Johnson" <ljj@cplawak.com> |
| **To:** | <Peter_gamache@yahoo.com>, <cld@delaneywiles.com>, <jpc@delaneywiles.com> |
| **Date:** | Wed, Jun 28, 2006 4:24 PM |
| **Subject:** | Wade depositions |

Cindy,

I have been looking at my schedule for the out of state depositions you stated you want to take. Please let me know if August 22 or 23 will work for the Tennessee doctor depositions. During the same trip I'd like to take Jay St. Vincent's deposition in Georgia as well. I will get a location for Amy Underwood before we finalize our plans so we can include her as well.

I understand that you're out of town until the 5th. I will be out all next week. Please work with Vicki Homan, a paralegal at our offices, on scheduling these depositions.

Linda


Linda J. Johnson
Clapp, Peterson, Van Flein, Tiemessen & Thorsness
Direct Phone: 272-9631
Fax: 272-9586
711 H. Street, Suite 620
Anchorage, Alaska 99501

CONFIDENTIALITY NOTICE
This e-mail transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or nondisclosure. If you are not the intended recipient of the transmitted information, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, notify the sender and delete the information. This communication is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.


**CC:**    "Victoria Homan" <vbh@cplawak.com>

EXHIBIT B
Page 1 of 1