| | |
|---|---|
| From: | "Linda J. Johnson" <ljj@cplawak.com> |
| To: | "'Cindy L. Ducey'" <CLD@delaneywiles.com> |
| Date: | Thu, Aug 3, 2006 11:28 AM |
| Subject: | RE: Wade |

Right now, I look available for these depositions during the last week of Aug. But I absolutely cannot do Sept. 1. Please do not schedule anything for that day.

Linda


Linda J. Johnson
Clapp, Peterson, Van Flein, Tiemessen & Thorsness
Direct Phone: 272-9631
Fax: 272-9586
711 H. Street, Suite 620
Anchorage, Alaska 99501

CONFIDENTIALITY NOTICE

This e-mail transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or nondisclosure. If you are not the intended recipient of the transmitted information, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, notify the sender and delete the information. This communication is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

-----Original Message-----
From: Cindy L. Ducey [mailto:CLD@delaneywiles.com]
Sent: Thursday, August 03, 2006 10:49 AM
To: Linda Johnson
Subject: RE: Wade



Tampa.

>>> "Linda J. Johnson" <ljj@cplawak.com> 8/3/2006 10:42 AM >>>

Where in Florida is Dr. Snyder located?



Linda J. Johnson
Clapp, Peterson, Van Flein, Tiemessen & Thorsness
Direct Phone: 272-9631
Fax: 272-9586
711 H. Street, Suite 620
Anchorage, Alaska 99501

CONFIDENTIALITY NOTICE



EXHIBIT C
Page 1 of 2

This e-mail transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or nondisclosure. If you are not the intended recipient of the transmitted information, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, notify the sender and delete the information. This communication is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

-----Original Message-----
From: Cindy L. Ducey [mailto:CLD@delaneywiles.com]
Sent: Thursday, August 03, 2006 9:59 AM
To: Linda Johnson
Cc: Christine M. Watne
Subject: RE: Wade


Dr Snyder in Florida on August 29 ( she is only available Tuesday mornings from 9-1PM), then to Tennessee for Conyers and DeLozier. Depending on the flight schedule those depos would be Aug 30 or if necessary Aug 31. Then Salt Lake for Abu either on Aug 31 or if necessary Sept 1. Hopefully the flight schedule will accommodate your unavailability on Sept 1. If not we would schedule Abu for Aug 28. Please confirm your availability for these dates. Thanks.

>>> "Linda J. Johnson" <ljj@cplawak.com> 8/3/2006 9:51 AM >>>

Cindy,

I did not get specific cities, days, or times for the depositions, just names and states. Therefore I don't know if I'm available. Please ask your paralegal to submit a more specific time table. I know I am not available on Sept. 1.

Linda


Linda J. Johnson
Clapp, Peterson, Van Flein, Tiemessen & Thorsness
Direct Phone: 272-9631
Fax: 272-9586
711 H. Street, Suite 620
Anchorage, Alaska 99501

CONFIDENTIALITY NOTICE

This e-mail transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or nondisclosure. If you are not the intended recipient of the transmitted information, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received

EXHIBIT C
Page 2 of 7

this transmission in error, notify the sender and delete the information.
This communication is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

-----Original Message-----
From: Cindy L. Ducey [mailto:CLD@delaneywiles.com]
Sent: Thursday, August 03, 2006 8:48 AM
To: ljj@cplawak.com
Subject: Wade


Linda,

My paralegal has been trying to finalize deposition trip plans, but has not heard from you re: availablility, at least as of yesterday. Are you available the week of Aug 28th? Depos would be Tuesday the 29th, and Wednesday, Thursday and if necessary Friday. Please let me know ASAP. Thanks.

Cindy Ducey


CC:        <Peter_gamache@yahoo.com>, "Patricia Watts" <paw@cplawak.com>

EXHIBIT C
Page 3 of 7

**From:** "Linda J. Johnson" <ljj@cplawak.com>
**To:** "'Cindy L. Ducey'" <CLD@delaneywiles.com>
**Date:** Mon, Aug 7, 2006 2:46 PM
**Subject:** RE: Wade

Cindy

Given that you do not appear to have all the documents you want to depose my client, we will not agree to her deposition in August.

Please submit a list of any medicals you believe that you still need. We will use our release to get more Pers/Ters documents and her complete tax returns.

If you wish to postpone the doctors until you're ready to take Bobbi without requiring further continuance, that would be fine.

Linda


Linda J. Johnson
Clapp, Peterson, Van Flein, Tiemessen & Thorsness
Direct Phone: 272-9631
Fax: 272-9586
711 H. Street, Suite 620
Anchorage, Alaska 99501

CONFIDENTIALITY NOTICE

This e-mail transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or nondisclosure. If you are not the intended recipient of the transmitted information, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, notify the sender and delete the information. This communication is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

-----Original Message-----
From: Cindy L. Ducey [mailto:CLD@delaneywiles.com]
Sent: Monday, August 07, 2006 1:17 PM
To: Linda Johnson
Subject: RE: Wade


We are assuming that we'll be catching an early evening flight from Tennessee. We'll send you a flight itinerary if you need it. I'm still waiting to hear from DeLozier's office re his availablility. I'll need Ms. Wade's complete tax returns, the documents showing PERS/TERS withdrawals and her medical records for ten years before the depositions or there will be further continuances.

