**From:**      "Linda J. Johnson" <ljj@cplawak.com>
**To:**        "'Cindy L. Ducey'" <CLD@delaneywiles.com>
**Date:**      Mon, Aug 7, 2006 12:12 PM
**Subject:**    RE: Wade

Cindy,

She's currently in Tennessee, where she is trying to get a job.

I cannot fit her into the schedule as you have it outlined, especially given my unavailability for the first week of Sept.

It would make sense to do her at the same time as the doctors in TN. I suggest that you re-schedule the depo trip for the week of Sept. 11 or you may pay to have her come back up here as you originally offered.

Linda


Linda J. Johnson
Clapp, Peterson, Van Flein, Tiemessen & Thorsness
Direct Phone: 272-9631
Fax: 272-9586
711 H. Street, Suite 620
Anchorage, Alaska 99501

CONFIDENTIALITY NOTICE

This e-mail transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or nondisclosure. If you are not the intended recipient of the transmitted information, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, notify the sender and delete the information. This communication is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

-----Original Message-----
From: Cindy L. Ducey [mailto:CLD@delaneywiles.com]
Sent: Monday, August 07, 2006 9:53 AM
To: Linda J. Johnson
Cc: peter_gamache@yahoo.com
Subject: Wade


Linda and Peter,

With the court's order granting our motion to compel the continued deposition of Ms. Wade, I'd like to fit her into our travel schedule. Where is she currently residing? Please let me know ASAP. Thanks.

Cindy Ducey


EXHIBIT D
Page 1 of 2

**CC:**          <peter_gamache@yahoo.com>

EXHIBIT 1
Page 2 of 2