| | |
|---|---|
| From: | "Linda J. Johnson" <ljj@cplawak.com> |
| To: | "'Cindy L. Ducey'" <CLD@delaneywiles.com> |
| Date: | Mon, Aug 7, 2006 2:46 PM |
| Subject: | RE: Wade |

Cindy

Given that you do not appear to have all the documents you want to depose my client, we will not agree to her deposition in August.

Please submit a list of any medicals you believe that you still need. We will use our release to get more Pers/Ters documents and her complete tax returns.

If you wish to postpone the doctors until you're ready to take Bobbi without requiring further continuance, that would be fine.

Linda


Linda J. Johnson
Clapp, Peterson, Van Flein, Tiemessen & Thorsness
Direct Phone: 272-9631
Fax: 272-9586
711 H. Street, Suite 620
Anchorage, Alaska 99501

CONFIDENTIALITY NOTICE

This e-mail transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or nondisclosure. If you are not the intended recipient of the transmitted information, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, notify the sender and delete the information. This communication is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

-----Original Message-----
From: Cindy L. Ducey [mailto:CLD@delaneywiles.com]
Sent: Monday, August 07, 2006 1:17 PM
To: Linda Johnson
Subject: RE: Wade



We are assuming that we'll be catching an early evening flight from Tennessee. We'll send you a flight itinerary if you need it. I'm still waiting to hear from DeLozier's office re his availablility. I'll need Ms. Wade's complete tax returns, the documents showing PERS/TERS withdrawals and her medical records for ten years before the depositions or there will be further continuances.

>>> "Linda J. Johnson" <ljj@cplawak.com> 8/7/2006 12:37 PM >>>


EXHIBIT E
Page 1 of 2

I have to fly back home Thursday. That may cut your time short. It's your choice, but a different week or earlier in the week would be better.

Are you still looking at also taking the doctors in TN?

L


Linda J. Johnson
Clapp, Peterson, Van Flein, Tiemessen & Thorsness
Direct Phone: 272-9631
Fax: 272-9586
711 H. Street, Suite 620
Anchorage, Alaska 99501

CONFIDENTIALITY NOTICE

This e-mail transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or nondisclosure. If you are not the intended recipient of the transmitted information, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, notify the sender and delete the information. This communication is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

-----Original Message-----
From: Cindy L. Ducey [mailto:CLD@delaneywiles.com]
Sent: Monday, August 07, 2006 12:23 PM
To: Linda Johnson
Subject: RE: Wade


I can't do the depos the week of Sept 11. I'm already booked the entire week. I want to resume her depo in Tennessee and I'll be adjusting the schedule accordingly. Please plan on her deposition continuing that week, probably Wednesday.

>>> "Linda J. Johnson" <ljj@cplawak.com> 8/7/2006 10:33 AM >>>

Cindy,

She's currently in Tennessee, where she is trying to get a job.

I cannot fit her into the schedule as you have it outlined, especially given my unavailability for the first week of Sept.

It would make sense to do her at the same time as the doctors in TN. I suggest that you re-schedule the depo trip for the week of Sept. 11 or you may pay to have her come back up here as you originally offered.

Linda

