Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>      Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>      Defendants. | Case No. 3:05-cv-086-TMB |

## **JOINT STATUS REPORT**

Pursuant to the Court's order on Friday August 11, 2006, the parties jointly submit a report on case deadlines and discovery issues.

1. The parties agree that deadlines will be as follows:

  Discovery closes      May 15, 2007
  Motions are due:       June 16, 2007
    Including dispositive, *in limine* and discovery motions
  Plaintiff's expert reports are due:  December 15, 2006
  Defendants' expert reports are due: January 15, 2007

Final witness lists are due:    April 15, 2007

2. Discovery of Bobbi Wade's federal income taxes returns and PERS/TERS[1] information will be provided by Ms. Wade to the Defendants when obtained. Bobbi Wade has identified her medical providers in her May 2006 deposition, in initial disclosures, and in the 8th Supplement to the First Discovery Requests. If Defendants identify any other medical providers, they will produce the names to Plaintiff who will obtain copies. Further, the College has been provided an updated, signed release to obtain medical information.

3. The depositions in Utah, Florida and Tennessee scheduled for the week of August 28, 2006 will continue as scheduled.

4. The parties agree that Ms. Wade's deposition will be continued in Anchorage. The parties have agreed to schedule the deposition for December 6-7, 2006. If they cannot schedule the deposition for this date, counsel will confer and agree upon an acceptable date at the first available, mutually agreeable time. The deposition has been scheduled to include preparation time for the plaintiff and two deposition days so that up to 14 hours will be available to defendants. The cost of Ms. Wade's travel to Alaska will be split 1/3 to Plaintiff, 1/3 to North Slope Borough, and up to $250 to the other Defendants.

---

[1] Plaintiff has already issued a subpoena for this information.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED this _____ day of August, 2006, Anchorage, Alaska.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff


s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

DELANEY WILES, INC.
Attorneys for Defendants Ilisagvik College
John Tuthill and Pamela Taylor


s/ Cynthia L. Ducey
Cynthia L. Ducey, ASBA #8310161

Law Office of Peter C. Gamache


s/ Peter C. Gamache
Peter C. Gamache, ASBA #8211116
Attorney for Defendant
North Slope Borough

Certificate of Service

I hereby certify that on August 17, 2006, a copy of the foregoing J*oint Status Report* was served electronically on Cynthia Ducey, Esq. and Peter Gamache, Esq.

s/ Linda J. Johnson

Plaintiff's Twelfth Supplemental Responses
To First Discovery Requests
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 3 of 3