## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Bobbi J. Wade v. Ilisagvik College, et al.*
Case No. 3:05-cv-86 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:     ORDER FROM CHAMBERS

      Plaintiff Bobbi J. Wade has moved for a protective order quashing (i) the depositions of certain doctors and fact witnesses in Tennessee during the week of August 30, 2006 and (ii) the deposition of Plaintiff in Tennessee during that same time (Docket No. 63). Defendants have opposed the motion (Docket Nos. 67 and 68). The Court heard oral argument from the parties on August 11, 2006. Following oral argument, the parties submitted a joint status report at Docket No. 70.

    **IT IS HEREBY ORDERED:**

      The status report at Docket No. 70 indicates that the parties have resolved the discovery disputes at issue in Plaintiff's motion for a protective order. In light of the foregoing, Plaintiff's motion at Docket No. 63 is **DENIED AS MOOT**.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 23, 2006