Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
Fax (907) 277-1331
cld@delaneywiles.com
Attorney for defendant Ilisagvik College

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILISAGVIK COLLEGE, NORTH SLOPE ) <br> BOROUGH, JOHN TUTHILL, individually ) <br> and PAMELA TAYLOR, individually ) <br> ) <br> Defendants. ) <br> ) | Case No. A05-086 CV (TMB) |

**MOTION TO ACCEPT THE JOINT STATUS REPORT
SUBMITTED 8/17/06 AND HOLD IN ABEYANCE THE
COURT'S ORDER REQUESTING A
CERTIFICATE OF READINESS FOR TRIAL**

Ilisagvik College, Pam Taylor and Dr. John Tuthill, (hereinafter Ilisagvik), moves that the court accept the joint status report filed with the court on August 17, 2006 following the August 11, 2006 hearing on the motion for a protective order filed by plaintiff. Ilisagvik's counsel's notes of the hearing indicate that with the court's concurrence the parties agreed to extend discovery until at least May 15, 2007. The joint report to the court memorialized that agreement. The court's current request for a certificate of readiness for trial conflicts with that joint agreement

and the joint status report. Following receipt of the order on November 28, 2006, Ilisagvik's counsel was advised by the case management clerk that since no motion was filed to accept the joint status report, the certificate of readiness was issued. Accordingly, Ilisagvik requests that pursuant to the agreement at the August 11, 2006 hearing and the joint status report filed August 17, 2006 that the court amend its scheduling and planning order consistent with the status report and withdraw this request for a certificate of readiness, or hold it in abeyance until after May 15, 2007.

DELANEY WILES, INC.
Attorneys for Defendants Ilisagvik College,
John Tuthill, and Pamela Taylor

Dated: 11-29-06

s/Cynthia L. Ducey
Cynthia L. Ducey, ASBA # 8310161
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
(907) 279-3581
(907) 277-1331 Fax
cld@delaneywiles.com

Certificate of service

I certify that a true and correct
copy of this documents has
been served by electronic service
on the 29th day of November, 2006 upon:

Linda Johnson

Peter Gamache

By: Cynthia L. Ducey

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

Motion to Accept Joint Report – 124911
Wade v. Ilisagvik College, et. al., Case No. 3:05-cv-086-TMB                                    Page 2 of 2