IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. A05-086 CV (TMB) |
| v. | ) |
| | ) |
| ILISAGVIK COLLEGE, NORTH SLOPE | ) |
| BOROUGH, JOHN TUTHILL, individually | ) |
| and PAMELA TAYLOR, individually | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PROPOSED ORDER

Based on Defendants' Motion to Accept the Joint Status Report Submitted 8/17/06 And Hold In Abeyance The Court's Order Requesting A Certificate Of Readiness For Trial, the Court grants the motion. The court will issue an order from chambers regarding new pretrial deadlines concurrent with the joint report. The order requesting a certificate of readiness is moot.

DATED:_____

_____
The Honorable Timothy M. Burgress
United States District Judge

Certificate of service

I certify that a true and correct
copy of this documents has
been served by electronic service
on the 29th day of November, 2006upon:

Linda Johnson

Peter Gamache

By: Cynthia L. Ducey
124912

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

1