Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>       Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>       Defendants. | Case No. 3:05-cv-086-TMB |

### NOTICE OF NON-OPPOSITION TO DEFENDANT ILISAGVIK COLLEGE'S MOTION TO ACCEPT JOINT STATUS REPORT AND HOLD IN ABEYANCE COURT'S ORDER REQUESTING CERTIFICATE OF READINESS FOR TRIAL

  Plaintiff Bobbi Wade, by and through counsel, hereby gives notice to the court that she does not oppose defendant Ilisagvik College's Motion To Accept the Joint Status Report Submitted 8/17/06 and Hold in Abeyance the Court's Order Requesting a Certificate of Readiness for Trial, filed with the court on 11/29/06.

Memo, MPSJ Due Process
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

DATED at Anchorage, Alaska this __1st__ day of December 2006.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email: ljj@cplawak.com
Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on December 1, 2006, a copy of the foregoing *Notice of Non-Opposition to Defendant Ilisagivik College's Motion To Accept Joint Status Report and Hold in Abeyance Court's Order Requesting Certificate of Readiness for Trial* were served electronically on Cynthia Ducey, Esq. and Peter Gamache, Esq.

s/ Linda J. Johnson

Memo, MPSJ Due Process
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586