Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| BOBBI WADE, | |
|---|---|
| Plaintiff, | |
| v. | |
| ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually, | |
| Defendants. | Case No. 3:05-cv-086-TMB |

**PLAINTIFF'S DISCLOSURE OF EXPERT REPORTS**

Plaintiff Bobbi Wade, by and through its counsel, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, hereby submits her disclosure of expert witnesses and expert reports as follows:

    1)    Debra English
           1675 C Street
           Anchorage, AK 99501
           (907) 345-8490

Plaintiff's Disclosure of Expert Reports
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

RETAINED HUMAN RESOURCES EXPERT.  Ms. English is expected to testify consistent with the opinions contained in her report.  Ms. English's billing rate is $100 per hour.  Ms. English's Curriculum Vitae and expert report are produced herewith.

2)   Francis Anthony Gallela
     2440 Tagalak Drive
     Anchorage, Alaska 99504
     (907) 333-6657

RETAINED ECONOMIC EXPERT.  Mr. Gallela is expected to testify consistent with the opinions contained in his report.  Mr. Gallela's billing rate is $185 per hour.  Mr. Gallela's Curriculum Vitae and expert report are produced herewith.

DATED AT Anchorage, Alaska this ____15th____ day of December 2006.

    CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORNSESS, LLC
    Attorneys for Plaintiff

    s/ Linda J. Johnson
    CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS LLC
    711 H Street, Suite 620
    Anchorage, AK  99501-3454
    Phone:  (907) 272-9631
    Fax:  (907) 272-9586
    Direct email:  ljj@cplawak.com
    Alaska Bar No. 8911070

<u>Certificate of Service</u>

I hereby certify that on December 15, 2006, a copy of the foregoing document was served electronically on Cynthia Ducey, Esq. and Peter Gamache, Esq.

s/ Linda J. Johnson

Plaintiff's Disclosure of Expert Reports
<u>Wade v. Ilisagvik</u>, Case No. 3:05-cv-086-TMB
Page 2 of 2

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586