Peter C. Gamache, Esq.
Law Office of Peter C. Gamache
405 W. 36th Ave., Suite 201
Anchorage, Alaska 99503
(907) 563-6969
(907) 563-5083 facsimile
peter_gamache@yahoo.com
Attorney for North Slope Borough

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ILISAGVIK COLLEGE, NORTH SLOPE | ) |
| BOROUGH, JOHN TUTHILL, Individually, | ) |
| and PAMELA TAYLOR, Individually | ) |
| Defendants. | ) |
| _____ | ) Case No. A05-086 CV (TMB) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**OF DEFENDANT NORTH SLOPE BOROUGH**

The above named parties, by and through their respective counsel, and pursuant to Civil Rule 41(a)(1), hereby stipulate and agree to the dismissal with prejudice of the North Slope Borough as a defendant in this case. The North Slope Borough shall bear its own costs and fees. The plaintiff, and defendants Illisagvik College, John Tuthill, and Pamela

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

Taylor shall each bear their own costs and fees which may have been incurred as a result of the North Slope Borough's defense in this case. This stipulated dismissal of the North Slope Borough does not otherwise affect the claims, counterclaims, cross claims or claims for costs and fees between the plaintiff and those defendants not herein dismissed.

The parties further stipulate and agree, without any admission of liability or of duty or right of indemnity, that this dismissal with prejudice does not bar the plaintiff from later making a claim against the North Slope Borough for payment to plaintiff of any unsatisfied judgment in this case in her favor against defendant Ilisagvik College.

DATED this 29th day of January, 2007, at Anchorage, Alaska.

> s/ Linda J. Johnson (consent)
> CLAPP, PETERSON, VAN FLEIN,
> TIEMESSEN & THORSNESS, LLC
> 711 H Street, Suite 620
> Anchorage, Alaska 99501
> Phone: (907) 272-9631
> Fax:    (907) 272-9586
> Email: usdc-anch-ntc@cplawak.com
> Alaska Bar No. 8911070
> Attorneys for Plaintiff
>
> s/ Cynthia L. Ducey (consent)
> DELANEY WILES, INC.
> 1007 W. 3rd Ave., Suite 400
> Anchorage, Alaska 99501
> Phone: (907) 279-3581
> Fax:    (907) 277-1331
> Email: cld@delaneywiles.com
> Alaska Bar No. 8310161
> Attorneys for Defendants Ilisagvik College
> John Tuthill and Pamela Taylor

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

DISMISSAL BY STIPULATION
Wade v. Ilisagvik College, et al.
Case No. A05-086 CV (TMB)                                                                 Page 2 of 3

s/ Peter C. Gamache
Law Office of Peter C. Gamache
405 W. 36th Ave., Suite 201
Anchorage, Alaska 99503
Phone: (907) 563-6969
Fax:    (907) 563-5083
Email: peter_gamache@yahoo.com
Alaska Bar No. 8211116
Attorney for defendant North Slope Borough

**Certificate of Service**

The undersigned certifies that on January 29, 2007 a true and correct copy of the foregoing Stipulation for Dismissal with prejudice was served electronically by the ECF system on:

    Linda J. Johnson

    Cynthia L. Ducey

    s/ Peter C. Gamache

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

DISMISSAL BY STIPULATION
Wade v. Ilisagvik College, et al.
Case No. A05-086 CV (TMB)                                              Page 3 of 3