Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone 907-279-3581
Fax  907-277-1331
cld@delaneywiles.com

Attorneys for defendants Ilisagvik College, Pam Taylor
and John Tuthill

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILISAGVIK COLLEGE, NORTH SLOPE ) <br> BOROUGH, JOHN TUTHILL, individually ) <br> and PAMELA TAYLOR, individually ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:05-cv-086 (TMB) <br><br> **STIPULATION** |

    The parties hereto, by and through their respective undersigned attorneys of record, hereby stipulate and agree that:

    1.    Counts IV and V, plaintiff's claims for age discrimination, under 29 U.S.C. § 621 and AS 18.80.220, are dismissed with prejudice with each side to bear its own costs and fees.

    2.    Count IX, plaintiff's claim for infliction of emotional distress is dismissed with prejudice, with each side to bear its own costs and fees.

    3.    In addition, under all of the remaining counts of plaintiff's complaint, Counts I-III and VI-VIII, plaintiff agrees to dismiss and withdraw any claim for damages based on mental or

emotional distress, humiliation, embarrassment, and any other damage claim based on a mental injury with prejudice, with each side to bear its own costs and fees.

    4.     Plaintiff stipulates and agrees that any damage claims remaining are based solely on economic loss and a claim for punitive damages.

Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
Attorney for Bobbi Wade

DATED: 3-9-07

_____
Linda Johnson
Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
711 H. Street, suite 620
Anchorage, Alaska 99501-3454
Phone 907-272-9272
Fax 907- 272-9586
usdc-anc-ntc@cplawak.com


DELANEY WILES, INC.
Attorneys for Defendants Ilisagvik College,
John Tuthill, and Pamela Taylor

Dated: March 8, 2007

_____
Cynthia L. Ducey, ASBA # 8310161
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone 907-279-3581
Fax  907-277-1331
cld@delaneywiles.com


128387

DELANEY WILES, INC.
1007 WEST 3RD AVENUE
SUITE 400
ANCHORAGE, ALASKA
(907) 279-3581

Stipulation             Page 2 of 2