Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>              Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>              Defendants. | Case No. 3:05-cv-086-TMB<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 9, 2007, a copy of 1) Stipulation, 2) Proposed Order Regarding Stipulation, and 3) (this) Certificate of Service were served electronically on Cynthia Ducey, Esq.

DATED AT Anchorage, Alaska this __9th__ day of March 2007.

        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORNSESS, LLC
        Attorneys for Plaintiff

        s/ Linda J. Johnson
        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORSNESS LLC
        711 H Street, Suite 620
        Anchorage, AK 99501-3454
        Phone: (907) 272-9631
        Fax: (907) 272-9586
        Direct email: ljj@cplawak.com
        Alaska Bar No. 8911070