IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILISAGVIK COLLEGE, NORTH SLOPE ) <br> BOROUGH, JOHN TUTHILL, individually ) <br> and PAMELA TAYLOR, individually ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:05-cv-086 (TMB) |

**ORDER**
**REGARDING STIPULATION**

This matter having come before the court on the parties' stipulation and the court having been advised in the premise

IT IS HEREBY ORDERED that Counts IV and V, plaintiff's claims for age discrimination, under 29 U.S.C. § 621 and AS 18.80.220, are dismissed with prejudice with each side to bear its own costs and fees;

IT IS FURTHER ORDERED that Count IX, plaintiff's claim for infliction of emotional distress is dismissed with prejudice, with each side to bear its own costs and fees;

IT IS FURTHER ORDERD that under all of the remaining counts of plaintiff's complaint, Counts I-III and VI-VIII, any claim for damages based on mental or emotional distress, humiliation, embarrassment, and any other damage claim based on a mental injury with prejudice are dismissed, with each side to bear its own costs and fees; and

IT IS FURTHER ORDERED that any damage claims remaining are based solely on economic loss and a claim for punitive damages.

Dated: March 15, 2007

                                              /s/ Timothy M. Burgess
_____
Judge Timothy M. Burgess
United States District Court Judge