Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone 907-279-3581
Fax  907-277-1331
cld@delaneywiles.com

Attorneys for defendants Ilisagvik College, Pam Taylor
and John Tuthill

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05-cv-086 (TMB) |
| v. ) | |
| ) | |
| ILISAGVIK COLLEGE, NORTH SLOPE ) | **STIPULATION** |
| BOROUGH, JOHN TUTHILL, individually ) | |
| and PAMELA TAYLOR, individually ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The records deposition of Middleton Tennessee State University pursuant to a subpoena duces tecum, which was scheduled for April 24, 2007 at 10:00 a.m. is cancelled, subject to agreement of the parties that the records that have been produced by MTSU in response to the subpoena and which have been disclosed to Ms. Wade, Ilisigavik documents 26653 -28162 are complete and authentic copies of the original records and constitute business records under Federal Rule of Evidence 803(6).  All other objections to admissibility of these records are preserved.  The parties agree that the transcript of Amy Leigh Underwood Conyers is covered by

the prior confidentiality order and that her social security number will be redacted prior to its use in any proceeding in this case.

DATED: April 23, 2007

Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
Attorney for Bobbi Wade

_____
Linda Johnson
Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
711 H. Street, suite 620
Anchorage, Alaska 99501-3454
Phone 907-272-9272
Fax 907- 272-9586

DELANEY WILES, INC.
Attorneys for Defendants Ilisagvik College,
John Tuthill, and Pamela Taylor

Dated: April 23, 2007

_____
Cynthia L. Ducey, ASBA # 8310161
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone 907-279-3581
Fax  907-277-1331
cld@delaneywiles.com

129884

Certificate of Service

I certify that a true and correct copy of this document has been served by electronic service on the 23rd day of April, 2007 upon:

Linda Johnson

By: Cynthia L. Ducey
 129884

:LANEY WILES, INC.
)07 WEST 3RD AVENUE
SUITE 400
JCHORAGE, ALASKA
(907) 279-3581