IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, | ) |
| Plaintiff, | ) Case No. A05-086 CV (TMB) |
| v. | ) |
| ILISAGVIK COLLEGE, NORTH SLOPE BOROUGH, JOHN TUTHILL, individually and PAMELA TAYLOR, individually | ) |
| Defendants. | ) |

## PROPOSED ORDER

Based on the stipulation of parties,

It is hereby ordered that the records of Middleton Tennessee State University produced in response to a subpoena and which have been disclosed to Ms. Wade, Ilisigavik documents 26653-28162, are complete and authentic copies of the original records and constitute business records under Federal Rule of Evidence 803(6). All other objections to admissibility of these records are preserved. The parties agree that the transcript of Amy Leigh Underwood Conyers is subject to the prior confidentiality order and that her social security number will be redacted prior to its use in any proceeding in this case.

DATED:_____

_____
The Honorable Timothy M. Burgress
United States District Judge

ELANEY WILES, INC.
007 WEST 3RD AVENUE
SUITE 400
ANCHORAGE, ALASKA
(907) 279-3581

1

Certificate of service

I certify that a true and correct copy of this documents has been served by electronic service on the 23 day of April, 2007 upon:

Linda Johnson

By: Cynthia L. Ducey
129886