Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
Fax (907) 277-1331
cld@delaneywiles.com
Attorney for defendants Ilisagvik College,
John Tuthill and Pamela Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

BOBBI J. WADE, )
)
    Plaintiff, )
) Case No. 3:05-cv-00086 (TMB)
v. )
)
ILISAGVIK COLLEGE, NORTH SLOPE )
BOROUGH, JOHN TUTHILL, individually )
and PAMELA TAYLOR, individually )
)
    Defendants. )
)

## MOTION FOR SUMMARY JUDGMENT

Defendants, Ilisagvik College, Dr. John Tuthill, and Pamela Taylor, ("Ilisagvik College" or "the College"), by and through counsel, Delaney Wiles, Inc., file this motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. This motion is supported by the accompanying memorandum and exhibits attached thereto.

DELANEY WILES, INC.
Attorneys for Defendants Ilisagvik College,
John Tuthill, and Pamela Taylor

Dated: 6-14-07        s/Cynthia L. Ducey
                      Cynthia L. Ducey, ASBA # 8310161
                      Delaney Wiles, Inc.
                      1007 West 3rd Avenue, Suite 400
                      Anchorage, AK 99501
                      (907) 279-3581

(907) 277-1331 Fax
cld@delaneywiles.com

Certificate of service

I certify that a true and correct copy of this document has been served by electronic service on the 14th day of June, 2007 upon:

Linda Johnson

By: Cynthia L. Ducey
131802

LANEY WILES, INC.
07 WEST 3RD AVENUE
SUITE 400
ICHORAGE, ALASKA
(907) 279-3581