## Wade Exhibit List

| | |
|---|---|
| A | Board of Trustees Approved Policy Manual Excerpts |
| B | Deposition of Sonya Abu |
| C | Deposition of Bobbi Wade V. I, II, III, IV (5/1/06, 5/5/06, 12/6/06, 12/7/06) |
| D | Deposition of John Tuthill |
| E | Deposition of Pamela Taylor |
| F | Wade College Transcripts |
| G | NWCCU Website Documents |
| H | 2003-2004 Faculty Appointment Letter |
| I | Ilisagvik College Employee Handbook Excerpts |
| J | Acknowledgments of Receipt Dated 8/22/00, 9/21/01, 1/10/02 |
| K | Request For Leave Dated 6/24/02 |
| L | Request For Leave Dated 6/13/02 |
| M | Request For Leave Dated 5/2/03 |
| N | Wade E-mail Dated 3/19/02 |
| O | Wade E-mail Dated 11/7/02 |
| P | April 17, 2002 Employment Offer |
| Q | Abu E-mails and Memorandums |
| R | Dr. Tuthill E-mail Dated 1/20/04 |
| S | Tuition Waiver Application |
| T | Deposition of Amy Conyer |
| U | Conyer Ilisagvik College Transcript |
| V | Conyer MTSU Transcript |
| W | Samuel Simmonds Hospital Chart Note Dated 6/26/02 |
| X | Dr. Church's Note Dated 8/7/03 |
| Y | BUS 105B Course Information Change Form |
| Z | BUS 109B Course Information Change Form |
| AA | Deposition of Debra English |
| BB | Wade Leave Request Dated 10/2/03 |
| CC | October 3, 2003 E-mail From Dr. Tuthill to Wade |
| DD | Deposition of Michelle Snyder |
| EE | Hospital Chart Note Dated 10/6/03 |
| FF | Landye Bennett Blumstein Invoice |
| GG | Dr. Tuthill E-mail Dated 10/9/03 |
| HH | E-mails Between Wade and Taylor Dated 10/14/03 |
| II | Dr. Tuthill E-mail Dated 10/20/03 |
| JJ | Request For Leave Dated 11/3/03 |
| KK | Request For Leave Dated 11/4/03 |
| LL | Dr. Snyder Note Dated 11/5/03 |
| MM | Business English Syllabus |
| NN | Deposition of Dr. Joseph DeLozier |
| OO | DeLozier Chart Note |
| PP | Dr. Tuthill Grade Problems Memorandum |
| QQ | December 11, 2003 Grievance |
| RR | Dr. Tuthill Memorandum Regarding Wade |

| | |
|---|---|
| SS | January 30, 2004 Letter from Dr. Tuthill |
| TT | Wade Grievance Dated 2/29/04 and Attached Exhibits |
| UU | Step 2 Meeting Response Exhibit A |
| VV | Step 2 Written Response |
| WW | Taylor E-mail Dated 4/2/04 |
| XX | April 8, 2004 Letter from Dr. MacLean |
| YY | Step 3 Grievance Hearing Transcript |
| ZZ | Step 3 Grievance Hearing and Decision |
| AB | Ilisagvik College Step 3 Hearing Exhibits |
| AC | Notice of Errata |
| AD | EEOC Notice of Dismissal |
| AE | Plaintiff's Responses to Defendants' Seventh Discovery Requests |
| AF | Wade Earnings Statements for October to December 2003 |
| AG | Wade Added Duty Contracts, Course Schedules, and Syllabi |
| AH | Valenti Adjunct Faculty Employment Contract |
| AI | Carlson Added Duties Agreement |
| AJ | Dr. Tuthill Response to December Grievance |
| AK | Dr. Tuthill Response to February Grievance |
| AL | Deposition of Edna MacLean |
| AM | November 2003 E-mails Between St. Vincent and Dr. Tuthill |

131403