

# Board of Trustees

# Approved Policy Manual

EXHIBIT A
Page 1 of 5

## 1.02 ILISAGVIK COLLEGE CORPORATION BY-LAWS
### (FEBRUARY, 1996)

### ARTICLE I
### ESTABLISHMENT

A. Ilisagvik College Corporation is established by North Slope Borough Municipal Code 8.02.020 as a public, non profit corporation to provide postsecondary education programs within the North Slope Borough and to award associate degrees, vocational certificates and certificates of completion.

B. Ilisagvik College Corporation is formed pursuant to Title 10, Chapter 20 of the Alaska Statutes, governing non profit corporations and in accordance with the Articles of Incorporation filed with the state of Alaska on March 18, 1996 or as thereafter amended.

### ARTICLE II
### BOARD OF DIRECTORS

A. **Method of Appointment:** As established by North Slope Municipal Code 8.02.040, and as defined in the Articles of Incorporation, the affairs of Ilisagvik College Corporation shall be managed by an eleven (11) person Board of Directors appointed from a list of nominations submitted to members of the Corporation by the Mayor of the North Slope Borough. The members of the Corporation are those individuals holding the municipal office of North Slope Borough Assembly member.

B. **Broad Representation:** In order to assure broad geographic representation and close coordination with key organizations in the Borough, directors of the corporation shall be appointed as follows:

1. Nine directors, one from each village on the North Slope and one at large. The Mayor shall solicit and consider nominations from all North Slope Borough villages, village corporations and from civic and public bodies.

2. One director recommended by the Arctic Slope Regional Corporation.

3. One director recommended by the North Slope Borough School District.

# MISSION AND GOALS

## 2.01   MISSION

It is the mission of the College to provide quality post-secondary academic, vocational and technical education in a learning environment that perpetuates and strengthens Iñupiat culture, language, values and traditions.

## 2.02   GOALS:

1. Offer associate degrees, vocational certificates, and certificates of completion.
2. Focus programs to meet the workforce requirements of North Slope residents.
3. Integrate Iñupiaq language, knowledge and customs into courses, programs and practices.
4. Ensure that course offerings and services are available to village residents of the North Slope Borough.
5. Establish partnerships and collaborative efforts with other institutions, agencies and companies.
6. Maintain aggressive recruitment and retention programs.
7. Foster a climate of learning and self discipline.
8. Develop, evaluate and maintain administrative plans to provide general support and leadership to the institution.
9. Diversify funding sources for the institution and its programs and insure cost effective operations.

Revised:   January 22, 2004

## 6.09 TERMINATION OF EMPLOYMENT

The College may terminate employment for cause or for a reduction in work force, lay-off, or if the position is abolished. Lay-offs may occur due to a lack of funds, a lack of work, a good faith reorganization or other reasons not reflecting discredit on the affected employee. The College shall implement procedures regarding voluntary and involuntary termination or cessation of employment.

Adopted: August 28, 1996
Revised: June 4, 1998
Revised: October 6, 1999
Revised: October 3, 2001
Revised: January 22, 2004

## 7.05   FACULTY CONTRACTS

All faculty members shall be employed by Ilisagvik College pursuant to the terms of a written contract for a specified term of employment. This contract may be renewed from year to year, (at the College's discretion). Faculty are not tenured and have no expectation of continued employment except as indicated below. In cases of non renewal of employment, the College shall adhere to the following procedures, except in cases of financial exigency as declared by the Board of Trustees.

1. For faculty members in their *first year of employment* with the College, written notice of non-renewal of appointment shall be provided by May 1.
2. For faculty members in their *second year of employment* with the College, written notice of non-renewal of appointment shall be provided by April 1.
3. For faculty members in their *third and subsequent year of employment* with the College, written notice of non-renewal of appointment shall be provided by February 1.

Adopted:  June 13, 1997
Revised:  June 4, 1998
Revised:  December 10, 1998
Revised:  October 3, 2001
Revised:  March 2003