**A006DD1**

## SONYA ABU    AUGUST 28, 2006

RECEIVED
DEC 8 2006
DELANEY WILES, INC.

1      IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF ALASKA

3

4

BOBBI J. WADE                )     Case No.

5                            )

             Plaintiff.      )     A05-086 CV (TMB)

6                            )

v.                           )     Video Deposition of:

7                            )

                             )     SONYA ABU

8   ILISAGVIK COLLEGE, et al.  )

                             )

9          Defendants.       )

    _____)

10

11                    -O-

12

        August 28, 2006, 8:09 a.m., MST

13

        STOKES EXECUTIVE SUITES

14

          7190 South State Street

15

        Salt Lake City, Utah 84047

16

   Reported by Carlton Way, CSR/RPR

17

        in and for the State of Utah

18

19

20

21

22

   ATKINSON-BAKER, INC.

23   COURT REPORTERS

   WWW.DEPO.COM

24   (800) 288-3376

25   FILE NO. A006DD1

A006DD1
## SONYA ABU   AUGUST 28, 2006

Page 6

1              EXAMINATION
2 BY MS. DUCEY:
3     Q.    Can you state your name, Ms. Abu, spell
4 your last name and give us your current address?
5     A.    My name is Sonya Abu, A-b-u, and my
6 address is 4507 Russell Street, Holladay, Utah, 84117.
7     Q.    Okay. And how long have you lived in the
8 Salt Lake Area?
9     A.    Since last November.
10     Q.    All right. And where did you live before?
11     A.    We were up and down, Barrow, Alaska --
12       MS. JOHNSON: Cindy, could you ask the
13 witness to speak up a little bit, please?
14       MS. DUCEY: I will. Thank you, Linda.
15 Tell us if we are not speaking loud enough.
16       Sonya, even though we have the speaker
17 phone right by you, you will have to speak up, okay?
18 Otherwise we'll be interrupted all the time, and
19 rightly so.
20     A.    Okay.
21     Q.    Yes, you can turn it towards you if you
22 want.
23     A.    Okay.
24     Q.    Okay.
25       How long did you live in Barrow?

Page 7

1     A.    I first moved there in May of 2003 until
2 the following year, May 2004; then moved back to
3 Utah. And then my husband and I returned to Barrow,
4 again, let's see, in June or July of 2005.
5     Q.    All right. And are you currently
6 employed?
7     A.    Yes.
8     Q.    Where are you employed?
9     A.    I'm at NAS Recruitment Communications in
10 Midvale, Utah.
11     Q.    And what do you do for them?
12     A.    I am an Account Manager. It's an
13 advertising firm, so I place recruitment help-wanted
14 ads.
15     Q.    All right. Can you tell me what your
16 educational history is?
17     A.    I received my Associate's from Centralia
18 College in Washington State, and then my Bachelor's
19 from Utah State University in Logan, Utah.
20     Q.    What was your degree in?
21     A.    Family and Human Development with an
22 emphasis in Community and Family Services.
23       (Discussion off the Record.)
24       MS. DUCEY: In what year did you obtain
25 your degree?

Page 8

1     A.    Let's see, I graduated from Utah State in
2 May of 2003.
3     Q.    Okay. And after you got your degree,
4 where did you work?
5     A.    Well, we moved to Alaska, and so I worked
6 initially at the AC there. And at the -- I just
7 forgot what it's called, the lumber yard up there.
8 And then I later was able to get on field by the
9 College and with the shelter, AWIC.
10     Q.    And what is AWIC shelter?
11     A.    It is a safe home for women and children
12 who are victims of domestic violence or sexual
13 assault.
14     Q.    Okay. What did you do at AWIC when you
15 worked for them?
16     A.    I was a counselor and worked predominantly
17 with the children and did some individual and family
18 counseling.
19     Q.    Okay. Was that position before or after
20 your job at Ilisagvik?
21     A.    At the same time.
22     Q.    At the same time, okay.
23     A.    Uh-huh.
24     Q.    Okay. How many hours were you working
25 with the safe home?

Page 9

1     A.    It varied; approximately 30 to 40.
2     Q.    Okay. And how many hours did you work at
3 Ilisagvik?
4     A.    40.
5     Q.    So you were pretty busy?
6     A.    Uh-huh.
7     Q.    Were there set hours that you worked at
8 the safe home?
9     A.    I worked there in the evenings once my
10 work was done at the College. If I had situations
11 that I needed to be at the College, the shelter was
12 flexible, and I would leave there. The College was my
13 first priority.
14     Q.    And did the College know that you were
15 working at AWIC?
16     A.    They did.
17     Q.    Okay. And what was your job title at
18 Ilisagvik?
19     A.    The first time I worked there, I was the
20 Student Retention Officer. And when I returned, it
21 was Student Advocate.
22     Q.    Okay.
23       MS. JOHNSON: I am sorry. Can you say
24 that again?
25       THE WITNESS: The first time I worked


EXHIBIT B
Page 2 of 18

3 (Pages 6 to 9)

ATKINSON-BAKER, INC. COURT REPORTERS        (800) 288-3376

A006DD1

SONYA ABU    AUGUST 28, 2006

1  there I was a Student Retention Officer. And then
2  when I returned, it was as Student Advocate. They
3  changed the name of the position.
4      MS. DUCEY: Just as an aside, Mrs. Abu,
5  maybe if we moved the phone on this side.
6      (Discussion off the Record.)
7      MS. DUCEY: Can you tell me what your job
8  duties were as the Student Retention Officer?
9      A.    Predominantly working with students that
10 had part-time and full time. I wasn't assigned to
11 work with students who had one or two credits because
12 there were a lot of quit classes, CPR, First Aide and
13 stuff where I didn't focus on those students.
14      But part-time and full-time students,
15 helping retain them. Most of our student population
16 is at risk, and so addressing those concerns to help
17 retain the student.
18      And also some advisory role. I worked
19 with the Recruitment Officer in helping get students
20 signed up for class and overcoming obstacles they
21 might face in that way and then throughout the whole
22 process.
23      Q.    Okay.
24      A.    I assisted with student orientation, and I
25 assisted with activities in the dorm; little training

Page 10

1  groups that the dorm parents did; just the student
2  life, basically, a lot of that.
3      Q.    Okay.
4      A.    And I worked with the instructors. If
5  they had concerns about their students, I'd work with
6  them on that, following up; kind of a bridge to gap
7  the student with the institution.
8      Q.    Uh-huh. Was the position of Student
9  Retention Officer, if you know, a new position when
10 you came into it?
11     A.    It was.
12     Q.    And as best you can recall can you tell me
13 what time periods you had that job as Student
14 Retention Officer?
15     A.    It was the late summer of 2003. I can't
16 remember the exact month that I started.
17     Q.    Okay. And you held that position until
18 when?
19     A.    Until I left, which would have been in May
20 of 2004.
21     Q.    Okay. Then when you came back as a
22 Student Advocate, what were your job duties?
23     A.    Fairly similar, but just shifting more of
24 the focus on advocacy versus retention; so kind of
25 addressing the problems more in the early stages

Page 11

1  versus bandaging or dealing with it after the fact.
2      Q.    Okay. And how long were you in that
3  position?
4      A.    Let's see, again, until I left, which
5  would have been -- let's see, I am visual, so I have
6  to visualize this.
7      I returned here in November, so November
8  of 2005.
9      Q.    Okay. In the Fall of 2003, who were you
10 reporting to?
11     A.    Beverly Tatkotak Grinage.
12     Q.    We can give you spellings at the end.
13          What was her job title?
14     A.    She was the Dean of Student Affairs, I
15 think it was.
16     Q.    You said that most of the student
17 population was at risk. What do you mean by that?
18     A.    Our students were predominately Inupiat.
19 And then after that we had a lot of minority groups.
20 We had people from Thailand and Korea, the
21 Philippines, Tonga, Samoa, so a lot of predominately
22 minority population; a very small population of
23 Caucasians; so all of our students were considered
24 pretty much at risk due to their minority, their
25 ethnicity as well as challenges that you face up there

Page 12

1  on the Slope.
2      Q.    Okay. How did being a minority put them
3  at risk as you observed it?
4      A.    Our student population was predominately
5  Eskimo; whereas, all of our faculty was pretty much
6  predominantly Caucasian of different ethnicities, and
7  so there were communication differences, body language
8  differences, teaching methodology differences versus
9  the way they learned from their elders in their
10 culture.
11     Q.    Can you be more specific about what sorts
12 of communication and body language and teaching
13 differences you observed between the Eskimos and the
14 faculty?
15     A.    Sure --
16          MS. JOHNSON: Objection to foundation.
17          Go ahead, you can answer.
18          THE WITNESS: From my understanding and
19 from what I observed, a lot of the local culture is
20 taught verbally and by hands-on teaching, whereas in
21 the classroom setting a lot of the instruction is out
22 of the textbook and lecture besides the Trades which
23 are hands-on and they do some book work.
24          Communication differences, the body
25 language. Our local students a lot of times do not

