# MIDDLE TENNESSEE STATE UNIVERSITY
MURFREESBORO, TENNESSEE 37132

**ISSUED TO STUDENT**

This transcript is printed on special security paper with a blue background. A raised seal and signature are not required.

Underwood-Wade, Bobbie J
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

Official Graduate Academic Record

Higher Education Institutions:
Troy State University Main Campus          Aug 8, 1975
Troy State University Main Campus          Aug 8, 1973

Current Academic Program of study:
COLLEGE OF LIBERAL ARTS
DOCTOR OF ARTS
Major: ENGLISH

Previous Degrees:
MASTER OF SCIENCE
Troy State University Main Campus
BACHELOR OF SCIENCE
Troy State University Main Campus

------------------1997 FALL------------------

Academic Program of Study:
COLLEGE OF LIBERAL ARTS
DOCTOR OF ARTS
Major: ENGLISH

```
                              BHRS  QHRS  QPTS  GPA
ENGL-0629 MODERN BRITISH LIT   B   3.00  3.00  9.00
ENGL-0764 DISSERTATION RESEARCH B  3.00  3.00  9.00
```

-----------------1998 SPRING-----------------

ENGL-0621 WORDSWORTH-COLERIDGE  W  (3.00)

Withdrawn, effective 02-05-1998

```
              BHRS  QHRS  QPTS   GPA
Current       0.00  0.00  0.00  0.000
HB Cum        6.00  3.00  9.00  3.000
```

------END Of Graduate Academic Record------

Bobbie J Underwood-Wade
220 Indian Park Dr #1504
Murfreesboro   TN  37128

02-01-2000

20383
Wade v. Ilisagvik College


EXHIBIT A

EXHIBIT
Page 1 of 7

Federal law prohibits the release of information from this document to a third party without the student's written consent. Unless otherwise noted student is in good academic standing.



EXHIBIT E Page 2 of 7



JUN 30 00 01:22p                                907  3-7180              P.7

# TROY STATE UNIVERSITY
Troy, Alabama 36081

## GRADUATE DIVISION RECORD

Student: UNDERWOOD, BOBBIE J.
Address: P. O. Box 1
City/State: Graceville, Florida 32440

Student No.: 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
Date Entered: September 8, 1976
Class:                    Sex: female    Race: caucasian
Place of Birth:
Date of Birth:
Religion:
Parents:
Address:
City/State:

DATE ADMITTED:

UNDERGRAD. DEGREE:

DATE:

WHERE OBTAINED:

ADMITTED TO CANDIDACY:

DEGREE:

DATE OF GRADUATION

DIPLOMA DATED:

MAJOR:

MINOR:

QUALITY POINTS:
A  3 points per hour
B  2 points per hour
C  1 point per hour

Student is entitled to honorable dismissal unless otherwise indicated.

GRADUATE RECORD:

GRADING SYSTEM:
A  Excellent
B  Above Average
C  Average
F  Failure
IN Incomplete
W  Withdrew
NG No Grade

ONE HOUR CREDIT IS EQUIVALENT TO ONE RECITATION PER WEEK FOR 12 WEEKS.

TEMPORARY ADMISSION TO THE GRADUATE DIVISION OF TROY STATE UNIVERSITY AT FORT RUCKER. (SIXTH YEAR PROGRAM) MUST BE CLEARED PRIOR TO END OF FIRST QUARTER OF ATTENDANCE.

ADMITTED TO TROY STATE UNIVERSITY-TROY AS A POST MASTERS STUDENT

| Course Title | Dept. | Course Number | Qr. Hours Attm. | Grade | Qr. Hours Earned | Quality Points |
|---|---|---|---|---|---|---|
| UNDERWOOD, BOBBIE J.   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 | | | | | | |
| FALL QUARTER 1976 | | | | | | |
| SEMINAR CLASS TCHING | R02 EDU | 730 | 0 | W | 0 | 0 |
| WITHDREW 09-09-76 | | | | | | |
| MAY NOT REENROLL | | | 0 | | 0 | 0 |
| UNDERWOOD, BOBBIE J.   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 | | | | | | |
| FALL QUARTER 1976 | | | | | | |
| INDEPENDENT STUDY | T01 ART | 625 | 5 | A | 5 | 15 |
| | | | 5 | | 5 | 15 |
| UNDERWOOD, BOBBIE J.   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 | | | | | | |
| WINTER QUARTER 1977 | | | | | | |
| THRY & PRACT ESTHETIC | T01 ART | 604 | 5 | A | 5 | 15 |
| PRACTICUM ART EDU | T01 ART | 750 | 5 | A | 5 | 15 |
| | | | 10 | | 10 | 30 |
| TEMPORARY ADMISSION CLEARED - 5-16-77 | | | | | | |
| UNCONDITIONAL ADMISSION TO TROY STATE UNIVERSITY - TROY. | | | | | | |
| UNDERWOOD BOBBIE J   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 | | | | | | |
| SPRING QUARTER 1977 | | | | | | |
| PRACTICUM ART EDU | T01 ART | 752 | 5 | A | 5 | 15 |
| INDEPENDENT STUDY | T01 ART | 725 | 5 | A | 5 | 15 |
| | | | 10 | | 10 | 30 |

