

# Employee Handbook

Qutchiksuaġilugu Sivulliipta Pilġusiat
Upaluŋaiyaġiñ Iliññiaġnikun

Honoring the Traditions of Our Past
Prepare for Your Future Through Learning



EXHIBIT 7

EXHIBIT I
Page 1 of 13

20534
Wade v. Iḷisaġvik College

# Arbitration of Employment Disputes

Ilisaġvik College encourages employees to resolve employment-related matters through their direct supervisor and through the College's Grievance Procedure. The Grievance Procedure is contained in this Handbook.

Individuals shall settle any and all claims, disputes or controversies arising out of or relating to an application or candidacy for employment, employment and/or cessation of employment with Ilisaġvik College exclusively by final and binding arbitration before a neutral Arbitrator. Any claim regarding any part of or arising out of the employment relationship, any claim or cause of action for breach of the employment contract, any claim for or cause of action arising out of or in any way relating to your contract of employment, breach of contract, tort, *quantum meriut*, unjust enrichment, or any other legal theory relating to or arising out of the employment relationship shall be submitted to binding arbitration in Barrow, Alaska.

If the parties are unable to mutually agree on a single arbitrator to hear the matters, they may apply to the Superior Court for appointment of an arbitrator. The parties shall file a written notice of arbitration on the opposing party within ninety (90) days of the termination of the employment relationship, or all such claims are barred. This contractual statute of limitations requires that all such claims be resolved through arbitration, and failure to provide the required timely written notice of arbitration bars all such claims. Additionally, any claim that would be barred under any other statute of limitations is also barred; for example, a claim on which a statute of limitations had expired prior to the termination of the employment relationship. The parties agree that the arbitrator is forbidden from making any findings or awards of punitive damages with respect to either party to this contract as all such claims were waived and barred. If any portion of these foregoing provisions is found to be void or unenforceable, it shall not affect the remainder of these provisions, which will remain enforceable.

# Code Of Ethics

Ilisaġvik College employees are expected to conduct themselves in a manner that will bring credit to both the College and the individual. In addition to general accepted standards of behavior, employees are expected to comply with the College's Code of Ethics. A violation of the Code of Ethics may be grounds for discipline, up to and including, dismissal from employment.

Specifically, **employees will:**

1. Comply with laws and regulations, as well as College policies, regulations, and administrative directives.



20547
Wade v. Ilisagvik College

Ilisagvik College Employee Handbook - Approved: 9/7/01      9



# Paid Leave

### Personal Leave
Personal Leave can be used by eligible employees who have accrued leave time. Leave accrual is based on length of service according to the following schedule:

| Years of Service | Leave Accrual Rates |
| --- | --- |
| 0-2 | .1154 per regular hour (about 30 days per year) |
| 2-5 | .1423 per regular hour (about 37 days per year) |
| 5-10 | .1538 per regular hour (about 40 days per year) |
| 10+ years. | .1615 per regular hour (about 42 days per year) |

### Qualifying Hours
As used in this section, "qualifying hours" means all regular work hours actually worked in a work week, all holidays, and any approved compensated Leaves.

### Accumulated Leave
Each employee shall take at least 112.5 hours Personal Leave during the calendar year beginning January 1 and ending December 31. Personal Leave that is accrued, but not used, shall accumulate to a maximum of 450 hours (60 days) at any given time. It is the responsibility of each department head to assure that each eligible employee is given the opportunity to use a minimum of 112.5 hours of accrued Personal Leave annually.

### Cash-Out in Emergency Conditions
Cash in lieu of accrued Personal Leave may be paid under emergency conditions provided the employee maintains a minimum of 112.5 accrued hours. Cash Out Requests (See Appendix B) are available in the Business Office and must be approved by both the Dean of Administration and Finance and President.

### Non-Accrual
An employee on Leave Without Pay status will not accrue any Personal Leave or vesting credit for retirement.

The cash value of a non-probationary employee's unused Personal Leave shall be paid to that employee within 72 business hours upon termination of employment. The cash value of a probationary employee's unused Personal Leave shall not be paid to that employee upon termination of employment.

