# Receipt & Acknowledgment
## of
## Iḷisaġvik College Employee Handbook

My signature below acknowledges that I received this Iḷisaġvik College Employee Handbook on _8/22/00_. My signature below also authorizes Iḷisaġvik College to release information regarding my job performance in good faith to prospective employers upon request.

I understand that I am responsible for reading and complying with the contents of this Handbook. I also understand that when I terminate employment with the College, I will return the Handbook to my supervisor.

_Bobbie J. Wade_
Employee Signature

_August 22, 2000_
Date

Supervisor: Please return a copy of the signed form to the College Human Resources Office for placement in the employee's personnel file.


EXHIBIT 6


Iḷisaġvik College Employee Handbook


EXHIBIT
Page 1 of 3

20349
Wade v. Iḷisagvik College

# Receipt & Acknowledgment
## of
## Iḷisaġvik College
## Employee Handbook

My signature below acknowledges that I received a copy of Iḷisaġvik College's ("College") Employee Handbook. I acknowledge that I have read the Handbook and that I am responsible for knowing and complying with its contents. I understand that the Handbook and its policies are not a contract or an offer to enter into a contract. I further acknowledge that:

1. Iḷisaġvik College reserves the right to modify, revoke, suspend, terminate or change any plans, policies or procedures, in whole or in part, at any time with or without notice.

2. Iḷisaġvik College expressly revokes and rescinds any and all prior personnel policy and procedures manuals and handbooks.

3. Upon termination of my employment with the College, I will return this Handbook to my Supervisor.

_Bobbi J. Wade_
Employee Name (Print)

_Bobbi J. Wade_
Employee Signature

_9/21/01_
Date

Supervisor: Please return this <u>original</u>, signed, and dated form to the Human Resources Office for placement in the employee's personnel file.

EXHIBIT 8

 Iḷisaġvik College Employee Handbook - Approved: 9/7/01

20348
Wade v. Iḷisaġvik College

 

# Receipt & Acknowledgment
## of
## Iḷisaġvik College
## Employee Handbook Insert
## [Revision: Effective 2/1/02]

*My signature below acknowledges that I received a copy of the revisions to Iḷisaġvik College's Employee Handbook. I understand that their effective date is February 1, 2002, and I acknowledge that I have read these revisions and am responsible for knowing and complying with their contents.*

Bobbi J. Wade
**Employee Name (Print)**

Bobbi J. Wade
**Employee Signature**

1/10/02
**Date**

**Supervisor:** Please return this <u>original</u>, signed, and dated form to the Human Resources Office for placement in the employee's personnel file.



EXHIBIT
9

20347
Wade v. Iḷisagvik College

