

Ilisaġvik College
P.O. Box 749 • Barrow, Alaska 99723
☎ (907) 852-3333   Fax (907) 852-2729

# REQUEST FOR LEAVE

Name: Bobbi Wade

Department: Academics          Date of Request: 6/24/02

Number of Days or Hours: 2 Days    Begin: 6/27/02  8:00 AM/PM    End: 6/28/02  4:30 AM/PM
                                         Month  Day   Hour              Month  Day   Hour

Type of Leave Requested:
- ☒ Personal
- ☐ Public Service
- ☐ Subsistence
- ☐ Military
- ☐ Family Medical Leave
- ☐ Medical Leave
- ☐ Jury Duty
- ☐ Leave Without Pay
- ☐ Worker's Compensation

| | |
|---|---|
| Personal: | Sick Leave, Vacation, Subpoenaed Witness (Requires copy of subpoena) |
| Subsistence: | Maximum of 10 days per calendar year: Unpaid Leave |
| Jury Duty: | Maximum of 15 days per calendar year (Requires copy of jury summons and that court provided compensation be given to Ilisaġvik College.): Paid Leave |
| Military: | Maximum of 16.5 days per calendar year (Requires copy of orders): Paid Leave |
| Family Medical Leave: | Maximum of 12 weeks per calendar year (Requires copy of Doctor's verification): Unpaid Leave |
| Medical Leave: | Requires copy of Doctor's verification: Paid Leave |
| Public Service: | Maximum of 10 days per calendar year (Requires minimum 3 days prior approval. If honorarium received, Personal Leave must be taken or honorarium turned over to Ilisaġvik College.) |
| Other: | Any other type of leave not described above (Requires explanation below) |

Comments: _____

Employee Signature: *Bobbi J. Wade*    Date: 6/21/02

Payroll Verification of Hours Available: As of 6/28/02 PL= 15.0 BW (FACLEA)   Date: 7-1-02

Department Supervisor Approval: *F.J. Utuk*    Date: 6-25-02

Human Resources Approval: _____    Date: _____
(Not Required for Personal Leaves)

200462

* * * All Signatures Must be Obtained Prior to Leave Date. * * *

Distribution:   White - Human Resources   Canary - Payroll   Pink - Employee   Golden - Department       03/01/02

EXHIBIT K
Page 1 of 1