

Iḷisaġvik College
P.O. Box 749 • Barrow, Alaska 99723
☎ (907) 852-3333   Fax (907) 852-2729

# REQUEST FOR LEAVE

Name: Bobbi Wade

Department: Academic     Date of Request: 06/13/02

Number of Days or Hours: 2 Days   Begin: 06/14/02  8:00 AM/PM   End: 06/17/02  4:30 AM/PM
                                         Month Day Hour              Month Day Hour

Type of Leave Requested:
- ☒ Personal  ☐ Public Service  ☐ Subsistence
- ☐ Military  ☐ Family Medical Leave  ☐ Medical Leave
- ☐ Jury Duty  ☐ Leave Without Pay  ☐ Worker's Compensation

Personal: Sick Leave, Vacation, Subpoenaed Witness (Requires copy of subpoena)
Subsistence: Maximum of 10 days per calendar year: Unpaid Leave
Jury Duty: Maximum of 15 days per calendar year (Requires copy of jury summons and that court provided compensation be given to Iḷisaġvik College.): Paid Leave
Military: Maximum of 16.5 days per calendar year (Requires copy of orders): Paid Leave
Family Medical Leave: Maximum of 12 weeks per calendar year (Requires copy of Doctor's verification): Unpaid Leave
Medical Leave: Requires copy of Doctor's verification: Paid Leave
Public Service: Maximum of 10 days per calendar year (Requires minimum 3 days prior approval. If honorarium received, Personal Leave must be taken or honorarium turned over to Iḷisaġvik College.)
Other: Any other type of leave not described above (Requires explanation below)

Comments: _____

Employee Signature: *Bobbi J. Wade*   Date: 6/13/02

Payroll Verification of Hours Available: As of 5/31/02 PL=45.0 BW   Date: 6-13-02

Department Supervisor Approval: *Barbara R Wilson* Acting   Date: 13 June 02

Human Resources Approval: _____   Date: _____
(Not Required for Personal Leaves)

200463

\* \* \* All Signatures Must be Obtained Prior to Leave Date. \* \* \*

Distribution:   White - Human Resources   Canary - Payroll   Pink - Employee   Golden - Department   03/01/02

