

Ilisaġvik College
P.O. Box 749 • Barrow, Alaska 99723
☎ (907) 852-3333   Fax (907) 852-2729

# ILISAĠVIK COLLEGE — REQUEST FOR LEAVE

Name: **Bobbi J. Wade**

Department: **Business & Management**   Date of Request: **5/2/03**

Number of Days or Hours: **11**   Begin: **June 16  8:30 AM**   End: **June 30  5:00 PM**
(Month / Day / Hour)

Type of Leave Requested:
- ☒ Personal
- ☐ Public Service
- ☐ Subsistence
- ☐ Military
- ☐ Family Medical Leave
- ☐ Extended Medical Leave
- ☐ Jury Duty
- ☐ Leave Without Pay

Personal: Sick Leave, Vacation, Subpoenaed Witness (Requires copy of subpoena)
Subsistence: Maximum of 10 days per calendar year: Unpaid Leave
Jury Duty: Maximum of 15 days per calendar year (Requires copy of jury summons and that court provided compensation be given to Ilisaġvik College.): Paid Leave
Military: Maximum of 16.5 days per calendar year (Requires copy of orders): Paid Leave
Family Medical Leave: Maximum of 12 weeks per calendar year (Requires copy of Doctor's verification): Unpaid Leave
Extended Illness Leave: Requires copy of Doctor's verification: Paid Leave
Public Service: Maximum of 10 days per calendar year (Requires minimum 3 days prior approval. If honorarium received, Personal Leave must be taken or honorarium turned over to Ilisaġvik College.)
Other: Any other type of leave not described above (Requires explanation below)

Comments: _____

Employee Signature: **Bobbi J. Wade**   Date: **5/2/03**
Payroll Verification of Hours Available: **As of 4/18/03  90.0**   Date: **5/2/03**
Department Supervisor Approval: **Edna A. MacLean**   Date: **5/5/03**
Human Resources Approval: _____   Date: _____
(Not Required for Personal Leaves)

200459

\* \* \* All Signatures Must be Obtained Prior to Leave Date. \* \* \*

Distribution:   White - Human Resources   Canary - Payroll   Pink - Employee   Golden - Department   9/14/99



EXHIBIT M
Page 1 of 1