**Tialutrell McCormick**

**From:** Donald C. Hoke
**Sent:** Tuesday, March 19, 2002 12:56 PM
**To:** Bobbi Wade
**Subject:** RE: Leave-time

Hello Bobbi

As I understand it, if you have no teaching obligations over those days, you are certainly free to use any available personal time you might have coming to you. (I'd check with Frank before you get tickets). Seems like a good trip – tak'in Blue Tick dogs through the hills of Tennessee. I can almost hear the banjos plunking as you ride along! Stop by when you wish – you're always welcome.

-----Original Message-----
**From:** Bobbi Wade
**Sent:** Tuesday, March 19, 2002 12:15 PM
**To:** Donald C. Hoke
**Subject:** Leave-time

Hi, Don:

If I have leave-time, will I be permitted to take it from May 2, to May 12? Or will those days be blackout days? I need to accompany my granddaughter to Tennessee because she has two dogs and can't handle them both by herself. Also, I would like to go over and talk with you for a few minutes whenever you have the time—nothing pressing because everything looks good---just a chat, Thanks.

Bobbi

24788
Wade v. Ilisagvik

11/25/2005