Page 1 of 1

11/7 - Explained
Med leave
Contract leave, etc
to BW -

## Pam Taylor

From: Bobbi Wade
Sent: Thursday, November 07, 2002 1:53 PM
To: Pam Taylor
Subject: Leave

Hi Pam:

   My son has been critically ill for the past few months, and I have been waiting to take leave until I could end the semester. I have everything worked out so that I could leave on the 5th of Dec. by taking 10 days of my personal leave. Angie understands that I can only take 6 days unless I take 4 of those days without pay. But, I was advised by my doctor last week (and she has written letters of verification) to go out of Barrow to have tests made—nothing wrong, just precautionary measures). I didn't think to mention this aspect to Angie.

   So, my purpose of the ten days will be for my own medical attention, and also to see my son who is critically ill and to spend the Christmas holidays with him. Can I take 10 days off without losing pay? If I took the whole 12 days, I could actually leave at Thanksgiving. My return will be January 2, 2003 no matter the departure date. Give me a status quo. Thanks,

Bobbi

11/8/2002

200461

EXHIBIT
Page 1 of 1