

April 17, 2002

Bobbi J. Wade

Subject:          *Employment Offer*

Dear Ms. Wade:

I am pleased to offer you the full-time faculty contract position of Assistant Professor, Business Management with Iḷisaġvik College for 2002-2003.

**Salary:** Your salary will be an annualized amount equal to $75,477.00 per year. Iḷisaġvik College pays every second Friday, one week in arrears of time worked.

**Paid Time Off:** You will be eligible to receive ten (10) days of paid time off, which includes two (2) paid holidays and eight (8) days of paid time off, during the Winter Holiday period scheduled from December 23, 2002 through January 3, 2003. You are also eligible for twelve (12) days of paid sick leave. At your discretion, you may elect to use up to six (6) of these paid sick leave days for personal paid time off. Paid sick leave and paid Winter Holiday leaves will not have cash value, do not accrue, and are forfeited if not used during the term of your contract.

**Benefits:** As a full-time faculty employee, you will be eligible for company-provided health, dental, vision, and life insurance benefits. All company-provided benefits will be issued to the employee only. If you would like to include your dependents on the provided plan, there will be an additional payroll-deducted cost.

**Public Employee Retirement System (PERS):** You are required to participate in the State of Alaska Public Employee Retirement System of which Iḷisaġvik College is a participant. Payroll deductions of 6.75%, as payments into PERS, will be deducted with your paycheck.

Sincerely,

*Edna A. MacLean*
Edna Ahgeak MacLean, Ph.D.
President

EXHIBIT 11

20397
Wade v. Ilisagvik College



P.O. Box 749    Barrow, Alaska 99723    907-852-3333    Fax 907-852-2729
*Serving the Residents of the North Slope*





# ILISAGVIK COLLEGE
### Professional Employment Contract

*Academic Instructor 2002-03*

This contract is between Ilisagvik College (the "College") and Bobbi J. Wade ("Employee") for the position of Academic Instructor, a professional, exempt position. In support of Ilisagvik College's mission, the Academic Instructor is expected to assist in the recruitment, retention and mentoring of Ilisagvik College students, and participate in the shared governance of Ilisagvik College for the delivery of education programs. The College and the Employee mutually agree as follows:

1. *Duties*. Employee shall perform the duties of Assistant Professor, Business Management for the College. Employee agrees to perform the duties and responsibilities as set forth in the attached "Academic Instructional Responsibilities," which is incorporated herein as Attachment A. Employee agrees to comply with federal and state laws that pertain to this position, policies and regulations of the College and directions of College Administration (both oral and written) and the Code of Ethics outlined in the Employee Handbook, as the foregoing may from time to time be amended. The College reserves the right to assign Employee in the best interests of the College to any position for which Employee is qualified. Unless otherwise excused or directed in writing, Employee shall be available in Barrow, Alaska to perform the duties for this position during the College's normal scheduled operating hours.

2. *Term*. The term of this contract is July 1, 2002 and shall continue in force and effect until the 30th day of June, 2003. Employee is expected to report for work on or before August 15, 2002, unless otherwise specified in an Addendum to this contract. It is expressly understood and agreed by the parties that Employee's position is not tenured and that Employee shall not acquire tenured status as an employee of the College by reason of this employment contract. This contract does not provide any right of employment following expiration of the contract term.

3. *Salary*. The annual salary for the term of this contract shall be $75,477.00 payable in substantially equal bi-weekly installments based on 260 days of service per contract year. For purposes of calculating leave without pay, or the Employee's per diem salary rate only, the Employee's salary rate is $290.30 per day (calculated by dividing annual salary by number of service days per contract year). Except as provided in Attachment A, Employee is not entitled to overtime pay or additional compensation for any work performed on weekends, holidays, outside of normal working hours or days or in excess of 260 days of service per contract year.

20398
Wade v. Ilisagvik College

P.O. BOX 749   BARROW, ALASKA 99723   907-852-3333   FAX 907-852-2729
*emic Instructor Contract 2002-03* IDENTS OF THE NORTH SLOPE   Page 1



4. *Benefits*. Employee is eligible for benefits provided by the College, according to the policies and procedures set forth in the Employee Handbook, and as may from time to time be modified at the sole discretion of the College. Currently, these benefits include retirement contributions, health, dental, vision and life insurance, and the following paid leave:

   a) *Paid Time Off*. Employee is entitled to a total of twelve (12) paid days leave, without salary deduction, during the term of this contract, which may be used for paid personal injury or illness (sick leave). Up to six (6) of the twelve (12) days may be used for paid personal time off in lieu of sick leave. Use of Paid Time Off requires reasonable advance notice and is subject to the policies and procedures contained in the Employee Handbook, as may be amended from time to time. Paid sick leave does not have cash value, does not accrue, and is forfeited if not used during the term of your contract.

   b) *Winter Holiday Leave*. Employee is eligible to receive ten (10) days of paid time off, which includes two (2) paid holidays and eight (8) days of paid time off, during the Winter Holiday period scheduled from December 23, 2002 through January 3, 2003. Paid Winter Holiday leave does not have cash value, does not accrue, and is forfeited if not used during the term of your contract.

