**EXHIBIT**

**76**

**ABU**

**From:** Bobbi Wade
**Sent:** Tuesday, April 13, 2004 7:18 AM
**To:** Sonya Abu
**Subject:** RE: Signature
Courtneay has signature authority for registration while I am out of office. Thanks

> ------Original Message------
> **From:** Sonya Abu
> **Sent:** Mon 4/12/2004 1:18 PM
> **To:** Bobbi Wade
> **Cc:**
> **Subject:** Signature

Bobbi,

        would like to register for the Intro to Welding class which began today. She needs your signature in order to do so. Are you around for her to get that? Please let me know. Thanks.

Sonya Abu

Student Retention Officer

Ilisagvik College

P.O. Box 749

Barrow, AK 99723

ph. (907) 852-1762

fax (907) 852-1814

21126
Wade v. Ilisagvik College

EXHIBIT
Page 1 of 78

Confidential
A05-086 CV (TMB)

**Tialutrell McCormick**

From:    Sonya Abu
Sent:    Monday, April 12, 2004 1:18 PM
To:    Bobbi Wade
Subject: Signature

Bobbi,
    Polly would like to register for the Intro to Welding class which began today.  She needs your signature in order to do so.  Are you around for her to get that?  Please let me know. Thanks.

Sonya Abu
Student Retention Officer
Ilisagvik College
P.O. Box 749
Barrow, AK 99723
ph. (907) 852-1762
fax (907) 852-1814

24032
Wade v. Ilisagvik

Page 2 of 78

11/25/2005

Confidential
A05-086 CV (TMB)

**Tialutrell McCormick**

| | |
|---|---|
| **From:** | Sonya Abu |
| **Sent:** | Thursday, March 04, 2004 2:41 PM |
| **To:** | Bobbi Wade |
| **Subject:** | referrals |

Bobbi,
  I was able to talk with Polly Long.  She said she would get it turned in.  Lucinda has gone out for the afternoon, so I sent her an email, as well as Annie.  Thanks!

Sonya Abu
Student Retention Officer
Ieisabvik College
P.O. Box 749
Barrow, AK  99723
ph. (907) 852-1762
fax (907) 852-1814

24040
Wade v. Ilisagvik
EXHIBIT
Page 3 of 78

Taking IT 140 & 150 before taking prereq IT110, thus failing…

Diana says it's the advisors job,
Advisor's say it's the registrar's job…

In advisor's file, some have unofficial transcript…


-----Original Message-----
**From:** Dawn Robinson
**Sent:** Wednesday, February 18, 2004 11:31 AM
**To:** Diana Perkett
**Cc:** Diana Kennedy; Bobbi Wade
**Subject:** IT 110 Pre-requisites for all computer classes…

Hi Diana,

I have been updating business management and administrative assistant program active students files and A LOT (more than 50%) of them have taken an IT 130 or IT 140 or other IT course before taking the pre-requisite IT 110 course-and most of them have been withdrawn or failed.

Who's job is it to make sure the students have those pre-requisite courses before they are registered and take the subsequent course?  Please advise.

Thanks,

# Dawn Robinson

Ilisagvik College Title III Grant & Academic Prog. Asst.
P. O. Box 749  Barrow, AK  99723
907-852-1816 phone
907-852-1739 fax
dawn.robinson@ilisagvik.cc

21159
Wade  v. Ilisagvik College

EXHIBIT
Page 4 of 28

**From:** Sonya Abu
**Sent:** Friday, February 06, 2004 11:34 AM
**To:** John Tuthill; Diana Perkett
**Subject:** Advising Concern

John and Diana,

I just received a 'referral' from a student about a situation observed yesterday. Reportedly, Bobbi went into a classroom that a group of students were using as a study hall. Bobbi spread out a bunch of papers on a table, and was advising a student she addressed as Price, advising him to transfer to Ilisagvik (from APU) and get his classes here. She gave him a stack of forms and told Price he has to fill out a form for each class, and petition each class in order to have Ilisagvik accept his credits from APU. The student reporting this situation said they thought it was ridiculous that Bobbi sent this student away with such a huge stack of papers to fill out. The student asked me, saying, doesn't the registrar's office do that? The student thought we should get in touch with Price to give him the correct procedure before he filled out all those forms. If that was me transferring, the paper work alone would make me rethink what purpose I had in transferring.

