**Tialutrell McCormick**

| | |
|---|---|
| **From:** | Sonya Abu |
| **Sent:** | Tuesday, November 04, 2003 10:41 AM |
| **To:** | Bobbi Wade |
| **Subject:** | RE: Bus Eng |

Thank you!

*Sonya Abu*

Ilisagvik College
Student Retention Officer
ph. 907-852-1762  fax 907-852-1814

-----Original Message-----
**From:** Bobbi Wade
**Sent:** Tuesday, November 04, 2003 10:40 AM
**To:** Sonya Abu
**Subject:** RE: Bus Eng

Final test for Bus Engl is Nov. 6, and Module C presently scheduled to begin Nov. 6.

    -----Original Message-----
    **From:** Sonya Abu
    **Sent:** Tuesday, November 04, 2003 9:33 AM
    **To:** Bobbi Wade
    **Subject:** Bus Eng

    Bobbi,
      When will the final test be for Module B in Bus. English. and then when does
    Module C begin?  Thanks!

    *Sonya Abu*

    Ilisagvik College
    Student Retention Officer
    P.O. Box 749  Barrow, AK  99723
    ph. 907-852-1762  fax 907-852-1814
    sonya.abu@ilisagvik.cc

EXHIBIT
Page 26 of 79

24180
Wade v. Ilisagvik

**Annie Matumeak**

**Monday 11/10/03  1:47 p.m.**

Annie came in to do her work, and found out that Bobbi Wade had dropped her from class.  I came down the hallway and saw her talking with Mary Sage.  She appeared to be very upset.  As I approached, she said that Bobbi knew she wouldn't be in class, and she has also been sick.  She said she came today, prepared to work and showed us she was carrying her book.  She said she has been doing her work, even though not here (on campus).  We advised her to come in on Wednesday to talk with John Tuthill about it when he returns.  She said that she will email him today to let him know she wants to talk with him.  Mary told her we will even come with her if she wants us to.  (Sonya Abu)



### Ida Koonuk

**Monday 11/3/03  3:16 p.m.**  Ida came in to talk to me.  She said she hasn't been to class for two weeks.  She was sick with strep-throat for a week.  I had known that and tried to get a hold of her without success.  She said the second week, her daughter, Kimberly had gotten sick.  I asked if she had contacted her instructors, and if they knew the situation. She said they knew the first week, but she didn't get in touch with them for the second week.  I told her the first thing we need to do is for her to contact her instructors and find out where she is at.  She has Bobbi Wade and Courtney Bartholomew for her courses.  I told her she needs to find out if they have withdrawn her in any of her classes.  She said she already knows that she was withdrawn from Intro to Organizational Management.  It is a 3 credit class so she was concerned about that.  She said she will talk to Mary when she, Mary, isn't so busy.  She said that she is up to date on her rent, tuition, and bills-everything is paid.  She has Bobbi for class on Tuesday/Thursday and Courtneay for class on Monday/Wednesday.  I told her she will need to talk to the instructors to find out what they require for her to catch up.  We discussed James Smith as a tutor as he has helped her before.  He is waiting to hear back from a foundation that will pay him to help her. She said that the girls told her they will study with her from 6-10 p.m.  She studied with them before, and this is a good option for her.  She thinks that she is okay in Bus. English with Bobbi because when she talked with the girls, they said they are only in Chapter 12. Ida said she has done the work up to that Chapter.  I asked her if she has turned in any of her work.  She said that Bobbi told them to hand it all in at the end when they have their test.  My concern with this is how is it being checked to make sure it's being done correctly.  Also, Ida said she is going to Anchorage on Nov. 12th or 13th for personal reasons that she does not want to discuss.  She will be gone through the weekend until Monday the 17th.  I told her it is very important for us to get everything taken care of, up to date, and cleared before she leaves to Anchorage.  She was hesitant to contact Courtney, and asked me to help her email him.  We used a computer in the dorm lobby to email Courtney that she knows she has missed class, because she and Kimberly were sick.  She asked him what she needs to do to catch up and asked him to contact her before class Wednesday.  She also said she will be in class Wednesday.  She asked me how to send it, so I showed her.  I also showed her the "Sent Items" file so she can see her copy of the sent email.  She thanked me and I told her that I will also email Courtney tomorrow to follow up.  She said she doesn't mind talking with Bobbi.  We parted for a few minutes.  I saw her again in the hall and asked her if she had talked with Mary yet. She said Mary isn't in her office.  I told her I'd send Mary an email that she is looking for her.  I also asked her if she has seen Martha Douglas, her sister, or heard from her lately. She said that Martha called yesterday, and she was suppose to call her back, but didn't because she was busy.  She said that Martha is smart.  She said she knows Martha's educational background, and she has worked with businesses, and class is review for her. I asked her to tell Martha I say hi and am wondering how she is doing, if she talks to her. I said, now we just have to keep Hubert in class.  She said, oh, is he not going to class?  I don't know what he is up to.  I never see him.  He lives here, and I live over there.  I told her he is going to class some days, and some days not, but I get on his case once in a while when I need to.  (Sonya Abu)

21146

Wade v. Ilisagvik College



**Tialutrell McCormick**

| | |
|---|---|
| **From:** | Sonya Abu |
| **Sent:** | Tuesday, November 04, 2003 9:33 AM |
| **To:** | Bobbi Wade |
| **Subject:** | Bus Eng |

Bobbi,
    When will the final test be for Module B in Bus. English. and then when does Module C begin?  Thanks!

