# Sonya Abu

## Ilisagvik College

## Student Retention Officer

### ph. 907-852-1762  fax 907-852-1814

-----Original Message-----
**From:** Sonya Abu
**Sent:** Friday, October 03, 2003 8:28 AM
**To:** Diana Kennedy; John Tuthill
**Subject:** FW: bus math schedule change
**Importance:** High

Diana and John,

I received this email from our student, Clarissa Brower.  Other students also came to my office late yesterday afternoon to complain about the same situation.  I have not yet talked with Bobbi Wade to fully understand what has taken place.  However, from the explanations I have received from the students, the following complaints have been made.

A few weeks ago, Bobbi apparently told her students that instead of following the schedule outlined in the course catalog, she was going to make class one day, rather than two.  This would have the students in class from noon until 3 p.m.  However, yesterday students came to me saying that they had seen a message written on the board that class would not be held for the month of October.  Then, in November, classes would again be held on both days of the week, but from noon to 3 p.m.  This may have been workable, however, modules B and C are now going to be held concurrently, rather than consecutively.  Module B from noon to 1:30, and Module C from 1:30-3.  The students did not see how this is possible.  How do you take Module C when you haven't completed Module B?  Their second complaint was scheduling conflicts.  The third complaint was that they had not received an email from Bobbi, nor heard her announce this to them.  The one student said that the only reason she knew about it was because she went to the room and saw it on the board.  The students asked me to pass their complaint through the appropriate channels.

21137
Wade v. Ilisagvik College



Thank you!

# Sonya Abu

## Ilisagvik College

## Student Retention Officer

## ph. 907-852-1762  fax 907-852-1814

-----Original Message-----
**From:** Clarissa Brower
**Sent:** Thursday, October 02, 2003 11:37 PM
**To:** Sonya Abu
**Subject:** bus math schedule change
**Importance:** High

Re: Schedule changes

Sonya/Diane:

Can you find out for sure if Business Math/Wade's class has been
changed?  If so I was not notified of this until tonite.  If it is I am
quite upset about this change and is going to cause major
inconvenience for me this semester.  It is bad enough how I
manage to get out there the way I do and with limited bus systems.

Clarissa

21138
Wade v. Ilisagvik College


EXHIBIT
Page 56 of 73

P.S. Can you cc Diane I forgot her last name?  Please?

21139
Wade  v. Ilisagvik College

**Confidential**
A05-086 CV (TMB)

## Tialutrell McCormick

**From:** Sonya Abu
**Sent:** Monday, September 29, 2003 4:00 PM
**To:** Bobbi Wade
**Subject:** follow up

Bobbi,
  I am writing to inquire how Elaine Patkotak is doing.  Please let me know how things have been going for her.  Thank you!

*Sonya Abu*
Ilisagvik College Student Retention Officer
ph. 907-852-1762  fax 907-852-1814

24230
Wade v. Ilisagvik

11/25/2005



**From:** Mary Sage
**Sent:** Monday, September 29, 2003 11:08 AM
**To:** Sonya Abu; Melba Cabana Redito; Mae Haimes
**Subject:** RE: Cynthia Ahyakak

I talked with her this morning. She is going to come in today and withdraw from her classes and go in the spring. She said she was waiting for Bobbi Wade to call her. I'm not sure what that is about, but she will be going to school in the spring.

Mary


-----Original Message-----
**From:** Mary Sage
**Sent:** Monday, September 29, 2003 10:28 AM
**To:** Sonya Abu; Melba Cabana Redito; Mae Haimes
**Subject:** Cynthia Ahyakak


FYI, I saw her this weekend and asked her how her classes are going. She said she was told that she was on standby for a class and she was still waiting for the teacher to call her and tell her to start. She hasn't been to any of the classes.

What should we do? It's so late in the semester for her to catch up........

Mae, should we do a faculty withdrawal?

Melba, I remember signing a check request for her remaining scholarship money. Maybe we should hold onto that until we find out what is going on.

Any suggestions?

21163
Wade v. Ilisagvik College


EXHIBIT
Page 52 of 29

**From:** Sonya Abu
**Sent:** Monday, September 22, 2003 10:12 AM
**To:** Courtneay Bartholomew; Bobbi Wade
**Subject:** student

Good morning!

I saw Martha Douglas today. She had a restful weekend, and was able to settle into their new place. They got a phone connected, #852-4322. She said she knew that she has a lot of work to catch up on and that she will need help. I informed her of the math tutor we now have and encouraged her to see you (Bobbi) about English. I told her to stay in touch with her instructors in order to receive the help she needs, and to know what she needs to do. She said she didn't want to bother the two of you too much. I told her you would rather have her ask for the help than for her to give up and drop out.

