## Bobbi Wade

**From:** John Tuthill
**Sent:** Thursday, January 15, 2004 9:41 AM
**To:** Bobbi Wade
**Subject:** Blackboard Courses

EXHIBIT 64

Bobbi –

I am concerned that this past Fall Semester we had a very poor student success rate in almost all of the Blackboard courses we offered at Ilisagvik College. Only 26% of our total number of students registered for Blackboard courses received credit for their course at the end of the semester. The success rate for students in your three Blackboard courses was even lower: 23%.

I realize that Blackboard is a challenging delivery platform for many of our students, but I also know that in many cases it is the only way we have to get the courses to the students, and we have to look for ways to help the students be more successful in their learning.

In reviewing the three Blackboard courses you delivered last semester (BUS 100, BUS 154, and BUS 233), and the two that appear to be "up and running" so far this semester (BUS 112 and BUS 260) I find three areas in which changes could be made that would benefit our students.

First, in all of these courses, you have lumped together many different assignments that are all due on the same date. For example, in BUS 112, all assignments for Chapters 1, 2, and 3 are due one month into the semester, on February 16. All assignments for Chapters 4, 5, and 9 are due a month later, on March 19. All assignments for Chapters 10, 11, 16, and 25 are due a month after that, on April 16. Clumping all of these assignments together in this way encourages students to wait until the last minute before they begin to get to work. It also means that we cannot tell which students are getting into trouble until so late in the semester that it may be too late to help them. You tell the students that if they have not participated in Phase One of your Blackboard courses, you will withdraw them. That's fine, but if you don't require work from them prior to the very end of Phase One, we have no advanced warning as to which students might be in trouble, and so there's nothing you, or Rob, or Sonya can do to help them. Please revise your courses so that you have a separate due date for each chapter assignment, with a new assignment due every couple of weeks throughout the semester. They should be able to keep up better that way, and if they don't, we'll know it earlier and can take appropriate preventative action. And please get the students to begin submitting work to you for your assessment before the end of this month. If at that point you find some students not participating, or turning in sub-standard work, please notify Rob and Sonya of the names of the students and their problems, so they can get on it and see what they can do to help.

Second, you have apparently ended all three of these courses too early. BUS 112, BUS 234, BUS 241, and BUS 260 are all scheduled to run until April 26, the last day of classes in the Spring Semester 2004. Your syllabus for BUS 112 and BUS 260 indicate that students must complete their final assignments on April 16, ten days before the close of the semester. Unless you have authorization from the Dean of Instruction's office for a change of schedule, you need to follow the academic schedule in all of your instruction, including the Blackboard courses. You cannot require the students to finish their courses in advance of the scheduled course completion date. You must give them all of the time allowed by the academic schedule to finish their course.

Third, you are under-utilizing several Blackboard features that could make your courses more "user friendly" to your students. It looks to me like you communicate with your students mostly one-on-one, whether in person, or by telephone, or by non-Blackboard e-mail. Such communication is great, but if one student asks a question or has a problem, it's often the case that several others are struggling with the same thing. In your syllabus, you emphasize that you will NOT use the Blackboard Chat Room or Discussion Board. Please reconsider! It would help to have regular Blackboard discussions in each of your classes, and possibly to arrange for some activities in which your students can use Blackboard to work together in small groups. The students need to feel that they are part of a group, that they're not alone as they work their way through these courses, and having the chance to interact with one another and with you, as a group, could help keep them going.

1/26/2004

EXHIBIT R
Page 1 of 2

20123
Wade v. Ilisagvik College

-----Original Message-----
**From:** John Tuthill
**Sent:** Tuesday, January 20, 2004 6:46 PM
**To:** Bobbi Wade
**Subject:** Registration for Amy Underwood

Bobbi —

Under ordinary circumstances, I am happy to approve requests for Individual Study, but I cannot approve your request for Amy Underwood to take Time Management and Record Keeping for Business as independent studies. The last 23 credits Ms. Underwood has received from Ilisagvik have been with you as the instructor. For a student to receive so much instruction from her grandmother is troubling enough. It's even more troubling to note that for much of this time Ms. Underwood has been living in Tennessee, and you have been claiming her as a dependent for purposes of Ilisagvik College tuition waiver. Thus far, the College has waived over $2000 in tuition for her.

I have no problem with Ms. Underwood continuing her education at Ilisagvik College, even while she resides in Tennessee, but she should do it via regularly scheduled distance education courses in which she is part of a class. For you to spend your instructional time providing one-on-one courses to your grand-daughter in Tennessee falls well outside the parameters of the mission of Ilisagvik College.

I am likewise uncomfortable with the idea of her "testing out" of IT-110. If she receives credit for a comparable course at an accredited institution in Tennessee, we can transfer that credit to her degree program here, but we must avoid any appearance of favoritism or other improprieties by giving special treatment to your grand-daughter.

— John


Dean of Instruction
Ilisagvik College

EXHIBIT B
Page 2 of 2

20124
Wade v. Ilisagvik College