Aug-29-06  09:59am  From-                                                      T-464  P.011/036  F-469




EXHIBIT
80
Conyers

# Tuition Scholarship/Waiver Application

The Iḷisaġvik College Board of Trustees has established a tuition waiver for all North Slope Borough residents and for all Iḷisaġvik College employees, employee spouses, and employee dependents. This tuition waiver applies to courses originating from Iḷisaġvik College and does not cover other expenses such as textbooks, lab fees, registration fees, or other special fees.

To Apply:
1. Read and complete the Student Statement below.
2. Indicate the tuition waiver for which you are applying.
   ___ North Slope Resident Tuition Scholarship: For the purpose of determining residency, the Iḷisaġvik College Board of Trustees has defined a North Slope resident as anyone who has lived on the North Slope for at least 12 months preceding the start of classes. Submit verification of residency to the Registrar. Contact the Registrar for more information about acceptable proofs of residency.
   ✓ Iḷisaġvik College Employee Tuition Waiver: Iḷisaġvik College will waive tuition for Iḷisaġvik College employees, their spouses, and dependents that would otherwise be required to pay tuition. *The employee of Iḷisaġvik College must read and sign the Employee Statement below.*
3. Submit completed application to the Iḷisaġvik College Financial Aid Officer.

Student Statement:
I hereby attest that the information provided with this application is true and correct, and I authorize the Iḷisaġvik College Financial Aid Officer to verify my residency status and any of the information submitted.

Print Student Name: Amy L. Underwood
Student Signature: Amy L. Underwood
Mailing Address: P.O. Box 1544
City, State, Zip: Barrow, AK 99723

Student ID (SSN): 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
Date: 01-08-02
Telephone: 907-852-3032
Relation to employee: self/spouse/dependent: Granddaughter

Employee Statement:
I hereby attest that the information provided with this application is true and correct, and I authorize the Iḷisaġvik College Financial Aid Officer to verify my employment status and any of the information submitted.

Print Employee Name: Bobbi J. Wade
Signature of Employee: Bobbi J. Wade

Employee ID (SSN): 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
Date: Jan. 8, 2002

20846
Wade v. Iḷisaġvik College

Iḷisaġvik College Financial Aid
P.O. Box 749  Barrow, Alaska 99723  1-800-478-7337 Ext.1708  Fax 907-852-1814

Revised 4/3/00

EXHIBIT
Page 1 of 4

Aug-29-06  10:00am  From-  
01/15/2004 THU 6:52 FAX                              T-464  P.016/036  F-469



# ILISAGVIK COLLEGE

P.O. Box 749, Barrow, Alaska 99723  
(907) 852-3333 / 1-800-478-7337  
Fax: (907) 852-1784

# INDIVIDUAL STUDY APPROVAL

Individual study provides students with opportunities to improve knowledge in courses of study which are not normally available. A student who desires to, or is advised to undertake such individual study should present a brief proposal to the appropriate faculty member. If both faculty member and student agree that the proposed study is feasible and worthwhile, and if the faculty member is willing to assume responsibility of working with the student, the student and faculty member will jointly complete the information requested in this form and obtain all signatures required. This form with attachments must be turned in with registration materials. The original will be filed in the student's folder in the Office of the Registrar.

PLEASE PRINT

NAME: Underwood, Amy L                    I.D. NO. 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
      LAST      FIRST    MIDDLE           (Usually your Social Security Number)

**CURRENT MAILING ADDRESS:**            **TELEPHONE NUMBERS:**
Street & No.                            Day Phone Number:
City:              State:               Evening Phone Number:
E-mail Address:

**COURSE INFORMATION — TO BE COMPLETED BY INSTRUCTOR AND STUDENT**

DEPT. Bus      NO. 197      SEMESTER: Spring    YEAR: 2004
(i.e. MATH, ENGL, ED)   (must end in -97)    (Fall, Spring, Summer)

TITLE: Record Keeping for Business
(Write one letter in each space, leaving space between words. Title limit is 24 spaces.)

