A006DC5
AMY CONYER   AUGUST 30, 2006

```
 1           IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ALASKA
 2

 3

 4   BOBBI J. WADE,                    )
                                       )
 5                    Plaintiff,       )
     vs.                               ) CASE NO.
 6                                     ) A05-086 CV (TMB)
     ILISAGVIK COLLEGE, NORTH SLOPE    )
 7   BOROUGH, JOHN TUTHILL, individually)
     and PAMELA TAYLOR, individually,  )
 8                                     )
                      Defendants.      )
 9                                     )
     _____)

10

11        THE VIDEO DEPOSITION OF

12        AMY CONYER

13        Taken on Behalf of the Defendants

14        August 30, 2006

15        Nashville, Tennessee

16

17

18

19

20

21   _____

22
     ATKINSON-BAKER, INC.
23   COURT REPORTERS
     (800) 288-3376
24   www.depo.com

25   FILE NO.: A006DC5
```

Page 1

ATKINSON-BAKER, INC. COURT REPORTERS        EXHIBIT 1        1 (800) 288-3376
                                            Page 1 of 3

A006DC5
AMY CONYER    AUGUST 30, 2006

**Page 6**

1  Q.  Can you tell me what your current address is? 10:00:56
2  A.  It's 3597 Legacy Drive, Springfield, Tennessee. 10:00:58
3  Q.  Okay. Where is Springfield in relation to 10:01:03
4  Nashville? 10:01:05
5  A.  It's northeast of Nashville -- northwest, 10:01:06
6  excuse me. 10:01:09
7  Q.  How long have you lived at that address? 10:01:10
8  A.  Since May of this year. 10:01:12
9  Q.  And are you married? 10:01:15
10 A.  Yes. 10:01:16
11 Q.  When did you get married? 10:01:16
12 A.  August 21st, 2004. 10:01:17
13 Q.  Congratulations. 10:01:22
14 A.  Thank you. 10:01:25
15 Q.  Do you have any children? 10:01:26
16 A.  Yes. 10:01:26
17 Q.  How many children do you have? 10:01:27
18 A.  One, 21 month old girl. 10:01:28
19 Q.  You must be busy? 10:01:30
20 A.  Yes, very. 10:01:31
21 Q.  Are you currently employed? 10:01:32
22 A.  Yes. 10:01:33
23 Q.  Where are you employed? 10:01:33
24 A.  City Financial Auto. 10:01:35
25 Q.  And what do you do for them? 10:01:39

**Page 7**

1  A.  I'm an underwriter or credit specialist II is 10:01:40
2  the formal title. 10:01:43
3  Q.  What does City Financial Auto do; what is the 10:01:48
4  nature -- 10:01:52
5  A.  A nonprime lender for auto loans, our 10:01:52
6  department is. 10:01:55
7  Q.  How long have you worked there? 10:01:59
8  A.  Fourteen months. 10:02:00
9  Q.  Did you work before that? 10:02:06
10 A.  No. Part-time jobs in between. 10:02:07
11 Q.  Do you have any -- do you have a high school 10:02:16
12 diploma? 10:02:18
13 A.  Yes. 10:02:21
14 Q.  Where did you get that? 10:02:21
15 A.  Hillwood High School. 10:02:22
16 Q.  Where is that? 10:02:24
17 A.  It's here in Nashville. 10:02:24
18 Q.  And what year did you get that? 10:02:26
19 A.  '97. 10:02:28
20 Q.  Some women find it offensive to ask their date 10:02:34
21 of birth. But could I ask you your date of birth? 10:02:37
22 A.  Sure. It's 9/2/78. 10:02:41
23 Q.  So you are 30? 10:02:44
24 A.  No. 10:02:45
25 Q.  No, 28? 10:02:46

**Page 8**

1  A.  Twenty-seven. Twenty-eight Saturday. 10:02:47
2  Q.  Twenty-seven. I did my math too fast. 10:02:50
3      MR. TIEMESSEN: You always go down five 10:02:54
4  years on the age and 20 pounds on the weight 10:02:55
5  estimation. 10:02:58
6  BY MS. DUCEY: 10:02:59
7  Q.  Anyone that looks like an old codger, but not 10:02:59
8  for somebody young; right? 10:03:02
9  A.  Right. 10:03:04
10     MR. TIEMESSEN: Fifteen years of marriage 10:03:05
11 taught me one thing. 10:03:06
12 BY MS. DUCEY: 10:03:07
13 Q.  And have you had any education after high 10:03:07
14 school? 10:03:11
15 A.  Yes. 10:03:11
16 Q.  Tell me where you've had education? 10:03:12
17 A.  Middle Tennessee State University. 10:03:15
18 Q.  Uh-huh. 10:03:17
19 A.  And Ilisagvik College. 10:03:18
20 Q.  Did you obtain any degrees from either of 10:03:22
21 those? 10:03:24
22 A.  No. 10:03:25
23 Q.  When was the last time you took any course work 10:03:26
24 after high school? 10:03:29
25 A.  It was the fall semester of 2003, I attended 10:03:31

