Aug-29-06   09:59am   From-                                           T-464   P.014/036   F-469

Date Printed: Jan 16, 2004                                                       Page 1 of 1
Name: Ms. Amy Leigh Underwood                        Id: 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
Program/Degree/Curriculum:  Business and Mngmnt/Assoc. of Appl. Sci./Business    Degree/Date Granted:
                            and Management                                       Honors:
                            Unknown/Unknown/Unknown                              Cumulative GPA:   3.6216
Previous Institution:

| Course Id | Title | Grade | Credits | QPnts |
|---|---|---|---|---|
| **Fall 1997** | | | | |
| *Middle Tennessee State University* | | | | |
| ENGL111X | Meth of Written Comm | TR | 3.00 | 0.0000 |

|      | Attempt | Earned | Total | GPACrd | QPnts | GPA |
|------|---------|--------|-------|--------|-------|-----|
| Term | 0.00    | 0.00   | 3.00  | 0.00   | 0.0000 | 0.0000 |
| Cum  | 0.00    | 0.00   | 3.00  | 0.00   | 0.0000 | 0.0000 |

| Course Id | Title | Grade | Credits | QPnts |
|---|---|---|---|---|
| **Spring 1998** | | | | |
| *Middle Tennessee State University* | | | | |
| ENGL1000 | English Elective | TR | 3.00 | 0.0000 |

|      | Attempt | Earned | Total | GPACrd | QPnts | GPA |
|------|---------|--------|-------|--------|-------|-----|
| Term | 0.00    | 0.00   | 3.00  | 0.00   | 0.0000 | 0.0000 |
| Cum  | 0.00    | 0.00   | 6.00  | 0.00   | 0.0000 | 0.0000 |

| Course Id | Title | Grade | Credits | QPnts |
|---|---|---|---|---|
| **Fall 1999** | | | | |
| *Middle Tennessee State University* | | | | |
| ENGL211X | InterExpo,Mode-Liter | TR | 3.00 | 0.0000 |

|      | Attempt | Earned | Total | GPACrd | QPnts | GPA |
|------|---------|--------|-------|--------|-------|-----|
| Term | 0.00    | 0.00   | 3.00  | 0.00   | 0.0000 | 0.0000 |
| Cum  | 0.00    | 0.00   | 9.00  | 0.00   | 0.0000 | 0.0000 |

| Course Id | Title | Grade | Credits | QPnts |
|---|---|---|---|---|
| **Spring 2002** | | | | |
| ANTH242 | NativeCulture ofAK(s | A | 3.00 | 12.0000 |
| BIOL103X | Biology&Society(n) | C | 4.00 | 8.0000 |
| BUS 100 | Intro to Business | A | 3.00 | 12.0000 |
| HIST100X | ModWorldHistory(s) | A | 3.00 | 12.0000 |
| LS 101X | Library Info & Resea | A | 1.00 | 4.0000 |

|      | Attempt | Earned | Total | GPACrd | QPnts | GPA |
|------|---------|--------|-------|--------|-------|-----|
| Term | 14.00   | 14.00  | 14.00 | 14.00  | 48.0000 | 3.4286 |
| Cum  | 14.00   | 14.00  | 23.00 | 14.00  | 48.0000 | 3.4286 |

| Course Id | Title | Grade | Credits | QPnts |
|---|---|---|---|---|
| **Summer 2002** | | | | |
| BUS 105A | Business Math A | A | 1.00 | 4.0000 |
| BUS 260 | Principles-Marketing | A | 3.00 | 12.0000 |
| OT 107 | Proofreading&Editing | A | 1.00 | 4.0000 |

|      | Attempt | Earned | Total | GPACrd | QPnts | GPA |
|------|---------|--------|-------|--------|-------|-----|
| Term | 5.00    | 5.00   | 5.00  | 5.00   | 20.0000 | 4.0000 |
| Cum  | 19.00   | 19.00  | 28.00 | 19.00  | 68.0000 | 3.5790 |

| Course Id | Title | Grade | Credits | QPnts |
|---|---|---|---|---|
| **Fall 2002** | | | | |
| BUS 112 | Principles of Econ | B | 3.00 | 9.0000 |
| BUS 154 | Intro-OrgnztnMngmnt | A | 3.00 | 12.0000 |
| BUS 197 | Princ of Acctng I | DF | 3.00 | 0.0000 |
| BUS 233 | Financial Management | A | 3.00 | 12.0000 |

|      | Attempt | Earned | Total | GPACrd | QPnts | GPA |
|------|---------|--------|-------|--------|-------|-----|
| Term | 12.00   | 9.00   | 9.00  | 9.00   | 33.0000 | 3.6667 |
| Cum  | 31.00   | 28.00  | 37.00 | 28.00  | 101.0000 | 3.6071 |

| Course Id | Title | Grade | Credits | QPnts |
|---|---|---|---|---|
| **Spring 2003** | | | | |
| BUS 110 | Princ of Acctng I | B | 3.00 | 9.0000 |
| BUS 241 | Business Law | A | 3.00 | 12.0000 |

|      | Attempt | Earned | Total | GPACrd | QPnts | GPA |
|------|---------|--------|-------|--------|-------|-----|
| Term | 6.00    | 6.00   | 6.00  | 6.00   | 21.0000 | 3.5000 |
| Cum  | 37.00   | 34.00  | 43.00 | 34.00  | 122.0000 | 3.5882 |

| Course Id | Title | Grade | Credits | QPnts |
|---|---|---|---|---|
| **Fall 2003** | | | | |
| BUS 105B | Business Math B | A | 1.00 | 4.0000 |
| BUS 105C | Business Math C | I | 1.00 | 0.0000 |
| BUS 109A | Business English A | A | 1.00 | 4.0000 |
| BUS 109B | Business English B | A | 1.00 | 4.0000 |
| BUS 109C | Business English C | I | 1.00 | 0.0000 |

|      | Attempt | Earned | Total | GPACrd | QPnts | GPA |
|------|---------|--------|-------|--------|-------|-----|
| Term | 5.00    | 3.00   | 3.00  | 3.00   | 12.0000 | 4.0000 |
| Cum  | 42.00   | 37.00  | 46.00 | 37.00  | 134.0000 | 3.6216 |

End of Transcript

EXHIBIT 78
Conyer

20849
Wade v. Ilisagvik College

---

                                                             Date Processed
IN ACCORDANCE WITH THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974, AS AMENDED, TRANSCRIPTS
     MAY NOT BE RELEASED TO A THIRD PARTY WITHOUT THE WRITTEN CONSENT OF THE STUDENT.

Exhibit ___
Page ___ of ___