# MIDDLE TENNESSEE STATE UNIVERSITY
MURFREESBORO, TENNESSEE 37132

This transcript is printed on special security paper with a blue background. A raised seal and signature are not required.

03-22-2007

Underwood, Amy L
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

Official Undergraduate Academic Record (Combined U & UJ)

Secondary Schools:
  Hillwood High School                        Sep 1993 - May 1997
Higher Education Institutions:
  Other                                       Jan 2002 - Dec 2002

Current Academic Program of Study:
  COLLEGE OF LIBERAL ARTS
  BACHELOR OF ARTS
  Major:  POLITICAL SCIENCE

------------------------- 1997 FALL --------------------------
BIOL-0100  TOPICS IN BIOLOGY                F   (4.00)
DSM -0080  ELEMEN ALGEBRA                   F   (3.00)
           Repeat (excluded from GPA)
ENGL-0111  COMPOSITION                      C    3.00      6.00
PHED-0114  GYMNASTICS                       F   (1.00)
PLACED ON PROBATION

------------------------ 1998 SPRING -------------------------
DSM -0080  ELEMEN ALGEBRA                   F   (3.00)
           Repeat (included in GPA)
ENGL-0112  COMPOSITION                      A    3.00     12.00
HIST-0202  AMERICAN PEOPLE                  F   (3.00)
PHED-0203  TUMBLING & TRAMPOLIN             F   (1.00)
PSY -0141  GENERAL PSYCHOLOGY               W   (3.00)
1 YEAR SUSPENSION

------------------------- 1999 FALL --------------------------
DSM -0080  ELEMEN ALGEBRA                   F   (3.00)
           Repeat (included in GPA)
ENGL-0211  EXPERIENCE OF LIT                C    3.00      6.00
GEOL-0100  INTRO TO EARTH SCI               F   (3.00)
GEOL-100L  INTRO EARTH SCI LAB              F   (1.00)
SPEE-0205  THEATRE APPRECIATION             D    3.00      3.00
1 YEAR SUSPENSION
--------------- NO FURTHER ENTRIES THIS COLUMN ---------------

------------------------- 2003 FALL --------------------------
DSPM-0800  ELEMENTARY ALGEBRA               F   (3.00)
           Repeat (included in GPA & EHRS)
ENGL-2130  THEMES IN AMER LIT               F   (3.00)
HIST-2030  TENNESSEE HISTORY                F   (3.00)
P S -1010  FOUNDATIONS OF GOVERNMENT        F   (3.00)
PHIL-2110  ELEM LOGIC & CRITICAL THINKING   F   (3.00)
1 YEAR SUSPENSION

                        AHRS    EHRS    QHRS    QPTS     GPA
UJ Current             15.00    0.00   15.00    0.00    0.000
UJ Current             12.00   12.00   12.00    0.00    0.000
UJ HE Cum              52.00   12.00   46.00   27.00    0.587
U  HE Cum              40.00   12.00   37.00   27.00    0.730
-END OF Undergraduate Academic Record (Combined U & UJ)-

U  = Undergraduate college level statistics
UJ = Combined undergraduate college and
     Remedial/Developmental statistics

Amy L Underwood
1009 River Ridge Terr
Nashville TN 37221

Federal law prohibits the release of information from this document to a third party without the student's written consent. Unless otherwise noted student is in good academic standing.

# Key to Transcript

## Marking System - Grades

Following are the letter grades assigned:
A, B, C, D, F, P, S, U

Following is a description of additional letter grades used:

- H — appears beside course number of courses taken for honors credit at the undergraduate level (prior to Fall 2001)
- I — incomplete - not used in calculating grade point average
- N — no credit, non-punitive (assigned only in certain courses)
- NC — no credit (audit) - not used in calculating grade point average
- NR — grade not recorded
- W — withdrawal - not used in calculating grade point average
- WD — withdrawal (assigned only in developmental courses) - not used in calculating grade point average
- WP — withdrawal passing - not used in calculating grade point average
- WF — withdrawal failing - added into quality hours to compute grade point average
- * (or RX) — repeated course or course taken in previous career
- R (or RE) — repeating course
- X (or RI) — repeating course previously completed with passing grade - no credit for additional hours earned
- # (or FS) — grades not used in calculation of grade point average - used to denote Academic Fresh Start as well as undergraduate courses taken by graduate level students
- # — course used to clear high school deficiency, used in calculation of grade point average

