# PCC AMBULATORY ENCOUNTER RECORD

IHS-803 (10/96)   P.L. 96-511 N.A.

**Date:** 6-26-02

**Arrival Time:** ___ AM/PM

**Clinic:** ___

Appt ✓   Walk-in ___

## Problem List Update
(Enter Problem Numbers From Health Summary)

| Remove | Move to Inactive | Move to Active |
|---|---|---|

**PROVIDERS:** 8 / 8
**PRIMARY PROVIDER:** 

**AFFIL.:** 0
**DIS.:** 1 / 0
**INITIALS / CODE:** AS / SA

**B/P:** 190/80 manual, 202/13

**TEMP:** 96⁶   **PULSE:** 68   **RESP:** 22

**WT:** 163 ☐ GM ☐ KG ☐ LB-OZ
**HT:** ___ ☐ CM ☐ IN
**HEAD:** ___ ☐ CM ☐ IN

**VISION-UNCORRECTED:** R ___ L ___
**VISION-CORRECTED:** R ___ L ___

### Chief Complaint / Subjective / Objective

**CC:** called to come in - would also like thyroid √'d (did not take meds this AM)

**S:** 68 yo ♀ here for re-evaluation of HTN and insomnia. Ambien working well; did not take any of her meds today because thought that would need TSH √ but it was done 4/02 WNL. She declines GYN exam scheduled for today. She needs to get to work & organize things leaving in few days to lower 48, her 44 yo son just dx'd ē colon cancer. Also wants derm referral due to a R chest lesion × years that is itchy ē burning, no change in size, no previous hx skin cancer.

**O:** BP ↑ 190/80 (∅ meds), NAD, ambulating, chest wall: R supraclavicular area a raised ½ × ½ cm salmon colored lesion ē thick scale, keratotic, well defined margins.

※ PT believes BP was ↑ due to taking "metabolite" but now d/c'd wants to wait & re ___

**BP diary** ✓
44 yo: 150/7a, 186/86, 146/71

**CURRENT MEDICATIONS:**
- HTN: Synthroid, Ambien
- Estrogen
- ED: Propranolol

**Injury?** ☑ Yes ☐ No   **If yes, Date:** ___   ☐ ETOH Related   ☐ Empoy. Rel.
**Cause:** ___   **Place:** ___

**ALLERGIES:** ASA
**PHONE #:** 3632
**BOX #:** 1514

**OTHER TESTS / PROCEDURES ORDERED:** Peak flow (310) best of 3

### PROBLEM LIST

| A-AI-C | # | PURPOSE OF VISIT (PRINT ONLY IN THIS SECTION; DO NOT ABBREVIATE) | ICD |
|---|---|---|---|
| | | Right chest skin lesion NOS | 709.9 |
| | | HTN | 401.9 |
| | | Insomnia | 780.52 |

**REPRODUCTIVE FACTORS:** G ___ P ___ LC ___ SA ___ TA ___ LMP ___   **FP METHOD:** tx   **DATE BEGUN:** ___

**PROBLEM LIST NOTES / STORE NOTE FOR PROB. #:** ___

**MEDICATIONS:**
- ✓ Propranolol 40mg i-i po BID #90
- ✓ Flonase 1 spray to each nostril QD #2
- ✓ Lisinopril 20mg i po QD #60
- ✓ Estrogen conj 0.625 mg i po QD #60
- ✓ Ambien 5mg i po QHS prn insomnia #60
- ✓ Levothyroxine 0.05 mg i po QD #60

pts refills now pt's leaving state for few months

**Order / Initials:**
- HCT
- UA
- HCG
- BS-F / BS-R
- CBC
- Urine culture
- Throat culture
- Stool culture
- STS
- GC
- PAP
- Pelvic
- Breast
- Mammogram
- Rectal
- Chest X-ray
- EKG
- Soak
- Hep B #
- Hep A #
- OPV #
- DTP #
- DT aP #
- DT
- Td
- MMR #
- Varicella
- Influenza
- HIB TITER / ActHIB #
- Pedvax HIB #
- Pneumo Vax
- PPD ___ mm
- ✓ Type of Decision Making
  - Straightforward
  - ⊗ Low Complexity
  - Moderate Complexity
  - High Complexity

**REVISIT / REFERRAL TO:** ___   **DATE:** ___   **TIME:** ___
**PURPOSE:** Derm referral per pt's preference

**INSTRUCTIONS TO PATIENT:** 6 26 02   ☐ SIGN RELEASE RECORDS

**HR #:** ___   **SSN #:** ___

**NAME:** 015238 / SS 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
DOE, BOBBIE   SEX F   TRIBE ___
DOB 11-27-33 SEX F 000 BAR
RESIDENCE BARROW   722-15-02
SAMUEL SIMMONDS MEMORIAL HOSP

**PROV. SIGNATURE:** [signature]
**DATE:** ___

300026

EXHIBIT W
Page 1 of 1