FEB-24-2003 15:56 FROM: :19072729586 P.3/6



# Heritage Medical Associates, P.C.

**ALLERGY**
Thomas G. Pennington, M.D.

**CARDIOLOGY**
John Bright Cage, M.D.

**ENDOCRINOLOGY**
James Erwin Anderson, Jr., M.D.

**FAMILY PRACTICE**
W. Thomas Patten, M.D.

**GASTROENTEROLOGY**
Robert C. Dunkerley, Jr., M.D.
Douglas P. Mitchell, M.D.
Harrison J. Shull, Jr., M.D.
George D. Wright, M.D.

**INTERNAL MEDICINE**
James Erwin Anderson, Jr., M.D.
Susan M. Berkebile, M.D.
Michael D. Callaway, M.D.
Thomas H. Callaway, M.D.
Robert A. Crowder, Jr., M.D.
Henry L. Harrell, M.D.
Robert L. Ledford, Jr., M.D.
    ᴀᴇʟ G. Olive, M.D.
    ᴏᴍᴀs Patten, M.D.
    ᴀs G. Pennington, M.D.
W. Clark Ray, M.D.
Donna D. Scudder, M.D.
Paul R. Stumb, M.D.
John G. Thompson, Jr., M.D.

**NEUROLOGY**
Curtis J. Hagenau, M.D.

**BELLEVUE OFFICE**
7640 Highway 70 South
Nashville, Tennessee 37221
(615) 662-1021

**INTERNAL MEDICINE**
P. Robert Chapman, M.D.
Mark T. Stubblefield, M.D.

**GREEN HILLS OFFICE**
2325 Crestmoor Road
Nashville, Tennessee 37215

**INTERNAL MEDICINE**
(615) 284-2222
Elizabeth L. Cato, M.D.
James R. Cato, M.D.
J      . Jones, M.D.
I      . Pharris, M.D.

**PEDIATRICS**
(615) 284-2260
Lawrence A. Klinsky, M.D.
Robert E. Mallard, M.D.

8/7/03

Re: Bobbi Wade
SSN 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

To Whom It May Concern:

Bobbi Wade is a patient followed in our clinic. I am aware that it is necessary for her to travel to Alaska for her job, but I have requested that she return as soon as possible for further medical workup with possible surgical treatment.

Sincerely,

*Celia V. Church*

Celia V. Church, MD



EXHIBIT 20

21382
Wade v. Ilisagvik College