# IḶISAĠVIK COLLEGE

## COURSE INFORMATION CHANGE FORM

## PRODECURE FOR REQUESTING CHANGE OF CLASS MEETING LOCATION/DAY/TIME/INSTRUCTOR

Please circle all that apply: LOCATION  DAY TIME INSTRUCTOR

*Students must be notified whenever courses are relocated and/or rescheduled. The Admissions and Records office is responsible for notifying students of any changes before a course begins. Instructors are responsible for notifying students after the first meeting of the course.*

Semester: FaLL Year: 2003

Course No: Bus 105B Title: Bus Math

Class Meeting Location:

Change to:

Class Meeting Date: 10/6/03 – 11/12/03

Change to: 11/17/03 – 12/17/03

Class Meeting Time: 1:30 – 3:00

Change to: 12:00 – 1:30

Class Instructor:

Change to:

Reason for the request: To accommodate convenience of students who need both modules B and C

**The completed change of class meeting location/day/time/instructor form should be received by the Dean of Instruction's Office prior to the beginning of the course or the specific class, so that any conflicts concerning course scheduling or room availability can be resolved. Admissions and Records will fax a copy of this form, upon receipt, to the originating instructor as confirmation that the request has been accommodated.**

## ROUTING

1.) Originating Instructor: Bobbie J. Wade Date: 10/2/03

2.) Division Director Approval: [signature] Date: 10-3-03

3.) Dean of Instruction: Date:

4.) Admissions & Records Notification: Date:

Revised 11/98 – H:\pre-1999-Course Information Change Form.doc

EXHIBIT 22

21385

Wade v. Ilisagvik College

EXHIBIT Y

Page 1 of 1