19072729586   P.5/6

# IḶISAGVIK COLLEGE
## COURSE INFORMATION CHANGE FORM
### PRODECURE FOR REQUESTING CHANGE OF
### CLASS MEETING LOCATION/DAY/TIME/INSTRUCTOR

Please circle all that apply:   LOCATION   (DAY)   (TIME)   INSTRUCTOR 

*Students must be notified whenever courses are relocated and/or rescheduled. The Admissions and Records office is responsible for notifying students of any changes before a course begins. Instructors are responsible for notifying students after the first meeting of the course.*

Semester: **Fall**   Year: **2003**

Course No: **Bus 109 B**   Title: **Bus Engl. Module B**

Class Meeting Location: _____

Change to: _____

Class Meeting Date: **10/6/03 – 11/4/03**

Change to: **11/6 – 12/16/03**

Class Meeting Time: **1:30 – 3:00 pm**

Change to: **12:00 – 1:30 pm**

Class Instructor: _____

Change to: _____

Reason for the request: **To accommodate student needs**

The completed change of class meeting location/day/time/instructor form should be received by the Dean of Instruction's Office prior to the beginning of the course or the specific class, so that any conflicts concerning course scheduling or room availability can be resolved. Admissions and Records will fax a copy of this form, upon receipt, to the originating instructor as confirmation that the request has been accommodated.

### ROUTING

1.) Originating Instructor: **Bobbi J. Wade**   Date: **10/2/03**

2.) Division Director Approval: _____   Date: **10-3-03**

3.) Dean of Instruction: _____   Date: _____

4.) Admissions & Records Notification: _____   Date: _____

Revised 11/98 – H:\pre-1999-Course Information Change Form.doc



21384
Wade v. Iḷisagvik College