Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
Fax (907) 277-1331
cld@delaneywiles.com
Attorney for defendants Ilisagvik College,
John Tuthill and Pamela Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILISAGVIK COLLEGE, NORTH SLOPE ) <br> BOROUGH, JOHN TUTHILL, individually ) <br> and PAMELA TAYLOR, individually ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:05-cv-00086 (TMB) |

**NOTICE OF SUBMISSION OF EXHIBITS**

Defendants, Ilisagvik College, Dr. John Tuthill, and Pamela Taylor, ("Ilisagvik College" or "the College"), by and through counsel, Delaney Wiles, Inc., herein submit additional exhibits regarding their motion for summary judgment.

DELANEY WILES, INC.
Attorneys for Defendants Ilisagvik College,
John Tuthill, and Pamela Taylor

Dated: 6-14-07

s/Cynthia L. Ducey
Cynthia L. Ducey, ASBA # 8310161
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
(907) 279-3581
(907) 277-1331 Fax
cld@delaneywiles.com

Delaney Wiles, Inc.
1007 West 3rd Avenue
Suite 400
Anchorage, Alaska
(907) 279-3581

Notice of Submission of Exhibits
*Wade v. Ilisagvik, et al.*, Case No. 3:05-cv-00086-TMB                    Page 1 of 2

Certificate of service

I certify that a true and correct
copy of this document has
been served by electronic service
on the 14th day of June, 2007 upon:

Linda Johnson

By: Cynthia L. Ducey
131802

ELANEY WILES, INC.
)07 WEST 3RD AVENUE
SUITE 400
iCHORAGE, ALASKA
(907) 279-3581