FEB-24-2003 15:56 FROM: :19072729586 P.2/6



Ilisagvik College
P.O. Box 749 • Barrow, Alaska 99723
☎ (907) 852-3333  Fax (907) 852-2729

# ILISAGVIK COLLEGE — REQUEST FOR LEAVE

Name: **Bobbi J. Wade**
Department: **Business Mgt.**    Date of Request: **10/2/03**

Number of (Days) or Hours: **10**    Begin: **Oct 20  8:30 AM** (Month Day Hour)    End: **Oct 31  5:00 PM** (Month Day Hour)

Type of Leave Requested:
- ☒ Personal
- ☐ Public Service
- ☐ Subsistence
- ☐ Military
- ☐ Family Medical Leave
- ☐ Extended Medical Leave
- ☐ Jury Duty
- ☐ Leave Without Pay

Personal:         Sick Leave, Vacation, Subpoenaed Witness (Requires copy of subpoena)
Subsistence:      Maximum of 10 days per calendar year: Unpaid Leave
Duty:             Maximum of 15 days per calendar year (Requires copy of jury summons and that court provided compensation be given to Ilisagvik College.): Paid Leave
Military:         Maximum of 16.5 days per calendar year (Requires copy of orders): Paid Leave
Family Medical Leave: Maximum of 12 weeks per calendar year (Requires copy of Doctor's verification): Unpaid Leave
Extended Illness Leave: Requires copy of Doctor's verification: Paid Leave
Public Service:   Maximum of 10 days per calendar year (Requires minimum 3 days prior approval. If honorarium received, Personal Leave must be taken or honorarium turned over to Ilisagvik College.)
Other:            Any other type of leave not described above (Requires explanation below)

Comments: _____

Employee Signature: **Bobbi J. Wade**    Date: **10/2/03**
Payroll Verification of Hours Available: **AS OF 9/19/03  90.0**    Date: **10/2/03**
Department Supervisor Approval: _____    Date: _____
Human Resources Approval: _____    Date: _____
(Not required for Personal Leaves)

21381
Wade v. Ilisagvik College

EXHIBIT 21

\* \* \* All Signatures Must be Obtained Prior to Leave Date. \* \* \*

Distribution:   White - Human Resources   Canary - Payroll   Pink - Employee   Golden - Department

