## John Tuthill

**From:** Bobbi Wade
**Sent:** Monday, October 06, 2003 9:55 AM
**To:** John Tuthill
**Subject:** RE: Plan

Yes, Business English 109B and Business Math 105B will begin this week.

I have appointments in Tennessee with my doctors, and I also have a letter from my doctor in Tennessee stating that I will need to return as soon as possible for medical treatment. Under these circumstances, I don't feel that it is necessary to consult with doctors here. There are no doctors here that can be seen without long-standing appointments, and this is an immediate situation. Thanks,

Bobbi Wade

-----Original Message-----
**From:** John Tuthill
**Sent:** Friday, October 03, 2003 3:57 PM
**To:** Bobbi Wade
**Subject:** Plan

Bobbi –

Here's my understanding of where we stand after all of our conversations this week.

My understanding is that you will begin teaching Business English "B" and Business Math "B" next week, as originally scheduled, and that you will notify the students in advance, so they will know to come.

My understanding further is that you will consult with your physicians here and in Tennessee to determine if they feel that you require immediate medical treatment, and that, depending on what they say, you may prepare a medical leave request so that you can receive any required treatment during the semester.

If my understanding is incorrect, please tell me your understanding as soon as you can.

Thanks.

– John

EXHIBIT
24

20824
Wade v. Ilisagvik College

10/6/2003