A006DBB
MICHELLE SNYDER    AUGUST 29, 2006

```
        IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF ALASKA



        ---------------------------------X

        BOBBI J. WADE,
                                              CASE NO.
                           Plaintiff,         A05-086CV (TMN)

        vs.

        ILISAGVIK COLLEGE, NORTH SLOPE
        BURROUGH, JOHN TUTHILL, individually
        and PAMELA TAYLOR, individually

                           Defendants.
        ---------------------------------X


        DEPOSITION OF:           MICHELLE SNYDER, DO


        TAKEN:                   Pursuant to Notice
                                 Instance of Defendant


        DATE:                    August 29, 2006

        TIME:                    Commencing at 9:07 A.M.


        PLACE:                   NW Family Medicine
                                 4278 W. Linebaugh
                                 Tampa, FL


        BEFORE:                  JACKIE L. OSTROM
                                 Court Reporter and
                                 Notary Public, State
                                 of Florida at Large

        ATKINSON-BAKER, INC.
        COURT REPORTERS
        (800) 288-3376
        www.depo.com
        FILE NO.: A006DBB
```

**Page 10**

1  A  Yes.    09:12:45
2  Q  Okay. And it looks like that's for patient
3  Bobbi Wade, correct?
4  A  Yes.
5  Q  All right. And the date of that visit was    09:12:51
6  October 6, '03?
7  A  Yes.
8  Q  Correct?
9  A  Yes.
10 Q  And is it in your practice standard to make a    09:13:00
11 record in a medical chart of the subjective complaints
12 that a patient brings to you?
13 A  Yes.
14 Q  What's the purpose of that documentation?
15 A  Well, the subjective part establishes the    09:13:17
16 purpose of the visit and it's standard documentation in
17 any patient visit for any physician.
18 Q  All right. Do you normally try and chart every
19 subjective complaint that the patient provides to you?
20 A  I try.    09:13:36
21 Q  Okay. All right. And what was her subjective
22 complaint on 10/6/03?
23 A  She was there for a mole on her chest that was
24 getting irritated, itching and burning and medication
25 refills. That would have been the chief complaint that    09:13:51

**Page 11**

1  the nurse would have written down. And then in speaking    09:14:00
2  with her she also was having problems with her right hip,
3  some pain.
4  Q  Okay. Now, did from time to time do you write
5  down actually what the patient tells you?    09:14:15
6  A  Yes.
7  Q  Okay. And I see that there's a note here that
8  says has been denied leave at employment and in
9  parentheses it says college, correct? Do you recall if
10 that's something that she told you?    09:14:30
11 A  That would have been something that she told me.
12 Q  Okay. And it says FPN and then it has a
13 question mark, Kentucky home state, referred for
14 evaluation. What does that refer to if you recall?
15 A  Family practice, family practitioner in her home    09:14:49
16 state. The question mark probably indicates that I may
17 have stepped out of the room after the visit and couldn't
18 recall if it was Kentucky but it was somewhere in the
19 midwest.
20 Q  Uh-huh.    09:15:08
21 A  Which is why I put home state and so that
22 apparently a family practitioner had referred her for
23 evaluation.
24 Q  Okay. And then it says requesting notes saying
25 she should see specialist, right?    09:15:21

**Page 12**

1  A  Yes.    09:15:25
2  Q  Do you know what kind of specialist she was
3  requesting a note for?
4  A  Based on what I wrote after that it would be an
5  orthopedic referral.    09:15:34
6  Q  Okay. And then it is says, correct me if I'm
7  wrong, it says agree with ortho referral?
8  A  Yes.
9  Q  And it says need skin lesions removed?
10 A  Yes.    09:15:45
11 Q  Okay. Were you competent at that time to remove
12 the skin lesions in your opinion?
13 A  Yes.
14 Q  Okay. And what would removal have entailed at
15 that point?    09:15:57
16 A  Um, we generally, any suspicious lesion, it
17 depends on its characteristics. If it's slightly raised
18 basically we do a shave biopsy versus an excision and that
19 just depends on how -- how extensive the lesion looks.
20    If it's a flat lesion sometimes we'll just do a    09:16:27
21 punch biopsy which is just taking a small punch hole out
22 of the lesion and sending it for biopsy.
23 Q  Okay. And you made a little notation at the top
24 about the -- looks like there may have been three patches;
25 am I correct?    09:16:42

**Page 13**

1  A  Yes.    09:16:43
2  Q  Okay. And based on your notes now do you have
3  an opinion about how you would have handled this on
4  October 6?
5  A  Um, just on this note, I don't know if I would    09:17:02
6  have done a shave biopsy or an excision. I'm guessing
7  probably a shave biopsy. Seborrheic keratosis, the one in
8  the middle, those are completely benign and I probably
9  would have just done a shave biopsy. And on the others I
10 didn't put if it was raise or not so I don't know based on    09:17:28
11 this note what I would have done for those other two
12 lesions.
13 Q  Okay. But in any event you could have performed
14 the shave biopsy or the excision right there in the office
15 that day?    09:17:45
16 A  Yes.
17 Q  Okay. And did you do it on the 6th of October?
18 A  No.
19 Q  Do you recall why?
20 A  No.    09:17:58
21 Q  Was there any reason on October 6th that
22 Ms. Wade needed to have that excision or the biopsy done
23 out of state before the end of the college semester which
24 would have been about December 17?
25    MR. GAMACHE: Let me object. I think you've    09:18:19

### Page 14

1  got such a long question there, maybe you can
2  make it two.
3  BY MS. DUCEY:
4  Q  Okay. Well, let me restate it. Their school
5  semester ended on December 17 and so my question to you
6  was, was there any need for her to leave the state before
7  the 17th and have that excision and biopsy done by someone
8  outside?
9  A  No.
10 Q  Okay. Do you recall, Dr. Snyder, if you asked
11 Ms. Wade if she would like you to have it treated on that
12 day, on the 6th of October?
13 A  I don't recall.
14 Q  Would that have been consistent with your
15 practice to offer that?
16 A  Um, probably in most situations. Um, the one
17 factor that may have played, and I don't have any
18 recollection that this was going on, just knowing how the
19 Barrow clinic worked, if we had -- sometimes we had 80
20 people to see in three hours so sometimes we would have
21 them come back for a biopsy at a scheduled appointment
22 time --
23 Q  I see.
24 A  -- in the morning, but I don't know if that's
25 what was going on.

