IHS-803 (10/96)  P.L. 96-511 N.A.

**PCC AMBULATORY ENCOUNTER RECORD**

Date: 10-6-03
Arrival Time: 1517 PM
Clinic: OPD
Appt. ___ Walk-in ✓ (80)

PROBLEM LIST UPDATE (Enter Problem Numbers From Health Summary)
Remove | Move to Inactive | Move to Active

PROVIDERS: 3  01  Clinc
PRIMARY PROVIDER

TEMP 96.8  PULSE 62  RESP 20
B/P 155/107
WT: 172 LB-OZ

CHIEF COMPLAINT: Mole on chest starting to get irritated, itches, + burns
SUBJECTIVE/OBJECTIVE: Med Refill

suspicious dermatitis
irritated seborrheic keratosis
suspicious dermatitis

Hashimoto problems
(R) hip problems — radiation into leg.

Synthroid
Lisinopril
Estrogen
Ambien
Propranolol
Flonase

Has been denied leave @ employment (college)
FP in (R) Kentucky (home state) referred for eval.
Requesting note saying she should see specialist — agree Do ortho referral.
Needs skin lesions removed.

Injury? ☐ Yes ☐ No   If yes, Date: _____   ☐ ETOH Related   ☐ Empoy. Rel.
Cause:   Place:   ALLERGIES ASA
PHONE # 3632
BOX # 1544

PROBLEM LIST | PURPOSE OF VISIT | Health Factors
Skin lesion | 709.9 DH
(R) hip pain | 719.45

MEDICATIONS / TREATMENTS / PROCEDURES / PATIENT EDUCATION
Note saying agree & need see specialist for multiple med problems

WADE, BOBBIE
MR# 15238  DOB 11-27-33  AGE 069
SSN 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  ACCT# 11133955
STAFF PHYSICIAN  DATE 10-06-03

DATE: 10/6/03
PROV. SIGNATURE: [signature] 26470

Wade v. Ilisagvik College
EXHIBIT EE
Page 1 of 1

ORDER CHECKLIST:
✓ Type of Decision Making
Straightforward
Low Complexity
Moderate Complexity
High Complexity