

# LANDYE BENNETT
# BLUMSTEIN LLP
### ATTORNEYS

701 West 8th Avenue, Suite 1200, Anchorage, Alaska 99501
Telephone: (907) 276-5152  Facsimile: (907) 276-8433
EIN: 93-0659437

November 6, 2003
Billed through: 10/31/2003
Invoice Number:      17399

Ilisagvik College
P.O. Box 749
Barrrow AK 99723

Client No.: 01737.001
Matter:     General 2003

Professional Services

|            |    | Hours | Amount |
|------------|----|-------|--------|
| 10/1/2003  | CM |       |        |
| 10/20/2003 | CM |       |        |
| 10/23/2003 | CM |       |        |
| 10/26/2003 | CM |       |        |

**REDACTED**

For professional services rendered

Additional Charges :

10/31/2003  Long distance charges

Photocopy charges

Postage charges

Fax charges

Total costs

Previous balance

Balance due

Exhibit 11
Date 5-10-06
Deponent  T. Tuthill
Sharon Langford, Reporter

25622
Wade v. Ilisagvik College

Exhibit
Page 1 of 2

Ilisagvik College                                                                                                    Page 3

Client No.: 01737.002
Matter:    Personnel

Professional Services

                                                                                                          Hours      Amount

                                            REDACTED

10/6/2003  CM


10/8/2003  CM    Teleconference with John Tuthill, Diana Kennedy and Pam Taylor regarding        2.50      425.00
                 Bobbi Wade leave request; analyze issues regarding faculty leave; e-mail
                 communication with John Tuthill regarding same; research application of
                 Alaska leave act to faculty contracts and Board of Trustees policies

10/27/2003 CM

                                            REDACTED

For professional services rendered

Previous balance

Balance due


                                        Timekeeper Summary
Name                                                                                               Rate
Cheryl McKay




                                                                                                          25624
                                                                                              Wade v. Ilisagvik College

701 West 8th Avenue, Suite 1200, Anchorage, Alaska 99501  Telephone: (907) 276-5152