## John Tuthill

| | |
|---|---|
| From: | Bobbi Wade [bobbi.wade@ilisagvik.cc] |
| Sent: | Thursday, October 09, 2003 1:02 PM |
| To: | John Tuthill |
| Subject: | RE: Medical leave request |

John, I turned that request in to Pam day before yesterday. I attached a statement from my doctor in TN, and then I went to the Dr. here in Barrow on Monday evening and she reinforced the opinion by a written note, which I feel is sufficient for obtaining leave. But, since I can't change the schedule of the Modules B for Business Math and Business English, I really don't want to leave my students at this point. They are good classes and I don't want to upset them in any way. My medical problem needs attention as soon as possible, but it not a matter of life or death. So, leaving everything until the holidays looks like the most feasible thing right now. Thanks,

-----Original Message-----
**From:** John Tuthill
**Sent:** Thursday, October 09, 2003 12:39 PM
**To:** Bobbi Wade
**Subject:** Medical leave request

Bobbi --

If you are planning to take the medical leave later this month, I need a written notification from a licensed physician, preferably by fax and as soon as possible, to the effect that your medical treatment cannot wait until the December break, when you could have the treatment without conflict with your regular teaching duties. As soon as I have received such a notification, I can begin to process the request for a medical leave.

-- John
Dean of Instruction
Ilisagvik College

EXHIBIT
26

21394
Wade v. Ilisagvik College

EXHIBIT 66
Page 1 of 1

3/22/2005