Message                                                                                       Page 1 of 1

## Pam Taylor

**From:** Pam Taylor
**Sent:** Tuesday, October 14, 2003 12:04 PM
**To:** Bobbi Wade
**Subject:** RE: Medical

Hi Bobbi,
It was my understanding from John that you and he had directly communicated last week regarding your Leave Request and that you had decided to wait until this semester's classes were completed before going off-Slope. As the supervisor's signature is always necessary before Leave Requests can be forwarded to HR, please continue to first contact John directly should your situation change.
Thanks!
Pam

> -----Original Message-----
> **From:** Bobbi Wade
> **Sent:** Tuesday, October 14, 2003 10:39 AM
> **To:** Pam Taylor
> **Subject:** Medical
>
> Hello, Pam:
>      On October 2, 2003 I submitted a request form to you for Medical Leave. As of to date, I have had no response advising me of the status of the request. Could you please update me as to the status of the request? Thanks,
>
> Bobbi Wade

10/14/2003

EXHIBIT 27

20817
Wade v. Ilisagvik College