## John Tuthill

| | |
|---|---|
| **From:** | John Tuthill |
| **Sent:** | Monday, October 20, 2003 2:20 PM |
| **To:** | Bobbi Wade |
| **Subject:** | Leave request |

Bobbi –

I can't approve your request for a Personal Leave from the morning of Thursday, December 11 through the afternoon of Friday, December 19. Such a leave would mean that you missed the last five days of instruction, and that, to my mind, "unduly interferes with the delivery of the College's program of instruction." Please continue to meet with your classes until the end of the semester, in accordance with our regular academic schedule.

John Tuthill
Dean of Instruction
Ilisagvik College

**EXHIBIT**
2 9

21560
Wade v. Ilisagvik College

11/5/2003