

Ilisaġvik College
P.O. Box 749 • Barrow, Alaska 99723
☎ (907) 852-3333   Fax (907) 852-2729

# REQUEST FOR LEAVE

Name: __Bobbi J. Wade__

Department: __Business Management__   Date of Request: __11/3/03__

Number of Days or Hours __6__   Begin: __11__ __18__ __8:30__ (AM)/PM   End: __11__ __26__ __5:00__ AM/(PM)
   Month Day Hour        Month Day Hour

Type of Leave Requested:  ☒ Personal  ☐ Public Service  ☐ Subsistence
                          ☐ Military  ☐ Family Medical Leave  ☐ Extended Medical Leave
                          ☐ Jury Duty  ☐ Leave Without Pay

Personal:             Sick Leave, Vacation, Subpoenaed Witness (Requires copy of subpoena)
Subsistence:          Maximum of 10 days per calendar year: Unpaid Leave
Jury Duty:            Maximum of 15 days per calendar year (Requires copy of jury summons and that court
                      provided compensation be given to Ilisaġvik College.): Paid Leave
Military:             Maximum of 16.5 days per calendar year (Requires copy of orders): Paid Leave
Family Medical Leave: Maximum of 12 weeks per calendar year (Requires copy of Doctor's verification): Unpaid Leave
Extended Illness Leave: Requires copy of Doctor's verification: Paid Leave
Public Service:       Maximum of 10 days per calendar year (Requires minimum 3 days prior approval. If honorarium
                      received, Personal Leave must be taken or honorarium turned over to Ilisaġvik College.)
Other:                Any other type of leave not described above (Requires explanation below)

Comments: __For treatment, tests, and evaluations by family doctor.__

Employee Signature: __Bobbi J. Wade__   Date: __11/3/03__

Payroll Verification of Hours Available: __As of 10/17/03 90.00 UM__   Date: __11/3/03__

Department Supervisor Approval: _____   Date: _____

Human Resources Approval: _____   Date: _____
(Not Required for Personal Leaves)

EXHIBIT 30

20815
Wade v. Ilisaġvik College

\* \* \* *All Signatures Must be Obtained Prior to Leave Date.* \* \* \*

Distribution:   White - Human Resources   Canary - Payroll   Pink - Employee   Golden - Department