Mar 03 05 05:13p                                                                                             p.6



Ilisagvik College
P.O. Box 749 • Barrow, Alaska 99723
☎ (907) 852-3333  Fax (907) 852-2729

# REQUEST FOR LEAVE

Name: **Bobbi J. Wade**

Department: **Bus Mgt.**        Date of Request: **11/4/03**

Number of Days or Hours: **11**   Begin: **Nov 12  8:30 AM** (AM circled)   End: **Nov 26  5:00 PM** (PM circled)
                                     Month  Day  Hour                           Month  Day  Hour

Type of Leave Requested: ☒ Personal /PT   ☐ Public Service   ☐ Subsistence
                         ☐ Military   ☐ Family Medical Leave   ☒ Extended Medical Leave
                         ☐ Jury Duty   ☐ Leave Without Pay

Personal:  Sick Leave, Vacation, Subpoenaed Witness (Requires copy of subpoena)
           of 10 days per calendar year: Unpaid Leave
J          of 15 days per calendar year (Requires copy of jury summons and that court
           ided compensation be given to Ilisagvik College.): Paid Leave
   12 Personal    11 - x    of 16.5 days per calendar year (Requires copy of orders): Paid Leave
A  Days           7 - 5 =   of 12 weeks per calendar year (Requires copy of Doctor's verification): Unpaid Leave
F                 62 - 50 = y of Doctor's verification: Paid Leave
E
P          f 10 days per calendar year (Requires minimum 3 days prior approval. If honorarium
           ed, Personal Leave must be taken or honorarium turned over to Ilisagvik College.)
O          pe of leave not described above (Requires explanation below)

Co:  _____ **Leave designated - once required medical documentation (ie appt schedule(s) and Work Release) obtained, Leave will be adjusted to reflect appropriate Extended Medical Leave dates (PT)**

Employee Signature: **Bobbi J. Wade**                          Date: **11/4/03**

Payroll Verification of Hours Available: _____        Date: _____

Department Supervisor Approval: _____                   Date: **11/6/03**

Human Resources Approval: _____                         Date: **11/10/03**
(Not Required for Personal Leaves)

21362
Wade v. Ilisagvik College

EXHIBIT 31

*  *  *  All Signatures Must be Obtained Prior to Leave Date.  *  *  *

White - Human Resources    Canary - Payroll    Pink - Employee    Golden - Department    9/14/99

Page __ of __