Mar 03 05 05:12p                                                              p.4
11/05/2003 08:57 FAX 80785          MED RECORDS                          ⌀002/002



# Samuel Simmonds Memorial Hospital

1296 Agvik Street   PO Box 29   Barrow, AK 99723   Phone: (907) 852-4611   Fax: (907) 852-2163

Wednesday, November 05, 2003

To Whom It May Concern,

I am writing on behalf of Bobbi Wade, a patient of mine. Ms. Wade needs follow up for some medical conditions that cannot be addressed here. The follow up should occur in a somewhat urgent time frame. Thank you for your understanding.

Sincerely,

*[signature]*

Michelle L. Snyder, DO
Staff Physician; Family Practice

Arctic Slope
Native Association, Limited

EXHIBIT
32

"Embracing the past. Looking towards the future. Together we can heal"

21360
Wade v. Ilisagvik College

Exhibit ___
Page __1__ of __1__