## Business 109
### Business English, Modules A, B, & C
Fall 2003

Instructor: Bobbi J. Wade
Phone: 852-1731
Office Hours: As posted and by appointment
Email: bobbi.wade@ilisagvik.cc

Class Days & Times: Mon – Tue/Thur
Class Duration: Module    A  8/28–9/30
                                B  10/6–11/4
                                C  11/6–12/16

Location: Building #58, Room 201

Text: Applied English: Language Skills for Business and Everyday Use, 1st Ed.
      By: Barry/Scholten/Cochrane

Course Description: Develops skills in English fundamentals with emphasis on language usage. Intensive study on grammar, punctuation, capitalization, spelling, word usage, and sentence structure. Also, develops skills in writing business documents with emphasis on letters, memos, resumes, reports and manuscripts, and other business documents.

### Course Objectives:
At the completion of this course, the student will have the understanding of:
- Punctuation and end marks
- Correct rules of capitalization
- Spelling and dictionary usage
- Correct rules and usage of homophones/homonyms
- Correct rules and usage of plurals and possessives, prepositions, nouns, pronouns, adjectives, verbs, subject and verb agreement, and verb tenses.
- Using the correct formats to compose formal business email, letter, memo, fax, resume, report, and other business documents.

### Teaching Methods:

The objectives of this course will be accomplished using a combination of the following:

- Classroom lectures and discussion
- Videos with discussion periods
- Class handouts
- Projects, homework, library and Internet research
- Workbooks and study guides

### Course Requirements:

To successfully accomplish the objective of this course, the student has the following responsibilities:

- Attend all class sessions on time and participate in group discussions
- Complete homework assignments, projects and tests on time and as specified
- Read the appropriate chapters as assigned and attend class prepared
- Conduct research appropriate for completion of assignments

EXHIBIT 62

25834
Wade v. Ilisagvik College

EXHIBIT MM
Page 1 of 3

### Grading System:

| | |
|---|---|
| Attendance and participation | 20% |
| Homework and projects | 30% |
| Tests | 50% |

Final grades will be based on a percentage basis as follows:

**90 – 100%**  **A**
Indicates exceptional quality, originality, independent work, a through mastery of the subject, and the completion of more work than is required.

**80 – 89%**  **B**
Indicates outstanding ability above the average level of performance.

**70 – 79%**  **C**
Indicates a satisfactory or average level of performance.

**60 – 69%**  **D**
Indicates work of below average quality and performance. This is the lowest passing grade.

**Below 60%**  **F**
Indicates unacceptable work and performance. All "F" grades, including those earned in pass/fail courses, are included in GPA calculations.

### General Information:

Students will be responsible for any material covered in class which includes lecture, discussions, videos, guest speakers, etc. Quizzes will generally be given at the start of class, so it is important to be prepared and on time. If a student is absent, in-class assignments can be made up. Homework assignments must be typed on white 8½ x 11 inch paper unless otherwise specified and will not be accepted late.

Short projects will be assigned daily for completion. Specifics of each project will be discussed and explained in detail during class. Unless otherwise specified, each project is designed to be completed during an assigned period. All required resources should be available in Barrow or through the Internet. Students should plan to spend approximately 2 hours outside of class for every hour in class in preparation, studying, research, completion of homework, etc. The successful completion of this course includes the involvement of the instructor and students.

Any students who experience unforeseen circumstances which enables their ability to attend class or complete the work should contact the instructor through the college as soon as possible to discuss their options. If any student has a concern with the course or the instructor, please discuss this with the instructor immediately to resolve any misunderstandings or miscommunications as outlined in the Student Handbook. As a courtesy to others, the use of tobacco products is not permitted in the classroom. This course syllabus is open for discussion and may be adjusted. Any changes will be announced in class.

A day by day assignment schedule will be attached upon arrival of the textbooks, which have been recently purchased.

This course will be taught in three modules: A, B, and C.

# Course Schedule
## Business English 109

### Module A

**Weeks 1 and 2:** Chapter 16: Capitalization and Writing Numbers, pp 330 - 351
Test

**Weeks 3 and 4:** Chapter 17: Commas, pp 353 - 371
Test

**Week 5:** Chapter: 10: Principal Parts of Verbs; Regular and Irregular, pp. 197 – 208
Test

### Module B

**Weeks 1 and 2:** Chapter 12, Subject/Verb Agreement, pp. 235-243
Test

**Weeks 3 and 4:** Chapter 1, Writing Principles, pp. 2-21
Test

**Week 5** Chapter 2, Spelling Guidelines, pp. 23-39
Test

### Module C

**Weeks 1 and 2:** Chapter 20, The Writing Process, pp. 415-438
Test
**Weeks 3 and 4:** Appendix, Business Letters and Memos, pp. 439-442
Test
**Week 5:** Continue Business Letters & Memos, pp. 439--442
Test

25836
Wade v. Ilisagvik College

MM
3 of 3