A006DBA
JOSEPH B. DELOZIER, M.D.    AUGUST 30, 2006

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF ALASKA
 2

 3

 4    BOBBI J. WADE,                          )
                                              )
 5                         Plaintiff,         )
      vs.                                     ) CASE NO.
 6                                            ) A05-086 CV (TMB)
      ILISAGVIK COLLEGE, NORTH SLOPE          )
 7    BOROUGH, JOHN TUTHILL, individually)
      and PAMELA TAYLOR, individually,        )
 8                                            )
                           Defendants.        )
 9                                            )
      _____)
10

11        THE VIDEO DEPOSITION OF

12        JOSEPH B. DELOZIER, M.D.

13        Taken on Behalf of the Defendants

14        August 30, 2006

15        Nashville, Tennessee

16

17    ATKINSON-BAKER, INC.
      COURT REPORTERS
18    (800) 288-3376
      www.depo.com
19
      FILE NO.: A006DBA
20

21    _____

22

23

24

25
```

Page 1

Atkinson-Baker, Inc. Court Reporters    EXHIBIT NN  Page 1 of 5    (800) 288-3376

A006DBA
# JOSEPH B. DELOZIER, M.D.   AUGUST 30, 2006

## Page 2

```
1   APPEARANCES:
2   For the Plaintiff:
3       JOHN J. TIEMESSEN, ESQ.
        Clapp, Peterson, Van Flein, Tiemessen &
4       Thorsness
        411 Fourth Avenue, Suite 300
5       Fairbanks, Alaska 99701
        (907) 479-7707
6
7   For the Defendant Ilisagvik College:
8
        CYNTHIA L. DUCEY, ESQ.
9       DeLaney Wiles
        1007 West Third Avenue, Suite 400
10      Anchorage, Alaska 99501
        (907) 279-3851
11
12  For the Defendant North Slope Borough:
13
        PETER G. GAMACHE, ESQ.
14      Attorney at Law
        405 West 36th Avenue, Suite 201
15      Anchorage, Alaska 99503
        (907) 563-6969
16
17
18  Also Present: Jim Davis, Videographer
```

## Page 3

```
1              I N D E X           Page
2   WITNESS: JOSEPH B. DELOZIER
3
4   By Ms. Ducey                    5
    By Mr. Tiemessen               20
5   By Mr. Gamache                 34
    By Ms. Ducey                   34
6           E X H I B I T S
7   No. 81   Progress notes         5
    No. 82   Chart                  7
```

## Page 4

1   The video deposition of JOSEPH B. DELOZIER,   04:38:34
2   M.D., taken on behalf of the Defendants, on the 30th   04:38:34
3   day of August, 2006, in the offices of Dr. DeLozier,   04:38:34
4   209 23rd Avenue North, Nashville, Tennessee, for all   04:38:34
5   purposes under the Alaska Rules of Civil Procedure.   04:38:34
6       The formalities as to notice, caption,   04:38:34
7   certificate, et cetera, are waived. All objections,   04:38:34
8   except as to the form of the questions, are reserved to   04:38:34
9   the hearing.   04:38:34
10      It is agreed that Edward F. Kidd, RPR,   04:38:34
11  being a Notary Public and Court Reporter for the State   04:38:34
12  of Tennessee, may swear the witness, and that the   04:38:34
13  reading and signing of the completed deposition by the   04:38:34
14  witness are waived.   04:38:34

17          * * *

## Page 5

1   THEREUPON,   04:38:34
2       JOSEPH B. DELOZIER, M.D.,   04:38:34
3   called as a witness, and after having been first duly   09:38:54
4   sworn, testified as follows:   09:38:54
5       (Marked Exhibit No. 81.)   04:48:10
6       MS. DUCEY: One question I have to ask   04:45:16
7   counsel is are there any stipulations?   04:45:17
8       MR. TIEMESSEN: None.   04:45:20
9       MR. GAMACHE: None.   04:45:20
10          EXAMINATION   05:25:44
11  BY MS. DUCEY:   04:45:21
12  Q.  All right, Dr. DeLozier, could you briefly tell   04:45:21
13  us what your educational history is and any board   04:45:24
14  certifications you have?   04:45:27
15  A.  I went to college at the University of the   04:45:29
16  South, went to medical school at the University of   04:45:31
17  Tennessee. I did my general surgery and plastic   04:45:36
18  surgery training at Vanderbilt University with an extra   04:45:39
19  year of craniofacial reconstruction fellowship at the   04:45:43
20  University of Pennsylvania. Following that I returned   04:45:49
21  to Nashville in 1991 and I've been in private practice   04:45:52
22  in this city since then.   04:45:58
23  Q.  Okay. And do you have any board   04:46:00
24  certifications?   04:46:03
25  A.  I'm sorry. I'm board certified in plastic   04:46:04

### Page 6

