## PROGRESS NOTES

PATIENT NAME: Wade Bobbi
LAST   FIRST   MIDDLE

DATE OF BIRTH: ____
CHART: ____

| DATE | SERVICE | NOTES |
|---|---|---|
| 11/18/03 | | 69 y/o female c̄ malignant lesion removed 1 mth ago. Unsure if margins are clear |
| | | med Hx - HTN |
| | | Sx Hx - neck lift 10 yrs |
| | | - also question about (L) face lesion — L Simmons, MA |
| | | [illegible] chart w/ excision c̄ s/s |
| 11-26-03 | | Removed suture, incision healing well, RTC prn, pt wants facial sx will call for appt in summer — L. Simmons MA |
| 4/12/04 | | Want to discuss neck lift had 10 yrs ago. lesion (L) face + incision where BCC was removed itches — LS |

EXHIBIT 81 RaLozier

25321
Wade v. Ilisagvik College