Confidential<br>A05-086 CV (JWS)

BUS 105/BUS 109 Grade Problems, Fall Semester 2003:

*Douglas, Martha* received a "W" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*Douglas, Martha* received a "W" in BUS 109/B/800 and was allowed to continue in BUS 109C/800.

*Hopson, Helen* received a "W" in BUS 105A/800 and was allowed to continue in BUS 105B/800.

*Hopson, Helen F.* received "W" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*Johnson, Rufus O.* received an "F" in BUS 109B/800 and was allowed to continue in BUS 109C/800. He received a "DF" in BUS 109C/800, though he shouldn't have been allowed to register for this course at all.

*Kaleak, Jeslie James* received a "W" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*Kaleak, Jeslie James* received an "I" in BUS 109A/800 and was allowed to continue in BUS 109B/800.

*Kaleak, Jeslie James* received a "W" in BUS 109B/800 and was allowed to continue in BUS 109C/800.

*Lozano, Stefanie Rose* received a "W" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*Matumeak, Annie Marie* received an "I" in BUS 105A/800 and was allowed to continue in BUS 105B/800.

*Matumeak, Annie Marie* received a "W" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*Matumeak, Annie Marie* received a "W" in BUS 109B/800 and was allowed to continue in BUS 109C/800.

*Mealor, Mariette Jacqueline* received an "F" in BUS 109C/800, though she had already earned "EX" credit for the course.

*Panik, Cheryl M.* received a "DF" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

Exhibit 76
Date 5-10-06
Deponent Tuthill
Sharon Langford, Reporter

21600
Wade v. Ilisagvik College

PP
Page 1 of 5

Confidential
A05-086 CV (JWS)

*Panik, Cheryl M.* received a "DF" in BUS 109B/800 and was allowed to continue in BUS 109C/800.

*Rock, Ramona M.* received an "I" in BUS 109A/800 and was allowed to continue in BUS 109B/800.

*Rock, Ramona M.* received a "DF" in BUS 109B/800 and was allowed to continue in BUS 109C/800. She received an "F" from her instructor in BUS 109C/800, but Bobbi Wade, who was not the instructor in this course, has offered her a "DF" instead.

*Shroyer, Sidney Jean* received an "F" in BUS 109B/800 and was allowed to continue in BUS 109C/800. She earned a "D" in BUS 109C/800, though she shouldn't have been allowed to register in the course at all.

*Simmonds, Lena L.* received a "DF" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*Stone, Patrick T.* received a "W" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*Tegoseak, Edith Joanne* received a "DF" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*Tegoseak, Edith Joanne* received a "W" in BUS 109B/800 and was allowed to continue in BUS 109C/800.

*Tegoseak, Samuel R.* received an "F" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*Tegoseak, Samuel R.* received no grade in BUS 109A/801 and was allowed to continue in BUS 109B/800.

*Underwood, Amy* is registered for BUS 105C/800. Bobbi Wade, who is not her instructor, has offered her a grade of "DF" in the course.

*Underwood, Amy* received an "F" from her instructor in BUS 109C/800, but Bobbi Wade, who was not the instructor in this course, has offered her a "DF" instead.

Problem:

Bobbi Wade submitted her grades for BUS 105B/800 and BUS 109B/800 on December 5, more than halfway through the short term for BUS 105C/800 and BUS 109C/800. Because of this late date, neither the students nor the instructors in BUS 105C/800 and BUS 109C/800 could know what students were, or were not, eligible to be enrolled in BUS 105C/800 and BUS 109C/800.

21601
Wade v. Ilisagvik College



Confidential
A05-086 CV (JWS)

This problem could have been avoided if Bobbi Wade had submitted her grades on time for BUS 105B/800 and BUS 109B/800. She was away on medical leave for the last half of November. If her preparations for the medical leave prevented her from submitting her grades before she left Barrow, she should have completed the grades while she was away and faxed them to the Registrar's Office as soon as possible. At the very least, she should have sent copies of her grades to the instructors for these courses – Tim Carlson for BUS 105/800 and Aimee Valenti for BUS 109C/800 so that they would have had this information. But, unfortunately, she did not.

