DATE: 11 December 2003

TO: Dr. Edna MacClean, President, Ilisagvik College
John Tuthill, Dean of Instruction
Pam Taylor, Director of HR
Courtneay Bartholomew, Chair, BMIT Division

FROM: Bobbi J Wade, Assistant Professor of Business Management

SUBJ: Formal Grievance

PURPOSE

To provide information concerning a chain of events that I feel are unethical procedures toward me and the adjuncts whom have been teaching courses in my programs for the last 3.5 years. These events were demeaning to my reputation and integrity as Lead instructor for the business management programs, and some of the events were in violation of my contracts.

INTRODUCTION

Since I left for summer break last June, 2003, a series of occurrences have taken place to show a lack of consideration for me and my position as a faculty member, and they are still ongoing. In fact, I have been totally left out of things and ignored as an instructor even when I requested participation. Several important factors have taken place that were/are damaging to my programs, and have caused deterioration to my classes and confusion to my students. Just today, I witnessed a slander to my personal integrity by an adjunct instructor, which is defamation to my character, because it took place in the presence of my students. Then, too, other than the unfairness and lack of consideration, several items in my contracts have been in violation by the Dean of Instruction. I will discuss the chain of events at which they seemed to begin <u>and are still ongoing</u>. Last Thursday, December 4, 2003, (demeaning conduct by an adjunct). Friday, December 5, (was told that two of my extra-duty contracts were voided by the Dean), and Wednesday, December 10, (two adjuncts told me they were going to resign), which would be a devastation to the Business Management programs and is very embarrassing to me. Also, it is becoming an embarrassing issue to one of the adjuncts at her full time position. On Friday, December 5, I went to Pam Taylor and spoke with her concerning the unethical conduct of the adjunct as well as other items. She advised me to arrange a meeting with the Dean in her presence and in the presence of Diana Kennedy. I requested this meeting, but the Dean advised me that he needed to know why I wanted to meet. This letter is a formal statement to inform the Dean and all concerned what my grievances are and why I wanted the meeting. <u>To prevent further damage to the reputation of the college, it needs to be addressed in a timely</u>

Date: 5-4-06  Exhibit 38  100197
Witness: Taylor
Marci L. Lynch, Court Reporter
Liz D'Amour & Associates, Inc.
(907) 452-3678

Page 1 of 6

manner. Ethics is the number one factor that is taught in all business courses, and if we do not practice what we teach, then how can we teach it to others?

## SUMMARY

1. Scheduling:

In June, 2003, before I left on summer break, I did all the preparation for the fall semester that was required of the faculty. This included making out a detailed teaching schedule along with a list of required text books. Not only did I make out my own schedule, but the schedules for all the adjuncts who would teach courses in the programs. It took a lot of hours and concentration to complete the schedule, but it was done in a timely manner and turned in to the Dean of Instruction's office.

While I was away for the summer break, my schedule was totally rearranged with several added extra duty courses. The rearrangement was done without any consultation with me and in my absence. When I reported for work on August 18, my schedule was such that it was almost beyond reason. I had 31 new advisees, plus the 30 that I was already advising, making a total of 61 altogether. I had six classes beginning at the same time, because of the scheduling, with a total of 87 students. More were added on later. This is almost unheard of, because faculty members usually stagger the classes in order for the teaching load not to be a burden to the instructor. Then, too, the Blackboard classes had to be designed before the students could begin the courses. This is very time consuming and requires a lot of concentration and has to be done before the classes begin.

This problem could have been eased when one of my classes was cancelled. But, again, I was not consulted and the class was cancelled leaving the same schedule with all classes being taught at the same time. If I had been included in the decision, I could have rearranged the schedule to shift the class load to a little more balanced situation. Again, no consideration at all was given to me, or the load I was carrying. <u>Also, it was in violation of my contract, which states that if a class is cancelled, it will be in consultation with the instructor prior to cancellation.</u>

I requested leave to take care of a medical problem. I had Module C of both Bus Math and Bus English to complete, because both courses are three credit hours of study, but I had scheduled each of them in three phases, Modules A, B, and C. I made a schedule for myself to teach Module C of both Bus Math and Bus English upon my return from leave (11 days), which the students in both classes agreed was satisfactory with them. The change in dates would have not been confusing to the students nor damaging to my classes. It would have been a smooth inclusion. Dean Tuthill totally ignored my schedule, which left my students in a state of confusion, because he hired other instructors in my absence to teach the third phase of the two classes that I was in the process of teaching. Again, this was done with no consultation with me. Also, he knew that my leave request was only for 11 days,

