*Issues Concerning Bobbi Wade*

1) Our accreditation standards require that "the institution employs professionally qualified faculty...." Bobbi's academic preparation is primarily in English and educational administration. She does not have a solid academic background in the academic business courses she teaches at our college.

2) Bobbi's teaching performance has been very disappointing this academic year. I have received numerous complaints from students who have found her unhelpful, and sometimes even insulting. The rate of student success in her Blackboard courses was especially low: only 10 of the 44 students enrolled in Bobbi's Blackboard courses received credit for their work last semester (a total of 23%). 25 of Bobbi's 44 Blackboard students (57%) received a grade of "W."

3) Bobbi has been resistant to changing her style of teaching on Blackboard. At the beginning of the semester, I gave her a series of specific directions for what she needed to do differently in order to support our students better. She is doing some of what I directed; most she is not.

4) Bobbi is resisting my efforts to administer those programs which she considers "hers." While complaining of her heavy teaching load, she has opposed my efforts to recruit new adjunct instructors to pick up some of the load. She is openly hostile to the adjunct instructor who is currently teaching BUS 109 (Business English), even to the point of advising students not to take this or any class under this instructor.

5) She is showing poor professional judgment in other ways, such as her recent petition to teach two independent study courses for her grand-daughter, who lives in Tennessee, and whom Bobbi claims as a dependent for College tuition-waiver purposes. (Over $2000 in Ilisagvik tuition has been waived for this student in the past two years.)

Exhibit M
Page 1 of 1

20049
Wade v. Ilisagvik College

Date: 5-4-06   Exhibit: 46
Witness: Taylor
Marci L. Lynch, Court Reporter
Liz D'Amour & Associates, Inc.
(907) 452-3678

Exhibit RR
Page 1 of 1