January 30, 2004

Ms. Bobbi J. Wade
Assistant Professor of Business Management
Ilisagvik College
P. O. Box 749
Barrow, AK 99723

Dear Bobbi:

As you know, Ilisagvik College faculty contracts are issued for a period of only one year. The College "Employee Handbook" (page 49) states that "Faculty are not tenured and have no expectation of continued employment." According to the College Board of Trustees' Approved Policies (Section 7.05), "for faculty in their third and subsequent years of employment with the College, written notice of non-renewal of appointment shall be provided by February 1."

I write to inform you that Ilisagvik College will not offer you a contract for the Academic Year 2004-2005. Your contracted benefits now in force will cease on June 30, 2004, at the termination of the current contract. Until that time, your duties and responsibilities to the College remain as stipulated in your current contract.

The Human Resources Office will contact you regarding the delivery of your final paperwork, and will provide benefits information to you in advance of your last scheduled class date.

I appreciate your years of service to Ilisagvik College and wish you well in your future endeavors.

Sincerely,

John G. Tuthill
Dean of Instruction


EXHIBIT 109
Wade

P.O. Box 749    Barrow, Alaska 99723    907-852-3333    Fax 907-852-2729
SERVING THE RESIDENTS OF THE NORTH SLOPE

20353
Wade v. Ilisagvik College