# Exhibit #5

21777
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 030

IQ.Web - My Class Lists

**Confidential**
A05-086 CV (JWS)

Page 1 of 2



An Academic Staff

2/26/2004 11:52:35 AM

# My Class Lists

## 2004/Spring/01

**Course:** BUS 109A/Lecture/800
**Title:** Business English A
**Department:** Cmptr Info &Bus Tech
**Program:** All
**College:** Ilisagvik

**Duration:** Jan 7, 2004 - Feb 4, 2004
**Institution:** Ilisagvik College
**Credits:** 1.00
**CEU:** 0.00
**Serial Id:** BUS109A,800LTR

**Schedule:** Mon/Wed 5:00 pm - 6:30 pm Ilisagvik College/Building 58
**Instructor(s):** An Academic Staff , Ms. Amy J Valenti

| Name | Id | Curriculum | Full/Part | Class Level | Credit Type | Credit |
|---|---|---|---|---|---|---|
| Aveoganna, Arlene Rae | 574886933 | AcctTechI/ENDOR/AcctTechI AcctTechII/CERT/AcctTechII Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |
| Fernandez, Tristan R | 616923370 | InfoTechAs/CERT/InfoTech Unknown/Unknown/Unknown | Full Time | Freshman | Letter Gr | 1.00 |
| Hopson, Luava Mariam | 574687086 | OffAssI/ENDOR/OffAssI OffAssII/ENDOR/OffAssII Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |
| Patkotak, Elizabeth | 574463102 | OffAssI/ENDOR/OffAssI Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |

**Totals**
**Students:** 4
**Credits:** 4.00
**CEU:** 0.00

*3*

21778
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 031

IQ.Web - My Class Lists                    Confidential .                    Page 1 of 2
                                          A05-086 CV (JWS)



An Academic Staff                                                  2/26/2004 12:02:04
                                                                          PM

# My Class Lists

## 2004/Spring/01

**Course:** BUS 109B/Lecture/800          **Duration:** Feb 9, 2004 - Mar 10, 2004
**Title:** Business English B             **Institution:** Ilisagvik College
**Department:** Cmptr Info &Bus Tech      **Credits:** 1.00
**Program:** All                          **CEU:** 0.00
**College:**                              **Serial Id:** BUS109,800LTR

**Schedule:** Mon/Wed 5:00 pm - 6:30 pm Ilisagvik College/Building 58
**Instructor(s):** An Academic Staff , Ms. Amy J Valenti

| Name | Id | Curriculum | Full/Part | Class Level | Credit Type | Credit |
|------|-----|-----------|-----------|-------------|-------------|--------|
| Douglas, Martha | 574462242 | AdmAssist/CERT/AdmAssist ApplBs-EAA/AAS/ApplBs-EAA OffAssII/ENDOR/OffAssl OffAssII/ENDOR/OffAssII | Part Time | Freshman | Letter Gr | 1.00 |
| Fernandez, Tristan R | 616923370 | InfoTechAs/CERT/InfoTech Unknown/Unknown/Unknown | Full Time | Freshman | Letter Gr | 1.00 |
| Hopson, Luava Mariam | 574687086 | OffAssl/ENDOR/OffAssl OffAssII/ENDOR/OffAssII Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |
| Panik, Cheryl M | 574565357 | | | | Letter Gr | 1.00 |

**Totals**
**Students:** 4
**Credits:** 4.00
**CEU:** 0.00

21779
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 032**

IQ.Web - My Class Lists

**Confidential**
A05-086 CV (JWS)

Page 1 of 2



An Academic Staff

2/26/2004 12:02:35 PM

# My Class Lists

## 2004/Spring/01

Course: BUS 109C/Lecture/800
Title: Business English C
Department: Cmptr Info &Bus Tech
Program: All
College: Ilisagvik

Duration: Mar 15, 2004 - Apr 7, 2004
Institution: Ilisagvik College
Credits: 1.00
CEU: 0.00
Serial Id: BUS109C,800LTR

Schedule: Mon/Wed 5:00 pm - 6:30 pm Ilisagvik College/Building 58
Instructor(s): An Academic Staff , Ms. Amy J Valenti

| Name | Id | Curriculum | Full/Part | Class Level | Credit Type | Credit |
|------|-----|-----------|-----------|-------------|-------------|--------|
| Akootchook, Annie Bethany | 574907754 | AdmAssist/CERT/AdmAssist ApplBs-EAA/AAS/ApplBs-EAA OffAssI/ENDOR/OffAssI OffAssII/ENDOR/OffAssII | Full Time | Freshman | Letter Gr | 1.00 |
| Douglas, Martha | 574462242 | AdmAssist/CERT/AdmAssist ApplBs-EAA/AAS/ApplBs-EAA OffAssI/ENDOR/OffAssI OffAssII/ENDOR/OffAssII | Part Time | Freshman | Letter Gr | 1.00 |
| Fernandez, Tristan R | 616923370 | InfoTechAs/CERT/InfoTech Unknown/Unknown/Unknown | Full Time | Freshman | Letter Gr | 1.00 |
| Hopson, Luava Mariam | 574687086 | OffAssI/ENDOR/OffAssI OffAssII/ENDOR/OffAssII Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |

