Confidential
A05-086 CV (JWS)

Iḷisaġvik College
2002-2003 Catalog

Student _Carlon Whinkey_
Date Prepared _1-3-03_
Preparer _Jh_

## ADMINISTRATIVE ASSISTANT CERTIFICATE

All credit for the certificate must be distributed as follow

| RELATED INSTRUCTION (9) | SEM | GR/CR |
|---|---|---|
| BUS 105A Business Math A (1) and | F'02 | A/1 |
| BUS 105B Business Math B (1) and | F'02 | B/1 |
| BUS 105C Business Math B (1) | F'02 | A/1 |
| BUS 109A Business English A (1) and | Su'02 | C/1 |
| BUS 109B Business English B (1) and | SP'03 | /1 |
| BUS 109C Business English C (1) | SP'03 | /1 |
| BUS 154 Introduction to Organization Management (3) | — | — |

| SPECIALIZATION REQUIREMENTS (21-22) | SEM | GR/CR |
|---|---|---|
| IT 110 Introduction to Computing (1) | Su'02 | C/1 |
| IT 112 Using the Internet (1) | | |
| IT 127 Computers as Problem-Solving Tools (3) | — | — |
| IT 130A Computer Word-Processing A (1) | Su'02 | B/1 |
| IT 130B Computer Word-Processing B (1) | Su'02 | B/1 |
| IT 130C Computer Word-Processing C (1) | f'02 | B/1 |
| IT 136 Computer Graphics-MS PowerPoint (1) | | |
| IT 140A Computer Spreadsheets A (1) | Su'02 | B/1 |
| IT 140B Computer Spreadsheets B (1) | Su'02 | B/1 |
| IT 150A Computer Databases A (1) | SP'03 | /1 |
| IT 150B Computer Databases B (1) | SP'03 | /1 |
| OT 101 Keyboarding Skills (1) | Su'02 | A/1 |
| OT 104 Filing & Records Management (2) | f'02 | B/1 |
| OT 107 Proofreading and Editing (1) | F'02 | C/1 |
| OT 108 Ten-Key Mastery (1) | F'02 | B/1 |
| OT 109 Machine Transcription (1) | — | — |

| ELECTIVE BUS 110 recommended, 100-level or above (2-3) | — | — |

## TOTAL CREDIT REQUIRED = 30-31 credits

21807
Wade v. Iḷisaġvik College

Created 5/02

EXHIBIT TT
PAGE 060

**Ilisagvik College**
**2002-2003 Catalog**

**Confidential**
A05-086 CV (JWS)

Student _Carlon Whichey_
Date Prepared _1-3-03_
Preparer _μι_

# APPLIED BUSINESS-EXECUTIVE ADMINISTRATIVE ASSISTANT
## ASSOCIATE OF APPLIED SCIENCE DEGREE

All credit for the A.A.S. degree must be distributed as follows:

| RELATED INSTRUCTION (15) | SEM | GR/CR |
|---|---|---|
| BUS 105A Business Math A (1) and | F'02 | A/1 |
| BUS 105B Business Math B (1) and | F'02 | B/1 |
| BUS 105C Business Math C (1) | F'02 | A/1 |
| BUS 109A Business English A (1) and | Su02 | C/1 |
| BUS 109B Business English B (1) and | SP03 | A/1 |
| BUS 109C Business English C (1) | SP'03 | A/1 |
| BUS 154 Intro to Organization Mngmnt (3) | | |
| ENGL 111X Meth of Written Communication (3) | | |
| SOCIAL SCIENCE Social science course 100-level or above (3) | | |

| GENERAL ELECTIVES (4-6) | SEM | GR/CR |
|---|---|---|
| ELECTIVES BUS110 recommended, 100-level or above (4-6) | | |

| SPECIALIZATION REQUIREMENTS (35) | SEM | GR/CR |
|---|---|---|
| BUS 100 Introduction to Business (3) | | |
| BUS 106 Time Management I (1) | SP03 | /1 |
| BUS 234 Human Resource Management (3) | | |
| BUS 251 Recordkeeping for Business (3) | | |
| IT 110 Introduction to Computing (1) | Su'02 | C/1 |
| IT 112 Using the Internet (1) | | |
| IT 127 Computers as Problem-Solving Tools (3) | | |
| IT 130A Computer Word-Processing A (1) | Su02 | B/1 |
| IT 130B Computer Word-Processing B (1) | Su'02 | B/1 |
| IT 130C Computer Word-Processing C (1) | F'02 | B/1 |
| IT 136 Computer Graphics-MS PowerPoint (1) | | |
| IT 140A Computer Spreadsheets A (1) | Su'02 | B/1 |
| IT 140B Computer Spreadsheets B (1) | Su'02 | B/1 |
| IT 140C Computer Spreadsheets C (1) | | |
| IT 150A Computer Databases A (1) | SP'03 | /1 |
| IT 150B Computer Databases B (1) | SP'03 | /1 |
| IT 150C Computer Databases C (1) | | |
| IT 209 Using Microsoft Outlook (2) | Su'02 | A/2 |
| IT 255A Microcomputer Graphics-PowerPoint A (1) | | |
| IT 255B Microcomputer Graphics-PowerPoint B (1) | | |
| OT 101 Keyboarding Skills (1) | Su'02 | A/1 |
| OT 104 Filing & Records Management (2) | F'02 | B/1 |
| OT 107 Proofreading and Editing (1) | F'02 | C/1 |
| OT 108 Ten-Key Mastery (1) | F'02 | B/1 |
| OT 109 Machine Transcription (1) | | |

