STEP 2 MEETING RESPONSE: Exhibit A

## Ilisagvik College

March 5, 2004, 3:30pm

Memo To:   Bobbi Wade, Assistant Professor of Business Management

From:      John Van Hoesen, Chief Financial Officer

Re:        Informal Step 2 Meeting
           1:00pm at Tutoring Center

This memo serves to confirm our conversation this afternoon regarding procedures for the Step 2 meeting of your grievance, which was assigned to me by the President of the College and scheduled for 1:00pm today in the College Tutoring Center.

Upon entering the room, I asked if you would be having an attorney present at the meeting. You said no. I then asked you if you would be tape recording the meeting, and you said yes. I responded that I would not agree to the meeting being tape recorded, and said that if you insisted on tape recording the meeting that we would not hold the meeting. You responded that your attorney said you had a right to tape record the meeting, and that your right extended to not disclosing to anyone at the meeting that you were tape recording it. I again said that I would not agree to the meeting being tape recorded, and left the room to inform the other participants that no meeting would be held.

I returned a few minutes later with Pamela Taylor, Director of Human Resources, to re-confirm to you that no meeting would be held, and said that I would prepare my response to the grievance based on the material that I had already received. You requested that I confirm to you, in writing, that the College declined to tape record this meeting, and would no agree to allow you to tape record the meeting.

The purpose of the college's grievance process is to resolve issues on the most informal level. The informal nature of the supervisor-level meeting requires an atmosphere that encourages the persons involved to speak freely. In our experience, tape recording has a chilling effect on communications and hinders the informal resolution process.

The College understands your refusal to participate in the Step 2 meeting, unless tape recorded by you, to be a waiver of your right to a Step 2 level meeting. Accordingly, I will issue a written response to your grievance based on your written complaint and supporting materials. Please contact me with any questions.

20171
Wade v. Ilisagvik College

Exh. 3
Page 4 of 4

Date: 5-4-06   Exhibit: 52
Witness: Taylor
Marci L. Lynch, Court Reporter
Liz D'Amour & Associates, Inc.
(907) 452-3678