-----Original Message-----
**From:** Pam Taylor
**Sent:** Friday, April 02, 2004 9:54 PM
**To:** Bobbi Wade
**Subject:** Grievance Document

Dear Bobbi,
I wanted to stay late tonight in order to email to you the document that you chose not to sign yesterday as having received. I will also mail the document to you via Certified Letter tomorrow morning so that you receive an original copy.

Have a safe trip, Bobbi...
Sincerely,
Pam

Pamela Taylor - Director of Human Resources
Ilisagvik College
P.O. Box 749
Barrow, Alaska 99723
[907] 852-3936 FAX

[Attachment]

20228
Wade v. Ilisagvik College

Exhibit 15
Page 1 of 2

Date: 5-4-06   Exhibit: 55
Witness: Taylor
Marci L. Lynch, Court Reporter
Liz D'Amour & Associates, Inc.
(907) 452-3678

EXHIBIT
Page 1 of 2

[Text of Attachment]

April 1, 2004

*Mailed via Certified Letter and delivered by electronic mail on 4/2/04*

Bobbi Wade, Assistant Professor
Ilisagvik College
RE:   *Cessation of Grievance Process*

Dear Ms. Wade:

This letter will confirm our conversation on March 30, 2004 with regard to the grievance filed by you on February 29, 2004.

On March 30, you brought me a document that you identified as your written appeal of the Step 2 decision issued by John Van Hoesen. I informed you that the five-day time period in which you could appeal the Step 2 decision had expired, and that your appeal was untimely. You did not leave the document with me.

You received the Step 2 written response on March 12, 2004. The College's Grievance Procedure states that any appeal must be filed within five (5) working days after receipt of the Step 2 response. This limitation is referred to in the Step 2 response, which instructs you to address any appeal to me, in accordance with the Grievance Procedure. I also informed you of the five-day deadline verbally when I delivered the Step 2 response to you on March 12th, and you told me that you understood.

Any appeal would have been due on or before March 19, 2004. The College has not agreed to extend any timelines for prosecuting this grievance, and does not agree to do so now.

Accordingly, Ilisagvik College respectfully declines to process your grievance further. Any further correspondence with respect to this matter may be directed to the President.

Sincerely,


Pamela Taylor
Director of Human Resources

## ACKNOWLEDGMENT OF RECEIPT
My signature below indicates only that I received this document on the date written.


_____          _____
BOBBI WADE                              Date

20229
Wade v. Ilisagvik College

Exhibit 15
Page 2 of 2