

April 8, 2004

Bobbi Wade, Assistant Professor
Ilisagvik College

*Hand Delivered*

RE:   *Step 3 Grievance Meeting*

Dear Ms. Wade:

I have had an opportunity to review your letter to me (dated March 30, 2004) and the procedural aspects of the grievance filed by you on February 29, 2004. On consideration of all the circumstances, Ilisagvik College agrees to waive the timeline for accepting your appeal for determination at the Step 3 level of the grievance procedure. I designate Dr. Patrick O'Rourke as the hearing officer for your appeal.

In accepting your appeal, I note that a Step 2 meeting did not occur, and the Step 2 decision was based on written documentation submitted with your grievance. In order to provide you with a full chance to be heard on the matter of your grievance, Ilisagvik College offers you the opportunity to present your Step 3 appeal in a face-to-face meeting in front of the hearing officer. I have scheduled a meeting for this purpose on **Friday, April 16, 2004, at 1:30 p.m. in the Dr. Albert Conference Hall.**

The meeting will be closed door. Each side will have approximately 20 minutes to make their presentation and introduce any additional documentary argument or evidence. This is not a due process hearing, so there will be no witnesses or cross-examination, although the hearing officer may ask questions of each party. After the hearing officer completes his questioning, each party may present a five-minute summary. Either side may tape record the meeting, at their expense.

You have the right to be represented by a person of your choosing at the meeting. If you choose to exercise this right and be represented, either in person or telephonically, please inform me, in writing, that you will be represented and by whom, no later than close of business on Monday, April 12th.

**100118**



P.O. Box 749   Barrow, Alaska 99723   907-852-3333   Fax 907-852-2729
*Serving the Residents of the North Slope*



Exhibit 17
Page 1 of 2

April 8, 2004
Page 2

If you would prefer to waive the face-to-face meeting and have Dr. O'Rourke decide your grievance based solely on the written documentation submitted thus far, please inform me, in writing, also no later than close of business on Monday, April 12, 2004.

Any objection to the appointment of Dr. O'Rourke as hearing officer should be addressed to me and received by my office no later than close of business on Monday, April 12, 2004. Any objection must be in writing, and state the reason(s) for the objection, and include any pertinent supporting documentation.

Please contact me with any further questions.

Sincerely,

*Edna A. MacLean*

Edna Ahgeak MacLean, Ph.D.
President

cc: Dr. Patrick J. O'Rourke
    Dr. John Tuthill

**100119**

Exhibit XX
Page 2 of 2

Exhibit 17
Page 2 of 2