A LOT (more than 50%) of them have taken an IT 130 or IT 140 or other IT course before taking the pre-requisite IT 110 course-and most of them have been withdrawn or failed.

Who's job is it to make sure the students have those pre-requisite courses before they are registered and take the subsequent course?  Please advise.

Thanks,

**Dawn Robinson**
Ilisagvik College Title III Grant & Academic Prog. Asst.
P. O. Box 749  Barrow, AK  99723
907-852-1816 phone
907-852-1739 fax
dawn.robinson@ilisagvik.cc

3/2/2004

20186
Wade  v. Ilisagvik College

**EXHIBIT AB**
**PAGE 030**

Exhibit 4
Page 15 of 15



January 30, 2004

Ms. Bobbi J. Wade
Assistant Professor of Business Management
Ilisagvik College
P. O. Box 749
Barrow, AK 99723

Dear Bobbi:

As you know, Ilisagvik College faculty contracts are issued for a period of only one year. The College "Employee Handbook" (page 49) states that "Faculty are not tenured and have no expectation of continued employment." According to the College Board of Trustees' Approved Policies (Section 7.05), "for faculty in their third and subsequent years of employment with the College, written notice of non-renewal of appointment shall be provided by February 1."

I write to inform you that Ilisagvik College will not offer you a contract for the Academic Year 2004-2005. Your contracted benefits now in force will cease on June 30, 2004, at the termination of the current contract. Until that time, your duties and responsibilities to the College remain as stipulated in your current contract.

The Human Resources Office will contact you regarding the delivery of your final paperwork, and will provide benefits information to you in advance of your last scheduled class date.

I appreciate your years of service to Ilisagvik College and wish you well in your future endeavors.

Sincerely,

John G. Tuthill
Dean of Instruction

20187
Wade v. Ilisagvik College



P.O. Box 749   Barrow, Alaska 99723   907-852-3333   Fax 907-852-2729
SERVING THE RESIDENTS OF THE NORTH SLOPE

Exhibit 5
Page 1 of 1

EXHIBIT AB
PAGE 031



**Faculty Appointment Letter for 2003-2004**

May 1, 2003

Ms. Bobbi J. Wade
Ilisaġvik College
P. O. Box 749
Barrow, Alaska 99723

Dear Ms. Wade:

On behalf of Ilisaġvik College, I am pleased to offer you employment for the next fiscal year (2003 - 2004). The following terms and conditions apply to your appointment.

| | |
|---|---|
| Title: | Assistant Professor |
| Nature of Proposed Duties: | Provide instruction and college service in your field of expertise equivalent to 30 credit hours of teaching and 7 credit hours of College service over the course of the Fall, Spring and Summer terms. Typically, this will be the equivalent of 12 credit hours of teaching and 3 credit hours of College service in the Fall and Spring respectively, and 6 credit hours of teaching and 1 credit hour of College service in the Summer. To accommodate individual program needs, variations in the division of this workload among the semesters may be made by the Dean of Instruction with the concurrence of the President. Faculty are expected to assist with the recruitment, retention and mentoring of students and to participate in the various committee structures established to encourage faculty participation in the guidance of the institution. |
| Term: | July 1, 2003 through June 30, 2004. Following summer leave, you will be expected to report for work on Monday, August 18, 2003. It is understood by both the College and yourself that teaching positions at Ilisagvik College are untenured and one may not acquire tenured status by reason of this appointment. |
| Annual Salary: | $75,477.00, payable in equal bi-weekly installments based on 260 days of service per contract year. This is a professional, exempt position and as such does not carry any entitlement to overtime pay or additional compensation for any work performed on weekends, holidays, outside of normal working hours, or days in excess of 260 days of service per year. |

20188
Wade v. Ilisagvik College



Exhibit   6
Page   1   of   5

**EXHIBIT AB**
**PAGE 032**

The terms and conditions of your employment with Iḷisaġvik College are in accordance with this letter of appointment including Attachment A, the Iḷisaġvik College Employee Handbook and the Policy and

Regulations of the Board of Trustees as they exist today and as they may be duly amended from time to time. Of course, all employees are also expected to abide by state and federal law.

This letter of employment with its references encompassed herein constitutes the full and complete contract agreement between yourself and Iḷisaġvik College. Any other oral agreement between the parties shall be null and void. This contract shall be modified only in writing.

If you accept the above conditions of your employment with Iḷisaġvik College, please sign where indicated below and return the original to my office within twenty (20) days. Please retain a copy for your records. I am looking forward to your contributions this coming year.

Sincerely,

*Edna A. MacLean*

Edna Ahgeak MacLean, President

Iḷisaġvik College

I accept the above terms, conditions and provisions of the employment offered in this appointment and its attachment A.

*Bobbi J. Wade* _____         _5/5/03_ _____
Signature                                                          Date

Cc: Office of Human Resources

**EXHIBIT AB**
**PAGE 033**

20189
Wade v. Ilisagvik College

Exhibit __6__
Page _2_ of _5_

Attachment A

Iḷisaġvik College Faculty Appointments
2003 - 2004

Iḷisaġvik College recognizes its faculty as integral to the fulfillment of its mission to provide quality education and training to students. Toward this end, faculty are expected to be involved in academic and student life at Iḷisaġvik College by serving as a resource for students both inside and outside of the classroom.

*Academic Year* - The College's academic year consists of two full semesters (fall and spring) and one summer session (from May through the end of June). Specific dates and a College calendar are published by College administration. If deemed necessary and appropriate by the Dean of Instruction in consultation with the faculty member, certain programs may be scheduled at other times during the calendar year to better meet the needs of students. If such modifications occur, an addendum to this contract shall be made in writing.

*Teaching* - The teaching component of the workload is satisfied by teaching an assigned number of credit-hour courses, or by delivering a program of non-traditional or client-based programs. Equivalent assignments may be granted in one (1) credit increments, not to exceed three (3) credits per semester unless waived in writing by the Dean of Instruction. Equivalent assignments may include individual or independent course studies or client-based programs, individual lab instruction and other instructional functions. Faculty are expected to be available to students outside of classroom hours, and shall post and maintain at least 10 office hours per week at times scheduled for the convenience of the students.

Distance Delivery Course Preparation - The following may be applied towards faculty workload, upon approval by the Dean of Instruction, with involvement of the instructor:

- A faculty member who teaches a pre-written course (i.e. a "Canned" course) will receive the equivalent of one credit hour per three credit hours at a one to three ratio.
- A faculty member who develops and teaches a plan for an on-line course (i.e. a "From Scratch" course) will receive the equivalent of three credit hours per three credit hours at a one to one ratio.

