## Ilisagvik College
### Adjunct Faculty Age Detail
### [Spring Semester – 2004]

| Employee # | Age |
|------------|-----|
| 1. | 24 |
| 2. | 26 |
| 3. | 28 |
| 4. | 29 |
| 5. | 31 |
| 6. | 34 |
| 7. | 42 |
| 8. | 45 |
| 9. | 48 |
| 10. | 49 |
| 11. | 51 |
| 12. | 57 |
| 13. | 57 |
| 14. | 62 |
| 15. | 71 |
| 16. | 80 |

## Ilisagvik College
### Regular Faculty Age/Position Detail
### [Spring Semester – 2004]

| Employee # | Title | Age |
|------------|-------|-----|
| 1. | Instructor | 28 |
| 2. | Instructor | 31 |
| 3. | Asst. Prof | 45 |
| 4. | Asst Prof | 46 |
| 5. | Asst. Prof | 50 |
| 6. | Asst. Prof | 51 |
| 7. | Instructor | 51 |
| 8. | Instructor | 51 |
| 9. | Asst Prof | 52 |
| 10. | Asst Prof | 55 |
| 11. | Asst. Prof | 60 |
| 12. | Asst Prof | 61 |
| 13. | Professor | 61 |
| 14. | Asst. Prof | 70 |

**EXHIBIT AB**
**PAGE 090**

Exhibit  *28*

Page  *1*  of  *1*

20246
Wade v. Ilisagvik College

## John Tuthill

| | |
|---|---|
| **From:** | John Tuthill |
| **Sent:** | Friday, September 05, 2003 2:56 PM |
| **To:** | Bobbi Wade |
| **Subject:** | Student Advisement - M███████ M████████ |

Bobbi —

I understand you were unable to meet with M█████ M████ this afternoon for advisement.  I know you know that advisement is one of our most important functions at this College, and that we're responsible for giving our students all the help they need as they go through our academic programs.  I know, too, that you're busy, but if you can't meet a student at one time, we need to make arrangements on the spot for you to meet the student at another convenient time.  We can't have students going off without getting the help they need.

What can I do to help with this situation?

On a related topic, I need to be able to tell students when you are available in your office for advisement.  I still don't have your office hours.  You sent me a note about your office hours, but it didn't have the hours attached to it.  Please resubmit.

— John
Dean of Instruction
Ilisagvik College

20247
Wade  v. Ilisagvik College

**EXHIBIT AB**
**PAGE 091**

EXHIBIT 2-9
Page 1 of 13

# John Tuthill

**From:** John Tuthill
**Sent:** Friday, September 05, 2003 3:57 PM
**To:** Bobbi Wade
**Subject:** RE: Student Advisement - M███ M███

Bobbi –

I understand completely that you can't always drop everything and talk to a student, but you need to give the student a definite time when you will be available for advisement. We can't have students feeling like their adviser isn't interested – that's really fatal to student success in an academic program. And even if you feel you don't have anything new to say to a student, if the student wants to meet with any of us, we need to find the time to meet with them, if only to hear them say what's on their mind and to reassure them it's going to be o.k.

Certainly if M███ was in the economics class that I cancelled, it would be appropriate to work with her on finding something else she could take that would fit into her program and her schedule. Please find the time to call her today and set up an appointment to meet with her early next week.

— John
Dean of Instruction
Ilisagvik College

    -----Original Message-----
    **From:** Bobbi Wade
    **Sent:** Friday, September 05, 2003 3:44 PM
    **To:** John Tuthill
    **Subject:** RE: Student Advisement - M███ M███

**John,**

**I have already met with M███ and gotten her all set-up for the fall courses that she will take (You cancelled one of them, Bus 112 she is the potential graduate for the spring who needs that course to graduate)----also, she has turned in a petition (which has been submitted to you) to test out of Bus Math and Bus English. She has been advised that she will hear when her petition is approved. What she needs from me now is reassurance that all is working well for her!! Before the end of the semester, I will need to sit down and review her courses as a potential graduate, which will require at least an hour and a scheduled appointment.**

**She is taking Blackboard courses, she wants to know "When can I begin" All students have been advised that BB courses have to be downloaded and installed before the student is ready to begin and they will receive an email from me when everything is ready and the course is available to them. (Totally unlike a classroom, eye to eye setting).**

**It so happens, at the moment when Jaime called, I was working with Rob Carillo trying to get the courses downloaded into the**



Ex. 29
p. 2 of 13

computer so that the BB students can get started to work. It is a very tedious process and requires minute and a lot of attention. Also, I have a voice-mail message from M█████ and would have called her back at an opportune time. I have several students that have to be given extra time and consoled, M██████ is one of those people---I don't mind giving them the extra time when they need it, but sometimes I don't have the extra time they require at the moment--- and today happened to be one of those times. I am sorry for the conflict of timing.

**Bobbi Wade**

-----Original Message-----
**From:** John Tuthill
**Sent:** Friday, September 05, 2003 2:56 PM
**To:** Bobbi Wade
**Subject:** Student Advisement - M█████ M████

Bobbi –

I understand you were unable to meet with M█████ M████ this afternoon for advisement. I know you know that advisement is one of our most important functions at this College, and that we're responsible for giving our students all the help they need as they go through our academic programs. I know, too, that you're busy, but if you can't meet a student at one time, we need to make arrangements on the spot for you to meet the student at another convenient time. We can't have students going off without getting the help they need.

What can I do to help with this situation?

On a related topic, I need to be able to tell students when you are available in your office for advisement. I still don't have your office hours. You sent me a note about your office hours, but it didn't have the hours attached to it. Please resubmit.

— John
Dean of Instruction
Ilisagvik College

Ex. 29
p. 3 of 13

**EXHIBIT AB
PAGE 093**

20249
Wade v. Ilisagvik College

## John Tuthill

**From:** John Tuthill
**Sent:** Friday, September 05, 2003 5:44 PM
**To:** Bobbi Wade
**Subject:** RE: Student Advisement - M███████ M██████

Bobbi –

> John, I have emailed my office hours to you twice.

Thank you. This time I received the attachment. The other, I did not.

> An original version and a revised one, but I will attach it again. Also, if M██████ had given me time to respond to her
> voice mail, I would have set up a time to meet with her. At the time, I was speaking with Jaime Elbert, not M██████. I
> expected Jaime to handle it in a professional manner, since she was acting in the capacity of a professional person.

You were speaking to Jaime, who had M██████ in the room with her and whose speaker phone was on, so that M██████ heard you say you were too busy to talk to her. I see nothing unprofessional in Jaime's behavior during the incident. Please arrange to meet with M██████ early next week so that she isn't left with the impression that we don't care about her.

