# ILISAGVIK COLLEGE

### Before Hearing Officer Dr. Patrick J. O'Rourke

| | |
|---|---|
| In re: | ) |
| | ) |
| BOBBI J. WADE | ) |
| | ) |
| Informal Hearing | ) |
| | ) |

## NOTICE OF ERRATA

This Notice of Errata is provided to Hearing Officer O'Rourke and the parties following the informal hearing held on June 24, 2004 in Barrow, Alaska on the matter of the non-retention of Bobbi J. Wade ("Wade"). At the hearing, Ms. Wade objected to Exhibit 17 from the Ilisagvik College Administration (the "Administration" or the "College"). Exhibit 17 (copy attached) is a letter to Wade from Edna Ahgeak MacLean, Ph.D., President of Ilisagvik College, dated April 8, 2004. The letter waives the timeline for accepting Wade's appeal for resolution at Step 3 of the College's Grievance Procedure, designates a hearing officer and sets forth the procedures for the informal hearing. On the record at the informal hearing, Wade objected to the exhibit, stating that she had not seen the document prior to the hearing and that she was surprised that she would have an opportunity to provide oral testimony at the hearing.

Exhibit 17 contains a typed designation that the letter was hand delivered to Wade. The document does not contain a signed acknowledgement of receipt or any other confirmation that the letter was, in fact, personally delivered to Wade. The College can

find no verification that Exhibit 17 was delivered to Wade personally or by courier. Accordingly, the Administration concedes that Exhibit 17 was not hand delivered to Wade as indicated on the face of the document.

However, even if Exhibit 17 was not hand delivered to Wade, the record contains numerous references to the June 24 meeting as a "informal hearing." (See Administration's Exhibit 18, 19 and 20.) It is reasonable to deduce from these references and the grievance procedure that an informal hearing would involve oral presentation by the parties. Further Ms. Wade is entitled only to an opportunity to be heard on the matter of her nonretention. She was provided that opportunity.

That being said, the Ilisagvik College Administration has no objection to allowing Ms. Wade a limited period of time to submit additional documentary evidence or a telephonic opportunity for oral presentation in response to the Administration's materials and oral presentation.

DATED this 30th day of June, 2004, at Anchorage, Alaska.

*Cheryl McKay*
Cheryl L. McKay
Attorney for Ilisagvik College Administration

Address:   Landye Bennett Blumstein LLP
           701 W. Eighth Avenue, Suite 1200
           Anchorage, AK 99501
           cherylm@lbblawyers.com



| | | |
|---|---|---|
| J. DAVID BENNETT, P C. ‡ | KARNA R. GUSTAFSON¦ | CYNTHIA M. COOPER |
| DAVID L BLOUNT, P C * | ROBERT B HOPKINS, P.C.* | CHERYL L. MCKAY |
| PHILIP BLUMSTEIN, P C | ROBERT H. HUME, JR., INC † | DAIN PAULSON* |
| DAVID S CASE, P C | JODEE K KELLY^ | KYLE SCIUCHETTI‡ |
| MITCHEL R COHEN, P.C.* | THOMAS M. LANDYE, P C.* | CINDY THOMAS |
| STUART K. COHEN, P.C.* | JEFFREY S MUTNICK, P C.* | J D WILLIAMS* |
| JAMES S CRANE, P C † | GLEN PRICE, P.C. | |
| KIM DUNN, P.C | P STEPHEN RUSSELL III, P C.* | *OREGON STATE BAR |
| DAVID N GOULDER, P.C * | THANE W. TIENSON, P. C ‡ | †ALASKA AND OREGON STATE BARS |
| | RICHARD S YUGLER¦ | ‡WASHINGTON AND OREGON STATE BARS |
| | | ^IDAHO AND OREGON STATE BARS |
| | | ALL OTHERS ALASKA STATE BAR ONLY |

July 6, 2004

<u>VIA COURIER</u>

Ted Stepovich
Law Office of Ted Stepovich
841 I Street
Anchorage, AK 99501

    Re:    Ilisagvik College/Bobbi J. Wade
    Our File No.: 01737.015

Dear Mr. Stepovich:

    Enclosed is the administration's binder for the Faculty Grievance Hearing on June 24, 2004, along with a Notice of Errata.

    Please give me a call with any questions.

                      Very truly yours,

                      LANDYE BENNETT BLUMSTEIN LLP

                      Cheryl McKay

Enclosure:    Binder
                  Notice

M:\CLIENTS\01737 Ilisagvik College\015 Bobbie Wade Grievance\Ltr T Stepovich re exh-err 7-6-04 doc

25153
Wade v. Ilisagvik


Alaska:  701 West Eighth Ave., Suite 1200 • Anchorage, Alaska 99501 • Tel: 907 276-5152 • Fax: 907 276-8433
Oregon:  3500 Wells Fargo Center • 1300 SW Fifth Ave. • Portland, Oregon 97201 • Tel: 503 224-4100 • Fax: 503 224-4133

