EEOC Form 212-A (3/98)

## U.S. Equal Employment Opportunity Commission

TO: Alaska State Commission For Human Rights
800 A Street
Suite 204
Anchorage, AK 99501

Date: Feb 22, 2005

EEOC Charge No. 380-2004-03983

FEPA Charge No.

RECEIVED
HUMAN RIGHTS COMMISSION
MAR - 4 2005
DOCKET OFFICE

CHARGE TRANSMITTAL

SUBJECT:

__Bobbi Wade__ v. __ILISAGVIK COLLEGE__
Charging Party                Respondent

Transmitted herewith is a charge of employment discrimination initially received by the:

[X] EEOC   [ ] _____ on Feb 22, 2005
                  Name of FEPA                Date of Receipt

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

[ ] Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

[ ] The worksharing agreement does not determine which agency is to initially investigate the charge.

[ ] EEOC requests a waiver          [ ] FEPA waives

[ ] No waiver requested              [ ] FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

Typed Name of EEOC or FEPA Official: Jeanette M. Leino
Signature/Initials: Jeanette M. Leino

__Bobbi Wade__ v. __ILISAGVIK COLLEGE__
Charging Party                Respondent

TO WHOM IT MAY CONCERN:

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

[ ] This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

[X] This will acknowledge receipt of the referenced charge and indicate this Agency's intention to ~~dismiss/close~~/not docket the charge for the following reasons:

Lack of Jurisdiction - untimely. The alleged date of harm is beyond ASCHR's 180-day timeframe for filing.

Typed Name of EEOC or FEPA Official: Paula M. Haley
Signature/Initials: [signature] for Paula M. Haley  03/09/05

TO: Seattle District Office
909 First Avenue
Suite 400
Seattle, WA 98104

Date: Feb 22, 2005

EEOC Charge No. 380-2004-03983

FEPA Charge No.

EXHIBIT 100 Wade

25323
Wade v. Ilisagvik College
EXHIBIT A Page 1 of 2

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 380-2004-03983 |

Alaska State Commission For Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Bobbi Wade | (615) 501-0014 | 11-27-1933 |

Street Address: 3705 Arctic Blvd. Box 1155 Anchorage, AK 99503

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ILISAGVIK COLLEGE | 15 - 100 | (907) 852-3333 |

Street Address: P O Box 749, Barrow, AK 99723

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-01-2003    Latest: 06-30-2004
☐ CONTINUING ACTION

PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed as Assistant Professor of Business Management from July 1, 2000, through June 30, 2004. Beginning on or about September 1, 2003, Dr. John Tuthill, newly hired Dean of Instruction, created a hostile work environment by refusing to approve my request for absence required for medical purposes, by reassigning my classes, taking away my responsibility as lead instructor with oversight of adjunct faculty, by refusing to act to stop defamatory, insulting and demeaning remarks made publicly about me by an adjunct faculty member who he favored, by repeatedly subjecting me to unwarranted criticism and by terminating my employment.

I believe that I was discriminated against because of my age, 70, in violation of the Age Discrimination in Employment Act of 1967, as amended (the ADEA), and retaliated against for opposing practices made unlawful by the ADEA.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 1/31/05    Charging Party Signature: Bobbi Wade

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

25324

EXHIBIT A
Wade v. Ilisagvik College
Page 2 of 2

Received SEDO FEB 22 2005