Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

BOBBI WADE,

Plaintiff,

v.

ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,

Defendants.

Case No. 3:05-cv-086-TMB

## PLAINTIFF'S RESPONSES TO DEFENDANTS' SEVENTH DISCOVERY REQUESTS

Plaintiff Bobbi Wade, by and through her attorneys Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, hereby submits her responses to Defendants' Seventh Discovery Requests to Plaintiff as follows:

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Please admit that your December 11, 2003 "Formal Grievance," document number 100197-100202, did not meet the requirements for a grievance as stated in the Ilisagvik College Employee Handbook.

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

EXHIBIT AE
Page 1 of 10

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 2:** Please admit that your December 11, 2003 "Formal Grievance" mentioned above was resolved by a meeting with John Tuthill, Pam Taylor and Diana Kennedy on December 19, 2003.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 3:** Please admit that your grievance dated February 29, 2004, document Number 100049-100052, was a separate grievance apart from your December 11, 2003 "Formal Grievance."

**RESPONSE:** Admit that February 29, 2004 grievance was new but that it incorporated many of the same issues from the December 11, 2003 grievance.

**REQUEST FOR ADMISSION NO. 4:** Please admit that from August – December 2003 that you did not have a serious health condition as defined by the Family and Medical Leave Act.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 5:** Please admit that you knew no later than August 6, 2003 that you planned to be in Tennessee during Ilisagvik's Fall Semester, 2003.

**RESPONSE:** Objection, unclear as to "be in" and therefore denied.

**REQUEST FOR ADMISSION NO. 6:** Please admit that you had a note from Dr. Celia Church dated August 7, 2003, Ilisagvik document number 25682, in your possession when you arrived in Barrow, Alaska, in August, 2003 to begin your teaching duties.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586



EXHIBIT AE
Page 2 of 10

May-16-07 01:38pm From-Clapp Peterson et al. 9072729586 T-989 P.003 F-188

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 7:** Please admit that all of the reasons for which you sought treatment from Dr. Celia Church were documented in her chart note dated August 6, 2003, Ilisagvik document Number 25308.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 8:** Please admit that none of the reasons you were seen by Dr. Church on August 6, 2003 required treatment outside of Barrow prior to the end of Ilisagvik's Fall, 2003 semester.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 9:** Please admit that on June 26, 2002, you were seen at Samuel Simmons [sic] Hospital Clinic for a right chest lesion that you reported as itchy and burning.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 10:** Please admit that at the June 26 visit the medical provider noted you sought a dermatology referral for the lesion..

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 11:** Please admit that you took no action from June 26, 2002 until October 6, 2003 to seek treatment for the right chest lesion.

**RESPONSE:** Deny. See June 26, 2002 note from Samuel Simmonds Memorial Hospital.

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586





May-16-07 01:36pm From-Clapp Peterson et al. 9072729586 T-989 P.004/011 F-188

**REQUEST FOR ADMISSION NO. 12:** Please admit that the Samuel Simmons [sic] Hospital record dated October 6, 2003, Ilisagvik document number 300016, contains all of the reasons for which you were seen in the Clinic..

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 13:** Please admit that all of the reasons for which you sought treatment at Samuel Simmons [sic] Hospital Clinic on October 24, 2003, Ilisagvik document number 26469, are documented in both chart notes.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 14:** Please admit that none of the reasons for which you were seen by Samuel Simmons Hospital Clinic on October 6, 2003, Ilisagvik document number 26470, and on October 24, 2003, Ilisagvik document number 26469, required follow-up treatment before October 30, 2003.

**RESPONSE:** Denied, as Bobbi Wade later learned that she had skin cancer.

**REQUEST FOR ADMISSION NO. 15:** Please admit that the leave you intended to take when you returned to Barrow in August, 2003 was foreseeable by you and by your doctor no later than August 6, 2003.

**RESPONSE:** Deny to the extent that the word "foreseeable" is used. The need for medical leave was "known" when Dr. Church drafted the note.

**REQUEST FOR ADMISSION NO. 16:** Please admit that when you returned to your teaching duties at Ilisagvik College in August, 2003 that Dr. John Tuthill was your immediate supervisor.

**RESPONSE:** Admit.

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586



EXHIBIT AE
Page 4 of 10

May-18-07 01:38pm From-Clapp Peterson et al. 9072729586 T-989 P.005/011 F-188

**REQUEST FOR ADMISSION NO. 17:** Please admit you made no attempt to inform Dr. Tuthill or any other administrative employee at Ilisagvik College of your intention to go to Tennessee during Ilisagvik's 2003 Fall Semester, at any time prior to the last week of September, 2003.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 18:** Please admit that as of the last week of September no medical provider had informed you that you needed medical treatment outside of Barrow that could not wait until the end of the Fall Semester, 2003.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 19:** Please admit that you made no effort to ask any of your doctors if medical treatment could wait until the end of the Fall, 2003 semester.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 20:** Please admit that you completed Course schedule change forms, Ilisagvik documents numbers 21384 and 21385 and informed the students in those classes of the changes without discussing them first with Dr. Tuthill and without first obtaining his permission for the course changes.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 21:** Please admit that you made no attempt to schedule your medical leave in a manner so as not to disrupt the operations of Ilisagvik College during the Fall Semester, 2003.

