

**Direct Deposit Earnings Statement**
DD117786

| Pay Date | Start Period | End Period |
|---|---|---|
| 10/24/2003 | 10/4/2003 | 10/17/2003 |

### Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| SALARY | $75,477.00 | 75.00 | $2,902.96 |
| Totals | | 75.00 | $2,902.96 |

### Taxes

| Code | Amount | Year to Date |
|---|---|---|
| FICA | | |
| Med | $42.09 | $1,100.04 |
| SS | $179.99 | $4,703.64 |
| Federal | $499.64 | $14,263.12 |
| State | | |
| Local | | |
| ESC | | $133.51 |
| Total | $721.72 | |

### Payroll Deductions

| Code | Amount | Year to Date |
|---|---|---|
| PERS | $195.95 | $5,120.90 |
| VLIFE1 | $23.72 | $474.40 |
| Total | $219.67 | |

### Payroll Benefits

| Code | Amount | Year to Date |
|---|---|---|
| LIFE2 | $4.42 | $107.11 |
| MED2 | $250.00 | $5,500.00 |
| PERSER | $159.08 | $5,599.72 |
| Total | $413.50 | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $1,961.57 |
| Net wages YTD | $46,525.61 |
| Gross wages YTD | $75,865.12 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| 064000046 | 7020539065 | $1,961.57 |

### Miscellaneous

| | |
|---|---|
| Employee ID | WAD01 |
| Employee SSN | 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 |
| Vacation Available | 90.00 |
| Sick Time Available | 4.82 |

Employee:

BOBBI J. WADE
P.O. BOX 1544

BARROW    AK    99723

Employer:

Ilisagvik College

200103

EXHIBIT AF
Page 1 of 6

**ILISAGVIK COLLEGE**

**Direct Deposit Earnings Statement**
DD117868

| Pay Date | Start Period | End Period |
|---|---|---|
| 11/7/2003 | 10/18/2003 | 10/31/2003 |

### Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| SALARY | $75,477.00 | 75.00 | $2,902.96 |
| Totals | | 75.00 | $2,902.96 |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FICA | | |
| Med | $42.10 | $1,142.14 |
| SS | $179.98 | $4,883.62 |
| Federal | $499.64 | $14,762.76 |
| State | | |
| Local | | |
| ESC | | $133.51 |
| Total | $721.72 | |

### Payroll Deductions

| Code | Amount | Year To Date |
|---|---|---|
| PERS | $195.95 | $5,316.85 |
| VLIFE1 | $23.72 | $498.12 |
| Total | $219.67 | |

### Payroll Benefits

| Code | Amount | Year To Date |
|---|---|---|
| LIFE2 | $4.42 | $111.53 |
| MED2 | $250.00 | $5,750.00 |
| PERSER | $159.08 | $5,758.80 |
| Total | $413.50 | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $1,961.57 |
| Net wages YTD | $48,487.18 |
| Gross wages YTD | $78,768.08 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| 064000046 | 7020539065 | $1,961.57 |

### Miscellaneous

| | |
|---|---|
| Employee ID | WAD01 |
| Employee SSN | 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 |
| Vacation Available | 90.00 |
| Sick Time Available | 6.55 |

Employee:

BOBBI J. WADE
P.O. BOX 1544

BARROW    AK    99723

Employer:

Ilisagvik College

200104

EXHIBIT A F
Page 2 of 6



**Direct Deposit Earnings Statement**
DD117952

| Pay Date | Start Period | End Period |
|---|---|---|
| 11/21/2003 | 11/1/2003 | 11/14/2003 |

### Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| ADD1 | $4,500.00 | | $4,500.00 |
| FACLEA | $38.70 | 22.50 | $870.89 |
| SALARY | $38.70 | 52.50 | $2,032.07 |
| Totals | | 75.00 | $7,402.96 |

### Taxes

| Code | Amount | Year to Date |
|---|---|---|
| FICA | | |
| Med | $107.34 | $1,249.48 |
| SS | $458.98 | $5,342.60 |
| Federal | $1,632.63 | $16,395.39 |
| State | | |
| Local | | |
| ESC | | $133.51 |
| Total | $2,198.95 | |

### Payroll Deductions

| Code | Amount | Year to Date |
|---|---|---|
| PERS | $499.70 | $5,816.55 |
| VLIFE1 | $23.72 | $521.84 |
| Total | $523.42 | |

### Payroll Benefits

| Code | Amount | Year to Date |
|---|---|---|
| LIFE2 | $4.42 | $115.95 |
| MED2 | $250.00 | $6,000.00 |
| PERSER | $405.68 | $6,164.48 |
| Total | $660.10 | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $4,680.59 |
| Net wages YTD | $53,167.77 |
| Gross wages YTD | $86,171.04 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| 064000046 | 7020539065 | $4,680.59 |

### Miscellaneous

| | |
|---|---|
| Employee ID | WAD01 |
| Employee SSN | 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 |
| Vacation Available | 67.50 |
| Sick Time Available | 8.23 |

Employee:

BOBBI J. WADE
P.O. BOX 1544

BARROW        AK    99723

Employer:

