HR COPY

**Ilisaġvik College**
**Added Duties Agreement**
**FY 2001-2002**

This agreement is between Ilisaġvik College (COLLEGE) and Wade, Bobbi (EMPLOYEE). The COLLEGE and the EMPLOYEE mutually agree as follows:

*1. Duties..* EMPLOYEE shall perform the duties of (Instructor) for (BUS 201 Economic History of the North Slope).

*2. Term.* The term of this Agreement is (September 5th) through (December 19th).

*3. Compensation.* The compensation for these duties shall be $1,500 per credit. This course is (3) credits. The total compensation for completion of this agreement is ($4500.00). This compensation is in addition to EMPLOYEE's regular salary and payable only through payroll. The COLLEGE reserves the right to recover all or part of this compensation should EMPLOYEE's regular instructional load fall under the minimum required in the standard faculty contract. The amount to be recovered shall be determined by multiplying the number of credits from this course needed to meet the faculty member's regular instructional obligation.

*4. Payroll Deductions.* EMPLOYEE authorizes the COLLEGE to make payroll deductions as required by law as well as deductions for the Public Employee's Retirement System.

*5. Termination.* The COLLEGE, may terminate this agreement without compensation to EMPLOYEE, for cause as defined in the Ilisaġvik College Board of Trustees policies, including insufficient enrollment or cancellation of this course.

*6. Final Payment.* The COLLEGE may withhold EMPLOYEE's compensation for these duties pending submission of summaries, statistics, documents, or forms. COLLEGE shall issue final payment on the first payday occurring no fewer than 10 days after the proper and verified submission of all summaries, statistics, documents and forms.

*7. Interpretation and Venue.* This agreement shall be interpreted according to the laws of the State of Alaska. Venue for any action brought to this contract shall be Barrow, Alaska. In the event any provision of this contract is found by a court of competent jurisdiction to be invalid, such provision shall be stricken and the remainder of the contract shall remain in full force and effect. The language of this contract shall not be construed for or against either party, but simply according to its fair meaning.

*8. Modification.* This contract is the full and complete agreement between the parties. Modification of the contract may only be in writing if signed by the President of the COLLEGE and EMPLOYEE. Any oral agreement between the parties shall be null and void.

I HEREBY ACCEPT THIS AGREEMENT AND THE CONDITIONS HEREIN:

9/21/01
Date

Bobbi J. Wade
Employee's Signature

THIS AGREEMENT IS HEREBY APPROVED AND ACCEPTED ON BEHALF OF THE COLLEGE:

9-24-01
Date

J.J. Will
Dean of Academic Affairs

20406
Wade v. Ilisagvik College

EXHIBIT A6
Page 1 of 17

# Introduction to Business

## BUS 100 – 3 CREDITS

### Spring 2002

**Instructor: Bobbi Wade**

**Phone:** 852-1731

**Office Hours: AS POSTED AT NARL BUILDING # 58, Room 108**

**Email :** bobbi.wade@ilisagvik.cc

**Class Days & Times:** Tuesday & Thursday, 3:30 – 5:00 pm

**Class Duration:** 1/10 – 4/25/02

**Location:** Bldg. #58, Room 201

**Text:** Understanding Business, By William Nickels, James McHugh And Susan McHugh

## Course Description:

This course introduces students to the different forms of business organizations and structures, major business functions, management marketing, human resources, economics, labor relations and finance. Opportunities and requirements for professional business careers are also covered.

## Course Objectives:

When you successfully complete this course, you should have developed competency in the following:

| | |
|---|---|
| • Fundamentals of business production, finance, management and marketing<br>• Considerations and tools used in business planning<br>• Roles the business and entrepreneurs have in society<br><br>• Career opportunities in private business and public administration | • Primary forms of business ownership and l within the private enterprise system<br>• Steps in creating a business plan and starti<br>• Resources available for North Slope reside development<br><br>• How business operate within the private e |

20510
Wade v. Ilisagvik College

EXHIBIT 46
Page 2 of 17

## Teaching Methods:

The objectives of this course will be accomplished using a combination of any of the following:

