# IḶISAĠVIK COLLEGE

Confidential
A05-086 CV (JWS)

## Adjunct Faculty Employment Contract

This form is used to document faculty contract with Iḷisaġvik College. ALL fields must be completed with current information for payroll purposes, even if the Adjunct has taught previously.

Date: **August 22, 2003**             Address:

Name: **Aimee Valenti**               City, State, Zip Code:

Home Phone:                           Work Phone:

Course Number: **BUS 109 C Section 800**        Credits: **1**

Course Title: **Business English Module C**

Location: **Barrow**

### Employment
The Adjunct Faculty shall perform the duties of Instructor. The Adjunct Faculty agrees to perform the duties and responsibilities in the attached "Adjunct Faculty Instructional Responsibilities" document, which is incorporated herein as Attachment A. The Adjunct Faculty agrees to comply with the policies of the College and directions for the Administration (both verbal and written) federal and state law and regulations, and the Adjunct Faculty handbook, as the foregoing may be from time to time amended.

### Term
The term of this Agreement is for the Fall 2003 Semester. The Adjunct Faculty has no expectation of employment following the expiration of this contract.

### Payment
Payment for the term of this contract shall be **$1000 per credit hour**, payable at the completion of the contract in a single payment of **$1000.00**. Payment requests will be process after verification is received from the Registrar that final grades have been posted. Checks will be processed the following pay period after verification is received. A W4 and an I9 must be completed and submitted with this contract (see attached.) If you would like to have your paycheck mailed to the address above, please initial here:_____.

### Benefits
Adjunct Faculty are not eligible for any related benefits provided by the College.

### Point of Hire
The Adjunct Faculty agrees that the point of hire for this contract is Barrow, Alaska.

### Termination
This contract may be terminated by the College for cause including but not limited to conduct unbecoming a college lecturer, lack of funds or required minimum number of students.

### Final Paycheck
The College may withhold the Adjunct's final paycheck pending submission of summaries, statistics, grades, documents, forms, or College property. The Adjunct Faculty waives the right to be paid final payment within 72 hours of termination or expiration of contract as set forth in AS23.05.140. (Please see attached.)

H:\Fall 2003 Adjunct Faculty Contracts\Fall 2003 Adjunct Faculty Contracts\ADJ Contract 2003-2004
ENGL 100 Valenti 811.doc
Page 1

22341
Wade v. Iḷisagvik College

EXHIBIT AH
Page 1 of 2

Confidential
A05-086 CV (JWS)

**Effective Date**
This Contract must be signed and returned to the College within 20 calendar days of receipt or the Contract is void. The Contract shall become effective only after it is signed by the Adjunct Faculty, returned to the College, and signed by the President of the College. **Both parties must sign this Contract before the first day of class.**

**Interpretation and Venue**
This contract shall be interpreted according to the laws of the State of Alaska. Venue for any action brought to this contract shall be Barrow, Alaska. In the event any provision of this contract is found by a court of competent jurisdiction to be invalid, such provision shall be stricken and the remainder of the contract shall remain in full force and effect. The language of this contract shall not be construed for or against either party, but simply according to its fair meaning.

**Modification**
This contract is the full and complete agreement between the parties. Modification of the contract, except for amendments provided in section one hereof, may only be in writing signed by the President of the College. Any oral agreement between the parties shall be null and void.

Authorization

Budget Code: 10-001-1202-51150

_____  12/19/03        _____  12-18-03
Director of Accounting   Date              Dean of Academic Affairs  Date

ACCEPTANCE: _____  12-10-03
              Adjunct Signature          Date

THIS CONTRACT IS HEREBY APPROVED AND ACCEPTED ON BEHALF OF THE COLLEGE:

_____  12/19/03
Edna Ahgeak MacLean, Ph.D., President     Date

CC:   Payroll
      Registrar

H:\Fall 2003 Adjunct Faculty Contracts\Fall 2003 Adjunct Faculty Contracts\ADJ Contract 2003-2004
ENGL 100 Valenti 811.doc
Page 2

22342
Wade v. Ilisagvik College

EXHIBIT AH
Page 2 of 2