Confidential
A05-086 CV (JWS)

Iḷisaġvik College
Added Duties Agreement
FY 2003-2004

This agreement is between Iḷisaġvik College (COLLEGE) and Carlson, Tim (EMPLOYEE). The COLLEGE and the EMPLOYEE mutually agree as follows:

**1. Duties.** EMPLOYEE shall perform the duties of (Instructor) for (Business Math Module C BUS 105 C, Section 800).

**2. Term.** The term of this Agreement is (11/17/03) through (12/17/03).

**3. Compensation.** The compensation for these duties shall be $1,500 per credit. This course is One (1) credits. The total compensation for completion of this agreement is ($1500.00). This compensation is in addition to EMPLOYEE's regular salary and payable only through payroll. The COLLEGE reserves the right to recover all or part of this compensation should EMPLOYEE's regular instructional load fall under the minimum required in the standard faculty contract. The amount to be recovered shall be determined by multiplying the number of credits from this course needed to meet the faculty member's regular instructional obligation.

**4. Payroll Deductions.** EMPLOYEE authorizes the COLLEGE to make payroll deductions as required by law as well as deductions for the Public Employee's Retirement System.

**5. Termination.** The COLLEGE, may terminate this agreement without compensation to EMPLOYEE, for cause as defined in the Iḷisaġvik College Board of Trustees policies, including insufficient enrollment or cancellation of this course.

**6. Final Payment.** The COLLEGE may withhold EMPLOYEE's compensation for these duties pending submission of summaries, statistics, documents, or forms. COLLEGE shall issue final payment on the first payday occurring no fewer than 10 days after the proper and verified submission of all summaries, statistics, documents and forms.

**7. Interpretation and Venue.** This agreement shall be interpreted according to the laws of the State of Alaska. Venue for any action brought to this contract shall be Barrow, Alaska. In the event any provision of this contract is found by a court of competent jurisdiction to be invalid, such provision shall be stricken and the remainder of the contract shall remain in full force and effect. The language of this contract shall not be construed for or against either party, but simply according to its fair meaning.

**8. Modification.** This contract is the full and complete agreement between the parties. Modification of the contract may only be in writing if signed by the President of the COLLEGE and EMPLOYEE. Any oral agreement between the parties shall be null and void.

I HEREBY ACCEPT THIS AGREEMENT AND THE CONDITIONS HEREIN:

12-9
Date                    Employee's Signature

THIS AGREEMENT IS HEREBY APPROVED AND ACCEPTED ON BEHALF OF THE COLLEGE:

12-10-03
Date                    Dean of Instruction

22365
Wade v. Iḷisaġvik College
EXHIBIT
Page ___ of ___