Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

BOBBI WADE,

                Plaintiff,

v.

ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,

                Defendants.

Case No. 3:05-cv-086-TMB

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON FMLA

Plaintiff Bobbi Wade moves for partial summary judgment to establish liability on her claim of violation of Family and Medical Leave Act (FMLA) rights, against defendants Ilisagvik College, John Tuthill and Pamela Taylor. Defendants violated Bobbi Wade's FMLA rights by:

- Failing to provide notice of FMLA rights;
- Repeatedly refusing to grant her medical leave requests;
- Requiring her to schedule her medical leave during December break and otherwise discouraging her from taking medical leave;

Plaintiff's Motion for Partial Summary Judgment
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

- Refusing to fully reinstate her to her former duties and all classes or a position that is "virtually equivalent" because she took medical leave;
- Refusing to renew her contract based even in part on her having taken FMLA leave or filed a grievance; and
- Retaliating against her because she opposed unlawful practices.

There are at least three Ninth Circuit cases directly on point in this case, including: *Bachelder v America West Airlines, Inc.*, 259 F.3d 1112, 1130 (9th Cir. 2001); *Xin Liu v Amway Corp.*, 347 F.3d 1125, 1135 (9th Cir. 2003); and *Bailey v. Southwest Gas Co.*, 275 F.3d 1181 (9th Cir. 2002). A memorandum of law is filed herewith.

There are no genuine issues of material fact to prevent a determination of liability as a matter of law that Defendants violated Plaintiff's FMLA rights. Summary judgment should be granted.

DATED AT Anchorage, Alaska this 15th day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email: ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service: I hereby certify that on June 15, 2007, a copy of the foregoing Motion, Plaintiff's MPSJ FMLA Claim and Notice of Submission of Exhibits were served electronically on Cynthia Ducey, Esq    s/ Linda S. Johnson

Plaintiff's Motion for Partial Summary Judgment
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2