1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF ALASKA

3  BOBBI WADE,                          )
                                        )
4              Plaintiff,               )
          vs.                           )
5                                       )
   ILISAGVIK COLLEGE; NORTH SLOPE       )
6  BOROUGH; JOHN TUTHILL,               )
   individually; and PAMELA TAYLOR,)
7  individually,                        )
                                        )   Case No. 3:05-cv-086-TMB
8              Defendants.              )
   ─────────────────────────────────────)

9

       **VIDEOTAPED DEPOSITION OF EDNA B. MacLEAN, M.D.**
10                  **November 30, 2006**

11  APPEARANCES:

12          FOR THE PLAINTIFF:    **MS. LINDA J. JOHNSON**
                                  Clapp, Peterson, Van Flein,
13                                Tiemessen & Thorsness, LLC
                                  Attorneys at Law
14                                711 H Street, Suite 620
                                  Anchorage, Alaska 99501
15                                (907) 272-9631

16          FOR THE DEFENDANTS:   **MR. PETER C. GAMACHE**
                                  Attorney at Law
17                                405 W. 36th Avenue, Suite 201
                                  Anchorage, Alaska 99503
18                                (907) 563-6969

19                                **MS. CYNTHIA L. DUCEY**
                                  Delaney Wiles, Inc.
20                                Attorneys at Law
                                  1007 W. 3rd Avenue, Suite 400
21                                Anchorage, Alaska 99501
                                  (907) 279-3581

22

                                  **MR.  JONATHAN CLEMENT**
23                                Delaney Wiles, Inc.
                                  Attorneys at Law
24                                1007 W. 3rd Avenue, Suite 400
                                  Anchorage, Alaska 99501
25                                (907) 279-3581

EXHIBIT  30
*METRO COURT REPORTING*   PAGE 1 OF 3

745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

**COPY**

```
 1            program requirements, and I think they also had -- but
 2            I'm not certain, but an institution needed to have an
 3            assurance that -- for academic integrity that their
 4            professors were trained to do particular teaching
 5            content.
 6   Q        When did they do that?
 7   A        During accreditation process.
 8   Q        Do you remember what year?
 9   A        They came up several times.  They would do it in --
10            what we would do for the accred- -- the accreditation
11            team from the Northwest Commission on Colleges was to
12            put all of our policies, our programs, our syllabi,
13            anything that had to do with the governance of the
14            college, both academically, fiscally and otherwise,
15            into one room, and they spent several days pour- --
16            looking through every document, and then when they
17            didn't have a document, then we had to find it in the
18            college files and bring it to them, but that's how they
19            looked at all of the -- the resumes of our faculty and
20            administration.
21   Q        And when they looked at the resumes, was Bobbi Wade's
22            one of the resumes?
23   A        It would have been, yes, but they never did single out
24            any faculty.  What they would do is, I guess, determine
25            the content expertise to make sure that that matched
```

**METRO COURT REPORTING**

745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT  30
PAGE  2  OF  3

1    the college's programs, and programs changed too.

2  Q  Did they give you any instructions, or did they express

3    any desire that any of your faculty should change?

4  A  No, not there.

5  Q  Did they express any concern about the qualifications

6    of your faculty?

7  A  No.

8         MS. DUCEY:  Objection, asked and answered.

9  A  Pardon me?

10  Q  (By Ms. Johnson)  I mean broadly to all of the faculty.

11    They never said any particular faculty member was

12    deficient?

13  A  No.

14  Q  Did they say that the college, in general, needed to

15    establish a certain standard for quality of faculty

16    that it didn't have already?

17  A  They already -- they have standards that they apply to

18    every institution, and one of that -- one of the

19    standards focus on faculty and their professional

20    training.

21  Q  Did they give you a copy of the standards that they

22    applied?

23  A  Oh, yes.  They sent up several copies, and I made sure

24    those were distributed to every -- all throughout the

25    college and some out to the community as well.  So not

EXHIBIT ___30___
PAGE _3_ OF _3_

1             IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF ALASKA

3

4
BOBBI J. WADE                    )        Case No.
5                                )
                Plaintiff.       )        A05-086 CV (TMB)
6                                )
v.                               )        Video Deposition of:
7                                )
                                 )        SONYA ABU
8    ILISAGVIK COLLEGE, et al.   )
                                 )
9               Defendants.      )
     _____)

10

11                       -O-

12

13        August 28, 2006, 8:09 a.m., MST

14           STOKES EXECUTIVE SUITES

15            7190 South State Street

16          Salt Lake City, Utah 84047

17        Reported by Carlton Way, CSR/RPR

18           in and for the State of Utah

19

20

21

22
     ATKINSON-BAKER, INC.
23   COURT REPORTERS
     WWW.DEPO.COM
24   (800) 288-3376

25   FILE NO. A006DD1

EXHIBIT ___31___
PAGE _1_ OF _3_

Page 1

A006DD1

## SONYA ABU    AUGUST 28, 2006

1    Q.    Uh-huh, she told you --
2    A.    -- to work closely with Dean Tuthill.
3    Q.    And how would you describe Dr. Tuthill to
4    work with?
5    A.    He was pleasant to work with. He would
6    come down to my office and verbally follow up on
7    things and check up with me on student concerns that I
8    had e-mailed to him.
9    Q.    If you observed, Ms. Abu, what was the
10   faculty's and staff's reaction to Dr. Tuthill when he
11   first came in the Fall of 2003?
12        MS. JOHNSON: Objection; compound.
13        THE WITNESS: I remember hearing some
14   concerns that he was an outsider and questioned why
15   people who were already at the College and been there
16   so long weren't advanced to that position; and then
17   other people who said that he brought good experience
18   and they thought that he was appropriate for the
19   position and were pleased with the work that he was
20   doing.
21        MS. DUCEY: Once you got into the position
22   of Student Retention Officer, were there any issues
23   that developed as you assumed your new duties?
24   A.    Since it was a new position, the faculty
25   had never had someone to work with. And so, at first,

