Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE, <br><br> Plaintiff, <br><br> v. <br><br> ILISAGVIK COLLEGE; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually, <br><br> Defendants. | Case No. 3:05-cv-086-TMB |

### (PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

IT IS HEREBY ORDERED that Plaintiff's Motion For Partial Summary Judgment is granted.

DATED at Anchorage, Alaska this _____ day of _____, 2007.

Order Granting Plaintiff's Motion for Partial Summary Judgment
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

By _____
Honorable Timothy M. Burgess
US District Court Judge

### Certificate of Service

I hereby certify that on June 15, 2007, a copy of the foregoing was served electronically on Cynthia Ducey, Esq.

s/Linda S. Johnson

Order Granting Plaintiff's Motion for Partial Summary Judgment
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2