Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone 907-279-3581
Fax  907-277-1331
cld@delaneywiles.com

Attorneys for defendants Ilisagvik College, Pam Taylor
and John Tuthill

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE, NORTH SLOPE<br>BOROUGH, JOHN TUTHILL, individually<br>and PAMELA TAYLOR, individually<br><br>　　　　Defendants. | Case No. 3:05-cv-086 (TMB)<br><br>**STIPULATION FOR EXTENSION OF TIME** |

　　　　The parties hereto, by and through their respective undersigned attorneys of record, hereby stipulate and agree that: (1) defendants Ilisagvik College, John Tuthill and Pamela Taylor may have an extension of time until August 3, 2007, to respond to plaintiff's Motion for Partial Summary Judgment on FMLA; (2) plaintiff may have an extension of time until August 17, 2007, to file a reply to defendants' response to plaintiff's Motion for Partial Summary Judgment on FMLA; (3) plaintiff may have an extension of time until August 3, 2007, to respond to defendants' Motion for Summary Judgment; and (4) defendants may have an extension of time until August 17, 2007, to file a reply to plaintiff's response to defendants' Motion for Summary Judgment.

                                                                  Clapp, Peterson, Van Flein  
                                                                  Tiemessen & Thorsness, LLC  
                                                                  Attorney for Bobbi Wade

DATED: 7/2/07　　　　　　　　　　s/Linda Johnson (Consent)  
                                                                  Linda Johnson  
                                                                  Clapp, Peterson, Van Flein  
                                                                  Tiemessen & Thorsness, LLC  
                                                                  711 H. Street, suite 620  
                                                                  Anchorage, Alaska 99501-3454  
                                                                  Phone 907-272-9272  
                                                                  Fax 907- 272-9586  
                                                                  usdc-anc-ntc@cplawak.com


                                                                  DELANEY WILES, INC.  
                                                                  Attorneys for Defendants Ilisagvik College,  
                                                                  John Tuthill, and Pamela Taylor

Dated: 7/2/07　　　　　　　　　　s/Cynthia L. Ducey  
                                                                  Cynthia L. Ducey, ASBA # 8310161  
                                                                  Delaney Wiles, Inc.  
                                                                  1007 West 3rd Avenue, Suite 400  
                                                                  Anchorage, Alaska 99501  
                                                                  Phone 907-279-3581  
                                                                  Fax  907-277-1331  
                                                                  cld@delaneywiles.com

132045

DELANEY WILES, INC.  
1007 WEST 3RD AVENUE  
SUITE 400  
ANCHORAGE, ALASKA  
(907) 279-3581