Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone 907-279-3581
Fax  907-277-1331
cld@delaneywiles.com

Attorneys for defendants Ilisagvik College, Pam Taylor
and John Tuthill

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05-cv-086 (TMB) |
| v. ) | |
| ) | |
| ILISAGVIK COLLEGE, NORTH SLOPE ) | **PROPOSED ORDER GRANTING** |
| BOROUGH, JOHN TUTHILL, individually ) | **STIPULATION FOR EXTENSION** |
| and PAMELA TAYLOR, individually ) | **OF TIME** |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter having come before the court on the parties' stipulation for extension of time, IT IS HEREBY ORDERED that: (1) defendants Ilisagvik College, John Tuthill and Pamela Taylor may have an extension of time until August 3, 2007, to respond to plaintiff's Motion for Partial Summary Judgment on FMLA; (2) plaintiff may have an extension of time until August 17, 2007, to file a reply to defendants' response to plaintiff's Motion for Partial Summary Judgment on FMLA; (3) plaintiff may have an extension of time until August 3, 2007, to respond to defendants' Motion for Summary Judgment; and (4) defendants may have an extension of time

until August 17, 2007, to file a reply to plaintiff's response to defendants' Motion for Summary Judgment.

Dated:_____

_____
Judge Timothy M. Burgess
United States District Court Judge

132047

:LANEY WILES, INC.
)07 WEST 3RD AVENUE
SUITE 400
ICHORAGE, ALASKA
(907) 279-3581