IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| BOBBI J. WADE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:05-cv-086 (TMB) |
| v. | ) | |
| | ) | |
| ILISAGVIK COLLEGE, NORTH SLOPE | ) | **ORDER GRANTING** |
| BOROUGH, JOHN TUTHILL, individually | ) | **STIPULATION FOR EXTENSION** |
| and PAMELA TAYLOR, individually | ) | **OF TIME** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter having come before the court on the parties' stipulation for extension of time,

IT IS HEREBY ORDERED that: (1) defendants Ilisagvik College, John Tuthill and Pamela

Taylor may have an extension of time until August 3, 2007, to respond to plaintiff's Motion for

Partial Summary Judgment on FMLA; (2) plaintiff may have an extension of time until August 17,

2007, to file a reply to defendants' response to plaintiff's Motion for Partial Summary Judgment

on FMLA; (3) plaintiff may have an extension of time until August 3, 2007, to respond to

defendants' Motion for Summary Judgment; and (4) defendants may have an extension of time

until August 17, 2007, to file a  reply to plaintiff's response to defendants' Motion for Summary

Judgment.


Dated: July 3, 2007                     /s/ Timothy M. Burgess
                                        Judge Timothy M. Burgess
                                        United States District Court Judge