Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
Fax  (907) 277-1331
cld@delaneywiles.com
Attorney for defendant Ilisagvik College

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. A05-086 CV (TMB) |
| v. ) | |
| ) | |
| ILISAGVIK COLLEGE, NORTH SLOPE ) | |
| BOROUGH, JOHN TUTHILL, individually ) | |
| and PAMELA TAYLOR, individually ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF FILING INDEX AND EXHIBITS TO OPPOSITION
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants Ilisagvik College, John Tuthill, and Pamela Taylor, by and through counsel,

herein files the index and exhibits attached to the opposition to motion for summary judgment of

plaintiff.

Dated:   6-16-06                           s/ Cynthia L. Ducey
                                           Cynthia L. Ducey, ASBA # 8310161
                                           Delaney Wiles, Inc.
                                           1007 West 3rd Avenue, Suite 400
                                           Anchorage, AK 99501
                                           (907) 279-3581
                                           (907) 277-1331 Fax
                                           cld@delaneywiles.com

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

Certificate of service

I certify that a true and correct
copy of this documents has
been served by electronic service
on the 3rd day of August, 2007 upon:

Linda Johnson

By:  Cynthia L. Ducey

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

Notice of filing Index and Exhibits to Opposition to Plaintiff's Motion for Summary Judgment
*Wade v. Ilisagvik College, et. al.,* Case No. 3:05-cv-086-TMB                    Page 2 of 2