INDEX OF EXHIBITS TO OPPOSITION
TO PLAINTIFF'S MOTIONF OR SUMMARY JUDGMENT

PRIOR EXHIBITS ATTACHED TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Exh. AN, Dr. Church 8/6/03 Chart Note.

Exh. AO, Dr. Church 11/12/03 Chart Note

Exh. AP, Dr. Church 11/26/03 Chart Note

Exh. AQ, Dr. Dexter 3/8/04 Field Trip Note (stomach problems);

Exh. AR, Dr. Neuhaus 4/12/04 Chart Note (left foot)

Exh. AS, 1/21/04 Chart Note.

Exh. AT, Samuel Simmonds Hospital Records

Exh. AU, Dr. Snyder 10/6/03 Note;

Exh. AV, Wade 10-1-03 e-mail

Exh. AW, Jay St. Vincent 11/13/03 Request For Leave

133540