```
                IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA
```

**CERTIFIED COPY**

```
BOBBI J. WADE,                        )
                                      )
               Plaintiff,             )
vs.                                   )  CASE NO.
                                      )  A05-086 CV (TMB)
ILISAGVIK COLLEGE, NORTH SLOPE        )
BOROUGH, JOHN TUTHILL, individually)
and PAMELA TAYLOR, individually,      )
                                      )
               Defendants.            )
                                      )
_____ )


        THE VIDEO DEPOSITION OF

        AMY CONYER

        Taken on Behalf of the Defendants

        August 30, 2006

        Nashville, Tennessee
```

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

FILE NO.: A006DC5

EXHIBIT I
Page 1 of 2

1

| # | | Time |
|---|---|---|
| 1 | A.   Yes, I was in a classroom environment with her. | 12:49:59 |
| 2 | Q.   How many classrooms were you in with her? | 12:50:02 |
| 3 | A.   The spring semester for the one course and then | 12:50:05 |
| 4 | a few courses in the summer -- | 12:50:08 |
| 5 | Q.   Okay. | 12:50:09 |
| 6 | A.   -- semester. | 12:50:10 |
| 7 | Q.   And with respect to the nonclassroom | 12:50:10 |
| 8 | environment, either the independent studies or the | 12:50:13 |
| 9 | distance delivery, did you have an opportunity to | 12:50:17 |
| 10 | observe how she treated the other students? | 12:50:19 |
| 11 | A.   No, I did not. | 12:50:21 |
| 12 | Q.   Okay.  Would you agree that a grandmother | 12:50:23 |
| 13 | teaching a granddaughter, all of these classes could | 12:50:26 |
| 14 | lead to a perception by others that -- | 12:50:31 |
| 15 | A.   I could see that. | 12:50:35 |
| 16 | Q.   -- you were treated more favorably? | 12:50:35 |
| 17 | A.   I could see that.  I wouldn't say that I was | 12:50:38 |
| 18 | being treated more favorably. | 12:50:39 |
| 19 | Q.   But you agree it could lead to that perception? | 12:50:43 |
| 20 | A.   It could. | 12:50:45 |
| 21 | Q.   Did you ever learn that there were students | 12:50:46 |
| 22 | that were disgruntled by that perception? | 12:50:48 |
| 23 | A.   No. | 12:50:51 |
| 24 |       MS. DUCEY:  Okay.  Nothing further. | 12:50:52 |
| 25 | | |

EXHIBIT

Page ___ of ___