**OFFICE VISIT**

Name: Bobbi Wade          MR # 423400148   Date: 5/6/03

| AGE | WEIGHT | HEIGHT | BP (initial) | BP (other) | PULSE | TEMP | RESP | Recorded by |
|---|---|---|---|---|---|---|---|---|
| 69 | 172 | 5'4" | 164/88 | | 80 | 98.3 | 18 | SW |

**CHIEF COMPLAINT:** Multiple          **Allergies:** ASA

**HPI:** Pt going back to ALASKA for teaching - with plans to return soon for tx of med problems.

Pt having ↑ in probs c overactive bladder, urge incontinence & stress incontinence. Was previously told she would likely need a bladder tack (by gyn who performed hyst) - didn't follow - defer.

Pt c progressive pains in ® hip from GP — needs office visit

**MEDICATIONS:**
Estrogen 1.25
Lits (?)
Synthroid 0.025
Propranolol 10
Pepcid (?)
(illegible)
Prozac
HGT
☐ meds reviewed

**Immunizations:** ☐ UTD  ☐ needs:

| | Level 1 | | | Level 2 | | | Level 3 | | | Level 4 | | | Level 5 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HPI | ROS | PFS | HPI | ROS | PFS | HPI | ROS | PFS | HPI | ROS | PFS | HPI | ROS | PFS |
| New Pt | 1 | 0 | 0 | NP | | | NP 4(3) | | | NP 4(8) | 10 | 2 | NP 4(8) | 10 | 2 |
| Est Pt | 1 | 0 | 0 | EP | | | EP | | | EP 4(8) | | | EP 4(8) | | |

**Past Medical History:** ☐ DM  ☐ HTN  ☐ CAD  ☐ CVD  ☐ COPD  ☐ Cancer of:

Major Illnesses:
Surgery/Hosp:
Infectious Dz:  ☐ TB  ☐ Hepatitis  ☐ Rheumatic Fever  ☐ STD  ☐ None   ☑ PMHx reviewed

**Family History:**  Father  Mother  Brother  Sister  Children    **Social History:**  M  W  S  D
Hypertension: _____ _____ _____ _____ _____   Marital Status: ☐ ☐ ☐ ☐
Cancer (type?): _____ _____ _____ _____ _____   Occupation:
Heart Dz / CVA: _____ _____ _____ _____ _____   Children:
Diabetes: _____ _____ _____ _____ _____   Tobacco Use: ☐ never  ☐ quit  ☐ current
Other: _____ _____ _____ _____ _____   ETOH Use:   Education:
☑ FHx reviewed   Other:   ☐ SHx reviewed

**Review of Systems** — Strike Negatives   Circle Positives   Check N if system normal   Details of ROS:

| System | N | Symptoms |
|---|---|---|
| Constitutional | N | fever  wt loss  wt gain  fatigue  elevated BP |
| Eyes | N | redness  discharge  visual change  eye pain  diplopia |
| ENT | N | sore throat  hoarseness  hearing loss  ear pain  rhinorrhea  nosebleed |
| Respiratory | N | SOB  cough  flem prod  pleuritic CP  DOE  hemoptysis |
| CardioVascular | N | chest pain  palpitations  tachycardia  edema  orthopnea  PND |
| GastroIntestinal | N | nausea  vomiting  indigest  reflux  diarrhea  constip  rectal bleeding |
| GenitoUrinary | N | dysuria  frequency  blood in urine  flank pain  nocturia  SUI  dribbling  impotence |
| Menstrual | N | heavy periods  irreg periods  abnl PAP  menopausal (age __ )  vaginal D/C |
| MusculoSkeletal | N | back pain  myalgia  joint swelling  arthralgia  osteoporosis |
| Neurologic | N | headache  numbness  paresthesias  weakness  dizziness |
| Psychologic | N | mentation problems  anxiety  confusion  depression  insomnia |
| Endocrine | N | polyuria  polydipsia  hair changes  thyroid enlarg  thyroid abnl |
| Hematologic | N | abnl bleeding  abnl bruising  palp lymph nodes  petechiae  hx of anemia |
| Skin / Breast | N | mole  rash  itching  lesion /  breast mass  tenderness  discharge |
| Allergy | N | rhinorrhea  asthma  hives  hay fever  sinus problems |

**DIET:**  ☐ normal  ☐ other:          **Exercise:**  ☐ no  ☐ yes:          25693

Wade v. Ilisagvik College

EXHIBIT AH
Page 1 of 2

## PHYSICAL EXAMINATION

Vital Signs – see front page | details of PE:

| Section | Findings |
|---|---|
| **General:** | ☑ appearance: WD-WN |
| **Eyes:** | ☐ sclerae/ conjunct: clear  ☐ pupils: ERRLA  ☐ fundi: nl |
| **ENT:** | ☐ ext exam nl  ☐ EAC/TM: clear  ☐ hearing: wnl  <br>☐ nasal exam: nl  ☐ lips-teeth-gums: wnl  ☐ oropharynx: clear |
| **Neck:** | ☐ appearance: nl, no palp masses  ☑ thyroid: wnl |
| **Resp:** | ☐ resp: even/unlabored  ☐ percuss: nl  ☐ palp: nl  ☐ ausc: nl |
| **Cardiac:** | ☐ palp: nl  ☐ ausc: nl – RRR no M / R / G  ☐ edema: absent |
| **Pulses:** | ☐ carotids: nl  ☐ aorta: nl  ☐ femorals: nl  ☐ pedals: nl |
| **Breasts:** | ☐ appear: nl, symmetric  ☐ no tenderness-mass-dimpling-dc |
| **ABD** | ☐ no masses-tenderness  ☐ liver-spleen wnl  <br>☐ no hernia  ☐ rectal-anal wnl  ☐ heme: NEG  POS |
| **Male GU:** | ☐ scrotum-testes: wnl  ☐ penis: nl  ☐ prostate: symm, no masses |
| **Pelvic:** | ☐ external/vaginal: nl  ☐ urethra: intact  ☐ bladder: nl  <br>☐ uterus: nl  ☐ cervix: nl  ☐ adnexa: nl |
| **Lymph:** | ☐ neck: wnl  ☐ axillae: wnl  ☐ groin: wnl  ☐ other: |
| **MuscSk:** | ☐ gait: wnl  ☐ digits-nails wnl  indicate areas examined: Head/Neck: / Spine: / Pelvis: / RUE: / LUE: / RLE: / LLE: |
| **Skin:** | ☐ inspection wnl: no rash, lesion  moles:  <br>☐ no palp lesions/induration |
| **Neuro:** | ☐ CN intact 2-12  ☐ touch-pain intact  <br>☐ reflexes symm, wnl  <br>abnl findings: |
| **Psych:** | ☐ alert, oriented x 3  ☐ memory intact  ☐ no joint defects  ☐ ROM wnl  <br>☐ judgment wnl  ☐ mood, affect wnl  ☐ joint stable  ☐ strength n |

**Impression:**
1. HTN – D/C Lisinopril – start Tarka
2. Overactive Bladder – Try Oxytrol
3. Hip pain – Ortho
4. ↓ thyroid – √ TSH

**Plan:** Tarka 2/240 #56 (5)
☑ meds: Oxytrol Patch #6 (5)
☐ reviewed w/ pt
☑ lab: TSH
U/A – trace blood, etc
☑ will review w/ pt
☐ ancillaries:
☐ will review w/ pt
☐ referral:
☐ other:

Next Appointment: Pros Surely

Signature: Church    25694

Wade v. Ilisagvik College
EXHIBIT AH
Page 2 of 2