383-4000

## OFFICE VISIT

Name: Bobbi Wade      MR #423400148   Date: 11/12/03

| AGE | WEIGHT | HEIGHT | BP (initial) | BP (other) | PULSE | TEMP | RESP | Recorded by |
|---|---|---|---|---|---|---|---|---|
| 69 | 176 | 5'4" | 146/80 | | 92 | — | 18 | SW |

**CHIEF COMPLAINT:** Skin CA.   **Allergies:** ASA

**HPI:** R Shoulder spot removed by Doctor Snyder in Alaska — came back ⊕ malignant (Ka)

Seen in Alaska — 3 lesions removed from chest wall — one ⊕ for SCC

Didn't tolerate Tarka — made her feel lightheaded — feels better back on lisinopril

---

### HERITAGE MEDICAL ASSOCIATES, P.C.

Celia V. Church, M.D.
(615) 646-6222
Wesley Emfinger, M.D.
(615) 646-8696
Mark Stubblefield, M.D.
(615) 662-1021
7640 Highway 70 South
Nashville, TN 37221

Full Name: Bobbi Wade       Date: 11/12/03

Please Label All Prescriptions

Rx  Lisinopril 40mg #130 + j abrd

Refill ___ times
☐ Do not Refill

_____ M.D.   _Celia Church_ M.D.
DISPENSE AS WRITTEN              SUBSTITUTION ALLOWED

BC1957540
D.E.A. REG. NUMBER

---

| System | | Findings |
|---|---|---|
| GenitoUrinary | N | dysuria  frequency  blood in urine  flank pain  nocturia  SOB  dribbling  impotence |
| Menstrual | N | heavy periods  irreg periods  abnl PAP  menopausal (age ___)  vaginal D/C |
| MusculoSkeletal | N | back pain  myalgia  joint swelling  arthralgia  osteoporosis |
| Neurologic | N | headache  numbness  paresthesias  weakness  dizziness |
| Psychologic | N | mentation problems  anxiety  confusion  depression  insomnia |
| Endocrine | N | polyuria  polydipsia  hair changes  thyroid enlarg  thyroid abnl |
| Hematologic | N | abnl bleeding  abnl bruising  palp lymph nodes  petechiae  hx of anemia |
| Skin / Breast | N | mole  rash  itching  lesion  breast mass  tenderness  discharge |
| Allergy | N | rhinorrhea  asthma  hives  hay fever  sinus problems |

**DIET:** ☐ normal  ☐ other: ____   **Exercise:** ☐ no  ☐ yes:   25690

Wade v. Ilisagvik College
EXHIBIT 40
Page 1 of 2

# PHYSICAL EXAMINATION

☑ Vital Signs – see front page    details of PE:

| | |
|---|---|
| **General:** | ☑ appearance: WD-WN |
| **Eyes:** | ☐ sclerae/conjunct: clear  ☐ pupils: ERRLA  ☐ fund: nl |
| **ENT:** | ☐ ext exam nl  ☐ EAC/TM: clear  ☐ hearing: wnl |
| | ☐ nasal exam: nl  ☐ lips-teeth-gums: wnl  ☐ oropharynx: clear |
| **Neck:** | ☐ appearance: nl, no palp masses  ☐ thyroid: wnl |
| **Resp:** | ☐ resp: even/unlabored  ☐ percuss: nl  ☐ palp: nl  ☐ ausc: nl |
| **Cardiac:** | ☐ palp: nl  ☐ ausc: nl – RRR, no M/R/G  ☐ edema: absent |
| **Pulses:** | ☐ carotids: nl  ☐ aorta: nl  ☐ femorals: nl  ☐ pedals: nl |
| **Breasts:** | ☐ appear: nl, symmetric  ☐ no tenderness-mass-dimpling-dc |
| **ABD:** | ☐ no masses-tenderness  ☐ liver-spleen wnl |
| | ☐ no hernia  ☐ rectal-anal wnl  ☐ heme: NEG  POS |
| **Male GU:** | ☐ scrotum-testes: wnl  ☐ penis: nl  ☐ prostate: symm, no masses |
| **Pelvic:** | ☐ external/vaginal: nl  ☐ urethra: intact  ☐ bladder: nl |
| | ☐ uterus: nl  ☐ cervix: nl  ☐ adnexa: nl |
| **Lymph:** | ☐ neck: wnl  ☐ axillae: wnl  ☐ groin: wnl  ☐ other: |
| **MuscSk:** | ☐ gait: wnl  ☐ digits-nails wnl  indicate areas examined: Head/Neck, Spine, Pelvis, RUE, LUE, RLE, LLE |
| **Skin:** | ☐ inspection wnl: no rash, lesion   moles: |
| | ☐ no palp lesions/induration |
| **Neuro:** | ☐ CN intact 2-12  ☐ touch-pain intact |
| | ☐ reflexes symm, wnl |
| | abnl findings: |
| **Psych:** | ☐ alert, oriented x 3  ☐ memory intact  ☐ no joint defects  ☐ ROM wnl |
| | ☐ judgment wnl  ☐ mood, affect wnl  ☐ joint stable  ☐ strength n |

**Physical Elements:** level 1 / level 2 / level 3 / level 4 / level 5

## Impression

1. HTN — ↑ lisinopril to 40mg
   BID & recheck in 4 weeks

2. Skin CA — refer to plastic surgeon

## Plan

☐ meds:    ☐ reviewed w/ pt

☐ lab:     ☐ will review w/ pt

☐ ancillaries:   ☐ will review w/ pt

☐ referral:

☐ other: Scheduled appt c̄ Dr. Delozier 11/18/03 @ 1:15 pm

**Medical Decision Making:** level 2 / level 3 / level 4 / level 5

Time Spent in Counseling Patient
Begin: ___  End: ___
new pt: ☐10 ☐20 ☐30 ☐45 ☐60
est pt: ☐5 ☐10 ☐15 ☐25 ☐40

Next Appointment: pw    Signature: [signature]    25691

Wade v. Ilisagvik College
EXHIBIT AC
Page 2 of 2