**OFFICE VISIT**

Name: Bobbie Wade    MR #: 42340048    Date: 11/26/03

| AGE | WEIGHT | HEIGHT | BP (initial) | BP (other) | PULSE | TEMP | RR | REF |
|---|---|---|---|---|---|---|---|---|
| 19 | 176 | 54" | 190/90 | | 84 | — | 18 | (JW) |

**CHIEF COMPLAINT:** Need scripts refilled #90 / release to work    **Allergies:** ASA

**HPI:** Pt wonders about refills on meds.

She would like recommendations on BP control —

Discussed ERT c̄ pt; she would like to come off of this

**Immunization:** ☐ UTD  ☐ needs:

**Past Medical History:** ☐ DM  ☐ HTN  ☐ CAD  ☐ CVD  ☐ COPD  ☐ Cancer of:

☐ TB  ☐ Hepatitis  ☐ Rheumatic Fever  ☐ STD  ☐ None   ☑ PMHx reviewed

**Family History:** Father  Mother  Brother  Sister  Children

- Hypertension:
- Cancer (type?):
- Heart Dz / CVA:
- Diabetes:
- Other:

☑ FHx reviewed

**Social History:** M W S D
- Marital Status: ☐ ☐ ☐ ☐
- Occupation:
- Children:
- Tobacco Use: ☐ never  ☐ quit  ☐ current
- ETOH Use:  Education:
- Other:

☑ SHx reviewed

**Review of Systems:** Strike Negatives · Circle Positives · Check N if system normal    Details of ROS

| System | N | |
|---|---|---|
| Constitutional | N | fever  wt loss  wt gain  fatigue  elevated BP |
| Eyes | N | redness  discharge  visual change  eye pain  diplopia |
| ENT | N | sore throat  hoarseness  hearing loss  ear pain  rhinorrhea  nosebleed |
| Respiratory | N | SOB  cough  flem prod  pleuritic CP  DOE  hemoptysis |
| CardioVascular | N | chest pain  palpitations  tachycardia  edema  orthopnea  PND |
| GastroIntestinal | N | nausea  vomiting  indiges  reflux  diarrhea  constip  rectal bleeding |
| GenitoUrinary | N | dysuria  frequency  blood in urine  flank pain  nocturia  SUI  dribbling  impotence |
| Menstrual | N | heavy periods  irreg periods  abnl PAP  menopausal (age   )  vaginal D/C |
| MusculoSkeletal | N | back pain  myalgia  joint swelling  arthralgia  osteoporosis |
| Neurologic | N | headache  numbness  paresthesias  weakness  dizziness |
| Psychologic | N | mentation problems  anxiety  confusion  depression  insomnia |
| Endocrine | N | polyuria  polydipsia  hair changes  thyroid enlarg  thyroid abnl |
| Hematologic | N | abnl bleeding  abnl bruising  palp lymph nodes  petechiae  hx of anemia |
| Skin / Breast | N | mole  rash  itching  lesion  /  breast mass  tenderness  discharge |
| Allergy | N | rhinorrhea  asthma  hives  hay fever  sinus problems |

**DIET:** ☐ normal  ☐ other:    **Exercise:** ☐ no  ☐ yes:    25688

Wade v. Ilisagvik College

EXHIBIT AP
Page 1 of 2

## PHYSICAL EXAMINATION

☒ Vital Signs – see front page    details of PE:

| | |
|---|---|
| **General:** | ☒ appearance: WD-WN |
| **Eyes:** | ☐ sclerae/ conjunct: clear  ☐ pupils: ERRLA  ☐ fundi: nl |
| **ENT:** | ☐ ext exam nl  ☐ EAC/TM: clear  ☐ hearing: wnl<br>☐ nasal exam: nl  ☐ lips-teeth-gums: wnl  ☐ oropharynx: clear |
| **Neck:** | ☐ appearance: nl, no palp masses  ☐ thyroid: wnl |
| **Resp:** | ☐ resp: even/unlabored  ☐ percuss: nl  ☐ palp: nl  ☐ ausc: nl |
| **Cardiac:** | ☐ palp: nl  ☐ ausc: nl – RRR, no M/R/G  ☐ edema: absent |
| **Pulses:** | ☐ carotids: nl  ☐ aorta: nl  ☐ femorals: nl  ☐ pedals: nl |
| **Breasts:** | ☐ appear: nl, symmetric  ☐ no tenderness-mass-dimpling-dc |
| **ABD:** | ☐ no masses-tenderness  ☒ liver-spleen wnl<br>☐ no hernia |
| **Male GU:** | ☐ scrotum-testes: |
| **Pelvic:** | ☐ external/vaginal  ☐ uterus: nl |
| **Lymph:** | ☐ neck: wnl |
| **MuscSk:** | ☐ gait: wnl |
| **Skin:** | ☐ inspection wnl  ☐ no palp lesions |
| **Neuro:** | ☐ CN intact 2-12  ☐ reflexes symm  abnl findings: |
| **Psych:** | ☐ alert, oriented x  ☐ judgment wnl |

---

**Heritage Medical Associates, P.C.**
Celia V. Church, M.D. (615) 646-6222
Wesley Emfinger, M.D. (615) 646-8696
Mark Stubblefield, M.D. (615) 662-1021
7640 Highway 70 South, Nashville, TN 37221

Full Name: BOBBIE WADE    Date: 11/20/03

Please Label All Prescriptions

Rx
1. Propranolol 40 mg #180 – po tid – 3 Refills
2. Prevacid 30 mg #90 – po BID – 3 Refills
3. Celebrex 200 mg #90 – po BID – 3 Refills
4. Maxzide 37.5/25 #90 – po BID – 3 Refills

Refill ___ times    ☐ Do not Refill
DISPENSE AS WRITTEN ___ M.D.    SUBSTITUTION ALLOWED Church M.D.

D.E.A. REG. NUMBER: CC1901546

---

**Impression:**
1. HTN – add Lisinopril B[...]  Start [...]  Work on dietary D's (the holidays)
2. Menopause – read about hormone Balance

☐ will review w/ pt
☐ ancillaries:
☐ will review w/ pt
☐ referral:
☐ other:

**Medical Decision Making:** level 2 / level 3 / level 4 / level 5
Time Spent in Counseling Patient
Begin: ___ End: ___
new pt: ☐10 ☐20 ☐30 ☐45 ☐60
est pt: ☐5 ☐10 ☐15 ☐25 ☐40

Next Appointment: RTN 2 weeks for BP    Signature: Church    25689

Wade v. Ilisagvik College
Exhibit AP
Page 2 of 2