IEI&s0CI&k16.66HI&l0o7.64c69p2e67rI&al96M
WADE,BOBBIE J  #996136

Field Trip Note

NOTE DATED: 03/08/04 12:00    FIELD TRIP NOTE

Alaska Native Medical Center

FIELD TRIP

Wade, Bobbie

HRCN: 01-52-38.

DICT: David Dexter, M.D.

Internal Medicine
03/08/2004

Ms. Wade is a 70-year-old woman who was referred to me by Dr. McCloud
for evaluation of her hypertension and abdominal symptoms.

Regarding her hypertension, Ms. Wade reports that she has had
hypertension for a number of years.  It used to be well controlled on
medications, but since about October of last year, she has been having
much more difficulty controlling her blood pressure.  It seems to be
consistently high when she comes into her appointments in Clinic, and
she says it has been high at other times as well.  The patient reports
a significant amount of stress recently regarding a lawsuit.  She
thinks this is the most likely reason for the poor control.  The
patient takes Lisinopril 20 mg twice a day.  She also uses Propranolol
short-acting 20 mg at a time.  She will take this somewhat on an as
needed basis.  She does not take it before she has to go to work
because it makes her sleepy.  She will otherwise take it at least
twice a day.

The patient denies any cardiac history.  She is a non-smoker.  She is
a non-drinker.  She does add salt to her food.  In the past, she has
also taken Hydrochlorothiazide, but had been intolerant to that.  As
far as symptoms from hypertension, occasionally she'll get tightness
in her neck.  She denies chest pain.

Regarding her abdominal symptoms, the patient will often get
nauseated, but has not had episodes of emesis.  She does have
abdominal pain and heartburn commonly.  She has taken Prevacid 15 mg
once a day, but discontinued that as it didn't help her.  She
currently takes Pepcid over-the-counter pill twice a day.  She reports
a history of ulcers and she thinks that her stress is causing these
symptoms to be worsened as well.

CURRENT MEDICATIONS: Lisinopril 20 mg twice a day.
Propranolol 20 mg at a time, 2-3 times a day.
Synthroid 0.05 mg a day.
Premarin 1.25 mg every other day.
Fluticasone nasal spray.

PHYSICAL EXAMINATION: Screening blood pressure 212/94 manually, heart
rate 75, respiratory rate 14.  In general, she is a well-developed
woman in no acute distress.

** THIS DOCUMENT CONTINUED ON NEXT PAGE **
_____ CHART COPY _____
WADE,BOBBIE J   #996136   DOB:11-27-33       Alaska Native Medical Ctr.
Field Trip Note                              Printed:03/24/04 11:10

25699
Wade v. Ilisagvik College

EXHIBIT AQ
Page 1 of 2

Field Trip Note

WADE.BOBBIE J   #996136
_____

03/08/04 12:00        ** CONTINUED FROM PREVIOUS SCREEN **
HEENT:  Unremarkable.
NECK:  Carotid upstrokes are normal bilaterally.  There are no carotid
bruits.
LUNGS:  Clear.
HEART:  Regular with S1 and S2; no murmurs, rubs or gallops.
ABDOMEN:  Soft with mild tenderness, no masses, no rebound.  Bowel
sounds are present.  I do hear an abdominal bruit, best in the area
midway between the xiphoid and the umbilicus.  I can also hear it
laterally, both on the right and on the left.

On review of the patient's laboratories from January 12, 2004:
Glucose is mildly elevated at 124.  This is done at 1345 in the
afternoon, most likely a random glucose.  BUN is slightly high at 18,
with normal being 17. The rest of the complete metabolic profile is
normal.  Hemogram is normal.  The patient has had a cholesterol panel
done in November 2002, with a total cholesterol 299, triglycerides
177, HDL 92, LDL 172.

ASSESSMENT:
1. Hypertension.  At this time, the patient does need a second agent,
   which will provide more continuous blood pressure control than the
   short-acting Propranolol.  I think she has symptoms from the
   Propranolol which precludes her taking it regularly.  Of note, the
   patient began Propranolol as a treatment for essential tremor, but
   doesn't feel like she has much need for that now, as most of her
   work is not in the public view.  I'm going to recommend today
   starting Atenolol 50 mg once a day, and use the Propranolol only as
   needed for essential tremor.  I'm concerned that she may have
   atherosclerotic disease of her abdominal vessels, given the
   abdominal bruit I heard, and if indeed she has renal artery
   stenosis then this could be a treatable cause for her hypertension.
   I'm going to recommend a duplex swan of bilateral renal arteries to
   rule this out.  The Atenolol can be titrated up to a maximum of 100
   mg once a day, as needed for blood pressure control and tolerated
   by side effects.

1. Gastrointestinal reflux disease.  We will empirically increase her
   Prevacid to 30 mg once a day, continue the Pepcid at night before
   she goes to bed, and follow up in one month.


DD:03/08/2004
DT:03/10/2004
MedQ 2401106/JOB: 566192
CLINIC CODE:
RD:
$End

                    Signed by: /es/ DAVID G. MD DEXTER
                               03/17/04 13:04



_____ CHART COPY _____
                                      Alaska Native Medical Ctr.
WADE.BOBBIE J    #996136  DOB:11-27-33  Printed:03/24/04 11:10
Field Trip Note

25700
Wade v. Ilisagvik College

EXHIBIT
Page 2 of 2