

 FAMILY PODIATRY CENTER, P.C.

WILLIAM A. COHEN, D.P.M.
Diplomate, American Board of Podiatric Surgery

MATTHEW D. NEUHAUS, D.P.M.
Associate, American College of Foot and Ankle Specialists

April 12, 2004

Celia Church, M.D.
7640 Highway 70 South
Suite 102
Nashville, TN 37221

Dear Dr. Church,

Thank you for the opportunity to treat your patient Bobbi Wade (DOB 11/27/1933) today.

**Impression / Diagnosis:** Capsulitis metatarsal phalangeal joint 2 left foot (726.90). Metatarsalgia metatarsal phalangeal joint 2 left foot (726.70). Difficulty walking (719.7) and pain foot/limb (729.5).

**Medication Prescribed:** Mobic 15.0 mg, #30 1 PO QD refills # 3.

**Treatments:** An injection was administered with a combination of 1cc 0.5% marcaine plain 8mg/mL dexamethasone acetate and 4mg/mL dexamethasone sodium phosphate. Injection was given into the inflamed joint (20600) and intermetatarsal space 2 around the intermetatarsal nerve left foot (64450LT).

**Follow up and Instructions:** Handout given summarizing the condition discussed today. I have recommended patient wear New Balance athletic shoes.
Patient was instructed to apply ice to the area of chief complaint for 15 - 20 minutes three times daily. The patient was instructed to return to the office as needed or if symptoms persist. Recommended metatarsal pad be purchased OTC. Pt lives in Alaska. F/U when back in town.

Thank you again for the privilege to participate in this patient's care. I will see this patient back for follow up care and I will keep you informed of their progress.

Sincerely,

_Matt_
Matthew D. Neuhaus, D.P.M.

4/16/04

| 741 President Place, Ste. 140 | 7640 Hwy. 70 S., Ste. 205 | 130 Lebanon Highway |
| Smyrna, TN 37167 | Nashville, TN 37221 | Carthage, TN 37030 |
| (615) 220-0602 | (615) 662-6676 | (615) 735-2055 |

300150

EXHIBIT
Page