IHS-803 (10/96)   P.L. 96-511 N.A.

**PCC AMBULATORY ENCOUNTER RECORD**

Date: 1/21/04
Arrival Time: 1250 PM
Clinic: Barrow
Appt. ___ Walk-in ___

PROBLEM LIST UPDATE (Enter Problem Numbers From Health Summary)
Remove | Move to Inactive | Move to Active

PROVIDERS   AFFIL. 8   DIS. 0 1   INITIALS / CODE WH
PRIMARY PROVIDER

TEMP 96.3   PULSE 67   RESP 20   B/P 115/70 (R)
WT. 179 70 GM / KG / LB-OZ   170
HT. ___ CM / IN
HEAD ___ CM / IN

CHIEF COMPLAINT: c/o nausea x 3 days. Sm amt emesis ṗ meals. Also for BP. / Hx gastric ulcers — [illegible]

SUBJECTIVE/OBJECTIVE:
70 yo here follow up of HTN. Didn't take HCTZ because caused nausea. Not on low salt diet. Also has GERD. — Hx gastric ulcers → endoscopy years ago at 18 yo. Pt complains of burning in stomach, painful, vomiting off + on, worse after meals + late in day. Normal bowel movements. Hypertension — lisinopril 20mg bid, propanol 120mg bid [illegible] B/P — Chem 20 nl fast BS, CBC WNL, LFT WNL. Also on Premarin 1.25mg qd S/P hysterectomy. Last mammogram 1 year. Tobacco Ø. Last cholesterol 299 HDL 92. EtOH occasionally. Last labs synthroid 50mcg qd. EKG NSR.

Current Medications:
Lisinopril 20mg BID

Injury? ☐ Yes ☑ No   If yes, Date: ___   ☑ ETOH Related   ☐ Empoy. Rel.
Cause: normal   Place: ___   ALLERGIES ASA

OTHER TESTS/PROCEDURES ORDERED: CXR - EPA + lat, EKG c rhythm strip, thyroid profile, uric acid, fasting lipid profile   PHONE # 3632   Bx # 1544

VISION-UNCORRECTED R ___ L ___
VISION-CORRECTED R ___ L ___

| ORDER | INITIALS |
|---|---|
| HCT. | |
| UA | |
| HCG | |
| BS-F/BS-R | ✓ |
| CBC | ✓ |
| Urine culture | |
| Throat culture | |
| Stool culture | |
| STS | |
| GC | |
| PAP | |
| Pelvic | |
| Breast | |
| Mammogram | |
| Rectal | |
| Chest X-ray | ✓ |
| EKG | ✓ |
| Soak | |
| Hep B # | |
| Hep A # | |
| OPV # | |
| DTP # | |
| DT aP # | |
| DT | |
| Td | |
| MMR # | |
| Varicella | |
| Influenza | |
| Hib TITER/ActHIB # | |
| Padvax HIB # | |
| Pneumo Vax | |
| PPD ___ mm | |

| PROBLEM LIST A-Al-C | # | PURPOSE OF VISIT (PRINT ONLY IN THIS SECTION; DO NOT ABBREVIATE) | Health Factors |
|---|---|---|---|
| A | | GERD | 530.81 (P) |
| A | | Worsening gastritis | 535.50 |
| | | Hypertension | 401.9 |
| A | | Hypothyroid | 244.9 |
| | | S/P hysterectomy on Premarin | V45.79 |

REPRODUCTIVE FACTORS: G ___ P ___ LC ___ SA ___ TA ___ LMP ___ FP METHOD ___ DATE BEGUN ___

PROBLEM LIST NOTES / STORE NOTE FOR PROB. #: ___   REMOVE NOTE #: ___
STORE NOTE FOR PROB. #: ___

MEDICATIONS / TREATMENTS / PROCEDURES / PATIENT EDUCATION:
Low salt diet + low cholesterol ↑ propanol 40 tab tid q 8 hr

REVISIT/REFERRAL TO: Pt needs referral   DATE ___ TIME ___
PURPOSE: for endoscopy / gastric / surgical consult
INSTRUCTIONS TO PATIENT: ASAP   ☐ SIGN RELEASE RECORDS
Pt received dietician for low salt + low fat diet
Pt referred internal medicine
PROV. SIGNATURE: Caroline [illegible]

Type of Decision Making:
☐ Straightforward
☐ Low Complexity
☐ Moderate Complexity
☐ High Complexity

WADE, BOBBIE
MR# 15238   DOB 11-27-33   AGE 070
SSN 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   ACCT# 11138730
STAFF PHYSICIAN   DATE 01-21-04
FACILITY ___

25184
Wade v. Ilisagvik