# PCC AMBULATORY ENCOUNTER RECORD

IHS-803 (10/96)    P.L. 96-511 N.A.

Date: 10/24/03
Arrival Time: 10:08 AM
Clinic: 01
Appt. / Walk-in: ✓

**PROBLEM LIST UPDATE** (Enter Problem Numbers From Health Summary)
- Remove
- Move to Inactive
- Move to Active

PROVIDERS — AFFIL. 8 / DIS. 0 / INITIALS / CODE 1 5 2 2
PRIMARY PROVIDER

TEMP 95.4   PULSE 80   RESP 24   B/P 184/78
WT. 123 LB-OZ

**CHIEF COMPLAINT:** B/P ✓ et meds

**SUBJECTIVE/OBJECTIVE:** Self-identified needs/Meds RFs. Has several complaints.

#1 - BP - was started on Tarka in 9/03 - ℞ taking med. Feels lightheaded + fuzzy.
#2 - Essential Tremor - takes propranolol prn for tremor (½ tab) + prn @ hs for chronic rapid HR.
#3 - Insomnia - takes ⅓ of 5mg Ambien prn - feels unsteady c higher doses + groggy during day. Has tried myriad of other meds c worse SE.
#4 - GERD - Has occ'l heartburn esp @ noc c spicy, fatty foods. Has not been on any med for it before.
#5 - Seasonal allergies - on Flonase qod. Doing well c that.
#6 - Rt hip pain - doesn't feel like arthritis. Going on for several months, esp @ noc. Wakes her up. Starts in hip joint, radiates to lat knee. No back pain. No loss of strength or sensation.
#7 - Skin lesions - saw last visit for lesions - wanted to see dermatologist for eval but denied leave. Largest one painful + itchy. Wants tx'd.

Injury? ☐ Yes ☐ No    If yes, Date: ___
Cause: Cont on other PCC
☐ ETOH Related  ☐ Empoy. Rel.  Place:

**CURRENT MEDICATIONS:**
Flonase
Propranolol
Tarka
Zolpidem Tartrate
Prevacid — ED
Large cuff 168/74

ALLERGIES: ASA
PHONE #: 3632-1751
BOX #: 1544

OTHER TESTS/PROCEDURES ORDERED: Rt hip

**PURPOSE OF VISIT:** HTN ✗

(see attached PCC)    (1 of 2)

**MEDICATIONS / TREATMENTS / PROCEDURES / PATIENT EDUCATION**

Lisinopril 40 mg i po every day #30 5RF
Zolpidem Tartrate 5mg ½-1 tab po qhs prn insomnia #30 1RF
Propranolol 40 mg ½ tab po BID prn #30 1RF
Flonase i spray each nostril daily #1 3RF
Prevacid 15 mg i po every day #30 NR
Celebrex 100 mg i po qhs #30

REVISIT/REFERRAL TO: D/c Tarka. Arthritis/ortho field clinic referral.

**ORDER** checkboxes: HCT, UA, HCG, BS-F/BS-R, CBC, Urine culture, Throat culture, Stool culture, GC, PAP, Pelvic, Breast, Mammogram, Rectal, Chest X-ray, EKG, Soak, Hep B #, Hep A #, OPV #, DTP #, DT aP #, DT, Td, MMR #, Varicella, Influenza, Hib TITER/ActHIB #, Padvax HIB #, Pneumo Vax, PPD ___ mm

**Type of Decision Making:** Straightforward / Low Complexity / ✓ Moderate Complexity / High Complexity

NAME: WADE, BOBBIE
MR# 15238  DOB 11-27-33  AGE 069
SSN 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  ACCT# 11134729
MICHELLE SNYDER, M  DATE 10-24-03

26468
Wade v. Ilisagvik College

PROV. SIGNATURE: [signature] M Snyder
Cont next page

Page #1
Page 1 of 2

IHS-803 (10/96)   P.L. 96-511 N.A.

