

## Samuel Simmonds Memorial Hospital

1296 Agvik Street  PO Box 29  Barrow, AK 99723  Phone: (907) 852-4611  Fax: (907) 852-6408

Date: __10/4/03__

To Whom It May Concern:

__Bobbie Wade__ was seen at this hospital today for outpatient treatment. _I agree & recommend that she see a specialist for multiple medical problems._

_____
**Physician Signature**

Revised 10/02

Date: 5-4-06   Exhibit: 34
Witness: Taylor
Marci L. Lynch, Court Reporter
Liz D'Amour & Associates, Inc.
(907) 452-3678

100022

Exhibit AW
Page __ of __