3 14:11   FROM:                                          T⁻ 19072729586        P.6/10

#1

Page 1 of 1

## Bobbi Wade

**From:** Bobbi Wade
**Sent:** Wednesday, October 01, 2003 10:51 AM
**To:** Pam Taylor
**Cc:** John Tuthill
**Subject:** leave

Good Morning, Pam:

Since we have no updated Faculty Handbooks, this is to request a copy of the guidelines for faculty members to follow in taking Personal Leave, and/or Medical Leave. I need this information asap. Thanks,

Bobbi Wade

Date: 5-4-06  Exhibit: 33
Witness: Taylor
Marci L. Lynch, Court Reporter
Liz D'Amour & Associates, Inc.
(907) 452-3678

EXHIBIT AV
Page 1 of 1