

Confidential
A05-086 CV (TMB)

Ilisaġvik College
P.O. Box 749 • Barrow, Alaska 99723
☎ (907) 852-3333  Fax (907) 852-2729

# ILISAĠVIK COLLEGE — REQUEST FOR LEAVE

Name: Janette J. St. Vincent

Department: Academics         Date of Request: 11/13/03

Number of Days or Hours: unknown

Begin: 11  20  03   AM/PM
       Month Day Hour

End: ASAP/ unknown  AM/PM
     12/5/03 (probably)
     Month Day Hour

Type of Leave Requested:
- ☑ Personal
- ☐ Public Service
- ☐ Subsistence
- ☐ Military
- ☐ Family Medical Leave
- ☑ Medical Leave
- ☐ Jury Duty
- ☐ Leave Without Pay
- ☐ Worker's Compensation

Personal: Sick Leave, Vacation, Subpoenaed Witness (Requires copy of subpoena)
Subsistence: Maximum of 10 days per calendar year: Unpaid Leave
Jury Duty: Maximum of 15 days per calendar year (Requires copy of jury summons and that court provided compensation be given to Ilisaġvik College.): Paid Leave
Military: Maximum of 16.5 days per calendar year (Requires copy of orders): Paid Leave
Family Medical Leave: Maximum of 12 weeks per calendar year (Requires copy of Doctor's verification): Unpaid Leave
Medical Leave: Requires copy of Doctor's verification: Paid Leave
Public Service: Maximum of 10 days per calendar year (Requires minimum 3 days prior approval. If honorarium received, Personal Leave must be taken or honorarium turned over to Ilisaġvik College.)
Other: Any other type of leave not described above (Requires explanation below)

Comments: referred off-slope for diagnostics – combination of medical (7.55 hrs) + personal leave –

Employee Signature: [signature]         Date: 11/13/03

Payroll Verification of Hours Available: (as of 10/31/03 90.00 ...)   Date: 11/18/03

Department Supervisor Approval: [signature]   Date: 11/17/03

Human Resources Approval: [signature]   Date: 11/18/03
(Not Required for Personal Leaves)

Exhibit 75  5-10-06
Deponent: Tuthill
Sharon Longford, Reporter

*** All Signatures Must be Obtained Prior to Leave Date. ***

Distribution:  White - Human Resources   Canary - Payroll   Pink - Employee   Golden - Department

03/01/02

25559
Wade v. Ilisaġvik College

EXHIBIT __
Page __ of 3

11/13/2003 08:54 FAX 9078 18    MED RECORDS                    @002
11/13/2003 THU 7:50 FAX 9( .21805 ILISAGVIK COLLEGE              @003/003

Confidential
A05-086 CV (TMB)

November 12, 2003

To Whom It May Concern:

I am referring Janette St. Vincent off-slope for diagnosis procedures unavailable here. These procedures need to be done in a timely manner.

Signature: _[signature]_

Printed name:

25560
Wade v. Ilisagvik College

Confidential
A05-086 CV (TMB)

RECEIVED
DEC 0 8 2003

25561
Wade v. Ilisagvik College

**NICHOLSON & FRIEDRICH, M.D.**
2916 Glynn Avenue
Brunswick, GA 31520
912-265-3210
912-265-1481 (fax)

Patient ___Janette St. Vincent___

was under my care from __11/24/03__ to __Present__

and will be able to return to work/school __12/2/03__

Remarks: _____

Dr. __Wm Nicholson__ Date __11/24/03__