Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>         Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>         Defendants. | Case No. 3:05-cv-086-TMB |

### **ERRATA**

Plaintiff Bobbi Wade, by and through her attorneys Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, hereby notifies the Court and counsel that the wrong pdf (Opposition to Motion for Summary Judgment consisting of 19 pages) was inadvertently attached to docket 100. The correct PDF document will be submitted herewith (Opposition to Motion for Summary Judgment consisting of 43 pages)

DATED AT Anchorage, Alaska this 3rd day of August 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on August 3, 2007, a copy of the foregoing Errata was served electronically on Cynthia Ducey, Esq.

s/ Linda J. Johnson

Plaintiff's Twelfth Supplemental Responses
To First Discovery Requests
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 3

**When attorney must sign:  (like Discovery)**

|   |   |
|---|---|
|   | CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORNSESS, LLC<br>Attorneys for Plaintiff |
|   | By:_____<br>       Linda J. Johnson, #8911070 |

Certificate of Service

I certify that a copy of this document was ☐ mailed, ☐ faxed, ☐ hand delivered on February _____, 2007, to the following:

Cynthia Ducey, Esq.
Delaney, Wiles, Hayes et al.
1007 West 3rd Avenue, Ste 400
Anchorage, AK  99501


By:_____
       Dianne A. Pitts

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Plaintiff's Twelfth Supplemental Responses
To First Discovery Requests
<u>Wade v. Ilisagvik</u>, Case No. 3:05-cv-086-TMB
Page 3 of 3