Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>                  Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>                  Defendants. | Case No. 3:05-cv-086-TMB |

**(Proposed)**
**ORDER ON MOTION TO WITHDRAW ERRATA**

The court having considered plaintiff's Motion To Withdraw Errata, and finding good cause therefor,

IT IS HEREBY ORDERED that plaintiff's Motion To Withdraw Errata is GRANTED, and the Errata erroneously filed on August 6, 2007 at docket #103 be and hereby is WITHDRAWN.

ORDER ON MOTION TO WITHDRAW ERRATA
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

DATED at Anchorage, Alaska this _____ day of _____ 2007.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

## Certificate of Service

I hereby certify that on August 10, 2007, a copy of the foregoing document was served electronically on Cynthia Ducey, Esq.

s/ Linda J. Johnson

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586