Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>               Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>               Defendants. | Case No. 3:05-cv-086-TMB |

### NOTICE OF FILING *CORRECTED* RESPONSE IN OPPOSITION TO MOTION (FOR SUMMARY JUDGMENT) (at Docket #85)

Plaintiff Bobbi Wade, by and through her counsel, and pursuant to the court's August 10, 2007 electronic notification of an "Error" in the initial filing of her Response in Opposition (at docket #100), hereby gives notice of filing a *Corrected* Opposition to Motion for Summary Judgment, attached hereto.  The Exhibits (1-29) that were initially electronically filed with the court on August 6, 2007 are **not** attached hereto, to avoid needless duplication, but **will attach** to plaintiff's *Corrected* Response in Opposition filed herewith.

DATED AT Anchorage, Alaska this ___10th___ day of August 2007.

        CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

        s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on August 10, 2007, a copy of the foregoing document was served electronically on Cynthia Ducey, Esq.

        s/ Linda J. Johnson

**Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OF FILING *CORRECTED* RESPONSE IN OPPOSITION TO MOTION….
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2