# FILED  UNDER  SEAL

# Exhibit  1A