```
 1                IN THE UNITED DISTRICT COURT

 2                 FOR THE DISTRICT OF ALASKA

 3  BOBBI WADE,                    )
                                   )
 4            Plaintiff,           )
                                   )
 5  vs.                            )
                                   )
 6  ILISAGVIK COLLEGE; NORTH SLOPE,)
    BOROUGH; JOHN TUTHILL,         )
 7  individually; and PAMELA TAYLOR,)
    individually,                  )  Case No. 3:05-cv-086-TMB
 8            Defendants.          )
    _____)
 9
             VIDEOTAPED DEPOSITION OF PAM TAYLOR
10                      May 4, 2006

11  APPEARANCES:

12       FOR THE PLAINTIFF:      MS. LINDA J. JOHNSON
                                 Clapp Peterson & Stowers
13                               711 H Street, Suite 620
                                 Anchorage, Alaska 99501
14                               (907) 272-9272

15       FOR THE DEFENDANT
         NORTH SLOPE BOROUGH:    MR. PETER C. GAMACHE
16                               Attorney at Law
                                 405 West 36th Avenue
17                                 Suite 201
                                 Anchorage, Alaska 99503
18                               (907)  563-6969

19       FOR THE DEFENDANTS
         ILISAGVIK COLLEGE,
20       PAMELA TAYLOR and
         JOHN TUTHILL:           MS. CYNTHIA L. DUCEY
21                               Delaney, Wiles, Hayes, Gerety,
                                   Ellis & Young, Inc.
22                               1007 West Third Avenue
                                   Suite 400
23                               Anchorage, Alaska 99501
                                 (907)  279-3581
24
         ALSO PRESENT:           MS. BOBBI WADE
25
                      * * * *
```

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: 6/8/06
ATO-86
Distribution:

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 2A
PAGE 1 OF 4

| | | |
|---|---|---|
| 1 | | the middle of this semester. Do you recall that? |
| 2 | A | I -- if she did -- if she would taken that, I don't |
| 3 | | recall either direction, but I -- I don't recall the |
| 4 | | details, though. She would have taken it through John |
| 5 | | Tuthill's authority. |
| 6 | Q | Do you recall if he was concerned about the disruption |
| 7 | | to her students when she took her leave? |
| 8 | A | Again, I don't recall that the -- the specifics of the |
| 9 | | leave. I would think that the sm- -- that the shorter |
| 10 | | the leave, the better -- the less disruption, so it |
| 11 | | depends how long the leave was for. I don't know. |
| 12 | Q | You don't have a recollection of how long that was? |
| 13 | A | No, I don't. No, I don't. I didn't know about that. |
| 14 | | Again, if it was personal leave, it would be outside my |
| 15 | | venue. |
| 16 | Q | Do you sign off on these forms for personal leave? |
| 17 | A | No. There's a -- my signature line says not required |
| 18 | | for personal leaves. I changed that early on because |
| 19 | | it was no value added for HR to sign off on |
| 20 | | departmental business. |
| 21 | Q | Did you have any discussions -- do you recall any |
| 22 | | discussions with John Tuthill about Jay St. Vincent's |
| 23 | | leave? |
| 24 | A | No. I don't recall. |
| 25 | Q | So you don't recall whether he was concerned about |

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 2A
PAGE 2 OF 4

|    |   |                                                                              |
|----|---|------------------------------------------------------------------------------|
| 1  |   | putting off her leave?                                                       |
| 2  | A | Not to my knowledge.  No, I don't know the details on                        |
| 3  |   | that at all.  I have no recollection of him talking to                       |
| 4  |   | me about it.  As I said, he would probably not need to                       |
| 5  |   | talk to me as a supervisor for personal leave.                               |
| 6  | Q | So he had sole authority to authorize her leave?                             |
| 7  | A | Absolutely.  Yeah.  Or not.                                                  |
| 8  | Q | Or not?                                                                      |
| 9  | A | Yeah.                                                                        |
| 10 | Q | Did you -- I can't remember if you said -- if I asked                        |
| 11 |   | you if you talked to Bobbi about exhibit 34.  Did you                        |
| 12 |   | ever talk to Bobbi about this particular form?                               |
| 13 | A | I can't recall if I did or not.  You did ask me that                         |
| 14 |   | and I said I couldn't recall.                                                |
| 15 | Q | Oh, okay.                                                                    |
| 16 | A | And I really don't remember.                                                 |
| 17 | Q | Other than telling John Tuthill that he needed to get                        |
| 18 |   | appointment dates and he asked you if she could see if                       |
| 19 |   | it could be delayed, did you give him any advice on                          |
| 20 |   | whether it could be delayed at this point?                                   |
| 21 |   |         MS. DUCEY:  Objection to mischaracterization of                      |
| 22 | her prior testimony.                                                             |
| 23 | A | Yeah.  Again, I don't have advice to give him because                        |
| 24 |   | we were -- that's one of the reason we were looking for                      |
| 25 |   | Cheryl McKay's guidance.  I -- I don't -- I -- again, I                      |

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 2A
PAGE 3 OF 4

May 4, 2006                Bobbi Wade v. Ilisagvik College, et al.                3:05-cv-086-TMB
                                      Pamela Taylor

Page 314

1   UNITED STATES OF AMERICA    )
                                ) ss
2   STATE OF ALASKA             )

3        I, Pamela Taylor, have read the foregoing Deposition
4   and have  X  / have not____ made corrections thereto. Any and
5   all changes, explanations, and/or corrections to my testimony
6   may be found on the correction sheet(s) enclosed with this
7   transcript.

                                   _Pamela Taylor_____
                                   PAMELA TAYLOR

                                   DATE:  7/14/06

EXHIBIT  2A
PAGE  4  OF  4

330 Wendell Street, Suite A         LIZ D'AMOUR & ASSOCIATES, INC.         Fairbanks, Alaska 99701
                                           907.452.3678

49e0613c-0d57-4b98-9fb6-7969e42607ce