

# Memorandum

**Date:** December 19, 2003

**To:** Bobbi Wade, John Tuthill, and Pam Taylor

**From:** Diana Kennedy

**RE:** Meeting to address Bobbi's complaints

---

Pam explained how the meeting would be conducted and that everything said would be confidential.

Bobbi began by questioning why two of her added duty contracts were broken after the duties were fulfilled.

John said the contracts were not pay because the 12 credit teaching load had not been met because Bobbi had to take medical leave. The added duties had to be adjusted by two credits.

Bobbi asked why she couldn't have just been paid in the Fall and her schedule adjusted for Spring, or postpone the start of the two classes until she returned on December 1st.

John said he didn't think it was in the best interest of the students to postpone the start of the two classes. He found two willing and capable instructor to teach the classes at the scheduled times.

Bobbi said it was in the worst interest of the students to hire adjunct instructors for these classes.

Pam said these were two different issues.

Bobbi feels she has been discriminated against by John because she is over 40. She feels this is the case because she feels she is not being consulted when important decisions are being made concerning the Business programs, for example canceling courses. Another example is that two adjuncts were hired that were younger than 40 to teach the two class mentioned above.

John reminded Bobbi that the schedule for the fall semester had obligated her to teach an unreasonable number of credits and the decision to cancel the class was done to help ease the burden and that Diana had called and told her that the class was going to be canceled.

20343
Wade v. Ilisagvik College

Date: 5-4-06   Exhibit 44
Witness: Taylor
Marci L. Lynch, Court Reporter
Liz D'Amour & Associates, Inc.
(907) 452-3678

EXHIBIT 3A
PAGE 1 OF 2



# Memorandum

John said his decision to hire the two adjuncts had nothing to do with age. They were available to teach the classes at the scheduled times and were qualified.

Bobbi asked why James Smith was removed from the schedule and Aimee was added without consulting her.

John said this was done when she was on medical leave and he had consulted Courtneay as the Department Chair.

Bobbi said she wanted to find someone else because she didn't want Aimee teaching any of her Business courses. Bobbi heard Aimee say insulting things about her to the students. Bobbi said she wrote Aimee a memo offering to help her but Aimee got upset and said that she would take her directions from the Dean.

John said that Aimee told him she had gone to Bobbi before she left for medical leave and asked for guidance. Bobbi was in class and told Aimee to leave.

Bobbi said the students were in the middle of the final test and told Aimee that she couldn't talk to her at that time but didn't tell her to leave.

John agreed that it wasn't good timing.

Bobbi said Aimee was teaching over the students' heads. Bobbi knows her students capabilities and does a lot of tutoring on the side.

20344
Wade v. Ilisagvik College

EXHIBIT  3A
PAGE  2 OF 2