INDEX OF EXHIBITS TO REPLY TO PLAINTIFF'S OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT

PRIOR EXHIBITS ATTACHED TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON FMLA.

Exh. AX, Deposition of Beth Hirsch

Exh. AY, 6/21/04 Employment Offer

Exh. AZ, Plaintiff's Twenty-Fourth Supplemental Discovery Responses

Exh. BA, Deposition of Cheryl McKay


133977