

June 21, 2004

Bobbi Wade
P.O. Box 1544
Barrow, Alaska  99723

Subject:    *Employment Offer*

Dear Ms. Wade:

I am pleased to offer you the position of Adult Basic Education (ABE) Instructor with Iḷisaġvik College. This offer is extended to you in accordance with Section 3.4 of the Iḷisaġvik College Employee Handbook, which allows the College to fill any vacant position by transfer or promotion without posting the position vacancy or using standard hiring procedures. The College has an urgent and immediate need to hire ABE instructors. In my discretion as President, I have determined that offering this position to you fills a critical business need and is in the best interests of Iḷisaġvik College

This is a regular, full-time, non-faculty, exempt (not eligible for overtime) position that reports to the Director of Workforce Development. You will be assigned to the Adult Basic Education Center at Iḷisaġvik College. This position is subject to the policies and procedures of Iḷisaġvik College as set forth in the Board of Trustees Policies and Ilisagvik College Employee Handbook, department policies and the directives of your supervisor, whether oral or written.

**Salary:** Your annual salary will be $55,000, paid in bi-weekly increments of $2,115.38, less applicable withholding.

**Benefits:**  Transferring employees continue to be eligible for company-provided health, dental, vision, and life insurance benefits. All company-provided benefits are issued to the employee only. If you would like to include your dependents on the provided plan, there will be an additional cost that can be payroll deducted.

**Leave Benefits:** You will earn personal leave at the rate of .8655 hour per regular day worked, including holidays and paid leave, which may be used in accordance with the Leave Policies contained in Section 12.1 of the Employee Handbook.

**Public Employee Retirement System (PERS):** If you accept this position, you will remain eligible to participate in PERS, the State of Alaska's retirement program. Mandatory PERS contributions of 6.75% will be deducted from each paycheck.

**Probationary Period:** It is the policy of Iḷisaġvik College for all employees transferring to new positions to serve a minimum 180-day probationary period, which is designed for you and Iḷisaġvik College to review your qualifications and suitability for the position.

Your current employment contract with Iḷisaġvik College expires June 30, 2004. If you accept this offer of employment and begin work on July 1, 2004, no break in service will occur. Because of this short timeframe, and the College's critical business need to fill the vacant position, we must receive your acceptance of this offer, in writing, as soon as possible. **To be effective, your signed acceptance must be received in my office on or before 5:00 p.m. on June 29, 2004.** After that date and time, this offer becomes null and void.

I hope that you will accept this offer, and look forward to your continued service to Iḷisaġvik College.

Sincerely,                    ACCEPTED BY:                         DECLINED:

*Edna G. MacLean*
Edna Ahgeak MacLean, Ph.D.    _____               _____
President                      Signature/Date                        Signature/Date

P.O. BOX 749   BARROW, ALASKA 99723   907-852-3333   FAX 907-852-2729
SERVING THE RESIDENTS OF THE NORTH SLOPE

A/100169

EXHIBIT ___A___
Page __1__ of __1__