

Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE, <br><br> Plaintiff, <br><br> v. <br><br> ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually, <br><br> Defendants. | Case No. A05-086 CV (JWS) |

### PLAINTIFF'S TWENTY-FOURTH SUPPLEMENTAL RESPONSES TO FIRST DISCOVERY REQUESTS

Plaintiff Bobbi Wade, by and through her attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, hereby supplements her response to defendant's first discovery requests with the following:

1) Job application letter to Metropolitan Nashville Public Schools, dated April 24, 2007, is attached at Bates No. 100636-100637.

Plaintiff's Twenty-fourth Supplemental Responses to Defendant's First Discovery Requests
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

EXHIBIT A
Page 1 of 7

2) Job application letter to Hillsboro High School, dated April 20, 2007, is attached at Bates No. 100638-100639.

3) Letter to Troy University, dated July 31, 2007, is attached at Bates No. 100640.

DATED this 13th day of August 2007, Anchorage, Alaska.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

By: _____
Linda J. Johnson, #8911070

### Certificate of Service

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
August 14, 2007, to the following:

Cynthia Ducey, Esq.
Delaney, Wiles, Hayes et al.
1007 West 3rd Avenue, Ste 400
Anchorage, AK 99501

By: _____
Dianne A. Pitts

F:\Document\WADE v. Ilisagvik College\disc 24th supp response to 1st disc req 8-13-07.doc

Plaintiff's Twenty-fourth Supplemental Responses to Defendant's First Discovery Requests
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2

EXHIBIT A2
Page 2 of 7

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

## Bobbie Underwood-Wade
3597 Legacy Drive
Springfield, Tennessee 37172
Cell: 936-433-0646 * Hm: 615-384-6892 * Email: akbwade2@aim.com

24 April 2007

Mr. Robert Lawson, Principal
Hillsboro High School
3812 Hillsboro Road
Nashville, TN 37215

Dear Mr. Lawson:

Please accept this letter as part of the application process for an English teaching position. I have already submitted a formal, online application packet to MNPS along with all required documents. I am also attaching the three most recent letters of recommendation and an updated resume' for your perusal.

My teaching credentials include several years of teaching English, art, and business courses in public schools which include colleges and universities. Also, I have taught remedial English and developmental studies at various times. I have had experience in teaching the gifted students, but my interest lies with the students who are "at risk" and require the special attention; consequently, I am skilled at working with any level.

The instructional strategies I use are to include all teaching materials required by the facility and are curriculum based with a heavy emphasis in the use of technology. Also, I am adept to changing population demographics that have created more culturally and linguistically diverse educational contexts. In other words, I am fair and impartial to all students. Then, too, in my teaching strategies, I give a foundation of knowledge based on curriculum materials. I then use a rubric in scoring for assessment and evaluation purposes because assessment must be fair and equitable. Also, my teaching strategies include objectives and goals set for the achievement of each student. It would be most exciting for me to be able to teach and perk the interest of the students on any level of learning skills.

My experience also includes students from diverse cultures. It includes a four year span of teaching in a rural Eskimo village where I set up classes to meet the needs of the work force in the community. The typical student spoke the Inupiat language and had very poor English skills, a median age of 35, and zero work skills. I set up, taught, and monitored programs which a student could progress at

Page 2
Underwood-Wade

his/her own pace. The achievement of each student was a proud day in their life, and it gave them a whole new perspective on life. Needless to say, the programs were a success, and many students are now working on good paying jobs for the community businesses. My reward is their success.

My credentials are all listed on the resume' and on the application. Also, at this time, I am registered at TSU to take the required courses for certification in Speech Pathology. If you need more information, please let me know and I will be happy to cooperate.

Thank you for your time, attention, and concern.

Sincerely,


Bobbie J. Wade
Secondary English Instructor

*Bobbie Underwood-Wade*
3597 Legacy Drive
Springfield, Tennessee 37172
Cell: 936-433-0646 * Hm: 615-384-6892 * Email: akbwade2@aim.com

20 April 2007

Mr. Ralph Tagg, Principal
Metropolitan Nashville Public Schools
Attn: **Big Picture High School**
2601 Bransford Avenue
Nashville, TN 37204

RE: Position #C-107-07

Dear Mr. Tagg:

Please accept this letter as part of the application process for the above named position number. I have already submitted a formal, online application packet to MNPS along with all required documents. I am also attaching as per your request; a resume, two recent letters of recommendation, and this cover letter for your perusal.

My teaching credentials include several years of teaching English, art, and business courses in public schools which include colleges and universities. Also, I have taught remedial English and developmental studies at various times. I have had experience in teaching the gifted students, but my interest lies with the students who are "at risk" and require the special attention; consequently, the Big Picture High School description really caught my interest.

The instructional strategies I use are to include all teaching materials required by the facility and are curriculum based with a heavy emphasis in the use of technology. Also, I am adept to changing population demographics that have created more culturally and linguistically diverse educational contexts. In other words, I am fair and impartial to all students. Then, too, in my teaching strategies, I give a foundation of knowledge based on curriculum materials. I then use a rubric in scoring for assessment and evaluation purposes because assessment must be fair and equitable. Also, my teaching strategies include objectives and goals set for the achievement of each student. It would be most exciting for me to be able to teach and perk the interest of a student in a *one student at a time* situation.

My experience also includes students from diverse cultures. It includes a four year span of teaching in a rural Eskimo village where I set up classes to meet the need of the work force in the community. The typical student spoke the Inupiat language and had very poor English skills, a median age of 35, and zero work skills. I set up, taught, and monitored programs which a student could progress at

EXHIBIT A2
Page 5 of 7
100636

Page 2
Underwood-Wade

his/her own pace. The achievement of each student was a proud day in their life and it gave them a whole new perspective on life. Needless to say, the programs were a success and many students are now working on good paying jobs for the community businesses. My reward is their success.

My credentials are all listed on the resume' and on the application. If you need more information, please let me know and I will be happy to cooperate.

Thank you for your time, attention, and concern.

Sincerely,


Bobbie J. Wade

EXHIBIT A2
Page 6 of 7
100637

*Bobbie Underwood-Wade*
3597 Legacy Drive
Springfield, Tennessee 37172
Cell: 936-433-0646 * Home: 615-384-6892 * Email: akbwade2@aim.com

31 July 2007

Dr. Robin Bynum, Associate Dean
Education Department
Troy University
500 University Drive
Dothan, AL 36303

Dear Robin:

Thanks for talking with me today via telephone.

A few weeks ago, I submitted an application with all required materials via email to the Human Resource applying for Assistant/Associate Professor of Elementary Education-Dothan Full-Time faculty. Or, the same position in Secondary Education. Human Resource, in-turn, emailed my application to the reviewing committee in the Education Department. As to date, I have not been called in reference to my application, but hopefully I will be called for an interview.

If I do not meet the qualifications as well as other candidates; consequently, do not get recommended for either of the jobs, would you be so kind as to submit my application to the proper place to be considered for adjunct work. As per your request, I am attaching a list of the courses that I feel I would be secure in teaching, but my expertise lies in Curriculum and Instruction.

Other than education, I am also certified in English and art. So, I have included the courses that I could teach in those departments also. When I was an adjunct at Middle Tennessee State University, I taught courses in both the English and art departments very efficiently.

Again, Robin, thank you so much for helping me with my endeavor to gain employment with Troy University. It is my Alma Mater and it would be an honor to be a member of the faculty.

Sincerely,

*Bobbie J. Wade*

Bobbie J. Wade

EXHIBIT

100640