```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ALASKA

BOBBI WADE,                         )
                                    )
         Plaintiff,                 )
                                    )
vs.                                 )
                                    )
ILISAGVIK COLLEGE, NORTH SLOPE      )
BOROUGH, JOHN TUTHILL,              )
individually; and                   )
PAMELA TAYLOR, individually,        )
                                    )
         Defendants.                )   Case No. A05-086 CV (JWS)
                                    )
```

DEPOSITION OF CHERYL L. McKAY
February 8, 2006

APPEARANCES:

    FOR THE PLAINTIFF:    **MS. LINDA J. JOHNSON**
                                        Clapp, Peterson, Van Flein,
                                         Tiemessen & Thorsness, LLC
                                        Attorneys at Law
                                        711 H Street
                                        Suite 620
                                        Anchorage, Alaska  99501
                                        (907) 272-9272

    FOR THE DEFENDANTS
      ILISAGVIK COLLEGE,
      JOHN TUTHILL and
      PAMELA TAYLOR:         **MS. CYNTHIA L. DUCEY**
                                          Delaney, Wiles, Hayes,
                                        Gerety, Ellis & Young
                                        Attorneys at Law
                                        1007 West Third Avenue
                                        Suite 400
                                        Anchorage, Alaska 99501
                                        (907) 279-3581

*METRO COURT REPORTING*
*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*

EXHIBIT BA
Page 1 of 2



```
 1              English classes, that type of thing.
 2    Q         Did they tell.....
 3    A         I was also advised that they were also primarily
 4              blackboard classes, which is a type of distance
 5              delivery class, that didn't require a lot of on-site
 6              in-class participation by an instructor.
 7    Q         Okay.  So blackboard versus in-class?
 8    A         Yes.
 9    Q         Did you discuss that particularly with them?
10    A         I do recall that, yes.
11    Q         Okay.  And did you have different advice as to the
12              different types of classes?
13    A         I don't believe so.
14    Q         Did you tell them to ask her to work while she was on
15              family medical leave?
16    A         I don't believe so, no.
17    Q         Okay.  And do you recall.....
18    A         I -- I believe the assumption was always that when she
19              was on leave she was out of Barrow and gone from the
20              premises and that that would be non-worked (ph) on.
21    Q         Okay.  Was that your assumption or was that something
22              that someone said to you?
23    A         I don't -- I don't think it's an assumption.  I think
24              that was just everyone's understanding was that when
25              she was not going to be present on the campus, that
```

*METRO COURT REPORTING*
*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*



EXHIBIT BA
Page 2 of 2