Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>                              Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>                              Defendants. | Case No. 3:05-cv-086-TMB |

### REQUEST FOR ORAL ARGUMENT

Plaintiff Bobbi Wade, by and through her attorneys Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, and pursuant to Local Federal Rule 7.2(a), requests oral argument on plaintiff's Motion for Partial Summary Judgment [at docket #94]. The undersigned counsel certifies that, as evidenced by the briefing, the parties are unable to resolve the matter, and in her opinion, oral argument on this motion is necessary to resolve substantive issues.

REQUEST FOR ORAL ARGUMENT
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

DATED AT Anchorage, Alaska this ___20th___ day of August 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on August 20, 2007, a copy of the foregoing document was served electronically on Cynthia Ducey, Esq.

s/ Linda J. Johnson

REQUEST FOR ORAL ARGUMENT
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586