Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE, | |
| Plaintiff, | |
| v. | |
| ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually, | |
| Defendants. | Case No. 3:05-cv-086-TMB |

**(Proposed)**
**ORDER ON REQUEST FOR ORAL ARGUMENT**

Plaintiff having requested oral argument on her Motion for Partial Summary Judgment on FMLA, and the court finding good cause therefor, it is hereby ordered that oral argument be held at _____ __.m. on _____, 2007, in courtroom _____, at 222 West 7th Avenue, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska this _____ day of _____ 2007.

                                          Honorable Timothy M. Burgess
                                          U.S. District Court Judge

## Certificate of Service

I hereby certify that on August 20, 2007, a copy of the foregoing document was served electronically on Cynthia Ducey, Esq.

s/ Linda J. Johnson

**Clapp, Peterson, Van Flein,<br>Tiemessen & Thorsness, LLC**<br>711 H Street, Suite 620<br>Anchorage, Alaska 99501-3454<br>(907) 272-9272 fax (907) 272-9586

ORDER ON REQUEST FOR ORAL ARGUMENT<br>
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB<br>
Page 2 of 2