Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>　　　　　　　　Defendants. | Case No. 3:05-cv-086-TMB |

## **MOTION TO SET TRIAL DATE**

Plaintiff Bobbi Wade, by and through her attorneys Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, moves the court to set a trial date pursuant to Local Rule 40.3(a)(1). Plaintiff requested that Defendants join the motion to certify this case for trial, but they declined to do so. It is within the court's discretion under the rule to set the trial date now so that the parties and counsel may plan their schedules accordingly.

Plaintiff's Motion to Set Trial Date
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

This case is at issue for trial.  Discovery in this case closed on May 15, 2007.  Neither party has requested more time for discovery nor indicated that any more depositions need to be taken.

Plaintiff dismissed one party and several claims, thereby simplifying the case for trial.  Although the parties have informally talked, it does not appear that this case will be mediated at this time.

Finally, the parties have each filed, opposed and replied to dispositive motions.  Although the motions have not been ruled upon, there is no just reason for delay in this case, which has been pending since April 2005.

Plaintiff proposes that trial be set for 8 days during the month of November 2007, at the court's discretion and convenience.

DATED at Anchorage, Alaska this 20th day of August 2007.

        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORNSESS, LLC
        Attorneys for Plaintiff

        /s/ Linda J. Johnson
        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORNSNESS LLC
        711 H Street, Suite 620
        Anchorage, AK  99501-3454
        Phone:  (907) 272-9631
        Fax:  (907) 272-9586
        Direct email: ljj@cplawak.com
        Alaska Bar No. 8911070

Certificate of Service
I hereby certify that on August 20, 2007, a copy of the foregoing *Plaintiff's Motion to Set Trial Date,* was served electronically on Cynthia Ducey, Esq.
        /s/ Linda J. Johnson

Plaintiff's Motion to Set Trial Date
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586