Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
Fax (907) 277-1331
cld@delaneywiles.com
Attorney for defendants Ilisagvik College,
John Tuthill and Pamela Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05-cv-00086 (TMB) |
| v. ) | |
| ) | |
| ILISAGVIK COLLEGE, NORTH SLOPE ) | |
| BOROUGH, JOHN TUTHILL, individually ) | |
| and PAMELA TAYLOR, individually ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**(PROPOSED) ORDER DENYING MOTION TO SET TRIAL DATE**

This matter having come before the Court on plaintiff's Motion to Set Trial Date and the Court being fully briefed,

The Motion to Set Trial Date filed by plaintiff Bobbi Wade is **DENIED** for the reasons set forth in Ilisagvik College's opposition.

**IT IS SO ORDERED**.

DATED this _____ day of _____, 2007, at Anchorage, Alaska.

_____
Timothy M. Burgess
United States District Judge

Certificate of service

I certify that a true and correct
copy of this document has
been served by electronic service
on the 7th day of September, 2007 upon:

Linda Johnson

By:  Cynthia L. Ducey
134156