Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>              Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>              Defendants. | Case No. 3:05-cv-086-TMB |

## **REPLY TO OPPOSITION TO MOTION TO SET TRIAL DATE**

Plaintiff Bobbi Wade moved pursuant to pursuant to Local Rule 40.3(a)(1). Defendants object to setting a trial date now because the court has not ruled upon the parties' competing dispositive motions and because the individual defendants must arrange for time off work. Neither of these arguments support waiting to set a trial date and the court should order a date set now.

Reply, Motion to Set Trial Date
<u>Wade v. Ilisagvik</u>, Case No. 3:05-cv-086-TMB
Page 1 of 3

First, the individual defendants, as well as defense counsel, have in the past indicated that their calendars are often difficult to accommodate.  Setting the trial now will ensure that time is saved on defendants' calendars and each party will know in advance when they must ask for time off work in order to attend trial.  Providing a date for the trial will aid, not hinder, the individual defendants.

Second, Defendants' argument that less time may be necessary for trial pending the court's decision on the motions, is not a bar to setting a date now.  If the court decides an issue prior to trial and the trial is shortened, no prejudice will result to either party.  Defendants have not stated that they would be prejudiced by less time needed at trial.

Finally, certainty on a trial date will require each party to move the case along.  The clerk of court, in April 2006, "routinely" notified the parties of the need to certify the case for readiness, pursuant to Local Rule 40(b).  The parties have had plenty of time to prepare their cases and present motions.  There is no dispute from Defendants that discovery is closed, expert depositions have been taken, and all dispositive motions have been filed.

This case and the parties are ready for a date certain, even though the motions have not been resolved.  The court may, at its discretion, set a trial date despite the fact that it has not yet ruled on the motions that are pending before it.

Plaintiff requests that the court require each party to submit two potential trial dates so that a trial date may be set.  Plaintiff proposes 8 days during any week in the month of November 2007, at the court's discretion and convenience.

Reply, Motion to Set Trial Date
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 3

DATED AT Anchorage, Alaska this ___11th___ day of September 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service

I hereby certify that on September 11, 2007, a copy of the foregoing document was served electronically on Cynthia Ducey, Esq.

s/ Linda J. Johnson

Reply, Motion to Set Trial Date
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 3 of 3