## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Wade v. Ilisagvik College et al.*

Case No. 3:05-cv-086 TMB

By:              THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:     ORDER FROM CHAMBERS

  Plaintiff has filed a Motion to Set Trial Date (Dkt. 113) pursuant to Local Rule 40.3(a)(1). The motion noted that discovery closed in May 2007 and requested that trial be set for November 2007. Defendants oppose the Motion on the ground that motions for summary judgment or partial summary judgment are pending before the Court that may eliminate certain claims or defendants and, thus, change the time needed for trial and the need for certain parties to attend.
  Because both sides have filed substantive motions, and the Court has scheduled oral argument on Plaintiff's motion for partial summary judgment for January 10, 2008, the Court concludes that it would be premature to set a trial date until the Court has heard oral argument and considered both Plaintiff's and Defendants' motions for summary judgment.

  **IT IS HEREBY ORDERED:** Plaintiff's Motion to Set a Trial Date (Dkt. 113) is DENIED without prejudice.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  October 23, 2007