```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

  BOBBI J. WADE                vs.   ILISAGVIK COLLEGE

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO. 3:05-cv-00086-TMB

DEPUTY CLERK/RECORDER:   LINDA CHRISTENSEN

APPEARANCES:   PLAINTIFF:   LINDA J. JOHNSON, THOMAS VAN FLEIN

               DEFENDANT:   CYNTHIA L. DUCEY, JONATHAN CLEMENT

PROCEEDINGS: ORAL ARGUMENT ON MOTION FOR PARTIAL SUMMARY
             JUDGMENT (DKT 94) HELD 1/10/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:05 p.m. court convened.

Arguments heard re plaintiff motion for partial summary judgment.

Motion taken **UNDER ADVISEMENT**.

At 2:55 p.m. court adjourned.


DATE:   JANUARY 10, 2008        DEPUTY CLERK'S INITIALS:    LSC

Revised 6/18/07