Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>              Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>              Defendants. | Case No. 3:05-cv-086-TMB |

### ORDER GRANTING MOTION FOR RECONSIDERATION

Plaintiff, Bobbi Wade, moved this court to reconsider its order on Summary Judgment at Docket 121, filed March 28, 2008. Having reviewed the Plaintiff's motion for reconsideration and any opposition thereto, the court hereby GRANTS the Plaintiff's Motion for Reconsideration. The Order at Docket 121 is withdrawn, the case will proceed to jury trial.

SO ORDERED.

Order re: Plaintiff's Motion for Reconsideration
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

DATED at Anchorage, Alaska this ___ day of April, 2008.

_____
Honorable Timothy M. Burgess

Certificate of Service

I hereby certify that on April 7, 2008, a copy of the foregoing document was served electronically on Cynthia Ducey, Esq.

s/ Linda J. Johnson

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Order re: Plaintiff's Motion for Reconsideration
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2