Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>　　　　　　　Defendants. | Case No. 3:05-cv-086-TMB |

### Motion For Stay

Plaintiff Bobbi Wade moves the court pursuant to Fed. R. Civ. P. 62(c) for an order staying the injunction ordered by the court at docket 121 on March 28, 2008 pending appeal. The order grants partial summary judgment to Defendants, leaving very few issues for a jury trial. Plaintiff requests the stay to preserve her position pending appeal, either regular appeal or via interlocutory appeal.

Motion for Stay
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

If the stay is not granted, then Plaintiff will be prejudiced. Plaintiff will be required to try a very limited set of facts to a jury and then take an appeal of the summary judgment. Assuming that the Ninth Circuit grants the appeal, Plaintiff would be required to re-try the entire case, costing her scant resources that she does not possess.

A stay will not materially prejudice Defendants, since they have been not been granted complete summary judgment and would also have to try to a jury the remaining issues, thus placing them in the same position as Plaintiff if the Ninth Circuit overturns the court's decision.

DATED AT Anchorage, Alaska this 7th day of April 2008

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
Phone: (907) 272-9631
Fax: (907) 272-9586
Direct email: ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service

I hereby certify that on April 7, 2008, a copy of the foregoing document was served electronically on Cynthia Ducey, Esq.

s/ Linda J. Johnson

Motion for Stay
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2