Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>    Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>    Defendants. | Case No. 3:05-cv-086-TMB |

### Order on Motion For Stay

Plaintiff, Bobbi Wade, moved this court for an order staying the injunction ordered by the court at Docket 121 on March 28, 2008, pending appeal. Having reviewed the Plaintiff's motion for stay and any opposition thereto, the court hereby GRANTS the Plaintiff's Motion for Stay. The Order at Docket 121 is withdrawn.

Order on Motion for Stay
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

DATED at Anchorage, Alaska, this ___ day of April, 2008.

_____
Honorable Timothy M. Burgess

Certificate of Service

I hereby certify that on April 7, 2008, a copy of the foregoing was served electronically on all counsel of record.

s/ Linda J. Johnson

Order on Motion for Stay
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586