Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>            Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>            Defendants. | Case No. 3:05-cv-086-TMB |

## MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFFS' MOTION TO STAY

Plaintiff, Bobbi Wade moves the court pursuant to D. Ak. LR 7.2, for expedited consideration of Plaintiffs' Motion To Stay. Expedited consideration is required because the remaining issue for trial are minor and during appeal should be held in abeyance to preserve the status quo. Attached hereto is the Affidavit of Linda J. Johnson in accordance with Rule 77(g)(4) certifying that a good faith effort has been made to resolve the matters without court intervention.

Motion for Expedited Consideration of Plaintiffs' Motion To Stay
<u>Wade v. Ilisagvik</u>, Case No. 3:05-cv-086-TMB
Page 1 of 2

Plaintiff request that the court rule on the motion to stay in an expedited fashion, so that Defendant will not begin execution proceedings, and request the ruling:

(1) On or before Monday, April 14, 2008; and/or

(2) An interim order staying execution until briefing and decision on this motion have been completed.

DATED at Anchorage, Alaska, this 7th day of April, 2008.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
Phone: (907) 272-9631
Fax: (907) 272-9586
Direct email: ljj@cplawak.com
Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on April 7, 2008, a copy of the foregoing document was served electronically on Cynthia Ducey, Esq.

s/ Linda J. Johnson

Motion for Expedited Consideration of Plaintiffs' Motion To Stay
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2