Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>　　　　　Defendants. | Case No. 3:05-cv-086-TMB |

### APPLICATION FOR CERTIFICATION OF INTERLOCUTORY APPEAL

Plaintiff Bobbi Wade, by and through her attorneys Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, pursuant to 28 U.S.C. §1292 and Fed. R. Civ. P. 60 applies to the court for an order allowing Plaintiff to pursue an interlocutory appeal of the Order Regarding Defendants' Motion For Summary Judgment, filed at Docket 121 on March 28, 2008.

Plaintiff has filed a motion for reconsideration setting forth the reversible errors in the order, which included summary judgment for Defendants generally on

Plaintiff's claims of interference with FMLA rights, discrimination and retaliation based on FMLA, as well as due process violation, and Whistleblower claims. There is substantial ground for difference of opinion on the granting of summary judgment, as was set forth in the motion for reconsideration.

An immediate appeal would materially advance this case, because otherwise Plaintiff will be required to try a very limited set of facts to a jury[1] and then take an appeal. Assuming that the Ninth Circuit grants the appeal, Plaintiff would then be required to re-try the entire case, costing her scant resources that she does not possess.

Defendants will not be prejudiced by the interlocutory appeal. The scant issues remaining are not heavily dependent upon the memory of witnesses, going mostly to Plaintiff's damages for Defendants' violation of the FMLA when Defendants refused to reinstate Plaintiff after her return from FMLA protected leave, for which they monetarily penalized her.

Further, Ms. Wade is 74 years old, albeit in good health. However, her age militates for the court to move this case along as efficiently as possible so not to needlessly prolong the process. Plaintiff asks that the court grant the certification

---

[1] Whether Ms. Wade has a right to a jury trial on the remaining issues appears to be part of the appeal, since the court stated that on the remaining damages questions, Plaintiff was entitled to a "hearing" with no mention of a jury trial.

Motion for Interlocutory Appeal
*Wade v. Ilisagvik College, et al*
3:05-cv-086-TMB
Page 2 of 3

for interlocutory appeal so that she may actively and quickly pursue the appeal.

DATED AT Anchorage, Alaska this _7th_ day of _April_ 2008.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
Phone: (907) 272-9631
Fax: (907) 272-9586
Direct email: ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service

I hereby certify that on April 7, 2008, a copy of the foregoing document was served electronically on Cynthia Ducey, Esq.

s/ Linda J. Johnson

Motion for Interlocutory Appeal
*Wade v. Ilisagvik College, et al*
3:05-cv-086-TMB
Page 3 of 3