Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

BOBBI WADE,

                    Plaintiff,

v.

ILISAGVIK COLLEGE; NORTH
SLOPE BOROUGH; JOHN TUTHILL,
individually; and PAMELA TAYLOR,
individually,

                    Defendants.

Case No. 3:05-cv-086-TMB

## **ORDER ON APPLICATION FOR INTERLOCUTORY APPEAL**

Plaintiff, Bobbi Wade, applied to the court for an order allowing Plaintiff to pursue an interlocutory appeal of Order Regarding Defendant's Motion for Summary Judgment, filed at Docket 121 on March 28, 2008. The court having reviewed the Plaintiff's application for interlocutory appeal and any opposition thereto, the court hereby GRANTS the Plaintiff's application. The Order at Docket 121 is withdrawn.

Order on Application for Interlocutory Appeal
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

DATED at Anchorage, Alaska, this _____ day of April, 2008.

_____
Honorable Timothy M. Burgess

Certificate of Service

I hereby certify that on April 7, 2008, a copy of the foregoing was served electronically on all counsel of record.

s/ Linda J. Johnson

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Order on Application for Interlocutory Appeal
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2