Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>         Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>         Defendants. | Case No. 3:05-cv-086-TMB |

### AFFIDAVIT OF LINDA J. JOHNSON

State of Alaska          )
                         )ss:
Third Judicial District  )

I, Linda J. Johnson, being first duly sworn, upon my oath, hereby depose and state as follows:

1.  I am an attorney licensed for the practice of law in the State of Alaska. I am with the firm of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC. I am the attorney who has been handling this matter on behalf of Bobbi Wade.

Affidavit of Linda J. Johnson
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

2. The facts set forth are based on my personal knowledge.

3. Competing motions for summary judgment were filed. The court granted a small portion of the Plaintiff's Motion for Partial Summary Judgment, but granted a large portion of the Defendant's competing Motion for Summary Judgment. Only a few minor issues remain for trial. Expedited consideration is required to take an interlocutory appeal.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 7th day of April, 2008.

_____
Linda J. Johnson, #8911070

SUBSCRIBED AND SWORN TO before me this 7th day of April, 2008.

_____
NOTARY PUBLIC FOR ALASKA
My Commission Expires: 3/31/10

*State of Alaska*
**NOTARY PUBLIC**
Susan L. Warburton
My Commission Expires March 31, 2010

### Certificate of Service

I hereby certify that on April 7, 2008, a copy of the foregoing document was served electronically on Cynthia Ducey, Esq.

s/ Linda J. Johnson

Affidavit of Linda J. Johnson
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586