Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>               Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>               Defendants. | Case No. 3:05-cv-086-TMB |

### ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFFS' APPLICATION FOR INTERLOCUTORY APPEAL

Plaintiff, Bobbi Wade's Motion for Expedited Consideration of Plaintiffs' Application for Interlocutory Appeal is hereby GRANTED. The response of Defendant shall be filed on or before _____, 2008.

DATED at Anchorage, Alaska, this ___ day of April, 2008.

_____
Judge Timothy M. Burgess

Order Granting Motion for Expedited Consideration of Application for Interlocutory Appeal
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

### Certificate of Service

I hereby certify that on April 7, 2008, a copy of the foregoing document was served electronically on Cynthia Ducey, Esq.

s/ Linda J. Johnson

Order Granting Motion for Expedited Consideration of Application for Interlocutory Appeal
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586