Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
Fax (907) 277-1331
cld@delaneywiles.com
Attorney for defendants Ilisagvik College
John Tuthill and Pamela Taylor

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILISAGVIK COLLEGE, NORTH SLOPE ) <br> BOROUGH, JOHN TUTHILL, individually ) <br> and PAMELA TAYLOR, individually ) <br> ) <br> Defendants. ) <br> ) | Case No. A05-086 CV (JWS) |

**OPPOSITION TO PLAINTIFF'S MOTION FOR CONSIDERATION OF PLAINTIFF'S MOTION TO STAY ON SHORTENED TIME**

Defendants oppose consideration of plaintiff's motion to stay proceedings and plaintiff's application for certification of an interlocutory appeal, pursuant to D. Ak. L. R. 7.2 on shortened time. Plaintiff has not established adequate cause for considering either motion on shortened time. Defendants request that the motion for stay be considered according to the normal briefing schedule set out in D. Ak. L. R. 7.1(e).

As a preliminary matter, there was no good faith effort to resolve the matters without court intervention or the positions of opposing counsel, as required by D. Ak. L. R. 7.1(c)(1)(A)(ii,iii).

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

1

*See* affidavit of Cynthia L. Ducey. Moreover, plaintiff has not established that shortened time is required for consideration of either motion.

Plaintiff's motions were filed simultaneously with a motion to stay proceedings, a motion to certify an interlocutory appeal, and a motion to reconsider the court's order regarding plaintiff's and defendants' motions for summary judgment. The motion for shortened time of the motion to stay states that it should be granted ". . . so that defendant will not begin execution proceedings . . . ." *See* page 2. However the court's order on summary judgment at Docket 121 is not a judgment and there was no monetary award made against the plaintiff. Thus, there could be no execution proceedings against the plaintiff. The plaintiff's counsel's affidavit gives a further reason stating "expedited consideration is required to take an interlocutory appeal." *See* affidavit of Linda Johnson, Docket 125-3. However, the plaintiff's application for certification of an interlocutory appeal pursuant to 28 U.S.C. § 1292 does not, by its terms, require a stay on shortened time. The only action that could take place while the motion for stay and interlocutory appeal is briefed in the normal briefing process is that the parties will comply with the court's order to meet and confer on the certificate of readiness. Docket 122. It is unlikely that trial would occur before these motions are decided. Plaintiff has given no other reason why the motion to stay should be considered on shortened time. Accordingly the motion to consider the motion for stay on shortened time should be denied.

Plaintiff's motion for consideration of the application for interlocutory appeal provides as the sole reason: "…because the issues require timely intervention." No other reason is given. Defendants agree that the issues should be decided in a timely manner, but timeliness is adequately provided for in the normal briefing schedule set out in D. Ak. L. R. 7.1(e). No

DELANEY WILES, INC.
SUITE 400
1007 WEST 3rd AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

showing has been made that earlier briefing or decision is warranted or required. Defendants request that the motion for consideration of the request for interlocutory certification be denied.

                                                   DELANEY WILES, INC.
                                                 Attorneys for Defendants Ilisagvik College,
                                                 John Tuthill, and Pamela Taylor

Dated: April 8, 2008

                                                 /s/ Cynthia Ducey
                                                 Cynthia L. Ducey, ASBA # 8310161
                                                 Delaney Wiles, Inc.
                                                 1007 West 3rd Avenue, Suite 400
                                                 Anchorage, AK 99501
                                                 (907) 279-3581
                                                 (907) 277-1331 Fax
                                                 cld@delaneywiles.com

Certificate of service

I certify that a true and correct copy of this document has been served by electronic service on the 8th day of April, 2008 upon:

Linda Johnson

/s/
41497

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

3