Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone 907-279-3581
Fax 907-277-1331
cld@delaneywiles.com

Attorneys for defendants Ilisagvik College, Pam Taylor
and John Tuthill

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05-cv-086 (TMB) |
| v. ) | |
| ) | |
| ILISAGVIK COLLEGE, NORTH SLOPE ) | |
| BOROUGH, JOHN TUTHILL, individually ) | |
| and PAMELA TAYLOR, individually ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED ORDER
REGARDING MOTION TO STRIKE**

This matter having come before the court on defendants' motion to strike plaintiff's motion for reconsideration and the court having been advised in the premise

IT IS HEREBY ORDERED that plaintiff's motion for reconsideration is stricken.

Dated: _____

_____
Judge Timothy M. Burgess
United States District Court Judge

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331