MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Bobbi Wade v. Ilisagvik College*

Case No. 3:05-cv-086 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Plaintiff has filed a Motion for Expedited Consideration (Dkt. 125) of Plaintiff's Motion to Stay at Docket 124, seeking expedited review "so that Defendant will not begin execution proceedings." She further requests a ruling by April 14, 2008, or alternatively, an "interim order staying execution until briefing and decision on this motion have been completed."

Plaintiff's request provided an inadequate basis for expedited consideration, therefore, the Motion for Expedited Consideration at Docket 125 is **DENIED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: April 8, 2008