MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*BOBBI WADE v. ILISAGVIK COLLEGE, et al*

Case No. 3:05-cv-086 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:     ORDER FROM CHAMBERS

Plaintiff has filed a Motion for Expedited Consideration (Dkt. 127) of her Motion for Leave to Appeal (Dkt. 126) the Court's orders on Plaintiff's Motion for Partial Summary Judgment and Defendants' Motion for Summary Judgment (Dkt. 124). Plaintiff asserts that an interlocutory appeal "should be taken 30 days from the date of the underlying order," but cites no authority for this proposition.

Under 28 U.S.C. § 1292 (b), application to the Court of Appeals for an interlocutory appeal must be made within ten days after the district court certifies the underlying order as meeting the standard for an interlocutory appeal. *See In re Benny*, 791 F.2d 712, 719-20 (9th Cir. 1986).

Plaintiff has not provided an adequate basis as to why her Motion for Leave to Appeal at Dkt. 126 should be heard on an expedited basis. Therefore, Plaintiff's motion at Dkt. 127 is **DENIED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: April 9, 2008