Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
Fax (907) 277-1331
cld@delaneywiles.com
Attorney for defendants Ilisagvik College
John Tuthill and Pamela Taylor

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. A05-086 CV (JWS) |
| v. ) | |
| ) | |
| ILISAGVIK COLLEGE, NORTH SLOPE ) | |
| BOROUGH, JOHN TUTHILL, individually ) | |
| and PAMELA TAYLOR, individually ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AFFIDAVIT OF CYNTHIA L. DUCEY IN SUPPORT OF
OPPOSITION TO PLAINTIFF'S MOTION FOR EXPEDITED
CONSIDERATION OF PLAINTIFF'S MOTION TO STAY**

State of Alaska          )
                         ) ss.
Third Judicial District  )

I, Cynthia L. Ducey, being first duly sworn depose and states as follows:

1. I am the attorney for the defendants in the above action.

2. I was not given prior notice of these motions, nor was there any attempt to resolve the issues in the motions for shortened time or the motion for stay prior to plaintiff filing these motions.

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

1

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Cynthia L. Ducey

SUBSCRIBED AND SWORN to before me this 8th day of April, 2008.

_____
NOTARY PUBLIC in and for the State of Alaska
My Commission Expires: 4-14-12

141503

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331