Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

BOBBI WADE,

                Plaintiff,

v.

ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,

                Defendants.

Case No. 3:05-cv-086-TMB

## MOTION TO ACCEPT OVERLENGTH BRIEF

Plaintiff, Bobbi Wade, through her counsel, moves the court to accept her Motion for Reconsideration as filed, which contains twenty-four[1] pages. D. Ak. L.R. 59.1(c) limits a motion for reconsideration to five pages. Plaintiff requests

---

[1] The signature page is Page 25.

*Motion to Accept Overlength Brief*
<u>Wade v. Ilisagvik</u>, Case No. 3:05-cv-086-TMB
Page 1

to file twenty-four pages. In accordance with Local Rule 10.1(b), a copy of the brief is attached. Alaska R. App. P. 212(4) ("A motion for leave to file a brief longer than permitted by this paragraph must be accompanied by a copy of the over-length brief proposed to be filed.").

There is good cause for this request. Every effort has been made to edit this brief down. Every effort was made to provide quality briefing to the Court on multiple issues. To edit arguments out would lower the quality of the advocacy and impede the Court's ability to be fully informed. The Order was itself 44 pages and therefore the Motion for Reconsideration required more discussion than usual. For these reasons, the Brief should be accepted in its current form.

DATED at Anchorage, Alaska, this 9th day of April, 2008.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
Phone: (907) 272-9631
Fax: (907) 272-9586
Direct email: ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service:
I hereby certify that on April 9th, 2008, a copy of the foregoing was served electronically on all counsel of record.

s/ Linda J. Johnson

*Motion to Accept Overlength Brief*
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 3