Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE, | |
| Plaintiff, | |
| v. | |
| ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually, | |
| Defendants. | Case No. 3:05-cv-086-TMB |

### (PROPOSED) ORDER ACCEPTING OVERLENGTH BRIEF

The Motion to Accept Overlength Motion is hereby GRANTED. The Motion for Reconsideration is hereby accepted as filed on April 7, 2008.

DATED this ___ day of April, 2008.

_____
Honorable Timothy M. Burgess
United States District Court Judge