Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>                        Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>                        Defendants. | Case No. 3:05-cv-086-TMB |

### NOTICE OF FILING ATTACHMENT TO MOTION
### TO ACCEPT OVERLENGTH BRIEF (at Docket #134)

Plaintiff Bobbi Wade, by and through her counsel, and pursuant to a call from the clerks office regarding notification of an "Error" in the initial filing of her Motion to Accept Overlength Brief (at docket #134), hereby gives notice that in accordance with Local Rule 10.1(b), attached hereto is a copy of the brief that should have accompanied the Motion to Accept Overlength Brief as initially electronically filed with the court on April 9, 2008.

Notice of Filing Attachment to Motion to Accept Overlength Brief
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

DATED AT Anchorage, Alaska this ___10th___ day of April 2008.

        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORNSESS, LLC
        Attorneys for Plaintiff

        s/ Linda J. Johnson
        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORSNESS LLC
        711 H Street, Suite 620
        Anchorage, AK  99501-3454
        Phone:  (907) 272-9631
        Fax:  (907) 272-9586
        Direct email: ljj@cplawak.com
        Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on April 10, 2008, a copy of the foregoing document was served electronically on Cynthia Ducey, Esq.

        s/ Linda J. Johnson

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Filing Attachment to Motion to Accept Overlength Brief
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2