MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

***BOBBI WADE v. ILISAGVIK COLLEGE, et al.***

Case No. 3:05-cv-00086-TMB

By:        THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:        ORDER FROM CHAMBERS

      On April 7, 2008, Plaintiff Bobbi Wade filed a 24-page motion for reconsideration (Docket 123) of the Court's order at Docket 121 addressing Plaintiff's motion for partial summary judgment and Defendants' motion for summary judgment. Local Civil Rule 59.1(c) limits motions for reconsideration to five pages and, where appropriate, affidavits, deposition excerpts, or other factual materials. On April 8, 2008, Defendants filed a motion (Docket 129) asking the Court to strike Plaintiff's motion for reconsideration on the ground that Plaintiff had not filed a separate motion requesting permission to exceed the five-page limit. On April 9, 2008, Plaintiff filed a motion for leave to accept an overlength brief, asserting that good cause exists because the Court's order was 44 pages and a shorter motion for reconsideration would "impede the Court's ability to be fully informed."

      The Court recognizes the number of claims involved in this case and the length of its order at Docket 121 and GRANTS the Plaintiff's motion to accept an overlength brief at Docket 134. The Court also DENIES the Defendants' motion to strike Plaintiff's motion for reconsideration at Docket 129.

      In addition, the Court requests that Defendants file a response to Plaintiff's motion for reconsideration not to exceed 24 pages in length. The response is due no later than Friday, April 18. No reply may be filed, pursuant to Local Rule 59.1(d)(2).

      **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: April 11, 2008