Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>         Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>         Defendants. | Case No. 3:05-cv-086-TMB |

### CERTIFICATE OF READINESS FOR TRIAL

Pursuant to court order, at Docket 122, attorneys for Plaintiff and Defendants met on April 10, 2008 at Plaintiff's attorney's offices, and discussed their readiness for trial.

The parties agreed that:

(a) Discovery is complete;

Certification of Readiness
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 3

(b) With the exception of the motions filed by Plaintiffs (motion for reconsideration, certification for interlocutory appeal, and motion for stay), there are no other outstanding motions before the court; and

(c) Each party is willing to attempt settlement of the case with the help of a federal court judge. The parties discussed Judges Sedwick, Holland, Singleton and Beistline. Any one of the judges discussed is acceptable to both parties as a settlement judge. Defendants have requested that Plaintiff be required by the court to attend in person. Plaintiff intends to attend the settlement conference by telephone unless Defendants will agree to pay her airfare to Alaska.

The parties agreed on two proposed trial dates:

> the week of August 25, 2008 or
> the week of October 27, 2008.

Defendants agreed with Plaintiff that a jury trial would be appropriate.

DATED AT Anchorage, Alaska this ___17th___ day of April 2008.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

## Certificate of Service

I hereby certify that on April 17, 2008, a copy of the foregoing document was served electronically on Cynthia Ducey, Esq.

s/ Linda J. Johnson

Certification of Readiness
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 3 of 3