Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone 907-279-3581
Fax  907-277-1331
cld@delaneywiles.com

Attorneys for defendants Ilisagvik College, Pam Taylor
and John Tuthill

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE,                           ) | |
|                                ) | |
|         Plaintiff,           ) | |
|                                ) | Case No. 3:05-cv-086 (TMB) |
| v.                                ) | |
|                                ) | |
| ILISAGVIK COLLEGE, NORTH SLOPE ) | |
| BOROUGH, JOHN TUTHILL, individually ) | |
| and PAMELA TAYLOR, individually    ) | |
|                                ) | |
|         Defendants.        ) | |

**PROPOSED ORDER DENYING
MOTION FOR STAY**

This matter having come before the court on plaintiffs' motion for a stay of these

proceedings pending interlocutory appeal of this court's March 28, 2008 order, and the court

having been advised in the premise

IT IS HEREBY ORDERED that plaintiff's motion **DENIED**.

Dated: _____

_____
Judge Timothy M. Burgess
United States District Court Judge

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

PROPOSED ORDER DENYING MOTION FOR STAY
*Wade v. Ilisagvik College, et al.,* Case No. 3:05-cv-086-TMB
Page 1 of 2

Certificate of service

I certify that a true and correct
copy of this document has
been served by electronic service
on the ⟍⟍⟍ day of April, 2008 upon:

Linda Johnson
Clapp, Peterson, Van Flein,
   Tiemessen & Thorsness, LLC
711 H St., Ste. 620
Anchorage, AK  99501

_____
141874

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

PROPOSED ORDER DENYING MOTION FOR STAY
*Wade v. Ilisagvik College, et al.*, Case No. 3:05-cv-086-TMB
Page 2 of 2