Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone 907-279-3581
Fax  907-277-1331
cld@delaneywiles.com

Attorneys for defendants Ilisagvik College, Pam Taylor
and John Tuthill

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:05-cv-086-TMB |
| v. | ) |
| | ) |
| ILISAGVIK COLLEGE, NORTH SLOPE | ) |
| BOROUGH, JOHN TUTHILL, individually | ) |
| and PAMELA TAYLOR, individually | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PROPOSED ORDER DENYING APPLICATION
FOR CERTIFICATION TO FILE INTERLOCUTORY APPEAL**

This matter having come before the court on plaintiffs' application for leave to file for interlocutory appeal of this court's March 28, 2008 order, and the court having been advised in the premise

IT IS HEREBY ORDERED that plaintiff's application **DENIED**.

Dated:_____

_____
Judge Timothy M. Burgess
United States District Court Judge

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

PROPOSED ORDER DENYING APPLICATION FOR CERTIFICATION TO FILE INTERLOCUTORY APPEAL
*Wade v. Ilisagvik College, et al.*, Case No. 3:05-cv-086-TMB
Page 1 of 2

Certificate of service

I certify that a true and correct
copy of this document has
been served by electronic service
on the 23rd day of April, 2008 upon:

Linda Johnson
Clapp, Peterson, Van Flein,
    Tiemessen & Thorsness, LLC
711 H St., Ste. 620
Anchorage, AK  99501

_____
141873

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331