IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE,<br><br>      Plaintiff,<br><br>vs.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually and PAMELA TAYLOR, individually,<br><br>      Defendants. | Case No. 3:05-cv-0086-TMB<br><br>**ORDER RE SETTLEMENT CONFERENCE** |

In preparation for the scheduling of a settlement conference before the **Judge Ralph R. Beistline**, each party shall submit a confidential settlement brief on or before **May 27, 2008.**

The settlement brief shall be in a sealed envelope and shall be delivered to the settlement judge's chambers. The brief shall be on 8-1/2 x 11 inch paper, double-spaced, and shall not exceed 20 pages, including attachments. The brief shall not be filed with the court or served on opposing parties or disclosed to anyone without the party's consent. The brief is not admissible as

evidence and will be destroyed by the settlement judge after any held settlement conference.

In an effort to determine the realistic settlement possibility, the parties **must** make a full disclosure of their best evaluation of the potential outcome of the case and what they are willing to take to settle. All of the strengths and weaknesses of one's case must be discussed candidly in the party's settlement brief and be given appropriate effect in one's settlement position as to the worth of the case.

If Plaintiff seeks monetary damages, a specific present reasonable dollar amount must be set forth. If Plaintiff is unable to set forth such a figure, the purpose of which is to aid the settlement judge in evaluating the case, a convincing statement must be included, stating the reasons that no such figure can be included.

Defendants must also set forth their present reasonable dollar figure offer. Likewise, if Defendants are unable to set forth such a figure, a convincing statement must be included, stating the reasons no such figure can be included.

The settlement conference judge will undertake a preliminary review of the settlement conference briefs. A settlement conference will be scheduled **only** if, on the basis of the briefs, it appears that there is a reason to believe that, with

the assistance of the court, a settlement of the case can be negotiated.

At any conference resulting from this order, all counsel shall appear with full authority to settle all issues of this litigation and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time of the settlement conference.

ENTERED this 23rd day of April, 2008.

                                      s/TIMOTHY M. BURGESS
                                      UNITED STATES DISTRICT JUDGE