Linda J. Johnson
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
(907) 272-9272
(907) 272-9586 fax
usdc-anch-ntc@cplawak.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI WADE,<br><br>               Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,<br><br>               Defendants. | Case No. 3:05-cv-086-TMB |

## **ACCEPTANCE OF OFFER OF JUDGMENT**

Plaintiff Bobbi Wade, by and through her attorneys Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, herewith accepts the offer of judgment made by Defendants Ilisagvik College, Dr. John Tuthill, and Pamela Taylor on August 12, 2008. The offer was for the principal sum of $4,502. The offer specified prejudgment interest. Assuming that the current federal interest rate of 2.18% applies, and began when the written demand was served on February 25, 2005,

Acceptance of Offer of Judgment
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 1 of 2

the interest amounts to $341.78.  Liquidated damages pursuant to 29 U.S.C. §2617(1)(A)(iii) in the amount of $4,843.78.  The offer also specified taxable costs pursuant to 28 U.S.C. §1920, to be determined by the clerk of court.  Finally, the offer specified $100,000 for attorney fees.  The total amount of the offer accepted is $109,687.56, plus taxable costs.

DATED AT Anchorage, Alaska this 19th day of August 2008.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on August 19, 2008, a copy of the foregoing document was served electronically on Cynthia Ducey, Esq.

s/ Linda J. Johnson

Acceptance of Offer of Judgment
Wade v. Ilisagvik, Case No. 3:05-cv-086-TMB
Page 2 of 2