Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
Fax (907) 277-1331
cld@delaneywiles.com
Attorney for defendants Ilisagvik College,
John Tuthill and Pamela Taylor

Clapp Peterson Van Flein Tiemessen & Thorsness LLC
CPVTT File # 400-85   Date Rec'd 8/13/08
Date Served_____ Response Due 8/22/08
Scanned/Distribution  CJJ, TVF, KAB
CORR PLDG DISC WIT REC BF OTHER_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05-cv-00086 (TMB) |
| v. ) | |
| ) | |
| ILISAGVIK COLLEGE, NORTH SLOPE ) | |
| BOROUGH, JOHN TUTHILL, individually ) | |
| and PAMELA TAYLOR, individually ) | |
| ) | |
| Defendants. ) | |

**OFFER OF JUDGMENT**

Defendants Ilisagvik College, Dr. John Tuthill, and Pamela Taylor (hereinafter "defendants"), hereby jointly offer to allow entry of judgment in favor of the plaintiff, Bobbi J. Wade, in the above entitled action, on each and every claim against all defendants in the total amount of $4,502.00 (Four Thousand Five Hundred and Two Dollars). In addition to the principal sum of $4,502.00, there shall be added an equal amount as liquidated damages, prejudgment interest, and taxable costs pursuant to USC 28 § 1920, $100,000.00 (One Hundred Thousand Dollars) in attorneys' fees. This offer is conditioned on plaintiff's waiver of appeal and further litigation on any issue, including attorneys' fees and costs, and will end the litigation except for entry of judgment and the clerk's taxing of costs.

Offer of Judgment
*Wade v. Ilisagvik, et al.*, Case No. 3:05-cv-00086-TMB                                                     Page 1 of 2

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

   This offer includes the previous unconditional tender of monies totaling $5,208.08 (Five Thousand Two Hundred and Eight Dollars and Eight Cents) tendered to plaintiff on September 18, 2007 and October 12, 2007, attached hereto as Exhibit A, (A.I. Specialty Lines Insurance Company, Check No. 00403217; Alaska National Insurance Company, Check No. 257763; Delaney Wiles Cost Account check No. 30429).

   This offer is made in accordance with Federal Rule of Civil Procedure 68. The offer will remain open for ten (10) days. This offer of judgment is an offer of compromise only and is made solely for the purpose specified in Rule 68, and is not to be construed as an admission that defendants are liable in this action to plaintiff, for any amount, or that the plaintiff has suffered damages of any amount.

   Dated this 12th day of August, 2008, at Anchorage, Alaska.

              DELANEY WILES, INC.
              Attorneys for Defendants Ilisagvik College,
              John Tuthill, and Pamela Taylor

              /s/ Cynthia L. Ducey
              Cynthia L. Ducey
              Alaska Bar No. 8310161

**Certificate of Service**

On this 12 day of August, 2008, I caused to be mailed by the U.S. Postal Service a copy of this document upon:

Linda Johnson
Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501

145769

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

Offer of Judgment
*Wade v. Ilisagvik, et al.*, Case No. 3:05-cv-00086-TMB      Page 2 of 2