Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
Fax (907) 277-1331
cld@delaneywiles.com
Attorney for defendants Ilisagvik College,
John Tuthill and Pamela Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOBBI J. WADE,<br><br>   Plaintiff,<br><br>v.<br><br>ILISAGVIK COLLEGE, NORTH SLOPE BOROUGH, JOHN TUTHILL, individually and PAMELA TAYLOR, individually<br><br>   Defendants. | Case No. 3:05-cv-00086 (TMB) |

**AGREEMENT REGARDING OFFER OF JUDGMENT**

Defendants served an Offer of Judgment on plaintiff on August 12, 2008. The Offer was unconditionally accepted, and plaintiff calculated the value of the offer, excluding the clerk's taxation of costs under 28 U.S.C. § 1920. Defendants agree with plaintiff's calculation of the principal amount of the offer, and prejudgment interest. The only issue left in this case is for the clerk to tax costs as allowed under 28 U.S.C. § 1920.

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

*Wade v. Ilisagvik College, et al.*; Case No. 3:05-cv-00086 (TMB)
Agreement Regarding Offer of Judgment  Page 1

DATED at Anchorage, Alaska this 22nd day of August, 2008.

        DELANEY WILES, INC.
        Attorneys for Defendants Ilisagvik College,
        John Tuthill, and Pamela Taylor

        */s/ Cynthia L. Ducey*
        Cynthia L. Ducey
        Alaska Bar No. 8310161

**Certificate of Service**

On this _____ day of August, 2008, I caused to be mailed by the U.S. Postal Service a copy of this document upon:

Linda Johnson
Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501

_____
146199

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

*Wade v. Ilisagvik College, et al.*; Case No. 3:05-cv-00086 (TMB)
Agreement Regarding Offer of Judgment      Page 2