```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
```

BOBBI J. WADE,
      Plaintiff,

                                Case Number 3:05-cv-00086-TMB

v.

ILISAGVIK COLLEGE, NORTH
SLOPE BOROUGH, JOHN TUTTLE
and PAMELA TAYLOR,
      Defendants.               **JUDGMENT IN A CIVIL CASE**

___  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

that Plaintiff Bobbi J. Wade, recover of defendants Ilisagvik College, John Tuthill and Pamela Taylor, the sum of $4,502.00, an equal amount of liquidated damages in the amount of $4,502.00, together with prejudgment interest in the amount of $683.56, attorney's fees in the amount of $100,000.00 and plaintiff's cost of action in the amount of $_____ for a total judgment of $_____ with postjudgment interest thereon at the rate of <u>2.12</u>% as provided by law.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Date: August 25, 2008

                                                  /s/Ida Romack
                                        Ida Romack, Clerk of Court

[Jmt1-with fees and costs-revised 1-30-06]