**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS LLC**
1603 COLLEGE ROAD, SUITE 200
FAIRBANKS, AK 99709-4175
(907) 479-7776

WELLS FARGO BANK ALASKA, N.A.
FAIRBANKS, AK 99701
89-5/1252

21500

4/22/2005

PAY TO THE ORDER OF ___U.S. District Court_____   $ **250.00

Two Hundred Fifty and 00/100************************************************************************ DOLLARS

U.S. District Court
Clerk's Office
222 West 7th Ave., #4
Anchorage, AK 99513

**COPY NOT NEGOTIABLE**

MEMO  CPVTT File No. 400-85

⑈021500⑈ ⑆125200057⑆ 201720444 7⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS LLC**     4/22/2005     21500

U.S. District Court                                                          250.00
Variable expense:ACC:acc-400-85     Filing fee    *Wade*

Wells Fargo-Gen. Checkin    CPVTT File No. 400-85                            250.00

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS LLC**     4/22/2005     21500

U.S. District Court                                                          250.00
Variable expense:ACC:acc-400-85     Filing fee

PAYMENT RECORD

Wells Fargo-Gen. Checkin    CPVTT File No. 400-85         EXHIBIT  1         250.00
                                                          PAGE  1  OF  3

516149 (12/04)



## U.S. District Court for the District of Alaska

### Fees

Court Info | Offices | Reference | Calendars | Links



### Filing Fees:

| | |
|---|---|
| Civil Case | $ 250.00 |
| Notice of Appeal to USCA | $ 255.00 |
| Notice of Appeal on Magistrate's Decision | $ 32.00 |
| Miscellaneous Cases | $ 39.00 |
| Record Judgment from Another District | $ 20.00 |
| Writ of Habeas Corpus | $ 5.00 |
| Prisoner Petitions | $ 150.00 |

### Attorney Fees:

| | |
|---|---|
| Attorney Admission | $ 250.00 |
| Pro Hac Vice Admission (per case, per attorney) | $ 150.00 |

### Miscellaneous Fees:

| | |
|---|---|
| Power of Attorney | $ 100.00 |
| Certificate of Good Standing | $ 15.00 |
| Certified Mailings (each) | $ 4.00 |
| Certifying Documents (Each plus copying charge) | $ 9.00 |
| Records Search (per name) | $ 26.00 |
| Tape Duplication (per tape) | $ 26.00 |
| Archives Retrieval (each) | $ 45.00 |
| NSF Check Return Fee | $ 45.00 |
| Photocopies (per page) | $ 0.50 |
| Document Exemplication | $ 18.00 |
| PACER Printing Charge (per page) | $ 0.10 |

### Transcript Fees:

| | | First c to eac |
|---|---|---|
| Maximum Rates - All Parties Per Page | Original | party |
| **Daily Transcript:** A transcript to be delivered following | $ 5.50 | $ 1.10 |

EXHIBIT ___1___
PAGE _2_ OF _3_

ttp://www.akd.uscourts.gov/fee_list.htm    4/22/2005

| | | |
|---|---|---|
| adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day. | | |
| **Expedited Transcript:** A transcript to be delivered within seven (7) calendar days after receipt of an order. | $ 4.40 | $ 0.83 |
| **Hourly Transcript:** A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours. | $ 6.60 | $ 1.10 |
| **Ordinary Transcript:** A transcript to be delivered within thirty (30) calendar days after receipt of an order. | $ 3.30 | $ 0.83 |
| **Realtime Transcript:** A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following adjournment. | $ 2.75 | $ 1.10 |

EXHIBIT  1
PAGE  3  OF  3