*# INVOICE*
*400-85*
*JAN 10 2006*
*YBR*

# RETURN OF SERVICE

Case Number:   A05-086 CV (JWS)

BOBBI WADE
    Plaintiff(s),
vs.
ILISAGVIK COLLEGE, ET AL.
    Defendant(s).
_____ )

I certify that on 1/6/2006, at 2:50 PM, I served the following documents:

SUBPOENA, NOTICE OF DEPOSITION, WITNESS FEE CHECK

upon the therein named CHERYL MCKAY, ESQ., LANDYE BENNETT BLUMSTEIN, LLP at 701 8TH AVE., #1200, ANCHORAGE, ALASKA, by handing and leaving a true and correct copy with CHERYL MCKAY, ESQ..

_____
PAMELA LOMONACO
Civilian Process Server

SUBSCRIBED AND SWORN to before me this January 09, 2006

_____
Notary Public in and for the State of Alaska
My Commission Expires:   5/20/2009

| | |
|---|---|
| Client: | CLAPP, PETERSON, VAN FLEIN, ET AL. |
| Client Contact: | JODI WALTON |
| File Number: | 400-85 |

| | |
|---|---|
| Service Fee: | $35.00 |
| Mileage Fee: | $15.00 |

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

| | |
|---|---|
| TOTAL: | $50.00 |

Return No.:   50247

EXHIBIT   2
PAGE   1   OF   12

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

23178

4/10/2006

PAY TO THE ORDER OF   Alaska State Troopers   $ **45.00

Forty-Five and 00/100************************************************************************************** DOLLARS

Alaska State Troopers
101 Lacey St Rm 103
Fairbanks AK 99701

Void after 90 days

**COPY NOT NEGOTIABLE**

MEMO  400-85 Svc of Process: St. Vincent

⑈023178⑈ ⑆125200057⑆ 2017 20444 7⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**  23178

Alaska State Troopers                                                  4/10/2006
5200 · Reimbursable Expenses     400-85 Svc of Process: Jay St. Vincent (Barrow)     45.00

E113

General Checking - Wells    400-85 Svc of Process: St. Vincent                    45.00

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**  23178

Alaska State Troopers                                                  4/10/2006
5200 · Reimbursable Expenses     400-85 Svc of Process: Jay St. Vincent (Barrow)     45.00

**PAYMENT RECORD**

General Checking - Wells    400-85 Svc of Process: St. Vincent                    45.00

EXHIBIT __2__
PAGE _2_ OF _12_

530590 (12/05)

# CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS

Attorneys at Law

A Limited Liability Company

# CHECK REQUEST

| Date of Request: *4/10/06* | Need by Date & Time *4/10/06 4:30 p.m.* | Requestor: *NKK* |
|---|---|---|
| **Select One:** | ☐ Mail<br>☐ Hand Delivery<br>☐ Overnight<br>☒ Return to Requestor<br>☐ Other _____ | **Bill to:** ☒ Client<br>☐ Firm<br>☐ Personal |
| Client/Matter No. *400-85* | Name: *WADE vs Ilisagvik College, et al.* | |
| Payable To: *Alaska State Troopers* | | Amount $*45.00* |
| Address: *101 Lacey Street, Room 103* | | Tax ID #: |
| City/State/Zip: *Fairbanks, AK 99701* | | Phone: *(907) 451-2948* |
| Billing Explanation: **Process service fee for Subpoena & Notice of Deposition** *Jury St. Vincent* / *Jan (Janet (Barrow)* | | |

## TRAVEL REIMBURSEMENT

(include copies of ticket [or travel agent invoice] and receipts for all transportation, meals, and lodging—REQUIRED FOR COST BILLS)

| | |
|---|---|
| Airfare (include copy of ticket) | $ |
| Ground Transportation | |
|    Car rental and taxi outside of traveler's home city | $ |
|    Mileage for privately owned vehicle (  miles x $0.405 or $0.485 for 9/1/05-12/31/05) | $ |
| Meals | $ |
| Lodging (actual room costs only) | $ |
| Other, describe: | $ |
| **TOTAL TRAVEL** | $ |

SPECIAL INSTRUCTIONS:

Updated October 28, 2005

EXHIBIT ___2___
PAGE _3_ OF _12_

**CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC**
1603 COLLEGE ROAD, SUITE 200
FAIRBANKS, AK 99709-4175
(907) 479-7776