>>> "Linda J. Johnson" <ljj@cplawak.com> 8/7/2006 12:37 PM >>>

EXHIBIT C
Page 4 of 7

I have to fly back home Thursday. That may cut your time short. It's your choice, but a different week or earlier in the week would be better.

Are you still looking at also taking the doctors in TN?

L


Linda J. Johnson
Clapp, Peterson, Van Flein, Tiemessen & Thorsness
Direct Phone: 272-9631
Fax: 272-9586
711 H. Street, Suite 620
Anchorage, Alaska 99501

CONFIDENTIALITY NOTICE

This e-mail transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or nondisclosure. If you are not the intended recipient of the transmitted information, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, notify the sender and delete the information. This communication is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

-----Original Message-----
From: Cindy L. Ducey [mailto:CLD@delaneywiles.com]
Sent: Monday, August 07, 2006 12:23 PM
To: Linda Johnson
Subject: RE: Wade


I can't do the depos the week of Sept 11. I'm already booked the entire week. I want to resume her depo in Tennesse and I'll be adjusting the schedule accordingly. Please plan on her deposition continuing that week, probably Wednesday.

>>> "Linda J. Johnson" <ljj@cplawak.com> 8/7/2006 10:33 AM >>>

Cindy,

She's currently in Tennessee, where she is trying to get a job.

I cannot fit her into the schedule as you have it outlined, especially given my unavailability for the first week of Sept.

It would make sense to do her at the same time as the doctors in TN. I suggest that you re-schedule the depo trip for the week of Sept. 11 or you may pay to have her come back up here as you originally offered.

Linda



| | |
|---|---|
| From: | "Linda J. Johnson" <ljj@cplawak.com> |
| To: | "'Cindy L. Ducey'" <CLD@delaneywiles.com> |
| Date: | Mon, Aug 7, 2006  3:23 PM |
| Subject: | RE: Wade |

I will not consent to splitting the two days into two sessions. There will be only one more deposition. I will not schedule the deposition for August since you have said you are not ready to complete the deposition.

Linda


Linda J. Johnson
Clapp, Peterson, Van Flein, Tiemessen & Thorsness
Direct Phone: 272-9631
Fax: 272-9586
711 H. Street, Suite 620
Anchorage, Alaska 99501

CONFIDENTIALITY NOTICE

This e-mail transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or nondisclosure. If you are not the intended recipient of the transmitted information, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, notify the sender and delete the information. This communication is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

-----Original Message-----
From: Cindy L. Ducey [mailto:CLD@delaneywiles.com]
Sent: Monday, August 07, 2006 3:18 PM
To: Linda Johnson
Subject: RE: Wade


Linda,

I must not have explained my intentions clearly. The court gave me two seven hour sessions. I intend to use at least one when we are in Tennessee. If I receive all of the records before then and complete all of my questioning, then a further session may be unecessary. Please make sure Ms. Wade is available either Wednesday (most likely date) or Thursday. I'll have my paralegal review the medical records but I'm not certain we can give you a definitve list of medical records we lack unless we are certain all providers have been identified. Given all of the names she's used and locations she's lived I am not convinced we have all providers.

Cindy Ducey

>>> "Linda J. Johnson" <ljj@cplawak.com> 8/7/2006 2:45 PM >>>

EXHIBIT C
Page 6

Cindy

Given that you do not appear to have all the documents you want to depose my client, we will not agree to her deposition in August.

Please submit a list of any medicals you believe that you still need. We will use our release to get more Pers/Ters documents and her complete tax returns.

If you wish to postpone the doctors until you're ready to take Bobbi without requiring further continuance, that would be fine.

Linda


Linda J. Johnson
Clapp, Peterson, Van Flein, Tiemessen & Thorsness
Direct Phone: 272-9631
Fax: 272-9586
711 H. Street, Suite 620
Anchorage, Alaska 99501

CONFIDENTIALITY NOTICE

This e-mail transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or nondisclosure. If you are not the intended recipient of the transmitted information, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, notify the sender and delete the information. This communication is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

-----Original Message-----
From: Cindy L. Ducey [mailto:CLD@delaneywiles.com]
Sent: Monday, August 07, 2006 1:17 PM
To: Linda Johnson
Subject: RE: Wade


We are assuming that we'll be catching an early evening flight from Tennessee. We'll send you a flight itinerary if you need it. I'm still waiting to hear from DeLozier's office re his availablility. I'll need Ms. Wade's complete tax returns, the documents showing PERS/TERS withdrawals and her medical records for ten years before the depositions or there will be further continuances.

>>> "Linda J. Johnson" <ljj@cplawak.com> 8/7/2006 12:37 PM >>>

I have to fly back home Thursday. That may cut your time short. It's your choice, but a different week or earlier in the week would be better.

Are you still looking at also taking the doctors in TN?