Page 13

4 (Pages 10 to 13)

ATKINSON-BAKER, INC. COURT REPORTERS                    (800) 288-3376

A006DD1
## SONYA ABU    AUGUST 28, 2006

1 make eye contact. They tend to look down. They speak
2 much more slowly and tend to pause and consider their
3 thoughts; whereas in a Caucasian culture, we speak
4 quickly, we expect people to look us in the eye as a
5 means of their being honest and their listening to us.
6     Yes, they just tend to be a little more
7 distant with their body space; things like that.
8     Q.   Now, you said that you observed those
9 things?
10     A.   Yes.
11     Q.   And were these also cultural differences
12 that you received any training in?
13     A.   Yes.
14     Q.   Where did you receive the training?
15     A.   The -- Beverly, the Dean that I worked
16 under, she did some initial, like, workshops, I guess
17 with us; within our division. We talked about those
18 things in our staff meetings as well as at the
19 shelter. I had more formal training through them as
20 well.
21     Q.   Okay. Let's talk about Beverly for just a
22 minute: You said that you had workshops in your
23 division. What would be your division at the College?
24     A.   Student Affairs. So there was the
25 Financial Aid Officer, the Recruitment Officer, me as

Page 14

1 the Student Retention Officer.
2     Q.   Okay. Do you remember how many workshops
3 there were?
4     A.   I don't.
5     Q.   And were the workshops only -- was the
6 subject limited to these cultural differences or did
7 it include other subjects as well?
8     A.   Other subjects. It was incorporated into
9 our staff meetings.
10     Q.   How often did you have staff meetings?
11     A.   Once every one to two weeks; at least two
12 times a month; but typically once a week.
13     Q.   Was Ms. Grinage a Native Alaskan?
14     A.   Yes.
15     Q.   Is she and Inupiat?
16     A.   Yes.
17     Q.   Then what sort of training did you receive
18 at this shelter with respect to cultural differences?
19     A.   We had a video that we watched, and then
20 we had a huge notebook we had to read through, and it
21 had a section.
22     Q.   A section on what?
23     A.   Just on working with other cultures. So
24 not necessarily the Inupiat Eskimo individually, but
25 on all minorities as well. And our culture there

Page 15

1 predominantly was Inupiat Eskimo that we worked with.
2     Q.   In the training that you said you had and
3 the workshops at staff meetings as well as your
4 observations, did you note that there were any
5 language barriers with the student population?
6     A.   I would say, yes. Not that all of them
7 spoke their native language, but that they weren't as
8 familiar with the English Language as some of our
9 other student populations.
10     Q.   Can you give any examples?
11     A.   They didn't have first -- like hands-on
12 experience with a lot of the concepts of English
13 Language. For example, I remember working on an
14 English assignment with a student and having to
15 explain that horses have hair. He'd only seen
16 pictures of horses, and so he thought that they were
17 smooth like a whale.
18     We had high school students that would go
19 -- students at the College who, when they were high
20 school students, were in the band, and they'd go down
21 to the Lower 48 for concerts and stuff on their band
22 trips and see things, you know, that they hadn't seen
23 up on the North Slope that gave them a different
24 understanding of the English Language.
25     So for those students that didn't have a

Page 16

1 chance to go out, they didn't have those
2 opportunities.
3     Q.   Okay. Did you come to know Dr. John
4 Tuthill?
5     A.   Yes.
6     Q.   How did you come to know him?
7     A.   I worked under him. He was the Dean of
8 Instruction. So I would report to him in my capacity
9 as working with instructors.
10     Q.   Okay. And was he also new to the College
11 in the Fall of 2003?
12     A.   I know that he was new. I don't remember
13 when he started.
14     Q.   Okay. Did you have any social
15 relationship with him outside of work?
16     A.   No.
17     Q.   And did you have any specific reporting
18 duties to Dr. Tuthill?
19     A.   Only as directed by Dean Grinage.
20     Q.   And did she advise you to report -- to
21 have any reporting duties to him?
22     A.   Yes, she did. When I brought up student
23 concerns that were involved in the instructional
24 division that she didn't have as much influence
25 with --

Page 17


EXHIBIT B
Page 4 of 13

5 (Pages 14 to 17)

A006DD1

**SONYA ABU    AUGUST 28, 2006**

1    Q.    Uh-huh, she told you --
2    A.    -- to work closely with Dean Tuthill.
3    Q.    And how would you describe Dr. Tuthill to
4    work with?
5    A.    He was pleasant to work with.  He would
6    come down to my office and verbally follow up on
7    things and check up with me on student concerns that I
8    had e-mailed to him.
9    Q.    If you observed, Ms. Abu, what was the
10    faculty's and staff's reaction to Dr. Tuthill when he
11    first came in the Fall of 2003?
12    MS. JOHNSON:  Objection; compound.
13    THE WITNESS:  I remember hearing some
14    concerns that he was an outsider and questioned why
15    people who were already at the College and been there
16    so long weren't advanced to that position; and then
17    other people who said that he brought good experience
18    and they thought that he was appropriate for the
19    position and were pleased with the work that he was
20    doing.
21    MS. DUCEY:  Once you got into the position
22    of Student Retention Officer, were there any issues
23    that developed as you assumed your new duties?
24    A.    Since it was a new position, the faculty
25    had never had someone to work with.  And so, at first,

Page 18

1    I didn't hear very much from instructors on any
2    concerns that they had with students.  And students
3    were reluctant to talk to me because I was also an
4    outsider, I was new.  So it took me a while to develop
5    a relationship of trust with them.
6    Initially, I developed a relationship of
7    trust with the student, and they are the ones who
8    started bringing their concerns to me first.  And then
9    instructors started using me, as well, sending their
10    concerns about students to me.
11    And that was more of a follow-up, I was
12    sending information out and requesting their responses
13    about students.
14    Q.    Okay.  And did students then express
15    concerns to you?
16    A.    Yes.
17    Q.    What sort of concerns were expressed to
18    you?
19    A.    Mainly there was a spokesperson for the
20    group because there were a lot of the student who were
21    still very shy about coming up to me and there were
22    concerns about confidentiality.
23    So there was one main student who came to
24    me, and she lived in the dorms and so was more
25    familiar with me.

Page 19

1    She brought up concerns about class
2    schedules being changed such as classes being
3    cancelled at the last minute, which was a huge concern
4    because transportation was a big problem for students.
5    The College is not in town.  And, you know, the cost
6    of paying for the bus or a taxi to get to the College
7    and then have to go back if the class is canceled is
8    frustrating; as well as the time factor.  So that was
9    a situation.
10    Students were concerned about teachers not
11    being available to answer their questions or if
12    teachers were even there; not answering students
13    questions and just referring them to a tutor.
14    Students felt that the teacher wasn't
15    doing all that they should be as an instructor to
16    fulfill that responsibility.
17    Feeling humiliated in the classroom
18    setting; just feeling talked down to by instructors.
19    Those were some of the concerns.
20    Q.    Okay.
21    A.    Feeling like things weren't being
22    explained fully, that time wasn't being taken, that it
23    was assumed students should know the concepts already.
24    They would argue that is why we are here, is to be
25    taught the concepts.

Page 20

1    Things like that.
2    Q.    Okay.  Who was the spokesperson that you
3    mentioned?
4    A.    Crystal Gross.
5    Q.    And who did students express these
6    concerns about?
7    A.    Predominantly Bobbi Wade, Jay St. Vincent,
8    Courtneay Bartholomew; student concerns is that he was
9    difficult to understand.
10    Q.    Was there one of -- and was Jay
11    St. Vincent a faculty member?
12    A.    Yes.
13    Q.    As well as Courtneay Bartholomew?
14    A.    Yes.
15    Q.    Was there one instructor that there were
16    more than more concerns expressed about than others?
17    A.    Yes.
18    Q.    Who was that?
19    A.    Bobbi Wade.
20    Q.    Okay.
21    You came to meet Bobbi Wade, is that
22    right?
23    A.    Yes.
24    Q.    How did you come to meet her?
25    A.    I met all of the faculty at the initial

Page 21

6 (Pages 18 to 21)