20386
Wade v. Ilisagvik College


907- J-7180    p.6

# TROY STATE UNIVERSITY
Troy, Alabama 36081

## GRADUATE DIVISION RECORD

**Student:** UNDERWOOD, Bobbie J
**Address:** P. O. Box 1
**City/State:** Graceville, Florida 32440

**Student No.:** 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
**Date Entered:** June 17, 1974
**Class:** Graduate   **Sex:** Female   **Race:** Cau
**Place of Birth:** Dale County, Alabama
**Date of Birth:**
**Religion:**
**Parents:**
**Address:**
**City/State:**

NCATE APPROVED PROGRAM

**DATE ADMITTED:** June 14, 1974
**UNDERGRADUATE DEGREE:** B. S. in Education
**DATE:** June 8, 1973
**WHERE OBTAINED:** Troy State University, Troy, Alabama
**ADMITTED TO CANDIDACY:** January 14, 1975
**DEGREE:** Master of Sci in Education
**DATE OF GRADUATION:** August 8, 1975
**DIPLOMA DATED:** August 8, 1975
**MAJOR:** Secondary Education
**MINOR:** English

**QUALITY POINTS:**
A  3 points per hour
B  2 points per hour
C  1 point per hour

Student is entitled to honorable dismissal unless otherwise indicated.

_____ Registrar
Date

**GRADUATE RECORD:**

**GRADING SYSTEM:**
A  Excellent
B  Above Average
C  Average
F  Failure
IN  Incomplete
WP  Withdrew passing
WF  Withdrew failing
NG  No Grade

ONE HOUR CREDIT IS EQUIVAL- LENT TO ONE QUARTER HOUR WORK FOR A WEEK.

TSU Form 104-007

| Course Title | Dept. | Course Number | Qtr. Hours Atmpt. | G | Qtr. Hours Earned | Quality Points |
|---|---|---|---|---|---|---|
| UNCONDITIONAL ADMISSION TO THE GRADUATE DIVISION OF TROY STATE UNIVERSITY AT FORT RUCKER. | | | | | | |
| UNDERWOOD BOBBIE J   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 | | | | | | |
| TSU AT FT RUCKER | | | | | | |
| SUMMER QUARTER 1974 | | | | | | |
| MTHEMATRL SEC ENG TCH | EDU | 481 | 5 | A | 5 | 15 |
| CURRIC CONSTR SEC SCH | EDU | 681 | 5 | A | 5 | 15 |
| | | | 10 | | 10 | 30 |
| UNDERWOOD BOBBIE J   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 | | | | | | |
| TSU AT FT RUCKER | | | | | | |
| FALL QTR 1974 | | | | | | |
| EDUCATIONAL RESEARCH | EDU | 691 | 5 | A | 5 | 15 |
| SOC FOUNDA AMERIC ED | EDU | 615 | 5 | B | 5 | 10 |
| | | | 10 | | 10 | 25 |
| UNDERWOOD BOBBIE J   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 | | | | | | |
| TSU AT FT RUCKER | | | | | | |
| WINTER QUARTER 1975 | | | | | | |
| ENG DRAMA THRU 18 CNT | ENG | 552 | 5 | B | 5 | 10 |
| PSYCH FOUNDA OF EDUC | PSY | 631 | 5 | A | 5 | 15 |
| | | | 10 | | 10 | 25 |
| UNDERWOOD BOBBIE J   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 | | | | | | |
| TSUR AT DOTHAN | | | | | | |
| SPRING QUARTER 1975 | | | | | | |
| LITERARY CRITICISM | ENG | 533 | 5 | B | 5 | 10 |
| | | | 5 | | 5 | 10 |
| UNDERWOOD BOBBIE J   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 | | | | | | |
| TSU AT FT RUCKER | | | | | | |
| SUMMER QUARTER 1975 | | | | | | |
| MODERN NOVEL | ENG | 651 | 5 | B | 5 | 10 |
| INDEPENDENT STUDY | ENG | 625 | 5 | A | 5 | 15 |
| | | | 10 | | 10 | 25 |

20385
Wade v. Ilisagvik College



| RECORD & HOME ADDRESS OF: | AUBURN UNIVERSITY — AUBURN, ALABAMA | | STUDENT NUMBER |
|---|---|---|---|
| UNDERWOOD BOBBIE  P.O. BOX 1 GRACEVILLE  ALA | | | 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 |

| AMERICAN COLLEGE TEST SCORES | College Board Scores SAT | DATE OF BIRTH | Date Admitted | | |
|---|---|---|---|---|---|
| Soc. Sc. / Nat. Sc. / Composite | Verbal / Non-verbal | RACE | Parent Address | 01-03-80   Class & Course  14EX  UNDERWOOD BOBBIE  P.O. BOX 1 GRACEVILLE  ALABAMA | |

| Degrees/Remarks | Descriptive Title of Course | Dept. | Course | Hours (Lec. Lab. Atp.) | Qtr. Hours Pass | Grade | Grade Points |
|---|---|---|---|---|---|---|---|