20567
Wade v. Ilisagvik College



Ilisagvik College Employee Handbook - Approved: 9/7/01        29



## Other Paid Leaves

Regular full-time, Regular part-time, and Regular faculty employees who work a minimum of 18.75 hours per week may be eligible for other Paid Leave. Employees must submit a Request for Leave form to their supervisors in advance of the anticipated absence, stating the purpose for and duration of the requested Leave. Other Paid Leave includes the following:

### Military Leave
It is the intent of Iḷisaġvik College to establish conditions under which employees may fulfill a military service obligation of stated duration without loss of seniority or related employee benefits, in accordance with federal law.

An employee who is a member of the U.S. Armed Forces Reserve or National Guard is eligible for up to 16.5 days paid leave per calendar year to fulfill military training obligations, and will be granted an unpaid leave of absence when called for active duty. The employee may use Personal Leave for this purpose if requested in writing at least two weeks prior to taking this leave.

If an employee is inducted into a branch of the U.S. Armed Forces for an extended or indefinite period of time, upon discharge, the employee may be eligible for rehire in accordance with federal law. If the employee left in good standing, Iḷisaġvik College will make every reasonable attempt at reinstatement. The veteran must provide a discharge certificate proving satisfactory completion of the military obligation in order to receive re-employment benefits pursuant to this policy.

### Jury and Civic Duty
Iḷisaġvik College provides employees with up to 15 days paid time off to fulfill civic duty obligations. Civic duty is defined as jury duty or participation as a witness in a court or agency hearing for which you have been issued a subpoena and for which you are not a party. Employees must reimburse to the College any compensation (excluding per diem) that is paid for those services earned during the employee's regular work hours.

### Public Service Leave
Employees are encouraged to become involved in local, state and other non-profit public boards, commissions, councils and other organizations that provide meaningful public service for North Slope residents. If meetings and other functions occur during regular College working hours, the College may provide employees compensation for their regular working hours. However, employees will not receive their regular compensation if they accept an honorarium or loss-of-pay or if meetings and other functions occur after normal working hours or on weekends. In the event any travel is required, the College will not be responsible for providing travel, per diem, or other costs for attendance, unless such



participation falls within the employee's College responsibilities. Memberships on for-profit corporation boards are not considered public service.

1) An employee who seeks to use Public Service Leave must obtain prior written approval from the Department Dean, Human Resources Director, and the President at least three (3) days prior to taking the Leave.

2) This rule does not apply to employees using approved Personal Leave.

3) Public Service Leave may not exceed ten (10) days per year.

## Leave Without Pay

Iḷisaġvik College recognizes that there may be times when employees need to take time off from work, for either a short or extended period of time. In these situations, you must request leave in writing. This request must be approved in writing by your supervisor. A decision will be made on a case-by-case basis and will depend on the nature of the employee's request and the institutional needs of the College. Granting Leave is solely at the discretion of Iḷisaġvik College.

All accrued Personal Leave must be used before Leave Without Pay will be granted. Employees must submit a Request for Leave Without Pay to their supervisors in advance of the anticipated Leave date, stating the purpose for, and duration of, the requested Leave.

Leave Without Pay includes, but is not limited to, Family Leave, Medical Leave, and Subsistence Leave.

### Family Leave and Medical Leave

Eligibility and Benefit
Regular employees may be eligible for Family Leave or Medical Leave if they have worked for Iḷisaġvik College for at least:

- 35 hours per week for at least six (6) consecutive months; or
- 17.5 hours per week for at least twelve (12) consecutive months

immediately preceding the Leave request. An employee may be eligible for Leave upon the occurrence of any of the following circumstances:

1) Pregnancy;

2) The birth or adoption of your child;

3) Your own serious medical illness that prevents you from working; or

20569
Wade v. Ilisagvik College


Iḷisaġvik College Employee Handbook - Approved: 9/7/01    31

4) The serious medical illness of an immediate family member (spouse, child under age 18 unless disabled, or parent).

The right to take this Leave because of pregnancy, childbirth, or adoption expires on the date one (1) year after the birth or placement of the child. Leave is unpaid unless covered by Workers' Compensation or other insurance. Each time Leave is taken, the available Leave entitlement is the balance of the 12 weeks not used in the preceding 12-month period. The College may require employees to exhaust accrued Paid Leave before requesting Family Leave or Medical Leave. This Leave counts toward the employee's annual credit under the Family and Medical Leave Act (FMLA).