   Unexcused time off, or time off where no paid leave is available, shall be taken as leave without pay, deducted at the instructor's per diem salary rate, subject to the policies and procedures contained in the Employee Handbook.

5. *Drug Testing and Substance Abuse*. Employee understands and agrees to comply with the College's drug testing and substance abuse policy as may from time to time be amended. Failure to take or pass the drug screening as provided in the policy may result in termination of employment.

6. *Other Employment*. Employee shall devote his/her full time to the duties of his/her employment with the College and shall not accept any other employment or fee during the term of this Agreement without first obtaining the written consent of Employee's immediate supervisor.

7. *Work Product*. Employee's work product is the property of the College if such work product, or any part of such work product, is developed or otherwise derived as part of the Employee's responsibilities to the College, on College time, or with College resources or the assistance of College instructors, staff or students. Work product includes, but is not limited to, materials, curriculum, instructional materials, including those materials developed with the use of Blackboard software or other methods of delivery, devices, research, discoveries, software, reports or publications created as part of the Employee's responsibilities to the College.



*emic Instructor Contract 2002-03*                                                    *Page 2*

8. *Point of Hire.* Employee agrees that the point of hire of this contract is Barrow, Alaska. Employee specifically waives all rights to return transportation as outlined in AS 23.10.375-.400.

9. *Payroll Deductions.* Employee authorizes the College to make regular deductions from the Employee's paycheck for mandatory contributions to the State of Alaska Public Employees Retirement System (PERS) and as otherwise authorized or required by law, the terms of this contract or Employee Handbook.

10. *Termination.* This Agreement may be terminated on mutual consent or by the College for cause in accordance with Trustees Policy and the Employee Handbook.

11. *Liquidated Damages.* It is expressly understood and agreed by the parties that Employee receives full salary and benefits from July 1, 2002 and that Employee has no duty to report or job duties until August 15, 2002 (unless otherwise specified in an Addendum to this contract). If Employee resigns effective prior to December 31, 2002, Employee shall be liable to the College as liquidated damages the amount of Employee's salary for the time period of July 1 through August 15, 2002. If Employee resigns effective January 1, 2003 through the expiration of this contract, or otherwise terminates this contract without consent of the College, Employee shall be liable for liquidated damages in the amount of $2,500. Employee agrees that the liquidated damages set forth herein may be withheld from any amounts due and owing to Employee from the College, or otherwise collected in accordance with law.

12. *Final Paycheck.* The College may withhold the Employee's final paycheck pending submission of summaries, statistics, documents, College property, or pending resolution of salary or compensation disputes. Employee waives the right to receive final payment within three (3) business days following termination or expiration of this Agreement as provided by AS 23.05.140. The College shall issue final payment within five (5) business days after verified submission or resolution of the foregoing.

13. *Effective Date.* This contract shall become effective only after it is signed by Employee, returned to the College and signed by the President of the College. This Agreement must be signed by Employee and returned to the College within twenty (20) calendar days of receipt or the Agreement is void.

14. *Interpretation and Venue.* This contract shall be interpreted according to the laws of the State of Alaska and shall not be construed against the drafter hereof. Venue for any action brought under this contract shall be Barrow, Alaska. In the event any provision of this contract is found by a court of competent jurisdiction to be invalid, such provision shall be stricken but the remainder of the contract shall remain in full force and effect.



*emic Instructor Contract 2002-03*       20400
                                          Wade v. Ilisagvik College         *Page 3*

Page 4 of 8

15. *Modification.* This contract, Attachment A and any Addendum thereto constitutes the full and complete agreement between the parties. Any oral agreement between the parties shall be null and void. This contract shall be modified only in writing.

## ACCEPTANCE

I HEREBY ACCEPT THIS CONTRACT AND THE TERMS, CONDITIONS AND PROVISIONS HEREIN.

*Bobbi J. Wade*                *April 22, 2002*
Employee                       Date

THIS CONTRACT IS HEREBY APPROVED AND ACCEPTED ON BEHALF OF THE COLLEGE.

*Edna A. MacLean*              *5/10/02*
Edna Ahgeak MacLean, Ph.D.     Date
President

## ATTACHMENT A

*Academic Instructional Responsibilities*
*2002-03*

Ilisagvik College recognizes its faculty as an integral part in fulfilling its mission to provide quality education and training to students. To this end, faculty are expected to be involved in student life at Ilisagvik College by serving as a resource for students outside of the classroom. In providing excellence in educating Ilisagvik College students, an outstanding faculty member demonstrates commitment to Ilisagvik College's mission and goals through interaction with students and colleagues, including the recruitment, retention and mentoring of students, participation in extracurricular events and involvement in Ilisagvik College activities.