It is my understanding that this student's perception is correct. When a student transfers, the student sends a copy of their transcript to the new school, and the Registrar's office evaluates the credits, determines which are accepted, and informs the student? Please advise.

The student reporting this incident thought that Price's last name might be Brower. Thank you.

*Sonya Abu*

Ilisagvik College
Student Retention Officer
P.O. Box 749  Barrow, AK 99723
ph. 907-852-1762  fax 907-852-1814
sonya.abu@ilisagvik.cc

20768
Wade v. Ilisagvik College

**From:** Sonya Abu
**Sent:** Friday, February 06, 2004 10:25 AM
**To:** John Tuthill
**Subject:** Advising

John,

   I wanted to share some things I learned this morning.

As Dawn has been "organizing" Bobbi's files, she has found that many of the students have not been contacted beyond the initial letter sent out from the registrar.

Bobbi has about 90 files, with 3 programs.   Dawn went through 6 files, none of them had been active the last 3 years.  She asked Bobbi to go through & mark active ones that she knew of from off the top of her head.  She said this cut the files almost in half.

Dawn asked Courtneay how he works with his advisees, if this was how he did it.  Courtneay said he just looks at who is in his classes, and knows in his head who should be graduating, and works from there.

I site these examples, not to point any fingers, for good or bad,  but to illustrate the fact that work needs to be done on training Faculty Advisors.  As I am presently unaware of what training methods have been used in the past, I pass this information along with the willingness to assist in offering the training.  Faculty Advising and Retention go hand in hand, and I will assist as needed and invited.

Dawn informed me that the last academic advising manual was printed in 1999.  She worked on it as part of Title III, under Diana Kennedy.

Some  ideas for improvement that Dawn offered were:
*Training.
*Standardized forms and procedures.
*Updated Degree Checklist
  2 semester plan
  4 semester plan
Orientation for Adjuncts.
In the Academic Advising Manual, standardized procedure…
 As the Instructor, they need to make the effort to contact the students 2 times themselves 1st.
 THEN, they contact the student's advisor and refer the student.
 THEN, the advisor contacts me to refer the student.

Dawn said that the present advising manual states that the instructors need to be making the effort to contact the student themselves,  before passing the referral on to the advisor (and now to me).  I would certainly appreciate that effort, especially for the student to know that the instructor is willing to make the effort to reach out to them.  Nevertheless, working together to determine a standardized procedure would be advantageous, now that we have a feel for the situation.

Dawn closed by saying she didn't know how they know when students are close to graduating, unless the students are actively advising themselves.

I agree with Dawn's ideas for training and standardization.  My faculty advisor at the university

20757
Wade  v. Ilisagvik College

EXHIBIT
Page 6 of 28

met with me at least twice throughout the semester. She had designated days and hours to meet with her advisees, to teach her classes, and to oversee all Senior students' practicums, including site-visits. If she could accomplish that at a university level, I'm not sure what link we are missing in not fully accomplishing it here on a smaller scale. I think a big key would be figuring out forms and procedures to facilitate the process. I have not talked with advisors to know what concerns they face. Having a meeting to discuss their view would be a useful place to begin, from my standing. Thanks for your time.

Sonya Abu
Ilisagvik College
Student Retention Officer
P.O. Box 749  Barrow, AK  99723
ph. 907-852-1762  fax 907-852-1814
sonya.abu@ilisagvik.cc

20758
Wade v. Ilisagvik College

**From:** Bobbi Wade
**Sent:** Monday, February 02, 2004 11:38 AM
**To:** Sonya Abu
**Subject:** RE: CB

Sonya, Clarissa came in last week and we went over a lot of things---at this point, she is right up with her lesson assignments and is doing very good. thanks,
bobbi

-----Original Message-----
**From:** Sonya Abu
**Sent:** Mon 2/2/2004 9:14 AM
**To:** Bobbi Wade
**Cc:**
**Subject:** CB

Bobbi,

I was going to call Clarissa Brower to follow up on the referral you'd given regarding BUS 112, but wanted to first find out how your meeting with her went, and if you feel I should still call her after your discussion with her. Please advise. Thanks.