*Sonya Abu*

Ilisagvik College
Student Retention Officer
P.O. Box 749  Barrow, AK  99723
ph. 907-852-1762  fax 907-852-1814
sonya.abu@ilisagvik.cc

24181
Wade v. Ilisagvik

**From: Bobbi Wade**
**Sent: Wednesday, October 29, 2003 3:01 PM**
**To: Sonya Abu**
**Subject: RE: students**

Sonya, which class are you talking about, and who is the student.

-----Original Message-----
**From: Sonya Abu**
**Sent: Wednesday, October 29, 2003 2:42 PM**
**To: Bobbi Wade**
**Subject: students**

Bobbi,

  What consequences are set up for late homework?  In talking with one of the students, they said that they didn't turn in Ch 1-3 because they missed the deadline. Will they receive a grade if it is late?  Is late work better than no work for you?  Thanks.

## Sonya Abu

Ilisagvik College

**Student Retention Officer**

P.O. Box 749  Barrow, AK  99723

ph. 907-852-1762  fax 907-852-1814

sonya.abu@ilisagvik.cc

21127
Wade v. Ilisagvik College


EXHIBIT ___
Page 30 of 79

Confidential
A05-086 CV (TMB)

## Tialutrell McCormick

**From:** Sonya Abu
**Sent:** Thursday, October 30, 2003 10:06 AM
**To:** Bobbi Wade
**Subject:** student contact

Bobbi,
   I have talked with Rufus Johnson.  He has the book for the class, just has not turned in work.  He was concerned when I told him you said you would be dropping students.  What are his options?  If he turns in his first 3 chapters, though late, what repercussions will there be?  I see that his next assignments are due Nov. 21st, so he has some time to finish those up.  What kind of help is available to him? Etc.  Thanks.

*Sonya Abu*

**Ilisagvik College**
**Student Retention Officer**
P.O. Box 749  Barrow, AK  99723
ph. 907-852-1762  fax 907-852-1814
sonya.abu@ilisagvik.cc

EXHIBIT
Page 31 of

24189
Wade v. Ilisagvik

11/25/2005

John Tuthill, Dean of Instruction
Ilisagvik College

Wednesday, October 29, 2003

In the last few weeks, students have raised concerns about classes and instructors.
They're also worried about confidentiality in raising their voices. Past experiences have
been unpleasant. One student cited personal experience where, upon writing concerns on
the instructor/course evaluations, the instructor later approached the student and
addressed each concern mentioned on the evaluation. I am sure you are already aware of
most if not all of these situations. However, students have requested I pass on the
following information to the Dean of Instruction:

**BUS MATH 105**
1. Class cancellation
   a. Bobbi cancelled class because she believed someone stole her book.
   b. The students were frustrated that though she stuck around, she didn't
      answer their questions.
   c. They reported that she tells them to ask the tutors.

2. Class learning
   a. Students reported Bobbi wouldn't teach them lowest common
      denominators.
   b. One student reported that she asked Bobbi for help, and Bobbi just
      said she should know how to do it.
   c. Students later received help from another student not enrolled in the
      class.

3. Classroom interaction
   a. Students reported that Bobbi responded to a student in class by saying,
      "No, no, no, that's not the answer."
   b. One student said she is not comfortable asking questions in class
      because she is afraid Bobbi will respond in that same way.
   c. Another student stated that she felt embarrassed and sorry for the
      student who was humiliated in front of everyone. She thought
      something should be done to keep the situation from happening again.

**BUS ENG 109**
1. Tests to challenge Module B were thrown away
   a. Bobbi claimed someone stole her answer key, so she threw the tests
      away.
   b. Bobbi reportedly told them they could challenge the class with the
      CLEP test, but that they should trust her that they wouldn't want to,
      and just come to class.

2. Class Cancellation
   a. Reportedly, Bobbi announced the cancelled class at the ending of

20761
Wade v. Ilisagvik College



Tuesday's class. If a student missed Tuesday, they were not informed via. email that Thursday class was cancelled.

   b. Students complained they need more help, but that Bobbi said she needed a break.

   c. Bobbi announced that they would have one day of class each week unless no one was showing up for class. Then, they would return to classes being held twice a week.

   d. Students complained that the syllabus wasn't clear enough for them to just have class cancelled.

3. Class organization difficult to follow

   a. A student complained that it is difficult to follow because they jump around in the book so much. The last module studied Ch. 17, last week was Ch. 12, and this week is Ch. 1 & 2.

   b. The student said the book progresses through the chapters and it's difficult to understand without sequential study.

**BUS 154**

1. Withdrawals

   a. Bobbi asked me to inform a list of her students that she will be withdrawing them if they don't turn in homework. I asked her if she would contact them to give them this information. She said she has sent out emails, but she doesn't know if they get them. She also said she has an announcement posted on the Blackboard, but they don't login to look at it.

   b. I looked at the one announcement that is posted on the Blackboard. It has not been changed since the first day of class, and makes no reference to withdrawals.