Also, she wondered if there are calculators anywhere that she might be able to borrow until the rest of her funding comes through. Are either of you aware of any excess calculators anywhere? If we had some, we could allow students to check them out while in the tutoring center, and to return them before they leave. She also mentioned the English books are not yet in, and that she has difficulty reading the copies. However, she said that you (Bobbi) have already stated your flexibility and willingness to work with them on that. Thanks for all you do. Please let me know if there are any other ways I can help at this time. I'll contact Tim Carlson about the calculators and keep looking to see what we can find.

*Sonya Abu*

*Ilisagvik College Student Retention Officer*

P.O. Box 749 Barrow, AK 99723

ph. 907-852-1762 fax 907-852-1814

sonya.abu@ilisagvik.cc

21162

Wade v. Ilisagvik College


EXHIBIT ___ Q
Page 60 of 78

**From:** Bobbi Wade
**Sent:** Thursday, September 18, 2003 10:12 AM
**To:** Sonya Abu
**Subject:** RE: update

Thanks, Sonya.

-----Original Message-----
**From:** Sonya Abu
**Sent:** Thursday, September 18, 2003 10:10 AM
**To:** Bobbi Wade; Courtneay Bartholomew
**Subject:** update

Bobbi and Courtneay,

   Martha Douglas called me this morning. She has found a place to live and is moving in today. She
sounds much less stressed. She is excited because it will be a quiet place to study, and it is also near the
daycare which was another concern she had. She will not make it to class today, but will be here Monday
morning. There is not a phone hooked up yet, but they will work on getting that taken care of. She
wanted me to pass this information on.

*Sonya Abu*

*Ilisagvik College Student Retention Officer*

P.O. Box 749 Barrow, AK 99723

ph. 907-852-1762  fax 907-852-1814

sonya.abu@ilisagvik.cc

21161
Wade v. Ilisagvik College



**From:** Bobbi Wade
**Sent:** Tuesday, September 16, 2003 10:44 AM
**To:** Sonya Abu
**Subject:** RE: M.D.

Sonya, Martha is doing great in my Business Math and Business English classes. She is an intelligent person and certainly needs to stay in school. Is there not students housing for students with family? Let me know if there is anything that I can do to help. Thanks,

Bobbi

-----Original Message-----
**From:** Sonya Abu
**Sent:** Tuesday, September 16, 2003 10:26 AM
**To:** Bobbi Wade; Courtneay Bartholomew
**Subject:** M.D.

Bobbi and Courtneay,

   Martha Douglas called me this morning and wanted me to let you know her situation. She has been staying with her boyfriend's sister. However, the sister kicked them out this morning. They are looking for a place to stay, and she is quite distressed by the entire situation. To add to it, she is caring for her son's baby, and she is worried about having a place for the baby. She will not be attending class today. Hopefully we will have the situation handled within the next two days. I will keep you posted.

   As soon as I get a number for where she is staying, I'll pass it on so that you can stay in touch with her as well. How has she been doing in her classes? What kind of setbacks is she looking at from missing class today and tomorrow? She told me yesterday that she was having a difficult time getting her work done because there were 3 kids in the house, and the mother was always yelling at them. She couldn't concentrate on her school work very well. I am worried that she will feel too overwhelmed to finish, but she really wants to do this for herself. She knows that education is important. She just needs a more conducive environment to learn in. Please let me know any suggestions or information that will be helpful to pass along. Thanks~

*Sonya Abu*

Ilisagvik College Student Retention Officer

P.O. Box 749  Barrow, AK  99723

ph. 907-852-1762  fax 907-852-1814

21164
Wade v. Ilisagvik College



Christine M. Watne - Contacts 2003&4 M.D..doc | Page 1

**Martha Douglas**

**Monday, 9/15/03  9 a.m.**

Martha came into my office and introduced herself. She said that she received my
letter in the mail and was glad to know of someone that she could talk to. She said that
she moved here from Pt. Hope and doesn't know very many people. She has been talking
with Jaime and Mary, but she doesn't know anyone else. She told me how she is living
with her boyfriend's sister and the sister's three kids. Martha and her boyfriend, John, are
taking care of Martha's son's baby. They have had the baby since he was 3 months old,
and John takes care of the baby like he was his own. John just got a job that he works
one week on, and has one week off rotation. When he is in town, he can watch the baby,
but when he is gone, Martha puts the baby in daycare while she attends classes. She said
it is hard because she rides the bus to the daycare, and then to the school, but she has a
hard time leaving the baby. She has noticed that he has become more fussy since
attending day care so she likes to stay at the day care while she waits for the next bus
(which is almost an hour wait).

I asked her how her classes are going. She said they are going okay, but she has had a
hard time studying. She tries to read her books, but she can't concentrate. She said part
of this is because she isn't getting good sleep. They wake up in the morning to the sister
yelling at her kids. Then, when she is trying to read in the evening, the kids are running
around the house and it is so noisy. She told me that they have put their name on a list to
get into an apartment. They signed up for a 2 bedroom, but it is being worked on. It's the
29th building.