Grading System: ( ) Letter  ( ) Pass/Fail  
Number of Credits: ____   Clock Hours Per Week: ____   With Instructor ____   Independently ____

Instructor's Name: Wade Bobbi J      Soc. Sec. No. 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
Please Print    (Last)  (First) (Middle)

ON THE ATTACHED PAGE, COMPLETE THE FOLLOWING:
a) Course description including objectives.
b) Specific activities or methods student will use in meeting the objectives.
c) Sources of necessary information.
d) Evaluation method which will be used to determine to what extent the objectives were met.

NOTE: If additional copies of the attached course description are required by the student and instructor, they should be made PRIOR to submission with registration materials.

| | |
|---|---|
| Student's Signature: Amy L Underwood | Date: |
| Instructor's Signature: Bobbi J. Wade | Date: 1/18/04 |
| Division Head's Signature: | Date: |
| Dean of Academic Affairs Signature: | Date: |

**TO BE COMPLETED BY OFFICE OF THE REGISTRAR**

| DEPARTMENT | NUMBER | SECTION | SUBTITLE | PROCESSED BY: | DATE |
|---|---|---|---|---|---|
| | | | | | |

Rev. 11/00                          S:\Registrar\Forms\Revised Forms\Indstudyapproval.doc

20851
Wade v. Ilisagvik College

Page 2 of 4

Aug-29-06  10:01am  From-                                                    T-464  P.027/036  F-469

01.5/04                                                                      F.H.

## ILISAĠVIK COLLEGE REGISTRATION FORM
P.O. Box 749, Barrow, Alaska 99723  Phone: (907) 852-3333  1-800-478-7337  Fax: (907) 852-1784

### HONORING OUR PAST, PREPARING FOR THE FUTURE

Name: Underwood  Amy  L     SSN: 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
     (Last)    (First) (Middle)

Date of Birth (month/day/year): 7-2-78    Sem/Year: ( )Fall (X)Spring ( )Summer  10/04

Resident Status: (Residency is established with 12 months in North Slope Borough preceding start of classes)
( ) North Slope Borough Resident    ( ) Not North Slope Borough Resident

Mailing Address:
                                    Day Phone:
                                    Evening Phone:
E-Mail Address:                     Home Village:

DID YOU GRADUATE FROM HIGH SCHOOL? (X)YES ( )NO  IF YES, Date of Graduation: (month/year)
IF YES, Name of High School: Hillwood HSA    High School Location (City/State) Nashville, TN
IF NOT, DID YOU COMPLETE YOUR GED? ( )YES ( )NO  IF YES, WHERE:                 DATE

*SEX: (X)FEMALE  ( )MALE    *VETERAN/MILITARY STATUS:
*RACE: (Check all that apply)  ( )African American  ( )Alaskan Native   ( )Asian/Pacific Islander
                               (X)Caucasian        ( )American Indian  ( )Other
                                                   ( )Hispanic
                               ( )Hawaiian                              VISA TYPE:

US CITIZEN: (X)YES ( )NO  IF NO, STATE COUNTRY:
PRIMARY REASON FOR TAKING COURSES: ( )Improve Job Skills  ( )Prepare for Different Career  ( )Transfer
                                    (X)Complete AAS Degree ( )Complete AA Degree           ( )Personal Interest

* Submission of information is voluntary and refusal to provide information will not affect your student status.

### COURSE INFORMATION: (PLEASE PRINT CAREFULLY)

| Dept. | Course # | Sect. | Course Title | # of Credits | Audit? Y/N | Time and Place | Instr. |
|-------|----------|-------|--------------|--------------|------------|----------------|--------|
| Bus   | 234      | 801   | Human Resource Mgt | 3 | N | Online | Wade |
| Bus   | 171      | 40    | Record Keeping for Business (Independent Study) | 3 | N | Indep Study | Wade |
|       |          |       |              |              |            |                |        |
|       |          |       | TOTAL CREDITS |             |            |                |        |

Advisor's Signature: Betty O. Wade      Date 1/7/04

By marking "North Slope Borough Resident" above, I indicate that I meet (b) 12-month residency requirement for the current semester, but understand that another form covers residency verification. I understand that if I do not indicate resident status above, I will be considered a non-resident of the North Slope Borough. I further understand I am responsible for all applicable academic regulations, tuition and fees whether or not I successfully complete the course or courses in which I am enrolling.

Your Signature X Amy Underwood       Date 01/2/04

Your registration is not complete until you complete and sign the release authorization.