**Page 9**

1  MTSU. 10:03:37
2  Q.  What did you take in the fall '03 from MTSU? 10:03:39
3  A.  A lot of them were the general classes that you 10:03:44
4  are required. Undergraduate classes. I didn't take 10:03:45
5  any specifics. My adviser advised me not to. 10:03:50
6  Q.  Did you have an adviser at MTSU? 10:03:55
7  A.  Yes. 10:03:59
8  Q.  Who was the adviser, do you remember? 10:03:59
9  A.  I do not remember. 10:04:02
10 Q.  Okay. Was that someone that's assigned to you 10:04:03
11 when you sign up for classes? 10:04:05
12 A.  Yes. He's in the prelaw department. 10:04:07
13 Q.  Was that what you thought your course of study 10:04:10
14 would be, prelaw? 10:04:13
15 A.  Uh-huh. 10:04:15
16 Q.  When did you decide that you wanted to pursue 10:04:19
17 that as a course of study? 10:04:22
18 A.  After I left Alaska. 10:04:24
19 Q.  Before you left Alaska, did you have some major 10:04:30
20 in mind? 10:04:33
21 A.  What do you mean? 10:04:35
22 Q.  Before you left Alaska, did you have any sort 10:04:36
23 of a major? 10:04:40
24 A.  Not really. I thought about it but not 10:04:40
25 anything in particular. 10:04:42

3 (Pages 6 to 9)



### Page 66

1  Q.  Okay. And in the fall 2003 it looks like you
2  are signed up for business math B, that's the B module;
3  right?
4  A.  Yes.
5  Q.  Business math C, that's the C module; correct?
6  A.  Correct.
7  Q.  And business English A; right?
8  A.  Yes.
9  Q.  And business English B; correct?
10 A.  Yes.
11 Q.  And business English C; right?
12 A.  Yes.
13 Q.  Those were all classes that your grandmother
14 was teaching?
15 A.  Yes.
16 Q.  Those were all in classroom settings; correct?
17 A.  No. I was here in Tennessee.
18 Q.  Uh-huh. How were you taking those classes,
19 then?
20 A.  I believe online. I remember one course, and I
21 honestly can't tell you which one. And this is coming
22 to me now looking over this. Having to conference in
23 and listen while she taught in class. I remember there
24 was like a triangle shaped phone in the classroom where
25 the people from other villages would call in.

### Page 67

1  Q.  Uh-huh?
2  A.  And I believe there was a class I had to call
3  in and listen like I was attending class.
4  Q.  Uh-huh?
5  A.  I can't remember when or which one.
6  Q.  Did you do that more than once?
7  A.  I don't remember. I just remember doing it. I
8  don't know. I can't tell you which class or when
9  exactly.
10 Q.  And where were you physically located when you
11 called in?
12 A.  Tennessee.
13 Q.  And to be more precise, where in Tennessee were
14 you?
15 A.  It could have been Nashville or Murfreesboro,
16 depending what the timeframe was.
17 Q.  You described what sounds to me like a business
18 type speaker phone that one might purchase and have in
19 a business office?
20 A.  Right.
21 Q.  Where did you get that business speaker phone?
22 A.  It was in her classroom. I remember being at
23 Ilisagvik and seeing a phone like that in her
24 classroom, and other classrooms as well. I remember
25 students from other villages that were unable to attend

### Page 68

1  in Borough would call in to take classes.
2  Q.  Okay. And so you were someplace in
3  Murfreesboro or Nashville and listening on your
4  personal phone?
5  A.  Yes, I would call in.
6  Q.  How many times, if you recall, did you call in
7  to business math B?
8  A.  I don't know which class it was. I don't
9  remember if that was online or if I called in.
10 Q.  Okay.
11 A.  I just remember doing that.
12 Q.  Do you recall doing it more than once?
13 A.  No, I do not.
14 Q.  So your recollection is on one occasion you
15 called in to one of these classes in the fall 2003?
16 A.  I don't know which semester it was.
17 Q.  Okay. So it's possible that you didn't call in
18 at all for these module classes in the fall 2003?
19 A.  It is possible.
20 Q.  Do you remember having any discussion with your
21 grandmother about whether you were to call in to these
22 classes in the fall 2003?
23 A.  No, I do not.
24 Q.  Did you understand in the fall 2003 that you
25 were going to take these classes online?

### Page 69

1  A.  I don't remember exactly how I took them. The
2  majority of the classes that I did take were online. I
3  remember I had to sign on to their website, log in,
4  take tests, and I don't remember exactly what else the
5  format was. But I remember having to take tests
6  online.
7  Q.  Do you know what I mean when I say a class in a
8  blackboard format?
9  A.  Blackboard, no.
10 Q.  Uh-huh. Let me ask you it in a different way.
11 When you took the classes online and you had to sign
12 in?
13 A.  Uh-huh.
14 Q.  Did it appear to you that this was a course
15 that someone had spent some time preparing that?
16 A.  I remember the blackboard now. It's coming
17 back to me.
18 Q.  Uh-huh?
19 A.  I believe you actually did sign in to what you
20 called the blackboard, yes.
21 Q.  So it was a prepared class?
22 A.  Yes.
23 Q.  Okay. And there were assignments posted;
24 correct?
25 A.  Yes.