## Quality Credits — Grade Point Average

The following quality point system is used in determining the grade point average (GPA):

| | |
|---|---|
| For each credit hour of A: | 4.00 quality points |
| For each credit hour of A-: | 3.67 quality points |
| For each credit hour of B+: | 3.33 quality points |
| For each credit hour of B: | 3.00 quality points |
| For each credit hour of B-: | 2.67 quality points |
| For each credit hour of C+: | 2.33 quality points |
| For each credit hour of C: | 2.00 quality points |
| For each credit hour of C-: | 1.67 quality points |
| For each credit hour of D+: | 1.33 quality points |
| For each credit hour of D: | 1.00 quality points |
| For each credit hour of D-: | 0.67 quality points |
| For each credit hour of F: | 0.00 quality points |

Beginning Fall, 1997, graduate courses may be graded as + or -. Beginning Fall, 2000, undergraduate courses may be graded as + or -.

The scholastic standing of a student is expressed in terms of quality point ratio which is calculated by dividing the total number of quality points by the total number of quality hours attempted.

## Course Numbering System Prior to Fall, 2001

Developmental Courses: 070-099 (not degree credit)
Undergraduate Courses: 100-499
 Lower Division 100-299
  Freshman 100-199
  Sophomore 200-299
 Upper Division 300-499
  Junior 300-399
  Senior 400-499
Graduate Courses: 500-799

## Course Numbering System Beginning Fall, 2001

Developmental Courses: 0700-0999 (not degree credit)
Undergraduate Courses: 1000-4999
 Lower Division 1000-2999
  Freshman 1000-1999
  Sophomore 2000-2999
 Upper division 3000-4999
  Junior 3000-3999
  Senior 4000-4999
Graduate Courses: 5000-7999

## Unit of Credit

All work shown in semester hours.

## Retention Standards (Undergraduate)

Beginning with the Spring 1994 term, an undergraduate student failing to meet one of the following standards during any term will be placed on academic probation for the subsequent term:

1. attain a 2.00 GPA for the current term, or
2. meet one of the following retention standards:

| | |
|---|---|
| 00-29.99 hours attempted: | 1.5 GPA |
| 30-49.99 hours attempted: | 1.8 GPA |
| 50 or more hours attempted: | 2.0 GPA |

A student on academic probation who fails to meet one of the above standards during the next term in which enrolled will be suspended.

---

Middle Tennessee State University
Records Office
1301 East Main Street
Murfreesboro, Tennessee 37132
e-mail: records@mtsu.edu

REVISED 04/04

---

TO TEST FOR AUTHENTICITY: The face of this document has a blue background and the name of the institution is printed across the face. Also note this security paper is produced with the highest level of security available today. Verification of some of these security features can be accomplished by:
- You can see the words "SAFE" and "VERIFY FIRST" in the Safeimage™ True Watermark Security™ Paper.
- Hold up to translucent light to verify.
- Identifying visible blue and red fibers embedded into the paper.
- Inspecting with a UV black light to view invisible fluorescent blue fibers.
- Applying fresh liquid bleach to activate brown stain chemical protection reaction.
- Inspect background with a magnifier to verify the encrypted NaNocopy™ algorithm.
- Photocopying this document produces the word "copy" across the face.
ADDITIONAL TEST: When photocopied in color or black or white, the words COPY appear prominently across the face of the entire document. A black and white document is not an original and should not be accepted as an official institutional document. ALTERATION OR FORGERY OF THIS DOCUMENT IS A CRIMINAL OFFENSE! If you have additional questions about this document, please contact the Office of the Registrar at (615) 898-2600. This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974, as amended.

NaNocopy™ #6,692,030, Safeimage™    VERIFY FIRST TECHNOLOGIES