### Page 15

1  Q  But nevertheless, if you were busy that morning
2  you still could have done it at some point?
3  A  Yes.
4  Q  Okay. Then you also saw her for the right hip
5  problem and, if you recall, why did you give her an
6  orthopedic referral?
7  A  Um, I'm not sure how to answer that because I'm
8  getting too many assumptions into my thought process.
9  Based on this note I don't know why except perhaps that
10 she'd already had a referral from her family practitioner
11 in Kentucky or her home state. However, it also in Barrow
12 we were very limited in what we had to workup any type of
13 orthopedic problem. We basically had an x-ray machine.
14 Q  Okay.
15 A  And so an orthopedic referral would have allowed
16 her to get an MRI, see someone for a more definitive
17 diagnosis.
18 Q  Okay. And based on the chart note that you have
19 for October 6, 2003, in your opinion was it necessary for
20 her to have treatment outside of Barrow before
21 December 17, 2003 for her right hip problem?
22 A  Not based on this note, I don't see any reason.
23 Q  Okay. Then do you recall if you provided a note
24 for her? I can find it for you if you like.
25 A  Yeah, on this note it says that I provided a

### Page 16

1  note saying that I agree and I recommend that she should
2  see a specialist for multiple medical problems.
3  Q  Okay. And if you look right there can you
4  identify what is marked -- document stamped 21383?
5  A  Yeah, it's a -- It's a standard form. Basically
6  what we used for kind of a work excuse. If they're out
7  from work or school this is the form we would use --
8  Q  Okay.
9  A  -- for that.
10 Q  And it's dated October 6, '03, the same date you
11 saw her, correct?
12 A  Yes.
13 Q  And it says: To whom it may concern, Bobbi Wade
14 was seen at this hospital today for outpatient treatment,
15 and it says, I agree and recommend that she see a
16 specialist for multiple medical problems, correct?
17 A  Yes.
18 Q  Um, what were you referring to with respect to
19 multiple medical problems?
20 A  I don't recall.
21 Q  Would it have --
22 A  It would have to be based on this note on the
23 October 6, she had skin lesion, she had right a hip
24 problem and then prior listed, medications she's
25 hypothyroid, hypertensive. Those would be multiple

### Page 17

1  medical problems.
2  Q  Okay. So we talked about the hip and the skin
3  lesions. With respect to the medication she was taking
4  and the reason for it, in your opinion was there any need
5  for her to be seen by an outside specialist for any of
6  those medication needs before December 17, '03?
7  A  Not that by this note that I can see anything.
8  Q  Okay. Were you aware that with respect to the
9  itchy patches of skin that she had been seen for these
10 same patches the year before, that would have been
11 June 24, '02?
12 A  I don't recall.
13 Q  So you weren't aware that it was recommended at
14 that time she see a dermatologist?
15 A  I didn't write it down so if she talked about it
16 I don't have a recollection of that.
17 Q  Okay. You said you had a vague recollection of
18 her. Do you recall her telling you that she was a teacher
19 at Ilisagvik College?
20 A  At some point I was aware of that. I know from
21 this note that she was employed at the college. I don't
22 recall when I realized she was a teacher.
23 Q  Okay.
24 A  Whether it was this visit of the next.
25 Q  Do you recall her ever telling you that her



## Page 22

1  A  -- it was a blood pressure check and meds.  09:30:32
2  Q  Okay. All right. And what were the things that
3  she spoke to you about?
4  A  Um, a list of seven things. We talked about
5  blood pressure. Do you just want a summary or do you  09:30:43
6  want --
7  Q  Sure, you can go ahead --
8  A  Blood pressure, she had an essential tremor,
9  insomnia, heartburn or gas, GERD, seasonal allergies,
10 right hip pain and skin lesions.  09:31:02
11 Q  Okay. It looks like at that time you also
12 measured the three lesions that she had; is that correct?
13 That's on page two of your chart note?
14 A  Yes.
15 Q  Okay. So with respect to blood pressure she  09:31:28
16 said that she was taking medication, correct?
17 A  Yes.
18 Q  And what did she report about that?
19 A  Um, she had started a new medicine called Tarka
20 in September and she'd noted that after taking the  09:31:51
21 medication she was feeling light-headed and fuzzy.
22 Q  Okay. And with respect to that issue, blood
23 pressure, in your opinion was there any need for her to be
24 seen outside of Barrow by a medical provider before the
25 end of the fall semester, that would have been  09:32:15

## Page 23

1  December 17, '03?  09:32:17
2  A  No.
3  Q  Okay. And then she talked to you about the
4  essential tremor and what did you chart for that?
5  A  She was taking Propranolol for the tremor at  09:32:28
6  night and as needed. Let's see, for tremor half a tablet
7  and as needed at bedtime for chronic rapid heart rate.
8  Q  Okay. And with respect to her essential tremor
9  was there any reason for her to be seen outside of Barrow
10 by a medical provider before December 17, 2003, the end of  09:32:49
11 the semester?
12 A  No.
13 Q  Okay. She also talked to you about insomnia,
14 correct?
15 A  Yes.  09:33:04
16 Q  And what did she tell you about the insomnia?
17 A  She was taking some Ambien as needed; that
18 higher doses made her feel unsteady and groggy during the
19 day so she was actually cutting them in thirds. She had
20 tried many other medications all of which had worse side  09:33:21
21 effects.
22 Q  Okay. And with respect to her insomnia, was
23 there any reason for her to be seen by an outside medical
24 provider before the end of the semester?
25 A  No.  09:33:34

## Page 24

1  Q  All right. Then she also saw you about GERD and  09:33:36
2  can you just explain what GERD refers to?
3  A  It's gastroesophageal reflux disease, commonly
4  known as heartburn.
5  Q  Okay.  09:33:49
6  A  And she was having pretty severe heartburn.
7  Q  Okay. And with respect to the GERD was there
8  any reason for her to be seen by an outside medical
9  provider before the end of the semester in December?
10 A  No.  09:34:12
11 Q  Okay. She also reported to you seasonal
12 allergies, correct?
13 A  Yes.
14 Q  And what did she tell you about that?
15 A  She was using Flonase every other day and was  09:34:21
16 doing well with that medication.
17 Q  Okay. Any reason for her to be seen before the
18 end of the semester by an outside medical provider for
19 seasonal allergies?
20 A  No.  09:34:34
21 Q  Okay. Then she talked to you also about her
22 right hip pain again, correct?
23 A  Yes.
24 Q  What she tell you about that?
25 A  She didn't feel like that it -- it felt like  09:34:42