```
 1  surgery.                                                04:46:06
 2  Q.   Okay. And are you self-employed?                   04:46:06
 3  A.   I am.                                              04:46:10
 4  Q.   I put in front of you, or the court reporter       04:46:17
 5  did, what has been marked Exhibit 81. Can you take a    04:46:20
 6  look at those and tell me if you can identify those?    04:46:23
 7  A.   These appear to be my office notes on a            04:46:27
 8  patient, Bobbi Wade.                                    04:46:29
 9  Q.   Okay. Do you remember anything about Ms. Wade?     04:46:31
10  A.   I remember that she had, she came with a biopsy    04:46:36
11  report that said she had a squamous cell carcinoma in   04:46:42
12  her chest region. It's been three years ago and I       04:46:46
13  don't remember a whole lot else.                        04:46:50
14  Q.   Okay. Do you recall if this was a referral,        04:46:51
15  Dr. DeLozier, or if she came to you on her own?         04:46:55
16  A.   I do not remember.                                 04:46:59
17  Q.   Okay. You have her file in front of you, too,      04:47:01
18  don't you?                                              04:47:04
19  A.   I do.                                              04:47:05
20  Q.   Would there be a notation in there if there was    04:47:06
21  a referral?                                             04:47:08
22  A.   There should be a face sheet somewhere, and        04:47:09
23  forgive me for not having that. Right. The face sheet   04:47:12
24  which is in my chart asks the question who referred you 04:47:25
25  to our practice, and the name given is Dr. Cynthia      04:47:28
```

### Page 7

```
 1  Church who is a practicing internist in Nashville.      04:47:32
 2  Q.   Okay. Do you know if the doctor was the one        04:47:37
 3  that called your office or if Ms. Wade contacted the    04:47:39
 4  office on her own?                                      04:47:43
 5  A.   I don't know the answer to that.                   04:47:47
 6  Q.   If it was an actual doctor referral would you      04:47:49
 7  have noted that?                                        04:47:51
 8  A.   Not necessarily. Sometimes physicians who          04:47:57
 9  refer patients send letters. Oftentimes they don't.     04:48:00
10  So I'm, again, I'm unclear.                             04:48:05
11  Q.   Okay. Looks like you may have a page that I        04:48:09
12  don't have. Would you mind if we made your file         04:48:13
13  Exhibit 82, and at your convenience have it             04:48:15
14  photocopied?                                            04:48:19
15  A.   Absolutely.                                        04:48:20
16  Q.   Okay. That will be 82.                             04:48:21
17  A.   Absolutely I don't mind.                           04:48:23
18       (Marked Exhibit No. 82.)                           04:48:25
19  BY MS. DUCEY:                                           04:48:28
20  Q.   Thanks, Doctor. What was the reason she came       04:48:28
21  to see you?                                             04:48:30
22  A.   Because she had a squamous cell cancer from a      04:48:30
23  biopsy report on her chest.                             04:48:33
24  Q.   And what was the date of her first seeing you?     04:48:35
25  A.   She initially saw me on the 18th of November in    04:48:38
```

### Page 8

```
 1  2003.                                                   04:48:41
 2  Q.   Okay. Does your chart indicate when you            04:48:45
 3  removed the squamous cell?                              04:48:47
 4  A.   The operative note records that I removed it on    04:48:49
 5  the next day, the 19th of November.                     04:48:53
 6  Q.   Okay. And where did that occur?                    04:48:55
 7  A.   It occurred at Baptist Hospital, the hospital      04:48:58
 8  located approximately two blocks from here.             04:49:02
 9  Q.   Okay. You are referring right now to what we       04:49:03
10  marked as 25603 which is your operative report;         04:49:07
11  correct?                                                04:49:13
12  A.   That is correct.                                   04:49:13
13  Q.   When you saw her had she already had the patch     04:49:14
14  of skin excised?                                        04:49:16
15  A.   A biopsy had been done previously, yes.            04:49:20
16  Q.   Okay. And what procedure did you perform on        04:49:23
17  her?                                                    04:49:25
18  A.   I reexcised the area, and then performed what      04:49:27
19  is called a frozen section control which involves       04:49:32
20  sending essentially an ellipse of tissue over to our    04:49:35
21  dermatopathologists at Baptist Hospital who then        04:49:40
22  examined that tissue and cross-sectioned under the      04:49:43
23  microscope to determine that the margins are clear.     04:49:47
24  Q.   Okay. Are you familiar with the procedure          04:49:50
25  called a Mose procedure?                                04:49:53
```

### Page 9