The following students failed to complete BUS 105B/800 and/or BUS 109B/800 but remained registered in BUS 105C/800 and/or BUS 109C/800:

| *BUS 105C/800* | *BUS 109C/800* |
|---|---|
| Douglas, Martha | ✓ Douglas, Martha |
| Hopson, Helen F. | Johnson, Rufus O. |
| Kaleak, Jeslie James | ✓ Kaleak, Jeslie James |
| Lozano, Stefanie Rose | |
| Matumeak, Annie Marie | ✓ Matumeak, Annie Marie |
| Panik, Cheryl M. | ✓ Panik, Cheryl M. |
| Simmons, Lena L. | ✓ Rock, Ramona M. |
| Stone, Patrick T. | Shroyer, Sidney Jean |
| Tegoseak, Edith Joanne | Tegoseak, Edith Joanne |
| Tegoseak, Samuel R. | Tegoseak, Samuel R. |

*Solution:* These students should have been administratively withdrawn from BUS 105C/800 and/or BUS 109C/800 at the beginning of the term. Since that didn't happen, now we have to do damage control. The bottom line is that we cannot penalize the students for our failure to follow our policies and procedures. If, therefore, they receive a grade of "F" in BUS 105C/800 and/or BUS 109C/800, that grade should be changed to "W." If they received a grade of "I" or "DF" from their instructor in BUS 105C/800 and/or BUS 109C/800, they must complete their remaining assignments and be assessed by their BUS 105C and/or BUS 109C instructor – Tim Carlson (BUS 105C) or Aimee Valenti (BUS 109C). If they receive a passing grade in BUS 105C/800 and/or BUS 109C/800, they should receive credit for the course, even though they lack the prerequisite.

21602
Wade v. Ilisagvik College

Confidential
A05-086 CV (JWS)

Problem:

The following students failed to complete BUS 105A/800 and/or BUS 109A/800/801 but were permitted to remain registered in BUS 105B/800 and/or BUS 109B/800:

| BUS 105B/800 | BUS 109B/800 |
|---|---|
| Hopson, Helen F. | Kaleak, Leslie James |
| Matumeak, Annie Marie | Rock, Ramona M. |
| | Tegoseak, Samuel R. |

Bobbi Wade was the instructor in BUS 105A/800 and BUS 105B/800 and BUS 109A/800 and BUS 109B/800. She should have administratively withdrawn most of these students from BUS 105B/800 and BUS 109B/800 at the beginning of the term.

Solution:

In the end, however, both of the students in question received a grade of "W" in BUS 105B/800. In BUS 109B/800, Leslie James Kaleak received a grade of "W." That is the correct grade. Ramona M. Rock received a grade of "DF," so she has an "I" in BUS 109A and a "DF" in BUS 109B. At this point, it might be more confusing than beneficial to change her "DF" in BUS 109B to a "W," but I suspect the best solution will be for her to repeat both of these courses. Samuel R. Tegoseak received no grade in BUS 109A/801. He should not have been allowed to continue in BUS 109B/800. He received a grade of "F" in BUS 109B/800. Since he should have been administratively withdrawn at the beginning of the semester, his grade should now be changed to "W" in this course.

Problem:

Mariette Mealor received a grade of "F" in BUS 109C/801, even though she had received credit for the course by examination in September. Bobbi Wade gave the credit by examination with my authorization, but did not report this fact to the instructor for BUS 109C/800, Aimee Valenti.

Solution:

The Mariette Mealor's grade for BUS 109C/801 should be changed to "EX."

Problem:

Bobbi Wade has promised a grade of "DF" to students in other instructors' courses:

21603
Wade v. Ilisagvik College

Confidential
A05-086 CV (JWS)

| BUS 105C/800 | BUS 109C/800 |
|---|---|
| Underwood, Amy | Rock, Ramona |
|  | Underwood, Amy |

For one instructor to assign grades in another instructor's course is a flagrant violation of academic freedom. In this case, these students did not complete their assignments in BUS 105C and BUS 109C, and they accordingly received a grade of "F" from their instructors, with whom Bobbi Wade had not consulted.

Solution:

The students are innocent victims of Bobbi Wade's misjudgment, and it is not fair to penalize them. Amy Underwood will receive a grade of "I" in both courses and will be allowed to make up the work she has not completed in BUS 105C and BUS 109C. Her required plan of study will be determined by Tim Carlson (for BUS 105C) and Aimee Valenti (for BUS 109C); and Tim and Aimee will evaluate her completed assignments and determine her final grade for each of their courses.

21604
Wade v. Ilisagvik College