100198

Exhibit QQ
Page 2 of 6

which three class meeting would be held in my absence with the original schedule. Why was I not allowed the privilege of getting someone to substitute in my absence, and resume teaching the classes upon my return if he wanted to keep the original, and not adhere to my revised one? Others have taken leave. Did the Dean replace them while they were gone by hiring instructors to take their place, or did they make arrangements for their duties to be taken care of while they were gone, and then resume the duties when they returned, as is the usual procedure.

Then, too, the Business 109C teacher the Dean hired (Amiee Valante) to take over the class is an outside adjunct who has totally aborted my class syllabus, textbook, and teaching plans. The students were in a state of confusion upon my return and are being told that the teaching materials that have been previously used are wrong and they will no longer be used—that she is totally rewriting the course, and she is using a syllabus for Business 100. This is an insult to my reputation as an instructor and defamation to my character. It has always been my understanding that an adjunct will teach a course under the direction and plans of the Lead instructor of the department, and will use the teaching materials that are provided. All adjuncts have adhered to this policy until now. Now, it seems that this particular adjunct has taken over with all authority in my program and classes with no regards to my position. Plus, making remarks to the class that is demeaning to me and my status as a full time faculty member with four years of service. Up until now, I have always had the privilege of screening and hiring the adjuncts for my programs—all of a sudden that privilege has been taken away from me without due process. The adjunct instructor that has been teaching Bus 109 has for the past 3.5 years has been replaced without cause or provocation, which is a very unethical procedure and damaging to the reputation of the college, because she is a very upstanding citizen of the community. Also, the Bus Math 105 adjunct instructor was taken off the spring roster and replaced without notification. He, too, has been teaching Bus Math for the past two years, and is also a fine citizen of the community. Another upstanding citizen and leader in the community, was taken off the fall schedule without notice. This is not an ethical way to work with people of the community, and I am strongly opposed to it. These adjuncts who are being replaced are long standing citizens of the community and it has helped to build a good rapport of the college with the community. These same adjuncts will be around for a long time to come, when the temporary ones will be gone at any time.

UPDATE: Today, 12/4/03, I asked the adjunct for Bus English 109C (Amiee) if she was following my syllabus and using the textbook the students have purchased. Her attitude was very belligerent and demeaning to me when she told me, "I do not have to use your plans or your book because the Dean and I have discussed it and we have agreed that the proper materials are not being taught in Business English. Then she stated, "We will meet with the Dean and he will straighten you out." I have always had the opinion that an ethical Dean would support the faculty unless he/she had reason not to. Because of his actions, my reputation with the college as Lead Instructor of the Business Management programs has been slandered, without reason or provocation from me. I have always been a very fair and ethical person,

100199

<u>and I abide by the rules.</u> I think my service to the college for the past soon-to-be four years speaks for itself.

3. Leave:

In late September, 2003, I applied for personal leave because I needed to go back to my family doctor for continuation of tests that I had begun in July while on summer break. I took my leave request in to Dean Tuthill and talked with him about rearranging my schedule as not to interfere with my teaching duties. I had the classes rescheduled on the proper change form and had talked with my students. Every student in the class agreed it was a better schedule than the old one. Dean Tuthill seemed agreeable and to think it was a workable schedule, but said he would need to look into it. I also presented him with a copy of a document from my doctor verifying that I needed the immediate follow-up.

In a couple of days, I went back into his office to inquire about my leave, he told me in a very abrupt attitude that he would not approve the change in the class schedule and, consequently, would not approve my leave, because it would interfere with my teaching schedule. The rescheduling of my classes was a very logical one and there was no reason it would not have worked. Yet, he would not allow me to use the rearranged schedule that would allow me to take the necessary leave time, and at the same time, keep the students content. Some of the students even decided to take a break while I was away, and we would all meet back to continue with the classes upon the specified date that I would return.