**Totals**
Students: 4
Credits: 4.00
CEU: 0.00

21780
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 033

# Exhibit #6

21781
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 034

## Bobbi Wade

| | |
|---|---|
| **From:** | Aimee Valenti |
| **Sent:** | Tuesday, January 06, 2004 1:29 PM |
| **To:** | John Tuthill; Diana Perkett |
| **Cc:** | Lyudmyla K. Tuthill; Bobbi Wade; Courtneay Bartholomew; Tim Carlson; Diana Kennedy |
| **Subject:** | RE: Prerequisites for BUS 105 and BUS 109 |

Thank you very much for the information. That clears things up very well. As I always give a Pre-course Assessment, I will be able to determine if students who have not taken English 100 are able to perform to the standards of the course. If not, they will be advised to take the prerequisite course. Others who do well enough on the PreAssessment will be advised to continue with the course.

I have a question about advising. Assuming that each student has an advisor, how is that academic relationship maintained during the course of the student's career here at Ilisagvik? I am aware of students who have attempted to register for courses without speaking with the advisor. Is this standard procedure, to register for courses without approval or direction from an advisor? My concern is that many of our students need close attention when choosing courses and may be left by the wayside. I have quite a few students in my English 100 courses who routinely have questions about courses and schedules that advisors should be able to answer; however, these same students report that they have either never spoken with their advisor, or do not know to which advisor they were assigned. Is there any way to ensure that these students receive the full academic attention that they deserve?

Aimee Korijna Valenti

> -----Original Message-----
> **From:** John Tuthill
> **Sent:** Tue 1/6/2004 11:40 AM
> **To:** Diana Perkett
> **Cc:** Lyudmyla K. Tuthill; Bobbi Wade; Courtneay Bartholomew; Tim Carlson; Aimee Valenti; Diana Kennedy
> **Subject:** Prerequisites for BUS 105 and BUS 109
>
> Diana –
>
> I am writing to clarify the prerequisite requirements for BUS 105 and BUS 109.
>
> Following the current college catalog, the prerequisite for BUS 105 is "current enrollment or completion of MATH 055B or above, or permission of instructor. The prerequisite for BUS 109 is satisfactory scores on the placement test, "or completion of English 070," or "permission of instructor." Since English 070 has been replaced by ENGL 100, completion of either course satisfied the prerequisite.
>
> We need to be aware of these prerequisites when advising and registering students for these courses. Students who lack the placement test scores or course prerequisites for BUS 105 or BUS 109 should have the signature of the course instructors before being allowed to register for the courses. For Spring Semester 2004, the instructor for BUS 105 is Tim Carlson; the instructor for BUS 109 is Aimee Valenti. In cases in which the students lack the prerequisites for these courses, the instructors may waive the prerequisites and approve the registration of any student whom they feel is capable of successfully completing the course.
>
> -- John Tuthill
> Dean of Instruction
> Ilisagvik College

21782
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 035

**Bobbi Wade**

From:       Verna Phillips
Sent:       Thursday, January 15, 2004 3:42 PM
To:         Bobbi Wade
Subject:    Eng 100-Aimee Valenti



Hi Verna.doc (23
KB)

21783
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 036

Confidential
A05-086 CV (JWS)

Hi Verna,

According to the rules, Joel can only take English 100 right now.  He's got to pass that course before he can take Business 109.  So, that means that he has to drop Bus 109 this semester.  Now, about Cheryl and Virgnia: I need to know if they tested out of English 100 on their Asset tests.  That's step one.  If not, then they must take English 100 A, B, and C.  If their scores were high enough that they didn't have to take English 100, then they are fine to take Business 109 C.  Let me know when you get the info.

Aimee

21784
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 037**

## Bobbi Wade

| | |
|---|---|
| **From:** | Verna Phillips |
| **Sent:** | Friday, January 16, 2004 9:04 AM |
| **To:** | Bobbi Wade |



Hi Vern1.doc (22
KB)

21785
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 038**

Confidential
A05-086 CV (TMB)

Hi Verna,

Cheryl will definitely have to take English 100 this semester.  We'll see how she does in the first two Modules and if she has progressed enough I may be able to put her into Module C for Business 109.  Make sure that Joel knows that he's got to drop Business 109 and add English 100 A,B,and C.