| BUSINESS, INFORMATION OR OFFICE TECHNOLOGY ELECTIVES (6) | SEM | GR/CR |
|---|---|---|
| ELECTIVES Courses in either BUS, IT or OT 200-level or above (6) | | |

**TOTAL CREDIT REQUIRED = 60-62 credits**
Created 5/02

21808
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 061**



IQ.Web - My Class Lists

Page 1 of 2



An Academic Staff

2/26/2004 11:57:00 AM

# My Class Lists

## 2004/Spring/01

**Course:** ENGL100A/Lecture/810
**Title:** Fundamentals of Written English, A
**Department:** Academic
**Program:** All
**College:** Ilisagvik

**Duration:** Jan 10, 2004 - Apr 26, 2004
**Institution:** Ilisagvik College
**Credits:** 1.00
**CEU:** 0.00
**Serial Id:** ENGL100A, 810LTR

**Schedule:** Mon/Wed 3:30 pm - 5:00 pm Ilisagvik College/Building 60
**Instructor(s):** An Academic Staff , Ms. Amy J Valenti

| Name | Id | Curriculum | Full/Part | Class Level | Credit Type | Credit |
|---|---|---|---|---|---|---|
| Brouillette, Robert Allen | 574260378 | ElctrcIIII/CERT/Electrical ElctrcalII/ENDOR/Electrical ElctrcalII/CERT/Electrical ElecTechIV/AAS/Electrical Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |
| Frantz, Michelle F | 000001248 | Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |
| Miranda, Sarena Leanne | 570894878 | Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |
| Perez, Anthony R | 574270591 | Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |
| Tidwell, Jacob Harold | 535884574 | Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |

**Totals**
**Students:** 5
**Credits:** 5.00
**CEU:** 0.00

3

21809
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 062**

*IQ Web - My Class Lists*                    .                Confidential                    *Page 1 of 1*
                                                        A05-086 CV (JWS)



An Academic Staff                                                              1/30/2004 11:35:45
                                                                                          AM

# My Class Lists

## 2004/Spring/01

Course: ENGL100B/Lecture/810                    Duration: Feb 14, 2004 - Mar 13, 2004
Title: Fundamentals of Written English, B       Institution: Ilisagvik College
Department: Academic                            Credits: 1.00
Program: All                                    CEU: 0.00
College: Ilisagvik                              Serial Id: ENGL100B, 810LTR

Schedule:
Instructor(s): An Academic Staff , Ms. Amy J Valenti

| Name | Id | Curriculum | Full/Part | Class Level | Credit Type | Credit |
|------|-----|-----------|-----------|-------------|-------------|--------|
| Brouillette, Robert Allen | 574260378 | | | | Letter Gr | 1.00 |
| Frantz, Michelle F | 000001248 | Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |
| Perez, Anthony R | 574270591 | | | | Letter Gr | 1.00 |
| Tidwell, Jacob Harold | 535884574 | Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |

21810
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 063

*IQ.Web - My Class Lists*                     **Confidential**                     Page 1 of 1
                                            A05-086 CV (JWS)



An Academic Staff                                                    1/30/2004 11:36:35
                                                                             AM

# My Class Lists

## 2004/Spring/01

Course: ENGL100C/Lecture/810            Duration: Mar 20, 2004 - Apr 17, 2004
Title: Fundamentals of Written English, C    Institution: Ilisagvik College
Department: Academic                        Credits: 1.00
Program: All                                    CEU: 0.00
College: Ilisagvik                        Serial Id: ENGL100, 810LTR

Schedule:
Instructor(s): An Academic Staff , Ms. Amy J Valenti

| Name | Id | Curriculum | Full/Part | Class Level | Credit Type | Credit |
|------|-----|-----------|-----------|-------------|-------------|--------|
| Brouillette, Robert Allen | 574260378 | | | | Letter Gr | 1.00 |
| Frantz, Michelle F | 000001248 | Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |
| Perez, Anthony R | 574270591 | | | | Letter Gr | 1.00 |
| Tidwell, Jacob Harold | 535884574 | Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |

21811
Wade v. Ilisagvik College

http://iqweb.ilisagvik.cc/iqweb/Secure/Faculty/ClassList.asp?SectionList=2004%7CSPRI...    1/30/2004