*College Service* - As part of their professional duties, faculty are expected engage in college service. Such service activities may be assigned by the department head or the Dean following consultation with the faculty member and shall assist the College to fulfill its mission and goals. Activities include, but are not limited to: student advising, recruiting, participating in College committees, curriculum development, distance delivery technology, program coordination and supervision, grant and proposal development and reporting, accreditation support, committee or project leadership, community service, special projects or scholarly activity.

*Additional Workload* - Workloads are reviewed on a case-by-case basis by the Department Head and the Dean of Instruction in consultation with the instructor. Necessary work assignments in excess of normal workload may be eligible for additional compensation, pursuant to the terms of a written agreement between Iḷisaġvik College and the instructor. Such determinations shall be made by the Dean of Instruction subject to the approval of the President.

EXHIBIT AB
PAGE 034

20190
Wade v. Iḷisaġvik College

Exhibit 6
Page 3 of 5

*Class Cancellation* - Instructors are encouraged to recruit students to enroll in their classes. A minimum enrollment of five (5) students is required per class, unless as otherwise determined by the Dean of Instruction. If a class does not meet the minimum enrollment, the Dean of Instruction shall, with the involvement of the instructor and Department Head, determine whether the class will be cancelled or under what circumstances the class will be taught. Should an assigned class be cancelled, instructors shall complete alternate faculty activities through curriculum development, online course development, or other special faculty projects as assigned by the Dean of Instruction. Instructors shall not receive additional compensation for a cancelled class that would be part of that instructor's excess credit load.

*Class Coverage* - Faculty needing class coverage must inform the Department Head one week prior to the class needing coverage. The faculty member will work with the Department Head to arrange coverage for the class. The class coverage agreement must be agreed upon between the faculty member and the Department Head and approved by the Dean of Instruction.

*Student Recruitment, Retention, and Mentoring*. - Faculty are encouraged to help part time students to identify their personal potential and career goals and to assist them to pursue program-active status. Faculty are also encouraged to accompany the recruiter on village recruitment tours. Faculty will participate in a half-day training session on mentoring students and class completion procedures involving referrals to other college resources.

*Professional Development* - Faculty are expected to remain current in their fields and to participate in professional growth activities including, but not limited to, course work, professional association activities, vocational internships or scholarly activities in the instructor's discipline. Professional development shall be supported by the College based upon availability of funds, with written approval of the Dean of Instruction, and in accordance with Board of Trustees Policies.

*Benefits*. - Faculty are eligible for benefits provided by the College, according to the policies and procedures set forth in the Employee Handbook. Current benefits include retirement contributions, health, dental, vision and life insurance, and the following paid leaves:

*Personal and Sick Leave* - Twelve days of personal leave per (contract) year are allowed when taking it does not unduly interfere with the delivery of the College's program of instruction. Leave must be approved in advance by the faculty member's department head and Dean of Instruction except in the event of an emergency situation. Personal leave has no cash value and may not be accrued from year to year.

*Winter Holiday Leave* – You are eligible to receive ten (10) days of paid time off, which includes two (2) paid holidays and eight (8) days of paid time off, during the Winter Holiday period scheduled from December 22, 2003 through January 5, 2004. Paid Winter Holiday leave does not have cash value, does not accrue, and is forfeited if not used during the term of your contract.

*Leave Without Pay* - Unexcused time off, or time off where no paid leave is available, shall be taken as leave without pay and deducted at the instructor's per diem salary rate, subject to the policies and procedures contained in the Employee Handbook.

*Drug Testing and Substance Abuse* - You understand and agree to comply with the College's drug testing and substance abuse policy. Failure to take or pass the drug screening as provided in the policy may result in termination of employment.

*Other Employment* - You shall devote full time to your duties as a faculty member with the College and shall not accept any other employment or fee during the term of this Agreement without first obtaining the written consent of the Dean of Instruction and the President.

*Point of Hire* - The point of hire for this contract is Barrow, Alaska and you specifically waive all rights to return transportation as outlined in AS 23.10.375-.400.

*Payroll Deductions* - You authorize the College to make regular deductions from the Employee's paycheck for mandatory contributions to the State of Alaska Public Employees Retirement System (PERS) and as otherwise authorized or required by law and the terms of this contract or Employee Handbook.

*Termination.* This Agreement may be terminated on mutual consent, or by the College for cause in accordance with Trustees Policy and the Employee Handbook.

*Liquidated Damages.* It is expressly understood and agreed that you will receive full salary and benefits beginning July 1, 2003 and that you have no duty to report or job duties until August 15, 2003 (unless otherwise specified in an Addendum to this contract). If you resign effective prior to December 31, 2003, you shall be liable to the College as liquidated damages the amount of your salary for the time period of July 1 through August 15, 2003. If you resign effective January 1, 2004 through the expiration of this contract, or otherwise terminates this contract without consent of the College, you shall be liable for liquidated damages in the amount of $2,500. You agree that the liquidated damages set forth herein may be withheld from any amounts due and owing to you from the College, or otherwise collected in accordance with law.

*Final Paycheck.* The College may withhold the your final paycheck pending submission of summaries, student grades, statistics, documents, College property, or pending resolution of salary or compensation disputes. You waive the right to receive final payment within three (3) business days following termination or expiration of this Agreement as provided by AS 23.05.140. The College shall issue final payment within five (5) business days after verified submission or resolution of the foregoing.

*Effective Date.* This contract shall become effective only after it is signed by the President of the College, signed by faculty member, and returned to the College. This Agreement must be signed by Employee and returned to the College within twenty (20) calendar days of receipt or the Agreement is void.

*Interpretation and Venue.* This contract shall be interpreted according to the laws of the State of Alaska and shall not be construed against the drafter hereof. Venue for any action brought under this contract shall be Barrow, Alaska. In the event any provision of this contract is found by a court of competent jurisdiction to be invalid, such provision shall be stricken but the remainder of the contract shall remain in full force and effect.

ILISAĠVIK COLLEGE
FACULTY POSITION DESCRIPTION

| Title: Assistant Professor/Instructor of Business Management | Number [HR use only]: |
|---|---|
| Department: Business Management and Information Technology [BMIT] | Date [HR use only]: 6/22/00 |
| Purpose of Position: Under the direction of the BMIT Director, teaches courses within the BMIT Division. | Approved [HR use only]: 6/22/00 |

## ESSENTIAL FUNCTIONS:

Develops and teaches courses within the Business Management and Information Technology Division.

Serves as student advisor, as required.

Evaluates student performance and submits appropriate grades and reports, as required.

Participates in professional development, as appropriate.

Completes reports and presentations, and attends meetings and special events, as required.

Monitors the degree and certificate programs within the division and makes timely changes, as appropriate.

Travels to outlying villages or off-Slope for professional training may be required.

Performs College-level instruction in the appropriate discipline in Barrow and the outlying villages, as required.