— John

**EXHIBIT AB**
**PAGE 094**

Ex. 29
p. 4 of 13



## John Tuthill

| From: | Sonya Abu |
|---|---|
| Sent: | Friday, October 03, 2003 8:28 AM |
| To: | Diana Kennedy; John Tuthill |
| Subject: | FW: bus math schedule change |
| Importance: | High |

Diana and John,
    I received this email from our student, C██████ B██████. Other students also came to my office late yesterday afternoon to complain about the same situation. I have not yet talked with Bobbi Wade to fully understand what has taken place. However, from the explanations I have received from the students, the following complaints have been made.
    A few weeks ago, Bobbi apparently told her students that instead of following the schedule outlined in the course catalog, she was going to make class one day, rather than two. This would have the students in class from noon until 3 p.m. However, yesterday students came to me saying that they had seen a message written on the board that class would not be held for the month of October. Then, in November, classes would again be held on both days of the week, but from noon to 3 p.m. This may have been workable, however, modules B and C are now going to be held concurrently, rather than consecutively. Module B from noon to 1:30, and Module C from 1:30-3. The students did not see how this is possible. How do you take Module C when you haven't completed Module B? Their second complaint was scheduling conflicts. The third complaint was that they had not received an email from Bobbi, nor heard her announce this to them. The one student said that the only reason she knew about it was because she went to the room and saw it on the board. The students asked me to pass their complaint through the appropriate channels.

Thank you!

**Sonya Abu**
**Ilisagvik College**
**Student Retention Officer**
**ph. 907-852-1762  fax 907-852-1814**


-----Original Message-----
**From:** C██████ B██████
**Sent:** Thursday, October 02, 2003 11:37 PM
**To:** Sonya Abu
**Subject:** bus math schedule change
**Importance:** High

Re: Schedule changes

Sonya/Diane:

Can you find out for sure if Business Math/Wade's class has been changed? If so I was not notified of this until tonite. If it is I am quite upset about this change and is going to cause major inconvenience for me this semester. It is bad enough how I manage to get out there the way I do and with limited bus systems.

C██████

P.S. Can you cc Diane I forgot her last name? Please?

**EXHIBIT AB**
**PAGE 095**



20251
Wade v. Ilisagvik College

Ex 29
p 5 of 13

**From:** Bobbi Wade
**Sent:** Wednesday, October 29, 2003 3:01 PM
**To:** Sonya Abu
**Subject:** RE: students
Sonya, which class are you talking about, and who is the student.

-----Original Message-----
**From:** Sonya Abu
**Sent:** Wednesday, October 29, 2003 2:42 PM
**To:** Bobbi Wade
**Subject:** students

Bobbi,
    What consequences are set up for late homework?  In talking with one of the students, they said that they didn't turn in Ch 1-3 because they missed the deadline. Will they receive a grade if it is late?  Is late work better than no work for you?  Thanks.

*Sonya Abu*

**Ilisagvik College**
**Student Retention Officer**
P.O. Box 749  Barrow, AK 99723
ph. 907-852-1762  fax 907-852-1814
sonya.abu@ilisagvik.cc

20252
Wade  v. Ilisagvik College

Ex. 29
p 6 of 13

EXHIBIT AB
PAGE 096

John Tuthill, Dean of Instruction
Ilisagvik College

Wednesday, October 29, 2003

In the last few weeks, students have raised concerns about classes and instructors.
They're also worried about confidentiality in raising their voices. Past experiences have
been unpleasant. One student cited personal experience where, upon writing concerns on
the instructor/course evaluations, the instructor later approached the student and
addressed each concern mentioned on the evaluation. I am sure you are already aware of
most if not all of these situations. However, students have requested I pass on the
following information to the Dean of Instruction:

**BUS MATH 105**
1.  Class cancellation
    a.  Bobbi cancelled class because she believed someone stole her book.
    b.  The students were frustrated that though she stuck around, she didn't
        answer their questions.
    c.  They reported that she tells them to ask the tutors.

2.  Class learning
    a.  Students reported Bobbi wouldn't teach them lowest common
        denominators.
    b.  One student reported that she asked Bobbi for help, and Bobbi just
        said she should know how to do it.
    c.  Students later received help from another student not enrolled in the
        class.

3.  Classroom interaction
    a.  Students reported that Bobbi responded to a student in class by saying,
        "No, no, no, that's not the answer."
    b.  One student said she is not comfortable asking questions in class
        because she is afraid Bobbi will respond in that same way.
    c.  Another student stated that she felt embarrassed and sorry for the
        student who was humiliated in front of everyone. She thought
        something should be done to keep the situation from happening again.

**BUS ENG 109**
1.  Tests to challenge Module B were thrown away
    a.  Bobbi claimed someone stole her answer key, so she threw the tests
        away.
    b.  Bobbi reportedly told them they could challenge the class with the
        CLEP test, but that they should trust her that they wouldn't want to,
        and just come to class.

2.  Class Cancellation
    a.  Reportedly, Bobbi announced the cancelled class at the ending of

**EXHIBIT AB**
**PAGE 097**

20253
Wade v. Ilisagvik College

EX. 29
p. 7 of 13

Tuesday's class. If a student missed Tuesday, they were not informed via email that Thursday class was cancelled.

    b.  Students complained they need more help, but that Bobbi said she needed a break.

    c.  Bobbi announced that they would have one day of class each week unless no one was showing up for class. Then, they would return to classes being held twice a week.

    d.  Students complained that the syllabus wasn't clear enough for them to just have class cancelled.

3. Class organization difficult to follow

    a.  A student complained that it is difficult to follow because they jump around in the book so much. The last module studied Ch. 17, last week was Ch. 12, and this week is Ch. 1 & 2.

    b.  The student said the book progresses through the chapters and it's difficult to understand without sequential study.

## BUS 154

1. Withdrawals

    a.  Bobbi asked me to inform a list of her students that she will be withdrawing them if they don't turn in homework. I asked her if she would contact them to give them this information. She said she has sent out emails, but she doesn't know if they get them. She also said she has an announcement posted on the Blackboard, but they don't login to look at it.

    b.  I looked at the one announcement that is posted on the Blackboard. It has not been changed since the first day of class, and makes no reference to withdrawals.

2. Contacts

    c.  One student I contacted from this list said that she was going to turn in her assignments, but saw that she missed the deadline, and didn't know if they would be accepted late.

    d.  I encouraged her to turn them in anyway, and to also contact Bobbi to find out if there were any consequences set in place. The student responded that she had emailed Bobbi before to ask if she had the correct book for the class, and Bobbi had never responded. She didn't want to try contact Bobbi again.

3. Syllabus

    e.  I could not find any reference in the syllabus to consequences for late assignments, so I contacted Bobbi with the situation.

    f.  Bobbi wanted to know who the student was. When I responded that the student wished to remain anonymous, Bobbi said that she couldn't answer me until she knows who the student is.

**EXHIBIT AB**
**PAGE 098**

20254
Wade v. Ilisagvik College

EX. 29
p. 8 of 13

    g.  I asked her if she has anything set in place, she responded that it depends on who the student is and many other factors.

    h.  I asked again if there were any guidelines set up such as late papers receive only 50% credit. She again said that it depends on who the student is, and what they have done so far. She said there are many factors to consider.

    i.  Bobbi wants me to have the student contact her personally. She wouldn't give me an answer about what would be done if late assignments were received, beyond the answer that many factors are considered first.

4.  Feedback

    a.  In response to this situation, another student said that she has turned in 5 chapters of homework to Bobbi so far, and hasn't received any feedback. She said that usually happens when she takes classes with Courtneay too, but at least Courtneay lets you know he received your work. She said it is frustrating because you get a grade at the end of the semester, and you don't even know how you're doing the rest of the time.