**RESPONSE:** Denied.

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586



EXHIBIT AE
Page of

May-16-07 01:36pm From-Clapp Peterson et al. 9072729586 T-989 P.006/011 F-188

**REQUEST FOR ADMISSION NO. 22:** Please admit that you made no attempt in the Fall, 2003 to obtain follow up medical treatment in Barrow or in Anchorage for any of the reasons you were seen by Dr. Church on August 6, 2003, or for any of the reasons you were seen in Barrow clinic of Samuel Simmons Hospital on October 6 and October 24, 2003.

**RESPONSE:** Objection, vague as to "follow up medical treatment." Admit that Bobbi Wade relied upon her doctor's note from August 6, 2003 advising her to "return as soon as possible for further medical workup with possible surgical treatment." Deny all other inferences.

**REQUEST FOR ADMISSION NO. 23:** Please admit that in 2003, rather than traveling to Tennessee to obtain follow up medical treatment, you could have obtained follow up medical treatment for your in situ squamous cell carcinoma in Barrow, Alaska.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 24:** Please admit that in 2003, rather than traveling to Tennessee to obtain follow up medical treatment, you could have obtained follow up medical treatment for your in situ squamous cell carcinoma in Anchorage, Alaska.

**RESPONSE:** No information regarding proper follow up treatment in Anchorage was provided to Bobbi Wade by her doctor, therefore the admission is denied.

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

**REQUEST FOR ADMISSION NO. 25:** Please admit that in 2003 you could have safely waited until the December semester break to obtain follow up medical treatment for your in situ squamous cell carcinoma.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 26:** Please admit that in the Fall 2003 semester you were absent from Ilisagvik College on medical leave, and therefore Dr. Tuthill assigned Business English Module C and Business Math Module C to other instructors, Aimee Valenti and Tim Carlson..

**RESPONSE:** Objection, vague as to time Bobbi Wade was "absent." Admit Bobbi Wade went on medical leave from November 12, 2003 to November 26, 2003 and that John Tuthill assigned Business English Module C and Business Math Module C to other instructors, Aimee Valenti and Tim Carlson and thereafter refused to properly re-instate Bobbi Wade.

**REQUEST FOR ADMISSION NO. 27:** Please admit that in the Fall 2003 semester you did not have a right to be compensated for Business English Module C and Business Math Module C because you did not teach Business English Module C and Business Math Module C.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 28:** Please admit that by email from Dr. John Tuthill dated October 9, 2003, Ilisagvik, document number 21559, Dr. Tuthill asked you in writing to provide certification from your medical provider that your leave could not wait until the end of the semester.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586



EXHIBIT AE
Page 7 of 10

May-18-07 01:36pm From-Clapp Peterson et al. 9072729586 T-989 P.008/011 F-188

**RESPONSE:** Denied, John Tuthill asked for notification, not certification.

**REQUEST FOR ADMISSION NO. 29:** Please admit that you never provided this certification to Dr. Tuthill or to anyone at the college.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 30:** Please admit that rather than provide the certification requested by Ilisagvik College in Dr. Tuthill's email dated October 9, 2003, you withdrew your request to take leave, by email dated October 9, 2003, Ilisagvik document number 21394.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 31:** Please admit that on or about October 20, 2003 you submitted a request to take leave on December 11-19, 2003.

**RESPONSE:** Admit that on October 20, 2003, John Tuthill denied a leave request submitted by Bobbi Wade for which she sought medical treatment in December 2003.

**REQUEST FOR ADMISSION NO. 32:** Please admit that prior to October 30, 2003, no medical provider had informed you that you had in situ squamous cell carcinoma.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 33:** Please admit that in the Fall 2003 semester you never signed an added duties contract with Ilisagvik College to teach Business English Model C and Business Math Module C.

Clapp, Peterson, [illegible], Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586





May-16-07 01:37pm From-Clapp Peterson et al. 9072729586

**RESPONSE:** Admit that Business English Model C and Business Math Module C were assigned by the College as part of Bobbi Wade's regularly scheduled 12 hours of class credits.

**INTERROGATORIES**

**INTERROGATORY NO. 1:** To the extent your answer to any of the interrogatories mentioned above is anything but an unqualified admission please state in detail the factual basis for your denial or partial denial.

**ANSWER:** Objection, overbroad. This Interrogatory, along with its implied subparts, violates Fed. R. Civ. P. 33 and the number of interrogatories allowed each party. But see individual answer.

**INTERROGATORY NO. 2:** Please identify with particularity and by document number any documents that support a denial or partial denial to the requests for admission above.

**ANSWER:** Objection, overbroad. This Interrogatory, along with its implied subparts, violates Fed. R. Civ. P. 33 and the number of interrogatories allowed each party. See individual answer.

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska this 16 day of May 2007.

CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

By: Linda J. Johnson, #8911070

Certificate of Service

I certify that a copy of this document was ☐ mailed, ☒ faxed, ☐ hand delivered on May 16, 2007, to the following:

Cynthia Ducey, Esq.
Delaney, Wiles, Hayes et al.
1007 West 3rd Avenue, Ste 400
Anchorage, AK 99501

By: Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586



May-16-07 01:37pm From-Clapp Peterson et al. 9072729586 T-989 P.011/011 F-188