Ilisagvik College

200105

Exhibit AE
Page 3 of 6



**Direct Deposit Earnings Statement**
DD118035

| Pay Date | Period Beginning | Period Ending |
|---|---|---|
| 12/04/2003 | 11/15/2003 | 11/28/2003 |

### Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| ADD1 | $4,500.00 | | $4,500.00 |
| FACLEA | $38.70 | 60.00 | $2,322.37 |
| SALARY | $38.70 | 15.00 | $580.59 |
| Totals | | 75.00 | $7,402.96 |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FICA | | |
| Med | $107.34 | $1,356.82 |
| SS | $51.40 | $5,394.00 |
| Federal | $1,632.63 | $18,028.02 |
| State | | |
| Local | | |
| ESC | | $133.51 |
| Total | $1,791.37 | |

### Payroll Deductions

| Code | Amount | Year To Date |
|---|---|---|
| PERS | $499.70 | $6,316.25 |
| VLIFE1 | $23.72 | $545.56 |
| Total | $523.42 | |

### Payroll Benefits

| Code | Amount | Year To Date |
|---|---|---|
| LIFE2 | $4.42 | $120.37 |
| MED2 | $250.00 | $6,250.00 |
| PERSER | $405.68 | $6,570.16 |
| Total | $660.10 | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $5,088.17 |
| Net wages YTD | $58,255.94 |
| Gross wages YTD | $93,574.00 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| 064000046 | 7020539065 | $5,088.17 |

### Miscellaneous

| | |
|---|---|
| Employee ID | WAD01 |
| Employee SSN | 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 |
| Vacation Available | 7.50 |
| Sick Time Available | 10.01 |

Employee:

BOBBI J. WADE
P.O. BOX 1544

BARROW    AK    99723

Employer:

Ilisagvik College

200114

Exhibit AF
Page 4 of 6



## Direct Deposit Earnings Statement
DD118120

| Pay Date | Pay Period | | |
|---|---|---|---|
| 12/19/2003 | 11/29/2003 | | 12/12/2003 |

### Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| SALARY | $75,477.00 | 75.00 | $2,902.96 |
| Totals | | 75.00 | $2,902.96 |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FICA | | |
| Med | $42.10 | $1,398.92 |
| SS | | $5,394.00 |
| Federal | $499.64 | $18,527.66 |
| State | | |
| Local | | |
| ESC | | $133.51 |
| Total | $541.74 | |

### Payroll Deductions

| Code | Amount | Year To Date |
|---|---|---|
| PERS | $195.95 | $6,512.20 |
| VDIS2 | $31.94 | $31.94 |
| VLIFE1 | $23.72 | $569.28 |
| Total | $251.61 | |

### Payroll Benefits

| Code | Amount | Year To Date |
|---|---|---|
| LIFE2 | $2.99 | $123.36 |
| MED2 | $250.00 | $6,500.00 |
| PERSER | $159.08 | $6,729.24 |
| Total | $412.07 | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $2,109.61 |
| Net wages YTD | $60,365.55 |
| Gross wages YTD | $96,476.96 |

### Direct Deposit Information

| Bank | Account | | Amount |
|---|---|---|---|
| 064000046 | 7020539065 | | $2,109.61 |

### Miscellaneous

| | |
|---|---|
| Employee ID | WAD01 |
| Employee SSN | 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 |
| Vacation Available | 7.50 |
| Sick Time Available | 11.74 |

Employee:

BOBBI J. WADE
P.O. BOX 1544

BARROW            AK    99723

Employer:

Ilisagvik College

200117



| | | | | Direct Deposit Earnings Statement |||
|---|---|---|---|---|---|---|
| | | | | DD118203 |||
| | | | | 01/02/2004 | 12/13/2003 | 12/26/2003 |
| Earnings |||| Taxes |||
| SALARY | $75,477.00 | 75.00 | $2,902.96 | FICA | | |
| | | | | Med | $42.09 | $42.09 |
| | | | | SS | $179.98 | $179.98 |
| | | | | Federal | $499.64 | $499.64 |
| | | | | State | | |
| | | | | Local | | |
| | | | | ESC | $13.34 | $13.34 |
| Totals | | 75.00 | $2,902.96 | Total | $735.05 | |
| Payroll Deductions |||| Payroll Benefits |||
| PERS | $195.95 | | $195.95 | LIFE2 | $2.99 | $2.99 |
| VDIS2 | $15.97 | | $15.97 | MED2 | $250.00 | $250.00 |
| VLIFE1 | $23.72 | | $23.72 | PERSER | $159.08 | $159.08 |
| | | | | Total | $412.07 | |
| | | | | Wage Amounts |||
| | | | | Net wages/period | | $1,932.27 |
| | | | | Net wages YTD | | $1,932.27 |
| | | | | Gross wages YTD | | $2,902.96 |
| Total | $235.64 | | | | | |
| Direct Deposit Information |||| Miscellaneous |||
| 064000046 | 7020539065 | | $1,932.27 | Employee ID | WAD01 ||
| | | | | Employee SSN | 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 ||
| | | | | Vacation Available | | 7.50 |
| | | | | Sick Time Available | | 13.47 |

Employee:

BOBBI J. WADE
P.O. BOX 1544

BARROW          AK   99723

Employer:

Ilisagvik College

200036

AF
6 of 6