- o  Classroom lectures and discussion
- o  Videos with discussion periods
- o  Class handouts
- o  Overhead transparencies

## Course Requirements:

To successfully accomplish the objective of this course, the student has the following responsibilities:

- o  Attend all class sessions on time and participate in discussions as appropriate
- o  Complete homework assignments on time and as specified
- o  Read the appropriate material as assigned
- o  Conduct any required research appropriate for completion of assignments

## Grading System:

Attendance and participation        20%

Homework assignments        40% *20%*

Tests        40% *60*

## Final grades will be based on a percentage basis as follows:

**90 – 100%        A**

Indicates exceptional quality, originality, independent work, a through mastery of the subject, and the        completion of more work than is required.

**80 – 89%        B**

Indicates outstanding ability above the average level of performance.

**70 – 79%        C**

Indicates a satisfactory or average level of performance.

**60 – 69%        D**

Indicates work of below average quality and performance. This is the lowest passing grade.

**Below 60%        F**

Indicates unacceptable work and performance. All "F" grades, including those earned in pass/fail courses, are included in GPA calculations.

## General Information:

Students will be responsible for the material covered in class, which could include lecture, discussions, videos, guest speakers, etc. Tests will generally be given at the start of class and will not be taken at any other time except for scheduled make-up tests, so it is important to be prepared and on time. Homework assignments must be neatly written on white 8 ½ x 11-inch paper unless otherwise specified and will not be accepted late. Exceptions can be made for excused absences, which means notification of the instructor prior to the missed class.

Homework will be assigned on a regular basis for completion. Specifics of each assignment will be discussed and explained in detail during class. All required resources should be available in Barrow or through the Internet. Students should plan to spend approximately 2 hours outside of class for every hour in class in preparation, studying, research, completion of homework, etc. The successful completion of this course includes the involvement of the instructor and students. Each student's success is important to Ilisagvik College and to me.

Any students who experience unforeseen circumstances, which impairs their ability to attend class or complete the work should contact the instructor as soon as possible to discuss their options. If any student has a concern with the course or the instructor, please discuss this with the instructor immediately to resolve any misunderstandings or miscommunications as outlined in the Student Handbook. As a courtesy to others, the use of tobacco products is not permitted in the classroom. Please discard any unwanted personal items appropriately.

This course syllabus is open for discussion and may be adjusted. Any changes will be announced in class.

## Class Schedule

### Introduction:

Overview/Review of Syllabus, Using Career and Course Resources

Business Trends: Cultivating a Business in a Diverse, Global Environments

### Part 1: Business Trends: Cultivating a Business in Diverse, Global Environments

Chapter 1:    Exploring Trends in Dynamic Business

Chapter 2:    Understanding Global and Domestic Economics

Chapter 3:    Competing in Global Markets

### Part 2: Business Ownership: Starting a Small Business

Chapter 5:    Owning a Business

Chapter 6:    Entrepreneurship and the Challenge of Starting a Small Business

20512
Wade v. Ilisagvik College

EXHIBIT A6
Page 4 of 17

# PRINCIPLES OF ACCOUNTING II
## Syllabus

Title and Designation: Principles of Accounting II, BUS 111
Semester: Spring 2002
Credits: 3

## Meeting Information
Days: Tuesday and Thursday
Time: 12-1:30p.m.
Dates: 1/10/2002 to 4/25/2002
Location: NARL Building #58, Room #201

## Instructor Information
Name: Bobbi J. Wade, Assistant Professor of Business Management
Office Location: NARL Building #58, Office #203
Contact Phone Numbers: 852-1731 (work), 852-3632 (home)
E-mail address: bobbi.wade@ilisagvik.cc
Fax: 852-1828

Text and Materials: *College Accounting* 7th *ed.* by Brock, Haddock and Price
The instructor may also provide supplementary materials.

Course Prerequisites: Successful completion of Principles of Accounting I, or permission of instructor

Course Description: The intent of this course is to provide basic instruction in accounting principles. It is designed to teach workers to be competent problem solvers when applying the necessary accounting skills needed to perform all steps in the accounting cycle.