Page 18

1    I didn't hear very much from instructors on any
2    concerns that they had with students. And students
3    were reluctant to talk to me because I was also an
4    outsider, I was new. So it took me a while to develop
5    a relationship of trust with them.
6        Initially, I developed a relationship of
7    trust with the student, and they are the ones who
8    started bringing their concerns to me first. And then
9    instructors started using me, as well, sending their
10   concerns about students to me.
11        And that was more of a follow-up, I was
12   sending information out and requesting their responses
13   about students.
14   Q.    Okay. And did students then express
15   concerns to you?
16   A.    Yes.
17   Q.    What sort of concerns were expressed to
18   you?
19   A.    Mainly there was a spokesperson for the
20   group because there were a lot of the student who were
21   still very shy about coming up to me and there were
22   concerns about confidentiality.
23        So there was one main student who came to
24   me, and she lived in the dorms and so was more
25   familiar with me.

Page 19

1    She brought up concerns about class
2    schedules being changed such as classes being
3    cancelled at the last minute, which was a huge concern
4    because transportation was a big problem for students.
5    The College is not in town. And, you know, the cost
6    of paying for the bus or a taxi to get to the College
7    and then have to go back if the class is canceled is
8    frustrating; as well as the time factor. So that was
9    a situation.
10        Students were concerned about teachers not
11   being available to answer their questions or if
12   teachers were even there; not answering students
13   questions and just referring them to a tutor.
14        Students felt that the teacher wasn't
15   doing all that they should be as an instructor to
16   fulfill that responsibility.
17        Feeling humiliated in the classroom
18   setting; just feeling talked down to by instructors.
19   Those were some of the concerns.
20   Q.    Okay.
21   A.    Feeling like things weren't being
22   explained fully, that time wasn't being taken, that it
23   was assumed students should know the concepts already.
24   They would argue that is why we are here, is to be
25   taught the concepts.

Page 20

1        Things like that.
2    Q.    Okay. Who was the spokesperson that you
3    mentioned?
4    A.    ██████████████████
5    Q.    And who did students express these
6    concerns about?
7    A.    Predominantly Bobbi Wade, Jay St. Vincent,
8    Courtneay Bartholomew; student concerns that he was
9    difficult to understand.
10   Q.    Was there one of -- and was Jay
11   St. Vincent a faculty member?
12   A.    Yes.
13   Q.    As well as Courtneay Bartholomew?
14   A.    Yes.
15   Q.    Was there one instructor that there were
16   more than more concerns expressed about than others?
17   A.    Yes.
18   Q.    Who was that?
19   A.    Bobbi Wade.
20   Q.    Okay.
21        You came to meet Bobbi Wade, is that
22   right?
23   A.    Yes.
24   Q.    How did you come to meet her?
25   A.    I met all of the faculty at the initial

EXHIBIT    31
PAGE    2    OF    3

Page 21

6 (Pages 18 to 21)

A006DD1

SONYA ABU   AUGUST 28, 2006

---

**Page 110**

1  EXAMINATION
2  BY MS. JOHNSON:
3      Q.   Yes.
4           Ms. Abu, I find that this going to be
5  difficult for me because I can't see you.
6           So, if you don't understand something that
7  I'm saying, please let me know.
8      A.   Okay.
9      Q.   Can you hear me okay?
10     A.   Yes, thank you.
11     Q.   Okay.  You said that your father was an
12  instructor in the Trades; is that right?
13     A.   Correct.
14     Q.   If there were a complaint about your
15  father, would that come to you?
16     A.   No, that -- well, if it was a student
17  complaint, yes, although students were also made aware
18  that if they had a concern or complaint that they were
19  not comfortable talking to me about, then they were
20  advised to go to my supervisor which was Beverly
21  Patkotak Grinage.  And in some cases, that did occur.
22     Q.   (Inaudible) complain about your father?
23     A.   It wasn't in relation to my father, but it
24  was in relation to other situations where students
25  already knew Beverly and they were comfortable

---

**Page 111**

1  speaking with her versus me.
2      Q.   And what did you -- did you declare, when
3  you first started working there, that you had a
4  relative on campus?
5      A.   Yes.
6      Q.   And what happened?  How did that come
7  about?
8      A.   On the application, I believe, they ask if
9  you have any relatives employed there.
10     Q.   And did anybody talk to you about that?
11     A.   No.
12     Q.   Did anybody specifically say that it was
13  okay to you?
14     A.   I am sorry?
15     Q.   Did anybody specifically okay that you had
16  a relative on campus?
17     A.   Can you restate that?
18     Q.   (Inaudible) who was your supervisor,
19  Ms. Grinage, is that right?
20     A.   Right.
21     Q.   Who hired you?
22     A.   Beverly and Pam Taylor since Pam Taylor
23  was in HR.
24     Q.   And did either one of them talk about the
25  fact that you had a relative working on campus?