Date 10/24/03

**PCC AMBULATORY ENCOUNTER RECORD**

Arrival Time _____ AM/PM
Clinic 01
Appt. _____ Walk-in _____

PROBLEM LIST UPDATE (Enter Problem Numbers From Health Summary)
Remove | Move to inactive | Move to Active

AFFIL. | DIS. | INITIALS / CODE
PROVIDERS
PRIMARY PROVIDER

TEMP | PULSE | RESP | B/P
WT. ☐ GM ☐ KG ☐ LB-OZ
HT. ☐ CM ☐ IN
HEAD ☐ CM ☐ IN

**CHIEF COMPLAINT**: Cont - PE

**SUBJECTIVE/OBJECTIVE**:
Gen: WN/WN NAD. slight essential tremor noted
HEENT: PERL EOMI Sclera/conj clear
Neck - supple s LAD Thyroid not palp
ø bruits
CV - RRR s (m)   lungs - CTA
Abd - soft, NT/ND ITSM ø masses
(+) BS
Ext - ø tender to palpate hip ø redness
trace edema bilat @ ankles. ⊕ pulses

after obtaining consent injected 0.2cc 1% lidocaine c̄ epi
+ shave bx's obtained c̄ each lesion c̄ very good results
3 specimen bottles labeled #1, #2, #3
Silver nitrate to stop oozing, bacitracin + bandage.

Injury? ☐ Yes ☐ No  If yes, Date: ____  ☐ ETOH Related  ☐ Empoy. Rel.
Cause: ____   Place: ____

OTHER TESTS/PROCEDURES ORDERED: BMP, F. Lipids, TSH, CBC

VISION-UNCORRECTED R | L
VISION-CORRECTED R | L

ORDER | INITIALS
HCT.
UA
HCG
BS-F/BS-R
CBC
Urine culture
Throat culture
Stool culture
STS
GC
PAP
Pelvic
Breast
Mammogram
Rectal
Chest X-ray
EKG
Soak
Hep B #
Hep A #
OPV #
DTP #
DT aP #
DT
Td
MMR #
Varicella
Influenza
Hib TITER/ActHIB #
Padvax HIB #
Pneumo Vax
PPD   mm
Type of Decision Making
Straightforward
Low Complexity
Moderate Complexity
High Complexity

**PROBLEM LIST / PURPOSE OF VISIT**:
1. HTN — 401.9
2. Essential Tremor — 781.0
3. Insomnia — 780.52
4. GERD — 530.81
5. Seasonal allergies — 477.8
6. Rt hip pain — 719.45
7. Skin lesion x 3 — 709.9
   shave bx — 86.3
                 8A.
(2 of 2)

**MEDICATIONS / TREATMENTS / PROCEDURES / PATIENT EDUCATION**:
Lesion #1  3mm x 3mm raised nevus
Lesion #2  3mm x 3mm raised, irritated nevus
Lesion #3  5mm x 3mm flat, irreg seborrheic keratosis

REVISIT/REFERRAL TO: ____  DATE ____  TIME ____
PURPOSE: ____
INSTRUCTIONS TO PATIENT: ____
☐ SIGN RELEASE RECORDS  26469

10/24/03

Wade v. Ilisagvik College

Page #2 of 2

IHS-803 (10/96)   P.L. 96-511 N.A.

## PCC AMBULATORY ENCOUNTER RECORD

Date: 01/12/04
Arrival Time: 12:52 PM
Clinic: Barrow
Appt. / Walk-In

PROBLEM LIST UPDATE (Enter Problem Numbers From Health Summary)
Remove | Move to Inactive | Move to Active

PROVIDERS: 8 / 8
AFFIL.: 1 / 0
DIS.: 1 / 1
INITIALS / CODE: RP / SP

PRIMARY PROVIDER

CHIEF COMPLAINT: c/o sinusitis + ↑BP since 1/1/04 was SBP 200

TEMP: 96.6   PULSE: 65   RESP: 18
B/P: 201/72
Manual BP arm 196/74
WT: 169 LB-OZ

SUBJECTIVE/OBJECTIVE:
S: Is very stressed but work situation. Also has sinus pressure & green nasal drainage. No fever. Dizzy at times.

Current Medications:
Lisinopril 40mg bid
Propranolol 40mg ½ tab bid
Prevacid 15mg qd
Premarin
Celebrex 100mg qd

ED
1430  149/90 - 60

O: DAD, BP↑
EOMS: stay inms
[illegible] cell frontal + max sinusis
Throat: thick yellow pn drainage
Nose: drippy
Chest CTA
Heart RRR

Injury? ☐ Yes  ☐ No   If yes, Date:   ☐ ETOH Related   ☐ Empoy. Rel.
Cause:   Place:
ALLERGIES: ASA
PHONE #: 3632
BOX #: 1544

OTHER TESTS/PROCEDURES ORDERED: BMP, CBC, LFT

PROBLEM LIST / PURPOSE OF VISIT:
HTN — 401.9
Sinusitis — 473.9
Situational stress — 308.3