WELLS FARGO BANK ALASKA, N.A.
FAIRBANKS, 99701
89-5/1252

21539

5/11/2005

PAY TO THE ORDER OF: Alaska State Troopers Judicial Services      $ **90.00

Ninety and 00/100************************************************************************************ DOLLARS

Alaska State Troopers Judicial Services
Basement of Nesbett Courthouse
Anchorage, Alaska

**COPY NOT NEGOTIABLE**

MEMO: CPVTT File No. 400-85

⑆021539⑆ ⑈125200057⑈ 201720444⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS LLC**   21539

Alaska State Troopers Judicial Services                5/11/2005
Variable expense:ACC:acc-400-85      Service of Process - North Slope Borough/Pamela Taylor    90.00

Wells Fargo-Gen. Checkin    CPVTT File No. 400-85                                      90.00

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS LLC**   21539

Alaska State Troopers Judicial Services                5/11/2005
Variable expense:ACC:acc-400-85      Service of Process - North Slope Borough/Pamela Taylor    90.00

*PAYMENT RECORD*

Wells Fargo-Gen. Checkin    CPVTT File No. 400-85                                      90.00

EXHIBIT 2
PAGE 4 OF 12

516149 (12/04)

# CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS
Attorneys at Law
A Limited Liability Company

## CHECK REQUEST

| Date of Request: **5/10/05** | Need by Date & Time **5/11/05** | Requestor: **YBR** |
|---|---|---|
| **Select One:** | ☐ Mail<br>☐ Hand Delivery<br>☐ Overnight<br>☐ Return to Requestor<br>☒ Other <u>Give to Sheri</u> | **Bill to:** ☒ Client<br>☐ Firm<br>☐ Personal |

| Client/Matter No. **400-85** | Name: **WADE v Ilisagvik College** |
|---|---|
| Payable To: **Alaska State Troopers Judicial Services** | Amount **$90.00** |
| Address: **Basement of the Nesbett Courthouse** | Tax ID #: |
| City/State/Zip: **Anchorage, AK** | Phone: **(907) 264-0699** |
| Billing Explanation: **Service of Process: (1) North Slope Borough ($45) & (2) Pamela Taylor ($45)** | |

### TRAVEL REIMBURSEMENT
(include copies of ticket [or travel agent invoice] and receipts for all transportation, meals, and lodging—REQUIRED FOR COST BILLS)

| | |
|---|---|
| Airfare (include copy of ticket) | $ |
| Ground Transportation | |
| Car rental and taxi outside of traveler's home city | $ |
| Mileage for privately owned vehicle ( miles x $0.405) | $ |
| Meals | $ |
| Lodging (actual room costs only) | $ |
| Other, describe: | $ |
| **TOTAL TRAVEL** | $ |

SPECIAL INSTRUCTIONS:

August 2002

EXHIBIT __2__
PAGE __5__ OF __12__

# SERVICE INSTRUCTIONS

PROCESS SERVER _Alaska State Troopers Judicial Services [Attention: Randi Sass] for service in Barrow_

Court Case No. _USDC A05-086 CV (JWS)_

Plaintiff _Bobbi J. Wade_

Defendant _Ilisagvik College, North Slope Borough, John Tuthill, individually, and Pamela Taylor, individually_

Attorney Firm/Person Requesting Service _Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC_

Phone Number _(907) 272-9213_    Contact Person _Yvonne Robinson_

Mailing Address _711 H Street Suite 620_     _Anchorage_    _AK_    _99501_
                   Street Number, Box Number        City        St    ZIP

List of all documents to be served: _(1) Summons; (2) Complaint; (3) Entry of Appearance; (4) Plaintiff's Demand for Jury Trial; (5) Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction_

Serve on _Pamela Taylor_    Date of Birth _____

SSN _____ ID/Driver's Lic. No. _____ State _____

Home Address _6849 A St No 2_    City _Barrow_

Home Phone _(907) 852-6881_    Work Phone _[907] 852-1838_

Employer _Ilisagvik College_

Work Location _Ilisagvik College Campus_    City _Barrow_

Additional Directions **Please serve Ms. Taylor upon receipt. CALL YVONNE AT (800) 478-9272 as soon as service is made on Ms. Taylor and return the original Return of Service to:**

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

711 H Street, Suite 620

Anchorage, AK 99501-3454

CIV-615 (7/87) (cs)
SERVICE INSTRUCTIONS

EXHIBIT __2__
PAGE __6__ OF __12__

# SERVICE INSTRUCTIONS

PROCESS SERVER _Alaska State Troopers Judicial Services [Attention: Randi Sass] for service in Barrow_