**ATKINSON-BAKER, INC. COURT REPORTERS**

EXHIBIT  B
Page  5  of  18

**(800) 288-3376**

A006DD1

## SONYA ABU   AUGUST 28, 2006

1 welcome house, the student Orientation at the
2 beginning of the year.
3    Q.    You remember what month that was in the --
4 2003?
5    A.    I don't. I believe it was in August, but
6 I'm not certain on that.
7    Q.    Okay. Did you form any impression of
8 Ms. Wade when you saw her at the orientation?
9    A.    I remember being a little concerned that
10 she was speaking with a student and seemed to cut the
11 student off quickly, didn't seemed to allow the
12 student to really express whatever their concern was.
13 And that concerned me.
14    Q.    Do you remember who the student was that
15 she was talking to?
16    A.    I don't. I didn't know the student at the
17 time.
18    Q.    Did you come to have any concerns,
19 Ms. Abu, that faculty were not sensitive to the
20 cultural differences that you described before?
21    A.    Yes, I remember having some concerns.
22    Q.    And what were those concerns?
23    A.    When some of the student came to me --
24 Crystal in particular -- and expressed some of the
25 classroom situations that were occurring, that's when

Page 22

1    Q.    Okay. How soon after did you speak with
2 Dr. Tuthill?
3    A.    Within that week after Beverly and I
4 spoke. So it was in the Fall of 2003, but I don't
5 remember a specific week.
6    Q.    Do you recall if this was a face-to-face
7 conversation with Dr. Tuthill?
8    A.    No, it was not. I documented everything
9 in writing so that we'd have it for records.
10    Q.    Okay.
11    A.    And then I e-mailed it to him.
12    Q.    And, offhand, do you recall the date of
13 that documentation?
14    A.    I don't. If I could look at the
15 paperwork, that would refresh my memory.
16       (Deposition Exhibit No. 76 marked).
17       MS. DUCEY: Okay. So I'm going to hand
18 you what I have marked as -- I think we are on
19 Exhibit 76. So I have marked it as 76.
20       MS. JOHNSON: Excuse me...
21       MS. DUCEY: Yes, Linda, I am going to show
22 her a packet that's marked 76. It is the packet that
23 I hope you have. It is about halfway through 20765
24 through 66. I tried to double side the copies, Linda,
25 so they wouldn't be so thick. So this will be on the

Page 24

1 I became concerned.
2    Q.    Okay. Who were the faculty that Crystal
3 was expressing concerns about?
4    A.    Predominantly Bobbi Wade; a few things
5 about Jay St. Vincent.
6    Q.    What were the concerns about Jay
7 St. Vincent?
8    A.    They were more just the fact that she
9 would cancel class kind of at the last minute and not
10 recognize the difficulty for the student to get out
11 there and they were juggling their -- a lot of times
12 maybe a single parent juggling their families and
13 working; recognizing that that's a concern, I guess,
14 for that population up there.
15    Q.    Okay. Now, were you told to Document
16 concerns?
17    A.    I was. I spoke, of course, first with
18 Dean Grinage about the student concerns, and she
19 recommended that I work directly with John Tuthill in
20 reporting to him because he was the Dean of
21 Instruction and could address those concerns in a
22 manner that she could not.
23    Q.    Do you remember when you first spoke to
24 Ms. Grinage about these concerns?
25    A.    I don't.

Page 23

1 back of a page. And it is a memo dated October 24th,
2 '03. So I will hands it to Ms. Abu. And let me know
3 when you have that page.
4       MS. JOHNSON: I got it.
5       MS. DUCEY: Okay. Peter is still fishing.
6       MS. JOHNSON: You marked the entire
7 package 76?
8       MS. DUCEY: Yes.
9       MS. JOHNSON: Is that right?
10       MS. DUCEY: Yes.
11       Yes, it was -- after I gave you all the
12 packet, I realized that I should have paginated it
13 separately, so I apologize for that.
14       So I have before you, Ms. Abu, the memo
15 dated October 24th, 2003.
16       Can you identify what that is?
17    A.    Yes. This was my first letter documenting
18 the concerns that students had given me that I sent to
19 Dean Tuthill.
20    Q.    All right. And what were the concerns
21 that you expressed in this e-mail?
22    A.    The first one as stated in the memo shows
23 that Bobbi had cancelled the class. And the reason
24 that she had given is that someone had stolen her
25 book.

Page 25

EXHIBIT B
Page 6 of 18

7 (Pages 22 to 25)

A006DD1
# SONYA ABU     AUGUST 28, 2006

1 Students, first of all, thought that was
2 very frustrating because they thought she could still
3 continue to teach even if she didn't have her book;
4 particularly because she has been teaching these
5 courses for years and also the fact that it got
6 canceled at the very last minute.
7 And then, as well, students did have
8 questions about previous homework, so that could have
9 been a time to answer questions. But that did not
10 occur.
11 Q.  Why did it not occur?
12 A.  She told them to use the tutor.
13 Q.  Okay. And what else -- well, let me ask
14 you one other question about that: The memo says:
15 Two students reported that Bobbi canceled one day of
16 Business Math Class, correct?
17 A.  Uh-huh.
18 Q.  Do you recall who those students were?
19 A.  Crystal Gross was one. And she was able
20 to talk another student into coming with her. I
21 believe that was Clarissa Brower.
22 Q.  Okay.
23 A.  The student were very hesitant to come to
24 me. The previous dean before Dean Tuthill and I were
25 both at the College after each semester or the school

Page 26

1 year when they would do instructor evaluations
2 students have had experiences where instructors would
3 come straight to them as individuals and answer -- or
4 address every concern they had written on their
5 evaluations. And so they felt that confidentiality
6 was not being honored.
7 So they were very hesitant to come to me
8 or to the Dean to express these concerns for fear of
9 being retaliated.
10 Q.  Okay. And what else did you report to
11 Dr. Tuthill on the 24th?
12 A.  Let me see, it shows -- I reported that
13 Business Math -- students had concerns about materials
14 that were being covered. They didn't know how to
15 figure out the lowest common denominator. And Bobbi
16 was refusing to teach; and that expecting that they
17 already knew it, telling them they should already know
18 that from high school.
19 One student said: "It's been a long time
20 since I have been in high school."
21 That was Clarissa. She was a single mom.
22 She was returning back to school. It had been a
23 while. She didn't remember. And so she was there
24 asking for help, and it wasn't being given.
25 Q.  In your experience, how much of the

Page 27

1 student population were first time college students?
2 A.  Very high percentage. More than
3 50 percent. And also most of those were coming back
4 after having been out of school five more -- five or
5 more years.
6 Q.  Okay. And then what other concerns did
7 you report to Dr. Tuthill?
8 A.  Oh, there was a situation where a student
9 felt very humiliated. They were asking for some
10 assistance and had given an answer, and Bobbi
11 responded by saying, no, no, no, no. And felt like
12 that was very derogatory, very humiliating in front of
13 everyone. They were an adult and did not need to be
14 spoken to that way, and so that was a huge concern;
15 not only for that individual student who felt like
16 they weren't going to ask anymore questions, but also
17 for other students in the class who thought, "Well, I
18 am not going to ask questions now."
19 Q.  Uh-huh.
20 A.  As they expressed to me. That's how they
21 expressed it, was they weren't going to ask questions
22 because that was humiliating.
23 Q.  With respect to that instance where Bobbi
24 responded, no, no, no, that's not the answer, did you
25 perceive that there were any cultural issues involved

Page 28

1 in that concern?
2 A.  Yes.
3 Q.  What were the cultural issues?
4 A.  First of all, just how important it is to
5 be regarded by your peers. Being humiliated in a
6 group -- the community is so close knit. And so to be
7 humiliated like that in front of a group is a very
8 serious threat to your self-worth or to your identify
9 culturally because they are so close knit.
10 Q.  Okay. Do you remember who that student
11 was that Bobbi was responding to?
12 A.  It was a male, and I don't recall the
13 name. Crystal could not persuade the student to come
14 and speak to me about it.
15 Q.  So was it Crystal that reported this to
16 you?
17 A.  It was. She was the one who was
18 concerned, and said: "I am not going to ask questions
19 now if that's how my classmates are being treated."
20 Q.  And then with respect to the lowest common
21 denominator, do you know who asked Bobbi to explain
22 the lowest common denominator?
23 A.  As I recall, that was Clarissa.
24 Q.  Was there any -- was there more than one
25 student who reported that?

Page 29



1   A.     Crystal and Clarissa.
2   Q.     Clarissa, okay.
3   A.     So Crystal came in with her.
4   Q.     Okay.  What else were they concerned about
5   that you reported to Dr. Tuthill?
6   A.     Crystal expressed this one to me.  She
7   explained that Bobbi had given them the opportunity to
8   Klep the class.
9   Q.     What does that mean?
10  A.     They could take a test that basically
11  summarized a certain module's material --
12  Q.     Yes.
13  A.     -- basically, you know, the first
14  semester, first segment.  And then if they were able
15  to pass that test and show that they knew the
16  material, and they could get credit for it without
17  taking the course, that segment.
18  Q.     I see.
19  A.     The concern was everyone took the test,
20  but then Bobbi told them that she threw away the
21  answers.  She threw away the test because someone
22  stole her answer key.
23         And then she went on to say that they
24  should just take her word for it, anyway, that they
25  wouldn't want to do that.