"Admitted to the Graduate Field Laboratory Program, Winter Quarter 1980, as a Special Student. (Graduate registration for one quarter only in order to take courses while completing admissions records. Regular status to be determined before the end of the quarter based on complete records file.) Status:

| 423 40 0148 WINTER 1980   14 EX  PRIN MED SERVICES | EM | 620 X | 4 | 4 | 4 | A | 16 |

**ISSUED DIRECTLY TO STUDENT**

Admitted to the Graduate Field Laboratory Program, Spring Quarter 1980, as a transient.

| 423 40 0148 SPRING 1980   13 TR  TECH IN EDUCATION | EM | 600 X | 4 | | 4 | IN | |

Admitted to the Graduate School, Summer Quarter 1980.                    25579

| 423 40 0148   SUMMER 1980   08 MSE  SEMINAR ED MEDIA | EM | 650 | 4 | 4 | 4 | A | 16 |
| 423 40 0148 SUMMER 1981   10 MSE  SEM EDUC MEDIA | EM | 650 | | | 4 | A | 16 |

QTR GPA   CUM TOT GPA   HA   HP   GP
 4.00            4.00      4    4   16

Wade v. Ilisagvik College

**PAGE 2**
**STUDENT NAME:**

**UNDERGRADUATE RECORD**

Degree: Bachelor of Science in Education
Graduated:
June 8, 1973
Diploma Dated:
June 8, 1973
Major:
Art
Minor:
English

**HONORS:**

**CERTIFICATES:**

**TRANSCRIPTS:**
to Tallahassee, Fl. 7/16/73
to Ft. Rucker, Al. 5/27/74 no
to Marianna, Fl. 9/3/75
to Mont., Al. 12/17/75 nc
to Graceville, Fa. 2-5-76
To Mar 9-16-1976

| COURSE TITLE | DEPT | COURSE NUMBER | HOURS ATTEMPT | GRADE | HOURS EARNED | QUALITY POINTS |
|---|---|---|---|---|---|---|
| UNDERWOOD BOBBIE J   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 | | | | | | |
| CREDIT ACCEPTED ONLY | | | | | | |
| CHIPOLA JR COLLEGE | | | | | | |
| MARIANNA FLA | | | | | | |
| 1969 70 71 | | | | | | |
| INT DRAWING | ART | 115 | | A | 4.5 | |
| INT DRAWING | ART | 116 | | A | 4.5 | |
| INT CERAMICS | ART | 131 | | A | 3.0 | |
| INT THR DIM DES | ART | 142 | | A | 4.5 | |
| PURPOSE OF ART | ART | 150 | | B | 4.5 | |
| COLOR PICT COMP | ART | 225 | | A | 4.5 | |
| COLOR PICT COMP | ART | 226 | | A | 4.5 | |
| GEN BIO & LAB | BIO | 111 | | B | 4.5 | |
| GEN BIO & LAB | BIO | 112 | | B | 4.5 | |
| INT TO EDUCATION | EDU | 150 | | B | 4.5 | |
| COMM SKILLS | ENG | 121 | | B | 6.0 | |
| COMM SKILLS | ENG | 122 | | B | 6.0 | |
| SUR AMER LIT | ENG | 222 | | B | 4.5 | |
| POETRY APPREC | ENG | 235 | | A | 1.5 | |
| POETRY LAB | ENG | 237 | | A | 1.5 | |
| AMER HIST TO 1865 | HIS | 201 | | B | 4.5 | |
| AMER HIST SC 1865 | HIS | 202 | | C | 4.5 | |
| PERS COM ME PROB | H  | 129 | | A | 4.5 | |
| FUND OF MATH | MTH | 115 | | B | 4.5 | |
| MUSIC SKILLS | MUS | 220 | | B | 4.5 | |
| FRESHMAN ORIENT | OR | 100 | | B | 1.5 | |
| SUR PHYSICAL SCI | SCI | 111 | | A | 4.5 | |
| SUR SOCIAL SCI | S S | 111 | | B | 4.5 | |
| | | | | | 90.0 | |
| UNDERWOOD BOBBIE J   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 | | | | | | |
| TSU AT FT. RUCKER | | | | | | |
| WINTER QUARTER 1973 | | | | | | |
| MEASUREMNT&GUIDANCE | PSY | 302 | 5 | C | 5 | 5 |
| GENERAL PSYCHOLOGY | G S | 200 | 5 | A | 5 | 15 |
| CHAUCER | ENG | 401 | 5 | A B | 5 | 15 |
| | | | 15 | | 15 | 35 |
| UNDERWOOD BOBBIE J   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 | | | | | | |
| SPRING QUARTER 1973 | | | | | | |
| STUDENT TEACH ART | EDU | 484 | 0 | P | 7 | 0 |
| STUDENT TEACH ART | EDU | 485 | 0 | P | 7 | 0 |
| | | | 0 | | 14 | 0 |

25580
Wade v. Ilisagvik College