Requirements
If the need for Leave is foreseeable, the employee must provide Iḷisaġvik College with a written request for the Leave at least 30 days in advance of the requested Leave date. If not foreseeable, the employee is expected to request Leave as soon as reasonably possible. The written request must include the reason for the Leave, its duration, and starting and return dates. In addition, if Leave is for your own serious health condition or that of a family member, you will be required to furnish medical certification of the serious health condition. Iḷisaġvik College may require a second or third opinion at Iḷisaġvik College's expense. Periodic re-certification may be required. If the Leave was for your own serious health condition, you may be required to furnish a Fitness for Duty report or a Work Release from a certified health care provider before you can return to work. In the event of failure or refusal to supply required physician certification, or if the certification does not clearly show sufficient disability to preclude the employee from the performance of duties, the supervisor and Human Resources Director may cancel the Family Leave or Medical Leave and require the employee to report for duty on a specified date.

Continuation of Benefits
Employees taking leave under the FMLA are entitled to continue their health benefits during the Leave. Iḷisaġvik College will pay the employer portion of insurance coverage if the employee was covered by this benefit before starting the Leave. The employee is responsible for paying the employee's portion of any premiums. An employee's use of FMLA Leave will not result in the loss of any benefit that accrued prior to the start of Leave, including vacation or personal time.

Return to Work
Upon returning from Leave, the employee will be reinstated to the same or an equivalent position. As allowed by law, certain key employees may be



denied reinstatement to prevent substantial and grievous economic injury to Iḷisaġvik College operations.

### Subsistence Leave

A Regular full-time employee is entitled to ten (10) working days of non-compensated Subsistence Leave each calendar year (January 1 – December 31).

# Extended Medical Program

In the event of a prolonged illness, the Extended Medical Program allows qualified employees to build up a reserve that can be used to limit or prevent loss of income.

1. All Regular and Rotation Schedule full-time, part-time, and Regular faculty employees who work a minimum of 18.75 hours per week are eligible to accrue Extended Medical hours. Temporary or probationary employees, adjunct faculty, emergency hire employees and relief employees are not eligible to accrue extended medical hours.

2. Extended Medical hours shall be accrued from the initial date of hire, but may not be used until the completion of the employee's probationary period. Regular faculty may use accrued Extended Medical hours after working ninety (90) days.

3. Employees shall accrue Extended Medical Leave by the actual number of paid hours worked and paid time off. However, overtime and On-call hours shall be excluded from the hours used to determine accrual of Extended Medical leave.

4. Rate of accrual for eligible employees:

|  | Days Per Year | Hours Per Year |
| --- | --- | --- |
| Regardless of length of service | 6 | 45 |

Extended Medical Leave may only be used after an employee has incurred a disability with a duration of three (3) working days or more (the first three days will be Personal Leave, if available, or Leave Without Pay). However, an employee may have immediate access to Extended Medical Leave in the following circumstances:

20571
Wade v. Iḷisaġvik College


Iḷisaġvik College Employee Handbook - Approved: 9/7/01        33

a. Surgical procedure, inpatient or outpatient, including pre-surgical preparation; or

b. Inpatient or outpatient visits outside of Barrow for procedures/tests not available within the North Slope Borough; or

c. Admission as an inpatient to any treatment facility.

There shall be no limitation to the amount of Extended Medical Leave accrued.

Procedure for Scheduling Extended Medical Leave

a. Prior to becoming eligible to utilize Extended Medical pay, an employee must submit a physician's statement attached to a regular Leave Request.

b. Employees who are unable to return to work upon expiration of their Extended Medical Leave may use their balance of any accrued Personal Leave. If the employee has exhausted all accrued Leave, the employee may request Leave Without Pay. Failure to apply for Leave Without Pay upon expiration of all available annual Leave and Extended Medical Leave may result in an automatic termination of employment.

If a scheduled holiday observed by the College falls within an employee's paid Leave, the day will be considered a day of holiday pay, and will not reduce the employee's time in the Extended Medical bank.

Extended Medical hours have no cash value. Persons terminating employment with the College will forfeit any and all Extended Medical hours accrued and not taken. If re-hired, the Extended Medical hours in the bank will start again from zero.