Teaching assignments and expectations for 2002-03 are as follows:

*Academic Year*. The College's academic year consists of two full semesters (in the fall and spring) and one summer session (from May through the end of June). Specific dates and a College calendar are published by College administration.

*Academic Instructor Workload*. Academic Instructor workload assignments are bipartite, consisting of a teaching component and a College service component, and other duties as assigned. The instructional Division Director assigns course schedules with input from the academic instructor prior to the start of each semester. Courses that meet student program requirements receive the highest scheduling priority. Academic Instructors are required to deliver twelve (12) credit hours in the fall and spring semesters of teaching and 3 credit hours each semester of College Service and six (6) credit hours in the summer session of instruction and three (3) credits of College service. Assigned workloads are not completed until grades or assigned written reports are submitted. All assignments require the approval of the Dean of Instruction. Thus:

|  | FALL | SPRING | SUMMER |
|---|---|---|---|
| TEACHING | 12 | 12 | 6 |
| COLLEGE SERVICE | 3 Credit Equivalency | 3 Credit Equivalency | 3 Credit Equivalency |

**Part 1: Teaching.** The teaching component of the Academic Instructor workload is satisfied by teaching an assigned number of credit-hour courses. Equivalent assignments may be granted in one (1) credit increments, not to exceed three (3) credits per semester, unless waived in writing by the Dean of Instruction. Equivalent assignments may include individual or independent study courses, individual lab instruction and other instructional functions. Academic instructors are expected to be available to students outside of classroom hours, and are required to post and maintain office hours as set forth herein.



*...mic Instructor Contract 2002-03*
*...mic Instructional Responsibilities*

20402
Wade v. Ilisagvik College

Page 1

P
6 of 8

**Part 2: College Service.** Instructors are required to perform service to or on behalf of Ilisagvik College in equivalent credit hours, as determined by the Division Director and/or Dean of Instruction with the involvement of the instructor. College service shall comport with the College's mission, goals and timelines and must be approved in writing. Activities include, but are not limited to: student advising, recruiting, participating in College committees, curriculum development, distance delivery technology, program coordination and supervision, grant and proposal development and reporting, accreditation support, committee or project leadership, community service, special projects or scholarly activity. The academic instructor must submit a written report or other approved documentation to the Division Director upon completion of service for the assigned period.

*Excess Credit Load.* Academic instructors who accept instructional workloads in excess of twelve (12) credits in the Fall or Spring semesters and/or in excess six (6) credits in the Summer session must receive prior written approval of the Division Director and Dean of Instruction. Academic instructors shall not exceed six (6) additional credit loads per academic year. Academic instructors shall be compensated for excess credit loads at a rate of $1,500 per credit in addition to his/her regular salary, payable at the completion of the additional instructional coursework. Academic instructors shall not receive additional compensation for teaching a cancelled class that would be part of that instructor's excess credit load. Performance of additional teaching credit does not relieve the instructor of his/her obligation to perform College service or to teach the minimum number of credit-hour courses required per semester or session.

*Class Cancellation.* Academic instructors are encouraged to recruit students to enroll in their classes. A minimum enrollment of five (5) students is required per class, unless as otherwise determined by the Dean of Instruction. If a class does not meet the minimum enrollment, the Dean of Instruction and Division Director shall, with the instructor's involvement, determine whether the class will be cancelled, or under what circumstances the class will be taught. The workload for a class with fewer students than the minimum enrollment shall be subject to review. Should an assigned class be cancelled, academic instructors shall complete equivalent hours through curriculum development, online course development or other special projects as assigned by the Division Director and Dean of Instruction. Academic instructors shall not receive additional compensation for a cancelled class that would be part of that instructor's excess credit load.

*Office Hours.* Academic instructors shall be responsible to the College for his/her scheduled class periods plus a minimum of ten (10) office hours per week, scheduled at times convenient for students. Each instructor shall submit an office hours schedule to the Dean of Instruction at the beginning of each semester and/or as scheduled office hours change. The schedule shall also be posted outside the instructor's office.

*Professional Development.* Academic instructors are obligated to remain current in their field and are expected to participate in professional growth activities including, but not limited to, course work, professional association activities, vocational internships or



*emic Instructor Contract 2002-03*
*emic Instructional Responsibilities*

Page 2

20403
Wade v. Ilisagvik College


scholarly activities in the instructor's discipline. Professional development shall be supported by the College based upon availability of funds, with written approval of the Dean of Instruction and in accordance with Board of Trustees Policies.



*emic Instructor Contract 2002-03*
*emic Instructional Responsibilities*

20404
Wade v. Ilisagvik College

*Page 3*