## Sonya Abu

*Ilisagvik College*

*Student Retention Officer*

P.O. Box 749  Barrow, AK  99723

ph. 907-852-1762  fax 907-852-1814

sonya.abu@ilisagvik.cc

21124
Wade v. Ilisagvik College



Confidential
A05-086 CV (TMB)

## Tialutrell McCormick

| | |
|---|---|
| **From:** | Sonya Abu |
| **Sent:** | Tuesday, February 03, 2004 10:46 AM |
| **To:** | Bobbi Wade |
| **Subject:** | RE: student |

Bobbi,
    Bus 100 is the only class that Sophia is registered for, so having so few credits, she isn't a student that I am asked to focus on~ I don't have any contact or information concerning her, but if I can assist, let me know.

Sonya Abu
Ilisagvik College
Student Retention Officer
ph. 907-852-1762  fax 907-852-1814

-----Original Message-----
**From:** Bobbi Wade
**Sent:** Tuesday, February 03, 2004 10:43 AM
**To:** 'mkeeter2000@yahoo.com'
**Cc:** Sonya Abu
**Subject:** student

Hi Mary Ellen, is Sophia Henry (Bus 100) a teleconference student? She has sent a request to drop the course. Maybe we could find out why she wants to drop. Thanks,

Bobbi

EXHIBIT

Page 9 of 25

24074

Wade v. Ilisagvik

## Tialutrell McCormick

**From:**    Sonya Abu
**Sent:**    Wednesday, January 21, 2004 11:43 AM
**To:**      Rob Carrillo; Bobbi Wade
**Subject:** FW: Meeting

Friday, 11 a.m.  at Hut 58 sounds great!  Rob, how about you?

*Sonya Abu*

**Ilisagvik College**
**Student Retention Officer**
**ph. 907-852-1762  fax 907-852-1814**


-----Original Message-----
**From:** Bobbi Wade
**Sent:** Wednesday, January 21, 2004 11:28 AM
**To:** Sonya Abu
**Subject:** RE: Meeting

Sonya, how about 11:00 am, Friday, you come to Bldg 58 since Rob and I both are already here. I don't know
what Rob's schedule is—let me know. Thanks,
bobbi

24086
Wade v. Ilisagvik.

11/25/2005

## Tialutrell McCormick

**From:** Sonya Abu
**Sent:** Tuesday, January 20, 2004 8:14 AM
**To:** Bobbi Wade; Rob Carrillo
**Subject:** Meeting

Bobbi and Rob,

   We had discussed getting together to talk about success strategies for blackboard students.  I have Thursday or Friday open.  Please let me know a convenient time and day for the two of you.  Thanks!

Sonya Abu
Ilisagvik College
Student Retention Officer
P.O. Box 749  Barrow, AK  99723
ph. 907-852-1762  fax 907-852-1814
sonya.abu@ilisagvik.cc

24087
Wade v. Ilisagvik

11/25/2005

Case 3:05-cv-00086-TMB　　Document 87-2　　Filed 06/14/2007　　Page 12 of 25

**Fred (Stretch) Miller**

**Wednesday 1/7/04  10:30 a.m.**  I talked with Stretch about his class and work schedule. He is being changed from the graveyard shift to the swing shift.  Thus, he'll have to work from 4:30 p.m. – 12:30 a.m.  which will limit the classes he can take.  He said he talked with Bobbi Wade and they got it worked out so that he will have 12 credits, but he said he won't be able to get as much homework done at work as he did last semester.  (Sonya Abu)

21157

Wade  v. Ilisagvik College

**From:** Bobbi Wade
**Sent:** Wednesday, December 17, 2003 10:15 AM
**To:** Sonya Abu
**Subject:** RE: Final

She doesn't with me, Sonya. Any way that I can help, let me know. Rachel is a good student. Thanks,

Bobbi


-----Original Message-----
**From:** Sonya Abu
**Sent:** Wednesday, December 17, 2003 9:07 AM
**To:** Bobbi Wade; Courtneay Bartholomew
**Subject:** Final


Bobbi and Courtneay,

   I am writing to find out if Rachel Koonuk has any tests with either of you today, or if she has finished up already.  Thank you.