2. Contacts

   c. One student I contacted from this list said that she was going to turn in her assignments, but saw that she missed the deadline, and didn't know if they would be accepted late.

   d. I encouraged her to turn them in anyway, and to also contact Bobbi to find out if there were any consequences set in place. The student responded that she had emailed Bobbi before to ask if she had the correct book for the class, and Bobbi had never responded. She didn't want to try contact Bobbi again.

3. Syllabus

   e. I could not find any reference in the syllabus to consequences for late assignments, so I contacted Bobbi with the situation.

   f. Bobbi wanted to know who the student was. When I responded that the student wished to remain anonymous, Bobbi said that she couldn't answer me until she knows who the student is.

20762
Wade v. Ilisagvik College

     g. I asked her if she has anything set in place, she responded that it depends on who the student is and many other factors.

     h. I asked again if there were any guidelines set up such as late papers receive only 50% credit. She again said that it depends on who the student is, and what they have done so far. She said there are many factors to consider.

     i. Bobbi wants me to have the student contact her personally. She wouldn't give me an answer about what would be done if late assignments were received, beyond the answer that many factors are considered first.

4. Feedback

     a. In response to this situation, another student said that she has turned in 5 chapters of homework to Bobbi so far, and hasn't received any feedback. She said that usually happens when she takes classes with Courtneay too, but at least Courtneay lets you know he received your work. She said it is frustrating because you get a grade at the end of the semester, and you don't even know how you're doing the rest of the time.

## ENG 111X

1. Class Cancellation

     a. A student reported that it is frustrating to have class cancelled when at a point in writing a paper and needed much help from the instructor.

     b. The student reported that Jay said she can be contacted at any time, but for the student, scheduled class time is the best because it is already time set aside and planned for.

     c. Reportedly, many students were frustrated with the papers, but even more frustrated that class was cancelled.

     d. In the next class period, Jay said, "Two of the teleconference students withdrew from the course, and well, that was why they didn't have class earlier in the week." The student was wondering why this was now the given reason for not having class versus the reason given in the email.

     e. Jay's correspondence with me concerning one of the students who withdrew was that, "She was mad at me." I contacted this student who said that was not the case, and calmly gave many other reasons for withdrawing at this time.

-----Original Message-----
**From:** Jay St. Vincent
**Sent:** Mon 10/20/2003 12:02 PM
**To:** 'Shawn & Annaqaq'; 'Russell Williams Jr.'; 'Russell Williams, Jr.'; 'ulyius johnson'; Renee Howlett; 'Angela Smith'; 'Regina Kippi'; 'svetle@hotmail.com'; 'Tak, the Ever-Distracted'; Taktuk Miller; taktuk; arlene; gail; joni; julie; maeahgeak; nellie; suzana; Benz Beckham; Jackie Ward; Jay St. Vincent; marcelline
**Cc:** Jay St. Vincent; Kristi Frankson; Verna Phillips; Fredricka Stalker
**Subject:** Classes for Mon and Tues, English, will be via email

20763
Wade v. Ilisagvik College

EXHIBIT
Page 34 of 73

Good morning all,

Let's use the email option for class today (Monday) and tomorrow (Tuesday) and not meet in person. I sense from talking with all of you, or almost all of you, that we are a little tired and frustrated and that this is a good time for a work break so you can give our upcoming research and/ or reading projects your attention. So, we are **not** going to meet for class today (**Oct 20**) or tomorrow (**Oct 21**) in English 111X or Eng 200X. We will pick up where we left off on next class meeting, Wednesday October 22 for some of you and Thursday October 23 for others, with the assigned work.

Email me or call (1712) if you need help between now and then. I am available to you for whatever help you need. If you are on track and have already received feedback on our current project, do you **NOT** have to email me.

I will s ee (talk) to you Wednesday or Thursday—if you don't call before then.

See you later,

Jay

Jay St.Vincent
Assistant Professor of English
Ilisagvik College
907.852.1712
FAX: 907.852.1805
E-mail: jay.stvincent@ilisagvik.cc

## BLACKBOARD COURSES
1. Out of date
   a. One student had a general complaint that Courtneay Bartholomew's blackboard courses do not have updated syllabi. She said it is frustrating because it has dates and deadlines for previous semesters.

## FILING AND RECORD MANAGEMENT
1. Two student complaints that James Smith was not qualified to teach the Filing and Record Management course. I encouraged them to pass this on to Dean Tuthill.

20764
Wade  v. Ilisagvik College

EXHIBIT 6
Page 35 of 78

**Wednesday 10/29/03**   I talked with Crystal about her BUS 154 class.  She said she hasn't turned in work for the first 3 chapters because she didn't know if Bobbi Wade would accept the late work.  She saw that she missed the deadline, so she just left it.  I encouraged her to contact Bobbi to find out if there is a policy set in place for the class concerning late work.  She didn't want to because at the beginning of the class, she emailed Bobbi to find out if she had the correct book, and Bobbi never responded to her email.  Crystal asked me to find out.  I told her I would find out because I need to know, but I also asked her to email Bobbi, because it is important for her to also make the effort.