She got a little teary eyed, and I pointed out the box of tissue on the table. She pulled
out two, and said that she was feeling very overwhelmed. She was glad to talk with me
and have someone to unload with because she didn't want to burden her boyfriend or her
son about her feeling overwhelmed. I told her to come and unload on me any day.

I encouraged her to keep going. She said that it is hard to go to school when she has
been away from it for so many years. I shared with her that my mom has returned to
school and is almost done. I told her how it hasn't been easy for her all the time either.
My mom says that it seems harder to remember things, and Martha agreed. I told her that
I encourage my mom to keep going, and I encouraged her to do the same. She said that
her son also tells her to stay in school.

We talked about other places she might study. The Tuzzy library is a quiet place, but
she would have to find someone to watch the baby. He is about 2 years old, so he gets
into things. I mentioned the ABE center as a resource also, and she asked if there was
anything on the Barrow side. We couldn't think of any places near her house. The time
was approaching for her to get ready for class. She needed a copy of her driver's license
made, so I made one for her on the copy machine. She thanked me and left for class.
(Sonya Abu)

**Tuesday 9/16/03  9:33 a.m.**

Martha called my office this morning. Her boyfriend's sister has kicked them out of
the house. She said that they need a place to go, and wondered if I could help at all. I
told her I'd check into some options and get back to her. John is home with her today, so

21147
Wade v. Ilisagvik College


EXHIBIT _____ Q
Page 63 of 78

he was able to pack up their stuff and move it across the street to his mom's old house. Martha said that there isn't any electricity in the house, so it is very cold. They put their stuff in it, but they can't stay there. I asked her where I could get a hold of her at. She said at #2978, they're still in the sister's house, but have to get out before she returns today. (Sonya Abu)

**9/16/03 9:36 a.m.**
    I called AWIC #0261 and was referred to call Native Village of Barrow. (Sonya Abu)

**9/16/03 9:42 a.m.**
    I called North Slope Housing Department #2611, at the suggestion of Brad Weyiouanna and Mary Sage. I asked for Emergency Housing and was transferred twice, and then talked with Evelyn Hopson. She informed me that Martha had just called and talked with her. Evelyn had told Martha that she needs to fill out an application, write a letter requesting emergency housing, and prove they have the means to meet rental pay. Primary rate for a 1 bedroom apartment is $714, and secondary rate for a 1 bedroom is $607. Evelyn said that Martha had mentioned that her boyfriend wasn't working anymore. Utilities are not included, and must also be paid. I asked Evelyn if there are any programs that might assist in paying utilities until they got on their feet. She suggested calling BUECI, saying there used to be a program to pay for utilities, but she wasn't sure if it was only during winter months. (Sonya Abu)

**9/16/03 9:46 a.m.**
    I next called the Presbyterian Church #6566 and left a message that someone was looking for emergency shelter until they could get into a place. (Sonya Abu)

**9/16/03 9:47 a.m.**
    I called Martha back, but the line was busy. (Sonya Abu)

**9/16/03 9:48 a.m.**
    I called the Native Village of Barrow #4411 and was transferred to talk with Mary. Mary told me Martha would have to go to their building located on the corner of Boxer and Ahmoak and fill out the paperwork. They do not do back pay. Also, Martha can fill out the Alaska paperwork for child support while there. Mary also suggested the services of AWIC, recognizing that John would not be allowed to stay there, but that Mary and the child are in an emergency situation without shelter, and it would be better for them to be in the shelter than on the street. (Sonya Abu)

**9/16/03 9:52 a.m.**
    Called Martha #2978, but the line was still busy. (Sonya Abu)

**9/16/03 9:52 a.m.**
    Called the Presbyterian Church #6566, but there was still no answer.

**9/16/03 9:53 a.m.**

21148
Wade v. Ilisagvik College

EXHIBIT
Page 64 of 179


Called Martha and told her who I talked with, and what I found out. Told her that Evelyn said Martha told her John wasn't working anymore. She said that they hadn't know for sure, but then he had just gotten a call from work. She said they were trying to get some emergency money from his work so they could check into a hotel for the night. She said that he might go to work this week. If he does, then she will go to AWIC while she is waiting to get into a house. She doesn't want to go to AWIC until he leaves town because she doesn't want to go where he can't come. She said that there was no way she could attend her classes today, and I told her I could contact her instructors to let them know, if she wanted me to. She said she did, and told me to contact Bobbi Wade and Courtneay Bartholomew. I asked her how much of her situation she was willing that I share. She said it didn't matter, and to tell them she just can't make it today. I asked her to stay in touch with me to let me know where she is at. (Sonya Abu)

**9/16/03  10:26 a.m.**
I emailed Wade and Bartholomew. (Sonya Abu)

**9/16/03  10:48 a.m.**
Brad Weyiouanna called UIC #4450, to find out if any NARL huts were available, or if there were any houses open in town. At NARL, there are four: 169 A & B, 266 A & B. In town, on October 1st, 5196 Herman will be open. (Sonya Abu)