Revised 8-01                          20880                 R/A&R/Forms/RevisedForms/RegistrationForm.doc

### RELEASE AUTHORIZATION

[X] You may release name, address, phone number and degrees received.
[ ] You may release information on courses successfully completed to prospective employers.
[ ] You may release information to current employer and to the Department of Education.
[ ] Do not release any information.

Signature: X Amy Underwood    Date 01/02/04

**Fee Calculations:**
Tuition: Non-North Slope Borough Resident  $
         North Slope Borough Resident     $       25.00
Registration Fee:                          $
Course, Lab, Internet/E-mail & Material Fees $
Technology Fee (computer classes only)     $
Total Tuition and Fees                     $

**Method of Payment:**
> Check (enclosed)          $
> Money Order (enclosed)    $
> Visa/Master Card          $
Card #                              Exp Date:
Card issued to (please print name below)

Signature:

**Please note:**
> For registrations that are faxed, fees can be paid with a credit card payment.
> For registrations that are mailed, fees can be paid with a check, money order or credit card payment.
> You must register and pay your fees to attend classes and earn credit. Registration is held for each semester on dates published in the academic calendar and/or class schedule. For special programs, short courses, seminars and other classes that are not part of the regular academic calendar, registration is held as needed.

1/20/2004

# DROP/ADD/WITHDRAWAL FORM
## HONORING OUR PAST WHILE TRAINING FOR THE FUTURE

**ILISAGVIK COLLEGE**
P.O. Box 749
Barrow, AK 99723
Phone: (907) 852-1333  1-800-487-7337

**Name:** Underwood, Amy
**Date of Birth:** 9-2-78
**Social Security Number:** 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
**Sem/Year:** (X) Spring ( ) Fall ( ) Summer Year 04
**Mailing Address:** P.O. Box 1544
Barrow, AK 99723
**Day Phone:**
**Evening Phone:** 907-852-3632
**Home Village:**

### TO DROP OR WITHDRAW FROM A COURSE: (PLEASE PRINT CAREFULLY)
1. Complete all information requested below.
2. Obtain your advisor's signature in the space provided. Sign the form on the space provided below.
3. Return all copies to Ilisagvik College Admissions and Records Office for processing.

#### COURSE INFORMATION: (PLEASE PRINT CAREFULLY)

| Dept. | Course # | Sect. | Course Title | # of Credits | Drop Reason | Time & Place | Instr. |
|---|---|---|---|---|---|---|---|

*DROP/WITHDRAWAL REASON CODES: 1: work conflict; 2: personal; 3: course not as anticipated 4: instructor; 5: other

### TO ADD A COURSE: (PLEASE PRINT CAREFULLY)
1. Complete all information requested below. If auditing a course, write YES in the "Audit?" column.
2. Obtain your advisor's signature in the space provided. Sign the form on the space provided below.
3. Return all copies to Ilisagvik College Admissions and Records Office for review and further processing, if necessary.

**ENROLLMENT IN A COURSE IS NOT OFFICIAL UNTIL ALL FEES AND CHARGES DUE HAVE BEEN PAID.**

| Dept. | Course # | Sect. | Course Title | # of Credits | Audit? Y/N | Time & Place | Instr. |
|---|---|---|---|---|---|---|---|
| BUS | 106 | | Independent Study | | | | |
| BUS | 199 | 801 | Time Management | 1 | N | TBA April/May 04 | Wade |

Total Credits:

**Advisor's Signature:** Beth White    Date 1-14-04
**Your Signature:** Amy Underwood    Date 1-13-04

### OFFICE USE ONLY
- Tuition: $
- Lab/Material Fees: $
- Non-Credit Fees: $
- Books and Supplies: $
- Other (describe): $
- **TOTAL Tuition/Fees:** $
- Less Credits (describe): $
- Refund: $
- Amount Due (or Received): $

### METHOD OF PAYMENT
- Cash: $
- Check: $
- Money Order: $
- Tuition Waiver (describe): $
- **Amount:** $
- Account Code:
- Received By:

NOTICE TO STUDENTS - Retain your validated copy of this form until the end of the semester when you receive your grades. Allow 2-3 weeks for a refund.

20881    Revised 1/99

Wade v. Ilisagvik College

Page 4 of 4