## Page 25

1  arthritis. It had been going on for several months,  09:34:43
2  especially at night it was waking her up. Started in the
3  hip joint, radiated into the lateral side of her knee.
4  She didn't have any back pain with it and no loss of
5  strength or sensation.  09:35:04
6  Q  Okay. Had there been any change in that
7  condition from October 6th to the 24th when you saw her?
8  A  Not that I'm aware of.
9  Q  Okay. Was there any reason for her to be seen
10 by an outside medical provider before the end of the  09:35:17
11 semester in your opinion for her right hip pain?
12 A  No.
13 Q  Okay. And then finally you went back on the
14 skin lesions and discussed those, correct?
15 A  Yes.  09:35:32
16 Q  Okay. And what did she tell you about that?
17 A  Um, that she wanted to see a dermatologist, I
18 think that says for eval, for an evaluation. She had
19 reported then that she had been denied leave. Oh, the
20 largest one was painful and itching and she wanted them  09:35:57
21 biopsied.
22 Q  Okay. So at that time she was seeking for you
23 to do either the shave biopsy or the excision, correct?
24 A  Yes.
25 Q  Do you recall if she told you at that time that  09:36:15



**Page 26**

1  Dr. Tuthill had said, look, just get me medical   09:36:19
2  certification that your leave can't wait until the end of
3  the semester and we'll approve your leave?
4  A  I don't recall that.
5  Q  Okay.   09:36:34
6  A  Yeah.
7  Q  With respect to number seven, the skin lesions,
8  was there any reason in your opinion that on that date she
9  needed to go outside for medical treatment prior to the
10 end of the semester?   09:36:43
11 A  Um, well, from a medical standpoint, from a
12 physician's standpoint I'd say no, however I do take into
13 consideration patient's anxiety over the possibility of a
14 cancer diagnosis and sometimes we're not, um, successful,
15 I guess in alleviating a patient's fears and they prefer   09:37:12
16 to see specialists and I feel that that's a legitimate
17 request. I never deny patients that request.
18    And so from a doctor's standpoint I would say
19 no, she wouldn't have needed to go anywhere because the
20 biopsies could be done by a physician or myself that can   09:37:36
21 do lesion biopsies or removal. But that other, the other
22 psychological part comes into play.
23 Q  Uh-huh. Do you remember if she was anxious
24 enough that you would have given her a note?
25 A  I don't recall.   09:38:04

**Page 27**

1  Q  Okay. Doctor, based on your statement about her   09:38:04
2  anxiety, if she had come in and said, Dr. Tuthill says I
3  need medical certification that my leave can't wait until
4  the end of the semester, I need you approve my leave. And
5  if she had appeared extremely anxious, would you have   09:38:19
6  given her that medical certification?
7  A  Probably, yes.
8  Q  So --
9  A  If I could not have not calmed her and reassured
10 her, then yes, I would have.   09:38:32
11 Q  So all she had to do was ask for it, correct?
12 A  Under those circumstances, yes.
13 Q  Yeah.
14 A  Very anxious, that's correct.
15 Q  Okay. So what sort of treatment did you do on   09:38:42
16 the skin lesions that day?
17 A  Let's see. I did shave biopsies on all three.
18 Q  Okay. And how did you -- can you just describe
19 for the jury how you -- what is involved in a shave
20 biopsy?   09:39:17
21 A  You first numb the skin with some lidocaine with
22 epinephrine. The epinephrine is just to control bleeding.
23 And then basically you just take a scalpel blade and just
24 shave underneath the base of the lesion so if it's raised
25 you can actually pick it up with forceps a little bit and   09:39:38

**Page 28**

1  then just shave it. You're not going extremely deep.   09:39:40
2  Q  Okay. Is this an outpatient office procedure?
3  A  Yes, it is.
4  Q  Okay. And when you numb it is it just a -- is
5  it a little injection into the skin?   09:39:57
6  A  Yes.
7  Q  At the three specific sites?
8  A  Yes.
9  Q  Okay. In your opinion was it a clean shave that
10 you did?   09:40:04
11 A  Yes.
12 Q  And did you attend to the margins of the lesion?
13 A  There's really no way to do that which is why
14 you send it for pathology, that they will give you a
15 report and tell you if the margins are clear so sometimes   09:40:19
16 people have to come back.
17 Q  Uh-huh.
18 A  Or have further procedures done if you haven't
19 gotten all the margins.
20 Q  Okay. Any reason to believe that you had   09:40:30
21 botched this shaving?
22 A  No.
23 Q  So where did you send the specimens for
24 pathology?
25 A  I turned them into the lab. I am not sure   09:40:43

**Page 29**

1  what -- I would assume down to Anchorage. After it leaves   09:40:47
2  my hands the nurse takes over and it gets sent to a lab, a
3  pathology lab.
4  Q  All right. Before the results of the biopsy
5  come back was there any reason for you to believe she   09:41:06
6  would need to return for any of the reasons that she gave
7  to you, any of those seven charted reasons?
8  A  Um, well, we may have had her come back for
9  blood pressure because it was still elevated and
10 considering she was feeling light-headed and fussy with   09:41:32
11 the one she was on and it looks like I might have switched
12 her that day. So for blood pressure check we would have
13 had her potentially come back and then the reflux looks
14 like I started her on something for the heartburn. So for
15 those reasons -- let's see, Celebrex, that probably was   09:41:58
16 for her right hip pain.
17 Q  Right. So you gave her prescriptions for,
18 correct me if I'm wrong, Celebrex and another medication
19 for her GERD?
20 A  Celebrex -- was she already on Prevacid? I   09:42:19
21 think she was. She wasn't on the Prevacid on the first
22 visit but apparently had started it. I'm not sure when
23 that came about. My note says that she had not been --
24 had not taken any medicine for it before so...
25 Q  I'm just going back to the October 6 note to see   09:42:47