```
 1  A.   I am.                                              04:49:55
 2  Q.   Did you perform a Mose procedure on Ms. Wade?      04:49:56
 3  A.   This is not a Mose procedure. A Mose procedure     04:50:00
 4  involves rather than looking at the tissues in          04:50:04
 5  cross-section, looking at the tissues in tangential     04:50:08
 6  section. They're close but not the same.                04:50:12
 7  Q.   Okay. Do you recall if she requested that you      04:50:16
 8  do a Mose procedure?                                    04:50:18
 9  A.   I do not.                                          04:50:21
10  Q.   Why --                                             04:50:22
11  A.   Except to say if she requested it I would have     04:50:23
12  sent her to someone who does the Mose procedure. But I  04:50:25
13  have no recollection of that.                           04:50:28
14  Q.   Do you do Mose procedures?                         04:50:29
15  A.   I do not.                                          04:50:34
16  Q.   To your knowledge, Doctor, in order to do a        04:50:35
17  Mose procedure is there any special certification       04:50:37
18  required just to do that procedure?                     04:50:40
19  A.   Mose procedures are an outgrowth of                04:50:45
20  dermatology. I'm a plastic surgeon.                     04:50:49
21  Q.   Okay.                                              04:50:51
22  A.   I do not know the rules and regulations that       04:50:52
23  are involved in people that declare themselves Mose     04:50:54
24  surgeons.                                               04:50:57
25  Q.   Uh-huh.                                            04:50:57
```



A006DBA
JOSEPH B. DELOZIER, M.D.    AUGUST 30, 2006

## Page 10

1  A.    They may be variable within their own                    04:50:59
2  societies. They may be variable from state to state,           04:51:03
3  but I have no knowledge what is required there.                04:51:06
4  Q.    Okay. Do you recall from the operative report            04:51:08
5  or from your own memory how many sutures you had to put        04:51:13
6  in after you reexcised the patch?                              04:51:17
7  A.    The operative report says that I used two sizes          04:51:22
8  of sutures. Both a 3-0 Vicryl and a 4-0 Monocryl,              04:51:24
9  which means simply the excision was deep enough that it        04:51:31
10 required two layers to bring the tissues together. I           04:51:33
11 do not have recorded exactly how many sutures were             04:51:38
12 there.                                                         04:51:42
13 Q.    Is this a procedure that was done under a                04:51:43
14 general anesthetic?                                            04:51:46
15 A.    Let me double check because it's been some               04:51:50
16 time. But in general I do this, these types of                 04:51:52
17 procedures under local anesthesia. My records indicate         04:51:56
18 that it was done under general.                                04:52:11
19 Q.    Okay. Which record are you referring to?                 04:52:13
20 A.    I'm referring to the operative report.                   04:52:15
21 Q.    Which says general?                                      04:52:17
22 A.    Uh-huh.                                                  04:52:21
23 Q.    Would you look at the next page? It should be            04:52:22
24 25598, our document stamp number, and does that look           04:52:24
25 like some handwritten notes?                                   04:52:28

## Page 11

1  A.    There are some handwritten notes from a Melissa          04:52:30
2  Gray, RN that indicates she was in the recovery room           04:52:32
3  and those handwritten notes also indicate that a               04:52:39
4  Dr. Dalton, who is an anesthesiologist at Baptist              04:52:41
5  Hospital was also observing her which would indicate to        04:52:44
6  me that she had an anesthetic.                                 04:52:50
7  Q.    Do you recall why she had a general anesthetic?          04:52:52
8  A.    I do not.                                                04:52:55
9  Q.    You said you normally performed this with just           04:53:00
10 a local anesthetic; correct?                                   04:53:03
11 A.    Correct.                                                 04:53:04
12 Q.    Why is it normally done with a local?                    04:53:06
13 A.    Typically the extent of the resection is well            04:53:09
14 tolerated under local anesthesia.                              04:53:12
15 Q.    So a local would just be a little injection of           04:53:14
16 an anesthetic?                                                 04:53:17
17 A.    Well, depending on the size of a lesion, it may          04:53:18
18 require a fair amount, but it's something I'm                  04:53:20
19 comfortable doing.                                             04:53:25
20 Q.    Okay. In your practice sometimes have there              04:53:26
21 been other situations where a general might be used on         04:53:30
22 a procedure like this?                                         04:53:33
23 A.    It's almost always at the patient request.               04:53:34