I was very disturbed by his lack of cooperation with me to work out a pressing problem, because I really needed the medical attention. I went to Pam Taylor and she advised me to fill out a request for medical leave along with verification from my doctor, which I did. But, this didn't satisfy Pam. She wanted more documentation from the doctor. Rather than try to obtain more documentation, I decided that I would go to the doctor here in Barrow and try to get by until the Christmas holidays, which was Dean Tuthills' suggestion. I told him that I would take his suggestion and wait until the Christmas holidays, and, in the meantime, took another 2 credit course to teach because there was no one to teach it. This was related that to Dean Tuthill in an email. By that, I thought he would approve time in December adjoining the holiday break for my seeing the doctor.

But, he denied that also, because I then applied for leave in December, and worked out an arrangement to have the classes completed by the time I took the leave days. But Dean Tuthill denied the request without even consulting with me about the arrangements I had worked out for my classes. He said I would have to stay on the job until Dec. 19. That, of course, would leave no time to see a doctor since most offices are closed the week of Christmas.

100200

But, again, due to tests results from the local medical clinic, I submitted another leave request to Dean Tuthill on Nov. 3, and he did not respond at all. He did not even give me the courtesy of replying. Then, I got a phone call from the doctor in Barrow informing me that I must see a specialist immediately, because the type of treatment I needed (a Mose Procedure) could not be done in Barrow, and could not be done in Anchorage. Only when I reached the point that was critical did he sign a leave request, and this was done when Pam Taylor informed him that he had no choice. <u>Again, his denial of my leave request was in violation of my contract, because there was a reasonable plan to take care of my classes in my absence, and consequently, it would NOT have hindered my duties nor been in violation of my contract.</u> It seemed he was trying to enforce his stated opinion of faculty leave time which was designated in a contract that was written and signed several months prior to his hire date.

4. Extra-duty contracts and pay:

For all the extra-duty units that were added to my schedule, I finally received the signed contracts from the Dean of Instruction. I signed the contracts and fulfilled the teaching and Blackboard designing duties that were required in the contracts. Dean Tuthill has voided two of the contracts for extra-duty pay without consultation with me. The teaching duties that were described in the contracts have been fulfilled. <u>In other words, he has broken two extra-duty contract that had been fulfilled prior to his voiding them.</u>

He contends that he took away two units of pay, because I am not teaching Module C of both Bus Math and Bus English. <u>Those were my teaching duties, not contract units.</u> Then, too, I would not have lost those teaching duties if the he had not taken them away from me without just cause. But, because he took away those two classes, he contends that I lack two units fulfilling the twelve hours required per semester. We have been told several times that if we don't fulfill the hours in one semester, we can make them up in another as long as we fulfill the required teaching units as prescribed by the end of the contract. I could have easily made up the two hours in the spring or summer semesters, and not had the two contracts broken. <u>Again, no meeting with me to discuss the situation, just blatant unethical procedure and a violation of two signed and fulfilled contracts.</u>

<u>CONCLUSION</u>

All the above are questions that need addressing, because it seems that it began with the arrival of Pat O'Rourk as Interim Dean and spilled on over to Dean Tuthill—all began in my absence while on summer break and has continued up to the present. Everything and all changes are being made without any departmental meetings or consultations.

100201

I have worked very hard to build the Business Management programs at Ilisagvik College and have been given the academic freedom to do so up until the beginning of the fall semester, 2003. I have been told repeatedly, "You are the head of the business programs. You are the Lead Instructor." I have hired and mentored adjunct instructors, and they have fully cooperated with my leadership—until now. I have made schedule after schedule to accommodate students, tutored, advised, counseled, previewed and ordered textbooks and teaching materials for both my classes and adjunct classes; visited and accommodated village students to keep them interested and active. I have written programs, prepared courses, and written lesson plans to accommodate the demands of the work force people, and to meet the needs of the students who are older and need review courses in the basics—because I have lived in this environment long enough that I understand the needs. It doesn't happen overnight, it takes years of time to understand the culture and the lifestyle of the students and the community, and one does not begin by using unethical tactics on the people in the community who have lived and worked here for several years.

I feel as if my classes are being taken away or rearranged without my knowledge or consultation in an unethical manner. Why? Why am I being demeaned as Lead Instructor of the Business Management programs after soon-to-be four years in this position? I feel I deserve an explanation.

The Business Management programs along with the Blackboard classes and other distant education facilities are one of the big factors in the college becoming accredited. Now, we need to maintain and continue to build, not degenerate. But, it soon will if this type of behavior continues to the citizens in the community. We need to work together as a team as we have done in the past to build the college and support the students and the community, and maintain the dignity that we have always had as a community college.