Another thing:  Monday is a holiday, so there won't be class until Wednesday.

Aimee

21786
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 039**

Page 1 of 1

Confidential
A05-086 CV (JWS)

## ·Bobbi Wade

| | |
|---|---|
| **From:** | Joel Akpik [joelakpik@myway.com] |
| **Sent:** | Tuesday, January 20, 2004 11:18 AM |
| **To:** | Bobbi Wade |
| **Subject:** | RE: Assessment Test |

hi there,
alright thanks alot right now i might as well drop BUS 109 and ENG 100 for now. i am adding BUS 260 right now this morning and have verna scan it over to the college. thanks again.

--- On Tue 01/20, Bobbi Wade < bobbi.wade@ilisagvik.cc > wrote:

> From: Bobbi Wade [mailto: bobbi.wade@ilisagvik.cc]
> To: joelakpik@myway.com
> Date: Tue, 20 Jan 2004 11:10:56 -0900
> Subject: RE: Assessment Test
>
> Joel, since you have just gotten started in the program, why don't you concentrate on Bus 112 until we get the situation cleared up concerning the Bus English courses. Also, another course that you might consider taking is Bus 260, Marketing. I am sorry about the confusion, and everything will be cleared up soon. When you fill out a drop form, you may also add Bus 260 on the same form.Thanks and have a good day.
>
> -----Original Message-----
> From: Joel Akpik [mailto:joelakpik@yahoo.com]
> Sent: Tue 1/20/2004 10:41 AM
> To: Bobbi Wade
> Cc:
> Subject: Assessment Test
>
>
> hi there bobbi,
> i am really confused right now on where i stand on Business Management........you told me that the assessment test i took wasn't needed, BUT my instructor Aimee which i scanned my results to her and told me to register for English 100 which i did. and i don't know what to do right now. should i drop the classes or not? my schedule is really full right now. maybe i should just drop all except BUS 112????????
>
>
> _____
>
> Do you Yahoo!?
> New Yahoo! Photos - easier uploading and sharing
>
> Attachment: winmail.dat (5.47KB)

---

**No banners. No pop-ups. No kidding.**
Introducing My Way – http://www.myway.com

21787
Wade v. Ilisagvik College

1/22/2004

**EXHIBIT TT**
**PAGE 040**

Business English 109

Confidential
A05-086 CV (JWS)

## Bobbi Wade

| | |
|---|---|
| **From:** | Aimee Valenti |
| **Sent:** | Wednesday, January 21, 2004 3:45 PM |
| **To:** | John Tuthill; Bobbi Wade; Tim Carlson; Jay St. Vincent; Diana Kennedy |
| **Subject:** | FW: Business English 109 |

John,

This is interesting. I'll do as I normally do and take your lead on this. The test results are clear, as is the rule in the course guide. None of the university polcices that I have had to follow have ever allowed for such confusion. I'll go on record here as saying that the advising that we seem to be giving these students is certainly making it difficult for them to actually get their degrees. This needs to be fixed. Joel Akpik should not drop a course until "everything gets straightened out". What he needs to do is begin taking the course and if he is not supposed to be in the course, he may drop it then. That way, the bases are covered and he is not out any information. Honestly, this has been going on long enough. The students are really suffering and this college is for *them*. It's not about *us*.

Aimee-Korijna Valenti

-----Original Message-----
From: joelakpik832@hotmail.com [mailto:joelakpik832@hotmail.com]
Sent: Wed 1/21/2004 3:33 PM
To:
Cc:
Subject: Business English 109


i had emailed my advisor Bobbi Wade and she told me to drop the class until all this confusion is cleared up. the results from my assessment test. so right now i am signed up for BUS 112 and BUS 260 right now. and MATH 060 and INU 109 so my schedule is kinda full right now. i asked verna about this whole confusion and she told me to ask my advisor and she said to nevermind about english 100 and English 109. so i dropped both for now and will add them next semester or end of this semester. hope all of this confusion will end soon so i can get back to classes i need to complete for my A.A.S degree in Business Management. thanks for all your help.