EXHIBIT TT
PAGE 064

# Exhibit #11

Confidential
A05-086 CV (JWS)

An Academic Staff



2/28/2004 11:09:22 AM

# My Class Lists

## 2004/Spring/01

**Course:** BUS 109A/Lecture/800
**Title:** Business English A
**Department:** Cmptr Info &Bus Tech
**Program:** All
**College:** Ilisagvik

**Duration:** Jan 7, 2004 - Feb 4, 2004
**Institution:** Ilisagvik College
**Credits:** 1.00
**CEU:** 0.00
**Serial Id:** BUS109A,800LTR

**Schedule:** Mon/Wed 5:00 pm - 6:30 pm Ilisagvik College/Building 58
**Instructor(s):** An Academic Staff , Ms. Amy J Valenti

| Name | Id | Curriculum | Full/Part | Class Level | Credit Type | Credit |
|---|---|---|---|---|---|---|
| Aveoganna, Arlene Rae | 574886933 | AcctTechI/ENDOR/AcctTechI AcctTechII/CERT/AcctTechII Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |
| Fernandez, Tristan R | 616923370 | InfoTechAs/CERT/InfoTech Unknown/Unknown/Unknown | Full Time | Freshman | Letter Gr | 1.00 |
| Hopson, Luava Mariam | 574687086 | OffAssI/ENDOR/OffAssI OffAssII/ENDOR/OffAssII Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |
| Patkotak, Elizabeth | 574463102 | OffAssI/ENDOR/OffAssI Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |

**Totals**
**Students:** 4
**Credits:** 4.00
**CEU:** 0.00

Modules   A, B, C, = 3 Credits

21813
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 066

IQ.Web - My Class Lists

Confidential
A05-086 CV (JWS)

Page 1 of 2



An Academic
Staff

2/28/2004 11:

# My Class Lists

2004/Spring/01

Course: ENGL100A/Lecture/800
Title: Fundamentals of Written English, A
Department: Academic
Program: All
College: Ilisagvik

Duration: Jan 7, 2004 - Apr 26, 2004
Institution: Ilisagvik College
Credits: 1.00
CEU: 0.00
Serial Id: ENGL100A, 800LTR

Schedule:
Instructor(s): An Academic Staff , Ms. Amy J Valenti

| Name | Id | Curriculum | Full/Part | Class Level | Credit Type | C |
|------|----|-----------|-----------|-------------|-------------|---|
| Catalan, Juddy M | 617282862 | Bus-Mngmnt/AAS/Bus-Mngmnt | Part Time | Freshman | Letter Gr | |
| Edwardson, Susan Esther | 574021588 | Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | |
| Johnson, Desiree | 574043019 | Academic/AA/General | Full Time | Freshman | Letter Gr | |
| Kagak, Rodney Eugene | 561259534 | Academic/AA/General | Full Time | Freshman | Letter Gr | |
| Oktollik, Jack E | 574263253 | Elctrical/ENDOR/Electrical Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | |
| Prociw, Susan R | 574788632 | Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | |
| Waggoner, Rosie | 574461179 | Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | |

Totals
Students:  7
Credits:   7.00
CEU:       0.00

*Modules*
*A, B, & C = 3 Credits*

21814
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 067**

IQ.Web - My Class Lists

Confidential
A05-086 CV (JWS)

Page 1 of 2



An Academic Staff

2/28/2004 12:05:12 PM

# My Class Lists

## 2004/Spring/01

**Course:** ENGL100A/Lecture/810
**Title:** Fundamentals of Written English, A
**Department:** Academic
**Program:** All
**College:** Ilisagvik

**Duration:** Jan 10, 2004 - Apr 26, 2004
**Institution:** Ilisagvik College
**Credits:** 1.00
**CEU:** 0.00
**Serial Id:** ENGL100A, 810LTR

**Schedule:** Mon/Wed 3:30 pm - 5:00 pm Ilisagvik College/Building 60
**Instructor(s):** An Academic Staff , Ms. Amy J Valenti

| Name | Id | Curriculum | Full/Part | Class Level | Credit Type | Credit |
|------|-----|-----------|-----------|------------|-------------|--------|
| Brouillette, Robert Allen | 574260378 | ElctrclIII/CERT/Electrical ElctrcalI/ENDOR/Electrical ElctrcalII/CERT/Electrical ElecTechIV/AAS/Electrical Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |
| Frantz, Michelle F | 000001248 | Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |
| Miranda, Sarena Leanne | 570894878 | Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |
| Perez, Anthony R | 574270591 | Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |
| Tidwell, Jacob Harold | 535884574 | Unknown/Unknown/Unknown | Part Time | Freshman | Letter Gr | 1.00 |

**Totals**
**Students:** 5
**Credits:** 5.00
**CEU:** 0.00

*Modules*
*A, B, C, = 3 Credits*

21815
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 068**

Confidential
A05-086 CV (JWS)