Prepares and maintains updated instructional materials, course outlines, and curriculum.

Maintains office hours, as required

Participates in the development of and contributes to the quality of College-level curriculum in the area of study.

Actively participates in College and community service including serving on communities and task forces, participating in College activities, curriculum planning, professional development, and assisting in the budgeting of assigned programs. Contributes toward the attainment of the goals and mission of the College.

Complies with College policies, procedures and administrative directives, as well as state, federal, and local laws, regulations, and ordinances.

Performs other duties as assigned.

## EDUCATION/SPECIAL SKILLS/TRAINING [Required]:

Bachelor's degree in appropriate field for Instructor level.

Master's degree in Business Management, Information Technology, or related field for Assistant Professor level.

Working knowledge and a minimum of 2 years teaching experience beyond formal education in the appropriate field.

Management or entrepreneurial experience.

Instr/AsstProf -BusMgmtJDF.doc  06/22/00

20193
Wade v. Ilisagvik College

Ability to work independently.

Ability to complete and pass a pre-employment drug screen.

## EDUCATION/SPECIAL SKILLS/TRAINING [Preferred]:

Teaching experience at the College level.

Experience in curriculum development.

Experience with distance delivery.

Demonstrated knowledge in one or more of the following areas: post-secondary educational systems, North Slope Borough [NSB] institutions and organizations; Iñupiat culture, language, values, and traditions; ability to interpret and represent NSB community values, customs, and beliefs for the College, and the ability to interpret and represent College actions and Western institution to the NSB community.

Valid driver's license.

## PHYSICAL REQUIREMENTS:

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

> While performing the duties of this job, the employee is required to sit, stand, walk, use hands to finger, handle or feel objects, tools, controls, and reach with hands and arms. The employee is frequently required to stoop, kneel, crouch, or crawl and talk and hear. The employee may occasionally be required to drive a vehicle, climb or balance.

> The employee must be able to lift and/or move up to 40 pounds. Specific vision abilities required by this job include close vision, distance vision, color vision, peripheral vision, depth perception, and the ability to adjust focus.

## ENVIRONMENTAL CONDITIONS:

The environmental conditions described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

> The employee is regularly required to work indoors with a usually moderate noise level in the work environment.

Instr/AsstProf-BusMgmtLJDF.doc  06/22/00

20194
Wade v. Ilisagvik College

EXHIBIT AB
PAGE 038

Exhibit  17
Page 2 of 2



ILISAGVIK
COLLEGE

April 17, 2002

Bobbi J. Wade

Subject:                 *Employment Offer*

Dear Ms. Wade:

I am pleased to offer you the full-time faculty contract position of Assistant Professor, Business Management with Iḷisaġvik College for 2002-2003.

**Salary:** Your salary will be an annualized amount equal to $75,477.00 per year. Iḷisaġvik College pays every second Friday, one week in arrears of time worked.

**Paid Time Off:** You will be eligible to receive ten (10) days of paid time off, which includes two (2) paid holidays and eight (8) days of paid time off, during the Winter Holiday period scheduled from December 23, 2002 through January 3, 2003. You are also eligible for twelve (12) days of paid sick leave. At your discretion, you may elect to use up to six (6) of these paid sick leave days for personal paid time off. Paid sick leave and paid Winter Holiday leaves will not have cash value, do not accrue, and are forfeited if not used during the term of your contract.

**Benefits:** As a full-time faculty employee, you will be eligible for company-provided health, dental, vision, and life insurance benefits. All company-provided benefits will be issued to the employee only. If you would like to include your dependents on the provided plan, there will be an additional payroll-deducted cost.

**Public Employee Retirement System (PERS):** You are required to participate in the State of Alaska Public Employee Retirement System of which Iḷisaġvik College is a participant. Payroll deductions of 6.75%, as payments into PERS, will be deducted with your paycheck.

Sincerely,

Edna Ahgeak MacLean, Ph.D.
President

---



P.O. Box 749   Barrow, Alaska 99723   907-852-3333   Fax 907-852-2729

*SERVING THE RESIDENTS OF THE NORTH SLOPE*

**EXHIBIT AB**
**PAGE 039**

20195
Wade v. Ilisagvik College

Exhibit 8
Page 1 of 8

# ILISAGVIK COLLEGE
## Professional Employment Contract

*Academic Instructor 2002-03*



This contract is between Ilisagvik College (the "College") and Bobbi J. Wade ("Employee") for the position of Academic Instructor, a professional, exempt position. In support of Ilisagvik College's mission, the Academic Instructor is expected to assist in the recruitment, retention and mentoring of Ilisagvik College students, and participate in the shared governance of Ilisagvik College for the delivery of education programs. The College and the Employee mutually agree as follows:

1. *Duties*. Employee shall perform the duties of Assistant Professor, Business Management for the College. Employee agrees to perform the duties and responsibilities as set forth in the attached "Academic Instructional Responsibilities," which is incorporated herein as Attachment A. Employee agrees to comply with federal and state laws that pertain to this position, policies and regulations of the College and directions of College Administration (both oral and written) and the Code of Ethics outlined in the Employee Handbook, as the foregoing may from time to time be amended. The College reserves the right to assign Employee in the best interests of the College to any position for which Employee is qualified.  Unless otherwise excused or directed in writing, Employee shall be available in Barrow, Alaska to perform the duties for this position during the College's normal scheduled operating hours.

2. *Term*. The term of this contract is July 1, 2002 and shall continue in force and effect until the 30th day of June, 2003. Employee is expected to report for work on or before August 15, 2002, unless otherwise specified in an Addendum to this contract. It is expressly understood and agreed by the parties that Employee's position is not tenured and that Employee shall not acquire tenured status as an employee of the College by reason of this employment contract. This contract does not provide any right of employment following expiration of the contract term.

3. *Salary*. The annual salary for the term of this contract shall be $75,477.00 payable in substantially equal bi-weekly installments based on 260 days of service per contract year.  For purposes of calculating leave without pay, or the Employee's per diem salary rate only, the Employee's salary rate is $290.30 per day (calculated by dividing annual salary by number of service days per contract year).  Except as provided in Attachment A, Employee is not entitled to overtime pay or additional compensation for any work performed on weekends, holidays, outside of normal working hours or days or in excess of 260 days of service per contract year.