## ENG 111X

1.  Class Cancellation

    a.  A student reported that it is frustrating to have class cancelled when at a point in writing a paper and needed much help from the instructor.

    b.  The student reported that Jay said she can be contacted at any time, but for the student, scheduled class time is the best because it is already time set aside and planned for.

    c.  Reportedly, many students were frustrated with the papers, but even more frustrated that class was cancelled.

    d.  In the next class period, Jay said, "Two of the teleconference students withdrew from the course, and well, that was why they didn't have class earlier in the week." The student was wondering why this was now the given reason for not having class versus the reason given in the email.

    e.  Jay's correspondence with me concerning one of the students who withdrew was that, "She was mad at me." I contacted this student who said that was not the case, and calmly gave many other reasons for withdrawing at this time.

**EXHIBIT AB**
**PAGE 099**

20255
Wade v. Ilisagvik College

Ex. 29
p. 9 of 13

John Tuthill, Dean of Instruction                    Wednesday, November 05, 2003
Ilisagvik College

Dean Tuthill,
    The following remarks have been made to me, in confidentiality, by Ilisagvik students.
I will appreciate your clarification of these situations so that I can encourage and
motivate the students.  Currently, it is sometimes difficult for me to fulfill my duties due
to lack of support by faculty behaviors.  Thank you for your time.


**10/30/03**
BUS 154     Introduction to Organizational Management     Blackboard w/ Wade

CLASS DURATION
1. The **Class Syllabus** states Class Duration is 8/28 – 12/12/03.
2. The **Fall 2003 Schedule** states Class Duration is 8/27- 12/17/03.
3. **Later in the Class Syllabus**, it states, "There is no particular due date for each
   chapter, but there are three accumulated due dates.  Chapters 1, 2, and 3 are due
   by Mid-Semester (Oct. 14.)  And, Chapters 4, 5, 8, 9, 11, are due Nov. 21, and
   Chapters 14 and 15 are due by (Dec. 8).  **None will be accepted after that date
   because grades will be averaged and turned in to the registrar's office by Dec
   10, 2003.**"
4. The student wants to know
   a. Why they have only until 12/8 to turn in homework, and not until 12/17.
   b. The reason for the discrepancies.
   c. Clarification for the true Class Duration.

LATE WORK (mentioned in previous Student Concerns)
1. Two students asked me if Bobbi would accept late homework .
2. We read through their class syllabus, and found no policy on this.
3. I contacted Bobbi, and received the following email:

Sonya, which class are you talking about, and who is the student.

> -----Original Message-----
> **From:** Sonya Abu
> **Sent:** Wednesday, October 29, 2003 2:42 PM
> **To:** Bobbi Wade
> **Subject:** students
>
> Bobbi,
>   What consequences are set up for late homework?  In talking with one
> of the students, they said that they didn't turn in Ch 1-3 because they
> missed the deadline.  Will they receive a grade if it is late?  Is late work
> better than no work for you?  Thanks.

*Sonya Abu*

**EXHIBIT AB
PAGE 100**

20256
Wade v. Ilisagvik College

Ex. 29
p. 10 of 13

4. In addition, Bobbi called me to find out who the student was.
5. I explained the student's desire for confidentiality.
6. Bobbi insisted that she could not assist the student until she knew who it was.
7. A student approached me on 11/4/03, telling me Bobbi is allowing the class to turn in late work as long as they are progressing, at her discretion.

**11/3/03**
BUS 109      BUSINESS ENGLISH          Bobbi Wade

CLASS ATTENDANCE
1. Homework is not due until the day of the final test.
2. Thus, the student argued his/her attendance doesn't matter.
3. They only have to do the homework and show up the last day for the test.

**11/4/03**
BUS 109      BUSINESS ENGLISH          Bobbi Wade

FEEDBACK
1. Another student also argued his/her attendance is insignificant.
2. Expressed concern for 4 classmates who ask him/her a lot of questions which reflect they are not doing well on their homework.

3. The students do not receive feedback on how they are progressing in the course work.
    a. Students could easily complete the course work incorrectly.
    b. Not attending class, they receive no 'correction in thinking' through lecture.
    c. Fail the final test, fail the class.

(S.R.O.'s CONCERNS WITH THIS)
1. I have diminished leverage for encouraging class attendance.
2. Homework serves as a net to catch students who are not understanding class lectures or reading material. With students not receive feedback on coursework, we could easily experience the results of many students failing the course.

20257
Wade v. Ilisagvik College

**EXHIBIT AB
PAGE 101**

EX 29
p 11 of 13

**From:** Diana Kennedy
**Sent:** Wednesday, December 10, 2003 11:17 AM
**To:** Sonya Abu; John Tuthill
**Subject:** RE: Business 154
John and Sonya,

I looked up BUS 154 on IQ web and ▓▓▓▓ was not withdrawn from this class. I then called Bobbi and she looked in her records and she did not withdraw ▓▓▓▓ from the class. Bobbi has reinstated ▓▓▓▓ access to the class and she can continue.

Diana Kennedy
Assistant to the Dean of Instruction
Ilisagvik College
Phone 907-852-1811
Fax 907-852-1822

-----Original Message-----
**From:** Sonya Abu
**Sent:** Tuesday, December 09, 2003 4:26 PM
**To:** John Tuthill
**Cc:** Diana Kennedy
**Subject:** FW: Business 154

John,
     I need assistance with the following situation in which ▓▓▓▓▓▓▓ has been taken out of her online BUS 154 class.

**I. Access Denied**
     1. Rob Carrillo said that Bobbi Wade gave him a list of students to take out of the Blackboard class. He did so, which is why ▓▓▓▓ no longer has access to her class.

**II. Withdrawal Deadline is Past**
     1. ▓▓▓▓ brought up the point that the Faculty-Initiated Withdrawal deadline has past. Bobbi should not be able to withdraw her, but should only be able to allow her to remain in the class, and then assign her an F if that is what her work merits.
     2. I asked Mae how Bobbi could still withdraw ▓▓▓▓ from the course and deny her the opportunity to finish her class in the remaining time. She said that since Bobbi was gone for a while, she had worked it out that she would withdraw students when she returned.

**III. Class Deadline Discrepancies**
     1. A concern raised in earlier correspondences was that Bobbi wrote in her syllabus that homework is "due by Dec. 8th. None will be accepted after that date because grades will be averaged and turned in to the registrar's office by Dec. 10, 2003." The Fall 2003 Schedule states that the course ends on Dec. 17th.
     2. ▓▓▓▓ would like the remaining "class" time until the 17th to finish her course.

My questions:
     1. Do we have a resolution on this class deadline discrepancy?
     2. What can ▓▓▓▓ do to be reinstated in the course and finish up?

Ex. 29
p. 12 of 13

EXHIBIT AB
PAGE 102

20258

Wade v. Ilisagvik College

a. ▮▮▮▮ has finished Chapters, but not turned them in.
b. She wants to finish up her class, even if it means receiving an Incomplete and finishing it over Christmas break.

Please advise.  Thank you.