## Course Objectives and Student Outcomes
Upon successful completion of this course the student will be able to:
- organize accounting information according to generally accepted accounting principles (GAAP)
- communicate articulately using vocabulary specific to accounting
- apply computer technology to accounting problem solving
- use skills that apply to a cooperative work environment, such as how to listen, respond, agree, disagree, clarify, encourage and evaluate.
- resolve accounting problems
- accurately maintain an accounting project over an extended time period
- apply the generally accepted accounting principles of the accounting cycle to both corporate and private businesses in service and/or merchandise industries.
- manage an accounting system through the entire accounting cycle from the recording of original entries to the preparation and reporting of financial information.

## Teaching Methods
The objectives of this course will be accomplished using a combination of any of the following:
- classroom lectures and discussions
- practice exercises (group and individual)
- class handouts
- homework
- question – answer

1

20482
Wade v. Ilisagvik College

EXHIBIT A6
Page 5 of 17




**Student Performance Evaluation:** To successfully accomplish the objectives of this course, the student has the following responsibilities:

- Attend all class sessions on time and participate in discussions as appropriate
- Complete homework assignments on time and as specified
- Read the appropriate material and prepare for each test

A student's final grade will be based upon the factors cited below.

- Homework and/or practice exercises – 40%
- Tests (3) – 40%
- Class attendance and participation – 20%

Grades:
| | | |
|---|---|---|
| 90% or better | = | A |
| 80% to 89% | = | B |
| 70% to 79% | = | C |
| 60% to 69% | = | D |
| 59% and below | = | F |

**General Information:**

Students will be responsible for the material covered in class and homework assignments. The quizzes will be both announced and unannounced, so attendance is vital, as make-up quizzes will not be offered. However, exceptions can be made for excused absences, which means notification of the instructor prior to the missed class.

Students should plan to spend approximately 2 hours outside of class for every hour in class in preparation, studying, and completion of homework. This will include working through assigned problems from the book as well as additional projects that may require the use of a computer and a team effort.

Any student who experiences unforeseen circumstances which impairs his/her ability to attend class or complete the work should contact the instructor as soon as possible to discuss possible options

This course syllabus is open for discussion and may be adjusted. Any changes will be announced in class.

## Class Schedule

| Date | Topic | Class Activity | Homework |
|---|---|---|---|
| Jan 10 | Introduction Review: Chapters 1-6 | Start: Mini-Practice Set 1 (Pages 174-176) | Read Chapter 7 (Pages 178-211) |
| | Chapter 7 – Sales and Accounts Receivable | | Challenge Problem Pages 226-228 |
| | Chapter 7 (continued) | Mini-Practice Set 1 Due | Read Chapter 8 (Pages 229-247) |
| | Chapter 8 | | Problems 8-1A, 8-2A & 8-3B |
| | Chapter 8 (continued) | | Read Chapter 9 (Pages 264-303) |
| | Chapter 9 | | Critical Thinking Problem Pages 329 & 330 |
| | Chapter 9 (continued) | | Read Chapter 10 (Pages 332-357) |

20483

Wade v. Ilisagvik College

| | | | |
|---|---|---|---|
| | Chapter 10 | | Challenge Problem Pages 367 & 368 |
| | Chapter 10 (continued) | Test #1 | Read Chapters 11 (Pages 369-394) |
| | Chapter 11 | | Read Chapters 12 (Pages 409-430) |
| | Chapter 12 | | Read Chapter 13 Pages 449-472) |
| | Chapter 13 | Start: Mini-Practice Set 2 (Pages 491-496) | Read Chapter 14 (Pages 499-513) |
| | Chapter 14 | Mini-Practice Set 2 Due | Read Chapter 15 (Pages 529-542) |
| | Chapter 15 | | Read Chapter 16 (Pages 554-575) |
| | Chapter 16 | | Challenge Problem Pages 583 & 584 |
| | Chapter 17 | | Read Chapter 17 (Pages 585-598) |
| | Chapter 18 | Test #2 | Read Chapter 18 (Pages 608-627) |
| | Chapter 19 | | Read Chapter 19 (Pages642-669) |
| | Chapter 20 | | Challenge Problem Pages 684 & 685 |
| | Chapter 21 | | Read Chapter 20 (Pages 687-716) |
| | Chapter 22 | Start: Mini-Practice Set 3 | Read Chapter 21 (Pages 731-761) |
| | Chapter 22 (continued) | Mini-Practice Set 3 Due | Read Chapter 22 (Pages 778-799) |
| | Chapter 23 | | Read Chapter 23 (Pages 817-835) |
| | Chapter 24 | Start: Mini-Practice Set 4 | Read Chapter 24 (Pages 853-876) |
| | Chapter 25 | | Read Chapter 25 (Pages 889-910) |
| 4/18 | Test #3 | Mini-Practice Set 4 Due | |