---

**Page 112**

1      A.   Not that I recall.
2      Q.   Okay.  Did your supervisor telephone you
3  what to do if somebody came to complain about your
4  relatives?
5      A.   Just that that was something that I could
6  bring to her if I wasn't comfortable handling or
7  addressing it, and she'd do that.
8      Q.   Okay.  Did you ever go to Bobbi Wade's
9  classrooms?
10     A.   I did not.  Not during sessions.  I went
11  there after classes were out.
12     Q.   Okay.  That's what I was going to ask.
13           But you did not go in and observe her in
14  the classroom setting?
15     A.   I did not.
16     Q.   Did you keep any sort of a journal about
17  your activity while you were there?
18     A.   No.  Like a personal journal?
19     Q.   Yes.
20     A.   No.
21     Q.   How about professional journal?
22     A.   Nothing beyond the student files that I
23  kept.
24     Q.   And the student files, where were those
25  kept?

---

**Page 113**

1      A.   They were kept in a locked cabinet inside
2  of my office, which was locked, which was also inside
3  of another office that was locked.
4      Q.   And when you say that they are students'
5  files, did they go in the student' (Inaudible) file or
6  was this a file that you created for them?
7      A.   It was a file that I specifically created
8  and I only had access to.
9      Q.   You had complaints about Courtney
10  Bartholomew, right?
11     A.   Correct.
12     Q.   And, in part, it was about his accent?
13     A.   Correct.
14     Q.   (Inaudible) also did students complain to
15  you about his syllabus?
16     A.   I don't recall.
17     Q.   (Inaudible).  Didn't one student complain
18  that his Blackboard classes had an out-of-date
19  syllabus, it had deadlines set for the previous
20  semester?
21     A.   I don't recall.  But I'd be happy to
22  refresh my memory if there's something that I can
23  refer to?
24     Q.   Well, I think (Inaudible) the second memo,
25  it was (Inaudible) October 29th.

EXHIBIT   31

PAGE   3   OF   3

29 (Pages 110 to 113)



# ILISAĠVIK
## C O L L E G E

# Employee Handbook

**Qutchiksuaġilugu Sivulliipta Pilġusiat
Upaluŋaiyaġiñ Iliññiaġnikun**

**Honoring the Traditions of Our Past
Prepare for Your Future Through Learning**



EXHIBIT 32
PAGE 1 OF 2

EXHIBIT
7

20534
Wade v. Ilisaġvik College

# SALARY ADMINISTRATION
# AND PAYROLL

## **Salary Administration**
## **and Performance Reviews**

An Iḷisaġvik College employee's salary and performance shall be reviewed on an annual basis. The purpose of an evaluation is to monitor employee performance and progress, encourage exceptional job performance, and identify areas of improvement. Supervisors shall complete an evaluation of all Regular employees. Evaluations of Regular non-faculty employees will be completed at the end of their probationary period and on or about their hire date each year thereafter. Regular faculty evaluations will be completed annually prior to the end of their annual contract period.

Prior to the evaluation, the employee will be provided with a Self-Evaluation form (See Appendix B). The employee should complete this form and submit it to his/her supervisor prior to the salary and performance review. Evaluations shall be based on an employee's self-evaluation, his or her job description, and other job-related expectations, and shall be recorded on College-provided evaluation forms.  Employees may also request a performance evaluation to ascertain the appropriateness of their performance, progress and quality of work. Employees have the right to file a written response to the supervisor's evaluation, and to have the employee's response included in their personnel file.

Employees are not entitled to salary increases, except as determined by the College. Salary increases are dependent on better than satisfactory evaluations, supervisor recommendations, approval of their department Dean, Human Resources Director, the President, and the availability of funds. All wage and salary changes must be authorized in writing.

Evaluations shall be considered in employment retention, pay increase, promotion, lay-off, demotion, and disciplinary decisions.

## **Work Hours and Overtime**

EXHIBIT _32_
PAGE _2_ OF _2_

The standard workweek for most non-faculty employees consists of 37.5 hours worked. Time reported on an hourly basis shall be reported to the nearest one-quarter hour. Pay will accrue from the date of reporting for duty, except as

20562

Wade v. Iḷisaġvik College

**Bobbi Wade**

| | |
|---|---|
| **From:** | John Tuthill |
| **Sent:** | Thursday, January 15, 2004 9:41 AM |
| **To:** | Bobbi Wade |
| **Subject:** | Blackboard Courses |

Bobbi –

I am concerned that this past Fall Semester we had a very poor student success rate in almost all of the Blackboard courses we offered at Ilisagvik College. Only 26% of our total number of students registered for Blackboard courses received credit for their course at the end of the semester. The success rate for students in your three Blackboard courses was even lower: 23%.

I realize that Blackboard is a challenging delivery platform for many of our students, but I also know that in many cases it is the only way we have to get the courses to the students, and we have to look for ways to help the students be more successful in their learning.

In reviewing the three Blackboard courses you delivered last semester (BUS 100, BUS 154, and BUS 233), and the two that appear to be "up and running" so far this semester (BUS 112 and BUS 260) I find three areas in which changes could be made that would benefit our students.

First, in all of these courses, you have lumped together many different assignments that are all due on the same date. For example, in BUS 112, all assignments for Chapters 1, 2, and 3 are due one month into the semester, on February 16. All assignments for Chapters 4, 5, and 9 are due a month later, on March 19. All assignments for Chapters 10, 11, 16, and 25 are due a month after that, on April 16. Clumping all of these assignments together in this way encourages students to wait until the last minute before they begin to get to work. It also means that we cannot tell which students are getting into trouble until so late in the semester that it may be too late to help them. You tell the students that if they have not participated in Phase One of your Blackboard courses, you will withdraw them. That's fine, but if you don't require work from them prior to the very end of Phase One, we have no advanced warning as to which students might be in trouble, and so there's nothing you, or Rob, or Sonya can do to help them. Please revise your courses so that you have a separate due date for each chapter assignment, with a new assignment due every couple of weeks throughout the semester. They should be able to keep up better that way, and if they don't, we'll know it earlier and can take appropriate preventative action. And please get the students to begin submitting work to you for your assessment before the end of this month. If at that point you find some students not participating, or turning in sub-standard work, please notify Rob and Sonya of the names of the students and their problems, so they can get on it and see what they can do to help.