ORDER checklist: HCT, UA, HCG, BS-F/BS-R, CBC, Urine culture, Throat culture, Stool culture, STS, GC, PAP, Pelvic, Breast, Mammogram, Rectal, Chest X-ray, EKG, Soak, Hep B #, Hep A #, OPV #, DTP #, DT aP #, DT, Td, MMR, Varicella, Influenza, Hib TITER/ActHIB #, Padvax HIB #, Pneumo Vax, PPD mm

Type of Decision Making: ✓
Straightforward / Low Complexity / Moderate Complexity / High Complexity

MEDICATIONS:
Augmentin 875 mg 1 po bid x 14d
Lasix 20mg 1 po now
HCTZ 25mg 1 po q am prn #30

MEDICATIONS / TREATMENTS / PROCEDURES / PATIENT EDUCATION:
Eat banana or drink OJ daily
Consider counseling

REVISIT/REFERRAL TO: 1 week
PURPOSE:
INSTRUCTIONS TO PATIENT:   ☐ SIGN RELEASE RECORDS

WADE, BOBBIE
MR# 15238   DOB 11-27-33   AGE 070
SSN 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   ACCT# 11138327
STAFF PHYSICIAN   DATE 01-12-04

PROV. SIGNATURE: Renai Perkins SNP
1-12-04

25185
Wade v. Ilisagvik

IHS-803 (10/96)   P.L. 96-511 N.A.

**PCC AMBULATORY ENCOUNTER RECORD**

Date: 1-27-04
Arrival Time: 1115 AM/PM
Clinic: OPD
Appt: X   Walk-in: ___

PROBLEM LIST UPDATE (Enter Problem Numbers From Health Summary)
Remove | Move to Inactive | Move to Active

PROVIDERS
AFFIL: 8
DIS: ___
INITIALS / CODE: ___
PRIMARY PROVIDER: manual

CHIEF COMPLAINT: Follow up

BP: 240/110 (R)  220/100 (L)
TEMP: 96.3 Otic
PULSE: 74
RESP: 20
BP L Arm: 170/92
BP R Arm: 168/100
WT: 167 LB-OZ

SUBJECTIVE/OBJECTIVE: 70 y. pt here for F/U, skipped Propranolol this morning. Pt going home to Tennessee for F/U of BP & GI complaints. See 2 letters attached. Pt told to take 3 doses of Propranolol tday + in am & PT for BP.
↓ Premarin to every other day

CURRENT MEDICATIONS: ED

Injury? ☐ Yes ☐ No   If yes, Date: ___   ☐ ETOH Related   ☐ Empoy. Rel.
Cause: ___   Place: ___

OTHER TESTS/PROCEDURES ORDERED: uric acid

ALLERGIES: ___
PHONE #: ___
BOX #: ___

| PROBLEM LIST A-AI-C | # | PURPOSE OF VISIT | Health Factors |
|---|---|---|---|
| | | Hypertension | 401.9 (P) |
| | | Gastritis | 535.50 |
| | | Hypothyroidism | 244.9 |
| | | GERD | 530.81 |
| | | S/P hysterectomy on Premarin | V45.89 |

REPRODUCTIVE FACTORS: G_ P_ LC_ SA_ TA_ LMP_ FP METHOD_ DATE BEGUN_

MEDICATIONS: ~~Premarin 0.625~~

MEDICATIONS / TREATMENTS / PROCEDURES / PATIENT EDUCATION
25182
Wade v. Ilisagvik

ORDER / INITIALS:
HCT, UA, HCG, BS-F/BS-R, CBC, Urine culture, Throat culture, Stool culture, STS, GC, PAP, Pelvic, Breast, Mammogram, Rectal, Chest X-ray, EKG, Soak, Hep B #, Hep A #, OPV #, DTP #, DT aP #, DT, Td, MMR #, Varicella, Influenza, Hib TITER/ActHIB #, Padvax HIB #, Pneumo Vax, PPD ___ mm, ✓ Type of Decision Making, Straightforward, Low Complexity, Moderate Complexity, High Complexity

HR #: ___
NAME: ___
B DATE: ___   SEX: ___   TRIBE: ___
RESIDENCE: ___
FACILITY: ___

REVISIT/REFERRAL TO: 1-27 BP ✓ in am
PURPOSE: Nurse of elevated diastolic ≥ 100 MD.
INSTRUCTIONS TO PATIENT: To family doctor + gastroenterology Tennessee. ASA
☐ SIGN RELEASE RECORDS
DATE: ___   TIME: ___
PROV SIGNATURE: Caroline ___

25183
Wade v. Ilisagvik