Court Case No. _USDC A05-086 CV (JWS)_

Plaintiff _Bobbi J. Wade_

Defendant _Ilisagvik College, North Slope Borough, John Tuthill, individually, and Pamela Taylor, individually_

Attorney Firm/Person Requesting Service _Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC_

Phone Number _(907) 272-9213_    Contact Person _Yvonne Robinson_

Mailing Address _711 H Street Suite 620_   _Anchorage_   _AK_   _99501_
Street Number, Box Number                City           St     ZIP

List of **all** documents to be served: _(1) Summons; (2) Complaint; (3) Entry of Appearance; (4) Plaintiff's Demand for Jury Trial; (5) Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction_

Serve on _North Slope Borough (Mayor or Borough Clerk)_    Date of Birth _____

SSN _____   ID/Driver's Lic. No. _____   State _____

Home Address _____   City _____

Home Phone _____   Work Phone _907-852-0360_

Employer _____

Work Location _North Slope Borough Office_   City _Barrow_

Additional Directions _Please serve one of the following as an authorized agent of the North Slope Borough: Mayor George N. Ahmaogak, Sr. OR Borough Clerk Bertha L. Panigeo_ **CALL YVONNE AT (800) 478-9272 as soon as service is made on the North Slope Borough and return the original Return of Service to:**

_Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC_
_711 H Street, Suite 620_
_Anchorage, AK 99501-3454_

CIV-615 (7/87) (cs)
SERVICE INSTRUCTIONS

EXHIBIT __2__
PAGE __7__ OF __12__

**CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC**
1603 COLLEGE ROAD, SUITE 200
FAIRBANKS, AK 99709-4175
(907) 479-7776

WELLS FARGO BANK ALASKA, N.A.
FAIRBANKS, AK 99701
89-5/1252

21540

5/11/2005

PAY TO THE ORDER OF ___West Coast Legal Services, Inc.___                              $ **55.00

Fifty-Five and 00/100************************************************************************************************ DOLLARS

West Coast Legal Services, Inc.
348 East Olive Avenue
Suite K
Burbank, CA 91502

**COPY NOT NEGOTIABLE**

MEMO ___CPVTT File No. 400-85___

⑆021540⑆ ⑈125200057⑈ 2017 20447⑉

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS LLC**                                                                21540

| West Coast Legal Services, Inc. | | 5/11/2005 | |
| Variable expense:ACC:acc-400-85 | Service of Process - Tuthill/Notarized Return of Service | | 55.00 |

Wells Fargo-Gen. Checkin    CPVTT File No. 400-85                                                                          55.00

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS LLC**                                                                21540

| West Coast Legal Services, Inc. | | 5/11/2005 | |
| Variable expense:ACC:acc-400-85 | Service of Process - Tuthill/Notarized Return of Service | | 55.00 |

Wells Fargo-Gen. Checkin    CPVTT File No. 400-85                                                                          55.00

PAYMENT RECORD

EXHIBIT ___2___
PAGE ___8___ OF ___12___

## CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS
Attorneys at Law
A Limited Liability Company

# CHECK REQUEST

| Date of Request: **5/10/05** | Need by Date & Time **5/11/05** | Requestor: **YBR** |
|---|---|---|
| **Select One:** | ☐ Mail<br>☐ Hand Delivery<br>☐ Overnight<br>☐ Return to Requestor<br>☒ Other <u>Give to Sheri</u> | **Bill to:** ☒ Client<br>☐ Firm<br>☐ Personal |

| Client/Matter No. **400-85** | Name: **WADE v Ilisagvik College** |
|---|---|
| Payable To: **West Coast Legal Services, Inc.** | Amount $**55.00** |
| Address: **348 East Olive Avenue, Suite K** | Tax ID #: |
| City/State/Zip: **Burbank, CA 91502** | Phone: **(818) 845-5067** |
| Billing Explanation: **Service of Process--John Tuthill ($45) w/ Notarized ($10) Return of Service** | |

### TRAVEL REIMBURSEMENT
(include copies of ticket [or travel agent invoice] and receipts for all transportation, meals, and lodging—REQUIRED FOR COST BILLS)

| | |
|---|---|
| Airfare (include copy of ticket) | $ |
| Ground Transportation | |
|     Car rental and taxi outside of traveler's home city | $ |
|     Mileage for privately owned vehicle (     miles x $0.405) | $ |
| Meals | $ |
| Lodging (actual room costs only) | $ |
| Other, describe: | $ |
| **TOTAL TRAVEL** | $ |

SPECIAL INSTRUCTIONS:

August 2002

EXHIBIT __2__
PAGE __9__ OF __12__

Date: May 11, 2005

**SERVICE OF PROCESS**

PERSON ORDERING SERVICE: Yvonne Robinson, Paralegal to Linda J. Johnson

COURT: United States District Court for the District of Alaska

CASE/REFERENCE #: A05-086 CV (JWS)

CASE TITLE: Bobbi Wade VS ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,

LIST OF DOCUMENTS: (1) Summons, (2) Complaint, (3) Entry of Appearance, (4) Plaintiff's Demand for Jury Trial, (5) Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction

PARTY/ENITY TO BE SERVED: John G (aka JohnG G) Tuthill

BUSINESS ADDRESS:

RESIDENCE ADDESS:
333 Andover Dr Apt 112
Burbank CA 91504

MANNER OF SERVICES:

[x] PERSONAL    [ ] SUBSITUTED    [ ] CORPORATE    [ ] POSTING (if address conf.)

[ ] RUSH    [x] ROUTINE

***SPECIAL INSTRUCTIONS***:

Please call Yvonne at (907) 272-9213 once service is accomplished and forward West Coast Legal Services' Original Notarized Return of Service to:

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

711 H Street, Suite 620, Anchorage, AK 99501-3454

PLEASE SERVE BY: May 27, 2005

**West Coast Legal Services, Inc.**
348 EAST OLIVE AVENUE, SUITE K, BURBANK CA 91502  T(818)845-5067  F(818)845-3881

EXHIBIT 2
PAGE 10 OF 12

# WEST COAST SERVICES

348 East Olive Ave.  Suite K
Burbank, CA. 91502
Tel: (818) 845-5067  Fax: (818) 845-3881
Tax Id# 57-1166052



## Sales Receipt

| DATE | SALE NO. |
|---|---|
| 5/17/2005 | 20933 |

| SOLD TO |
|---|
| LINDA J. JOHNSON, CLAPP, PETERSON, VAN FLE<br>711 H STREET, SUITE 620<br>ANCHORAGE, AK 99501-3454<br>T: 907-272-9272  F: 907-272-9586<br>ATTN.: YVONNE ROBINSON |


RECEIVED MAY 2 3 2005

| CHECK NO. | PAYMENT METH... | PROJECT |
|---|---|---|
| 21540 | CHECK | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Serve | CASE # A05-086 CV (JWS) JOHN TUTHILL @ 333 ANDOVER DR. APT. 112, BURBANK, CA 91504 P/S ON 5/13/05 AT 6:35PM BY ALBERT GHAZARIAN | | 45.00 | 45.00 |
| NOTARY | NOTARY OF SERVICE | | 10.00 | 10.00 |

**Total**  $55.00

EXHIBIT  2
PAGE  11  OF  12

Date: May 11, 2005

SERVICE OF PROCESS

PERSON ORDERING SERVICE: Yvonne Robinson, Paralegal to Linda J. Johnson

COURT: United States District Court for the District of Alaska

CASE/REFERENCE #: A05-086 CV (JWS)

CASE TITLE: Bobbi Wade VS ILISAGVIK COLLEGE; NORTH SLOPE BOROUGH; JOHN TUTHILL, individually; and PAMELA TAYLOR, individually,

LIST OF DOCUMENTS: (1) Summons, (2) Complaint, (3) Entry of Appearance, (4) Plaintiff's Demand for Jury Trial, (5) Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction

PARTY/ENITY TO BE SERVED: John G (aka JohnG G) Tuthill

BUSINESS ADDRESS:

*[handwritten: $55 paid ch# 21540, Notary]*

RESIDENCE ADDESS: 333 Andover Dr Apt 112

Burbank CA 91504

MANNER OF SERVICES:

[x] PERSONAL   [ ] SUBSITUTED   [ ] CORPORATE   [ ] POSTING (if address conf.)

[ ] RUSH   [x] ROUTINE

*[handwritten: P/S 5-13-05  6:35PM]*

***SPECIAL INSTRUCTIONS***:

Please call Yvonne at (907) 272-9213 once service is accomplished and forward West Coast Legal Services' Original Notarized Return of Service to:

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

711 H Street, Suite 620, Anchorage, AK 99501-3454

PLEASE SERVE BY: May 27, 2005

EXHIBIT 2
PAGE 12 OF 12

**West Coast Legal Services, Inc.**
348 EAST OLIVE AVENUE, SUITE K, BURBANK CA 91502  T(818)845-5067  F(818)845-3881