                                        Page 30

1   Q.     Okay.
2   A.     Crystal, in particular, if she knew the
3   material, she didn't want to retake the class.  So she
4   was very frustrated by that situation, and said, "I
5   don't want to take her word for it.  I know I can do
6   the material.  I don't want to retake it.  It's a
7   waste of my time."
8   Q.     So, in concerns that you were reporting to
9   Dr. Tuthill, there was a concern by Ms. Wade that
10  someone had stolen her book.  Would that have been the
11  instructor's edition of the book?
12  A.     Correct.
13  Q.     Did you understand that that would have
14  the answers in it?
15  A.     Yes.
16  Q.     Okay.  And then there was a concern that
17  after a test, she learned that the answer key had been
18  stolen?
19  A.     Yes.
20  Q.     Okay.  Do you know whether her class was
21  normally locked between classes?
22  A.     It was my understanding that her office
23  was locked.  I don't know if she locked it every time.
24  I don't know that.
25  Q.     Did you ever come to learn that there was

                                        Page 31

1   anyone who was found to be responsible for the theft
2   of her textbook or the answer key?
3   A.     I never heard anything further.
4   Q.     Was stealing teachers' textbooks or answer
5   keys a problem while you were at Ilisagvik?
6   A.     That was the only instance I ever heard
7   of.
8   Q.     What else did you report to Dr. Tuthill?
9   A.     Oh, there was a situation where Bobbi had
10  cancelled the Business English Class on the end of
11  class on Tuesday canceling Thursday's class.
12         And so, if students had to leave class
13  early on the Tuesday, they wouldn't know about the
14  cancellation for Thursday.
15         If they hadn't made it to class on
16  Tuesday, they wouldn't know about the cancelation.
17         There was nothing in place alerting the
18  student about the cancellation.  And, again, that's a
19  problem because of transportation.
20  Q.     Okay.  Was there a concern among the
21  student about changing class times or class dates?
22  A.     Yes.  There was a few situations.  Let me
23  see if I can refresh on that.
24         Okay.  Bobbi had told the student they --
25  typically, class was supposed to be Tuesdays and

                                        Page 32

1   Thursdays.  She wanted to have it on just Tuesdays,
2   and changed the length of time so that she only had to
3   teach the class once a week.
4          That was a problem with students because
5   they had arranged their schedules around what was in
6   the syllabus.  You don't just change class in the
7   middle of a semester on when it's going to run.  So
8   that was a big concern.
9   Q.     You said before that a lot of these
10  students were attending college for the first time but
11  after being out of school for a period of time, is
12  that right?
13  A.     Yes.
14  Q.     And were there students who had other
15  responsibilities that they had to attend to?
16  A.     Yes.
17  Q.     And what sort of responsibilities were the
18  student also required to balance?
19  A.     A lot of them were working.  A lot of them
20  were single parents.  A lot of them had other
21  responsibilities in their community with, you know,
22  the fishing and hunting seasonal activities that were
23  important to their culture and to their families.
24         So all of that was taken into
25  consideration for their balancing act.  And that was a

                                        Page 33


EXHIBIT   B
Page  8  of  13

9 (Pages 30 to 33)

1 huge concern that we had to address, is teaching them
2 how to be able to balance it and realize they had to
3 work homework in somewhere on their own time in
4 between all of that. That was new to them.
5     **Q. Okay. Who was the student that complained**
6 **about the Business English Class being cancelled?**
7     A. I believe that was Crystal.
8     **Q. And then what else did you report to**
9 **Dr. Tuthill?**
10     A. Another problem that was occurring is
11 Bobbi was teaching the Business English Class randomly
12 out of the book instead of going through it
13 chronologically as the book is built one chapter upon
14 another upon another, teaching concepts that build
15 upon each other. They were going from -- as I wrote
16 in here -- Chapter 17, then to Chapter 12 then to
17 Chapters 1 and 2. And the student were having a hard
18 time of keeping track of where they were and what was
19 expected for the following week.
20     It was very random and difficult they
21 said.
22     **Q. Do you remember who complained about that?**
23     A. I don't.
24     **Q. Okay. What else did you report to**
25 **Dr. Tuthill?**

Page 34

1     A. There was one last complaint on this
2 report, and that was in regards to Jay, that English
3 Class was being cancelled. And Jay said, "It
4 shouldn't be a problem because you can contact me at
5 any time."
6     But students felt like there was a
7 designated time, it was classroom time. And that's
8 when they set aside time in their schedule to contact
9 her.
10     As well as the fact that they -- there was
11 two students who had withdrawn from class after that
12 situation occurred.
13     **Q. Do you remember who complained about**
14 **Ms. St. Vincent?**
15     A. Renee Howlett was one. I know she spoke
16 to me verbally, and I can't recall if she was the one
17 who also e-mailed me.
18     **Q. Okay. So, in addition to sending this**
19 **e-mail to Dr. Tuthill on the 24th, at that time did**
20 **you contact either Ms. Wade or Ms. St. Vincent?**
21     A. Yes, I did contact -- let me look through
22 to refresh my memory -- but Bobbi and I were in
23 contact regarding some of the concerns that students
24 brought up because I wanted to get more information
25 and make sure I was getting the full story. And so I

Page 35

1 did contact her in regards to some of these situations
2 and asked for some information from her side so I
3 could present all of that to John.
4     **Q. And do you recall how you contacted her?**
5     A. Typically, I did send e-mails because I
6 liked to have everything documented and a lot of times
7 she'd just phone me back. She wouldn't always respond
8 to my e-mails. So there's not necessarily responses
9 documented from her. She did call sometimes.
10     **Q. Okay.**
11     A. But she did e-mail as well.
12     **Q. And in Exhibit 76, if there's any of those**
13 **documented that would refresh your recollection?**
14     A. Let me look.
15     Yes. Even on the front page, for
16 instance, when Polly Long was a student who wanted to
17 get into a class, and Bobbi was her advisor, and she
18 needed her advisor's signature in order to get into
19 it. And Polly was concerned that she couldn't find
20 Bobbi Wade on campus and needed the signature.
21     And so Bobbi responded to my e-mail
22 request saying that Courtneay had the authority to
23 sign for while she was out.
24     **Q. Okay.**
25     A. And I hadn't realized she was out of the

Page 36

1 office that day.
2     **Q. Okay.**
3     A. So apparently the student weren't aware of
4 that, either.
5     There were other correspondences where
6 Bobbi had requested me to follow up on her students
7 that she was going to drop. She had made a list of
8 students.
9     **Q. Uh-huh.**
10     A. And so I didn't feel like that was my
11 responsibility, per se, to follow up on her students
12 in that regard. So I spoke with John Tuthill about
13 it, and he had asked me to go ahead and help her in
14 this one situation.
15     **Q. So did you help her?**
16     A. I did. And so we have correspondences
17 going back and forth about some of the follow-ups.
18     **Q. So did you communicate with some of**
19 **students that she was -- when you say drop, do you**
20 **mean withdraw?**
21     A. Yes.
22     **Q. Okay. And did you have communication with**
23 **her about that?**
24     A. Yes.
25     **Q. As well as the student?**

Page 37



A006DD1
## SONYA ABU    AUGUST 28, 2006

1    A.    Yes.
2    Q.    And did you follow up with Ms. Wade about
3 what you learned from speaking with the student?
4    A.    Yes.
5    Q.    Okay. When you talked with Ms. Wade about
6 some of the concerns noted in the October 24th memo,
7 do you recall what she told you?
8    A.    No, let me refresh --
9        MS. JOHNSON: Objection to form.
10        THE WITNESS: So, in regards to this first
11 memo --
12        MS. DUCEY: Right.
13    A.    -- in talking with Bobbi.
14        You know, I know I passed this on to John
15 because Dean Grinage had asked me to pass it on to him
16 first to address because it was under his jurisdiction
17 -- not jurisdiction, authority; admission -- what's
18 the word, administration?
19        I don't recall speaking with her on any of
20 these particular concerns. I just remember sending
21 them to Dean Tuthill.
22    Q.    Okay. And did Dr. Tuthill have any
23 follow-up with you about those concerns expressed in
24 the October 24th memo?
25    A.    He did let me know. I recall he came down