# Holidays

Ilisaġvik College recognizes certain holidays and grants eligible employees time off with pay on such days.

A. A schedule of holidays will be posted at all locations at the beginning of each calendar year.

B. Regular full-time and Regular part-time employees will receive time off with up to eight (8) hours pay for holidays that fall on scheduled workdays. Part-time employees will not be paid for a holiday that is not part of the employee's normally scheduled workweek. Employees are eligible for holiday pay from their date of hire. Employees who are temporary,

20572
Wade v. Ilisagvik College


Ilisaġvik College Employee Handbook - Approved: 9/7/01        34

# DISCIPLINE AND TERMINATION OF EMPLOYMENT

## Discipline

Iḷisaġvik College may discipline any of its employees for failure to comply with the Employee Handbook, Iḷisaġvik College Code of Ethics, other College rules, policies, directives, health, safety and welfare regulations, federal, state, or local law, insubordination, or any other grounds deemed appropriate in the College's discretion. Iḷisaġvik College strives to enhance, improve and correct the performance or behavior of its employees through performance management, including, but not limited to, suggestions, verbal warnings, written reprimands and/or performance improvement plans. Discipline will ordinarily be assessed only after giving the employee an opportunity to respond to the alleged violations. However, exceptional circumstances may require immediate disciplinary action. Under such circumstances, Iḷisaġvik College specifically reserves the right to discipline an employee without providing notice of the charge and an opportunity to respond.

The above-stated grounds for discipline are not an exclusive remedy and do not in any way limit or modify other remedies available to Iḷisaġvik College. The College reserves the right to terminate an employee at any time for cause.

## Suspension

Iḷisaġvik College may suspend an employee, with or without pay, for disciplinary reasons, pending investigation, or other purposes. The department Dean and Human Resources Director are authorized to place an employee on suspension, with approval of the President.

## Termination for Cause

Employees may be dismissed from employment for cause. When disciplinary efforts fail to achieve a satisfactory change in the employee's performance or behavior, the conduct cannot be remedied, or on those occasions where an infraction is of a particularly serious nature, the College may terminate the employment of an employee. The decision to terminate shall be made by the department Dean and the Human Resources Director, with the approval of the



20581
Wade v. Ilisagvik College

Iḷisaġvik College Employee Handbook - Approved: 9/7/01          43



# GRIEVANCE PROCEDURE

It is the policy of Iḷisaġvik College to ensure that employees are treated fairly and equitably on matters affecting their employment. Regular and Rotation schedule, full-time and part-time, and Regular faculty employees of Iḷisaġvik College who believe they have not been treated fairly or equitably and have attempted to resolve their concerns with their immediate supervisors, may file a Grievance in accordance with the procedures set forth below. While temporary and adjunct employees are encouraged to bring work-related problems to their immediate supervisors, they are not eligible to file a Grievance.

## General Provisions

Employees are encouraged to resolve employment-related matters by discussing their concerns informally with their immediate supervisor. The purpose of the Grievance procedure is to secure at the lowest administrative level a fair, equitable and expeditious solution to a perceived problem. Grievances may be filed by employees to resolve disputes on matters affecting their employment, including claimed violations of Iḷisaġvik College policy. Notwithstanding, the amounts of an individual employee's compensation, reduction in force, lay-off or dismissal from employment are not grievable.

At any step of this process, timelines may be extended by written agreement of all parties involved. At any step in the Grievance procedure, except the informal discussion with the employee's immediate supervisor, the grievant has the right to be represented by a person of his or her own choosing.

## Process

**Step 1: Filing a Written Grievance**
An employee must initiate the Grievance process no later than thirty (30) calendar days from the date that the employee knew or should have known of the alleged problem or violation. Within this timeframe, an aggrieved employee may submit a written Grievance to his/her immediate supervisor, setting forth with reasonable specificity the facts and circumstances as clearly as possible. All Grievances shall identify the provision(s) alleged to have been violated, shall state the specific redress sought, and shall be signed and dated by the employee. The Grievance must include all pertinent documentation.

**Step 2: Meeting With Supervisors**
Within five (5) working days from the date a Grievance is filed, an informal meeting will be held with the grievant and the grievant's immediate supervisor. If circumstances warrant, the meeting shall include the grievant's second-level supervisor. The purpose of this meeting is to attempt to resolve the employee's

 

concern(s). The supervisor(s) will provide the grievant with a written response to the Grievance within five (5) working days after the Step 2 meeting.