# Sonya Abu

*Ilisagvik College*

*Student Retention Officer*

*P.O. Box 749  Barrow, AK  99723*

*ph. 907-852-1762  fax 907-852-1814*

sonya.abu@ilisagvik.cc

21131
Wade v. Ilisagvik College

Student Retention Officer

ph. 907-852-1762  fax 907-852-1814

-----Original Message-----
**From:** Crystal Gross
**Sent:** Tuesday, December 09, 2003 9:03 AM
**To:** Sonya Abu
**Subject:** Business 154

Good Morning Sonya!

I am just writing to you to let you know that I was taken out of Business 154 on blackboard sometime in the past 3 or so days. I didn't get an email or anything telling me about it, I just logged into blackboard this morning to print out an assignment for another class, and it was no longer there. It seems kind of pointless to me to take me off of it online so I can't do anything for that class when it is too late for her to withdraw me. Oh yeah, and just to remind ya, I think there was something in the syllabus about maybe the 12th being the last day to turn work in so she could get her grades in or something, I would check on that, but I can't download the syllabus from blackboard anymore! :D

Have a fantastic day!!

Crystal

21130

Wade  v. Ilisagvik College

EXHIBIT
Page 14 of 28

**From:** Sonya Abu
**Sent:** Wednesday, December 17, 2003 12:58 PM
**To:** Courtneay Bartholomew
**Subject:** RE: Final

Thank you~

# Sonya Abu

Ilisagvik College

Student Retention Officer

ph. 907-852-1762  fax 907-852-1814

-----Original Message-----
**From:** Courtneay Bartholomew
**Sent:** Wednesday, December 17, 2003 12:50 PM
**To:** Sonya Abu
**Subject:** Final

Sonya,

I do have Rachel Koonook registered as a student in one class at this time; IT 130C- Word Processing, Mod C and as of today 12/17/03 she has not submitted a single assignment for this Module.

Best Regards

Courtneay Bartholomew,

Assistant Professor Information Technologies

P O Box 749

Barrow, AK 99723

21132
Wade v. Ilisagvik College

E-mail: courtneay.bartholome@ilisagvik.cc

Toll free 1-800-478-7337, ext 1735

Voice: 907-852-1735

Fax: 907-852-1739

-----Original Message-----
**From:** Sonya Abu
**Sent:** Wednesday, December 17, 2003 9:07 AM
**To:** Bobbi Wade; Courtneay Bartholomew
**Subject:** Final

Bobbi and Courtneay,

   I am writing to find out if Rachel Koonuk has any tests with either of you today, or if she has finished up already.  Thank you.

## Sonya Abu

*Ilisagvik College*

*Student Retention Officer*

*P.O. Box 749  Barrow, AK  99723*

*ph. 907-852-1762  fax 907-852-1814*

sonya.abu@ilisagvik.cc

21133
Wade v. Ilisagvik College



**From:** Sonya Abu
**Sent:** Thursday, December 11, 2003 10:26 AM
**To:** John Tuthill
**Subject:** Thank you
John,
    Thank you for all of your assistance.  Crystal had not been informed, but discovered her regained access when logging in for another blackboard course.

**Sonya Abu**
**Ilisagvik College**
**Student Retention Officer**
**ph. 907-852-1762  fax 907-852-1814**

-----Original Message-----
**From:** John Tuthill
**Sent:** Wednesday, December 10, 2003 4:02 PM
**To:** Sonya Abu
**Subject:** RE: Business 154

Sonya –

My understanding is that Crystal has been reinstated into the course (that her withdrawal had been a mistake) and that she's been informed of that fact.  Is that your understanding, too, or is there more I should do?