She came into my office a couple more times, asking if I had heard anything from Bobbi.  I asked her if she had emailed her, and she still hadn't.  I encouraged her to do so.  Crystal also showed me the class syllabus and blackboard announcement.  Neither of these said anything about late work.  I called Bobbi at **3:04 p.m.**, and she wanted to know who the student was before she would give me an answer.  I told her the student wishes to remain anonymous, and she argued that she can't tell me until she knows who the student is because it depends on many factors.  I asked her if she has a policy set in place, and she wouldn't answer my question, only said, it depends on who the student is.  That answer didn't set well with me or with Crystal.  It is not an objective way of running a course, nor is it unbiased or indiscriminately based.  I included this conversation in a letter to the Dean of Instruction, Dean Tuthill.  (See Student Concerns 10.24.03)  (Sonya Abu)

21158

Wade v. Ilisagvik College



**Rufus Johnson**

**10/29/03  9:37 a.m.** Bobbi Wade called my office to discuss Rufus's situation. He needs to meet with her to work things out. (Sonya Abu)

**Thursday 10/30/03  8:15 a.m.** Rufus came in and saw me. I asked him how his classes were going. He said not too well. I asked him if he had books for the class. He said he does. I told him that Bobbi was concerned about some of her students who have not turned in homework for the Blackboard class yet. He has the Org. Management Class with her. I told him that she was going to drop some students if they don't start turning in work. He asked when she would do that. I said she didn't give specifics on it.

I asked about using tutors, he is aware of some of the tutors. He said that he knows James Smith, Dean Tucker, and others can help him.

I asked him which classes were troublesome. He said mainly the IT and English with Bobbi. We talked about Toni and Crystal helping some people with English, and James and Dean helping with IT.

I asked him if he's been around because I haven't seen him for a while. He said he has been. I said it's been kind of crazy around here with some of the students leaving. He said it has, and told me that Shawn is in town. I asked him if Shawn had said how the funeral went. He said Shawn went to it, but didn't say much about it. (Sonya Abu)

**10/30/03  10:20 a.m.** Crystal told me that Bobbi sent out an email (see Wade email 10.30.03) telling the students to contact her and work out individual schedules. I told Rufus that he should contact her to figure out what to do. I asked him if it's a class that he needs for financial aid, he said he thinks so. We set up a time to meet and study for his class. (Sonya Abu)

**Friday 10/31/03** Rufus and I met for an hour to read/study a chapter in his Introduction to Organizational Management class. We discussed highlighting key topics of each paragraph and read part of his assignment. There is a lot of assigned reading for this course. (Sonya Abu)

**Monday 11/17/03  9:50 a.m.** I met with Rufus to discuss the incident from this weekend.



We talked about how his classes are going. He said he can't figure out how to submit his work for the Intro to Org. Management Blackboard course. He said he was still reading the Blackboard booklet to figure it out. I told him he can contact Rob Carrillo for help. He said he knows that, but wants to read from the booklet a bit more before asking

EXHIBIT __

Page 37 of __

21190
Wade v. Ilisagvik College

for help. He hasn't finished up Bus. English Module B with Bobbi Wade, so he will
contact Aimee Valenti for help. He will also go to class tomorrow with Aimee Valenti
for Module C. (Sonya Abu)

**10:10 a.m.** I sent Rufus an email as a follow up from our discussion. I gave him Rob
and Aimee's respective contact information. I also sent the email to Rob and Aimee to
make them aware of the situation and referral. (Sonya Abu)

**Thursday 12/4/03  1:15 p.m.** I met with Rufus. He had not yet talked with Mesina or
Bartholomew. I let him know that he had just been Faculty-Initiated Withdrawn from 2
of his courses. With this additional action, he was now below 12 credits. We discussed
his options.



We discussed the possibility of
completing a course online from his home. He said they have a home computer, so that
wouldn't be a problem. I called Bobbi Wade to find out if she would allow Rufus to be
reinstated in her online course, but she refused. She stated that there were only a couple
days left and she wouldn't let him. After hanging up with her, I looked in the course
syllabus and saw that the course doesn't end until Dec. 17th, more than a couple days.
Rufus was disheartened. We previously discussed the option of taking his English course
teleconference, but Bobbi Wade withdrew him yesterday from Module B because he did
not have a grade C or higher.

We talked about his possibility to return in January.



(Sonya Abu)

21191
Wade v. Ilisagvik College



## Tialutrell McCormick

| | |
|---|---|
| **From:** | Sonya Abu |
| **Sent:** | Wednesday, October 29, 2003 2:42 PM |
| **To:** | Bobbi Wade |
| **Subject:** | students |

Bobbi,

What consequences are set up for late homework?  In talking with one of the students, they said that they didn't turn in Ch 1-3 because they missed the deadline.  Will they receive a grade if it is late?  Is late work better than no work for you?  Thanks.