**9/16/03  10:50 a.m.**
Called Martha, the line was busy. Called back and she said that they got a check from John's work. They are going to check into the Top of The World Hotel. I asked her if she had something to write with and gave her the information about UIC. She said that she had talked with Mary Sage before, and Mary said that she would be getting about $1,800 financial assistance. I told her I didn't deal with the financial aid, so I couldn't verify that. I gave her Mary Sage's direct phone line number. I asked her to let me know how to get in touch with her, once she is settled in at the hotel. She said that she will call me. (Sonya Abu)

9/16/03  Talked with Mary Sage after the phone call with Martha. She verified that Martha will be receiving financial assistance. She said that Martha needs to maintain her full time status as a student to keep her financial aid.   (Sonya Abu)

Wednesday 9/17/03  Martha never called. (Sonya Abu)

**Thursday 9/18/03  9:12 a.m.**
Martha called to say that they have found a place to live. They are moving in today. She said that she is so excited that she got up early and packed everything already. John and the baby are still asleep, but when they wake up they can just get dressed and go. I told her that her voice sounded much more relaxed than the other day when we talked. She said that she is just so relieved, and that she feels better. She said that when they checked into the hotel, John turned the TV on. Right away, he saw an ad on the TV advertising the house for rent. They called immediately, and decided to take it. Martha

21149

Wade v. Ilisagvik College

had the lady call Mary so that she would know Martha has money coming that can be used towards rent. Martha said it doesn't have running water, but the good thing is that it is in Browerville and is closer to the daycare. She asked me to let her instructors, Wade and Bartholomew know that she won't be to class today. She said she has one class today, and none tomorrow, and she will be back to classes on Monday. She said they just need a little time to move and get settled in. I told her I would let them know. I asked if there is a phone number to reach her at. She said there is not a phone and no TV, and she doesn't know how long it will take to get one. I asked her to stay in touch with me. She told me she would see me Monday. I told her to have a good weekend. (Sonya Abu)

**Monday 9/22/03  9:35 a.m.**
Saw Martha this morning in the women's dorm bathroom getting ready. She is excited to be back, and had a restful weekend. She said that she will need help getting back on schedule with her work. I told her to contact Bobbi Wade about help with English. She said that she doesn't want to bother her instructors. I told her that is what they are there for, to help her succeed. I also told her about Paul as the Math tutor, and she said she'll stop by and see me to get the hours. She said they are working on getting a TV for the baby to have something to do because it is small and there isn't a lot of playing room. She also mentioned that her English book isn't in yet, but the teacher knows that and has been making copies for the students. However, she is having a hard time reading the copies. But, she said that Bobbi knows that and is working with them. I returned to my office, and Martha came a few minutes later. I gave her the tutor's schedule and she gave me their new phone number #852-4322. She then asked if there were any calculators anywhere that she could use because she has to wait for the rest of her funding to come in. I called Tim Carlson and left a message, and also emailed him and Brad Weyiouanna to ask them about it. I emailed Courtneay and Bobbi to let them know Martha is here today, and to ask them about the calculators as well. (Sonya Abu)

**Tuesday 9/23/03**
I saw Martha and Arlene in the hallway. Martha asked me if I had seen Rachel Koonuk. She told me that they have class together and always walk over together, but Rachel wouldn't answer her door. She told me that Rachel is her niece and she wanted to make sure that she is okay. I told her that since she is family, I would let her know that Rachel was drunk last night, and will be in trial this afternoon. Martha was concerned and I told her that Ida was going to try make it to the trial. Martha said, oh good. I told her that I hadn't heard anything more, but if I did, I would let her know. I also asked her to let me know if she hears anything further. (Sonya Abu)

**Wednesday 9/24/03**


**Monday 9/25/03**
Saw Martha in the hallway with Arlene and said hi. They were both smiling and talking, and said that things were good. (Sonya Abu)