EXHIBIT DD Page 5 of 12

## Page 30

1  if you had prescribed Prevacid then.    09:42:51
2    A   I didn't write it down if I did.
3    Q   All right. So --
4    A   And it's not on her list of meds.
5    Q   So presumably she got that from some other    09:43:02
6  source?
7    A   I -- I don't -- I don't know.
8    Q   If you had prescribed Prevacid for her on the
9  6th would there have been documentation in chart about
10 that?    09:43:15
11   A   There should have been.
12   Q   Okay. All right. And with respect to just
13 checking her blood pressure and checking her medication,
14 is that something you could have done on an outpatient
15 basis in Barrow?    09:43:28
16   A   Yes.
17   Q   I may have asked you this, Dr. Snyder, but where
18 do you send the specimens for pathology?
19   A   They go to the lab. Our lab at Barrow would not
20 have done pathology so it probably would have been sent    09:43:45
21 presumably to Anchorage.
22   Q   Okay.
23   A   To the um --
24       MR. GAMACHE: Alaska Native Medical Center.
25       THE DEPONENT: Thank you, yes.    09:43:58

## Page 31

1  BY MS. DULCEY:    09:43:58
2    Q   And how long did it, if you know, how long did
3  it usually take to turn those labs around?
4    A   Boy, I don't know.
5    Q   Okay. So let's see if you can find the results    09:44:06
6  of the biopsy. And do you have that in front of you,
7  Dr. Snyder?
8    A   Yes.
9    Q   All right. And the date the biopsy was
10 obtained, correct me if I'm wrong, is October 24, '03?    09:44:23
11   A   Yes.
12   Q   And let's see, I'm just looking here. I've seen
13 this before. On the bottom left, bottom right rather,
14 right where it says see next page in parentheses it says
15 October 30, 2003 and I wonder if --    09:44:43
16       MR. TIEMESSEN: She might be a page off.
17 BY MS. DUCEY:
18   Q   Thank you, John. Can I back you up?
19   A   Uh-huh.
20   Q   Right there.    09:44:58
21   A   Uh-huh.
22   Q   So let me back up and I'll restate the question.
23 On the top left it says the date obtained was the 24th,
24 '03, correct?
25       MR. GAMACHE: That's the top right.    09:45:08

## Page 32

1  BY MS. DUCEY:    09:45:08
2    Q   Top right. Oh you're good. Thank you.
3    A   Yes, October 24.
4    Q   So that means it may have been expedited down to
5  Anchorage on the same day that you took the biopsy?    09:45:13
6    A   I believe date obtained is the day of the
7  procedure.
8    Q   I see.
9    A   Then specimen received October 27.
10   Q   Okay. All right. And that's noted a few lines    09:45:27
11 down on the top left, right?
12   A   Uh-huh.
13   Q   Okay. And then the note at the bottom right is
14 what I'm wondering about. It says see next page, in
15 parentheses, date October 30, 2003. Do you know what that    09:45:36
16 date refers to?
17   A   That would be the date that this was dictated,
18 so the pathologist, I guess that's the Carolyn Yap would
19 be the pathologist and then she would have dictated it and
20 CGY would have been the transcriptionist and that's the    09:45:57
21 date that she would have either dictated or transcribed,
22 I'm not sure.
23   Q   Okay. All right. And what was -- what was
24 received by Alaska Native Medical Center's lab? How many
25 specimens?    09:46:13

## Page 33

1    A   Three specimens.    09:46:17
2    Q   Okay. And what were the results of the
3  pathology?
4    A   Skin lesion A was a nevus, a mole basically.
5    Q   Okay.    09:46:30
6    A   And skin lesion B was seborrheic keratosis,
7  which is a benign overgrowth of skin cells. And then skin
8  lesion C was actually a squamous cell carcinoma.
9    Q   Okay. With respect to the mole then, this was
10 something that was not cancerous, that was specimen A?    09:46:58
11   A   That's correct.
12   Q   Okay. And when you said benign, just so that
13 the jury knows what you're talking about, benign means
14 that it's noncancerous?
15   A   Noncancerous.    09:47:10
16   Q   Okay. Then the third one was a squamous cell
17 carcinoma and then what does the note under C say?
18   A   The lateral chest wall lesion is at least
19 in-situ, which means contained. Due to poor specimen
20 orientation an infiltrative component cannot be completely    09:47:25
21 excluded. If clinically indicated a more complete
22 excision is suggested.
23   Q   Okay. So in-situ, did I pronounce that right,
24 means that the cancer hasn't spread, correct?
25   A   Correct.    09:47:45

### Page 34

1  Q  And I read one definition that said it means
2  that it's just on the top layer of the skin. Do you agree
3  with that?
4  A  Um, I don't know.
5  Q  Okay. And then it says it's a squamous cell
6  carcinoma in-situ or Bowen's disease, correct?
7  A  Yes.
8  Q  So it could be either/or, right?
9  A  Yes.
10 Q  And what is Bowen's disease?
11 A  I don't know.
12 Q  Okay. A squamous cell carcinoma is one of the
13 least serious forms of skin cancer; is that correct?
14 A  Yeah. We generally see three types of skin
15 cancers. Melanoma being the most aggressive and
16 dangerous, basal cell being the least aggressive and
17 squamous cells right kind of in between more towards the
18 basal cell side.
19 Q  Uh-huh. And this was not a melanoma, correct?
20 A  Not by this report.
21 Q  Okay. And when you talk about the seriousness
22 of a skin cancer, how do you determine -- what are the
23 factors that make you decide what's more serious and
24 what's least serious? Is it how -- the risk of it
25 spreading?