24 Q.    Okay.                                                    04:53:36
25 A.    But I have honestly no precise recollection of           04:53:37

## Page 12

1  the reason.                                                    04:53:39
2  Q.    Okay. Do you recall how long this procedure              04:53:40
3  took?                                                          04:53:45
4  A.    We could determine that if I had the --                  04:53:47
5        MR. TIEMESSEN: Baptist anesthesia record?                04:53:53
6        THE WITNESS: Yes, sir. And that would                    04:53:55
7  help my poor memory. But I don't see it in what I've           04:53:58
8  got. Typically, the greatest portion of time is                04:54:04
9  waiting on the pathologist to freeze the tissue,               04:54:09
10 section it, and examine and give me an accurate report.        04:54:13
11 BY MS. DUCEY:                                                  04:54:16
12 Q.    Uh-huh.                                                  04:54:16
13 A.    The procedure itself would typically take 10 to          04:54:17
14 15 minutes.                                                    04:54:21
15 Q.    Okay. We'll get that for you in just a minute.           04:54:22
16 But I'm going to go on. I wonder, Doctor, if you could         04:54:25
17 look at the third page of what we've marked Exhibit 81         04:54:40
18 and tell me if that says Baptist Hospital short stay           04:54:45
19 history and physical?                                          04:54:48
20 A.    It does.                                                 04:54:50
21 Q.    On the HENT, the head, ears, nose and throat it          04:54:51
22 says basal cell on chest?                                      04:54:57
23 A.    That's incorrect.                                        04:54:59
24 Q.    Okay. How did you determine whether it was a             04:55:00
25 squamous or a basal cell?                                      04:55:07

## Page 13

1  A.    Well, there are rules of review within our               04:55:08
2  hospital. And by that, I mean, there are certain               04:55:20
3  tumors that require outside slides to be submitted and         04:55:27
4  reviewed by a pathologist before surgery can be                04:55:33
5  performed. As far as skin cancers go, the only one             04:55:37
6  that applies to is a melanoma. Typically basal cells           04:55:44
7  and squamous cells, the pathologists here are willing          04:55:51
8  to accept the word of another pathologist that that's         04:55:55
9  indeed the tumor. That same rule applies to tumors of         04:56:02
10 the breast, malignant tumors of the breast. So in this         04:56:06
11 particular area, the only evidence that I have that            04:56:10
12 this was, indeed, a squamous cell cancer is the written        04:56:15
13 report and not the actual slide that I have, which I           04:56:19
14 believe is listed in your number 25316.                        04:56:27
15 Q.    That's the biopsy report from Alaska?                    04:56:32
16 A.    Correct.                                                 04:56:36
17 Q.    Okay. Do you see, Doctor, on that biopsy                 04:56:37
18 report where it says that it is, at least an in situ or        04:56:43
19 Bowen's disease?                                               04:56:53
20 A.    Right.                                                   04:56:54
21 Q.    Are you familiar with an in situ squamous cell           04:56:56
22 carcinoma?                                                     04:57:00
23 A.    I am.                                                    04:57:00
24 Q.    What does that refer to?                                 04:57:01
25 A.    Well, it's squamous cell cancer before it                04:57:02

## Page 14

1  has -- I think the best term, become aggressive. It's    04:57:07
2  early. That's the most clear cut definition I can give   04:57:10
3  you.                                                      04:57:14
4  Q.   And do you know what Bowen's disease is?            04:57:15
5  A.   Dr. Bowen just got that particular carcinoma in     04:57:19
6  situ named after him.                                    04:57:23
7  Q.   It's the same thing?                                04:57:26
8  A.   It's the same thing.                                04:57:27
9  Q.   It says due to a poor specimen orientation and      04:57:28
10 infiltrative component cannot be completely excluded.    04:57:32
11 Do you see that?                                         04:57:36
12 A.   Yes.                                                 04:57:36
13 Q.   Do you know what is meant by that?                  04:57:37
14 A.   Basically it means that it's unclear as to          04:57:40
15 whether or not there might be an extension or an         04:57:45
16 increase in the aggressiveness of this tumor. And the    04:57:51
17 pathologist is relying on the clinician who examined    04:57:55
18 the patient, as well as the person who did the original  04:57:58
19 biopsy to determine if more tissue should be taken.     04:58:02
20 Q.   Okay. And when you sent the portion that you       04:58:05
21 excised to pathology, did you get a report back?         04:58:14