21788
Wade v. Ilisagvik College

1/22/2004

**EXHIBIT TT**
**PAGE 041**

# Exhibit #7

21789
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 042

Confidential
A05-086 CV (JWS)



An Academic Staff

2/26/2004 12:00:33 PM

# My Class Lists

## 2004/Spring/01

**Course:** ESL 194/Lecture/801
**Title:** English Landuage Communication
**Department:**
**Program:**
**College:**

**Duration:** Feb 10, 2004 - Apr 22, 2004
**Institution:** Ilisagvik College
**Credits:** 2.00
**CEU:** 0.00
**Serial Id:** ESL 194, 801P/F

**Schedule:** TTH 5:15 pm - 6:45 pm Ilisagvik College
**Instructor(s):** An Academic Staff , Ms. Amy J Valenti

| Name | Id | Curriculum | Full/Part | Class Level | Credit Type | Credit |
|------|-----|------------|-----------|-------------|-------------|--------|
| Tuthill, Lyudmyla Khakova | 574379959 | Unknown/Unknown/Unknown | Part Time | Freshman | Pass/Fail | 2.00 |

**Totals**
**Students:** 1
**Credits:** 2.00
**CEU:** 0.00

*Taught @ ABE*
*Same materials ordered / why?*

21790
Wade v. Ilisagvik College



# Exhibit #8

21791
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 044**

## Barbara Struble

| | |
|---|---|
| **From:** | John Tuthill |
| **Sent:** | Tuesday, January 06, 2004 9:05 AM |
| **To:** | Barbara Struble |
| **Subject:** | ESL materials |

Barbara –
Yes, Aimee is going to teach a "special topics" ESL course for us this semester, and yes, she's asked to use the Crossroads Café material housed at the ABE Center – specifically:
The white instructor's binder; the Crossroads Café videotapes, the blue student text workbooks, the red student phototext workbooks, the assessment audio tapes, the instructor's assessment book, the student transcript texts, and the "On Common Ground" videos.
No, I did not tell her to talk to you. I told her that the request for these materials needed to come from me, rather than her.

I'm happy for her to use these materials if they are of benefit in her instruction of the ESL course. Any problems with this on your end?

– John

Dean of Instruction
Ilisagvik College

> -----Original Message-----
> **From:** Barbara Struble
> **Sent:** Monday, January 05, 2004 1:51 PM
> **To:** John Tuthill
> **Subject:**
>
> John,
> Amy Valenti just called one of my instructors and said that you told her not to talk to me. She asked to use ABE materials because she said you had told her to teach ESL class at college.
> Is any of this true?
>
> Barbara J Struble
> Director
> North Slope ABE, Ilisagvik College
> P.O. Box 749
> Barrow, AK 99723
> ph: 907.852.1742
> fx: 907.852.1746
> 1-800-478-7337-1742
> lifelong learning



**EXHIBIT TT**
**PAGE 045**

## Barbara Struble

**From:** Barbara Struble

**Sent:** Tuesday, January 06, 2004 10:11 AM

**To:** John Tuthill

**Subject:** RE: ESL materials

John,
All of the materials you mention are from ABE grant monies provided by the State office. They can only be used for ABE classes, not college classes.
I do not want Aimee to go behind my back, contact my staff, and try to persuade them to give her ABE materials.
I am interested to know if this class is going to receive college credit.

*Barbara J Struble*
Director
North Slope ABE, Ilisagvik College
P.O. Box 749
Barrow, AK 99723
ph: 907.852.1742
fx: 907.852.1746
1-800-478-7337-1742
**lifelong learning**

-----Original Message-----
**From:** John Tuthill
**Sent:** Tuesday, January 06, 2004 9:05 AM
**To:** Barbara Struble
**Subject:** ESL materials

Barbara --
Yes, Aimee is going to teach a "special topics" ESL course for us this semester, and yes, she's asked to use the Crossroads Café material housed at the ABE Center -- specifically:
The white instructor's binder, the Crossroads Café videotapes, the blue student text workbooks, the red student phototext workbooks, the assessment audio tapes, the instructor's assessment book, the student transcript texts, and the "On Common Ground" videos.
No, I did not tell her to talk to you. I told her that the request for these materials needed to come from me, rather than her.

I'm happy for her to use these materials if they are of benefit in her instruction of the ESL course. Any problems with this on your end?

-- John

Dean of Instruction
Ilisagvik College

-----Original Message-----
**From:** Barbara Struble
**Sent:** Monday, January 05, 2004 1:51 PM
**To:** John Tuthill
**Subject:**

John,
Amy Valenti just called one of my instructors and said that you told her not to talk to me. She asked to use ABE materials because she said you had told her to teach ESL class at college.

21793

Wade v. Ilisagvik College

Page 2 of

Is any of this true?