# My Class Lists

## 2004/Spring/01

Course: ENGL100/Lecture/810          Duration: Jan 10, 2004 - Apr 24, 2004
Title: Fundamentals of Written English     Institution: Ilisagvik College
Department: Academic                  Credits: 3.00
Program: All                              CEU: 0.00
College: Ilisagvik                    Serial Id: ENGL100,810LTR

Schedule: SAT 1:00 pm - 3:00 pm Ilisagvik College/Polar Bear Building
Instructor(s): An Academic Staff , Ms. Amy J Valenti

| Name | Id | Curriculum | Full/Part | Class Level | Credit Type | Credit |
|------|-----|-----------|-----------|-------------|-------------|--------|
| Whiskey, Carlon Avid | 580085475 | AdmAssist/CERT/AdmAssist ApplBs-EAA/AAS/ApplBs-EAA OffAssl/ENDOR/OffAssl OffAssll/ENDOR/OffAssll Unknown/Unknown/Unknown | Full Time | Freshman | Letter Gr | 3.00 |

**Totals**
**Students: 1**
**Credits: 3.00**
**CEU: 0.00**

*3 Credits*

21816
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 069

Confidential
A05-086 CV (JWS)



An Academic Staff

2/27/2004 7:54:51 PM

# My Class Lists

## 2004/Spring/01

**Course:** ESL 194/Lecture/801
**Title:** English Landuage Communication
**Department:**
**Program:**
**College:**

**Duration:** Feb 10, 2004 – Apr 22, 2004
**Institution:** Ilisagvik College
**Credits:** 2.00
**CEU:** 0.00
**Serial Id:** ESL 194, 801P/F

**Schedule:** TTH 5:15 pm - 6:45 pm Ilisagvik College
**Instructor(s):** An Academic Staff , Ms. Amy J Valenti

| Name | Id | Curriculum | Full/Part | Class Level | Credit Type | Credit |
|------|-----|-----------|-----------|-------------|-------------|--------|
| Tuthill Lyudmyla Khakova | 574379959 | Unknown/Unknown/Unknown | Part Time | Freshman | Pass/Fail | 2.00 |

**Totals**
**Students:** 1
**Credits:** 2.00
**CEU:** 0.00

2 Credits

21817
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 070

# Exhibit #12

21818
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 071

## Bobbi Wade

**From:** John Tuthill

**Sent:** Thursday, January 15, 2004 9:41 AM

**To:** Bobbi Wade

**Subject:** Blackboard Courses

Bobbi –

I am concerned that this past Fall Semester we had a very poor student success rate in almost all of the Blackboard courses we offered at Ilisagvik College. Only 26% of our total number of students registered for Blackboard courses received credit for their course at the end of the semester. The success rate for students in your three Blackboard courses was even lower: 23%.

I realize that Blackboard is a challenging delivery platform for many of our students, but I also know that in many cases it is the only way we have to get the courses to the students, and we have to look for ways to help the students be more successful in their learning.

In reviewing the three Blackboard courses you delivered last semester (BUS 100, BUS 154, and BUS 233), and the two that appear to be "up and running" so far this semester (BUS 112 and BUS 260) I find three areas in which changes could be made that would benefit our students.

First, in all of these courses, you have lumped together many different assignments that are all due on the same date. For example, in BUS 112, all assignments for Chapters 1, 2, and 3 are due one month into the semester, on February 16. All assignments for Chapters 4, 5, and 9 are due a month later, on March 19. All assignments for Chapters 10, 11, 16, and 25 are due a month after that, on April 16. Clumping all of these assignments together in this way encourages students to wait until the last minute before they begin to get to work. It also means that we cannot tell which students are getting into trouble until so late in the semester that it may be too late to help them. You tell the students that if they have not participated in Phase One of your Blackboard courses, you will withdraw them. That's fine, but if you don't require work from them prior to the very end of Phase One, we have no advanced warning as to which students might be in trouble, and so there's nothing you, or Rob, or Sonya can do to help them. Please revise your courses so that you have a separate due date for each chapter assignment, with a new assignment due every couple of weeks throughout the semester. They should be able to keep up better that way, and if they don't, we'll know it earlier and can take appropriate preventative action. And please get the students to begin submitting work to you for your assessment before the end of this month. If at that point you find some students not participating, or turning in sub-standard work, please notify Rob and Sonya of the names of the students and their problems, so they can get on it and see what they can do to help.

Second, you have apparently ended all three of these courses too early. BUS 112, BUS 234, BUS 241, and BUS 260 are all scheduled to run until April 26, the last day of classes in the Spring Semester 2004. Your syllabus for BUS 112 and BUS 260 indicate that students must complete their final assignments on April 16, ten days before the close of the semester. Unless you have authorization from the Dean of Instruction's office for a change of schedule, you need to follow the academic schedule in all of your instruction, including the Blackboard courses. You cannot require the students to finish their courses in advance of the scheduled course completion date. You must give them all of the time allowed by the academic schedule to finish their course.