Exhibit 8
Page 2 of 8

---

P.O. Box 749  Barrow, Alaska 99723  907-852-3333  Fax 907-852-2729
*Academic Instructor Contract 2002-03*  RESIDENTS OF THE NORTH SLOPE        *Page 1*

20196
Wade v. Ilisagvik College

EXHIBIT AB
PAGE 040

4.  *Benefits*. Employee is eligible for benefits provided by the College, according to the policies and procedures set forth in the Employee Handbook, and as may from time to time be modified at the sole discretion of the College. Currently, these benefits include retirement contributions, health, dental, vision and life insurance, and the following paid leave:

a)  **Paid Time Off**. Employee is entitled to a total of twelve (12) paid days leave, without salary deduction, during the term of this contract, which may be used for paid personal injury or illness (sick leave). Up to six (6) of the twelve (12) days may be used for paid personal time off in lieu of sick leave. Use of Paid Time Off requires reasonable advance notice and is subject to the policies and procedures contained in the Employee Handbook, as may be amended from time to time. Paid sick leave does not have cash value, does not accrue, and is forfeited if not used during the term of your contract.

b)  **Winter Holiday Leave**. Employee is eligible to receive ten (10) days of paid time off, which includes two (2) paid holidays and eight (8) days of paid time off, during the Winter Holiday period scheduled from December 23, 2002 through January 3, 2003. Paid Winter Holiday leave does not have cash value, does not accrue, and is forfeited if not used during the term of your contract.

Unexcused time off, or time off where no paid leave is available, shall be taken as leave without pay, deducted at the instructor's per diem salary rate, subject to the policies and procedures contained in the Employee Handbook.

5.  *Drug Testing and Substance Abuse*. Employee understands and agrees to comply with the College's drug testing and substance abuse policy as may from time to time be amended. Failure to take or pass the drug screening as provided in the policy may result in termination of employment.

6.  *Other Employment*. Employee shall devote his/her full time to the duties of his/her employment with the College and shall not accept any other employment or fee during the term of this Agreement without first obtaining the written consent of Employee's immediate supervisor.

7.  *Work Product*. Employee's work product is the property of the College if such work product, or any part of such work product, is developed or otherwise derived as part of the Employee's responsibilities to the College, on College time, or with College resources or the assistance of College instructors, staff or students. Work product includes, but is not limited to, materials, curriculum, instructional materials, including those materials developed with the use of Blackboard software or other methods of delivery, devices, research, discoveries, software, reports or publications created as part of the Employee's responsibilities to the College.

**EXHIBIT AB**
**PAGE 041**



8. *Point of Hire.* Employee agrees that the point of hire of this contract is Barrow, Alaska. Employee specifically waives all rights to return transportation as outlined in AS 23.10.375-.400.

9. *Payroll Deductions.* Employee authorizes the College to make regular deductions from the Employee's paycheck for mandatory contributions to the State of Alaska Public Employees Retirement System (PERS) and as otherwise authorized or required by law, the terms of this contract or Employee Handbook.

10. *Termination.* This Agreement may be terminated on mutual consent or by the College for cause in accordance with Trustees Policy and the Employee Handbook.

11. *Liquidated Damages.* It is expressly understood and agreed by the parties that Employee receives full salary and benefits from July 1, 2002 and that Employee has no duty to report or job duties until August 15, 2002 (unless otherwise specified in an Addendum to this contract). If Employee resigns effective prior to December 31, 2002, Employee shall be liable to the College as liquidated damages the amount of Employee's salary for the time period of July 1 through August 15, 2002. If Employee resigns effective January 1, 2003 through the expiration of this contract, or otherwise terminates this contract without consent of the College, Employee shall be liable for liquidated damages in the amount of $2,500. Employee agrees that the liquidated damages set forth herein may be withheld from any amounts due and owing to Employee from the College, or otherwise collected in accordance with law.

12. *Final Paycheck.* The College may withhold the Employee's final paycheck pending submission of summaries, statistics, documents, College property, or pending resolution of salary or compensation disputes. Employee waives the right to receive final payment within three (3) business days following termination or expiration of this Agreement as provided by AS 23.05.140. The College shall issue final payment within five (5) business days after verified submission or resolution of the foregoing.

13. *Effective Date.* This contract shall become effective only after it is signed by Employee, returned to the College and signed by the President of the College. This Agreement must be signed by Employee and returned to the College within twenty (20) calendar days of receipt or the Agreement is void.

14. *Interpretation and Venue.* This contract shall be interpreted according to the laws of the State of Alaska and shall not be construed against the drafter hereof. Venue for any action brought under this contract shall be Barrow, Alaska. In the event any provision of this contract is found by a court of competent jurisdiction to be invalid, such provision shall be stricken but the remainder of the contract shall remain in full force and effect.

**EXHIBIT AB**
**PAGE 042**

Academic Instructor Contract 2002-03

20198
Wade v. Ilisagvik College

Page 3 Exhibit 8
Page 4 of 9

15. _Modification._ This contract, Attachment A and any Addendum thereto constitutes the full and complete agreement between the parties. Any oral agreement between the parties shall be null and void. This contract shall be modified only in writing.

## ACCEPTANCE

I HEREBY ACCEPT THIS CONTRACT AND THE TERMS, CONDITIONS AND PROVISIONS HEREIN.

_Bobbi J. Wade_      _April 22, 2002_
Employee              Date

THIS CONTRACT IS HEREBY APPROVED AND ACCEPTED ON BEHALF OF THE COLLEGE.

_Edna A. MacLean_      _5/10/02_
Edna Ahgeak MacLean, Ph.D.     Date
President

---

*Academic Instructor Contract 2002-03*

EXHIBIT AB
PAGE 043

20199
Wade v. Ilisagvik College

*Page 4*

Exhibit ___8___
Page ___5___ of ___8___

### ATTACHMENT A

*Academic Instructional Responsibilities*
*2002-03*

Ilisagvik College recognizes its faculty as an integral part in fulfilling its mission to provide quality education and training to students. To this end, faculty are expected to be involved in student life at Ilisagvik College by serving as a resource for students outside of the classroom. In providing excellence in educating Ilisagvik College students, an outstanding faculty member demonstrates commitment to Ilisagvik College's mission and goals through interaction with students and colleagues, including the recruitment, retention and mentoring of students, participation in extracurricular events and involvement in Ilisagvik College activities.

Teaching assignments and expectations for 2002-03 are as follows:

*Academic Year.* The College's academic year consists of two full semesters (in the fall and spring) and one summer session (from May through the end of June). Specific dates and a College calendar are published by College administration.