Sonya Abu
Ilisagvik College
Student Retention Officer
ph. 907-852-1762  fax 907-852-1814

-----Original Message-----
**From:** ▮▮▮▮▮▮
**Sent:** Tuesday, December 09, 2003 9:03 AM
**To:** Sonya Abu
**Subject:** Business 154

Good Morning Sonya!
I am just writing to you to let you know that I was taken out of Business 154 on blackboard sometime in the past 3 or so days. I didn't get an email or anything telling me about it, I just logged into blackboard this morning to print out an assignment for another class, and it was no longer there. It seems kind of pointless to me to take me off of it online so I can't do anything for that class when it is too late for her to withdraw me. Oh yeah, and just to remind ya, I think there was something in the syllabus about maybe the 12th being the last day to turn work in so she could get her grades in or something, I would check on that, but I can't download the syllabus from blackboard anymore! :D

Have a fantastic day!!

EX 29
p 13 of 13

Wade v. Ilisagvik College  **EXHIBIT AB**
**PAGE 103**

## John Tuthill

| | |
|---|---|
| **From:** | John Tuthill |
| **Sent:** | Tuesday, January 06, 2004 12:01 PM |
| **To:** | Bobbi Wade |
| **Subject:** | Fall Semester 2003 Grades for BUS and BUS 109 |

Bobbi —

I spent a good bit of time over the Christmas "break" trying to sort out the grades for the students in BUS 105C and BUS 109C. One problem we had was that there were several students who had not completed Module B in one or both of these courses, but who were not withdrawn from Module C. This happened because we received the Module B grades late – December 5, halfway through the schedule for Module C – and Tim Carlson and Aimee Valenti were never sent lists of those students who should have been withdrawn. For all those students who should have been withdrawn from BUS 105C and/or BUS 109C but who received an "F" in the course from their instructor, I have changed their grade to "W" so that they will not be penalized for our own failure to follow our policy.

A second problem was that you had advised several students in these classes that they could receive a grade of "DF" at the end of the semester. You have told me that you gave these students this advice at the beginning of the semester. While I do not understand why you advised student from the beginning of the semester that they could plan on getting a deferred grade at the end of the semester, I did not want any student to be penalized for following your advice in good faith. As a consequence, I have changed the grades in BUS 105C for C███ P████, V█████ T███████, and A██ U███████ from "F" to "I" and I have changed the grades in BUS 109C for R██████ R███ and A██ U███████ from "F" to "I." In all of these cases, "I" is the appropriate grade, not "DF" which is to be used "for courses that require more than one semester to complete or span the dates of regular semesters."

In order for these students to get credit for BUS 105C and/or BUS 109C, they need to make up their incomplete work as assigned by and to the satisfaction of their instructors for the course: Tim Carlson for BUS 105C and Aimee Valenti for BUS 109C. Please advise these students to that affect.

— John

Dean of Instruction
Ilisagvik College

20260
Wade v. Ilisagvik College

EXHIBIT AB
PAGE 104

EX.
30
p. 4/17



**BUS 105/BUS 109 Grade Problems, Fall Semester 2003:**

*D████, M███* received a "W" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*D████, M███* received a "W" in BUS 109/B/800 and was allowed to continue in BUS 109C/800.

*H███, H██* received a "W" in BUS 105A/800 and was allowed to continue in BUS 105B/800.

*H███, H████.* received "W" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*J█████, R███ O.* received an "F" in BUS 109B/800 and was allowed to continue in BUS 109C/800. He received a "DF" in BUS 109C/800, though he shouldn't have been allowed to register for this course at all.

*K████, J██ J████* received a "W" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*K███, J██ J████* received an "I" in BUS 109A/800 and was allowed to continue in BUS 109B/800.

*K████, J██ J████* received a "W" in BUS 109B/800 and was allowed to continue in BUS 109C/800.

*L███, S█████* received a "W" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*M█████, A██ M███* received an "I" in BUS 105A/800 and was allowed to continue in BUS 105B/800.

*Ma█████, A██ M███* received a "W" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*M██████, A███ M███* received a "W" in BUS 109B/800 and was allowed to continue in BUS 109C/800.

*M████, M████ J██████* received an "F" in BUS 109C/800, though she had already earned "EX" credit for the course.

*P████, C████ M.* received a "DF" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

1

**EXHIBIT AB**
**PAGE 105**
20261
Wade v. Ilisagvik College

EX. 30
2/17

*P___, C___ M.* received a "DF" in BUS 109B/800 and was allowed to continue in BUS 109C/800.

*R___, R___ M.* received an "I" in BUS 109A/800 and was allowed to continue in BUS 109B/800.

*R___, R___ M.* received a "DF" in BUS 109B/800 and was allowed to continue in BUS 109C/800. She received an "F" from her instructor in BUS 109C/800, but Bobbi Wade, who was not the instructor in this course, has offered her a "DF" instead.

*S___, S___ J___* received an "F" in BUS 109B/800 and was allowed to continue in BUS 109C/800. She earned a "D" in BUS 109C/800, though she shouldn't have been allowed to register in the course at all.

*S___, I___ L.* received a "DF" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*S___, P___ T.* received a "W" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*T___, E___ J___* received a "DF" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*T___, E___ J___* received a "W" in BUS 109B/800 and was allowed to continue in BUS 109C/800.

*T___, S___ R.* received an "F" in BUS 105B/800 and was allowed to continue in BUS 105C/800.

*T___, S___ R.* received no grade in BUS 109A/801 and was allowed to continue in BUS 109B/800.

*U___, A___* is registered for BUS 105C/800. Bobbi Wade, who is not her instructor, has offered her a grade of "DF" in the course.

*U___, A___* received an "F" from her instructor in BUS 109C/800, but Bobbi Wade, who was not the instructor in this course, has offered her a "DF" instead.

## Problem:

Bobbi Wade submitted her grades for BUS 105B/800 and BUS 109B/800 on December 5, more than halfway through the short term for BUS 105C/800 and BUS 109C/800. Because of this late date, neither the students nor the instructors in BUS 105C/800 and BUS 109C/800 could know what students were, or were not, eligible to be enrolled in BUS 105C/800 and BUS 109C/800.

**EXHIBIT AB**
**PAGE 106**

20262
Wade v. Ilisagvik College

EX 30
3|17

2

This problem could have been avoided if Bobbi Wade had submitted her grades on time for BUS 105B/800 and BUS 109B/800. She was away on medical leave for the last half of November. If her preparations for the medical leave prevented her from submitting her grades before she left Barrow, she should have completed the grades while she was away and faxed them to the Registrar's Office as soon as possible. At the very least, she should have sent copies of her grades to the instructors for these courses – Tim Carlson for BUS 105/800 and Aimee Valenti for BUS 109C/800 so that they would have had this information. But, unfortunately, she did not.

The following students failed to complete BUS 105B/800 and/or BUS 109B/800 but remained registered in BUS 105C/800 and/or BUS 109C/800:

| *BUS 105C/800* | *BUS 109C/800* |
| --- | --- |
| D███, M███ | ✓ D███, M███ |
| H███, H███ F. | J███, R███ O. |
| K███, J███ J███ | ✓ K███, J███ J███ |
| L███, S███ R███ | |
| M███, A███ M███ | ✓ M███, A███ M███ |
| P███, C███ M. | ✓ P███, C███ M. |
| S███, L███ L. | ✓ R███, R███ M. |
| S███, P███ T. | S███, S███ ███ |
| T███, E███ J███ | T███, E███ J███ |
| T███, S███ R. | T███, S███ R. |

*Solution:* These students should have been administratively withdrawn from BUS 105C/800 and/or BUS 109C/800 at the beginning of the term. Since that didn't happen, now we have to do damage control. The bottom line is that we cannot penalize the students for our failure to follow our policies and procedures. If, therefore, they receive a grade of "F" in BUS 105C/800 and/or BUS 109C/800, that grade should be changed to "W." If they received a grade of "I" or "DF" from their instructor in BUS 105C/800 and/or BUS 109C/800, they must complete their remaining assignments and be assessed by their BUS 105C and/or BUS 109C instructor – Tim Carlson (BUS 105C) or Aimee Valenti (BUS 109C). If they receive a passing grade in BUS 105C/800 and/or BUS 109C/800, they should receive credit for the course, even though they lack the prerequisite.