20484
Wade v. Ilisagvik College

EXHIBIT AG
Page ___ of ___

# Course Descriptions



Fall 2002

EXHIBIT A6
Page 8 of 17

| Dept | No | Sec | Course Title | Cr | Date | Days | Times | Location | Instructor | Site |
|---|---|---|---|---|---|---|---|---|---|---|
| BIOL | 104X B | 801 | Natural History of Alaska (n) Module B – Arctic Ecosystems and Community Relations | 1 | 10/29-12/10 | T,R | 2:30pm – 4:30pm | Hut 60, Rm 100 | McNeil | BRW |
| BIOL | 104X B | 811 | Natural History of Alaska (n) Module B – Arctic Ecosystems and Community Relations | 4 | | | | | McNeil | BRW |
| BIOL | 201 | 801 | Investigations in Human Biology (n) | 4 | 10/29-12/10 | | | | McNeil | BRW |

## BUSINESS

| Dept | No | Sec | Course Title | Cr | Date | Days | Times | Location | Instructor | Site |
|---|---|---|---|---|---|---|---|---|---|---|
| BUS | 100 | 80B | Introduction to Business | 3 | 8/28-12/18 | T,R | Contact Instructor Bobbi Wade M-R, 1:00pm – 3:00pm | Blackboard | Wade | BB |
| BUS | 105A | 801 | Business Math, A | | 8/29-10/3 | TR | 7:00pm-8:30pm | Hut 58 Rm 201 | Staff | BRW |
| BUS | 105B | 801 | Business Math, B | | 10/5-11/9 | TR | 7:00pm-8:30pm | Hut 58 Rm 201 | Staff | BRW |
| BUS | 105C | 801 | Business Math, C | | 11/14-12/12 | TR | 7:00pm-8:30pm | Hut 58 Rm 201 | Staff | BRW |

**BUS 109 - Open Entry - Open Exit**

| Dept | No | Sec | Course Title | Cr | Date | Days | Times | Location | Instructor | Site |
|---|---|---|---|---|---|---|---|---|---|---|
| BUS | 109A | 801 | Business English, A | 1 | 8/29-11/14 | T,R | 1:00pm – 3:00pm | Hut 60 Rm 208 | St. Vincent | BRW |
| BUS | 109B | 801 | Business English, B | 1 | 8/29-11/14 | T,R | 1:00pm – 3:00pm | Hut 60 Rm 208 | St. Vincent | BRW |
| BUS | 109C | 801 | Business English, C | 1 | 8/29-11/14 | T,R | 1:00pm – 3:00pm | Hut 60 Rm 208 | St. Vincent | BRW |
| BUS | 110 | 800 | Principles of Accounting I | 3 | 8/28-12/18 | | Contact Instructor Bobbi Wade M-R, 1:00pm – 3:00pm | Blackboard | Wade | TC |
| BUS | 112 | 801 | Principles of Economics | 3 | 8/28-12/18 | | Contact Instructor Bobbi Wade M-R, 1:00pm – 3:00pm | Blackboard | Wade | BB |
| BUS | 114 | 801 | Payroll Accounting | 3 | 10/23-12/18 | | Contact Instructor Bobbi Wade M-R, 1:00pm – 3:00pm | Blackboard | Staff | BRW |
| BUS | 154 | 80B | Introduction to Org Management | 3 | 8/28-12/18 | | Contact Instructor Bobbi Wade M-R, 1:00pm – 3:00pm | Blackboard | Wade | BB |
| BUS | 233 | 80B | Financial Management | 3 | 8/28-12/18 | | Contact Instructor Bobbi Wade M-R, 1:00pm – 3:00pm | Blackboard | Wade | BB |