Second, you have apparently ended all three of these courses too early. BUS 112, BUS 234, BUS 241, and BUS 260 are all scheduled to run until April 26, the last day of classes in the Spring Semester 2004. Your syllabus for BUS 112 and BUS 260 indicate that students must complete their final assignments on April 16, ten days before the close of the semester. Unless you have authorization from the Dean of Instruction's office for a change of schedule, you need to follow the academic schedule in all of your instruction, including the Blackboard courses. You cannot require the students to finish their courses in advance of the scheduled course completion date. You must give them all of the time allowed by the academic schedule to finish their course.

Third, you are under-utilizing several Blackboard features that could make your courses more "user friendly" to your students. It looks to me like you communicate with your students mostly one-on-one, whether in person, or by telephone, or by non-Blackboard e-mail. Such communication is great, but if one student asks a question or has a problem, it's often the case that several others are struggling with the same thing. In your syllabus, you emphasize that you will NOT use the Blackboard Chat Room or Discussion Board. Please reconsider! It would help to have regular Blackboard discussions in each of your classes, and possibly to arrange for some activities in which your students can use Blackboard to work together in small groups. The students need to feel that they are part of a group, that they're not alone as they work their way through these courses, and having the chance to interact with one another and with you, as a group, could help keep them going.

EXHIBIT  33

PAGE  1  OF  2

20123

Wade v. Ilisagvik College

-----Original Message-----
**From:** John Tuthill
**Sent:** Tuesday, January 20, 2004 6:46 PM
**To:** Bobbi Wade
**Subject:** Registration for Amy Underwood

Bobbi –

Under ordinary circumstances, I am happy to approve requests for Individual Study, but I cannot approve your request for Amy Underwood to take Time Management and Record Keeping for Business as independent studies. The last 23 credits Ms. Underwood has received from Ilisagvik have been with you as the instructor. For a student to receive so much instruction from her grandmother is troubling enough. It's even more troubling to note that for much of this time Ms. Underwood has been living in Tennessee, and you have been claiming her as a dependent for purposes of Ilisagvik College tuition waiver. Thus far, the College has waived over $2000 in tuition for her.

I have no problem with Ms. Underwood continuing her education at Ilisagvik College, even while she resides in Tennessee, but she should do it via regularly scheduled distance education courses in which she is part of a class. For you to spend your instructional time providing one-on-one courses to your grand-daughter in Tennessee falls well outside the parameters of the mission of Ilisagvik College.

I am likewise uncomfortable with the idea of her "testing out" of IT-110. If she receives credit for a comparable course at an accredited institution in Tennessee, we can transfer that credit to her degree program here, but we must avoid any appearance of favoritism or other improprieties by giving special treatment to your grand-daughter.

– John


Dean of Instruction
Ilisagvik College

EXHIBIT____33____
PAGE__2__OF__2__

20124
Wade v. Ilisagvik College

Percentage of Student Credit Hours Delivered via Blackboard

| DEPT | SECTION | COURSE TITLE | CREDITS | ADDS | DROPS |
|------|---------|--------------|---------|------|-------|
| BUS 100 | 80B | Introduction to Business | 3 | 15 | 0 |
| BUS 154 | 80B | Intro to Organization Management | 3 | 20 | 1 |
| BUS 194 | 80B | Introduction to Basic Grant Management | 1 | 28 | 5 |
| BUS 197 | 80B | Principles of Economics | 3 | 1 | 0 |
| BUS 233 | 80B | Financial Management | 3 | 9 | 1 |
| IT 130A | 80B | Computer Word-Processing, A | 1 | 19 | 1 |
| IT 130B | 80B | Computer Word-Processing, B | 1 | 14 | 3 |
| IT 130C | 80B | Computer Word-Processing, C | 1 | 24 | 2 |
| IT 140A | 80B | Comuter Spreadsheets, A | 1 | 20 | 1 |
| IT 140B | 80B | Computer Spreadsheets, B | 1 | 18 | 2 |
| IT 140C | 80B | Computer Spreadsheets, C | 1 | 17 | 1 |
| IT 150A | 80B | Computer Databases, A | 1 | 19 | 1 |
| IT 150B | 80B | Computer Databases, B | 1 | 17 | 2 |
| IT 150C | 80B | Computer Databases, C | 1 | 16 | 2 |
| IT 193 | 80B | PC Technician Fundamentals | 3 | 4 | 1 |
| MATH193 | 80B | Applications of Mathematics | 3 | 5 | 0 |
| TOTAL | | | 28 | 246 | 23 |

Retention rate for Blackboard courses - Fall 2003 semester          90.65%

EXHIBIT___34___
PAGE_1_OF_2___

21929
Wade v. Ilisagvik College

## Retention Rate for backboard Courses
### Spring 2004 Semester

| CRS ID | SECT | CRS TITLE | Crs Credit | Stud Reg'd | Stud Drops |
|--------|------|-----------|------------|------------|------------|
| ART 200X | 80B | AestheticAppretn-InterArt,Drama,Mus(h) | 3 | 6 | 1 |
| BUS 112 | 80B | Principles of Economics | 3 | 10 | 1 |
| BUS 234 | 80B | Human Resource Management | 3 | 8 | 1 |
| BUS 241 | 80B | Business Law | 3 | 3 | 1 |
| BUS 260 | 80B | Principles of Marketing | 3 | 9 | 1 |
| ENGL111 | 80B | Methods of Written Communication | 3 | 6 | 0 |
| ENGL213 | 80B | Intermediate Exposition | 3 | 4 | 0 |
| GEOS10C | 80B | Introduction to Earth Science (n) | 4 | 10 | 3 |
| IT 130A | 80B | Computer Word-Processing, A | 1 | 20 | 8 |
| IT 130B | 80B | Computer Word-Processing, B | 1 | 8 | 8 |
| IT 136 | 80B | Computer Graphics-MS Powerpoint | 1 | 11 | 0 |
| | | | 28 | 95 | 17 |