Page 38

1 to my office and verbally acknowledged that he had
2 received the memo, that he received the concerns and
3 that he'd be looking into it.
4        I don't recall him reporting back to me
5 specifics about each resolution.
6    Q.    Uh-huh.
7    A.    But he did let me know he was addressing
8 it and handling it.
9    Q.    Okay. Did you learn from other sources
10 that any of those situations had been resolved?
11    A.    I don't recall.
12    Q.    Okay. After the October 24th memo, did
13 you e-mail Dr. Tuthill again with some concerns that
14 students had reported?
15    A.    Yes.
16    Q.    Okay. And do you remember when the e-mail
17 was?
18    A.    I believe it was a few weeks after that
19 initial memo.
20    Q.    If you looked at that memo, would that
21 refresh your recollection on the date?
22    A.    Yes.
23        MS. DUCEY: Counsel, now I'm on the memo
24 that's Document Number 20761.
25        And if you look in more towards the front,

Page 39

1 it's probably about ten pages before the last one that
2 we looked at.
3        MS. JOHNSON: Okay.
4        MS. DUCEY: Ms. Johnson, did you find
5 that?
6        MS. JOHNSON: I did. Thank you.
7        MS. DUCEY: Okay.
8    A.    So Wednesday, October 29th, 2003.
9    Q.    Okay. So that was the date of your next
10 memo?
11    A.    Yes.
12    Q.    And you are looking at that memo now,
13 right?
14    A.    Yes.
15    Q.    What did you report to Dr. Tuthill at that
16 point?
17    A.    Some of it is the same as the first memo,
18 and then there were a few additional concerns which
19 are found on the second page of this.
20    Q.    Okay.
21    A.    Under Business 154 under withdrawals.
22    Q.    So that's Document Number 20762.
23        And what did you report to Dr. Tuthill?
24    A.    I reported that -- let's see, oh, okay --
25 Bobbi had asked me -- this is a situation I mentioned

Page 40

1 earlier, where she asked me to inform her students
2 that she was going to be withdrawing them.
3    Q.    Okay.
4    A.    This situation which I hadn't mentioned
5 before is that she announced that she had posted this
6 on the Blackboard but they weren't logging on to look
7 at it. And I logged on to look at the Blackboard, and
8 I could not find any notice of what she had claimed
9 was on there.
10        The only thing I found was one
11 announcement that was posted the first day of class
12 and had never been changed.
13    Q.    Okay. How were you able to log onto the
14 Blackboard?
15    A.    Rob Carillo who was over that, the on-line
16 Blackboard portion, had given me access under Dean
17 Grinich's request so I'd be able to log in and check
18 student attendance through the Blackboard system.
19    Q.    All right. What else did you report to
20 Dr. Tuthill on the 29th of October?
21    A.    A student had some homework that she had
22 missed a deadline on and she didn't know if she turned
23 it in, if it would be accepted late, if there were
24 consequences, if she could still get partial credit.
25        And so she had asked me about that.

Page 41



11 (Pages 38 to 41)

A006DD1

## SONYA ABU    AUGUST 28, 2006

1 e-mail from you to Ms. Wade dated October 29th.
2    A.    Yes.
3    Q.    Does that refresh your recollection about
4 whether you communicated by e-mail with her on the
5 subject of late homework?
6    A.    Yes.
7    Q.    Okay.  And what did you ask her?
8    A.    I asked her if there were consequences set
9 up for late homework and explained that there was a
10 student who missed a deadline and wanted to know if
11 they still -- if they could still get a partial grade,
12 if late work was better than no work for her.
13    Q.    And what did she e-mail you back, if
14 anything?
15    A.    Which class are you talking about and who
16 is the student.
17    Q.    Okay.  All right.  So, when you reported
18 the concerns in your memo dated October 29th to
19 Dr. Tuthill, did you have any response from him?
20    A.    Verbally, I remember him following up
21 particularly on a situation that I didn't mention
22 earlier, but it's in regards to homework not being
23 turned --
24    Q.    Uh-huh.
25    A.    -- like graded and returned to the

Page 46

1 student.
2    Q.    Yes.
3    A.    That was a situation that I remember John
4 following up on and verbally talking with me about
5 because he had been an instructor himself and knew the
6 importance of giving the student feedback throughout
7 the course so they knew where they stood and what
8 direction they were going.
9    Q.    Do you recall what he told you?
10    A.    Just that he thanked me for bringing that
11 concern to his attention and he would look into it and
12 that he had received the memo and that he'd be
13 following up on the concerns.
14    Q.    Okay.  Now, we've already talked about
15 your follow-up with Ms. Wade about the late-homework
16 issue.
17    Do you recall if with respect to these
18 newer concerns you followed up with her on any of
19 those?
20    A.    I don't recall.
21    Q.    Okay.  Later in time did you report some
22 other concerns to Dr. Tuthill about Ms. Wade?
23    A.    Yes, I recall it seems like there was
24 three memos.
25    Q.    Uh-huh.  And now I'm going to ask you from

Page 47

1 the October 29th memo, if you'll just page back in
2 reverse eight pages back:
3    First let me ask you if you recall when
4 you communicated with Dr. Tuthill a third time about
5 concerns?
6    A.    Those first ones in October and I believe
7 it was the following month, in November.
8    Q.    Do you remember when in November?
9    A.    I don't.
10    Q.    And if you saw the memo, would that help
11 refresh your recollection?
12    A.    Yes.
13    Q.    I believe it's about eight pages' prior to
14 the October 29th memo, and the Document Number is
15 21140.
16    A.    Okay, the memo says, Wednesday
17 November 5th, 2003.
18    MS. DUCEY:  And, Counsel, did you find
19 that?
20    Ms. Johnson, did you have a chance to find
21 that?
22    MS. JOHNSON:  Yes.
23    MS. DUCEY:  Okay.  Just let me know when
24 you found that, Ms. Johnson.  I think, again, it is a
25 double-sided copy, and it is on the back of one page.

Page 48

1    (Discussion off the Record.)
2    MS. JOHNSON:  I'm not finding it.  Can you
3 give me a reference page?
4    MS. DUCEY:  It's 21140.  And it is a memo
5 dated November 5th.  And if you go in reverse order
6 from that October 29th memo, Ms. Johnson, it should be
7 eight pages before the October 29th memo.
8    MS. JOHNSON:  Well, I hate to hold you up.
9 Can give me a count from the front?
10    MS. DUCEY:  Sure.  Give me just a second.
11    MS. JOHNSON:  Got it.
12    MS. DUCEY:  Thank you.  Sorry about that.
13 I should have paginated these before I gave them to
14 Ms. Abu.
15    So you have before you 21140 which is a
16 memo dated November 5th, 2003?
17    Is this the third memo that you referred
18 to?
19    A.    Yes.
20    Q.    And that refreshes your recollection about
21 the date it was sent?
22    A.    Yes.
23    Q.    This was sent by e-mail, correct?
24    A.    Yes.
25    Q.    What concerns were you expressing to

Page 49

EXHIBIT ___13___
Page __11__ of __18__

**ATKINSON-BAKER, INC. COURT REPORTERS**        (800) 288-3376

1   Dr. Tuthill at that point?
2       A.    The first one listed shows a concern that
3   a student had with the duration of the class being
4   changed from the original stated duration that was in
5   the class syllabus. It was going to be ending early,
6   and class grades were going to be cut off earlier than
7   originally expected by the student as explained in the
8   syllabus.
9           And so they wanted to know why they had to
10  turn their homework in at the 8th instead of that
11  extra week, until the 17th; particularly when the rest
12  of their courses were on that schedule. It was just
13  this one class.
14      Q.    Okay. Which class was it?
15      A.    It was Introduction to Organizational
16  Management, and it was a Blackboard Class.
17      Q.    And at what date was the student being
18  told that grades had to be in by?
19      A.    Originally, it was supposed to be
20  December 17th, but they were being told it would now
21  have to be December 8th.
22      Q.    Do you recall what the course schedule
23  said in terms of the end of the course date?
24      A.    I don't. But as it states here to refresh
25  my memory: The class syllabus stated the class

Page 50

1   duration was August 28th to December 12th. And the
2   official Ilisagvik College Fall 2003 Schedule stated
3   that the classes were supposed to go from August 27th
4   to December 17th.
5       Q.    Okay. And what other concerns were you
6   expressing to Dr. Tuthill at that point?
7       A.    Under this same section: Later in the
8   last syllabus, it states that there's no particular
9   due date for the chapter, there was just these three
10  accumulative due dates.
11          And the problem with that is that students
12  weren't getting their feedback on how they were doing
13  in class.
14          And so they were -- students expressed to
15  me concern that they would take their final test and
16  maybe flunk the class. They didn't know how they were
17  doing.
18      Q.    Okay. What else did you express to
19  Dr. Tuthill?
20      A.    More follow-up on the fact that late
21  homework, there was no policy that we could find.
22      Q.    Okay. Anything else that you expressed to
23  him?
24      A.    This has reminded me that a student did
25  approach me later on and tell me that Bobbi was

Page 51

1   allowing them to turn late homework in at her
2   discretion.
3       Q.    Okay. Do you remember who that student
4   was?
5       A.    I believe it was Crystal Gross.
6       Q.    Okay. Okay. Any other concerns that you
7   were reporting to Dr. Tuthill at the time?
8       A.    Students feeling like their classroom
9   attendance was insignificant.
10      Q.    What do you mean by that?
11      A.    One, they felt if classes were being
12  cancelled all the time, it didn't matter if they were
13  in there or not; and then, two, when they were there,
14  sometimes their questions weren't being answered, they
15  were just being dismissed and told to go to the tutor.
16          And so that was making it very difficult
17  for me to encourage them to go to class. And that was
18  one of our largest challenges, anyway.
19      Q.    Okay.
20      A.    And I felt I was being undermined by the
21  faculty.
22      Q.    Okay. Do you remember who that student
23  was that said that they thought their attendance was
24  insignificant?
25      A.    I don't.