### Step 3: Appeal

If the grievant is not satisfied with the response from Step 2, he/she may file an Appeal with the Executive Vice President (or designee) within five (5) working days of the supervisor's response. The Appeal must be submitted in writing, and include the Step 2 response and all of the documentation required in Step 1. An Appeal will not be considered if it is not submitted in writing.

The Executive Vice President (or designee) shall review the Appeal and all supporting documentation. The Executive Vice President may request additional information from the parties. The Executive Vice President shall provide a final written decision to the parties within ten (10) working days after the Appeal is received.




## Placement in Rank by Discipline

| Academic/Business * | Vocational/Technical ** | Cultural Studies * |
|---|---|---|
| Humanities | Automotive Technology | Alaska Native Language |
| Social Sciences | Aviation | Alaska Native Studies |
| Natural Sciences | Construction Trades | Iñupiat Language |
| Business | Diesel Technology | Iñupiat Cultural Studies |
| Computer Information & Business Systems | Emergency Medical Technology | Iñupiat Language & Culture |
| Mathematics | Fire Science | |
| Office Systems | Mechanics | |
| Accounting | Industrial Mechanics | |
| English/Communications | Heavy Equipment Operations | |
| Fine Arts | Industrial Safety | |
| Education/ECE | Water/Wastewater | |
| Health Sciences | Welding Technology | |
| Human Services | | |
| Journalism | | |
| Justice | | |
| Social Work | | |
| Developmental Studies | | |
| Library Science | | |
| ESL | | |

\*   Rank is granted in one of the disciplines listed or in an appropriate sub- discipline (e.g., English, Mathematics, Biology, Iñupiat Language, etc.)
\*\*  Rank is granted in Vocational Trades.

## Affiliate Appointments

Individuals who are employed by agencies, colleges or universities that are not associated with Iḷisaġvik College may be appointed as Affiliate Faculty to provide teaching or research activities for the College. Individuals holding affiliate appointments may be appointed to rank, but are not employees of Iḷisaġvik College and are not eligible for compensation or benefits from the College.

## Contracts

All faculty members shall be employed by Iḷisaġvik College pursuant to the terms of a written employment contract for a specified term of employment. The contract shall define professional responsibilities during the specified term of employment. The College reserves the right to transfer or reassign faculty in the best interests of the College. Faculty are not tenured and have no expectation of continued employment.



20587
Wade v. Iḷisaġvik College

## Rank and Promotion System

| | Academic/Business* | Vocational/Technical** | Cultural Studies* |
|---|---|---|---|
| Instructor | Master's degree in appropriate field. | Journeyman status in the trade or technical field or other comparable credential. | Recognized expert status in Iñupiat language or culture. |
| Assistant Professor | Master's degree in discipline and two years post-secondary teaching experience at an accredited institution, or doctorate in appropriate field. | Journeyman status in the trade or technical field or other comparable credential, and Associate's degree and two years post-secondary teaching experience at an accredited institution or equivalent. | Recognized expert status, Associate's degree in appropriate discipline, plus two years post-secondary teaching experience at an accredited institution. |
| Associate Professor | Master's degree plus 30 graduate credits in the discipline or doctorate and a minimum of 5 consecutive years in rank as an Assistant Professor. | Journeyman status in the trade or technical field or other comparable credential, a Bachelor's degree and a minimum of 5 consecutive years in rank as an Assistant Professor. | Recognized expert status, a Bachelor's degree in appropriate discipline, and a minimum of 5 consecutive years in rank as an Assistant Professor. |
| Professor | Doctoral degree in appropriate discipline and a minimum of 5 consecutive years in rank as an Associate Professor. | Journeyman status in the trade or technical field or other comparable credential, a Master's degree in appropriate discipline and a minimum of 5 consecutive years in rank as an Associate Professor. | Recognized expert status, a Master's degree in appropriate discipline and a minimum of 5 consecutive years in rank as an Associate Professor. |

\* Rank is granted in the specific discipline (e.g., English, Math, Social Science, Iñupiat, etc.)

\*\* Rank is granted in Vocational/Technical Trades