Business 154 runs through December 17 and no student can be required to submit final assignments prior to that time.

– John

Dean of Instruction
Ilisagvik College

EXHIBIT ___ 21201
Page 17 of 25
Wade v. Ilisagvik College

**From:** John Tuthill
**Sent:** Wednesday, December 10, 2003 4:02 PM
**To:** Sonya Abu
**Subject:** RE: Business 154
Sonya –

My understanding is that Crystal has been reinstated into the course (that her withdrawal had been a mistake) and that she's been informed of that fact. Is that your understanding, too, or is there more I should do?

Business 154 runs through December 17 and no student can be required to submit final assignments prior to that time.

– John

Dean of Instruction
Ilisagvik College

> -----Original Message-----
> **From:** Sonya Abu
> **Sent:** Tuesday, December 09, 2003 4:26 PM
> **To:** John Tuthill
> **Cc:** Diana Kennedy
> **Subject:** FW: Business 154
>
> John,
>     I need assistance with the following situation in which Crystal Gross has been taken out of her online BUS 154 class.
>
> **I. Access Denied**
>     1. Rob Carrillo said that Bobbi Wade gave him a list of students to take out of the Blackboard class. He did so, which is why Crystal no longer has access to her class.
> **II. Withdrawal Deadline is Past**
>     1. Crystal brought up the point that the Faculty-Initiated Withdrawal deadline has past. Bobbi should not be able to withdraw her, but should only be able to allow her to remain in the class, and then assign her an F if that is what her work merits.
>     2. I asked Mae how Bobbi could still withdraw Crystal from the course and deny her the opportunity to finish her class in the remaining time. She said that since Bobbi was gone for a while, she had worked it out that she would withdraw students when she returned.
> **III. Class Deadline Discrepancies**
>     1. A concern raised in earlier correspondences was that Bobbi wrote in her syllabus that homework is "due by Dec. 8th. None will be accepted after that date because grades will be averaged and turned in to the registrar's office by Dec. 10, 2003." The Fall 2003 Schedule states that the course ends on Dec. 17th.
>     2. Crystal would like the remaining "class" time until the 17th to finish her course.
>
> My questions:
>     1. Do we have a resolution on this class deadline discrepancy?

EXHIBIT
Page 18 of 18

21199
Wade v. Ilisagvik College

2. What can Crystal do to be reinstated in the course and finish up?
    a. Crystal has finished Chapters, but not turned them in.
    b. She wants to finish up her class, even if it means receiving an Incomplete and finishing it over Christmas break.
(Rob explained to me that the blackboard courses have a year timetable for completion.)

Please advise. Thank you.


**Sonya Abu**
**Ilisagvik College**
**Student Retention Officer**
**ph. 907-852-1762  fax 907-852-1814**


-----Original Message-----
**From:** Crystal Gross
**Sent:** Tuesday, December 09, 2003 9:03 AM
**To:** Sonya Abu
**Subject:** Business 154

Good Morning Sonya!
I am just writing to you to let you know that I was taken out of Business 154 on blackboard sometime in the past 3 or so days. I didn't get an email or anything telling me about it, I just logged into blackboard this morning to print out an assignment for another class, and it was no longer there. It seems kind of pointless to me to take me off of it online so I can't do anything for that class when it is too late for her to withdraw me. Oh yeah, and just to remind ya, I think there was something in the syllabus about maybe the 12th being the last day to turn work in so she could get her grades in or something, I would check on that, but I can't download the syllabus from blackboard anymore! :D

Have a fantastic day!!

Crystal

21200
Wade v. Ilisagvik College

**From:** Diana Kennedy
**Sent:** Wednesday, December 10, 2003 11:17 AM
**To:** Sonya Abu; John Tuthill
**Subject:** RE: Business 154
John and Sonya,

I looked up BUS 154 on IQ web and Crystal was not withdrawn from this class. I then called Bobbi and she looked in her records and she did not withdraw Crystal from the class. Bobbi has reinstated Crystal☐s access to the class and she can continue.