*Sonya Abu*

Ilisagvik College
Student Retention Officer
P.O. Box 749  Barrow, AK  99723
ph. 907-852-1762  fax 907-852-1814
sonya.abu@ilisagvik.cc

EXHIBIT
Page 39 of 78

24187
Wade v. Ilisagvik

John Tuthill, Dean of Instruction
Ilisagvik College

Friday, October 24, 2003

In the last week, students have approached me to voice classroom concerns. The biggest
issue raised before sharing their concerns is confidentiality. I encourage students to
contact the Dean of Instruction, but many say they are worried word will get back to the
instructors of who talked to the Dean, and what the complaints were. This is not directed
at the present Dean, but is based on experiences in the past. Some students said that
when concerns were brought up before, it seemed like the instructors tried to figure out
who said what, and that makes them very hesitant to voice their concerns until after
they've received grades for their classes. One student cited their experience where, upon
writing his/her concerns on the instructor/course evaluations, the instructor later
approached the student and addressed each concern mentioned on the evaluation. Thus,
students have requested I pass on the following complaints to the Dean of Instruction:

- Two students reported that Bobbi cancelled one day of Bus. Math class. She
  waited for all the students to come to class, then said it was dismissed because
  someone stole her book. She told the students they were welcome to stay in
  the classroom to work on their math, but that class would be dismissed. The
  students complained to me that they needed help and to be taught, not to have
  class cancelled because the instructor didn't have her book. He/She said that
  Bobbi stuck around, but didn't answer their questions, telling them to use the
  tutor. He/She complained that the instructor expects the tutor to teach them.
  Also complained that they are being sent to the tutors to learn, rather than
  being taught by the instructor.
- Students reported that Bobbi did not teach the Bus. Math class how to figure
  out lowest common denominators, but claims it is something they should
  know. When the students didn't know how, Bobbi didn't teach them. One
  student said that it has been a while since being in high school, and he/she
  couldn't remember how to do it. They said that many students in the class
  learned when they studied together with another student, who wasn't in the
  class, but knew how to do it and showed them how.
- In assisting a student in the Bus. Math class, it was reported that Bobbi
  responded by saying, "No, no, no, that's not the answer" in front of the entire
  class. The student reporting this incident said it was humiliating for the
  student receiving help, and also made the reporting student not want to ask for
  help in case the same thing happened to them. The student said that is how
  he/she feels when being in the class, and that he/she doesn't feel comfortable
  asking questions.
- A student reported that Bobbi told the Bus. English class not to expect a grade
  for a test that she administered to them, for the purpose of being excused for
  Module B, for the reason that she threw them away because someone stole her
  answer key. The student reported that she said they could challenge the class

20765
Wade v. Ilisagvik College

by taking the CLEP test, but that they should trust her that they wouldn't want
to do that, and should just come to class.

- A student complained that Bobbi cancelled Bus. English class for Thursday,
  and only announced it at the end of class on Tuesday. If a student wasn't in
  class Tuesday, they wouldn't know class was cancelled for Thursday. The
  student reported that Bobbi said they wouldn't continue having class from
  1:30 p.m. – 3 p.m. once a week if people didn't go to class on Tuesday.
  (Thus, if no one came to class on Tuesdays, they'd start having it twice a
  week again.) She said she needed a break, and everyone had the syllabus so
  they know what to do. The student said Bobbi gave them a list of 400 most
  commonly misspelled words, but that he/she didn't know for sure what they
  were suppose to do with it. He/she said, maybe we're going to have a spelling
  test on it. The student complained that the syllabus isn't clear enough to just
  have class cancelled.

- A student complained that the Bus. English class was difficult because they
  jumped around in the book so much. The last module they did was Chapter
  17, this week is Ch. 12, and next is Ch. 1 & 2. The student thought that the
  book was made to progress through the chapters, and thought it was difficult
  to do chapters in the end of the book when they hadn't learned what was in the
  front yet.

- Another student sent me a complaint via email. The complaint was in regards
  to the cancellation of English class. The student said that although Jay said
  she could be contacted at any time, it was frustrating for the student because
  they expected class to be held and to get help then. They said that it seemed
  like class was being cancelled because the instructor didn't want to hold class,
  and that it wasn't as convenient to try contact Jay at any time because they
  didn't know if or when they would actually find her. If class is held, they
  know she'll be there. The student said that maybe some students were a little
  frustrated with the paper they are working on, but having class cancelled was
  even more frustrating for this student. The student also complained that when
  they returned to class on Wednesday/Thursday that the instructor said, "Two
  of the teleconference students withdrew from the course, and well, that was
  why they didn't have class earlier in the week." The student was wondering
  why this was now the given reason for not having class versus the reason
  given in the email.

-----Original Message-----
From: Jay St. Vincent
Sent: Mon 10/20/2003 12:02 PM
To: 'Shawn & Annaqaq'; 'Russell Williams Jr.'; 'Russell Williams, Jr.'; 'ulyius johnson'; Renee Howlett;
'Angela Smith'; 'Regina Kippi'; 'svetle@hotmail.com'; 'Tak, the Ever-Distracted'; Taktuk Miller; taktuk;
arlene; gail; joni; julie; maeahgeak; nellie; suzana; Benz Beckham; Jackie Ward; Jay St. Vincent;
marcelline
Cc: Jay St. Vincent; Kristi Frankson; Verna Phillips; Fredricka Stalker
Subject: Classes for Mon and Tues, English, will be via email

Good morning all,

EXHIBIT
Page 47 of 28

20766
Wade v. Ilisagvik College

Let's use the email option for class today (Monday) and tomorrow (Tuesday) and not meet in person. I sense from talking with all of you, or almost all of you, that we are a little tired and frustrated and that this is a good time for a work break so you can give our upcoming research and/ or reading projects your attention. So, we are **not** going to meet for class today (**Oct 20**) or tomorrow (**Oct 21**) in English 111X or Eng 200X. We will pick up where we left off on next class meeting, Wednesday October 22 for some of you and Thursday October 23 for others, with the assigned work.