21150

Wade v. Ilisagvik College



EXHIBIT
Page 66 of 78

**Tuesday 9/30/03 10:40 a.m.**

Martha came into the office area looking for someone to help her with her schedule. She showed me a schedule she had of her classes, and said that the module is changing, and she needs to fix her schedule because the time and day has changed for two of her classes. We looked at her schedule, and wrote it out on a calendar. She said that her classes were going alright. She has some tests to finish up, and homework. She called the library from the daycare to go there, but it didn't open until 12, and that was too late for her. She said that Melissa and another lady at the daycare asked her if she was just looking for a quiet place to study, and gave her a place while she waited for the bus. She was glad they were so nice to help her. She said she was suppose to come out to the college on Sunday to study and Hayden was to pick her up, but something happened and he couldn't come. She said it is hard to get her reading done. She knows it's important, but it's hard for her to concentrate in the small house with the baby. I asked her what she thought about the idea of having volunteers, for a day or two before the tests at the end of the modules, to baby-sit kids for an hour of two while mothers studied together in the tutoring center for their tests. She said she would use it if it was available. I asked her what she thought about the idea of the library being open in the morning one or two days before the last week of tests. She said she would use that too. I asked her if the daycare is open on the weekends. She said it is only open Monday through Friday, from 7:45 a.m. until 5:30 p.m. If she wants to study on the weekend, she has to take the baby with her. She said she also has another conflict with this new schedule. Her ten-key mastery class which is once a week doesn't end until 6 p.m. We looked at the course book, and this class is only offered at this one time. The daycare closes at 5:30 p.m. She said that the first 5 or 10 minutes after 5:30 p.m. costs $10, and every minute after that costs $1. She said it has to be paid upfront and she doesn't have that money. We brainstormed some possible solutions to this problem. Her boyfriend is currently around and looking for a job, so he can help out for now. If he gets a job though, it might be a problem. Martha said she might be able to bring the baby to the school for those couple hours, and maybe someone could watch him. I suggested she talk with Crystal Gross about this. Martha knows Crystal from class, and Crystal doesn't have any classes on Fridays. I gave Martha Crystal's phone number. Martha also had a question about her lunch ticket. She was wondering how to change the plan so she can eat more meals out here if she needs to. I told her that Mary has the information on student aid, and would be able to answer her questions about how this could be covered. It was 11 a.m. at this time, but Mary hadn't come in yet. We talked a couple more minutes, and then I saw Mary pull in. Martha went and talked with Mary when she arrived to her office. (Sonya Abu)

**Monday 10/7/03 9:20 a.m.**

Martha left a message on the phone this morning that the NARL bus wasn't running, so she missed her morning class. She called the bus station and talked with one of the guys in the bus shop. He told her that the bus driver didn't show up this morning, but his supervisor was suppose to come in and drive. She said that she filed a complaint, and suggested that I do the same thing. I called her back and told her that I had also had to come in late to work because the 7:30 a.m. bus didn't come. I told her that the 8:30 a.m. bus run was going though, and I made it to work by 9 a.m. She said that she didn't know



how to get a hold of her new instructor, but she will be to class at 1 p.m. for her test with Courtneay. She also said that she hurt her back this weekend, so she hopes it will feels better. I asked if they have insurance so she can go to the Chiropractor. She said that only the baby has insurance, he has Denali. I suggested she ice it if she has some time before coming to class. She said maybe it's from carrying the baby around on her back, too much strain. But she said that she isn't going to let it get her down or stop her. I told her she is a strong lady, and hoped that her back feels better soon. (Sonya Abu)

**Tuesday 10/21/03  9:56 a.m.**
   Martha stopped by and I gave her Mary's message. She called the Tigara office to talk with Eva, but Eva wasn't there yet. She left a message for Eva to call my office. We sent a fax for her baby's shots. She'll check in with me later to find out if Eva called. She gave me her phone number to give to Eva. She saw the picture of Rachel on Mary's door and said that she seems to be doing better. Then she said she hopes they are both doing better, referring to Lorena in the picture too. She said she heard about Hubert and thinks he has a bad attitude. She said that her son in Point Hope told her he almost got into it with Hubert. She asked him why, he is your cousin, and her son said because he has such an attitude. She said she is waiting for him to open up to her, and then she will give him a lecture. She said well, he is an adult. I said, yes, but he's a young adult and could still learn a lot from you. (Sonya Abu)

**Wednesday 10/22/03**
   Martha came in this morning to find out if Tiagra had called. They hadn't, so we called again, and she found out they'd received her information. She asked them to call me when everything is done, so that I can pass that information on to her.
10/22/03  1:40 p.m. I saw Martha in the hallway and asked if she was doing okay. She said she needed to talk with me. She began talking about the accident that occurred in Point Hope. She broke down a little. She had gone home on the bus, and came back. On the way back to NARL, she got sad thinking about the accident. Her sister lost her 13 year old daughter in July in a similar accident. Martha hasn't talked with her sister since the funeral. She did talk with Ida on the phone last night for a long time though. It was the longest they've talked in quite a while. She has another sister in town too, but hasn't talked with her. She is also worried about some of the kids from Point Hope here in the dorms because they are the same age as the boy who died. She saw Hubert in the hall a little while ago on his way to class, and she said she broke down just looking at him. I told her I'll call Ida to find out how she is today. Martha said she got a shot for strep-throat so Martha doesn't want to get too close to her yet. She said she'll try go to class. She has a hard time approaching Courtneay. She said he expects everyone to participate in class, and she just doesn't know if she can handle that today. I told her I could send out a general email to alert instructors to be aware of the situation. She said she'll talk to them. She also asked me if I knew of any food banks. She said she contacted the Native Village of Barrow, but the lady in charge of the food bank wasn't there. I suggested asking AWIC because I know that people can go to the shelter and cook food there with the supplies they have. I just didn't know if they gave food out, but said they would know who else did. She asked if they would let her boyfriend into the shelter since he is