### Page 35

1  A  Yes.
2  Q  Okay. So the squamous cell is more towards the
3  lower end risk of spreading?
4  A  Yes, it's in between the two.
5  Q  Okay. And in your opinion how fast growing is
6  the squamous cell carcinoma such as one that's in-situ?
7  A  I don't know that I can answer that question.
8  Q  Okay. Are there different treatment regimes,
9  different types of treatments that are available for a
10 squamous cell carcinoma?
11 A  Um, yes.
12 Q  Okay. And what are the different sorts of
13 treatment for a squamous cell in-situ carcinoma?
14     MR. TIEMESSEN: I'm going to object. You're
15     mischaracterizing the record. It says at least
16     in-situ.
17 BY MS. DUCEY:
18 Q  You can answer when there's an objection because
19 there's no judge to rule on the objection.
20     THE DEPONENT: Okay. Um, I'm sorry, the
21     question was?
22 BY MS. DUCEY:
23 Q  What are the different types of treatment that
24 are available?
25 A  Well, if we can get clear margins, that

### Page 36

1  generally is the definitive treatment. If we don't have
2  clear margins we can go back and excise more or they can
3  have a mose procedure done, which is where they actually
4  will take layer by layer until they are -- it is free of
5  any cancer cells.
6  Q  Okay. So one method is just to have the patient
7  come back in and do further excision; is that correct?
8  A  Yes.
9  Q  Would you do that with a scalpel again?
10 A  Yes.
11 Q  And then the second treatment is a mose
12 procedure?
13 A  Yes.
14 Q  How is that different than further excision with
15 a scalpel, if you know?
16 A  My understanding of the mose procedure is it's
17 done under magnification so the dermatologist can actually
18 look at each layer specifically at the cells and know
19 exactly how deep they need to go.
20 Q  Okay.
21 A  Where a scalpel, you're just cutting away more
22 tissue.
23 Q  All right. And it says in the note, if
24 clinically indicate, example the presences of a residual
25 lesion, a more complete excision is suggested, correct?

### Page 37

1  A  Yes.
2  Q  Now, when you finished your excision of these
3  three patches of skin on the 24th, did you believe there
4  was any residual lesion?
5  A  No.
6  Q  Okay. Do you remember how the results of this
7  pathology were communicated to you?
8  A  I don't. I just know that I've initialled a
9  page.
10 Q  And can you tell me where your initials are just
11 so that we know where that is?
12 A  On the first page where it has the date
13 obtained, chest wall.
14 Q  Okay.
15 A  The specimens. So it's a two-page report.
16 Q  I see.
17 A  And I would have put my initials on the first
18 page.
19 Q  I see. And do you know when you received this
20 pathology report?
21 A  No.
22 Q  Okay. I see at the top that it looks like there
23 may be a fax transmission and it's -- the top part is cut
24 off, but correct me if I'm wrong. Do you see October 31,
25 '03, Friday at 12:19 p.m. It looks like it may ANM



A006DBB
MICHELLE SNYDER    AUGUST 29, 2006

---

**Page 38**

1  something lab -- laboratory?    09:53:08
2  A  Yes.
3  Q  Did you from time to time receive fax
4  transmissions of pathology reports from ANMC lab?
5  A  Yes.    09:53:21
6  Q  So it's possible that was then they faxed it?
7  A  Uh-huh.
8  Q  Okay. You just don't recall right now, right?
9  A  I don't recall.
10 Q  Okay. And do you know if the results of this    09:53:27
11 pathology were communicated to Ms. Wade?
12 A  I don't know.
13 Q  Do you know if they were communicated who
14 communicated them to her?
15 A  I wouldn't know that.    09:53:49
16 Q  Do you recall having any conversation with
17 Ms. Wade about the pathology report?
18 A  I don't recall.
19 Q  Um, Dr. Snyder, in your opinion would it have
20 been sufficient for Ms. Wade to come back in for you to    09:54:08
21 have a second look at the lesions to determine if residual
22 excision was warranted?
23 A  Based on how I viewed skin cancers, actually
24 three, almost fours years ago now, I probably would've
25 recommended that she see a dermatologist.    09:54:30

---

**Page 39**

1  My practice was if there were -- if the margins    09:54:38
2  were not clear and at that time also squamous cell
3  carried -- I was comfortable with basal cells, but
4  squamous cells I pretty much I would have sent to a
5  dermatologist.    09:54:57
6  Q  Okay. Did you have her come back in to see it
7  he margins were clear or if there was a residual lesion?
8  A  I don't recall. If there's not a note then I
9  didn't.
10 Q  Okay. Assuming that you didn't, do you recall    09:55:08
11 the reason that you didn't do that?
12 A  No.
13 Q  Okay. And you said back then you would have
14 recommended that she see a dermatologist. Have you
15 changed your opinion about what treatment would be    09:55:19
16 appropriate since then?
17 A  Yes.
18 Q  And what would you recommend now?
19 A  Um, I -- I'll take that back. What I generally
20 do now is I probably would have tried to re-excise, but    09:55:36
21 anybody with a squamous cell or a melanoma I send to a
22 dermatologist just to having them -- well, melanoma for
23 obvious reasons, but a squamous cell to have a complete
24 skin evaluation and to just look over things and make sure
25 that everything about the squamous cell is as it should    09:56:00

---

**Page 40**

1  be.    09:56:02
2  Q  Okay.
3  A  I'm probably a bit more aggressive as far as
4  removing lesions and having them come back and taking more
5  away and using the dermatologist now more as a second    09:56:13
6  opinion, is everything okay --
7  Q  Uh-huh. Okay.
8  A  -- type of thing.
9  Q  Do you recall if you advised Ms. Wade that she
10 needed a mose procedure?    09:56:27
11 A  I don't recall.
12 Q  Just so that I have a clear record, do you
13 recall if you advised her that she immediately needed to
14 have a mose procedure?
15 A  I don't recall.    09:56:45
16 Q  Do you recall if you gave her any advice or
17 recommendations about where to obtain a mose procedure?
18 A  I don't remember anything beyond these records.
19 Q  How common was it when you were in Barrow for
20 you to call the patient to discuss the pathology result?    09:57:10
21 A  I honestly can't remember calling patients. I
22 generally -- I'm of the personality I don't like to talk
23 on the phone so if I called I would have had someone call
24 and just ask them to come in. That tends to be my way of
25 practice with some exceptions to that, of course. But, I    09:57:40

---

**Page 41**

1  don't recall.    09:57:45
2  Q  If the patient was called and asked to come in
3  again, would you have made a chart note of that?
4  A  If I saw her, yes.
5  Q  Uh-huh. And I don't see anywhere in the records    09:57:58
6  a chart note. Do have a recollection of seeing her again?
7  A  No.
8  Q  Do you recall if you told Ms. Wade that no one
9  in Alaska did a mose procedure?
10 A  I don't recall that. I don't. I don't recall    09:58:15
11 that.
12 Q  Uh-huh. When you were in Barrow do you remember
13 if you knew if anyone on Alaska did a mose procedure?
14 A  No, I don't recall. Being a temporary doctor I
15 wouldn't have known much of what the specialists can do so    09:58:36
16 If I needed that information I would have gone to other
17 staff members who had been there a while, but no.
18 Q  In 2003 were you aware of any particular
19 certification that was required of the physician in order
20 to perform a mose procedure?    09:59:00
21 A  There's special training that has to be done. I
22 don't know what it was back then or now.
23 Q  Uh-huh.
24 A  I know it's much more available today.
25 Q  Okay. But certification in the sense that    09:59:13