22 A.   I did.                                               04:58:17
23 Q.   What were the results of that pathology report?    04:58:18
24 A.   That one, I believe is marked 25318. The            04:58:22
25 report is hyperkeratosis dermal fibrosis and chronic    04:58:27

## Page 15

1  inflammation, margins clear, negative for residual       04:58:32
2  carcinoma.                                                04:58:36
3  Q.   So excising that confirmed that there was no       04:58:37
4  residual lesion?                                          04:58:43
5  A.   There was a residual lesion.                        04:58:47
6  Q.   Uh-huh.                                              04:58:49
7  A.   Just wasn't cancer.                                  04:58:50
8  Q.   Okay.                                                04:58:51
9  A.   In other words, and I do remember this much, is    04:58:52
10 that she still had an ulcer sitting there. And the     04:58:56
11 question is, when -- or an open wound, whatever you     04:58:59
12 want to call it, and that was from the shave biopsy or  04:59:02
13 I presumed that. But if you do that, and if you still  04:59:06
14 have an open wound, you can't tell whether that it's    04:59:13
15 open because there is something growing there like a   04:59:16
16 basal cell or a squamous cell or if it's just a result 04:59:21
17 of the previous biopsy.                                  04:59:23
18 Q.   Okay. So when you say an ulcer, what you are     04:59:25
19 referring to is an open wound?                           04:59:28
20 A.   Correct.                                             04:59:30
21 Q.   Okay.                                                04:59:30
22 A.   And that's actually in the gross description.       04:59:32
23 Q.   Okay.                                                04:59:34
24 A.   As well as the frozen section diagnosis as          04:59:35
25 listed on that page.                                      04:59:37

## Page 16

1  Q.   Am I correct in concluding that you sent only      04:59:41
2  one sample, you did an excision and you sent that       04:59:44
3  sample over?                                              04:59:48
4  A.   That appears to be correct, yes.                    04:59:49
5  Q.   Okay. So you weren't shaving off sections and     04:59:51
6  sending them to the lab to be examined?                  04:59:53
7  A.   Right.                                               04:59:56
8  Q.   Okay. Do you recall how long the whole           04:59:57
9  procedure took once it was sent to the lab, the section 05:00:05
10 frozen that was examined and sent back?                 05:00:10
11 A.   I don't.                                             05:00:14
12 Q.   Do you recall if you had any discharge           05:00:16
13 instructions for Ms. Wade?                               05:00:19
14 A.   I have a standard set of postoperative            05:00:21
15 discharge instructions that I give all my patients from 05:00:27
16 here, but it usually involves not getting the area wet  05:00:29
17 for a few days and not doing aggressive lifting,       05:00:32
18 especially if it's on the chest, but otherwise pretty   05:00:38
19 normal physical activity.                                 05:00:40
20 Q.   Okay. Could Ms. Wade have worked the same day 05:00:42
21 of the surgery?                                           05:00:48
22 A.   Probably not with a general anesthetic.            05:00:49
23 Q.   Okay. Could she have worked the next day?       05:00:53
24 A.   I think most of the time people say, I'm not      05:00:55
25 sure it's adhered to, but typically you shouldn't drive 05:01:00

## Page 17

1  for 24 hours after an anesthetic. So whether that's    05:01:03
2  exactly the next day or the day after, it's somewhere  05:01:07
3  in there. That would have been the rate limiting      05:01:11
4  extent, not the extent of the surgery.                   05:01:14
5  Q.   So if someone could have drove her to work she   05:01:15
6  could have worked?                                        05:01:17
7  A.   Again, depending on the nature of the job, if    05:01:18
8  there wasn't a lot of lifting involved, yes.            05:01:20
9  Q.   Assuming it was a squamous cell carcinoma,       05:01:28
10 Dr. DeLozier, and that the biopsy results came back on 05:01:31
11 November 5th -- sorry -- October 30th, 2003?           05:01:35
12 A.   Uh-huh.                                              05:01:41
13 Q.   Could she have waited until the Christmas         05:01:43
14 holidays to have that lesion reexcised?                  05:01:47
15 A.   Based on the in situ or bone's disease nature    05:01:55
16 of the tumor, I think that probably would have been    05:02:01
17 safe.                                                      05:02:04
18 Q.   After the procedure was over with was there any 05:02:13
19 reason she could not have had the stitches removed and 05:02:18
20 incision checked in her place of residence, which was  05:02:20
21 Borough, Alaska, assuming there were physicians there  05:02:24
22 to do that?                                               05:02:27
23 A.   There would have been no reason that I know of. 05:02:28
24 Q.   Were you aware of any other medical issues      05:02:40
25 regarding Ms. Wade?                                       05:02:45