*Barbara J Struble*
Director
North Slope ABE, Ilisagvik College
P.O. Box 749
Barrow, AK 99723
ph: 907.852.1742
fx: 907.852.1746
1-800-478-7337-1742
lifelong learning



## Barbara Struble

| | |
|---|---|
| From: | Karen Stretch |
| Sent: | Friday, January 09, 2004 2:33 PM |
| To: | John Tuthill |
| Cc: | Barbara Struble |
| Subject: | FW: materials purchased with ABE grant money |

John,

Please see the following e-mail from Amy Iutzi with the State of Alaska ABE program. Thanks!

Karen

-----Original Message-----
From: Amy Iutzi [mailto:amy_iutzi@labor.state.ak.us]
Sent: Friday, January 09, 2004 2:22 PM
To: Karen Stretch; Barbara Struble
Cc: Michael E Crabb
Subject: RE: materials purchased with ABE grant money

Karen,
On January 8, 2004 you called asking about use of materials purchased with ABE money for ABE students. Those materials are for the exclusive use of the students served by the Adult Basic Education Program.

In the case of the Crossroads Cafe ESL materials, they were purchased by my State of Alaska ABE Office directly for the programs. Those materials, and all other materials purchased with ABE grant money, are for the exclusive use of the ABE students. In fact should the grant ever move to another agency, those materials would move with the grant.

Thank you for asking,
Amy Iutzi
State of Alaska
ABE/GED Director

21795
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 048

## Barbara Struble

**From:**     John Tuthill
**Sent:**     Thursday, January 15, 2004 8:53 AM
**To:**       Barbara Struble
**Subject:** RE: ESL materials

Barbara –

Sorry to be so slow in getting back to you.  I'm not ignoring you, it's just that the press of emergency business has been taking up all of my time.

I think the ABE rule is truly regrettable.  It's really unfortunate that programs within the college can't share materials with each other, but of course we have to follow the rules of our funding agencies, so we're ordering another set of the Crossroads Café material.

The ESL class will carry credit on the same terms as our ENGL 100 course -- students will receive credit if they pass the course, but the credit will not apply toward any of our academic degrees.

– John

Dean of Instruction
Ilisagvik College

> -----Original Message-----
> **From:** Barbara Struble
> **Sent:** Tuesday, January 06, 2004 10:11 AM
> **To:** John Tuthill
> **Subject:** RE: ESL materials
>
> John,
> All of the materials you mention are from ABE grant monies provided by the State office. They can only be used for ABE classes, not college classes.
> I do not want Aimee to go behind my back, contact my staff, and try to persuade them to give her ABE materials.
> I am interested to know if this class is going to receive college credit.
>
> Barbara J Struble
> Director
> North Slope ABE, Ilisagvik College
> P.O. Box 749
> Barrow, AK 99723
> ph: 907.852.1742
> fx:  907.852.1746
> 1-800-478-7337-1742
> lifelong learning
> > -----Original Message-----
> > **From:** John Tuthill
> > **Sent:** Tuesday, January 06, 2004 9:05 AM
> > **To:** Barbara Struble
> > **Subject:** ESL materials
> >
> > Barbara –
> > Yes, Aimee is going to teach a "special topics" ESL course for us this semester, and yes,

21796
Wade v. Ilisagvik College

1/20/2004

**EXHIBIT TT**
**PAGE 049**

she's asked to use the Crossroads Café material housed at the ABE Center – specifically: The white instructor's binder; the Crossroads Café videotapes, the blue student text workbooks, the red student phototext workbooks, the assessment audio tapes, the instructor's assessment book, the student transcript texts, and the "On Common Ground" videos.

No, I did not tell her to talk to you. I told her that the request for these materials needed to come from me, rather than her.

I'm happy for her to use these materials if they are of benefit in her instruction of the ESL course. Any problems with this on your end?

– John

Dean of Instruction
Ilisagvik College

-----Original Message-----
**From:** Barbara Struble
**Sent:** Monday, January 05, 2004 1:51 PM
**To:** John Tuthill
**Subject:**

John,
Amy Valenti just called one of my instructors and said that you told her not to talk to me. She asked to use ABE materials because she said you had told her to teach ESL class at college.
Is any of this true?


Barbara J Struble
Director
North Slope ABE, Ilisagvik College
P.O. Box 749
Barrow, AK 99723
ph: 907.852.1742
fx: 907.852.1746
1-800-478-7337-1742
**lifelong learning**



21797
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 050**

# Exhibit #9

21798
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 051

CONFIDENTIAL
FROM: Barbara J Struble, Director
        North Slope Adult Basic Education Program

RE: Amy Valenti

When I began as director on 13 Jan 2003, Amy Valenti was working at ABE Center as ESL Outreach Worker along with Eva Whipple. Amy told me that she was specifically teaching the EL Civics grant material – Crossroads Café. Eva was teaching regular ESL material. Each woman had her own class of students.