Third, you are under-utilizing several Blackboard features that could make your courses more "user friendly" to your students. It looks to me like you communicate with your students mostly one-on-one, whether in person, or by telephone, or by non-Blackboard e-mail. Such communication is great, but if one student asks a question or has a problem, it's often the case that several others are struggling with the same thing. In your syllabus, you emphasize that you will NOT use the Blackboard Chat Room or Discussion Board. Please reconsider! It would help to have regular Blackboard discussions in each of your classes, and possibly to arrange for some activities in which your students can use Blackboard to work together in small groups. The students need to feel that they are part of a group, that they're not alone as they work their way through these courses, and having the chance to interact with one another and with you, as a group, could help keep them going.

21819

Wade v. Ilisagvik College

**EXHIBIT TT**

**PAGE 072**

Confidential
A05-086 CV (JWS)

-----Original Message-----
**From:** John Tuthill
**Sent:** Tuesday, January 20, 2004 6:46 PM
**To:** Bobbi Wade
**Subject:** Registration for Amy Underwood

Bobbi –

Under ordinary circumstances, I am happy to approve requests for Individual Study, but I cannot approve your request for Amy Underwood to take Time Management and Record Keeping for Business as independent studies. The last 23 credits Ms. Underwood has received from Ilisagvik have been with you as the instructor. For a student to receive so much instruction from her grandmother is troubling enough. It's even more troubling to note that for much of this time Ms. Underwood has been living in Tennessee, and you have been claiming her as a dependent for purposes of Ilisagvik College tuition waiver. Thus far, the College has waived over $2000 in tuition for her.

I have no problem with Ms. Underwood continuing her education at Ilisagvik College, even while she resides in Tennessee, but she should do it via regularly scheduled distance education courses in which she is part of a class. For you to spend your instructional time providing one-on-one courses to your grand-daughter in Tennessee falls well outside the parameters of the mission of Ilisagvik College.

I am likewise uncomfortable with the idea of her "testing out" of IT-110. If she receives credit for a comparable course at an accredited institution in Tennessee, we can transfer that credit to her degree program here, but we must avoid any appearance of favoritism or other improprieties by giving special treatment to your grand-daughter.

– John


Dean of Instruction
Ilisagvik College

21820
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 073**

# Exhibit #13



19 June 2002

Dear Madam or Sir,

Please accept this as a letter of recommendation on behalf of Bobbi Wade. I have known Ms. Wade for approximately 3 years. During that time Ms. Wade and I have been colleagues as faculty, and for the past year I have been Ms. Wades's supervisor as the Acting Academic Division Director at Ilisaġvik College. Her job duties include teaching, advising, coordinating the Business Management program and college and community service.

Ms. Wade is a caring instructor and advisor. She has the ability to meet students where they are and gently move them forward through the paperwork process of declaring a major and registering for classes. She is a conscientious instructor and makes sure that all of her students understand the material before introducing new material. In addition, she takes extra time, outside of class and office hours, with students who are struggling with concepts. Her personal involvement does not end with the administrative and instructional aspects of matriculation. Ms. Wade also makes herself available to listen to and problem-solve with students who have struggles in their personal lives.

Since Ms. Wade assumed coordination, advisement and instruction of the Business Management program, enrollment has skyrocketed to make it one of the most popular programs at the College. In order to make the Program more accessible to students across the North Slope, Ms. Wade has reorganized course delivery by putting her courses on the internet via Blackboard software. In the past few months, Ms. Wade has worked with the College consultant to revise the Business Management and Office Technology programs. She even gave up vacation time to work on this project. The revisions are in direct response to community need. The changes have already met with rave reviews.

During the past year, Ms. Wade has served on the College-wide self-study committee for accreditation. She wholeheartedly assumed the chairmanship of several committees. She immediately organized her committees and was one of the few Chairs who submitted their reports on time.

Overall, Ms. Wade is responsible, dependable, diligent and thoughtful employee who embraces new challenges with enthusiasm. If you have any further questions, please feel free to contact me.