*Academic Instructor Workload.* Academic Instructor workload assignments are bipartite, consisting of a teaching component and a College service component, and other duties as assigned. The instructional Division Director assigns course schedules with input from the academic instructor prior to the start of each semester. Courses that meet student program requirements receive the highest scheduling priority. Academic Instructors are required to deliver twelve (12) credit hours in the fall and spring semesters of teaching and 3 credit hours each semester of College Service and six (6) credit hours in the summer session of instruction and three (3) credits of College service. Assigned workloads are not completed until grades or assigned written reports are submitted. All assignments require the approval of the Dean of Instruction. Thus:

|  | FALL | SPRING | SUMMER |
|---|---|---|---|
| TEACHING | 12 | 12 | 6 |
| COLLEGE SERVICE | 3 Credit Equivalency | 3 Credit Equivalency | 3 Credit Equivalency |

**Part 1: Teaching.** The teaching component of the Academic Instructor workload is satisfied by teaching an assigned number of credit-hour courses. Equivalent assignments may be granted in one (1) credit increments, not to exceed three (3) credits per semester, unless waived in writing by the Dean of Instruction. Equivalent assignments may include individual or independent study courses, individual lab instruction and other instructional functions. Academic instructors are expected to be available to students outside of classroom hours, and are required to post and maintain office hours as set forth herein.





20200
Wade v. Ilisagvik College
**EXHIBIT AB**
**PAGE 044**



Page Exhibit 8
Page 4 of 8

**Part 2:  College Service.** Instructors are required to perform service to or on behalf of Ilisagvik College in equivalent credit hours, as determined by the Division Director and/or Dean of Instruction with the involvement of the instructor. College service shall comport with the College's mission, goals and timelines and must be approved in writing. Activities include, but are not limited to: student advising, recruiting, participating in College committees, curriculum development, distance delivery technology, program coordination and supervision, grant and proposal development and reporting, accreditation support, committee or project leadership, community service, special projects or scholarly activity. The academic instructor must submit a written report or other approved documentation to the Division Director upon completion of service for the assigned period.

*Excess Credit Load.* Academic instructors who accept instructional workloads in excess of twelve (12) credits in the Fall or Spring semesters and/or in excess six (6) credits in the Summer session must receive prior written approval of the Division Director and Dean of Instruction. Academic instructors shall not exceed six (6) additional credit loads per academic year.  Academic instructors shall be compensated for excess credit loads at a rate of $1,500 per credit in addition to his/her regular salary, payable at the completion of the additional instructional coursework. Academic instructors shall not receive additional compensation for teaching a cancelled class that would be part of that instructor's excess credit load.  Performance of additional teaching credit does not relieve the instructor of his/her obligation to perform College service or to teach the minimum number of credit-hour courses required per semester or session.

*Class Cancellation.* Academic instructors are encouraged to recruit students to enroll in their classes. A minimum enrollment of five (5) students is required per class, unless as otherwise determined by the Dean of Instruction. If a class does not meet the minimum enrollment, the Dean of Instruction and Division Director shall, with the instructor's involvement, determine whether the class will be cancelled, or under what circumstances the class will be taught. The workload for a class with fewer students than the minimum enrollment shall be subject to review.  Should an assigned class be cancelled, academic instructors shall complete equivalent hours through curriculum development, online course development or other special projects as assigned by the Division Director and Dean of Instruction. Academic instructors shall not receive additional compensation for a cancelled class that would be part of that instructor's excess credit load.

*Office Hours.* Academic instructors shall be responsible to the College for his/her scheduled class periods plus a minimum of ten (10) office hours per week, scheduled at times convenient for students. Each instructor shall submit an office hours schedule to the Dean of Instruction at the beginning of each semester and/or as scheduled office hours change.  The schedule shall also be posted outside the instructor's office.

*Professional Development.* Academic instructors are obligated to remain current in their field and are expected to participate in professional growth activities including, but not limited to, course work, professional association activities, vocational internships or

*Academic Instructor Contract 2002-03*
*Academic Instructional Responsibilities*

20201
Wade  v. Ilisagvik College

**EXHIBIT AB**
**PAGE  045**

Page 2

Exhibit    8
Page  7  of  8

scholarly activities in the instructor's discipline. Professional development shall be supported by the College based upon availability of funds, with written approval of the Dean of Instruction and in accordance with Board of Trustees Policies.

*emic Instructor Contract 2002-03*
*emic Instructional Responsibilities*

**EXHIBIT AB**
**PAGE 046**

20202
Wade v. Ilisagvik College

*Page 3*
Exhibit   8
Page   8   of   8



# ILISAGVIK
## COLLEGE

February 8, 2002


Bobbi Wade
Box 1544
Barrow, AK 99723


Dear Bobbi:

As you are well aware, the college's principal source of funding – the North Slope Borough – is experiencing a period of diminished revenues.  In response, the Borough has reduced its spending levels for the college by over $3 million for our next fiscal year, which begins in July, 2002.  Originally this figure was closer to $4 million, but negotiations with the Borough have increased the amount they will agree to provide.

The college has, over the years, continued to reduce its overheads and staff while maintaining traditional levels of faculty positions.  With declining student enrollment and reduced funding support, it is no longer possible to retain our current level of employment.  The proposed budget for the college will require that we eliminate a number of positions in all departments and divisions of the institution, including our professional staff of educators.  So what does this mean for you?

It has always been my intent to keep our faculty informed and advised as to matters pertaining to both the institution and your responsibilities as educators.  As you know, we are continuing our aggressive efforts to achieve full accreditation within the next eighteen months while responding to increased demands for more workforce development, job training, and continuing education.  This effort will require a core faculty of men and women who are willing to meet the new challenges of bringing a learning system to our institution that measures competencies and utilizes a more modular, step-by-step learning process.  We will continue to offer our various degree programs, but will also work with the faculty to develop delivery technologies and schedules that will offer increased opportunities for students to complete and succeed in their particular programs.

At this time I cannot tell you which faculty positions will be funded in the upcoming year.  We continue to work aggressively to develop a budget that will allow us to complete our mission while operating within the very limited funding resources we expect to receive.  This letter is notification that all faculty positions are up for review and consideration within the context of our new budget.  According to the terms of your

P.O. Box 749   Barrow, Alaska 99723   907-852-3333  Fax 907-852-2729

SERVING THE REGENTS OF THE NORTH SL...

Exhibit   9

EXHIBIT AB   Page 1 of 2
20203   PAGE 047
Wade v. Ilisagvik College

employment contract and Board of Trustees Policy, your position is not tenured and you have no expectation of employment following expiration of your current contract. At this time, no one should presume that a contract will be forthcoming. At this time, I cannot conclude who will be offered a teaching contract for the next academic year.

The college is making every effort to retain as many of its programs as possible. Accreditation will not be compromised. Your understanding and continued support is both requested and deeply appreciated. As faculty, you represent the heart and essence of our very purpose and mission as a college. At this time, I expect to be able to speak to our faculty needs no later than the first week of March. I shall keep you informed as the college's plans are finalized.

Please contact me with any questions.

Sincerely,

*Edna A. MacLean*

Edna Ahgeak MacLean, Ph.D.
President

20204
Wade v. Ilisagvik College
**EXHIBIT AB
PAGE 048**

Exhibit ___9___
Page ___2___ of ___2___

2

# ỊLISAG̱VIK
### COLLEGE

May 4, 2001

Bobbi J. Wade

**Subject:**          *Employment Offer*

Dear Bobbi:

I am pleased to offer you the full-time faculty contract position of Assistant Professor with Ịlisaġvik College for 2001-2002.