**EXHIBIT AB**
**PAGE 107**

3                    20263
Wade v. Ilisagvik College

EX. 30
4|17

**Problem:**

The following students failed to complete BUS 105A/800 and/or BUS 109A/800/801 but were permitted to remain registered in BUS 105B/800 and/or BUS 109B/800:

*BUS 105B/800*

H█████, H███ F.

M████████, A███ M███

*BUS 109B/800*

K█████, L███ J██████

R███, R██████ M.

T███████, S████ R.

Bobbi Wade was the instructor in BUS 105A/800 and BUS 105B/800 and BUS 109A/800 and BUS 109B/800. She should have administratively withdrawn most of these students from BUS 105B/800 and BUS 109B/800 at the beginning of the term.

**Solution:**

In the end, however, both of the students in question received a grade of "W" in BUS 105B/800. In BUS 109B/800, L███ J██████ K█████ received a grade of "W." That is the correct grade. R██████ M. E███ received a grade of "DF," so she has an "I" in BUS 109A and a "DF" in BUS 109B. At this point, it might be more confusing than beneficial to change her "DF" in BUS 109B to a "W," but I suspect the best solution will be for her to repeat both of these courses. S████ R. T███████ received no grade in BUS 109A/801. He should not have been allowed to continue in BUS 109B/800. He received a grade of "F" in BUS 109B/800. Since he should have been administratively withdrawn at the beginning of the semester, his grade should now be changed to "W" in this course.

**Problem:**

M█████ M█████ received a grade of "F" 'in BUS 109C/801, even though she had received credit for the course by examination in September. Bobbi Wade gave the credit by examination with my authorization, but did not report this fact to the instructor for BUS 109C/800, Aimee Valenti.

**Solution:**

The M█████ M██████ grade for BUS 109C/801 should be changed to "EX."

**Problem:**

Bobbi Wade has promised a grade of "DF" to students in other instructors' courses:

EXHIBIT AB
PAGE 108

4                    20264
                Wade v. Ilisagvik College

EX. 30
5/17

BUS 105C/800                          BUS 109C/800

U███████, A██                         R██, R████████

                                      U███████, A██

For one instructor to assign grades in another instructor's course is a flagrant violation of academic freedom. In this case, these students did not complete their assignments in BUS 105C and BUS 109C, and they accordingly received a grade of "F" from their instructors, with whom Bobbi Wade had not consulted.

**Solution:**

The students are innocent victims of Bobbi Wade's misjudgment, and it is not fair to penalize them. A███ U███████ will receive a grade of "I" in both courses and will be allowed to make up the work she has not completed in BUS 105C and BUS 109C. Her required plan of study will be determined by Tim Carlson (for BUS 105C) and Aimee Valenti (for BUS 109C); and Tim and Aimee will evaluate her completed assignments and determine her final grade for each of their courses.

EXHIBIT AB
PAGE 109

EX. 30
4/17

5        20265
Wade v. Ilisagvik College

## John Tuthill

| | |
|---|---|
| **From:** | Bobbi Wade |
| **Sent:** | Tuesday, December 16, 2003 1:51 PM |
| **To:** | John Tuthill; Pam Taylor; Diana Kennedy; Courtneay Bartholomew |
| **Subject:** | Module C Business English |

**John,**
**I went to the door of the classroom of Business English to tell Amiee Valenti that I have some students who have tested out of Business English Module C, and that I will need to give the grades to her when she posts the grades.**
**Amiee was very belligerent to me and told me in front of my students, "No, I will not listen to you, I don't have to listen to you, you are not my boss, John is my boss, and I will only do what he says."**

**John, why has this woman taken over my job as Lead Instructor of the Business Department, and what reason does she have to not communicate with me on student grades? If someone has been hired to do part of what has been my job, why was I not notified?**

**Bobbi Wade**

**EXHIBIT AB**
**PAGE 110**

20266
Wade v. Ilisagvik College

EX. 30
7/17




## John Tuthill

**From:**    John Tuthill
**Sent:**    Tuesday, December 16, 2003 2:02 PM
**To:**      Bobbi Wade
**Subject:** RE: Module C Business English

Bobbi –

I need to know from you who has tested out of BUS 109C, and when they were tested.  Have I signed the "Academic Petition Form" to authorize the students getting credit by examination for BUS 109C?

– John

Dean of Instruction
Ilisagvik College

> -----Original Message-----
> **From:** Bobbi Wade
> **Sent:** Tuesday, December 16, 2003 1:51 PM
> **To:** John Tuthill; Pam Taylor; Diana Kennedy; Courtneay Bartholomew
> **Subject:** Module C Business English
>
> **John,**
> **I went to the door of the classroom of Business English to tell Amiee Valenti that I have some students who have tested out of Business English Module C, and that I will need to give the grades to her when she posts the grades.**
> **Amiee was very belligerent to me and told me in front of my students, "No, I will not listen to you, I don't have to listen to you, you are not my boss, John is my boss, and I will only do what he says."**
>
> **John, why has this woman taken over my job as Lead Instructor of the Business Department, and what reason does she have to not communicate with me on student grades? If someone has been hired to do part of what has been my job, why was I not notified?**
>
> **Bobbi Wade**

**EXHIBIT AB**
**PAGE 111**

EX. 30
8/17

20267
Wade v. Ilisagvik College



# John Tuthill

**From:** Bobbi Wade

**Sent:** Tuesday, December 16, 2003 2:43 PM

**To:** John Tuthill

**Subject:** RE: Module C Business English

As of right now in Business English, Module C, M███ M███. Also, I have had two students to ask for a "Deferred" in Business English C and Business Math C, because they want to petition to test out, and need more time, which I told them would be fine, because they are distance Edu. students and both are potential graduates for the spring. So, I need to give them a deferred instead of a grade.
Tim Carlson is very cooperative in working with me and presents no problem in Business Math.

    -----Original Message-----
    **From:** John Tuthill
    **Sent:** Tuesday, December 16, 2003 2:02 PM
    **To:** Bobbi Wade
    **Subject:** RE: Module C Business English

    Bobbi –

    I need to know from you who has tested out of BUS 109C, and when they were tested. Have I signed the "Academic Petition Form" to authorize the students getting credit by examination for BUS 109C?