35

EXHIBIT A G
Page 9 of 17

Apr 02 03 01:38p    ILISAGVIK COLLEGE    9072521828    PAGE 03    P.1
03/21/2003 20:39    907 821    ILISAGVIK COLLEGE

**Ilisagvik College**
**Added Duties Agreement**
**FY 2002-2003**

This agreement is between Ilisagvik College (COLLEGE) and Wade, Bobbi (EMPLOYEE). The COLLEGE and the EMPLOYEE mutually agree as follows:

**1. Duties.** EMPLOYEE shall perform the duties of (Instructor) for (Personal Finance BUS 102, Section 811).

**2. Term.** The term of this Agreement is (3/6/03) through (3/19/03).

**3. Compensation.** The compensation for these duties shall be $1,500 per credit. This course is One (1) credits. The total compensation for completion of this agreement is ($1500.00). This compensation is in addition to EMPLOYEE's regular salary and payable only through payroll. The COLLEGE reserves the right to recover all or part of this compensation should EMPLOYEE's regular instructional load fall under the minimum required in the standard faculty contract. The amount to be recovered shall be determined by multiplying the number of credits from this course needed to meet the faculty member's regular instructional obligation.

**4. Payroll Deductions.** EMPLOYEE authorizes the COLLEGE to make payroll deductions as required by law as well as deductions for the Public Employee's Retirement System.

**5. Termination.** The COLLEGE, may terminate this agreement without compensation to EMPLOYEE, for cause as defined in the Ilisagvik College Board of Trustees policies, including insufficient enrollment or cancellation of this course.

**6. Final Payment.** The COLLEGE may withhold EMPLOYEE's compensation for these duties pending submission of summaries, statistics, documents, or forms. COLLEGE shall issue final payment on the first payday occurring no fewer than 10 days after the proper and verified submission of all summaries, statistics, documents and forms.

**7. Interpretation and Venue.** This agreement shall be interpreted according to the laws of the State of Alaska. Venue for any action brought to this contract shall be Barrow, Alaska. In the event any provision of this contract is found by a court of competent jurisdiction to be invalid, such provision shall be stricken and the remainder of the contract shall remain in full force and effect. The language of this contract shall not be construed for or against either party, but simply according to its fair meaning.

**8. Modification.** This contract is the full and complete agreement between the parties. Modification of the contract may only be in writing if signed by the President of the COLLEGE and EMPLOYEE. Any oral agreement between the parties shall be null and void.

I HEREBY ACCEPT THIS AGREEMENT AND THE CONDITIONS HEREIN:

4/2/03
Date

Bobbi J. Wade
Employee's Signature

THIS AGREEMENT IS HEREBY APPROVED AND ACCEPTED ON BEHALF OF THE COLLEGE:

4-03-03
Date

Dean of Instruction

20391
Wade v. Ilisagvik College

EXHIBIT AG
Page 10 of 17

Added Duties Contract

- **PURCHASING DEPARTMENT**

**PHONE: (907) 852-3333    FAX: (907) 852-2652**

| | REQUEST NO. | DATE | PAGE |
|---|---|---|---|
| | | 4/2/2003 | 1 of 1 |

# ADDED DUTIES CONTRACT REQUEST

**V E N D O R**

*Bobbi Wade*

**S H I P   T O**

**ILISAGVIK COLLEGE**

| | |
|---|---|
| REQUESTED BY: | *D Kennedy* |
| DEPARTMENT: | *Instruction* |
| VENDOR CONTACT: | *Bobbi* |
| VENDOR PHONE: | *852-1731* |
| VENDOR FAX: | *852-1828* |