82%

Retention rate for Blackboard courses - Spring 2004 semester

EXHIBIT _34_
PAGE _2_ OF _2_

21930
Wade v. Ilisagvik College

Confidential
A05-086 CV (JWS)

Page 1 of 1

## John Tuthill

**From:** Sara Rahn Gamboa

**Sent:** Friday, January 16, 2004 4:55 PM

**To:** John Tuthill

**Subject:** Amy Underwood

John,

Following is the information I was able to determine regarding the Tuition Waiver for dependents:

- There has never been a clear definition of "dependent." When we began charging tuition and the waiver was put in place, clarification was asked but never received. Some of the key things they wanted decisions on were: 1) Who would qualify as a dependent and 2) Would a dependent qualify right away (once the employee was hired) or if they would need to wait until the employee had passed the probationary period. 3) How long is the waiver in place, do they need to renew it each semester? 4) Who approves the waiver? (Apparently they used to require a payroll verification, however that changed somewhere along the line).
*In my opinion, I would like to see us follow the "legal" definition of dependent, as in spouse or legally adopted child, just as we do for insurance, IRS, etc. and that we put this definition in the catalog, and we would extend this benefit only after the employee has passed the probationary period. I also think that students should renew it on a semester basis and that there should be a payroll verification of employment with you providing the final approval on the waiver.*

- Amy Underwood: She first registered in Spring, 2002. I was able to pull a copy of her original Tuition Waiver Application (I will send a copy your way). There were only two signatures required, Amy's and Bobbi's. She is 25 years old and has been in Tennessee since Fall, 2002, however, the address in her student file is a Barrow address. Following are the amounts that have been waived up to the Spring Semester:

| | |
|---|---|
| Spring, 2002 | $840 |
| Fall, 2002 | $630 |
| Spring, 2003 | $210 |
| Fall, 2003 | $350 |
| TOTAL: | $2030 |

Please let me know if you need more information, I'll bring you a copy of the Waiver Application for your records.
Thank you,

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒
Sara Rahn-Gamboa
Accounting Supervisor
Ilisagvik College
PO Box 749, Barrow, AK 99723
Phone: 907.852.1829   Fax: 907.852.2652
E-mail: sara.rahn@ilisagvik.cc

EXHIBIT 35

PAGE / OF /

21596
Wade v. Ilisagvik College

1/17/2004



# ILISAGVIK COLLEGE

# Tuition Scholarship/Waiver Application

The Iḷisaġvik College Board of Trustees has established a tuition waiver for all North Slope Borough residents and for all Iḷisaġvik College employees, employee spouses, and employee dependents. This tuition waiver applies to courses originating from Iḷisaġvik College and does not cover other expenses such as textbooks, lab fees, registration fees, or other special fees.

**To Apply:**
1. Read and complete the Student Statement below.
2. Indicate the tuition waiver for which you are applying.

     _____ **North Slope Resident Tuition Scholarship:** For the purpose of determining residency, the Iḷisaġvik College Board of Trustees has defined a North Slope resident as anyone who has lived on the North Slope for at least 12 months preceding the start of classes. Submit verification of residency to the Registrar. Contact the Registrar for more information about acceptable proofs of residency.

     ✓ **Iḷisaġvik College Employee Tuition Waiver:** Iḷisaġvik College will waive tuition for Iḷisaġvik College employees, their spouses, and dependents that would otherwise be required to pay tuition. *The employee of Iḷisaġvik College must read and sign the Employee Statement below.*

3. Submit completed application to the Iḷisaġvik College Financial Aid Officer.

**Student Statement:**
I hereby attest that the information provided with this application is true and correct, and I authorize the Iḷisaġvik College Financial Aid Officer to verify my residency status and any of the information submitted.

Amy L. Underwood
**Print Student Name**

*Amy L. Underwood*
**Student Signature**

P.O. Box 1544
**Mailing Address**

Barrow, AK 99723
**City, State, Zip**

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
**Student ID (SSN)**

01-08-02
**Date**

907-852-3632
**Telephone**

Grandaughter
**Relation to employee: self/spouse/dependent**

**Employee Statement:**
I hereby attest that the information provided with this application is true and correct, and I authorize the Iḷisaġvik College Financial Aid Officer to verify my employment status and any of the information submitted.

Bobbi J. Wade
**Print Employee Name**

*Bobbi J. Wade*
**Signature of Employee**

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
**Employee ID (SSN)**

Jan. 8, 2002
**Date**

011/00029998

20846
Wade v. Iḷisaġvik College    260
**EXHIBIT** _____
**PAGE** / **OF** /

**Iḷisaġvik College Financial Aid**
P.O. Box 749   Barrow, Alaska 99723   1-800-478-7337 Ext.1708   Fax 907-852-1814

Revised 4/3/00



**ILISAGVIK COLLEGE**

# ACADEMIC PETITION FORM

P.O. Box 749, Barrow, Alaska 99723
(907) 852-3333 / 1-800-478-7337
Fax (907) 852-1784

Return all four copies to the Office of the Registrar.