Page 52

1       Q.    And do you recall who reported the concern
2   to you about homework not being accepted after
3   December 8th?
4       A.    I believe that was Crystal. She was the
5   one who was turning in her late assignments, and so
6   then this became a concern when she realized she
7   wouldn't have as much time.
8       Q.    Okay.
9           In the same memo that's dated November 5th
10  under "late work," you said: "Two students asked me
11  if Bobbi would accept late homework."
12          Do you recall who those two students were?
13      A.    Crystal was one. I don't recall who was
14  with her.
15      Q.    Do you remember if it was a male or a
16  female?
17      A.    No.
18      Q.    And do you recall having follow-up with
19  Dr. Tuthill about this memo?
20      A.    I recall that we spoke. I don't recall
21  details. It seems like there was some kind of
22  resolution to the date discrepancy, but I don't recall
23  what that was.
24      Q.    Okay. Do you remember having any
25  follow-up with Ms. Wade about any of the issues

Page 53

14 (Pages 50 to 53)



1 situation.
2    Q.    Okay.
3        And, Ms. Johnson, I don't know if you have
4 all of the exhibits, but I would like to show Ms. Abu
5 the academic calendar that we previously marked as
6 Exhibit 18.
7        MS. JOHNSON: Okay. I don't have it, but
8 I understand.
9        MS. DUCEY: It is just a one pager.
10        So let me show you (Handing) Exhibit 18.
11 And you can tell me if you can identify what that is.
12    A.    Okay. This looks like the academic
13 calendar that's typically included in the student
14 handbook or packet that they receive at orientation.
15    Q.    Okay. And this academic calendar is for
16 what year?
17    A.    2003 to 2004 with fall and spring.
18    Q.    Okay. And for the first semester, what date does
19 it say grades are due to the registrar?
20    A.    Friday, December 19th.
21    Q.    What date does it give for the last day of
22 classes?
23    A.    Wednesday, December 17th.
24    Q.    Okay. And does it also have a date for a
25 faculty initiated drop?

Page 58

1    A.    Let's see, Wednesday, September 10th is
2 the last date for student initiated or faculty
3 initiated drop.
4    Q.    Okay. And at the time you document the
5 concern about Annie, that was what date?
6    A.    November 10th.
7    Q.    And when you documented this concern, how
8 much time had passed, if you recall, between the time
9 Annie came in told you about this concern and you
10 documented it?
11    A.    Only a few days; no more than a week.
12    Q.    Okay. Was there -- is there a date in the
13 academic calendar that you can see for submitting
14 grades for module classes?
15    A.    No. No.
16    Q.    Okay. Thank you.
17    A.    Uh-huh.
18    Q.    So I'll take that back.
19        Do you know a student named Ida Konuk?
20    A.    Yes.
21    Q.    And did Ida Konuk express any concerns to
22 you?
23    A.    Yes.
24    Q.    And do you remember what those were?
25    A.    No.

Page 59

1    Q.    If you saw your documentation about that,
2 would that help refresh your recollection? It is on
3 the very next page, which is 21146.
4    A.    Actually, I'm thinking I'm remembering,
5 but -- okay, let me look.
6        Okay, yes. I had -- had been gone for a
7 couple weeks. She was sick, and then she also needed
8 to leave again for personal reasons to go to
9 Anchorage. So she was going to be missing more class
10 even after she returned from being ill.
11    Q.    Okay. And who was she taking classes with
12 that she was discussing with you?
13    A.    Bobbi Wade and Courtneay Bartholomew.
14    Q.    Okay. And with respect to turning in
15 assignments for Ms. Wade, did she tell you what
16 Ms. Wade had told her?
17    A.    I don't recall. Let me look.
18        Let's see, she said that she knew that she
19 was already withdrawn from the Intro to Organizational
20 Management.
21        She made the response that Bobbi had told
22 them to turn in all their, like, homework at the end.
23    Q.    At the end of the class?
24    A.    Yes, when they had their test.
25    Q.    Did you have a concern about that?

Page 60

1    A.    Yes.
2    Q.    What was your concern?
3    A.    Again, as stated before, just that there
4 was no way for them to know if they were even doing
5 the homework correctly. And that was my understanding
6 of homework, was to provide those checks throughout
7 the entire semester to make sure concepts were being
8 understood.
9    Q.    And how was that concern with Ms. Wade
10 addressed by you, if at all?
11    A.    I brought that concern up to John.
12    Q.    Do you remember when?
13    A.    In that last November memo. I thought
14 that it was in there. But maybe not.
15        I'd like to refresh my memory.
16    Q.    Okay. You mean back to the November 5th
17 memo?
18    A.    Yes.
19    Q.    Okay.
20    A.    Yes, I stated on there my concerns about
21 homework serves as a net to catch students who are not
22 understanding class lectures or reading material.
23 With students not receiving feedback on course work,
24 we could easily experience the results of many
25 students failing the course.

Page 61



A006DD1
## SONYA ABU    AUGUST 28, 2006

| | |
|---|---|
| 1 know that tutoring services were available. | 1    A.    No. Not personally, but I -- |
| 2    Q.    Okay. All right. So did you start | 2    Q.    Did you know her to have a drinking |
| 3 contacting students for her? | 3 problem? |
| 4    A.    Yes. | 4    A.    I saw her intoxicated once in town, but I |
| 5    Q.    Okay. And do you remember if you | 5 didn't know her to have a drinking problem. |
| 6 communicated further with Ms. Wade about what you | 6    Q.    Uh-huh. |
| 7 found out about the student? | 7    A.    But... |
| 8    A.    Yes. | 8    Q.    Did you ever see her at school under the |
| 9    Q.    And do you remember when you communicated | 9 influence? |
| 10 with Ms. Wade on those subjects? | 10    A.    I believe I saw her on campus once where I |
| 11    A.    Various times after I heard back from | 11 was concerned that she may be. |
| 12 students I would communicate that to her. | 12    Q.    Okay. And do you know how that concern |
| 13    Q.    Do you remember on what dates? | 13 about Elaine was resolved? |
| 14    A.    No. | 14    A.    When I spoke with Elaine, she wanted to -- |
| 15    Q.    And if you looked at the e-mails that you | 15 Bobbi to call her directly and speak with her. |
| 16 sent, would that help refresh your recollection? | 16    Q.    Okay. |
| 17    A.    Yes. | 17    A.    But I don't know anything further. I |
| 18    Q.    So, if you could look at the next five | 18 don't recall anything further beyond that. |
| 19 pages which are Documents Number 24193, 190, 196, | 19    Q.    Okay. Then if you could look at the next |
| 20 21134 and 24206? | 20 page after the reference to Elaine, which is 24221: |
| 21    And then after you've had a look -- a | 21 Do you remember there being a problem with Filing and |
| 22 chance to look at those, if you can tell me if those | 22 Record Management Class? |
| 23 refresh your recollection? | 23    A.    Oh, yes. |
| 24    A.    Yes. | 24    Q.    What was that concern? |
| 25    It reminds me: I communicated with her on | 25    A.    There was no teacher. |
| Page 70 | Page 72 |

| | |
|---|---|
| 1 October 9th, the 6th, the 16th, the 20th. Just as | 1    Q.    Okay. And did you report that concern to |
| 2 soon as I received responses back, I would send those | 2 Ms. Wade? |
| 3 forward. | 3    A.    Yes. And to John Tuthill as well. |
| 4    Q.    Okay. And does looking at those e-mails | 4    Q.    Okay. Who brought you that concern, which |
| 5 refresh your recollection about any other subjects | 5 student? |
| 6 that we talked about this morning? | 6    A.    I believe that was Crystal Gross. |
| 7    A.    It does. There was a situation with a | 7    Q.    Okay. All right. |
| 8 student. It's on the Document 24207. | 8    Now, with respect to Clarissa Brower, did |
| 9    Q.    Uh-huh. | 9 you report a concern that Clarissa expressed to you |
| 10    A.    Elaine Patkotak. | 10 about Ms. Wade's Business Math Class? |
| 11    Q.    Uh-huh. | 11    A.    I recall Clarissa giving a complaint. I |
| 12    A.    Bobbi told me that the student came to | 12 don't recall what it was. |
| 13 class drunk a lot. That was Bobbi's perception, | 13    Q.    Do you remember when the complaint was |
| 14 anyway, of the student. | 14 expressed to you? |
| 15    And she wanted me to talk to the student | 15    A.    I don't. |
| 16 about her drinking. | 16    Q.    Okay. Could you look two pages forward to |
| 17    Q.    Uh-huh. | 17 21187, and can you identify what's on that page? |
| 18    A.    And the student was very surprised that I | 18    A.    An e-mail correspondence from Clarissa to |
| 19 would ask that kind of a question and was a bit | 19 myself. |
| 20 offended that her instructor had made reference that | 20    Q.    What's the date of that? |
| 21 she was coming to class drunk. | 21    A.    October 2nd, 2003. |
| 22    Q.    Did she deny being intoxicated? | 22    Q.    And does reading that refresh your |
| 23    A.    Yes. | 23 recollection about what she reported to you? |
| 24    Q.    Did you ever have evidence that she did | 24    A.    Yes. |
| 25 come to school intoxicated? | 25    Q.    And what did she report to you? |
| Page 71 | Page 73 |