Diana Kennedy
Assistant to the Dean of Instruction
Ilisagvik College
Phone 907-852-1811
Fax 907-852-1822

    -----Original Message-----
    **From:** Sonya Abu
    **Sent:** Tuesday, December 09, 2003 4:26 PM
    **To:** John Tuthill
    **Cc:** Diana Kennedy
    **Subject:** FW: Business 154

    John,
      I need assistance with the following situation in which Crystal Gross has been taken out of her online BUS 154 class.

## I. Access Denied
    1. Rob Carrillo said that Bobbi Wade gave him a list of students to take out of the Blackboard class. He did so, which is why Crystal no longer has access to her class.

## II. Withdrawal Deadline is Past
    1. Crystal brought up the point that the Faculty-Initiated Withdrawal deadline has past. Bobbi should not be able to withdraw her, but should only be able to allow her to remain in the class, and then assign her an F if that is what her work merits.
    2. I asked Mäe how Bobbi could still withdraw Crystal from the course and deny her the opportunity to finish her class in the remaining time. She said that since Bobbi was gone for a while, she had worked it out that she would withdraw students when she returned.

## III. Class Deadline Discrepancies
    1. A concern raised in earlier correspondences was that Bobbi wrote in her syllabus that homework is ☐due by Dec. **8th**. None will be accepted after that date because grades will be averaged and turned in to the registrar☐s office by Dec. 10, 2003.☐ The Fall 2003 Schedule states that the course ends on Dec. **17th**.
    2. Crystal would like the remaining ☐class☐ time until the **17th** to finish her course.

21197
Wade v. Ilisagvik College

My questions:
1. Do we have a resolution on this class deadline discrepancy?
2. What can Crystal do to be reinstated in the course and finish up?
   1. Crystal has finished Chapters, but not turned them in.
   2. She wants to finish up her class, even if it means receiving an Incomplete and finishing it over Christmas break.
   (Rob explained to me that the blackboard courses have a year timetable for completion.)

Please advise.  Thank you.


**Sonya Abu**
*Ilisagvik College*
*Student Retention Officer*
*ph. 907-852-1762  fax 907-852-1814*


-----Original Message-----
**From:** Crystal Gross
**Sent:** Tuesday, December 09, 2003 9:03 AM
**To:** Sonya Abu
**Subject:** Business 154

Good Morning Sonya!
I am just writing to you to let you know that I was taken out of Business 154 on blackboard sometime in the past 3 or so days. I didn't get an email or anything telling me about it, I just logged into blackboard this morning to print out an assignment for another class, and it was no longer there. It seems kind of pointless to me to take me off of it online so I can't do anything for that class when it is too late for her to withdraw me. Oh yeah, and just to remind ya, I think there was something in the syllabus about maybe the 12th being the last day to turn work in so she could get her grades in or something, I would check on that, but I can't download the syllabus from blackboard anymore! :D

Have a fantastic day!!

Crystal

21198
Wade v. Ilisagvik College

EXHIBIT
Page 21 of 25

**Annie Matumeak**

**Monday 11/10/03 1:47 p.m.**

Annie came in to do her work, and found out that Bobbi Wade had dropped her from class. I came down the hallway and saw her talking with Mary Sage. She appeared to be very upset. As I approached, she said that Bobbi knew she wouldn't be in class, and she has also been sick. She said she came today, prepared to work and showed us she was carrying her book. She said she has been doing her work, even though not here (on campus). We advised her to come in on Wednesday to talk with John Tuthill about it when he returns. She said that she will email him today to let him know she wants to talk with him. Mary told her we will even come with her if she wants us to. (Sonya Abu)

Confidential
A05-086 CV (TMB)

## Tialutrell McCormick

**From:** Jay St. Vincent
**Sent:** Wednesday, November 05, 2003 3:46 PM
**To:** Sonya Abu
**Cc:** Fannie Akpik; Bobbi Wade; Jay St. Vincent
**Subject:** stduent absences

Hi Sonya,

UL Johnson, Pt Hope, has stopped attending my English 111X class. I have emailed him and sent messages to him by way of the village liaison, Kristi Frankson, but I haven't heard from him in over a week. Mike Hartman mentioned that UL had also stopped attending his classes. I think Bobbi is his advisor.