Email me or call (1712) if you need help between now and then. I am available to you for whatever help you need. If you are on track and have already received feedback on our current project, do you **NOT** have to email me.

I will s ee (talk) to you Wednesday or Thursday—if you don't call before then.

See you later,

Jay

Jay St.Vincent
Assistant Professor of English
Ilisagvik College
907.852.1712
FAX: 907.852.1805
E-mail: jay.stvincent@ilisagvik.cc

- Jay called the Student Retention Officer to give some referrals and updates. Included was the following remark:
  **Tuesday 10/21/03 1:40 p.m. Phone Call**
  **Hazel Oktollik** dropped the class. Jay said that Hazel was mad at her.

20767
Wade v. Ilisagvik College

EXHIBIT
Page ___ of ___

## Tialutrell McCormick

**From:** Sonya Abu
**Sent:** Thursday, October 23, 2003 10:52 AM
**To:** Bobbi Wade
**Subject:** RE: update

Bobbi,
   Rob just gave me a list of some of your students who did not pass their midterm test.  We will be sharing the responsibility to contact these students to offer the tutoring services available, and to find out if there are other unresolved concerns that I can address and resolve.

*Sonya Abu*
**Ilisagvik College**
**Student Retention Officer**
**ph. 907-852-1762 fax 907-852-1814**

-----Original Message-----
**From:** Bobbi Wade
**Sent:** Thursday, October 23, 2003 10:39 AM
**To:** Sonya Abu
**Subject:** RE: update

Sonya, at the present, I have 116 advisees listed, 97 students per week enrolled in my classes, teach seven classes per week, responsible for getting in Spring schedules and booklist, six potential graduates for the Spring I am working with to make sure that will get what they need to graduate, mentor three+ adjuncts; so it is like I am under an avalanche; consequently, anything that you can do to help will be greatly appreciated.

-----Original Message-----
**From:** Sonya Abu
**Sent:** Thursday, October 23, 2003 9:46 AM
**To:** Bobbi Wade
**Subject:** RE: update

Thanks for the information.
 As the Student Retention Officer, I am not in an academic advising position to know what needs to be done for these students concerning their programs of study or prerequisites.  I advise in areas concerning personal concerns, transportation, tutoring etc.  For concerns with programs and course scheduling, I refer them to their advisors.  Are you aware if these students were in need of services I offer?  If there is something I can help with in these areas, please let me know.  Thanks.

*Sonya Abu*
**Ilisagvik College**

EXHIBIT
Page 43 of 108

24192
Wade v. Ilisagvik

Confidential

Page 2 of 2

A05-086 CV (TMB)

Student Retention Officer
ph. 907-852-1762  fax 907-852-1814

-----Original Message-----
**From:** Bobbi Wade
**Sent:** Thursday, October 23, 2003 9:26 AM
**To:** Sonya Abu
**Subject:** RE: update

Sonya, that is an error in the catalog; it should be Bus 110, Principles of Accounting I.
Thanks,
Bobbi

-----Original Message-----
**From:** Sonya Abu
**Sent:** Wednesday, October 22, 2003 4:05 PM
**To:** Bobbi Wade
**Subject:** update

Bobbi,
    I had been contacted earlier about two students, Edith Tegoseak
and JLee Furgeson.  Both have completed the IT 110 prerequisite
for BUS 251.  Thanks.

Sonya Abu

Ilisagvik College
Student Retention Officer
P.O. Box 749  Barrow, AK  99723
ph. 907-852-1762  fax 907-852-1814
sonya.abu@ilisagvik.cc



24193
Wade v. Ilisagvik

11/25/2005

**Confidential**
A05-086 CV (TMB)

## Tialutrell McCormick

| | |
|---|---|
| **From:** | Jaime Elbert |
| **Sent:** | Wednesday, October 22, 2003 5:08 PM |
| **To:** | Bobbi Wade; Courtneay Bartholomew |
| **Cc:** | Sonya Abu |
| **Subject:** | Rachel Koonuk |

Rachel was not able to make it to class today, but will be in tomorrow to discuss missed assignments.
Thanks,
Jaime

Jaime Elbert
Recruitment Officer
Ilisagvik College
(907) 852-1819
(907) 852-1814 fax

EXHIBIT
Page 45 of 78

24190
Wade v. Ilisagvik

Page 1 of 1

Confidential
A05-086 CV (TMB)

## Tialutrell McCormick

| | |
|---|---|
| **From:** | Sonya Abu |
| **Sent:** | Wednesday, October 22, 2003 4:05 PM |
| **To:** | Bobbi Wade |
| **Subject:** | update |

Bobbi,

   I had been contacted earlier about two students, Edith Tegoseak and JLee Furgeson.  Both have completed the IT 110 prerequisite for BUS 251.  Thanks.