21152
Wade v. Ilisagvik College



the one with the baby. I said oh, probably not. She said they filed their unemployment so the checks should come by Friday. (Sonya Abu)

Martha called me from building 58. She told me she tried to go to class, but wasn't up to it. She talked with Courtneay, but didn't tell him about the accident that had happened to her family in June. She feels bad because she went to the hospital on Monday for her back pain, so missed class then too. One day at a time. She said she needs to be home with her family. I asked her if she had contacted AWIC. She said she contacted the Native Village of Barrow Food Bank and talked with the lady in charge who will deliver a bag of food to them. (Sonya Abu)

10/22/03 3:55 p.m. Martha quickly gave me a copy of an email she tried to send. She was off to catch the bus and asked me to send it for her. I did so. (see email 10.22.03)

6002 Boxer St. Martha

**Rufus Johnson**

**10/29/03  9:37 a.m.** Bobbi Wade called my office to discuss Rufus's situation. He needs to meet with her to work things out. (Sonya Abu)

**Thursday 10/30/03  8:15 a.m.** Rufus came in and saw me. I asked him how his classes were going. He said not too well. I asked him if he had books for the class. He said he does. I told him that Bobbi was concerned about some of her students who have not turned in homework for the Blackboard class yet. He has the Org. Management Class with her. I told him that she was going to drop some students if they don't start turning in work. He asked when she would do that. I said she didn't give specifics on it.

I asked about using tutors, he is aware of some of the tutors. He said that he knows James Smith, Dean Tucker, and others can help him.

I asked him which classes were troublesome. He said mainly the IT and English with Bobbi. We talked about Toni and Crystal helping some people with English, and James and Dean helping with IT.

I asked him if he's been around because I haven't seen him for a while. He said he has been. I said it's been kind of crazy around here with some of the students leaving. He said it has, and told me that Shawn is in town. I asked him if Shawn had said how the funeral went. He said Shawn went to it, but didn't say much about it. (Sonya Abu)

**10/30/03  10:20 a.m.** Crystal told me that Bobbi sent out an email (see Wade email 10.30.03) telling the students to contact her and work out individual schedules. I told Rufus that he should contact her to figure out what to do. I asked him if it's a class that he needs for financial aid, he said he thinks so. We set up a time to meet and study for his class. (Sonya Abu)

**Friday 10/31/03** Rufus and I met for an hour to read/study a chapter in his Introduction to Organizational Management class. We discussed highlighting key topics of each paragraph and read part of his assignment. There is a lot of assigned reading for this course. (Sonya Abu)

**Monday 11/17/03  9:50 a.m.** I met with Rufus to discuss the incident from this weekend. He said that drinking is becoming a problem for him. We briefly discussed how Student Services can support him, but he said he'll take care of it. He said his dad won't be happy to hear he's been drinking. He also asked if the cops would be talking to him. I asked him if any cops had come to Ida's house while he was there. He said no. I told him I didn't think they would be checking into it because the phone call was a complaint about noise, and Hayden was already dealing with the situation. I told him if it happened again, the cops would likely be brought in on it though. He said that not many students were there, and when I discussed it, he recognized that it was against dorm/residential housing policy to be drinking.

We talked about how his classes are going. He said he can't figure out how to submit his work for the Intro to Org. Management Blackboard course. He said he was still reading the Blackboard booklet to figure it out. I told him he can contact Rob Carrillo for

21154

Wade  v. Ilisagvik College



help. He said he knows that, but wants to read from the booklet a bit more before asking for help. He hasn't finished up Bus. English Module B with Bobbi Wade, so he will contact Aimee Valenti for help. He will also go to class tomorrow with Aimee Valenti for Module C. (Sonya Abu)

**10:10 a.m.** I sent Rufus an email as a follow up from our discussion. I gave him Rob and Aimee's respective contact information. I also sent the email to Rob and Aimee to make them aware of the situation and referral. (Sonya Abu)

**Thursday 12/4/03 1:15 p.m.** I met with Rufus. He had not yet talked with Mesina or Bartholomew. I let him know that he had just been Faculty-Initiated Withdrawn from 2 of his courses. With this additional action, he was now below 12 credits. We discussed his options. Brad came in and suggested that Rufus try to find a place in town to stay so he could continue playing Basketball with them. He told Rufus that they need him on the team. I asked Rufus if he had family in town he could stay with. He said that he has lots of family. Jaime came in and asked Rufus if he wanted to tell us anything about a ladder. He said no. Jaime informed Brad and me that a ladder had been discovered outside of Rufus' window with a lot of foot traffic around it. She said the ladder had been removed and again asked Rufus if he wanted to tell us about it. He declined. Brad made a joke about the ladder being used for girls to visit. I asked Rufus if it was drug traffic or girl traffic or what. He quickly said not drug traffic. I said I hope that if it was girls that they weren't under aged or that could lead to trouble later down the road. Brad returned to his office, and then Rufus told me that he wants to go home. We discussed the possibility of completing a course online from his home. He said they have a home computer, so that wouldn't be a problem. I called Bobbi Wade to find out if she would allow Rufus to be reinstated in her online course, but she refused. She stated that there were only a couple days left and she wouldn't let him. After hanging up with her, I looked in the course syllabus and saw that the course doesn't end until Dec. 17th, more than a couple days. Rufus was disheartened. We previously discussed the option of taking his English course teleconference, but Bobbi Wade withdrew him yesterday from Module B because he did not have a grade C or higher.