---

Atkinson-Baker, Inc. Court Reporters    (800) 288-3376



## Page 42

1  someone had to sign off on a piece of paper saying the  09:59:17
2  physician was qualified, you were not aware of?
3  A   No, I don't -- I'm not aware of it.
4  Q   When you got the pathology report were you of
5  the opinion that Ms. Wade needed treatment outside of  09:59:34
6  Alaska for the squamous cell?
7  A   Outside of Alaska?
8  Q   Uh-huh.
9  A   I wouldn't -- I wouldn't know. Most everybody
10 was referred to Anchorage for anything that we couldn't  09:59:49
11 take care of in Barrow. That's all I know.
12 Q   At that point did you know whether there were
13 dermatologists in Anchorage or Fairbanks?
14 A   I believe I would have known there was -- there
15 would have been dermatologists. I can't even -- it seems  10:00:08
16 like they even -- we had a, like once a month one or once
17 every two months had a derm clinic from a doctor who came
18 up from Anchorage. We had little speciality clinics. I
19 might be wrong about that too.
20 Q   Uh-huh. Do you remember who the dermatologist  10:00:25
21 was that came up?
22 A   No, I don't ever remember if there really was
23 one.
24 Q   Okay. All right. You gave Ms. Wade -- I'm
25 looking for it now, another note. Hopefully it's in here.  10:00:40

## Page 43

1  (Whereupon, a pause in the proceedings took place.)  10:01:10
2  BY MS. DUCEY:
3  Q   Well, um, well, you know, I can find it in just
4  a minute. It looks like I'm incompetent. Can we go off
5  the record just for a minute?  10:01:27
6  THE VIDEOGRAPHER: Sure.
7  MS. DUCEY: And I'm going to pull that note
8  up.
9  THE VIDEOGRAPHER: We're off the record. The
10 time is 10:01.  10:01:30
11 (Whereupon, a discussion was had off the record.)
12 THE VIDEOGRAPHER: We're back on the record.
13 The time is 10:05.
14 BY MS. DUCEY:
15 Q   Dr. Snyder, sorry it took me so long get do that  10:04:47
16 but I've put before a previously marked exhibit which is
17 32 and can you identify what that is?
18 A   It's a typed letter, note, from me to Ms. Wade.
19 Q   Okay.
20 A   Not to Ms. Wade, To whom it may concern.  10:05:08
21 Q   To whom it may concern and is it dated
22 November 5, '03?
23 A   Yes.
24 Q   All right. And go ahead and just read the note
25 into the record?  10:05:15

## Page 44

1  A   To whom it may concern, I am writing on behalf  10:05:17
2  of Bobbi Wade, a patient of mine. Ms. Wade needs
3  follow-up for some medical conditions that cannot be
4  addressed here. The follow-up should occur in a somewhat
5  urgent timeframe. Thank you for your understanding.  10:05:27
6  Q   Okay. Do you remember why you wrote this note?
7  A   No.
8  Q   So you don't recall if Ms. Wade asked for it?
9  A   I don't remember any conversation that -- it was
10 obviously -- something had to have happened for me to  10:05:47
11 write it.
12 Q   Uh-huh.
13 A   But I don't recall.
14 Q   Okay. What did you mean when you said urgent
15 timeframe?  10:06:00
16 A   Um, urgent probably would have indicated it
17 didn't have to happen today but didn't want -- I didn't
18 want this to drag on. It's kind of a vague term of let's
19 get it done.
20 Q   Okay. Were you intentionally vague about what  10:06:27
21 that meant?
22 A   Knowing how I write it seems that I'm being a
23 little vague. I didn't even put what medical conditions.
24 Q   Do you recall why you were being intentionally
25 vague?  10:06:42

## Page 45

1  A   No.  10:06:43
2  Q   With a squamous cell, which is not the slowest
3  growing but down there in that, I would say end of the
4  spectrum of the skin cancers, how soon would she have
5  needed some follow-up?  10:07:06
6  A   Well again, going back to my thoughts back then
7  I probably would have said within a month to no more than
8  two months.
9  Q   So one to two months?
10 A   Uh-huh.  10:07:28
11 Q   Uh-huh. Is it something that in your opinion
12 could have waited until the end of the semester when she
13 had leave?
14 A   Again, from a medical standpoint, yes. Um, and
15 again, I don't recall her anxiety level but that would  10:07:40
16 have certainly played into the equation.
17 Q   Okay. At the time you got the pathology report
18 did you have any reason to believe that you did not excise
19 all of the cells that should have been excised?
20 A   Based on the pathology report I -- there is a  10:08:06
21 question whether I got them all.
22 Q   Okay. Any reason to believe based on the
23 pathology that you botched this shave biopsy?
24 A   Well, no. Again, there's a reason that we do
25 excisions and then we send them to pathology. A lot of  10:08:23

A006DBB
MICHELLE SNYDER    AUGUST 29, 2006

**Page 46**

1  people would think if the margin's aren't clear then maybe    10:08:25
2  we missed several millimeters of tissue but it can
3  literally be just a few cells. And when you're talking on
4  a cellular level you do the best you can, but that's why
5  they do that pathology so if you miss some cells you can    10:08:40
6  go back and get them.
7  Q   Uh-huh. So no medical reason that she needed to
8  travel even before the end of the semester and you don't
9  recall her psychological state of mind. Let me ask you
10 just a little different question.    10:09:02
11     Do you agree that until you received the results
12 of the path report, so until sometime after the 31st of
13 October, there was no medical reason for Ms. Wade to need
14 travel outside of Barrow to seek a provider, a medical
15 provider before the end of the semester?    10:09:21
16 A   Based on my notes I can't see any reason that
17 she would have had to leave before then.
18 Q   Okay. Dr. Snyder, you've been very patient and
19 I'm almost finished here. I wonder if you might turn
20 to -- It looks like it will probably the fifth page in and    10:09:49
21 I'll just put this aside and we'll remember that that's
22 Exhibit 32 if anybody wants to refer to it again. And
23 hopefully that is an x-ray of her right hip. Do you have
24 that in front of you?
25 A   Yes.    10:10:17