Eva turned in timesheets with 15 hours per week. I checked her status and she was regular part-time Outreach Worker with maximum of 15 hours per week..

Amy turned in time sheets with 20 – 35 hours per week. I checked her status and she was temporary part time Outreach Worker with maximum of 8 hour per week. I asked Amy about her hours and she said she was part of EL Civics grant and the grant was paying $12,000 for her salary. I asked Katie Davis about Amy's temporary status. Katie said Pat Proden had hired her as a fill-in for Eva while she was on vacation in spite of the fact that he knew she was too controlling and could not get along with others. And she just stayed and sort of took over.

Within two months after my arrival, Amy talked to me about what a poor teacher Eva was, how her students didn't like her and how Amy could take over Eva's class and teach them better. I stopped Amy and told her that kind of talk was not acceptable in my department.

Then Terri Irwin stopped in to go over our budget and I mentioned that Amy was on an EL Civics grant. Terri said that Amy was not on a grant, if Amy was on a grant Terri would know about it. I told Amy and began investigating. Amy called Pat Proden to verify that she was on the grant. He did not respond. I called David Alexander in Anchorage – he was the grant administrator. He said Amy was not on the grant. I told Amy and called the State Director, Amy Iutzi-Mitchell. She said that Amy was not on the grant, but she was so eager and convincing that State Director allowed her to work with them.

I found out that Ilisagvik College had paid for Amy, temporary, part-time outreach worker to attend an EL Civics conference in Anchorage at the beginning of January 2003.

When I told Amy Valenti this, she was very angry with me. She insisted that I fire Eva Whipple and hire her full time. I told her that she could work only 8 hours per week. She called Pam Taylor and talked to her. She called the State Director and complained — *Exact* that I was destroying the education center and didn't know how to teach and she could do *words* a better job. The State Director told Amy that the state did not get involved with local *she's* problems unless the local Director called. *using about me*

I called Pam Taylor. I asked Pam if I could terminate Amy's temporary employment since she had been hired only to replace Eva for a month. Pam said wait a few weeks and then terminate. I told Amy what I was going to do. Between that time and when Amy left, some ESL material disappeared. Amy told all of her students, and some of Eva's students that I was not teaching them right, I was not fair to her (Amy), she was more qualified than Eva or I to teach and run the ABE Center, and convinced them to approach me and insist that Eva be fired and her hired. I did receive several calls asking that question.

*Exactly what she (Amiee) told my students*

The ESL students were confused by Amy. She told them that she was the best, that she re-designed the program just for them, that Eva's old program was no good, and I was stopping her from helping them. She told the ESL students that she would go so far as to teach them out of her own home just so they could learn the right way. When I called Pam Taylor on that issue, Pam said Amy could do anything she wanted. I asked about our materials which had disappeared and Pam said there was nothing that should be done – attorney was too expensive. When Amy finally left, she refused to turn in her key. Sara was in charge that day, and I emailed her about Amy having the key to ABE Center. We retrieved the key and most of the materials from Amy after some time.

Most of the ESL students left the Center classes and paid Amy money to teach them in her home. After several months, some came back to Eva's class. They brought back more ESL materials.

Those are the facts as I lived them and heard them from others.
Amy said she had a master's degree in ESL, and that may be true. NSBSD has not hired her and a school district is the first place a teacher applies for a job. Her husband works for the school district.

I heard Amy berate and degrade one of my staff. When I stopped her, she attacked me. The ABE Center lost ESL students and materials because of her manipulative, false statements. She never worked as a team player with anyone while here at ABE Center. All she wanted was money and power. When she couldn't get it, she attacked me and the ABE program and Ilisagvik College.

It is my conclusion, based on the above facts, that Amy Valenti should not be hired by Ilisagvik College in any capacity.

*Amy is in the process of recruiting Ilisagvik students who are in the business management classes for her ESL classes. I heard her in the hallway approach one of my advisees about taking ESL class with her. To my knowledge, we do not have an ESL class.*

# Exhibit #10

21801
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 054

# ILISAGVIK COLLEGE
## REGISTRATION FORM

Confidential
A05-086 CV (JWS)

P.O. Box 749, Barrow, Alaska 99723  Phone: (907) 852-3333  1-800-478-7337  Fax: (907) 852-1784

1/06/2004 ol

### HONORING OUR PAST, PREPARING FOR THE FUTURE

Name: Whiskey (Last)  Codin (First)  Avid (Middle)