Sincerely,

Barbara R. Wilson L.C.S.W., A.C.S.W., Q.C.S.W.
Acting Academic Division Director
Assistant Professor of Human Service Technology



P.O. Box 749   Barrow, Alaska 99723   907-852-3333   Fax 907-852-2729
*SERVING THE RESIDENTS OF THE NORTH SLOPE*

21822
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 075



*Spring 2003* z *Copied from Pam Taylor's office*

### DEAN'S EVALUATION-BOBBI WADE
#### Reflecting student evaluations of BUS 109, 105A and 100

I.   <u>Teaching.</u> Students evaluated Instructor Wade's courses very good to
     excellent with their confidence in her knowledge as being very good to
     excellent. The students' recommendations of the class to other students rated
     Mastery-Very Good. They rated Instructor Wade's Business English and
     Business Math courses a little higher than her Introduction to Business course.
     This was primarily due to lower rankings in the Class Preparation, Discussion
     Leader, Encouragement and her Contribution to discussion areas.
     Instructor Wade's Self Rankings match the rankings of the students in the
     areas of Instructor Knowledge and Presentation Style. The Instructor's self
     evaluation in the area of relationships with students as exceptional does not
     match the rankings of the students in one course in the areas of Class
     Preparation, Discussion Leader, and Encouragement towards Self Expression
     and Contributions to Discussions
     <u>Recommendation for improvement:</u> Instructor Wade needs to assess her
     approach to the Introduction to Business class in the areas of Class
     Preparation, Leading Discussions, Encouragement toward Self Expression and
     her Contributions in the area of Discussion.

II.  <u>Service.</u> Instructor Wade needs to improve in the area of college service.
     Attendance at faculty association meetings and college functions are more for
     keeping herself informed regarding faculty issues and college life. In regard to
     working effectively with others I would not give her a rank of exceptional.
     Her comments in this area are general and do not indicate anything
     exceptional. My recommendations in this area come from personal
     observations and e-mails in her interactions with peers and students.
     <u>Recommendation:</u> I would recommend training in self-assertiveness, conflict
     management and confrontation skills at part of a Human Relations workshop.

III. <u>Professional Development.</u> I agree somewhat with the self evaluation rating as
     exceptional in the area of current programmatic aspects of the Business
     Management Program where she is involved in a Designing for Distance
     class. Here she has taken the initiative to refine her courses for on-line
     delivery. She will be attending a business technology conference over the
     summer to enhance the program's innovations in technology. However, her
     overall performance could be enhanced by incorporating Inupiat values into
     the Business Management courses. I and Instructor Wade have jointly drafted
     a Business Management needs survey for the North Slope which attempts to
     incorporate elements of the Inupiat culture, values, traditions and
     governmental structures.

IV.  <u>Overall Performance:</u> I agree with Instructor's overall self evaluation as being
     exceptional.

21823
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 076**

# INTERIM FACULTY EVALUATION FORM

**Faculty Member** _Bobbi Wade_

**Rank** _Assistant Professor_

**Number of years at Ilisagvik** _2_

**Date** _10 May 03_

**Discipline** _Academic - Business Mgt._

**Div. Chair / Dir** _Barbara Wilson, Actg_

## Explanation of rankings

*Exceptional*
Exceptional performance is demonstrated by performance levels that exceed the standards of the institution.

*Satisfactory*
Satisfactory performance is demonstrated by performance levels that meet the standards of the institution.

*Needs Improvement*
Performance that needs improvement is demonstrated by performance levels that are deficient in one or more criteria, but documentation and other evidence suggest that performance is attainable with the appropriate faculty development.

*Unacceptable*
Unacceptable performance is demonstrated by performance levels that clearly do not meet the standards of the institution.

21824
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 077**

I.    TEACHING

Classroom Performance

| | RANKINGS | SUPPORTING COMMENTS |
|---|---|---|
| Relationship with students | — Exceptional<br>X Satisfactory<br>— Needs Improvement<br>— Unacceptable | Students report Ms. Wade is approachable + helpful. |
| Effective use of class time | — Exceptional<br>— Satisfactory<br>X Needs Improvement<br>— Unacceptable | Per student reports Ms. Wade needs to make actual classroom activities more challenging. |
| Clarity of presentation | X Exceptional<br>— Satisfactory<br>— Needs Improvement<br>— Unacceptable | Students told me Ms. Wade makes things very clear |

21825

Wade v. Ilisagvik College

I.    TEACHING continued

Preparation of Materials

|  | RANKINGS | SUPPORTING COMMENTS |
|---|---|---|
| Current, clear syllabi that reflect the mission and goals of the college | _ Exceptional<br>X Satisfactory<br>_ Needs Improvement<br>_ Unacceptable | Syllabi are good. Mae detail about assignments & mission of college could be helpful. |
| Clearly written exams and assignments | _ Exceptional<br>X Satisfactory<br>_ Needs Improvement<br>_ Unacceptable | Students express a desire to be better challenged by assignments & tests |

Record keeping/ Instructional management

|  | RANKINGS | SUPPORTING COMMENTS |
|---|---|---|
| Keep office hours | X Exceptional<br>_ Satisfactory<br>_ Needs Improvement<br>_ Unacceptable | Ms. Wade was always available both during office hours + outside of office hours. |
| Meet class at scheduled time | _ Exceptional<br>X Satisfactory<br>_ Needs Improvement<br>_ Unacceptable | Ms. Wade was always prompt + if she could not make class students were informed. |