**Salary:** Your salary will be an annualized amount equal to $75,477.00 per year. Ịlisaġvik College pays every second Friday, one week in arrears of time worked.

**Paid Time Off:** You are eligible for a total of ten (10) paid days of leave (personal or sick) during the term of your contract, as well as ten (10) days paid winter holiday leave, to be used from December 19, 2001 through January 4, 2002. Paid Time Off and Winter Holiday leaves will not have cash value, do not accrue, and are forfeited if not used during the term of your contract.

**Benefits:** As a full-time faculty employee, you will be eligible for company-provided health, dental, vision, and life insurance benefits. All company-provided benefits will be issued to the employee only. If you would like to include your dependents on the provided plan, there will be an additional payroll-deducted cost.

**Public Employee Retirement System (PERS):** You are required to participate in the State of Alaska Public Employee Retirement System of which Ịlisaġvik College is a participant. Payroll deductions of 6.75%, as payments into PERS, will be deducted with your paycheck.

Sincerely,

Edna Ahgeak MacLean, Ph.D.
President

20205
Wade v. Ilisagvik College



**EXHIBIT AB
PAGE 049**



# ILISAGVIK COLLEGE
## Professional Employment Contract

### *Academic Instructor 2001-02*

This contract is between Ilisagvik College (the "College") and **Bobbi J. Wade** ("Employee"). The College and the Employee mutually agree as follows:

1.  *Duties*. Employee shall perform the duties of <u>Assistant Professor</u> for the College. Employee agrees to perform the duties and responsibilities as set forth in the attached "Academic Instructional Responsibilities," which is incorporated herein as Attachment A. Employee agrees to comply with federal and state laws that pertain to this position, policies and regulations of the College and directions of the Administration (both oral and written) and the Code of Ethics outlined in the Employee Handbook, as the foregoing may from time to time be amended. Unless otherwise excused or directed in writing, Employee shall be available in Barrow, Alaska to perform the duties for this position during the College's normal scheduled operating hours.

2.  *Term*. The term of this contact is July 1, 2001 and shall continue in force and effect until the 30th day of June, 2002. Employee is expected to report for work on or before <u>August 15</u>, 2001. It is expressly understood and agreed by the parties that Employee's position is not tenured and that Employee shall not acquire tenured status as an employee of the College by reason of this employment contract. This contract does not provide any right of employment following expiration of the contract term.

3.  *Salary*. The annual salary for the term of this contract shall be $<u>75,477.00</u>, payable in substantially equal bi-weekly installments. Excepted as provided in Attachment A, "Additional Workload", Employee is not entitled to overtime pay or additional compensation for any work performed on weekends, holidays or outside of normal working hours or days.

4.  *Benefits*. Employee is eligible for benefits provided by the College, according to the policies and procedures set forth in the Employee Handbook, and as may from time to time be modified at the sole discretion of the College. Currently, these benefits include retirement contributions, health, dental, vision and life insurance, and the following paid leave:

    a)  **Paid Time Off**. Employee is entitled to a total of ten (10) paid days leave (personal time off or sick) during the term of this contract. Employee shall give reasonable notice prior to use of Paid Time Off and, other than illness, Paid Time Off may not conflict with assigned duties or major College activities at which Employee's presence or participation is necessary. When used for illness, Employee shall call the Academic



P.O. Box 749   Barrow, Alaska 99723   907-852-3333   Fax 907-852-2729

*SERVING THE RESIDENTS OF THE NORTH SLOPE*

**EXHIBIT AB**
**PAGE 050**

20206
Wade v. Ilisagvik College

Exhibit 10
Page 2 of 10

Affairs Office as soon as possible. Paid Time Off shall not have cash value, does not accrue and is forfeited if not used during the term of this contract.

b) <u>Winter Holiday Leave</u>. Employee is eligible for ten (10) days paid winter holiday leave, to be used in the time period after completion of Employee's duties for the fall semester (including submission of grades and required written reports) and before reporting for the spring semester (the dates for this leave are from December 19, 2001 through January 4, 2002). Winter holiday leave has no cash value, does not accrue and is forfeited if not used during the specified time period.

5. *Drug Testing and Substance Abuse*. Employee understands and agrees to comply with the College's drug testing and substance abuse policy as may from time to time be amended. Failure to take or pass the drug screening as provided in the policy may result in termination of employment.

6. *Other Employment*. Employee shall devote his/her full time to the duties of his/her employment with the College and shall not accept any other employment or fee during the term of this Agreement without first obtaining the written consent of Employee's immediate supervisor.

7. *Work Product*. Employee's work product (including, but not limited to, research, discoveries, software, reports and publications) is the property of the College if such work product, or any part of such work product, is developed or otherwise derived on College time, or with College resources or the assistance of College instructors, staff or students.

8. *Point of Hire*. Employee agrees that the point of hire of this contract is Barrow, Alaska. Employee specifically waives all rights to return transportation as outlined in AS 23.10.375-.400.

9. *Payroll Deductions*. Employee authorizes the College to make regular deductions from the Employee's paycheck for mandatory contributions to the State of Alaska Public Employees Retirement System (PERS) and as otherwise authorized or required by law.

10. *Termination*. This Agreement may be terminated by the College for cause in accordance with Trustees Policy and the Employee Handbook.

11. *Liquidated Damages*. If Employee resigns effective during the term of this contract or otherwise terminates this contract without consent of the College, Employee shall be liable for liquidated damages in the amount of $2,500. Employee agrees that the liquidated damages set forth herein may be withheld from any amounts due and owing to Employee from the College.



20207
Wade v. Ilisagvik College

Academic Instructor Contract - Page 2 of 5
**EXHIBIT AB**
**PAGE 051**

Page 3 of 6

10

12. *Final Paycheck.* The College may withhold the Employee's final paycheck pending submission of summaries, statistics, documents, College property, or pending resolution of salary or compensation disputes. Employee waives the right to receive final payment within three (3) business days following termination or expiration of this Agreement as provided by AS 23.05.140. The College shall issue final payment within five (5) business days after verified submission or resolution of the foregoing.

13. *Effective Date.* This contract shall become effective only after it is signed by Employee, returned to the College and signed by the President of the College. This Agreement must be signed by Employee and returned to the College within twenty (20) calendar days of receipt or the Agreement is void.

14. *Interpretation and Venue.* This contract shall be interpreted according to the laws of the State of Alaska and shall not be construed against the drafter hereof. Venue for any action brought under this contract shall be Barrow, Alaska. In the event any provision of this contract is found by a court of competent jurisdiction to be invalid, such provision shall be stricken but the remainder of the contract shall remain in full force and effect.