    – John

    Dean of Instruction
    Ilisagvik College

    -----Original Message-----
    **From:** Bobbi Wade
    **Sent:** Tuesday, December 16, 2003 1:51 PM
    **To:** John Tuthill; Pam Taylor; Diana Kennedy; Courtneay Bartholomew
    **Subject:** Module C Business English

    **John,**
    **I went to the door of the classroom of Business English to tell Amiee Valenti that I have some students who have tested out of Business English Module C, and that I will need to give the grades to her when she posts the grades.**
    **Amiee was very belligerent to me and told me in front of my students, "No, I will not listen to you, I don't have to listen to you, you are not my boss, John is my boss, and I will only do what he says."**

    **John, why has this woman taken over my job as Lead Instructor of the Business Department, and what reason does she have to not communicate with me on student grades? If someone has been hired to do part of what has been my job, why was I not notified?**

    **Bobbi Wade**

**EXHIBIT AB**
**PAGE 112**

20268
Wade v. Ilisagvik College

EX. 30
9/17



# John Tuthill

**From:** John Tuthill
**Sent:** Tuesday, December 16, 2003 4:36 PM
**To:** Bobbi Wade
**Subject:** RE: Module C Business English

Bobbi –

I still need the names of those students in BUS 105C and BUS 109C who are asking for a "Deferred" grade in their courses. If they are students who have registered and participated in BUS 105C and BUS 109C, you have no business telling them it "would be fine" for them to "defer" the rest of their course so they can study for a later examination. You do not assign grades in BUS 105C or BUS 109C this semester; Tim and Aimee do.

How did you come to talk to these students about "deferring" their Business English and their Business Math?

Please give me complete information so that I know what is going on.

— John

Dean of Instruction
Ilisagvik College

-----Original Message-----
**From:** Bobbi Wade
**Sent:** Tuesday, December 16, 2003 2:43 PM
**To:** John Tuthill
**Subject:** RE: Module C Business English

As of right now in Business English, Module C, M████ M████ Also, I have had two students to ask for a "Deferred" in Business English C and Business Math C, because they want to petition to test out, and need more time, which I told them would be fine, because they are distance Edu. students and both are potential graduates for the spring. So, I need to give them a deferred instead of a grade.
Tim Carlson is very cooperative in working with me and presents no problem in Business Math.

-----Original Message-----
**From:** John Tuthill
**Sent:** Tuesday, December 16, 2003 2:02 PM
**To:** Bobbi Wade
**Subject:** RE: Module C Business English

Bobbi –

I need to know from you who has tested out of BUS 109C, and when they were tested. Have I signed the "Academic Petition Form" to authorize the students getting credit by examination for BUS 109C?

— John

Dean of Instruction
Ilisagvik College

-----Original Message-----
**From:** Bobbi Wade
**Sent:** Tuesday, December 16, 2003 1:51 PM

**EXHIBIT AB**
**PAGE 113**

EX. 30
10/17



**To:** John ruthill; Pam Taylor; Diana Kennedy; Courtneay Bartholomew
**Subject:** Module C Business English

John,
  I went to the door of the classroom of Business English to tell Amiee Valenti that I have some students who have tested out of Business English Module C, and that I will need to give the grades to her when she posts the grades.
  Amiee was very belligerent to me and told me in front of my students, "No, I will not listen to you, I don't have to listen to you, you are not my boss, John is my boss, and I will only do what he says."

John, why has this woman taken over my job as Lead Instructor of the Business Department, and what reason does she have to not communicate with me on student grades? If someone has been hired to do part of what has been my job, why was I not notified?

Bobbi Wade

**EXHIBIT AB**
**PAGE 114**

EX. 30
11/17

20270
Wade v. Ilisagvik College



**John Tuthill**

| | |
|---|---|
| **From:** | Tim Carlson |
| **Sent:** | Tuesday, December 16, 2003 10:26 PM |
| **To:** | John Tuthill |
| **Subject:** | RE: BUS 105C |

Well, tomorrow I give my last two finals in the afternoon, from 1:30 til 3:00 and 3:30 til 5:00.  I guess I could address my questions by email here.

I admit that I would prefer to talk in person, because many of the questions that I have are entirely none of my business and I cannot ask you to answer them in writing because of the possible sensitive nature of the questions.   The questions I shouldn't concern myself with are simply to satisfy my curiosity over the bits and pieces of hearsay that's been floating by.

But, questions I feel I should know are:   Is the deferred grade a judgement by someone of my teaching?   Although I could take it personally (I do in a way), the problem I see is that the students who complete the course with me aren't being treated fairly.   What I mean is that the BUS 105 course is devalued for the portion taught by me.   And if they have the option of a credit by examination, shouldn't that have been done prior to attending the course?   And is it some way to bypass the instruction that they would recieve in the course next semester? (again, this could be taken personally)   And doesn't it lower the standards expected of the student?

As for the personal affront, I'm not concerned with this unless it's felt that my expectations are too low.   I honestly think that the recommendation of a deferred grade is more a personal issue that might be between the business dept. and the college that I should probably stay out of.   Please do not address this statement.   Yet I do need to know what the current standards and expectations are of a student completing the course before I teach it next semester.

Tim


-----Original Message-----
From: John Tuthill
Sent: Tue 12/16/2003 7:59 PM
To:   Tim Carlson
Cc:
Subject:   RE: BUS 105C
Tim --

Of course we can talk.   Tomorrow morning I'm tied up in a Cabinet meeting, but I should have time in the afternoon.   Perhaps by then I'll have more information to report to you....

-- John

-----Original Message-----
From: Tim Carlson
Sent: Tuesday, December 16, 2003 7:54 PM
To: John Tuthill
Subject: RE: BUS 105C


John,
I appreciate you telling me this.   I hadn't been notified of this at all until now.   As for giving you information, I don't have any;   Though I wish that I had heard of this. This information spurs many questions.   Is it possible to talk briefly with you about this Wednesday or Thursday?   Should I also talk with Bobbi about this?
Tim

EX. 30
12/17

20271
Wade v. Ilisagvik College
**EXHIBIT AB**
**PAGE 115**

```
-----Original Message-----
From: John Tuthill
Sent: Tue 12/16/2003 4:56 PM
To:   Tim Carlson
Cc:
Subject:    BUS 105C
Tim -
```

Can you please enlighten me about a situation that currently has me completely confused?


Bobbi Wade tells me that she has advised two students in your BUS 105C class to get a grade of "deferred" so that they can receive credit by examination at some later date. Since you are the instructor for the course, you make the decision as to the grades the students receive.  If they are students who have been participating in your BUS 105C class this semester, it looks to me like a bad plan to have them pull out at this late stage of the game, especially if the plan is for them to take an examination from another instructor at a later date.


But I don't have all the details.  What can you tell me?


-- John


Dean of Instruction

Ilisagvik College

20272
Wade v. Ilisagvik College

EXHIBIT AB
PAGE 116

EX 30
13/17

## John Tuthill

**From:** Bobbi Wade
**Sent:** Thursday, December 18, 2003 9:39 AM
**To:** John Tuthill; Diana Kennedy
**Subject:** Grades

Good Morning,
     Here are lists of students who either tested out of Business Math, A,B, & C and Business English A,B, and C, or requested additional time because of heavy workloads, or lack of obtaining a textbook in time to participate. All the advising, planning, and preparation took place at the beginning of the semester. Students who either failed Module B or received a "W" should have been withdrawn from Module C at the beginning of the Module. It has been a policy that a student cannot proceed to the next higher level without passing the previous one.