**JUSTIFICATION:**

| | Term of Agreement | Course # BUS 105 A & BUS 109 A & BUS 102 |
|---|---|---|
| ACCOUNT CODE: 10-001-~~202~~-51101 | *Spring 2003* | |

| ITEM | QTY. | DESCRIPTION | Fixed Rate Compensation | EXTENDED PRICE |
|---|---|---|---|---|
| 1 | 1 | BUS 105 Business Math Module A    3/24 - 4/28 | 1500 | 1500 |
| 2 | 1 | BUS109 Business English Module A    3/20 - 4/22 | 1500 | 1500 |
| 3 | 1 | BUS 102 Personal Finance    3/6 - 4/15  3/19 | 1500 | 1500 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | Grand Total |
|---|---|
| | 4500 |

| | | |
|---|---|---|
| Director/Division Manager's approval (under $2,500) | | Date |
| Dean's Approval (over $2,500) | | Date 4-03-03 |
| Dean of Administration & Finance Approval | | Date 4/7/03 |

Purchase.xlt

200075

Spring 2003



# Course Description, Dates, Times, and Locations

EXHIBIT AG
Page 12 of 17

## INTRODUCTION TO MANAGERIAL ACCOUNTING
Use of accounting information for managerial decisions, planning and control, accounting process, performance measurement, capital budgeting and analysis of financial reports.
*Prerequisite: BUS 100 or permission of instructor.*

| Dept | No | Sec | Course Title | Credit | Start/End Dates | Days | Start/End Times | Building | Instructor | Village |
|------|-----|-----|--------------|--------|-----------------|------|-----------------|----------|------------|---------|
| BUS | 250 | 800 | Managerial Accounting | 3 | 1/09-2/27 | M-R | 12:00-1:30 | Hut 58, 201 | Alcantara | TC |

## PRINCIPLES OF MARKETING
Basic marketing principles and practices appropriate to small or large, goods, or services, and for-profit and non-profit organizations. Examines target market, marketing mix, consumers, and competition.
*Prerequisite: BUS 100 or permission of instructor.*

| Dept | No | Sec | Course Title | Credit | Start/End Dates | Days | Start/End Times | Building | Instructor | Village |
|------|-----|-----|--------------|--------|-----------------|------|-----------------|----------|------------|---------|
| BUS | 260 | 80B | Principles of Marketing | 3 | 1/08-4/28 | | | Blackboard | Wade | BB |

# CONSTRUCTION TRADES TECHNOLOGY

## INTRODUCTION TO CONSTRUCTION SKILLS
Overview of the Construction industry to include basic safety, construction math, tool use and maintenance, reading basic construction blueprints, and the use of rigging equipment. This course is a pre-requisite for any Carpentry, Electrical or Plumbing course. Uses NCCER instructional modules.

| Dept | No | Sec | Course Title | Credit | Start/End Dates | Days | Start/End Times | Building | Instructor | Village |
|------|-----|-----|--------------|--------|-----------------|------|-----------------|----------|------------|---------|
| CTT | 101 | 801 | Introduction to Construction Skills | 2 | 1/8-1/29 | M-F | 8:00-3:00 | Bldg 255 | Corbin | BRW |

**CTT 103        1 CREDIT**
## INTRODUCTION TO WELDING AND LIGHT EQUIPMENT
Basic Welding procedures and safety practices used in cutting steel with oxyfuel equipment and shielded metal arc welding. Includes practice in cutting and welding. Also introduces light construction equipment commonly found on job sites.

| Dept. | No | Sec | Course Title | Credit | Start/End Dates | Days | Start/End Times | Building | Instructor | Village |
|-------|-----|-----|--------------|--------|-----------------|------|-----------------|----------|------------|---------|
| CTT | 103 | 801 | Introduction to Welding and Light Equipment | 1 | 3/26-4/18 | M,W,F | 6:00-9:00 | Hut 65 | Howlett | BRW |

24



Jan 30 06 03:53p

P.2

Pg 3

Ms. Bobbi J Wade

# Course Schedule

ILISAGVIK COLLEGE — We welcome you in!