Your decision will be mailed to you at the address below.

*(Please use a typewriter or press firmly with a pen.)*

PROGRAM _Business Management_

DEGREE _A.A.S._
(A.A., A.A.S., Certificate, Endorsement)

Name: Amy Underwood
Address: 362 Arapaho Drive
Murfreesboro, TN. 37128

EXPECTED DATE
OF GRADUATION _Spring 2004_

SS# _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_

1   I hereby petition to:  _Test out of IT-110_

Justification: _I am well experienced in my work with computers; consequently, feel that I know this material already._

2   I hereby petition to:

Justification:

3   I hereby petition to:

Justification:

Date _1/14/04_  _Bobbi Wade_  Approved 1 ✓ 2__ 3__    Disapproved 1__2__3__
(Advisor)

Date _1/14/04_  _Bobbi Wade_  Approved 1 ✓ 2__ 3__    Disapproved 1__2__3__
(Program Head)

Date _1-14-04_  _Courtney Barthloom_  Approved 1 ✓ 2__ 3__  Disapproved 1__2__3__
(Division Chair/Director)

Date _____  _____  Approved 1__ 2__ 3__    Disapproved 1__2__3__
(Dean of Academic Affairs)

Rev. 5/00

20847
Wade v. Ilisagvik College

EXHIBIT _37_
PAGE _1_ OF _5_
R:\AandR\Forms\RevisedForms



# ILISAGVIK
## COLLEGE

P.O. Box 749, Barrow, Alaska 99723
(907) 852-3333 / 1-800-478-7337
Fax; (907) 852-1784

# INDIVIDUAL STUDY APPROVAL

Individual study provides student with opportunities to improve knowledge in courses of study which are not normally available. A student who desires to, or is advised to undertake such individual study should present a brief proposal to the appropriate faculty member. If both faculty member and student agree that the proposed study is feasible and worthwhile, and if the faculty member is willing to assume responsibility of working with the student, the student and faculty member will jointly complete the information requested in this form and obtain all signatures required. This form with attachments must be turned in with registration materials. The original will be filed in the student's folder in the Office of the Registrar.

## PLEASE PRINT

NAME: **Underwood** **Amy** **L** I.D. NO. 4 1 1 - 6 5 - 0 9 6 8
    LAST    FIRST    MIDDLE    (Usually your Social Security Number)

| CURRENT MAILING ADDRESS: | TELEPHONE NUMBERS |
|---|---|
| Street & No. | Day Phone Number: |
| City:            State: | Evening Phone Number: |
| E-mail Address: | |

## COURSE INFORMATION – TO BE COMPLETED BY INSTRUCTOR AND STUDENT

DEPT. **Bus** NO. **106** SEMESTER: **Spring** YEAR: **2004**
(i.e. MATH, ENGL, ED)  (must end in -97)  (Fall, Spring, Summer)

TITLE **Time Management**
(Write one letter in each space, leaving space between words. Title limit is 24 spaces.)

Grading System: (X) Letter ( ) Pass/Fail
Number of Credits: **1** Clock Hours Per Week: With Instructor ✓ Independently

Instructor's Name: **Wade, Babbi J.** Soc. Sec. No. 4 2 3 - 4 0 - 0 1 4 8
Please Print (Last First Middle)

## ON THE ATTACHED PAGE, COMPLETE THE FOLLOWING:

a) Course description including objectives,
b) Specific activities or methods student will use in meeting the objectives,
c) Sources of necessary information,
d) Evaluation method which will be used to determine to what extent the objectives were met.

NOTE: If additional copies of the attached course description are required by the student and instructor, they should be made PRIOR to submission with registration materials.

| | |
|---|---|
| Student's Signature: X *Amy Underwood* | Date: |
| Instructor's Signature: *Babbi Wade* | Date: 1/14/04 |
| Division Head's Signature | Date: |
| Dean of Academic Affairs' Signature | Date: |

## TO BE COMPLETED BY OFFICE OF THE REGISTRAR:

| DEPARTMENT | NUMBER | SECTION | SUBTITLE | PROCESSED BY: | DATE |
|---|---|---|---|---|---|
| | | | | | |

Rev. 11/00

S:\Registrar\Forms\Revised Forms\indstudyapproval.doc

EXHIBIT 37
- - - PAGE 2 OF 5
20850
Wade v. Ilisagvik College



**ILISAGVIK COLLEGE**

P.O. Box 749, Barrow, Alaska 89723
(907) 852-3333 / 1-800-478-7337
Fax: (907) 852-1784

# INDIVIDUAL STUDY APPROVAL

Individual study provides student with opportunities to improve knowledge in courses of study which are not normally available. A student who desires to, or is advised to undertake such individual study should present a brief proposal to the appropriate faculty member. If both faculty member and student agree that the proposed study is feasible and worthwhile, and if the faculty member is willing to assume responsibility of working with the student, the student and faculty member will jointly complete the information requested in this form and obtain all signatures required. This form with attachments must be turned in with registration materials. The original will be filed in the student's folder in the Office of the Registrar.