EXHIBIT B
Page 14 of 18

**Page 74**

1     A.   She wanted me to confirm if the Business
2 Math with Wade had been changed. If so, she hadn't
3 been notified until that night and was upset because
4 it was going to cause inconveniences that semester as
5 well as her difficulty with transportation.
6     Q.   Okay. Did you follow up with Dr. Tuthill
7 about that?
8     A.   Yes, I believe I did.
9     Q.   Do you remember when?
10     A.   No.
11     Q.   And if you looked at your communications
12 with him, would that refresh your recollection?
13     A.   Yes.
14     Q.   So, if you'd look at the page just
15 immediately prior to that, and can you tell me if you
16 can identify what's on that page?
17     A.   Yes. I sent an e-mail to Diana Kennedy
18 and John Tuthill the following morning.
19     Q.   Okay. And had you talked with Ms. Wade
20 about it at the time you spoke with Dr. Tuthill?
21     A.   No.
22     Q.   Okay. And do you remember what -- what
23 you reported to him? What did you tell him?
24     A.   This is when she was going to be changing
25 class schedules, making it to one day instead of two,

**Page 75**

1 changing the time of class.
2     Q.   Okay. Was she also changing actually the
3 months that it would meet?
4     A.   Yes. It was not going to be held for the
5 month of October, but then in November it would be
6 held on both days of the week.
7     Q.   And this was for which class?
8     A.   It was the Business Math Class.
9     Q.   Was that a module class as you understand
10 it?
11     A.   Yes.
12     Q.   Okay. Then did you communicate with
13 Clarissa about that?
14     A.   Yes.
15     Q.   And was she upset with you because of
16 that?
17     A.   She was. She had not wanted me to use her
18 name.
19     Q.   Okay.
20     A.   And was concerned about confidentiality.
21     Q.   All right. Do you remember if Dr. Tuthill
22 followed up on the concern that you expressed to him?
23     A.   He did.
24     Q.   And did you learn what the outcome was?
25     A.   I don't recall what the specific outcome

**Page 76**

1 was, but I recall that I was informed.
2     Q.   Did you ever speak with Ms. Wade about
3 that concern?
4     A.   I don't recall.
5     Q.   Okay. Do you remember having follow-up
6 communications with Ms. Wade about Elaine?
7     A.   Yes. We spoke about Elaine verbally a few
8 times. I remember Bobbi stopping by my office and
9 talking to me about her.
10     Q.   Did she express concern about Elaine?
11     A.   Yes.
12     Q.   And if you could page forward just four
13 pages to Document 24230?
14     A.   Okay.
15     Q.   All right. Do you recall communicating by
16 e-mail with Ms. Wade about Elaine?
17     A.   Yes.
18     Q.   And what is -- can you identify what's at
19 24230?
20     A.   An e-mail correspondence to Bobbi
21 regarding how Elaine was doing.
22     Q.   Okay. Were there times that you
23 communicated with Ms. Wade about other students and
24 expressed mutual concern for how they were getting
25 along?

**Page 77**

1     A.   Yes.
2     Q.   Do you remember doing that, for instance,
3 with Cynthia Ahyakak?
4     A.   Yes. But I don't remember the specifics.
5     Q.   And if you saw your documentation, would
6 that help you refresh your recollection?
7     A.   Yes.
8     Q.   Could you look at the very next page,
9 which is Document 21163?
10     A.   Yes.
11     Q.   Okay. And were you and Ms. Wade
12 communicating about Ms. Ahyakak?
13     A.   I don't recall if I was communicating with
14 Bobbi Wade directly. I recall when Mary brought this
15 concern up to me. Mary was close to the student.
16     Q.   Okay. I want to ask you about one more
17 concern with respect to Rufus and wonder if you could
18 page forward 13 pages to 21155.
19         I think it could be right there. 21155?
20     A.   21155, okay.
21         MS. DUCEY: Counsel, did you find that
22 page?
23         MS. JOHNSON: Yes, I did.
24         MS. DUCEY: Thank you.
25         And -- can you identify what's on 21155?



EXHIBIT $B$
Page 15 of 19

A006DD1

SONYA ABU    AUGUST 28, 2006

1  Q.    Okay.
2  A.    And that was important.
3  Q.    Okay. And with respect to the faculty
4  that you came to know and had that opportunity to
5  observe, did you see that there were any problems or
6  any issues with respect to any of the faculty in their
7  involvement with the student?
8  A.    Can you restate that?
9  Q.    Well, you said you had an opportunity to
10 observe the faculty attitudes towards involvement with
11 the student. What did you observe with respect to the
12 particular faculty members?
13 A.    For instance, Fannie Akpik -- I can't
14 remember her last name -- she taught a lot of our,
15 like, language and culture courses.
16 Q.    Okay.
17 A.    The student felt very comfortable around
18 her and they trusted and so they knew they could go to
19 her with their concerns.
20      I observed that with the instructors in
21 the Trade Department, Dave Elbert and John Howlett,
22 the student seemed pretty comfortable with them, as
23 well, and seemed comfortable talking with them about
24 concerns because they knew that they were more than
25 just their teacher, they felt like they cared about

Page 82

1  them as individual students, is my perception.
2  Q.    Did you come to from an opinion about
3  Ms. Wade's involvement with the student?
4  A.    It seemed more limited.
5  Q.    And what do you base that on?
6  A.    The fact that she seemed overwhelmed
7  through her e-mail correspondences, the way she stated
8  things, that she was overwhelmed and had a heavy
9  workload and so did not have time for any extras.
10 Q.    Did that change when you offered
11 assistance in communicating with students that were
12 going to be withdrawn, did you observe a change?
13 A.    No.
14 Q.    Did you learn that Ms. Wade's
15 granddaughter took classes at the College?
16 A.    She took them -- yes --
17 Q.    Okay.
18 A.    -- though not physically present.
19 Q.    How did you learn this?
20 A.    I remember hearing it from other students
21 making comments, saying, "Why is her granddaughter
22 being allowed to take classes on-line when she's, you
23 know, back East somewhere and not even here?"
24      And they just thought that that was kind
25 of strange, that she was taking on-line classes from

Page 83

1  her grandmother only. And it seemed a conflict of
2  interest. The student didn't think it was fair.
3  Q.    Do you recall what students expressed that
4  concern to you?
5  A.    I don't.
6  Q.    Do you remember if you ever talked to
7  Ms. Wade about this?
8  A.    I don't recall.
9  Q.    Do you recall if you talked with
10 Dr. Tuthill?
11 A.    It seems like I asked him about it and
12 they were aware it was going on.
13 Q.    Do you remember anything more about that?
14 A.    No.
15 Q.    Okay. Did you come to learn, in the Fall
16 2003, that Ms. Wade wanted to take leave during the
17 semester?
18 A.    Yes. And it seems like class was being
19 cancelled or the schedule was being rearranged and the
20 student didn't know why, and then I came to learn
21 through -- I believe through Dr. Tuthill that it was
22 because she was ultimately wanting to go for medical
23 reasons.
24 Q.    Uh-huh.
25      Did you learn any other details about

Page 84

1  that?
2  A.    No.
3  Q.    Did you learn what the nature of any
4  medical problems were?
5  A.    No.
6  Q.    Okay. Do you know if you spoke with
7  Ms. Wade about her wanting to take leave?
8  A.    I don't recall.
9  Q.    At Ilisagvik, did you understand that
10 there were some what is described as Distance Delivery
11 Classes?
12 A.    Yes.
13 Q.    What is a Distance Delivery Class?
14 A.    They were offered to students particularly
15 because we had students in the villages, the
16 surrounding villages, who could not be physically
17 present on campus, and so these courses were offered
18 to them; some were telephonic, some were on-line.
19 Q.    Okay. And in those Distance Delivery
20 Classes, in your opinion was it important to have
21 communication with the student?
22 A.    Even more important than the ones who were
23 on campus, yes.
24 Q.    And were there forums set up in the
25 Distance Delivery Classes to do that, if you know?