Also, Tony Bryant hasn't attended class in over a week. He has some major work due (due date was last Wednesday, the 22nd). He hasn't turned in that work, and I haven't heard from him though I did see him in another class last night. Fannie is Tony's advisor.

I am emailing both these students again and I have copied their advisors on this,

Thanks,

Jay

24179
Wade v. Ilisagvik

11/25/2005

John Tuthill, Dean of Instruction                Wednesday, November 05, 2003
Ilisagvik College

Dean Tuthill,
    The following remarks have been made to me, in confidentiality, by Ilisagvik students.
I will appreciate your clarification of these situations so that I can encourage and motivate
the students.  Currently, it is sometimes difficult for me to fulfill my duties due to lack of
support by faculty behaviors.  Thank you for your time.


**10/30/03**
**BUS 154**        Introduction to Organizational Management            Blackboard w/ Wade

CLASS DURATION
    1.  The **Class Syllabus** states Class Duration is **8/28 – 12/12/03.**
    2.  The **Fall 2003 Schedule** states Class Duration is **8/27- 12/17/03.**
    3.  **Later in the Class Syllabus**, it states, "There is no particular due date for each
        chapter, but there are three accumulated due dates.  Chapters 1, 2, and 3 are due
        by Mid-Semester (Oct. 14.)  And, Chapters 4, 5, 8, 9, 11, are due Nov. 21, and
        Chapters 14 and 15 are due by **(Dec. 8).  None will be accepted after that date
        because grades will be averaged and turned in to the registrar's office by Dec
        10, 2003."**
    4.  The student wants to know
            a.  Why they have only until 12/8 to turn in homework, and not until 12/17.
            b.  The reason for the discrepancies.
            c.  Clarification for the true Class Duration.

LATE WORK (mentioned in previous Student Concerns)
    1.  Two students asked me if Bobbi would accept late homework .
    2.  We read through their class syllabus, and found no policy on this.
    3.  I contacted Bobbi, and received the following email:

Sonya, which class are you talking about, and who is the student.

        -----Original Message-----
        **From:** Sonya Abu
        **Sent:** Wednesday, October 29, 2003 2:42 PM
        **To:** Bobbi Wade
        **Subject:** students

        Bobbi,
          What consequences are set up for late homework?  In talking with one
        of the students, they said that they didn't turn in Ch 1-3 because they
        missed the deadline.  Will they receive a grade if it is late?  Is late work
        better than no work for you?  Thanks.

                                                            21140
                                                    Wade  v. Ilisagvik College



### Sonya Abu

4. In addition, Bobbi called me to find out who the student was.
5. I explained the student's desire for confidentiality.
6. Bobbi insisted that she could not assist the student until she knew who it was.
7. A student approached me on 11/4/03, telling me Bobbi is allowing the class to turn in late work as long as they are progressing, at her discretion.

**11/3/03**
**BUS 109        BUSINESS ENGLISH                Bobbi Wade**

<u>CLASS ATTENDANCE</u>
1. Homework is not due until the day of the final test.
2. Thus, the student argued his/her attendance doesn't matter.
3. They only have to do the homework and show up the last day for the test.

**11/4/03**
**BUS 109        BUSINESS ENGLISH                Bobbi Wade**

<u>FEEDBACK</u>
1. Another student also argued his/her attendance is insignificant.
2. Expressed concern for 4 classmates who ask him/her a lot of questions which reflect they are not doing well on their homework.

3. The students do not receive feedback on how they are progressing in the course work.
   a. Students could easily complete the course work incorrectly.
   b. Not attending class, they receive no 'correction in thinking' through lecture.
   c. Fail the final test, fail the class.

<u>(S.R.O.'s CONCERNS WITH THIS)</u>
1. I have diminished leverage for encouraging class attendance.
2. Homework serves as a net to catch students who are not understanding class lectures or reading material. With students not receive feedback on coursework, we could easily experience the results of many students failing the course.

21141
Wade v. Ilisagvik College


EXHIBIT
Page 25 of 25