*Sonya Abu*

Ilisagvik College
Student Retention Officer
P.O. Box 749  Barrow, AK  99723
ph. 907-852-1762  fax 907-852-1814
sonya.abu@ilisagvik.cc

EXHIBIT
Page 46 of 73

24196
Wade v. Ilisagvik

11/25/2005

**From:**        Rob Carrillo
**Sent:**        Monday, October 20, 2003 10:27 AM
**To:**          Sonya Abu
**Subject:**     FW: Bus.100/PHO

Rob Carrillo
Distance Education Coordinator
Ilisagvik College
907-852-1706 direct
907-852-1739 fax

-----Original Message-----
**From:** Mae Haimes
**Sent:** Monday, October 20, 2003 9:25 AM
**To:** Rob Carrillo
**Subject:** FW: Bus.100/PHO

*Mae Lorenz Amistoso Haimes*
*Program Assistant-Registrar & Admissions*
*Ilisagvik College*
*Phone: 907-852-1771*
*Fax: 907-852-1784*

-----Original Message-----
**From:** Kristi Frankson
**Sent:** Thursday, October 16, 2003 11:11 AM
**To:** Mae Haimes
**Subject:** Bus.100/PHO

Hi Mae.  There were a couple of people from PHO registered for Bus.100/blackboard course with Bobbi Wade.  I guess they never got any books.  One of the students is Juanita Nash and she said she emailed Rob and Bobbie about it, saying that she would be dropping the course, but hasn't heard anything at all.  Do you know anything about it?  I think Kim Stone was the other student.
I heard something about the class wasn't going to happen, but I see that the material is on the BB, just no books for these people.  I haven't heard anything from Bobbi.  Can you tell me what should we do?

21134
Wade v. Ilisagvik College

Page 1 of 1

Confidential
A05-086 CV (TMB)

**Tialutrell McCormick**

| | |
|---|---|
| **From:** | Sonya Abu |
| **Sent:** | Friday, October 10, 2003 2:55 PM |
| **To:** | Bobbi Wade |
| **Subject:** | on the lookout |

Bobbi,
I just wanted to let you know to be on the lookout for Arlene. She is going to have you sign an add slip so she can add 10-key to her schedule, and change her Bus. Math course to an audit course, rather than for credit at this time. Thanks!

Sonya Abu

Ilisagvik College
Student Retention Officer
P.O. Box 749  Barrow, AK  99723
ph. 907-852-1762  fax 907-852-1814
sonya.abu@ilisagvik.cc



24206
Wade v. Ilisagvik

## Tialutrell McCormick

**From:**    Sonya Abu
**Sent:**    Friday, October 10, 2003 1:39 PM
**To:**    Bobbi Wade
**Subject:** question

Bobbi,
     Who is the instructor for the 10 key calculator class on Friday evenings?  Thanks!

Sonya Abu
Ilisagvik College
Student Retention Officer
ph. 907-852-1762  fax 907-852-1814

24209
Wade v. Ilisagvik

EXHIBIT
Page 49 of 28

11/25/2005

Confidential
A05-086 CV (TMB)

**Tialutrell McCormick**

From:  Sonya Abu
Sent:  Thursday, October 09, 2003 3:12 PM
To:  Bobbi Wade
Subject: update

| **English** | **Math** |
|---|---|
| Elaine Patkotak | Elaine Patkotak |
| Lorena Nashaknik (69% C) | Lorena Nashaknik |
| Sidney Shroyer (46% D) | Arlene R. Aveoganna |
| Annie Matumeak (55% D) | |

ABE
0-1.9

6.9

_____
9-10.9

Bobbi, here is the list I received from you.
**Elaine** would like you to **call her at home #2933**. When I talked with her about drinking, she said that she hasn't been, and was surprised that I'd ask. She said that she's been going to class, except that she missed today because she overslept her nap. She said that she left a phone message for you though.
**Lorena** is in jury duty, so I haven't had a chance to talk with her. However, she has been meeting with Crystal Gross and a few other students to study. Crystal specifically mentioned that she has been working with Lorena. You can reach her at **#1870**.
**Sidney,** we talked and I told her the option of taking the test over. I informed her of a study group that has been formed which she can attend. Hopefully she will contact you, if not her #6568.
**Annie,** I haven't caught her at home yet, so I'll look for her on campus. I can't find an email address for her.
**Arlene** said that Module B is really hard for her. She is thinking of getting out of it until she is ready for it. We talked about using ABE to prepare for Modules B & C, and about the study group. She wanted me to find out her grade for module A. On IQWeb, I saw the grade posted, so I will let her know that grade.

Sonya Abu

Ilisagvik College
Student Retention Officer
ph. 907-852-1762 fax 907-852-1814

EXHIBIT Q
Page 50 of 78

24207
Wade v. Ilisagvik

## Tialutrell McCormick

| | |
|---|---|
| **From:** | Sonya Abu |
| **Sent:** | Monday, October 06, 2003 11:51 AM |
| **To:** | Bobbi Wade |
| **Cc:** | John Tuthill |
| **Subject:** | Keep me Updated |

Bobbi,

   A student came to me today at 11 a.m. saying that the Filing and Record Management class, scheduled to begin today, did not have an instructor.  I found out that Mary Keeter, the adjunct scheduled to teach, has a conflict with teaching this course in the mornings.   The student was mildly upset that no emails were sent out informing students of this "temporary" delay in beginning the course.