We talked about his possibility to return in January. I explained that if he writes a letter to the foundations that offered him financial assistance, describing his situation, they are more likely to fund him a second semester. Since it is his first semester, they will not be as harsh on him, there is room for allowances. We went and talked with Jaime who explained that he will be on probation next semester to prove himself. If he does well, he can continue on with their support. If he doesn't do well a second semester, he will then have to pay for a semester on his own to prove himself before they will fund him again. We returned to my office and Brad came back. He again mentioned to Rufus about finding a place to stay. I told Brad that Rufus wanted to go home. He talked with Rufus about his program. Rufus said maybe computers weren't for him. Brad told him about the teacher AA program. Rufus thought he might be interested in it. I printed out an EXIT Survey for him to fill out. Brad said he wanted to talk with him for a minute about the ladder incident. They went to Brad's office. Rufus returned to my office and I asked him if the ladder conversation with Brad went alright. He laughed and said yeah. I had typed out an action plan list for him which I gave to him at that time. See ("12.4.03



plan" under Attendance Folder).  (Sonya Abu)

21156
Wade  v. Ilisagvik College



**From: Sonya Abu**
**Sent: Wednesday, September 10, 2003 11:01 AM**
**To: Bobbi Wade**
**Subject: Student**

Bobbi,

I just spoke with Cheryl Basto to see how things were going for her. She said that she would like to meet with you, and is wondering when good times are for you. She is at the high school during the day and can be reached there by phone (852-9603) or by email: cheryl.basto@nsbsd.org  Thank you!

*Sonya Abu*

**Ilisagvik College Student Retention Officer**

P.O. Box 749  Barrow, AK  99723

ph. 907-852-1762  fax 907-852-1814

sonya.abu@ilisagvik.cc

21160
Wade v. Ilisagvik College



**Tuesday 9/9/03**
  I emailed Bobbi to check up on Elaine. This was her response. (Sonya Abu)

**From:** Bobbi Wade
**Sent:** Tuesday, September 09, 2003 11:08 AM
**To:** Sonya Abu
**Subject:** Elaine
Thanks, Sonya, Elaine Patkatuk is doing fine at the present----so, just put a hold on it and if anything else comes up, I will let you know. Also, when you send emails, everyone who's email address has been attached in previous mail will receive a copy also. Thanks again,
Bobbi

**Monday 9/29/03**
  I emailed Bobbi to get an update on Elaine as I haven't talked with either one of them for a while. (Sonya Abu)
**From:** Sonya Abu
**Sent:** Monday, September 29, 2003 4:00 PM
**To:** Bobbi Wade
**Subject:** follow up
Bobbi,
  I am writing to inquire how Elaine Patkotak is doing. Please let me know how things have been going for her. Thank you!

**Sonya Abu**
Ilisagvik College Student Retention Officer
ph. 907-852-1762  fax 907-852-1814

**Tuesday 9/30/03  10:20 a.m.**
  Elaine walked by the office and I called out a hello to her. She stopped and talked. I asked her how things are going. She said not very well, the stresses of everyday life are coming down. I asked her what is going on. She has to go to court for her daughter. I asked how soon and she said, today. I said, that would be hard. I asked how her classes are going. She said that she missed English last week, and she needs to contact her professor still. I encouraged her to do that. (Sonya Abu)

Friday 10/3/03
  Emailed Elaine to ask how court went, and to see how she is doing. (Sonya Abu)

Monday 10/20/03  9:46 a.m.
  Elaine stopped by and said hi. I asked her how school is going. She said that her business math is getting more difficult with the fractions. She thought it would be more like in elementary school. I spoke of Paul as the math tutor and she said that she was most worried about getting her homework done for her word processing class because that is the class she needs credit in for her endorsement. She said she needs to study a bit more for her English class and I encouraged her to do so. She said that she was going to

21171
Wade v. Ilisagvik College

EXHIBIT ___ G
Page ___ of ___

go to the ABE center this morning, but then her ex-brother in law drove by and gave her a ride out here.  She was on the computer in the lobby printing off some homework she had done.  She asked me to give Mary a message for her.  (Sonya Abu)

21172
Wade v. Ilisagvik College



Elizabeth Elaine Patkotak

**Tuesday 9/2/03 11:25 a.m.**
    Bobbi came into my office with Brad Weyiouanna and Mary Sage. Bobbi said that she is concerned about her student, Elaine Patkotak. She said that Elaine has come to class high, and Bobbi is concerned that Elaine is drinking. Rob Carrillo reported to Bobbi that Elaine had come into their building earlier today looking for Bobbi, and that she was drunk. Bobbi is referring Elaine to the Student Retention Officer services in hopes that Elaine will receive assistance and successfully complete her classes this semester. Bobbi said that Elaine had taken classes last year, but did not complete them, due to similar problems. Mary said that Elaine expressed excitement for this year of school, and that she is a sweet lady. Bobbi said that she likes Elaine and wants the situation to be handled gently. Her concern was the zero tolerance rule at the college, and that Elaine was in violation of it. Bobbi would like to see Elaine stay and finish her studies.