**Page 47**

1  Q   Okay. And that's document number 26549 for the    10:10:19
2  record. It looks like you did, you ordered a right hip
3  x-ray on the date you saw her on October 24, 2003; is that
4  right?
5  A   Yes.    10:10:30
6  Q   And the clinical history was what?
7  A   Chronic right hip pain, no history of trauma.
8  Q   Okay. And what was the impression of the person
9  who read the x-ray?
10 A   Subtle osteophyte formation of the superior    10:10:43
11 lateral aspect of the acetabula which may be related to
12 osteoarthritis. There is no evidence for fracture or
13 dislocation of the right hip.
14 Q   Okay. What is an osteophyte formation?
15 A   It's basically a bone spur. It's additional    10:11:02
16 calcium that's placed down in areas of stress often seen
17 in arthritis, just due to aging or if there's been trauma.
18 It's a bone spur.
19 Q   Okay. And a woman that is -- she was born in
20 38, so she would have been in her 70s. Would it be    10:11:23
21 unusual to see and osteophyte formation on her hip?
22 A   No. But not all seventy-year-olds have
23 osteophytes.
24     MS. DUCEY: Sure. That's all the question I
25 for you, Dr. Snyder. I appreciate your time and    10:11:49

**Page 48**

1  probably both the attorneys will have questions    10:11:58
2  for you.
3      MR. TIEMESSEN: Do you want to go or -- okay,
4  sure.
5              CROSS EXAMINATION    10:12:10
6  BY MR. TIEMESSEN:
7  Q   Doctor, my name is John Tiemessen. I represent
8  Bobbi Wade in this matter.
9      Why don't you just tell me a little bit about,
10 if I remember right from the history you just gave, you've    10:12:17
11 worked here in Tampa; is that right?
12 A   Uh-huh.
13 Q   And Barrow, and what other medical facilities
14 have you worked in?
15 A   Prior to going to Barrow I was a family    10:12:32
16 practitioner in a rural health clinic in Indiana. Then I
17 went Barrow.
18     Then the first six months that we moved to
19 Florida I worked out of Lakeland, Florida doing home
20 healthcare, home health visits.    10:12:51
21 Q   Uh-huh.
22 A   And for the last from November of '04 until
23 starting this that job I was at a family practice slash
24 walk-in center over in Pinellas Park, Pinellas County.
25 Q   Do you currently have privileges at any    10:13:10

**Page 49**

1  hospitals?    10:13:13
2  A   They're pending.
3  Q   Okay. And what hospitals are those?
4  A   Town and County Hospital.
5  Q   How many beds are in that facility?    10:13:21
6  A   I don't know.
7  Q   Is it a community hospital, referral center?
8  What --
9  A   It's more of a community hospital. It's a
10 smaller hospital. Actually what I'm applying privileges    10:13:32
11 right now is just to do the drug and alcohol detox unit,
12 so no medical admissions.
13 Q   You were asked about whether or not anybody
14 certifies a mose procedure. Is a mose procedure something
15 that's done in a hospital setting?    10:14:02
16 A   I believe they do them in the dermatology
17 offices.
18 Q   What's the level of sedation that's required for
19 it?
20 A   I don't know.    10:14:12
21 Q   Okay.
22 A   I wold think local though, just a local
23 anesthesia because it's just doing layers of skin.
24 Q   Have you ever done one?
25 A   No.    10:14:21



Atkinson-Baker, Inc. Court Reporters    (800) 288-3376

**Page 54**

1  A  Me personally or just through the --     10:19:27
2  Q  Yeah.
3  A  No.
4  Q  So it wasn't like -- you didn't have a
5  dermatologist that you would personally call because you     10:19:30
6  knew that person?
7  A  Right.
8  Q  And the same thing, you didn't have an
9  oncologist that you could --
10 A  Uh-uh, no. Just from a list from a book.    10:19:40
11 Q  Okay. How about for orthopedic surgeons, is
12 that the same answer?
13 A  Same thing.
14 Q  Okay. What's the -- what are the imaging
15 capabilities there in Barrow?    10:20:00
16 A  We had an x-ray machine.
17 Q  Plain film?
18 A  Plain film and three days a week we had
19 ultrasound.
20 Q  So you didn't have CT?    10:20:10
21 A  No.
22 Q  Or MRI?
23 A  No.
24 Q  Okay. During the time that you were there was
25 it unusual for residents of Barrow to travel outside the    10:20:23

**Page 55**

1  community for medical treatment?    10:20:28
2     MS. DUCEY: Objection to speculation.
3     THE DEPONENT: Um, people were constantly
4  leaving Barrow because we were so limited. I
5  guess I don't really understand your question.    10:20:43
6  BY MR. TIEMESSEN:
7  Q  Well, let's assume the limitations that we just
8  talked about; was that the problem?
9  A  Yes.
10 Q  Um, okay. Why don't you just explain to us the    10:20:57
11 different kinds of skin cancer and what distinguishes
12 them?
13 A  Well, um, there are three main types; the basal
14 cell, the squamous cell and the melanomas. The
15 distinguishing factors are truly the pathological --    10:21:32
16 Q  I was going to say don't get into a histology
17 lecture.
18 A  Okay.
19 Q  From a lay person's standpoint, if you've got
20 one?    10:21:47
21 A  Okay.
22 Q  What are the important things to know about the
23 three different kinds?
24 A  About how they'll spread or what they look like?
25 Q  Let's talk about what they look like. You might    10:21:58

**Page 56**

1  have a chance to teach a courtroom full of people what to    10:22:00
2  look for in the mirror.
3  A  All right. Well, basal cell typically is a
4  raised round lesion. It usually has a little ulceration
5  in the middle, a little divot. Very characteristically    10:22:12
6  that's what they look like. There are no rough edges but
7  it looks like a dome with a dent in it.
8     Those are the least aggressive. They're the
9  easiest to remove. We do it all the time in the office.
10 And that's the basal cell.    10:22:32
11    Squamous cell can take on different forms. It
12 can be raised and look somewhat like a basal cell, it can
13 have irregular borders, it can have different colors.
14 Usually -- well, it can be flat. It can be just flat on
15 the skin, it can be raised and kind of bumpy.    10:22:57
16    The main thing on those, anything, we always say
17 anything that grows or changes color or starts itching or
18 hurting, anything that changes needs to by biopsied and
19 that's often where we'll find a squamous cell is a lesion
20 that's changing. So it can take on a wide variety of    10:23:17
21 appearances.
22    That one has more of a potential to spread. It
23 generally will spread horizontally or across the skin long
24 before it starts to invade deeper. Those we generally
25 will either do a shave biopsy or if it's extensive we'll    10:23:42