Date of Birth: (month/day/year)  October 04 1967

Resident Status: (Residency is established with 12 months in North Slope Borough preceding start of classes)
( ✓ ) North Slope Borough Resident  ( ) Not North Slope Borough Resident

Mailing Address: P.O. Box 1723
Barrow Alaska 99723

E-Mail Address: cwhiskey@ilisagvik.cc

Social Security Number: (print above) 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

Sem./Year: ( ) Fall  ( ✓ ) Spring  ( ) Summer  20 04

Day Phone: 907-862-4158
Evening Phone: 907-867-3167
Home Village: Barrow

DID YOU GRADUATE FROM HIGH SCHOOL? ( ) YES ( ✓NO IF YES, Date of Graduation: (month/year) Pending
F YES, Name of High School:  High School Location (City/State)
IF NOT, DID YOU COMPLETE YOUR GED? ( ) YES ( ✓ NO IF YES, WHERE: Pending  DATE:

* SEX: ( ✓ ) FEMALE  ( ) MALE
* RACE: (Check all that apply)
( ) African American  ( ✓ ) Caucasian
( ) Alaskan Native  ( ) American Indian
( ) Hawaiian  ( ) Hispanic
( ) Asian/Pacific Islander
( ) Other

*VETERAN/MILITARY STATUS:

VISA TYPE:

US CITIZEN? ( ) YES ( ✓ NO  IF NO, STATE COUNTRY:
PRIMARY REASON FOR TAKING COURSES:
( ) Prepare for Different Career  ( ) Transfer
( ✓ ) Improve Job Skills  ( ) Personal Interest
( ) Complete AA Degree  ( ) Complete AAS Degree

* Submission of information is voluntary and refusal to provide information will not affect your student status.

### COURSE INFORMATION: (PLEASE PRINT CAREFULLY)

| Dept. | Course # | Sect. | Course Title | Audit? Y/N | # of Credits | Time and Place | Instr. |
|-------|----------|-------|-------------|------------|--------------|----------------|--------|
| OT | 109 | 801 | Machine Transcription | N | 3 | 4:00-6:30pm MW | Keeler |
| BUS | 100 | 801 | INTRO to Business | N | 3 | 4-7pm M W Tu | Keeler |
| BUS | 100 | 910 | Principles of Accounting II | N | 4 | 6-9pm W/F8a-12pm | Valenti |
| ENGL | 100 | 910 | Preparatory College English ABE | N | 3 | 1-3pm T-F Th | Guhren |
| BUS | 251 | 800 | Bookkeeping for Business | N | 3 | 6:00-8pm W R | Wad |
| BUS | 274 | 808 | Human Resource Mgt | N | 3 | GG | |
| | | | | | | | |
| | | | TOTAL CREDITS | | 3 | | |

Advisor's Signature: _____   Date: Jan. 6 2004

By marking "North Slope Borough Resident" above, I indicate that I meet the 12-month residency requirement for the current semester. By not indicating "North Slope Borough Resident" or by marking another form covers residency verification. I understand that if I do not indicate resident status above, I will be considered a non-resident of the North Slope Borough. I further understand I am responsible for all applicable academic regulation, tuition and fees whether or not I successfully complete the course or courses in which I am enrolling.

Your Signature: _Codin Whiskey_   Date: January 04, 2004

Your registration is not complete until your complete and sign the release authorization.

Revised 8/01  p. 1

Tran 0 fu GN AAS  0 50

### RELEASE AUTHORIZATION

You may release name, address, phone number and degrees received.

□ You may release information on courses successfully completed to prospective employers.
□ You may release information to current employer and to the Department of Education.
□ Do not release any information.

Signature: _____   Date: _____

Fee Calculations:
Tuition: Non-North Slope Borough Resident $_____
North Slope Borough Resident $_____
Registration Fee: $ 25.00
Course, Lab, Internet/E-mail & Material Fees $_____
Technology Fee (computer classes only) $_____
Total Tuition and Fees: $_____

Method of Payment:
> Check (enclosed) $_____
> Money Order (enclosed) $_____
> Visa/Master Card

Card #: _____  Exp. Date: _____
Card issued to (please print name below): 21802
Wade v. Ilisagvik College

Signature: _____

Please note:
> For registrations that are faxed, fees can be paid with a credit card payment.
> For registrations that are mailed, fees can be paid with a check, money order or credit card payment.
> You must register and pay your fees to attend classes and earn credit. Registration is held for each semester on dates published in the academic calendar and/or class schedule. For special programs, short courses, seminars and other classes that are not part of the regular academic calendar, registration is held as needed.