21826
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 079

I.  TEACHING continued

Preparation of materials

| | RANKINGS | SUPPORTING COMMENTS |
|---|---|---|
| Submit required material such as syllabi, grades and book orders in a timely manner | X Exceptional<br>— Satisfactory<br>— Needs Improvement<br>— Unacceptable | Thank you! |

II.  SERVICE

| | RANKINGS | SUPPORTING COMMENTS |
|---|---|---|
| Participate in student advising, the Faculty Association, committee service, grant writing, or other activities in support of the division or college; coordinates programs (if applicable) | X Exceptional<br>— Satisfactory<br>— Needs Improvement<br>— Unacceptable | Ms. Wade worked extremely hard on the Self-study. I appreciate her work on reorganizing the Business Management & Office Technology programs. |
| Work effectively with peers, staff, the administration, and the public | — Exceptional<br>X Satisfactory<br>— Needs Improvement<br>— Unacceptable | She also worked hard on advising. |

21827

Wade v. Ilisagvik College

EXHIBIT TT
PAGE 080

III.  PROFESSIONAL GROWTH

|  | RANKINGS | SUPPORTING COMMENTS |
|---|---|---|
| Participate in scholarly and creative activities which contribute to the learning/teaching process or professional achievement in area of expertise | — Exceptional<br>X Satisfactory<br>— Needs Improvement<br>— Unacceptable | Attended rural business conference in ANC - despite a busy schedule |

IV.  OVERALL PERFORMANCE

|  | RANKINGS | SUPPORTING COMMENTS (Use additional paper if necessary) |
|---|---|---|
| Support the mission and goals of the college and division | — Exceptional<br>X Satisfactory<br>— Needs Improvement<br>— Unacceptable | Ms. Wade's contributions to the college have been |

21828
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 081

1. Please list your accomplishments or provide any other information that you wish to include with your evaluation.

1. Distance delivered Business program — got courses on Blackboard

2. Reorganized Business Management + Office Technology programs

3. Self-study!

2. Identify three professional goals you wish to accomplish during the next academic year.

1. Make course work more Challenging

2. Design + implement a course to put on Blackboard ( not a cartridge)

3. Visit Village students

_____
Signature

10 May 02
_____
Date

21829
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 082**

## INTERIM SELF-EVALUATION FORM
FOR THIS EVALUATION SVIcor 2/6/64

Faculty Member  Bobbie uniS

Rank  ASSISTANT Prof    Date  4/11/01

Number of years at Ilisagvik  1    Discipline  BUSINESS MANAGEMENT

Explanation of rankings

*Exceptional*
Exceptional performance is demonstrated by performance levels that exceed the standards of the institution.

*Satisfactory*
Satisfactory performance is demonstrated by performance levels that meet the standards of the institution.

*Needs Improvement*
Performance that needs improvement is demonstrated by performance levels that are deficient in one or more criteria, but documentation and other evidence suggest that performance is attainable with the appropriate faculty development.

*Unacceptable*
Unacceptable performance is demonstrated by performance levels that clearly do not meet the standards of the institution.

Please submit the following materials with your self-evaluation:

a. syllabi from two different courses one of which must be from the class in which you were observed.
b. copies of assignments or exams from the courses identified in part (a).
c. student evaluations from fall semester.

21830
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 083

## I. TEACHING

| Classroom Performance | Rankings | Supporting Comments |
|---|---|---|
| Relationship with students | ☒ Exceptional<br>— Satisfactory<br>— Needs Improvement<br>— Unacceptable | HAS WORKED THROUGH DIFFICULT SITUATIONS & HELPED STUDENTS TO PROGRESS |
| Effective use of class time | ☒ Exceptional<br>— Satisfactory<br>— Needs Improvement<br>— Unacceptable | OBSERVATION HAS DEMONSTRATED EXCELLENT PERFORMANCE |
| Clarity of presentation | ☒ Exceptional<br>— Satisfactory<br>— Needs Improvement<br>— Unacceptable | OBSERVATION HAS DEMONSTRATED CREATIVITY & VARIETY IN PRESENTATION |

21831
Wade v. Ilisagvik College

I. **TEACHING continued**

| Preparation of Materials | Rankings | Supporting Comments |
|---|---|---|
| Current clear syllabi that reflects the mission and goals of the college | X Exceptional<br>___ Satisfactory<br>___ Needs Improvement<br>___ Unacceptable | USES STANDARIZED SYLLABI MODIFIED FOR SPECIFIC SITUATIONS, CREATED AND TAUGHT TELE CONFERANCE COURSES |
| Clearly written exams and assignments | X Exceptional<br>___ Satisfactory<br>___ Needs Improvement<br>___ Unacceptable | OBSERVATION SHOWS EXCELLENT PERFORMANCE |

| Record keeping / instruction management | Rankings | Supporting Comments |
|---|---|---|
| Keeping office hours | X Exceptional<br>___ Satisfactory<br>___ Needs Improvement<br>___ Unacceptable | ALWAYS MEET WHEN SAYS SHE WILL BE AND AVAILABLE OTHER TIMES AS WELL. |