15. *Modification.* This contract and Attachment A constitutes the full and complete agreement between the parties. Any oral agreement between the parties shall be null and void. This contract shall be modified only in writing.

## ACCEPTANCE

I HEREBY ACCEPT THIS CONTRACT AND THE TERMS, CONDITIONS AND PROVISIONS HEREIN.

_____     _____
Employee                      Date

THIS CONTRACT IS HEREBY APPROVED AND ACCEPTED ON BEHALF OF THE COLLEGE.

_____     _____
Edna Ahgeak MacLean, Ph.D.    Date
President



20208
Wade v. Ilisagvik College

Academic Instructor Contract - Exhibit 10
EXHIBIT AB
PAGE 052

Page 4 of 6

# ATTACHMENT A

*Academic Instructional Responsibilities*



Teaching assignments and expectations for 2001-02 are as follows:

*Academic Year*. The College's academic year consists of two full semesters (in the fall and spring) and one abbreviated summer session (from May through the end of June). Specific dates and a College calendar are published by College administration.

*Academic Instructor Workload*. Academic Instructor workload assignments are bipartite, consisting of a teaching component and a College service component. The instructional Division Director assigns course schedules with input from the academic instructor prior to the start of each semester. Courses that meet student program requirements receive the highest scheduling priority. Academic Instructors are required to perform twelve (12) credit hours in the fall and spring semesters of teaching and 3 credit equivalency each semester of College Service and six (6) credit hours in the summer session of instruction and three (3) credit equivalency of College service. Assigned workloads are not completed until grades or assigned written reports are submitted. All assignments require the approval of the Academic Dean. Thus:

|  | FALL | SPRING | SUMMER |
|---|---|---|---|
| TEACHING CREDIT HOURS | 12 | 12 | 6 |
| COLLEGE SERVICE | 3 Credit Equivalency | 3 Credit Equivalency | 3 Credit Equivalency |

**Part 1: Teaching.** The teaching component of the Academic Instructor workload is satisfied by teaching an assigned number of credit-hour courses. Equivalent assignments may be granted in one (1) credit increments, not to exceed three (3) credits per semester, unless waived in writing by the Academic Dean. Equivalent assignments may include individual or independent study courses, individual lab instruction and other instructional functions. Academic instructors are expected to be available to students outside of classroom hours and are required to post and maintain office hours.

**Part 2: College Service.** This component of the Academic Instructor workload represents service to or on behalf of Ilisagvik College. Activities include, but are not limited to: student advising, recruiting, participating in College committees, curriculum development, distance delivery technology, program coordination and supervision, grant and proposal development and reporting, accreditation support, committee or project leadership, community service, special projects or scholarly activity. The academic instructor must submit a written report or other approved documentation to the Division Director upon completion of service for the assigned period. College service shall



EXHIBIT AB
PAGE 053

20209
Wade v. Ilisagvik College

Exhibit 10
Page 5 of 10

comport with the College's mission, goals and timelines and must be developed with the Division Director and approved in writing.

*__Additional Workload.__* Academic instructors who accept instructional workloads in excess of twelve (12) credits in the Fall or Spring semesters and/or in excess six (6) credits in the Summer session must receive prior written approval of the Division Director and Academic Dean. Academic instructors shall not exceed six (6) additional credit loads per academic year. Academic instructors shall be compensated for excess credit loads at a rate of $1,500 per credit in addition to his/her regular salary, payable at the completion of the additional instructional coursework.

*__Class Cancellation.__* Academic instructors are encouraged to recruit students to enroll in their classes. Classes that do not reach minimum enrollments as determined by the Division Director and Academic Dean may be cancelled. Should an assigned class be cancelled, academic instructors shall complete equivalent hours through curriculum development, online course development or other special projects as assigned by the Division Director and Academic Dean. Academic instructors shall not receive additional compensation for a cancelled class that would be part of that instructor's excess credit load.

*__Professional Development.__* Academic instructors are obligated to remain current in their field and are expected to participate in professional growth activities including, but not limited to, course work, professional association activities, vocational internships or scholarly activities in the instructor's discipline. Professional development shall be supported by the College based upon availability of funds, with written approval of the Academic Dean and in accordance with Board of Trustees Policies.

20210
Wade v. Ilisagvik College

Exhibit 10
Page 6 of 6

Academic Instructor Contract: Academic Instructional Responsibilities - Page 2

EXHIBIT AB
PAGE 054



September 11, 2000



Bobbi J. Wade
3705 Arctic Boulevard, PMB 1155
Anchorage, Alaska

RE:    Letter of Agreement for Employment
       *[This Letter of Agreement supercedes your previous Letter of Agreement
       dated 7/31/00]*

Dear Ms. Wade:
       This Letter of Agreement ("Agreement") is between Iḷisaġvik College (the
"College") and Bobbi J. Wade ("Employee") for the assignment to the position of
Assistant Professor of Business Management.  The College and the Employee
mutually agree as follows:

1.   *Employment.*  The Employee hereby accepts employment by the
     College upon all terms and conditions set forth herein.

2.   *Term.*  This Agreement shall be effective as of July 1, 2000 and
     shall continue in force and effect until the 30th day of June, 2001.

3.   *Duties.*  Employee shall perform the duties of Assistant Professor
     of Business Management for the College as established by the
     position job description and the attached "Faculty Instructional
     Responsibilities," which is incorporated herein as Attachment A.
     The College and Employee may, but are not obligated to, enter into
     separate agreements for the performance of added duties not
     specified in Attachment A.
          The Employee's duties shall include compliance with the
     rules, regulations, policies and directions of the College, directions
     of College administration, and the Code of Ethics outlined in the
     Employee Handbook, which are hereby incorporated by reference
     and may be amended from time to time.  Such rules, regulations,
     policies and directions may be either oral or written.  In addition, the
     Employee's duties shall include compliance with federal, state and
     local laws and regulations pertaining to the Employee's position
     with the College.

4.   *Salary.*  Employee shall receive an annual salary of $73,457.00 for
     the FY00-01 school year beginning July 1, 2000 – June 30, 2001.
     The effective date is August 21, 2000. Employee shall be paid bi-
     weekly over the term of this Agreement.

---

P.O. Box 749   Barrow, Alaska 99723   907-852-3333   Fax 907-852-2729
*SERVING THE RESIDENTS OF THE NORTH SLOPE*

**EXHIBIT AB**
**PAGE 055**

20211
Wade  v. Ilisagvik College

Exhibit  11
Page  1  of  6

5.   *Retirement.* The College participates in the State of Alaska Public Employee Retirement System (PERS).   PERS contributions are mandatory for regular full- and part-time employees and shall be deducted from Employee's paycheck.