### Business Math 105

, M███        A
U█████, A███        DF

### Business English 109

M███, M███        B
R█ R█████        DF
U█████, A███        DF

Thanks,
Bobbi Wade

**EXHIBIT AB**
**PAGE 117**

Ex. 30
14/17

20273
Wade v. Ilisagvik College





Bus 105C

| | |
|---|---|
| M____, M____ | A |
| U____, A__ | DF |
| T____, V__ | DF |
| P____, C__ | DF |

^··K - B M Degree

EXHIBIT AB
PAGE -118

EX. 30
15/17

20274
Wade v. Ilisagvik College

## John Tuthill

**From:** John Tuthill
**Sent:** Thursday, December 18, 2003 4:29 PM
**To:** Diana Perkett
**Cc:** Mae Haimes; Lyudmyla K. Tuthill
**Subject:** Grade Changes BUS 109B&C/800

Dear Registrar Folk:

We've got a mess in the grades for BUS 109B-C this semester. Several things have gone wrong, and I'm looking into the exact causes of it all and attempting to take corrective action so it's not going to happen again. But in the meantime, I need you to change the grades of the following students in these courses:

BUS 109C/800

D█████, M█████          Change grade from "F" to "W"

K████, J███ J█████        Change grade from "F" to "W"

M███████, A███ M███       Change grade from "F" to "W"

M████, M██████████████    Change grade from "F" to "EX"

P████, C████ M.           Change grade from "F" to "W"

R███ R██████ M.           Change grade from "F" to "I"

T███████, E███ J█████     Change grade from "F" to "W"

T███████, S█████ R.       Change grade from "F" to "W"

U███████, A███            Change grade from "F" to "I"

BUS 109B/800

T███████, S█████ R.       Change grade from "F" to "W"

Please let me know once these changes are made.

Thank you!

— John Tuthill
Dean of Instruction
Ilisagvik College

**EXHIBIT AB**
**PAGE 119**

20275
Wade v. Ilisagvik College

EX. 30
1↔/1·7



## John Tuthill

**From:**  Bobbi Wade
**Sent:**  Friday, December 19, 2003 4:17 PM
**To:**  John Tuthill
**Subject:** FW: Grades

**John, these are the names I sent to you: A██ U███████ and R██████ R██ were advised at the beginning of the semester that if they were too overloaded, I would give them more time with a DF, because it was well into the semester before books could be obtained.  C████ P████ and V█████ T████████ have been good teleconference students in both Bus Math and English, and they had problems getting started in Module C. These may have been the students on Tim's list which I was only suggesting that he give them a DF instead of an F.**
**The students below are the only ones that were advised they would receive a DF.**

-----Original Message-----
**From:** Bobbi Wade
**Sent:** Thursday, December 18, 2003 9:39 AM
**To:** John Tuthill; Diana Kennedy
**Subject:** Grades

Good Morning,
    Here are lists of students who either tested out of Business Math, A,B, & C and Business English A,B, and C, or requested additional time because of heavy workloads, or lack of obtaining a textbook in time to participate. All the advising, planning, and preparation took place at the beginning of the semester. Students who either failed Module B or received a "W" should have been withdrawn from Module C at the beginning of the Module. It has been a policy that a student cannot proceed to the next higher level without passing the previous one.

## Business Math 105

M████, M██████       A
U████████, A███       DF

## Business English 109

M████, M██████       B
R██ R███████       DF
U████████, A███       DF

Thanks,
Bobbi Wade

**EXHIBIT AB**
**PAGE  120**

EX.30
17/17



# BOBBI WADE'S STUDENT SUCCESS RATE

## - Percentage of Students Who Successfully Completed Her Courses -

| Term | Percentage |
|------|------------|
| Fall, 2001 | 46% |
| Spring, 2002 | 73% |
| Summer, 2002 | 66% |
| Fall, 2002 | 62% |
| Spring, 2003 | 65% |
| Summer, 2003 | 46% |
| Fall, 2003 | 40% [Cumulative] |
| | 23% [Blackboard Courses] |
| Spring, 2004 | 50% |

Exhibit 31
Page 1 of 1

**EXHIBIT AB**
**PAGE 121**

20277
Wade v. Ilisagvik College

# John Tuthill

**From:**   John Tuthill
**Sent:**   Friday, January 23, 2004 6:09 AM
**To:**     Bobbi Wade
**Subject:** J██ A███

Bobbi –

My understanding is that J██ A███ had registered for BUS 109 without having first taken the prerequisite ENGL 100. His BUS 109 instructor recommended to him that he first take ENGL 100. He now reports that you have advised him to drop BUS 109 and not to take ENGL 100 at this time, but to wait "until all this confusion is cleared up."

There is no confusion; the catalog is clear. For registration in BUS 109, you need satisfactory ASSET scores, or ENGL 100, or permission of the instructor. Why are you advising this student not to continue his study of English?

– John

Exhibit 32
page 1 of 1

EXHIBIT AB
PAGE 122

20278
Wade v. Ilisagvik College

# John Tuthill

**From:** John Tuthill
**Sent:** Thursday, January 15, 2004 9:41 AM
**To:** Bobbi Wade
**Subject:** Blackboard Courses

Bobbi –

I am concerned that this past Fall Semester we had a very poor student success rate in almost all of the Blackboard courses we offered at Ilisagvik College. Only 26% of our total number of students registered for Blackboard courses received credit for their course at the end of the semester. The success rate for students in your three Blackboard courses was even lower: 23%.

I realize that Blackboard is a challenging delivery platform for many of our students, but I also know that in many cases it is the only way we have to get the courses to the students, and we have to look for ways to help the students be more successful in their learning.

In reviewing the three Blackboard courses you delivered last semester (BUS 100, BUS 154, and BUS 233), and the two that appear to be "up and running" so far this semester (BUS 112 and BUS 260) I find three areas in which changes could be made that would benefit our students.

First, in all of these courses, you have lumped together many different assignments that are all due on the same date. For example, in BUS 112, all assignments for Chapters 1, 2, and 3 are due one month into the semester, on February 16. All assignments for Chapters 4, 5, and 9 are due a month later, on March 19. All assignments for Chapters 10, 11, 16, and 25 are due a month after that, on April 16. Clumping all of these assignments together in this way encourages students to wait until the last minute before they begin to get to work. It also means that we cannot tell which students are getting into trouble until so late in the semester that it may be too late to help them. You tell the students that if they have not participated in Phase One of your Blackboard courses, you will withdraw them. That's fine, but if you don't require work from them prior to the very end of Phase One, we have no advanced warning as to which students might be in trouble, and so there's nothing you, or Rob, or Sonya can do to help them. Please revise your courses so that you have a separate due date for each chapter assignment, with a new assignment due every couple of weeks throughout the semester. They should be able to keep up better that way, and if they don't, we'll know it earlier and can take appropriate preventative action. And please get the students to begin submitting work to you for your assessment before the end of this month. If at that point you find some students not participating, or turning in sub-standard work, please notify Rob and Sonya of the names of the students and their problems, so they can get on it and see what they can do to help.

Second, you have apparently ended all three of these courses too early. BUS 112, BUS 234, BUS 241, and BUS 260 are all scheduled to run until April 26, the last day of classes in the Spring Semester 2004. Your syllabus for BUS 112 and BUS 260 indicate that students must complete their final assignments on April 16, ten days before the close of the semester. Unless you have authorization from the Dean of Instruction's office for a change of schedule, you need to follow the academic schedule in all of your instruction, including the Blackboard courses. You cannot require the students to finish their courses in advance of the scheduled course completion date. You must give them all of the time allowed by the academic schedule to finish their course.