## Ms. Bobbi J Wade

### 2003/Fall

### Session:01

| Course | Title | Credits | Duration |
|---|---|---|---|
| BUS 100/Lecture/80B | Intro to Business | 3.00 | Aug 28, 2003 - Dec 16, 2003 |
| | Day/Time: Online 12:00 am - 12:00 am | | Location: ILISAG / Online |
| BUS 105A/Lecture/800 | Business Math A | 1.00 | Aug 27, 2003 - Oct 1, 2003 |
| | Day/Time: Mon/Wed 1:30 pm - 3:00 pm | | Location: ILISAG / Bldg58 / #201 |
| BUS 105B/Lecture/800 | Business Math B | 1.00 | Oct 6, 2003 - Nov 12, 2003 |
| | Day/Time: Mon/Wed 1:30 pm - 3:00 pm | | Location: ILISAG / Bldg58 / #201 |
| BUS 109A/Lecture/800 | Business English A | 1.00 | Aug 2, 2003 - Sep 30, 2003 |
| | Day/Time: T/TH 1:30 pm - 3:00 pm | | Location: ILISAG / Bldg58 / #201 |
| BUS 109B/Lecture/800 | Business English B | 1.00 | Oct 6, 2003 - Nov 4, 2003 |
| | Day/Time: T/TH 1:30 pm - 3:00 pm | | Location: ILISAG / Bldg58 / #201 |
| BUS 154/Lecture/80B | Intro-Orgnztn/Mngmnt | 3.00 | Aug 27, 2003 - Dec 17, 2003 |
| | Day/Time: Online 12:00 am - 12:00 pm | | Location: ILISAG / Online |
| BUS 197/Lecture/80B | Principles of Econ | 3.00 | Aug 27, 2003 - Dec 17, 2003 |
| | Day/Time: | | Location: ILISAG / Online |
| BUS 233?/Lecture/80B | Financial Management | 3.00 | Aug 27, 2003 - Dec 17, 2003 |
| | Day/Time: Online 12:00 am - 12:00 pm | | Location: ILISAG / Online |
| OT 104/Lecture/801 | Filing&Records Mngmnt | 2.00 | Oct 6, 2003 - Dec 17, 2003 |
| | Day/Time: Mon/Wed 8:50 am - 10:20 am | | Location: ILISAG / Bldg58 / #201 |

Total Courses: 9
Total Credits: 18.00

BOB-original

PENGAD-Bayonne, N. J.

EXHIBIT

19

25154

Wade v. Ilisagvik

1/30/2006
2:20:44 PM

# Fall 2003 SCHEDULE



# ILISAGVIK COLLEGE

## PO BOX 749
## BARROW, ALASKA 99723

### PHONE
### TOLL FREE 800.478.7337
### LOCAL 907.852.3333

22571
Wade v. Ilisagvik

| Dept | No | Sec | Course Title | Credit | Start/End Dates | Days | Start/End Times | Building | Instructor | Village |
|---|---|---|---|---|---|---|---|---|---|---|
| BUS | 109B | 801 | Business English, Module B | 1 | 10/6-11/4 | T,R | 5:30-7:00 | Hut 58, 201 | Keeter | BRW |
| BUS | 109C | 800 | Business English, Module C | 1 | 11/6-12/16 | T,R | 1:30-3:00 | Hut 58, 201 | Wade | TC |
| BUS | 109C | 801 | Business English, Module C | 1 | 11/6-12/16 | T,R | 5:30-7:00 | Hut 58, 201 | Keeter | BRW |
| BUS | 110 | 800 | Principles of Accounting I | 3 | 8/27-10/16 | T,W,R | 4:00-6:00 | Hut 58,105 | Goldizen | BRW |
| BUS | 112 | 80B | Principles of Economics | 3 | 8/27-12/17 | BlackBoard On-line course contact instructor 852-1731 or e-mail. See page 31 | | | Wade | BB |
| BUS | 114 | 800 | Payroll Accounting | 3 | 10/20-12/17 | T,W,R | 7:00-9:00 | Hut 58, 105 | Staff | TC |
| BUS | 134 | 80B | Introduction to Organizational Management | 3 | 8/27-12/17 | BlackBoard On-line course contact instructor 852-1731 or e-mail. See page 31 | | | Wade | BB |
| BUS | 233 | 80B | Financial Management | 3 | 8/27-12/17 | BlackBoard On-line course contact instructor 852-1731 or e-mail. See page 31 | | | Wade | BB |
| BUS | 251 | 800 | Recordkeeping for Business | 3 | 8/27-10/15 | T,W,R | 7:00-9:00 | Hut 58, 105 | Staff | TC |