**PLEASE PRINT**

NAME: _Underwood, Amy L_    I.D. NO. 4 1 1 - 6 5 - 0 9 6 8
      LAST   FIRST   MIDDLE    *(Usually your Social Security Number)*

**CURRENT MAILING ADDRESS:**    **TELEPHONE NUMBERS:**

| Street & No. | Day Phone Number: |
| City:            State: | Evening Phone Number: |
| E-mail Address: | |

**COURSE INFORMATION — TO BE COMPLETED BY INSTRUCTOR AND STUDENT**

DEPT. _Bus_   NO. _199_   SEMESTER: _Spring_   YEAR: _2004_
            (i.e. MATH, ENGL, ED)   (must end in -97)   (Fall, Spring, Summer)

TITLE | R e c o r d | | K e e p i n g | f o r | B u s i n e s s |
*(Write one letter in each space, leaving space between words. Title limit is 24 spaces.)*

Grading System: ( ) Letter  ( ) Pass/Fail
Number of Credits: _____   Clock Hours Per Week:   With Instructor _____   Independantly _____

Instructor's Name: _Wade Bobbi J_    Soc. Sec. No. 4 2 3 - 4 0 - 0 1 4 8
Please Print.  (Last   First   Middle)

## ON THE ATTACHED PAGE, COMPLETE THE FOLLOWING:

a) Course description including objectives.
b) Specific activities or methods student will use in meeting the objectives.
c) Sources of necessary information.
d) Evaluation method which will be used to determine to what extent the objectives were met.

NOTE: If additional copies of the attached course description are required by the student and instructor, they should be made PRIOR to submission with registration materials.

| | |
|---|---|
| Student's Signature _Amy L Underwood_ | Date: |
| Instructor's Signature _Bobbi J. Wade_ | Date: _1/8/04_ |
| Division Head's Signature | Date: |
| Dean of Academic Affairs' Signature | Date: |

**TO BE COMPLETED BY OFFICE OF THE REGISTRAR:**

| DEPARTMENT | NUMBER | SECTION | SUBTITLE | PROCESSED BY: | DATE |
|---|---|---|---|---|---|
| | | | | | |

Rev. 11/00    S:\Registrar\forms\Revised Forms\Indstudyapproval.doc

EXHIBIT ___37___
PAGE _3_ OF _5_
20851
Wade v. Ilisagvik College

01/13/04

F. H.

# ILISAĠVIK COLLEGE
## REGISTRATION FORM

P.O. Box 749, Barrow, Alaska 99723  Phone: (907) 852-3333  1-800-478-7337  Fax (907) 852-1784

## HONORING OUR PAST, PREPARING FOR THE FUTURE

Name: Underwood    Amy    L
      (Last)    (First)    (Middle)

Social Security Number: 411 - 65 - 0968 (print above)

Date of Birth: (month/day/year)  9-2-78    Sem/Year: ( ) Fall  (X) Spring  ( ) Summer  2004

Resident Status: (Residency is established with 12 months in North Slope Borough preceding start of classes)
( ) North Slope Borough Resident    ( ) Not North Slope Borough Resident

Mailing Address: _____    Day Phone: _____
                                       Evening Phone: _____
                                       Home Village: _____

E. Mail Address: _____

DID YOU GRADUATE FROM HIGH SCHOOL? (X) YES ( ) NO  IF YES, Date of Graduation: (month/year) _____
IF YES, Name of High School: Hillwood High    High School Location (City/State) Nashville, TN
IF NOT, DID YOU COMPLETE YOUR GED? ( ) YES ( ) NO  IF YES WHERE: _____   DATE: _____

*SEX:  (X) FEMALE  ( ) MALE    *VETERAN/MILITARY STATUS:
*RACE: (Check all that apply)   ( ) African American  ( ) Alaskan Native  ( ) American Indian  ( ) Asian/Pacific Islander
(X) Caucasian  ( ) Hispanic  ( ) Hawaiian  ( ) Other

US CITIZEN? (X) YES ( ) NO  IF NO, STATE COUNTRY: _____    VISA TYPE:
PRIMARY REASON FOR TAKING COURSES: ( ) Improve Job Skills  ( ) Prepare for Different Career  ( ) Transfer
( ) Complete AAS Degree  ( ) Complete AA Degree  (X) Personal Interest

* Submission of information is voluntary and refusal to provide information will not affect your student status.

## COURSE INFORMATION (PLEASE PRINT CAREFULLY)

| Dept. | Course | Sect. | Course Title | # of Credits | Audit? Y/N | Time and Place | Instr. |
|-------|--------|-------|--------------|--------------|------------|----------------|--------|
| Bus | 234 | 90B1 | Human Resource Mgt | 3 | N | OnLine | Wade |
| B | 151 | 90 | Keyed Keyring for Business (Independent Study) | 3 | N | Ind Study | Wade |
| | | | | | | | |
| | | | | | | | |
| | | | TOTAL CREDITS | | | | |

Advisee's Signature: Betty G. Abele    Date: 1/7/04

By marking "North Slope Borough Resident" above, I indicate that I meet the 12-month residency requirement for the current semester, but understand that another form covers residency verification. I understand that I do not hold the resident status above, I will be considered a non-resident of the North Slope Borough, I further understand I am responsible for all applicable academic regulations, tuition and fees whether or not I successfully complete the course or courses in which I am enrolling.

Your Signature X Amy Underwood    Date 01/2 /04

Your registration is not complete until you complete and sign the release authorization.

Revised 8-01

**EXHIBIT** 3H
**PAGE** 4 OF 5

20880

Wade v. Ilisagvik College

---

## RELEASE AUTHORIZATION

(X) You may release name, address, phone number and degree received.
(X) You may release information on courses successfully completed to prospective employers.
(X) You may release information to current employer and to the Department of Education.
(X) Do not release any information.