Page 85

22 (Pages 82 to 85)

# A006DD1
## SONYA ABU    AUGUST 28, 2006

1  And if you want, why don't you just phone
2  back, then, in ten minutes, Linda?
3  MR. GAMACHE: Not longer because we are on
4  a time schedule. Thanks.
5  THE WITNESS: Oh.
6  THE VIDEOGRAPHER: Going off record; end
7  of Tape 1; 10:01.
8  (Recess.)
9  THE VIDEOGRAPHER: On the record.
10  Beginning of Tape 2; 10:11.
11  MS. DUCEY: Ms. Abu, did you know an
12  instructor named Amy Valenti?
13  A.  Yes.
14  Q.  **How did you come to know her?**
15  A.  I came to know her personally in town, and
16  then later on she was employed by Ilisagvik College as
17  an adjunct faculty.
18  Q.  **Did she report to you any concerns about**
19  **Ms. Wade?**
20  A.  I remember just one instance where she
21  came in and vented some frustration, that she had been
22  asked to be an adjunct faculty for a class that Bobbi
23  Wade was originally the instructor for --
24  Q.  **Uh-huh.**
25  A.  -- and Amy needed the books and supplies

Page 90

1  for that class, and Bobbi was not willing to give them
2  to her. And so Amy didn't know what to do.
3  Q.  **And did you give her any advice or**
4  **suggestions?**
5  A.  I recommended that she talk to John,
6  Tuthill, and she said she was going to do that.
7  Q.  **Do you know if she did?**
8  A.  I don't know.
9  Q.  **Okay.**
10  A.  The last thing I saw was her having
11  conversation with Bobbi Wade, and that's the last I
12  heard of it.
13  Q.  **Can you describe that conversation? What**
14  **did you observe?**
15  A.  They were both interacting with raised
16  voices. It was not quite a conversation. It was more
17  of a yelling match, maybe --
18  Q.  **Okay.**
19  A.  -- you could say.
20  And that was from both sides. I don't
21  know who instigated it. I don't know how it started
22  or how it ended. I just saw part of it happening.
23  Q.  **Do you remember where you were when you**
24  **saw it?**
25  A.  I don't. I just know I was passing by

Page 91

1  wherever it was they were. I didn't stop and become
2  involved.
3  Q.  **Do you remember how in relation to -- when**
4  **Ms. Valenti expressed the concern to you, when you**
5  **observed this yelling match?**
6  A.  Amy spoke to me before I saw her and Bobbi
7  Wade speaking.
8  Q.  **Do you know how much time passed before**
9  **you saw them yelling at each other?**
10  A.  I don't recall how many hours. It was
11  within a day that I had spoken to Amy Valenti.
12  Q.  **Okay.**
13  MS. DUCEY: I don't have any other
14  questions for, Ms. Abu. I thank you for your time.
15  MR. GAMACHE: Ms. Johnson, this is Peter
16  Gamache. Do you want me to go next?
17  MS. JOHNSON: Are you still there?
18  MS. DUCEY: Yes, you cut out on us for
19  just a minute, Linda.
20  MS. JOHNSON: (Inaudible).
21  Yes, Peter, why don't you go first?
22
23
24
25

Page 92

1  EXAMINATION
2  BY MR. GAMACHE:
3  Q.  **Ms. Abu, it's my turn. My name is Peter**
4  **Gamache. I'm the lawyer for North Slope Borough which**
5  **is another Defendant in the case --**
6  A.  Okay.
7  Q.  **-- meaning that Bobbi Wade as the**
8  **Plaintiff has sued both the College, a couple of named**
9  **individuals and the North Slope Borough.**
10  A.  Okay.
11  Q.  **I'm here for the Borough.**
12  **This conversation that you witnessed**
13  **between Amy Valenti and Bobbi Wade, where did that**
14  **occur?**
15  A.  It was on campus. I don't recall which
16  building it was in.
17  Q.  **You mentioned one student by name, Rufus?**
18  A.  Yes, Johnson.
19  Q.  **What was his name? Rufus Johnson.**
20  **And you mentioned that the concern that**
21  **Rufus Johnson had was what, again? Refresh my memory?**
22  A.  He had been dropped, withdrawn from a
23  class. He also had late homework that he needed to
24  turn in. He needed tutoring.
25  Q.  **My question with regard to Rufus Johnson**

Page 93

24 (Pages 90 to 93)

**ATKINSON-BAKER, INC. COURT REPORTERS**



**(800) 288-3376**

A006DD1
SONYA ABU    AUGUST 28, 2006

1  was:  You said that the result was that he left the
2  school, is that right?
3      A.    Correct.
4      Q.    Well, wasn't that your job as a Student
5  Retention Officer to see that he didn't leave the
6  school?
7      A.    Correct.
8      Q.    What did you do to prevent that?
9      A.    I worked on tutoring him individually as
10  well as referring him to the tutor that was assigned
11  by the College, and following up with the instructors
12  on what we could do as faculty to help encourage him
13  and keep him in class; see if there was things that he
14  could do to get late assignments turned in and still
15  get credit and still make it.
16      Q.    And so, based on your involvement, why do
17  you think he left?
18      A.    He felt discouraged, I believe --
19          (Discussion off the Record.)
20          THE WITNESS:  Okay, please repeat the
21  question.
22          MR. GAMACHE:  Well, we'll go back to the
23  objection.
24          Linda Johnson, you had an objection?
25          MS. JOHNSON:  Foundation.

Page 94

1  mainly on students who were on campus in the dorms as
2  well as students who were out in the villages as my
3  top priorities because they were the most at risk; the
4  dorm students being away from home; the village
5  students being away from the campus.
6          And then my next priority was the student
7  who were living in Barrow who were taking -- like,
8  were part-time or full time.  And I was concerned with
9  students who had one or two credits.
10      Q.    That would have included the shop
11  students?
12      A.    The shop students should -- if they were
13  in the program, they actually were full time.
14      Q.    Now, my question for you is:  In terms of
15  your student involvement, how many students are we
16  talking about?
17          Maybe just start with the dorm students.
18  Approximately how many students are we talking about?
19      A.    Around 12.
20      Q.    And how about the village students that
21  were taking classes through the College?
22      A.    As I recall, I would say about 25 to 30.
23      Q.    And what other categories do we have we
24  had Barrow students that were attending and how many
25  would that be?

Page 96

1          MR. GAMACHE:  And my question was:
2          Based on your involvement with Rufus
3  Johnson were you able to conclude why he did leave?
4      A.    Oh, okay.  He expressed that he felt
5  pretty hopeless, that there was no chance that he
6  could catch up and keep up and remain involved in his
7  classes and actually pass; as well as some other
8  occurrences that were happening in the dorm:  He was
9  staying out late, and so he was really tired in the
10  morning for his classes.
11          And that's more of the area that I was
12  focused on, was those type of student life issues
13  versus the faculty issues.  I had some involvement in
14  faculty, but it was also more the faculty's
15  responsibilities to resolve those.  I was just a
16  catalyst for making sure that they were aware of the
17  concerns.
18      Q.    Now, I take it in your position, in that
19  year, 2003, Academic Year, 2003 and 4 --
20      A.    Uh-huh.
21      Q.    -- you worked with all of the Ilisagvik
22  instructors?
23      A.    Correct.
24      Q.    Did you work with all the student?
25      A.    No, I did not.  I was asked to focus

Page 95

1      A.    I would say 60 to 80.
2      Q.    And those students were your primary
3  concern?
4      A.    Correct.
5      Q.    Now, one of the students that you
6  mentioned repeatedly who had spoken to you regarding
7  Bobbi Wade was Crystal Gross.
8      A.    Correct.
9      Q.    Not having met Crystal Gross, would you
10  describe her for me -- what kind of student she was
11  and your relationship with her?
12      A.    Crystal resided in the dorms, but she was
13  from Barrow, and so she still had connection to her
14  family.
15          It was her first time going to college.
16          She was a little bit shy at first in the
17  beginning of the semester, but as we got to know her,
18  she spent a lot of time with all of us who worked in
19  the administrative end of the building.  She'd come
20  through and say "good morning" to everyone every day
21  and come and visit everyone.
22          She was -- compared to the average
23  student, she did pretty well as far as understanding
24  concepts, she was very bright.
25          She didn't also always apply herself.  She

Page 97