   As a solution is reached, please keep me informed so that I will be able to steer students in the right direction should any more come to me about this concern.  Thank you!

*Sonya Abu*

**Ilisagvik College**
**Student Retention Officer**
**ph. 907-852-1762  fax 907-852-1814**

EXHIBIT
Page 57 of 78

24221
Wade v. Ilisagvik

11/25/2005

From: Clarissa Brower
Sent: Monday, October 06, 2003 1:09 PM
To: Sonya Abu
Subject: RE: bus math schedule change
thank you for your help sonya just in the future please do check with me first


-----Original Message-----
From: Sonya Abu
Sent: Mon 10/6/2003 9:40 AM
To: Clarissa Brower
Cc:
Subject: RE: bus math schedule change

Clarissa,
   You asked me to cc this message to Diana.  That is what I did, also including John
Tuthill, the Dean of Instruction, because this is his area, and he is the one who took care
of it.  I did not send this message to Bobbi Wade.  I did not have any contact with her
directly, Dean Tuthill handled the situation without mentioning names to her.  He met with
one of the students who had similar complaints to yours, and he realized that this is a big
concern for many students.  He did not need to use your name, nor the name of the other
student he met,  he handled it under his jurisdiction, and the issue has been resolved.
Class will resume as scheduled.

**Sonya Abu**
**Ilisagvik College**
**Student Retention Officer**
**ph. 907-852-1762  fax 907-852-1814**


Ms. Abu,

I need to ask this of you does Bobbi Wade know it was I disagreeing with the
time(s) and you took action then?

I am still quite upset that my name was used in this when there were others
involved as well but why mine.

Clarissa


-----Original Message-----
From: Clarissa Brower
Sent: Saturday, October 04, 2003 1:02 AM
To: Sonya Abu
Subject: RE: bus math schedule change

21185
Wade  v. Ilisagvik College

EXHIBIT
Page 52 of 78

Sonya i thank you for your effort however I wished my name to be anonymous but wasn't I did not feel that you should have had to use my name up front because I don't like to make waves. I wished you had asked me this beforehand.

-clarissa

-----Original Message-----
From: Sonya Abu
Sent: Fri 10/3/2003 8:30 AM
To: Clarissa Brower
Cc:
Subject: FW: bus math schedule change

Clarissa,
    Thank you very much for letting me know of your concern. Other students also talked with me last night about the same thing, so I am glad that all of you are letting us know. I have passed in on to John Tuthill, Dean of Instruction, as well as to Diana Kennedy- and have forwarded the message that I wrote for you to see. I'll let you know more as soon as I hear what is decided. Thanks again for bringing this very valid concern to attention.

## Sonya Abu
## Ilisagvik College
## Student Retention Officer
## ph. 907-852-1762  fax 907-852-1814

-----Original Message-----
From: Sonya Abu
Sent: Friday, October 03, 2003 8:28 AM
To: Diana Kennedy; John Tuthill
Subject: FW: bus math schedule change
Importance: High

Diana and John,
    I received this email from our student, Clarissa Brower. Other students also came to my office late yesterday afternoon to complain about the same situation. I have not yet talked with Bobbi Wade to fully understand what has taken place. However, from the explanations I have received from the students, the following complaints have been made.
    A few weeks ago, Bobbi apparently told her students that instead of following the schedule outlined in the course catalog, she was going to make class one day, rather than two. This would have the students in class from noon until 3 p.m. However, yesterday students came to me saying that they had seen a message written on the board that class would not be held for the month of October. Then, in November, classes would again be held on both days of the week, but from noon to 3 p.m. This may have been workable, however, modules B and C are now going to be held concurrently, rather than consecutively. Module B from noon to 1:30, and Module C from 1:30-3. The students did not see how this is possible. How do you take Module C when you haven't completed Module B? Their second complaint was scheduling conflicts. The third complaint was that they had not received an email from Bobbi, nor heard her announce this to them. The one student said that the only reason she knew

21186
Wade v. Ilisagvik College

EXHIBIT ___4___
Page ___53___ of ___78___

about it was because she went to the room and saw it on the board. The students asked me to pass their complaint through the appropriate channels.

Thank you!

**Sonya Abu**
Ilisagvik College
Student Retention Officer
ph. 907-852-1762  fax 907-852-1814

-----Original Message-----
**From:** Clarissa Brower
**Sent:** Thursday, October 02, 2003 11:37 PM
**To:** Sonya Abu
**Subject:** bus math schedule change
**Importance:** High

Re: Schedule changes

Sonya/Diane:

Can you find out for sure if Business Math/Wade's class has been changed? If so I was not notified of this until tonite. If it is I am quite upset about this change and is going to cause major inconvenience for me this semester. It is bad enough how I manage to get out there the way I do and with limited bus systems.

Clarissa

P.S. Can you cc Diane I forgot her last name? Please?