    Bobbi expects Elaine in class today from 1:30 p.m. until 3:00 p.m. in Building 58, room 201. I will meet Elaine at the close of class, and meet with her at that time, if it is suitable for Elaine. If not, I'll ask Elaine to make an appointment, and proceed from that point. Also, I will ask Elaine how to contact her via. telephone, email, and any other sources. 11:37 p.m. (Sonya Abu)

    I went to Building 58, room 201 at 2:50 p.m. to see Elaine when she got out of class at 3:00 p.m. When I arrived at Bobbi's classroom, she was working with a student and the room was otherwise empty. After the student left, Bobbi explained that she had given a comprehensive test. Bobbi said that she had forgotten I was coming over and that Elaine had come to class and already finished the test and left. I restated, "She came to class then. Good." Bobbi said yes and that she seemed fine, that any alcohol from this mornings reported incident must have worn off. Bobbi had been glad to see Elaine, and Elaine had given Bobbi a roll of sweet tart candies. Bobbi said that Elaine usually brings a treat and gives one to Bobbi. I told Bobbi that I will still try to contact Elaine. Mae Haimes is working on a list of student names and numbers so that I will have a contact list. Bobbi said to tell Elaine that Faculty and Students are aware when she comes to class having been drinking, and that it will have an affect on her ability to concentrate if she is drinking in the morning. 3:18 p.m. (Sonya Abu)

**Wednesday 9/3/03 11:17 a.m.**
    I went to Mae Haimes and received a list of student names and phone numbers, but Elizabeth Elaine Patkotak is not on the list. I looked on the college email system and found an email address for her. I emailed her to say hello, and asked her to call or email me so that I could put her phone number on file. 11:19 a.m. (Sonya Abu)

9/3/03 3:39 p.m. Elaine responded to my email. Please see "Response 9.3.03" (Sonya Abu)

21143
Wade v. Ilisagvik College



**Tuesday 9/9/03**

    I emailed Bobbi to check up on Elaine.  This was her response.  (Sonya Abu)

**From:** Bobbi Wade
**Sent:** Tuesday, September 09, 2003 11:08 AM
**To:** Sonya Abu
**Subject:** Elaine
Thanks, Sonya,  Elaine Patkatuk is doing fine at the present—-so, just put a hold on it and if anything else comes up, I will let you know. Also, when you send emails, everyone who's email address has been attached in previous mail will receive a copy also. Thanks again,
Bobbi

**Monday 9/29/03**

    I emailed Bobbi to get an update on Elaine as I haven't talked with either one of them for a while. (Sonya Abu)

**From:** Sonya Abu
**Sent:** Monday, September 29, 2003 4:00 PM
**To:** Bobbi Wade
**Subject:** follow up
Bobbi,
    I am writing to inquire how Elaine Patkotak is doing.  Please let me know how things have been going for her.  Thank you!

**Sonya Abu**
**Ilisagvik College Student Retention Officer**
ph. 907-852-1762 fax 907-852-1814

**Tuesday 9/30/03  10:20 a.m.**

    Elaine walked by the office and I called out a hello to her.  She stopped and talked.  I asked her how things are going.  She said not very well, the stresses of everyday life are coming down.  I asked her what is going on.   She has to go to court for her daughter.  I asked how soon and she said, today.  I said, that would be hard.  I asked how her classes are going.  She said that she missed English last week, and she needs to contact her professor still.  I encouraged her to do that. (Sonya Abu)

**Friday 10/3/03**

    Emailed Elaine to ask how court went, and to see how she is doing.  (Sonya Abu)

**Monday 10/20/03  9:46 a.m.**

    Elaine stopped by and said hi.  I asked her how school is going.  She said that her business math is getting more difficult with the fractions.  She thought it would be more like in elementary school.  I spoke of Paul as the math tutor and she said that she was most worried about getting her homework done for her word processing class because

21144
Wade  v. Ilisagvik College

EXHIBIT
Page 22 of 28

that is the class she needs credit in for her endorsement. She said she needs to study a bit more for her English class and I encouraged her to do so. She said that she was going to go to the ABE center this morning, but then her ex-brother in law drove by and gave her a ride out here. She was on the computer in the lobby printing off some homework she had done. She asked me to give Mary a message for her. (Sonya Abu)

21145

Wade v. Ilisagvik College