**Page 57**

1  do an excisional biopsy.    10:23:43
2     An excisional biopsy by definition, you're
3  taking epidermis and dermis and getting down into the,
4  almost down into the fat tissues so you're taking big, you
5  know, a big layer of skin.    10:24:00
6  Q  Is an excisional biopsy done in the office?
7  A  Yes. Those have to generally be sewed, sutured
8  closed, so it's a more extensive thing. And then the
9  melanomas -- the first two are generally from sun damage.
10    Melanomas, not so much from sun damage, more    10:24:19
11 hereditary. They can be anywhere on the body and often do
12 hide in inconspicuous places.
13    They're generally dark, irregular shaped. They
14 also change shape and color to a degree but those will
15 often penetrate deeper into the skin layers, either along    10:24:43
16 with or as the skin lesion is expanding horizontally
17 across the skin and those are the most aggressive kind.
18 They can metastasize. You can have a skin lesion and then
19 have liver meds so they take on a very high priority.
20 Q  When you first took a look at Bobbi Wade's skin    10:25:10
21 lesions in October, what was -- what was your observation
22 of just their appearance?
23 A  I just, I didn't describe them very well when I
24 wrote them down. I put suspicious dermatitis, irritated,
25 seborrheic keratosis, has a characteristic look to --    10:25:30

## Page 70

1  is that right?    10:51:04
2  A  Yes. Well, I wrote a note after the first
3  visit. I don't recall that I wrote note after the second
4  until after the pathology report came.
5  Q  Right, okay. So you wrote a note after the    10:51:15
6  first visit. And really what I want to do is I want to
7  just compare the two notes that you wrote and the first
8  note -- okay, do you have that one in front of you?
9  A  Yes.
10  Q  It's been identified as page number 21383. When    10:51:38
11  you wrote this note which is dated October the 6th of '03,
12  you didn't know of any cancer; is that right?
13  A  That's correct.
14  Q  And when you say quote, I agree and recommend
15  that she see a specialist for multiple medical problems,    10:52:10
16  end quote, you didn't mean by that or did you mean by that
17  any particular kind of specialist?
18  A  Not any in particular.
19  Q  And is there anything in your note indicating
20  the serious medical condition?    10:52:34
21  A  Not in the note on 10/6, uh-uh.
22  Q  Okay. So then we go to the second note that you
23  wrote for Bobbi Wade, and incidentally is it fair to say
24  that this first note was written in response to the
25  patient's request; would that be fair to say?    10:53:02

## Page 71

1  A  Yeah.    10:53:08
2  Q  And the second note which is dated November 5th
3  and was earlier identified as Exhibit 32, by the time
4  you've written this note you've had two visits, you've
5  removed the skin lesions; is that correct, and you've had    10:53:23
6  the biopsy report?
7  A  Uh-huh.
8  Q  So by November the 5th you've got a lot more
9  information?
10  A  Uh-huh.    10:53:32
11  Q  The second note is typed too, not handwritten?
12  A  Uh-huh.
13  Q  Looks like the first note had been a form and
14  the second note is more personalized; is that a fair
15  characterization?    10:53:45
16  A  Uh-huh.
17  Q  Would it also be fair to say that this note of
18  November the 5th was written in response to the patient's
19  request?
20  A  Um, yes. Yes.    10:54:12
21  Q  And that's pretty common, patients come in and
22  say doctor, I need a note?
23  A  Uh-huh.
24  Q  My wife will never believe me, right?
25  A  Right. It was just needing a referral.    10:54:27

## Page 72

1    MR. TIEMESSEN: Is that the I got it off the    10:54:28
2  toilet seat note?
3  BY MR. GAMACHE:
4  Q  Um, but even as of November the 5th of 2003,
5  when you do recommend that Bobbi Wade receive some    10:54:40
6  follow-up medical treatment, was there any necessity in
7  your mind at that time, November of '03 for follow-up
8  medical treatment outside of Alaska?
9  A  To my recollection, no. Pretty much we sent
10  everybody to Anchorage. The only reason she would have    10:55:19
11  needed to go outside of Anchorage is if there was not a
12  specialist that could take care of her problems or
13  personal preference.
14  Q  And we've talked about the urgency factor in
15  this note. Would follow-up medical treatment say within    10:55:34
16  two months of this note, would that have satisfied, you
17  think, the urgency aspect of it?
18  A  I don't really know what I meant by urgent. And
19  if I can put a time line on it, what I'm thinking, what I
20  was trying to imply is -- to put down on paper was it may    10:56:13
21  have been in response to, and I don't remember which note
22  it was on, that she was denied leave and I wanted her to
23  be able to go for treatment, that they understood that
24  this wasn't just solely her preference.
25  Q  Right, that there was a medical basis?    10:56:42

## Page 73

1  A  Right.    10:56:43
2  Q  Okay.
3  A  And, you know, I can't say and I wouldn't be
4  able to tell a patient that, you know, if you wait two
5  months you're going to be okay with the skin cancer. I    10:56:49
6  don't know how better to answer that question.
7  Q  Okay.
8  A  I'm sorry.
9  Q  Would it be fair to say that -- that -- that had
10  the patient -- that this particular patient obtaining    10:57:15
11  follow-up medical treatment in December, would that have
12  been appropriate?
13  A  Within a four-week -- yes.
14  Q  That would have been appropriate?
15  A  Yeah.    10:57:30
16  Q  And isn't part of the reality of living in
17  Barrow that sometimes you have to wait?
18  A  Well, it is a reality, but um -- it is a
19  reality.
20  Q  Because of its remoteness?    10:57:49
21  A  It is very remote.
22  Q  And because of the unavailability of all
23  services?
24  A  Yeah. Um, though, you know, there are two plane
25  flights every day to get people in and out so its    10:58:02


EXHIBIT DD
Page 12 of 12