R:/A&B/Forms/Revised Forms/RegistrationForm.doc

ILISAGVIK COLLEGE    9078521784

IQ.Web - My Class Lists

Confidential
A05-086 CV (JWS)



An Academic Staff

2/3/2004 9:53:07 AM

# My Class Lists

## 2004/Spring/01

**Course:** ENGL100/Lecture/810
**Title:** Fundamentals of Written English
**Department:** Academic
**Program:** All
**College:** Ilisagvik

**Duration:** Jan 10, 2004 - Apr 24, 2004
**Institution:** Ilisagvik College
**Credits:** 3.00
**CEU:** 0.00
**Serial Id:** ENGL100,810LTR

**Schedule:** SAT 1:00 pm - 3:00 pm Ilisagvik College/Polar Bear Building
**Instructor(s):** An Academic Staff , Ms. Amy J Valenti

| Name | Id | Curriculum | Full/Part | Class Level | Credit Type | Credit |
|------|-----|-----------|-----------|-------------|-------------|--------|
| Whiskey, Carlon Avid | 580085475 | AdmAssist/CERT/AdmAssist ApplBs-EAA/AAS/ApplBs-EAA OffAssI/ENDOR/OffAssI OffAssII/ENDOR/OffAssII Unknown/Unknown/Unknown | Full Time | Freshman | Letter Gr | 3.00 |

**Totals**
**Students:** 1
**Credits:** 3.00
**CEU:** 0.00

21803
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 056**

IQ.Web - Course Manager Gradebook

Confidential
A05-086 CV (JWS)



2/5/2004 2:10:09 PM

# Course Manager Gradebook



**Section Title**
Fundamentals of Written English, A

**Days**
Saturday

**Times**
10:00AM - 1:00PM

**Location**
PB/ILISAG

Activities | Grades | Attendance | Violations

View: Summary

| | Name | Id | Credit Type | Points | Midterm Final Grade | Points | Final Final Grade |
|---|---|---|---|---|---|---|---|
| ☐ | Whiskey, Carlon Avid | 580085475 | Letter Grade | | B | | C |

21804
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 057

Confidential
A05-086 CV (JWS)

Iḷisaġvik College
2002-2003 Catalog

Student _Carlos Whisley_
Date Prepared _1-3-03_
Preparer _____

## OFFICE ASSISTANT I ENDORSEMENT

All credit for the endorsement must be distributed as follow

| SPECIALIZATION REQUIREMENTS (7) | SEM | GR/CR |
|---|---|---|
| BUS 105A Business Math A (1) | F'02 | A/1 |
| BUS 109A Business English A (1) | Su'02 | C/1 |
| IT 110 Introduction to Computing (1) | Su'02 | C/1 |
| IT 130A Computer Word-Processing A (1) | Su'02 | B/1 |
| IT 130B Computer Word-Processing B (1) | Su'02 | B/1 |
| OT 101 Keyboarding Skills (1) | Su'02 | A/1 |
| OT 107 Proofreading and Editing (1) | F'02 | C/1 |

**TOTAL CREDIT REQUIRED = 7 credits**

21805
Wade v. Ilisagvik College

Created 5/02

EXHIBIT TT
PAGE 058

Confidential
A05-086 CV (JWS)

**Ilisagvik College**
**2002-2003 Catalog**

Student _Carlon Whiskey_
Date Prepared _1-3-03_
Preparer _____

## OFFICE ASSISTANT II ENDORSEMENT

All credit for the endorsement must be distributed as follow

| SPECIALIZATION REQUIREMENTS (15) | SEM | GR/CR |
|---|---|---|
| BUS 105A Business Math A (1) and | F'02 | A/1 |
| BUS 105B Business Math B (1) and | F'02 | B/1 |
| BUS 105C Business Math C (1) | F'02 | A/1 |
| BUS 109A Business English A (1) and | Su'02 | C/1 |
| BUS 109B Business English B (1) and | Sp'03 | /1 |
| BUS 109C Business English C (1) | Sp'03 | /1 |
| IT 110 Introduction to Computing (1) | Su'02 | C/1 |
| IT 130A Computer Word-Processing A (1) | Su'02 | B/1 |
| IT 130B Computer Word-Processing B (1) | Su'02 | B/1 |
| IT 130C Computer Word-Processing C (1) | F'02 | B/1 |
| OT 101 Keyboarding Skills (1) | Su'02 | A/1 |
| OT 104 Filing & Records Management (2) | F'02 | B/1 |
| OT 107 Proofreading and Editing (1) | F'02 | C/1 |
| OT 108 Ten-Key Mastery (1) | F'02 | B/1 |

**TOTAL CREDIT REQUIRED = 15 credits**

Created 5/02

21806
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 059