21832
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 085

| Meeting class at scheduled time | | Supporting Comments |
|---|---|---|
| | X Exceptional | NEVER MISSED A CLASS OR WAS |
| | — Satisfactory | LATE EXCEPT WHEN WEATHER |
| | — Needs Improvement | CAUSED DELAYS OR CANCELLATIONS |
| | — Unacceptable | BY COLLEGE |

Preparation of materials

| Submit required materials such as syllabi, grades and book orders in a timely manner | Rankings | Supporting Comments |
|---|---|---|
| | X Exceptional | MET DEADLINES WHEN AWARE OF |
| | — Satisfactory | WHAT THE DATES WERE |
| | — Needs Improvement | |
| | — Unacceptable | |

## II. SERVICE

| Participates in student advising, the Faculty Association, committee service, grant writing, or other activities in support of the division or college; coordinates programs (if applicable) | Rankings | Supporting Comments |
|---|---|---|
| | X Exceptional | HAS SERVED AS CHAIR OF MAJOR COMMITTEE |
| | — Satisfactory | (ACADEMIC COUNCIL) WITH NO RELEASE TIME, |
| | — Needs Improvement | ↑ ACADEMIC ADVISOR, COLLEGE COUNCIL REP, GLP, |
| | — Unacceptable | HAS ASSISTED WITH GRANTS, ATTENDS ALL FUNCTIONS |

21833
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 086

| Work effectively with peers, staff the administration, and the public | X Exceptional | SOME PROBLEMS WITH SKEDULE AND STAFF WAS |
| --- | --- | --- |
| | ___ Satisfactory | KWON INCORRECT INFORMATION. WORKS TO BACK UP |
| | ___ Needs Improvement | NEEDED CLASSES & SUBSTITUTES WHEN NEEDED |
| | ___ Unacceptable | FOR CLASSES SHE IS QUALIFIED TO TEACH |

## III. PROFESSIONAL GROWTH

**Rankings**                                              **Supporting Comments**

| Participates in scholarly and creative activities which contribute to the learning/teaching process or professional achievement in the area of expertise | X Exceptional | HELPED WITH GRANTS & RADIO STATION AND |
| --- | --- | --- |
| | ___ Satisfactory | WILL BE MORE INVOLVED W/ USF & TITLE WS |
| | ___ Needs Improvement | REALIZING SCHEDULE IN KINGES. CREATED |
| | ___ Unacceptable | NEW PROGRAM IN BUS. & SUPERVISED ALL |
| | | PROGRAM CHANGE SUBMISSIONS FOR COLLEGE, |

## V. OVERALL PERFORMANCE

**Rankings**                                              **Supporting Comments**

| Support the mission and goals of the college and division | X Exceptional | CLEARLY SUPPORTED THE COLLEGE AND |
| --- | --- | --- |
| | ___ Satisfactory | ITS PEOPLE DURING DIFFICULT |
| | ___ Needs Improvement | TRANSITIONS. |
| | ___ Unacceptable | |

21834
Wade v. Ilisagvik College

EXHIBIT TT
PAGE 087

_____ Satisfactory

_____ Needs Improvement

_____ Unacceptable

1. Please list your accomplishments or provide any other information that you wish to include with you evaluation.

- Obtained a good insight into the Business Management program and the needs of the Program Active students. Also, I have strived to get the Business Management students situated in the program in order that they might graduate in a timely manner. My goal has been to help the students to meet their individual needs and goals. This endeavor has required many hours of consultation and paperwork to successfully achieve.
- Recognized and realized the importance of a good business background and education for the students of the North Slope Borough, and will endeavor to provide a good program for them, including teleconference students.
- Established a good rapport with the Business Management students in helping them to meet their educational goals.
- Making plans to be actively involved, which includes travel to the villages, in recruiting students into the Business Management program, and setting up teleconference facilities for those students who need to remain in the villages with their families and jobs.

2. Identify three professional goals you wish to accomplish during the next academic year.

- Organize the Business Management program to meet the needs of Program Active to include the teleconference students who wish to participate both Program Active and non Program Active.
- Continue to serve Ilisagvik College in actively participating on committees and by attending professional functions that will aide in meeting the goals and objectives of the school.
- Continue my personal work toward a higher education degree, and to service on the Alaska State Council of the Arts, which could lead to aiding NSB artisans in producing and marketing their work.

_Bobby J. Wade_
Signature

_April 4, 2001_
Date

21835
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 088**

V. FACULTY MEMBER RESPONSE (Use additional paper if necessary.)

Satisfactory and excellent rading on the behalf of the BMIT Director.

_____
Faculty Member

April 11, 2001
Date

_____
Division Chair / Director

4/11/01
Date

21836
Wade v. Ilisagvik College

**EXHIBIT TT**
**PAGE 089**