6.   *Benefits.* In addition to the salary and retirement benefits set forth above, the Employee is eligible for the holiday, leave, insurance and other benefits provided by the College as set forth in the Employee Handbook, with the following exceptions:

    (a)   Employee shall accrue sick leave at the rate of one (1) day per month.   Employee is eligible to participate in the College's Extended Illness Program as set forth in the Employee Handbook.

    (b)   Employee shall receive tuition fee waivers for any class offered by Iḷisaġvik College in which they enroll.   Employee shall pay registration fees.

7.   *Placement and Promotion.* Placement and promotion of faculty are determined in accordance with the College salary schedule and Trustee policy.

8.   *Drug Testing.* The Employee agrees to comply with the College's drug testing and substance abuse policy as set forth in the Employee Handbook and Trustee Policy 6.15.

9.   *Moving Expenses.* The College will reimburse you for up to $2,000.00 in moving expenses and a one (1) one-way air ticket from Anchorage, Alaska to Barrow, Alaska.   You may submit a reimbursement request for moving expenses.   The Internal Revenue Service Code limits these reimbursements to one-way expenses for household supplies. Original receipts and/or invoices must be attached to your reimbursement request. If you voluntarily terminate your employment prior to the six (6) months of continuous service, you will be obligated to reimburse the College for your initial moving expenses.

10.   *Other Employment.* The Employee shall devote his/her full time to the duties of his/her position with the College and shall not accept any other employment or fee during the term of this Agreement without first obtaining the written consent of Employee's immediate supervisor.

11.   *Work Product.* Employee's work product (including, but not limited to, research, discoveries and publications) is the property of the

EXHIBIT AB
PAGE 056

2

20212
Wade v. Ilisagvik College

Exhibit ___ll
Page ___2___ of ___6___

11. *Work Product.* Employee's work product (including, but not limited to, research, discoveries and publications) is the property of the College if such work product, or any part of such work product, is developed or otherwise derived on College time, with College resources or with the assistance of College faculty, staff or students.

12. *Point of Hire.*    Employee agrees that the point of hire of this Agreement is Barrow, Alaska.    Employee specifically waives all rights to return transportation as outlined in AS 23.10.375-.400.

13. *Payroll Deductions.*    Employee authorizes the College to make payroll deductions for PERS and as otherwise required by law.

14. *Termination.*   This Agreement may be terminated by the College for cause in accordance with Trustee policy.

15. *Resignation and Liquidated Damages.*   Should circumstances warrant, Employee may resign from his/her position with the College.    As a professional courtesy, two (2) months' notice of Employee's intent to resign is preferred.    If Employee resigns effective during the term of this Agreement, or otherwise terminates this Agreement without consent of the College, Employee shall be liable for liquidated damages equal to ten (10) working days of salary.    Employee agrees that the liquidated damages set forth herein may be withheld from any amounts due and owing to Employee by the College.

16. *Final Paycheck.*   The College may withhold the Employee's final paycheck pending submission of summaries, statistics, documents, College property, or pending resolution of salary or compensation disputes. Employee waives the right to receive final payment within three (3) business days following termination or expiration of this Agreement as provided by AS 23.05.140. The College shall issue final payment within five (5) business days after the proper and verified submission or all summaries, statistics, documents, forms and College property.

17. *Effective Date.* The Agreement shall become effective only after it is signed by Employee, returned to the College and signed by the President of the College.    This Agreement must be signed by Employee and returned to the College within twenty (20) calendar days of receipt or the Agreement is void.

18. *Interpretation and Venue.*   This Agreement shall be interpreted according to the laws of the State of Alaska and shall not be

3

EXHIBIT AB
PAGE 057

20213
Wade v. Ilisagvik College

Exhibit 11
Page 3 of 6

construed against the drafter hereof.  Venue for any action brought under this Agreement shall be Barrow, Alaska.  In the event any provision of this Agreement is found by a court of competent jurisdiction to be invalid, such provision shall be stricken but the remainder of the Agreement shall remain in full force and effect.

19.  *Modification.*  This Agreement and Attachment A constitutes the entire Agreement between the parties.  Any oral agreement between the parties shall be null and void.  This Agreement shall be modified only in writing.

## ACCEPTANCE

I HEREBY ACCEPT THE TERMS, CONDITIONS AND PROVISIONS OF THIS AGREEMENT.

*Bobbi J. Wade*                    9/11/00
Bobbi J. Wade                      Date
Employee

THIS AGREEMENT IS HEREBY APPROVED AND ACCEPTED ON BEHALF OF THE COLLEGE.

_____ (act)             9-11-00
Edna Angeak MacLean, Ph.D.        Date
President

# ATTACHMENT A

## Faculty Instructional Responsibilities

Teaching assignments and expectations for the 2000-01 academic year are as follows:

*Academic Year.* The academic year consists of two academic terms in the nine (9) month period beginning August 15, 2000 and continuing through May 15, 2001. Specific dates are published yearly by the Academic Dean.

*Duty to Report.* Faculty are generally required to be on-duty throughout the academic year. For these purposes, "on-duty" is defined as time spent teaching classes, developing courses, engaging in professional development, providing service to the College, actively participating in College committees, maintaining regular office hours and providing any other appropriate duties to fulfill the teaching obligation. Faculty are not required to be on-duty when classes are not scheduled regularly. The winter holiday break begins at the close of the last day of classes or when final grades are submitted, whichever is later, and extends to one day prior to the start of the next academic term.

Faculty are expected to be available to students outside of classroom hours and are required to post and maintain office hours for a minimum of three (3) hours per week.

*Added Duties.* Faculty may agree to perform additional duties. Any such agreement must be in writing. Contracted work, including special courses, independent study instruction or individual lab instruction, may be converted to a credit equivalent for compensation and other purposes. For additional compensation purposes, 37.5 hours of non-teaching work is equivalent to one (1) credit hour. Any work performed in excess of 37.5 hours per week must receive the prior written approval of the Executive Vice President.

Unless specifically provided for in an added duty contract, additional duties shall be performed on College premises. Non-classroom or summer activities must receive prior written approval from the Academic Dean and Executive Vice President.

*Faculty Credit Load.* Faculty credit load assignments consist of a teaching component and a College service component. Faculty are required to teach a maximum of fifteen (15) credits each academic semester (totaling thirty (30) credits per academic year). Spring and fall academic semesters are based on fifteen (15) credit loads: twelve (12) teaching and three (3) College service credits.

Although not encouraged, faculty occasionally may arrange to teach eighteen (18) credits during either the fall or spring semesters, teaching twelve

20215
Wade v. Ilisagvik College

EXHIBIT AB
PAGE 059

Exhibit 11
Page 5 of 6