Third, you are under-utilizing several Blackboard features that could make your courses more "user friendly" to your students. It looks to me like you communicate with your students mostly one-on-one, whether in person, or by telephone, or by non-Blackboard e-mail. Such communication is great, but if one student asks a question or has a problem, it's often the case that several others are struggling with the same thing. In your syllabus, you emphasize that you will NOT use the Blackboard Chat Room or Discussion Board. Please reconsider! It would help to have regular Blackboard discussions in each of your classes, and possibly to arrange for some activities in which your students can use Blackboard to work together in small groups. The students need to feel that they are part of a group, that they're not alone as they work their way through these courses, and having the chance to interact with one another and with you, as a group, could help keep them going.


Exhibit 33
page 1 of 3



Please think about ways that you could use Blackboard to enrich your instruction and provide more support for the students, in hopes that more of them will have a successful Spring Semester 2004. Rob Carrillo has many good ideas that he's sent out to all instructors at the beginning of the semester. Feel free to use him as a resource as you work on your Blackboard courses for Spring.

-- John

Dean of Instruction
Ilisagvik College

EXHIBIT AB
PAGE 124

20280
Wade v. Ilisagvik College

Exhibit 33
page 2 of 3

1/26/2006

## John Tuthill

**From:** John Tuthill
**Sent:** Tuesday, January 20, 2004 6:46 PM
**To:** Bobbi Wade
**Subject:** Registration for A██ U████████

Bobbi –

Under ordinary circumstances, I am happy to approve requests for Individual Study, but I cannot approve your request for A██ U████████ to take Time Management and Record Keeping for Business as independent studies. The last 23 credits Ms. U████████ has received from Ilisagvik have been with you as the instructor. For a student to receive so much instruction from her grandmother is troubling enough. It's even more troubling to note that for much of this time Ms. U████████ has been living in Tennessee, and you have been claiming her as a dependent for purposes of Ilisagvik College tuition waiver. Thus far, the College has waived over $2000 in tuition for her.

I have no problem with Ms. U████████ continuing her education at Ilisagvik College, even while she resides in Tennessee, but she should do it via regularly scheduled distance education courses in which she is part of a class. For you to spend your instructional time providing one-on-one courses to your grand-daughter in Tennessee falls well outside the parameters of the mission of Ilisagvik College.

I am likewise uncomfortable with the idea of her "testing out" of IT-110. If she receives credit for a comparable course at an accredited institution in Tennessee, we can transfer that credit to her degree program here, but we must avoid any appearance of favoritism or other improprieties by giving special treatment to your grand-daughter.

— John

Dean of Instruction
Ilisagvik College

Exhibit 33
page 3 of 3.
EXHIBIT AB
PAGE 125



*Issues Concerning Bobbi Wade*

1) Our accreditation standards require that "the institution employs professionally qualified faculty...." Bobbi's academic preparation is primarily in English and educational administration. She does not have a solid academic background in the academic business courses she teaches at our college.

2) Bobbi's teaching performance has been very disappointing this academic year. I have received numerous complaints from students who have found her unhelpful, and sometimes even insulting. The rate of student success in her Blackboard courses was especially low: only 10 of the 44 students enrolled in Bobbi's Blackboard courses received credit for their work last semester (a total of 23%). 25 of Bobbi's 44 Blackboard students (57%) received a grade of "W."

3) Bobbi has been resistant to changing her style of teaching on Blackboard. At the beginning of the semester, I gave her a series of specific directions for what she needed to do differently in order to support our students better. She is doing some of what I directed; most she is not.

4) Bobbi is resisting my efforts to administer those programs which she considers "hers." While complaining of her heavy teaching load, she has opposed my efforts to recruit new adjunct instructors to pick up some of the load. She is openly hostile to the adjunct instructor who is currently teaching BUS 109 (Business English), even to the point of advising students not to take this or any class under this instructor.

5) She is showing poor professional judgment in other ways, such as her recent petition to teach two independent study courses for her grand-daughter, who lives in Tennessee, and whom Bobbi claims as a dependent for College tuition-waiver purposes. (Over $2000 in Ilisagvik tuition has been waived for this student in the past two years.)

EXHIBIT 34
page 1 of 1

June 21, 2004



Bobbi Wade
P.O. Box 1544
Barrow, Alaska  99723

Subject:    *Employment Offer*

Dear Ms. Wade:

I am pleased to offer you the position of Adult Basic Education (ABE) Instructor with Iḷisaġvik College.  This offer is extended to you in accordance with Section 3.4 of the Iḷisaġvik College Employee Handbook, which allows the College to fill any vacant position by transfer or promotion without posting the position vacancy or using standard hiring procedures.  The College has an urgent and immediate need to hire ABE instructors.  In my discretion as President, I have determined that offering this position to you fills a critical business need and is in the best interests of Iḷisaġvik College

This is a regular, full-time, non-faculty, exempt (not eligible for overtime) position that reports to the Director of Workforce Development.  You will be assigned to the Adult Basic Education Center at Iḷisaġvik College.  This position is subject to the policies and procedures of Iḷisaġvik College as set forth in the Board of Trustees Policies and Iḷisaġvik College Employee Handbook, department policies and the directives of your supervisor, whether oral or written.

Salary:  Your annual salary will be $55,000, paid in bi-weekly increments of $2,115.38, less applicable withholding.

Benefits:   Transferring employees continue to be eligible for company-provided health, dental, vision, and life insurance benefits.  All company-provided benefits are issued to the employee only.  If you would like to include your dependents on the provided plan, there will be an additional cost that can be payroll deducted.

Leave Benefits: You will earn personal leave at the rate of .8655 hour per regular day worked, including holidays and paid leave, which may be used in accordance with the Leave Policies contained in Section 12.1 of the Employee Handbook.

Public Employee Retirement System (PERS): If you accept this position, you will remain eligible to participate in PERS, the State of Alaska's retirement program.  Mandatory PERS contributions of 6.75% will be deducted from each paycheck.

Probationary Period: It is the policy of Iḷisaġvik College for all employees transferring to new positions to serve a minimum 180-day probationary period, which is designed for you and Iḷisaġvik College to review your qualifications and suitability for the position.

Your current employment contract with Iḷisaġvik College expires June 30, 2004.  If you accept this offer of employment and begin work on July 1, 2004, no break in service will occur.  Because of this short timeframe, and the College's critical business need to fill the vacant position, we must receive your acceptance of this offer, in writing, as soon as possible.  To be effective, your signed acceptance must be received in my office on or before 5:00 p.m. on June 29, 2004.  After that date and time, this offer becomes null and void.

I hope that you will accept this offer, and look forward to your continued service to Iḷisaġvik College.

Sincerely,                          ACCEPTED BY:                    DECLINED:

Edna Ahgeak MacLean, Ph.D.                                          *Bobbie J. Wade*  6-29-04
President                           Signature/Date                  Signature/Date

P.O. Box 749   Barrow, Alaska 99723   907-852-3333   Fax 907-852-2729

Exhibit _____
Page ___ of ___