## ASSOCIATED CONSTRUCTION TRADES

| Dept | No | Sec | Course Title | Credit | Start/End Dates | Days | Start/End Times | Building | Instructor | Village |
|---|---|---|---|---|---|---|---|---|---|---|
| CTT | 101 | 801 | Introduction to Construction Skills | 2 | 8/27-9/15 | M-F | 8:00-3:00 | Hut 65 | Howlett | BRW |
| CARP | 110 | 801 | Carpentry Level I | 5 | 9/23-10-28 | M-F | 8:00-3:00 | Hut 65 | Howlett | BRW |
| MTHC | 101A | 801 | Math for Carpenters | 1 | 9/16-9/22 | M-F | 8:00-3:00 | Hut 65 | Howlett | BRW |
| MTHP | 101A | 801 | Introduction to Mathematics for Pluming – Module A | 1 | 10/29-11/4 | M-F | 8:00-3:00 | Hut 65 | Howlett | BRW |
| PMB | 101 | 801 | Level I Plumbing | 4 | 11/5-12/12 | M-F | 8:00-3:00 | Hut 65 | Howlett | BRW |

22596
Wade v. Illisagvik

EXHIBIT A G
Page 16 of 17

## PAYROLL ACCOUNTING

Methods to compile and calculate payroll information, earnings, deductions and net wages. Includes payroll records and city, state, and federal tax report forms and laws.
*Prerequisites: BUS 110*

| Dept | No | Sec | Course Title | Credit | Start/End Dates | Days | Start/End Times | Building | Instructor | Village |
|------|-----|-----|--------------|--------|-----------------|------|-----------------|----------|-----------|---------|
| BUS | 114 | 800 | Payroll Accounting | 3 | 10/20-12/17 | T,W,R | 7:00-9:00 | Hut 58, 105 | Staff | TC |

## INTRODUCTION TO ORGANIZATION MANAGEMENT

Methods of creating proper attitudes, communication styles, motivation, interactions, positive reinforcement, team building, and leadership skills. Evaluating and monitory employees.

| Dept | No | Sec | Course Title | Credit | Start/End Dates | Days | Start/End Times | Building | Instructor | Village |
|------|-----|-----|--------------|--------|-----------------|------|-----------------|----------|-----------|---------|
| BUS | 154 | 80B | Introduction to Organizational Management | 3 | 8/27-12/17 | | BlackBoard On-line course contact Instructor 852-1713 or e-mail bobbi.wade@ilisagvik.cc See Page 31 | | Wade | BB |

## FINANCIAL MANAGEMENT

Corporate financial planning and control, asset management, capital budgeting, financial markets and instruments.
*PREREQUISITES: BUS 100 OR PERMISSION OF INSTRUCTOR.*

| Dept | No | Sec | Course Title | Credit | Start/End Dates | Days | Start/End Times | Building | Instructor | Village |
|------|-----|-----|--------------|--------|-----------------|------|-----------------|----------|-----------|---------|
| BUS | 233 | 80B | Financial Management | 3 | 8/27-12/17 | | BlackBoard On-line course contact Instructor 852-1713 or e-mail bobbi.wade@ilisagvik.cc See Page 31 | | Wade | BB |

## RECORDKEEPING FOR BUSINESS

Basic concepts and procedures of practical bookkeeping, recording and reporting financial data, creating and maintaining a record keeping system, and business records. Incorporates the use of computer software.
*Prerequisite: IT 110 or permission of instructor.*

| Dept | No | Sec | Course Title | Credit | Start/End Dates | Days | Start/End Times | Building | Instructor | Village |
|------|-----|-----|--------------|--------|-----------------|------|-----------------|----------|-----------|---------|
| BUS | 251 | 800 | Recordkeeping for Business | 3 | 8/27-10/16 | T,W,R | 7:00-9:00 | Hut 58, 105 | Staff | TC |

EXHIBIT AG
Page 17 of 17

36

22577
Wade v. Ilisagvik

Nov 04 05 04:05p