Signature: X Amy Underwood    Date: 01/02/04

Fee Calculations:
Tuition: Non-North Slope Borough Resident  $ _____
         North Slope Borough Resident      $ _____
Registration Fee:                          $ 25.00
Course, Lab, Internet/E-mail & Material Fees $ _____
Technology Fee (computer classes only)     $ _____
Total Tuition and Fees!                     $ _____

Method of Payment:
( ) Check (enclosed)         $ _____
( ) Money Order (enclosed)   $ _____
( ) Visa/Master Card         $ _____

Card # _____    Exp. Date: _____
Card issued to (please print name below)

_____

Signature: _____

Please note:
> For registrations that are faxed, fees can be paid with a credit card payment.
> For registrations that are mailed, fees can be paid with a check, money order or credit card payment. You must register and pay your fees to attend classes and earn credit. Registration is held for each semester on dates published in the academic calendar and/or class schedule. For special programs, short courses, seminars and other classes that are not part of the regular academic calendar, registration is held as needed.

R:\A&R\Forms\Revised Forms\Registration Form.doc

1/20/2004 α

# ILISAGVIK COLLEGE

P.O. Box 749
Barrow, AK 99723
Phone: (907) 852-1333   1-800-478-7337

## DROP/ADD/WITHDRAWAL FORM

### HONORING OUR PAST WHILE TRAINING FOR THE FUTURE

Name: __Uldawood, Amy__
(Last)       (First)       (Middle)   Social Security Number (print above) 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

Date of Birth (month/day/year): 8-2-78     Sem/Year: ( ) Fall  (X) Spr/g  ( ) Summer Year ( )

Day Phone: ___
Evening Phone: 907-852-3632

Mailing Address: P.O. Box 1544     Home Village: ___

__Barrow, AK__     __99723__
(City)       (State)       (Zip)

### TO DROP OR WITHDRAW FROM A COURSE:   (PLEASE PRINT CAREFULLY)

1. Complete all information requested below.
2. Obtain your advisor's signature in the space provided below. Sign the form on the space provided below.
3. Return all copies to Ilisagvik College Admissions and Records Office for processing.

#### COURSE INFORMATION:  (PLEASE PRINT CAREFULLY)

| Dept. | Course # | Sect. | Course Title | # of Drop Credits | Drop Reason | Time & Place | Month |
|-------|----------|-------|--------------|-------------------|-------------|--------------|-------|
|       |          |       |              |                   |             |              |       |

*DROP/WITHDRAWAL REASON CODES: 1-work conflict; 2-personal; 3-course not as anticipated; 4-entrance; 5-other

### TO ADD A COURSE:   (PLEASE PRINT CAREFULLY)

1. Complete all information requested below. If auditing a course, write YES in the "Audit?" column.
2. Obtain your advisor's signature in the space provided below. Sign the form on the space provided below.
3. Return all copies to Ilisagvik College Admissions and Records Office for review and further processing, if necessary.

**ENROLLMENT IN A COURSE IS NOT OFFICIAL UNTIL ALL FEES AND CHARGES DUE HAVE BEEN PAID.**

| Dept. | Course # | Sect. | Course Title | # of Credits | Audit? Y/N | Time & Place | Instr. |
|-------|----------|-------|--------------|--------------|------------|--------------|--------|
| BUS | 106 | 801 | Independent Study | 1 | N | TonY | 1404 Wade |
| BUS | 297 | 801 | Time Management | 1 | N | Both | 1404 Wade |
|     |          |       | Total Credits |              |            |              |        |

Advisor's Signature  Beth "Wade"     Date  1-14-04
Your Signature  Amy Underwood     Date  1-13-04

EXHIBIT 37
PAGE 3 OF 5

---

### OFFICE USE ONLY

| | $ |
|---|---|
| Tuition |  |
| Lab Material Fees |  |
| Non-Credit Fee |  |
| Books and Supplies |  |
| Other (describe) |  |

| TOTAL Tuition, Fees, Lab Credits (describe) | $ |
|---|---|
| Tuition |  |
| Fee |  |
| Amount Due (or Refund) | $ |

### METHOD OF PAYMENT

| | $ |
|---|---|
| Cash |  |
| Check |  |
| Money Order |  |
| Tuition Waiver (describe) |  |

| Amount | $ |
|---|---|
| Account Code |  |
| Received By: |  |

NOTICE TO STUDENTS: Retain your validated copy of this form until the end of the semester when you receive your grades. Allow 2-3 weeks for a refund.

Revised 1/99

20881

Wade v. Ilisagvik College



# Board of Trustees

# Approved Policy Manual

EXHIBIT 58
PAGE 1 OF 2

21397
Wade v. Ilisagvik College

## 6.12        NEPOTISM

Individuals will not be prohibited from appointment on the basis of their relationship with current employees of Ilisagvik College.  However, no employee of the College may supervise or participate in employment, grievance, retention, promotion, salary, leave or other personnel decisions concerning members of his or her immediate family.

Additionally, such employment is also prohibited if the proposed or continued employment creates or would create an actual or apparent conflict of interest.

Ilisagvik College employees cannot be assigned or transferred into such a reporting relationship. In cases where a conflict or the potential for conflict arises, the parties may be separated by transfer or re-assignment. Employees who refuse a transfer or re-assignment may be terminated from employment.

For the purposes of this policy, a relative means a current spouse, child, sons and daughters-in-law, brother, sister, parent, grandparent or grandchild.  In the judgment of management, "spouse" may include a former spouse, girlfriend, boyfriend, life partner or member of the same household where the relationship bears characteristics normally associated with marriage.

Any exception to this policy requires the prior written approval of the president of the College. The President will advise the Board of Trustees of all granted exceptions and the reasons for such exceptions.

Adopted:  November 13, 1996
Revised:   October 6, 1999
Revised:   October 3, 2001
Revised:   January 22, 2004

EXHIBIT__38__
PAGE__2_ OF _2_

21460
Wade v. Ilisagvik College