# Invoice

**Metro Court Reporting**
745 West 4th Avenue, Suite 425
Anchorage, AK 99501-2154
907-276-3876
TIN 37-1455098

| DATE | INVOICE # |
|------|-----------|
| 2/21/2006 | 14277 |

**BILL TO:**

Ms. Linda J. Johnson
Clapp Peterson, et al
Attorneys at Law
711 H Street, Suite 620
Anchorage, AK 99501

460-85
FEB 2 2 2006

PAW

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Net 30 | A05-086 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | **BOBBI WADE vs. ILISAGVIK COLLEGE, et al** | | |
| | **DEPOSITION OF CHERYL L. McKAY** | | |
| | Taken February 8, 2006 | | |
| | | | |
| 2.5 | Hour(s) recording time | 38.00 | 95.00 |
| 71 | Page(s) Transcribed - Regular | 3.75 | 266.25 |
| 1 | Condensed Transcript w/index | 0.00 | 0.00 |
| 27 | Page(s) Exhibits copied | 0.25 | 6.75 |

ok
approved

Please pay from invoice and reference the invoice number on check.
Thank you.

**TOTAL**          $368.00

EXHIBIT     3
PAGE     1     OF     28

© 2003 INTUIT INC. # 7794 1-800-433-8810

23426

**CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

5/24/2006

PAY TO THE
ORDER OF     Prolumina Trial Technologies                                    **$** **1,566.00

One Thousand Five Hundred Sixty-Six and 00/100************************************************************ DOLLARS

Prolumina Trial Technologies
601 Union St Ste 1420
Seattle WA 98101

Void after 90 days

**COPY NOT NEGOTIABLE**

MEMO     400-85 Inv 26200

⑈0 234 26⑈ ⑆1 25 2000 57⑈ 20 17 20 444 7⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                          23426

   Prolumina Trial Technologies                                          5/24/2006
   1200 · Client Costs Advanced          1926-389 Inv 26200  5/10/06 Deposition of John Tuthill          1,566.00

*Ellis*     *400-85*

   General Checking - Wells     400-85 Inv 26200                                  1,566.00

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                          23426

   Prolumina Trial Technologies                                          5/24/2006
   1200 · Client Costs Advanced          1926-389 Inv 26200  5/10/06 Deposition of John Tuthill          1,566.00

PAYMENT RECORD

   General Checking - Wells     400-85 Inv 26200                                  1,566.00

EXHIBIT     3
PAGE   2   OF   28

530590 (12/05)





# Prolumina
## TRIAL TECHNOLOGIES

601 Union Street, Suite 1420
Seattle, Washington 98104
P: 206.622.6700 • 888.622.6722
F: 206.467.1777
www.ProluminaTech.com
TAX ID # 91-1936156

| DATE | INVOICE# |
|---|---|
| 5/17/2006 | 26200 |

**BILL TO:**

Clapp Peterson Van Flein Tiemessen Thorsn
Attn: Linda Johnson
711 H Street
Suite 620
Anchorage, AK 99501

Linda Johnson
Deposition: 5/10/06
Wade v. Ilisagvik College
305-CV-086-TMB

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: _5/24/06_
_400.85_
Distribution: _____

| TERMS |
|---|
| Due on receipt |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 10 | Deposition Service Hours (7:00 a.m. to 4:59 p.m.) | 110.00 | 1,100.00T |
|  | Witness: John Tuthill |  |  |
| 4 | Original Digital Stock | 35.00 | 140.00T |
| 1 | Parking | 28.00 | 28.00 |
| 4 | Deposition Copy on CD | 70.00 | 280.00T |
| 1 | Shipping / Delivery Charges | 18.00 | 18.00T |

_approved_

**Please note our new address! 601 Union, Suite 1420 Seattle, WA 98101.**

| | |
|---|---|
| **Subtotal** | $1,566.00 |
| Sales Tax (0.0%) | $0.00 |
| **TOTAL** | $1,566.00 |

EXHIBIT _3_
PAGE _3_ OF _28_

**CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

5/30/2006

$ **473.45

PAY TO THE
ORDER OF    Midnight Sun Court Reporters

Four Hundred Seventy-Three and 45/100************************************************************ DOLLARS

Midnight Sun Court Reporters
511 W 9th Ave Ste 1
Anchorage AK 99501

Void after 90 days

**COPY NOT NEGOTIABLE**

MEMO    400-85 Inv 39841

⑈023519⑈ ⑆125200057⑆ 2017204447⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**    23519

Midnight Sun Court Reporters      5/30/2006
1200 · Client Costs Advanced      400-85 Inv 39841 5/23/06 Depo of Bobbi Wade Vol. I      473.45

E115 ✓

General Checking - Wells    400-85 Inv 39841        473.45

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**    23519

Midnight Sun Court Reporters      5/30/2006
1200 · Client Costs Advanced      400-85 Inv 39841 5/23/06 Depo of Bobbi Wade Vol. I      473.45

PAYMENT RECORD

General Checking - Wells    400-85 Inv 39841        473.45

EXHIBIT ___3___
PAGE _4_ OF _28_

530590 (12/05)

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727

Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| | 5/23/2006 | 5/23/2006 | 39841 |

BILL TO

Clapp, Peterson, Van Flein, Tiemessen
& Thorsness, LLC
Attn: Linda Johnson
711 H Street, Suite 620
Anchorage, AK 99501-3454

CASE:    Wade vs Ilisagvik College

TERMS:    Net Receipt

DEPONENT:    Bobbi Wade, Vol. I

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| One Copy of Transcript | 283 | 5/1/2006 | CC | 466.95 |
| Delivery: Courier Service Fees Reference #392063 (Transcript Copy) | 1 | 5/11/2006 | BJS | 6.50 |

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: 5/24/06
Distribution: 400-85

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

TOTAL    $473.45

EXHIBIT    3
PAGE 5 OF 28

23577

**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

6/6/2006

PAY TO THE
ORDER OF _____ Moburg & Associates Court Reporters _____  $  **1,877.15

One Thousand Eight Hundred Seventy-Seven and 15/100*************************************************************** _____ DOLLARS

Moburg & Associates
    Court Reporters
1601 Fifth Ave Ste 860
Seattle WA 98101

**Void after 90 days**

**COPY NOT NEGOTIABLE**

MEMO    400-85 Inv 45775

⑈023577⑈ ⑆125200057⑆ 20172044 47⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**    23577

Moburg & Associates Court Reporters                                          6/6/2006
1200 · Client Costs Advanced          400-85 Inv 45775 5/10/06 Depo of John Tuthill, PhD          1,877.15

*E115*

General Checking - Wells    400-85 Inv 45775                                              1,877.15

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**    23577

Moburg & Associates Court Reporters                                          6/6/2006
1200 · Client Costs Advanced          400-85 Inv 45775 5/10/06 Depo of John Tuthill, PhD          1,877.15

PAYMENT RECORD

General Checking - Wells    400-85 Inv 45775                                              1,877.15

EXHIBIT    3
PAGE  6  OF  28

*400-55*
**JUN 6 2006**

CANNON REPORTING, INC.
dba

# MOBURG & ASSOCIATES *LJS, YBR, PAW*
## COURT REPORTERS

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS
711 "H" STREET, SUITE 620
ANCHORAGE, AK 99501-3454

LINDA J. JOHNSON

WADE VS. ILISAGVIK

**INVOICE NO. :** 45775
**INVOICE DATE:** 5/24/2006

**REPORTER:**
SHARON LANGFORD

**ID#** 911833386

| Date | Description | Amount |
|------|-------------|--------|
| 5/10/2006 | REPORTING DEPOSITION | 473.75 |
| | OF JOHN TUTHILL, PH.D. | |
| | ORIGINAL AND ONE COPY | 1,227.15 |
| | EXHIBITS | 119.10 |
| | E-TRANSCRIPT | 30.00 |
| | POSTAGE | 27.15 |
| | **Sub Total** | 1,877.15 |
| | **Paid** | 0.00 |
| | **Balance Due** | 1,877.15 |

*approved*

Please return one copy with remittance.
Credit cards accepted.

SUITE 860
1601 FIFTH AVENUE
SEATTLE, WA 98101
206-622-3110
Fax 206-343-2272

EXHIBIT ___3___
PAGE _7_ OF _28_


23598

**CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

6/8/2006

PAY TO THE
ORDER OF      Liz D'Amour & Associates, Inc.                                   $  **3,355.10

Three Thousand Three Hundred Fifty-Five and 10/100*********************************************************************************  DOLLARS

Liz D'Amour & Associates, Inc.
330 Wendell St Ste A
Fairbanks AK 99701

Void after 90 days

**COPY NOT NEGOTIABLE**

MEMO    400-85 Inv 4034

⑈023598⑈ ⑆125200057⑆ 201720444 7⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                          23598

Liz D'Amour & Associates, Inc.                                    6/8/2006

| | | |
|---|---|---|
| 1200 · Client Costs Advanced | 400-85 5/4/06 Depo of Pam Taylor -- Travel Time | 510.00 |
| 1200 · Client Costs Advanced | 400-85 5/4/06 Depo of Pam Taylor -- Recording Time | 680.00 |
| 1200 · Client Costs Advanced | 400-85 5/4/06 Depo of Pam Taylor -- Transcript (Orig + 1) | 1,543.50 |
| 1200 · Client Costs Advanced | 400-85 5/4/06 Depo of Pam Taylor -- Standby Time (Barrow) | 270.00 |
| 1200 · Client Costs Advanced | 400-85 5/4/06 Depo of Pam Taylor -- Videotapes (8) | 224.00 |
| 1200 · Client Costs Advanced | 400-85 5/4/06 Depo of Pam Taylor -- Condensed Transcript | 110.25 |
| 1200 · Client Costs Advanced | 400-85 5/4/06 Depo of Pam Taylor -- Postage | 17.35 |

8/15 ✓

General Checking - Wells    400-85 Inv 4034                                    3,355.10

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                          23598

Liz D'Amour & Associates, Inc.                                    6/8/2006

| | | |
|---|---|---|
| 1200 · Client Costs Advanced | 400-85 5/4/06 Depo of Pam Taylor -- Travel Time | 510.00 |
| 1200 · Client Costs Advanced | 400-85 5/4/06 Depo of Pam Taylor -- Recording Time | 680.00 |
| 1200 · Client Costs Advanced | 400-85 5/4/06 Depo of Pam Taylor -- Transcript (Orig + 1) | 1,543.50 |
| 1200 · Client Costs Advanced | 400-85 5/4/06 Depo of Pam Taylor -- Standby Time (Barrow) | 270.00 |
| 1200 · Client Costs Advanced | 400-85 5/4/06 Depo of Pam Taylor -- Videotapes (8) | 224.00 |
| 1200 · Client Costs Advanced | 400-85 5/4/06 Depo of Pam Taylor -- Condensed Transcript | 110.25 |
| 1200 · Client Costs Advanced | 400-85 5/4/06 Depo of Pam Taylor -- Postage | 17.35 |



PAYMENT RECORD

General Checking - Wells    400-85 Inv 4034                                    3,355.10

EXHIBIT    3
PAGE   8   OF   28

Liz D'Amour & Associates, Inc.,

330 Wendell Street, Suite A
Fairbanks, AK 99701 (907) 452-3678
Federal I.D. 92-0167062

**RECEIVED BY:**
**Clapp, Peterson, Van Flein,**
**Tiemessen & Thorsness, LLC**
Date Rec'd/Initials: 6/8/06
                     400-85
Distribution: _____

| | Invoice | |
|---|---|---|
| DATE | | INVOICE # |
| 6/6/2006 | | 4034 |

This is an invoice for individual
cases.  You will receive a
monthly statement summarizing
ALL charges for your firm.

BILL TO:

Clapp, Peterson, VanFlein
  Tiemessen & Thorsness
711 H Street, Suite 620
Anchorage, AK 99501

| REFERENCE | TERMS |
|---|---|
| | |

| QTY. | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | WADE V. ILISAGVIK, 3:05-CV-086 TMB | | |
| | VIDEOTAPED DEPOSITION OF PAM TAYLOR, 5/4/06 | | |
| 3 | Travel Time Monday through Friday, 6:00 a.m. - 8:00 a.m., 5:00 p.m. - 8:00 p.m. - Leave Fairbanks 5:00 p.m. on 5/3/06; arrive in Barrow at hotel at 8:00 p.m. | 90.00 | 270.00 |
| 8.5 | Record Videotape Deposition - 8:30 a.m. to 5:00 p.m. | 80.00 | 680.00 |
| 3 | Down Time/Standby; overtime hours: 5:00 p.m. - 8:00 p.m., 5/4/06 | 90.00 | 270.00 |
| 2 | Travel Time Monday through Friday, 8:00 p.m. - Midnight - 5/4/06, Leave Barrow at 8:00, arrive Fairbanks 10:00 p.m. | 120.00 | 240.00 |
| 315 | Transcribed - Orig for Court, CC for attorney, regular 7-10 days | 4.90 | 1,543.50 |
| 8 | Videotapes: original for court/copy for attorney | 28.00 | 224.00 |
| 315 | Condensed transcript, erratta sheet to Deponent for review and signature | 0.35 | 110.25 |
| | Postage; copy now, original later | 13.30 | 13.30 |
| | Postage for signature pack | 4.05 | 4.05 |

*This bill is YOUR responsibility.  We do not do third party billing.  Payment is due within 30 days from the date of this invoice. A late fee of $25.00 will be assessed each month on all balances more than 30 days past due.  Please reference invoice number with payment. WE ACCEPT MASTERCARD AND VISA!  THANK YOU!*

Approved

**Total**  $3,355.10

EXHIBIT 3
PAGE 9 OF 28

**CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

23657

6/21/2006

PAY TO THE
ORDER OF    Midnight Sun Court Reporters

$ **250.70

Two Hundred Fifty and 70/100************************************************************************ DOLLARS

Midnight Sun Court Reporters
511 W 9th Ave Ste 1
Anchorage AK 99501

Void after 90 days

**COPY NOT NEGOTIABLE**

MEMO    400-85 Inv 39903

⑈0 2 3 6 5 7⑈ ⑆1 2 5 2 0 0 0 5 7⑆: 2 0 1 7 2 0 4 4 4 7⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**    23657

Midnight Sun Court Reporters                                  6/21/2006
1200 · Client Costs Advanced        400-85 Inv 39903 5/5/06 Depo of Bobbi Wade Vol. II    250.70

$115

General Checking - Wells    400-85 Inv 39903    250.70

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**    23657

Midnight Sun Court Reporters                                  6/21/2006
1200 · Client Costs Advanced        400-85 Inv 39903 5/5/06 Depo of Bobbi Wade Vol. II    250.70

General Checking - Wells    400-85 Inv 39903    250.70

PAYMENT RECORD

EXHIBIT    3
PAGE 10 OF 28

530590 (12/05)

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727

Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| | 6/13/2006 | 6/13/2006 | 39903 |

BILL TO:

Clapp, Peterson, Van Flein, Tiemessen
& Thorsness, LLC
Attn: Linda Johnson
711 H Street, Suite 620
Anchorage, AK 99501-3454

CASE:   Wade vs Ilisagvik College

TERMS:   Net Receipt

DEPONENT:

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| | | | Bobbi Wade, Vol. II | |
| One Copy of Transcript | 148 | 5/5/2006 | CC | 244.20 |
| Delivery: Courier Service Fees<br>Reference #392142 (Transcript Copy) | 1 | 6/9/2006 | BJS | 6.50 |

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: _____
Distribution: _____

Approved

TOTAL   $250.70

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
*** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

EXHIBIT   3
PAGE   11   OF   28

**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

1/15/2007

PAY TO THE
ORDER OF ___ Midnight Sun Court Reporters _____ | $  **1,054.10

One Thousand Fifty-Four and 10/100*************************************************************************** DOLLARS

Midnight Sun Court Reporters
511 W 9th Ave Ste 1
Anchorage AK 99501

Void after 90 days

**COPY NOT NEGOTIABLE**

MEMO     400-85

⑈0 24660⑈ ⑆125200057⑆ 201720444 7⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**

| | | | 24660 |
|---|---|---|---|
| Midnight Sun Court Reporters | | 1/15/2007 | |
| 1200 · Client Costs Advanced | 400-85 40459 12/6/06 Depo of Bobbi Wade Vol III | | 469.10 ✓ |
| 1200 · Client Costs Advanced | 400-85 40461 12/7/06 Depo of Bobbi Wade Vol IV | | 585.00 ✓ |

*E115*

General Checking - Well   400-85                                   1,054.10

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**

| | | | 24660 |
|---|---|---|---|
| Midnight Sun Court Reporters | | 1/15/2007 | |
| 1200 · Client Costs Advanced | 400-85 40459 12/6/06 Depo of Bobbi Wade Vol III | | 469.10 |
| 1200 · Client Costs Advanced | 400-85 40461 12/7/06 Depo of Bobbi Wade Vol IV | | 585.00 |

PAYMENT RECORD

General Checking - Well   400-85                                   1,054.10

EXHIBIT   3
PAGE  12 OF 28



530590 (12/05)

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727

Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

BILL TO

Clapp, Peterson, Van Flein, Tiemessen
& Thorsness, LLC
Attn: Linda Johnson
711 H Street, Suite 620
Anchorage, AK 99501-3454

CASE:   Wade vs Ilisagvik College

| | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| | 12/27/2006 | 12/27/2006 | 40461 |

TERMS:   Net Receipt

DEPONENT:   Bobbi Wade, Vol. IV

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| One Copy of Transcript | 325 | 12/7/2006 | VM | 585.00 |
| Delivery: Courier Service Fees | | 12/22/2006 | BJS | |
| Reference #9204 | | | | |

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: 12/28/06
Distribution: _____

TOTAL   $585.00

approved

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

EXHIBIT   3
PAGE   13   OF   28

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727

Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

BILL TO

Clapp, Peterson, Van Flein, Tiemessen
& Thorsness, LLC
Attn: Linda Johnson
711 H Street, Suite 620
Anchorage, AK 99501-3454
CASE:    Wade vs Ilisagvik College

| | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| | 12/27/2006 | 12/27/2006 | 40459 |

TERMS:    Net Receipt

DEPONENT:    Bobbi Wade, Vol. III

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| One Copy of Transcript | 257 | 12/6/2006 | VM | 462.60 |
| Delivery: Courier Service Fees
Reference #9204 (Transcript Copy) | 1 | 12/22/2006 | BJS | 6.50 |

RECEIVED B
Clapp, Peterson, Van F
Tiemessen & Thorsness

Date Rec'd/Initials: 12/29/06 100-85

Distribution:

approved

TOTAL    $469.10

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

EXHIBIT    3
PAGE 14 OF 28

# Invoice

**Metro Court Reporting**
745 West 4th Avenue, Suite 425
Anchorage, AK 99501-2154
907-276-3876
TIN 37-1455098

*CK # 24659*
*1/15/07*

| DATE | INVOICE # |
|------|-----------|
| 12/14/2006 | 14948 |

**BILL TO:**

Ms. Linda J. Johnson
Clapp Peterson, et al
Attorneys at Law
711 H Street, Suite 620
Anchorage, AK 99501

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: *PGV 12/14/06*
*900-83*
Distribution: *Left for approval*

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Net 30 | 3:05-cv-088 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | **BOBBI WADE vs. ILASAAVIK COLLEGE, et al** | | |
| | **VIDEOTAPED DEPOSITION OF:** | | |
| | DR. EDNA MacLEAN | | |
| | Taken November 30, 2006 | | |
| 5.5 | Hour(s) Videotape Recording | 60.00 | 330.00 |
| 1 | Hour(s) Videotape Recording - overtime | 90.00 | 90.00 |
| 178 | Page(s) Transcribed - Regular | 3.75 | 667.50 |
| 1 | Condensed Transcript w/index | 0.00 | 0.00 |
| 3 | Videotape(s) - Copy | 40.00 | 120.00 |

EXHIBIT_3_
PAGE_15_OF_28_

Please pay from invoice and reference the invoice number on check.
Thank you.

**TOTAL**    $1,207.50

*approved*

© 2003 INTUIT INC. # 794 1-800-433-8810

**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

1/15/2007

PAY TO THE
ORDER OF    Atkinson-Baker, Inc.                                    $ **1,237.29

One Thousand Two Hundred Thirty-Seven and 29/100************************************************************ DOLLARS

Atkinson-Baker, Inc.
500 N Brand Blvd 3rd Floor
Glendale CA 91203-4725

Void after 90 days

**COPY NOT NEGOTIABLE**

MEMO    400-85 Various

⑈024656⑈ ⑆125200057⑆ 201720444 7⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**

Atkinson-Baker, Inc.                                    1/15/2007                    24656

| | | |
|---|---|---|
| 1200 · Client Costs Advanced | 400-85 A006DBBC 8/29/06 Depo Dr. Michelle Snyder | 268.85 |
| 1200 · Client Costs Advanced | 400-85 A006DBBD 8/29/06 E-transcript Depo Dr. Michelle | 25.00 |
| 1200 · Client Costs Advanced | 400-85 A006DD1D 8/28/06 Depo Sonya Abu | 341.09 |
| 1200 · Client Costs Advanced | 400-85 A006DBAC 8/30/06 Depo Dr. Joseph DeLozier | 179.90 |
| 1200 · Client Costs Advanced | 400-85 A006DC5c 8/30/06 Depo Amy Conyer | 422.45 |

E115

General Checking - Well    400-85 Various                    1,237.29

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**

Atkinson-Baker, Inc.                                    1/15/2007                    24656

| | | |
|---|---|---|
| 1200 · Client Costs Advanced | 400-85 A006DBBC 8/29/06 Depo Dr. Michelle Snyder | 268.85 |
| 1200 · Client Costs Advanced | 400-85 A006DBBD 8/29/06 E-transcript Depo Dr. Michelle | 25.00 |
| 1200 · Client Costs Advanced | 400-85 A006DD1D 8/28/06 Depo Sonya Abu | 341.09 |
| 1200 · Client Costs Advanced | 400-85 A006DBAC 8/30/06 Depo Dr. Joseph DeLozier | 179.90 |
| 1200 · Client Costs Advanced | 400-85 A006DC5c 8/30/06 Depo Amy Conyer | 422.45 |

General Checking - Well    400-85 Various                    1,237.29

PAYMENT RECORD

EXHIBIT    3
PAGE  16  OF  28

**Atkinson-Baker, Inc. -- Main Office**
**500 N. Brand Boulevard, Third Floor**
**Glendale, CA  91203-4725**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any
correspondence.  Contact Deb Ryan, dryan@depo.com.

ABI's Federal ID#:  95-4189037

INVOICE # A006DBBC
FIRM # 1171423
INVOICE DATE: 11/20/2006
DUE UPON RECEIPT

| | |
|---|---|
| Setting Firm: | Delaney, Wiles Inc. |
| Taking Attorney: | Cynthia L. Ducey |
| Case Name: | Bobbie J Wade vs Ilisagvik College et al |
| Case #: | A05-086CV (TMN) |

**John Tiemessen**
**Clapp, Peterson, et al.**
**711 H Street**
**Suite 620**
**Anchorage, AK  99501 3442**

Description:  Certified copy of the reporter's
transcript of the deposition of
Dr. Michelle Snyder, taken August
29, 2006.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Medical/Expert | 79.00 | $    2.75 | $    217.25 |
| Condensed Transcript | 1.00 | $   15.00 | $     15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $   36.60 | $     36.60 |

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: ___12/1/06___
___400-85___

Distribution: ___kW___

| | BALANCE DUE | $    268.85 |
|---|---|---|

A service fee of 1.5% per month may be added to any invoice over 30 days old. *approved*

. . . . . . . . . . . . . . . Fold and tear at this perforation, then . . . . . . . . . . with . .

EXHIBIT    3
PAGE 17 OF 28

**Atkinson-Baker, Inc. -- Main Office**
**500 N. Brand Boulevard, Third Floor**
**Glendale, CA  91203-4725**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any
correspondence.  Contact Deb Ryan, dryan@depo.com.

ABI's Federal ID#:  95-4189037

**INVOICE # A006DD1D**
**FIRM # 1171423**
**INVOICE DATE: 12/06/2006**
**DUE UPON RECEIPT**

| | |
|---|---|
| Setting Firm: | Delaney, Wiles Inc. |
| Taking Attorney: | Cynthia L. Ducey |
| Case Name: | Bobbi J Wade vs Ilisagvik College et al |
| Case #: | A05-086 CV (TMB) |

**Linda Johnson**
**Clapp, Peterson, et al.**
**711 H Street**
**Suite 620**
**Anchorage, AK  99501 3442**

Description:  Certified copy of the reporter's
transcript of the deposition of
Sonya Abu, taken August 28, 2006.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 141.00 | $    1.85 | $    260.85 |
| Exhibit Copies (pages) | 76.00 | $     .35 | $     26.60 |
| Condensed Transcript | 1.00 | $   15.00 | $     15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $   38.64 | $     38.64 |

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: 12/26/06
400-66
Distribution: _PAID for approval_

| | BALANCE DUE | $    341.09 |
|---|---|---|

A service fee of 1.5% per month may be added to any invoice over 30 days old. _approved_

Fold and tear at this perforation, then return stub with payment

EXHIBIT    3
PAGE 18 OF 28

**Atkinson-Baker, Inc. -- Main Office**
**500 N. Brand Boulevard, Third Floor**
**Glendale, CA  91203-4725**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any
correspondence.  Contact Deb Ryan, dryan@depo.com.

ABI's Federal ID#:  95-4189037

**INVOICE # A006DBAC**
**FIRM # 1172010**
**INVOICE DATE: 11/21/2006**
**DUE UPON RECEIPT**

Setting Firm:  Delaney, Wiles Inc.
Taking Attorney:  Cynthia L. Ducey
Case Name:  Bobbie J Wade vs Ilisagvik College et al
Case #:  A05-086 CV (TMB)

~~John J. Tiemessen~~ JJ
**Clapp, Peterson, et al.**
**411 Fourth Avenue**
**Suite 300**
**Fairbanks, AK  99701**

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: _12/5/06_
Distribution: _PATW_  400-85

| ITEM | AMOUNT |
|------|--------|
| Certified copy of the reporter's transcript of the deposition of Dr. Joseph DeLozier, taken August 30, 2006. | $       179.90 |
| BALANCE DUE | $       179.90    approved |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . .  Fold and tear at this perforation. . . . . . . . . . . . . . .

EXHIBIT ___3___
PAGE _19_ OF _28_

**Atkinson-Baker, Inc. -- Main Office**
**500 N. Brand Boulevard, Third Floor**
**Glendale, CA 91203-4725**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any
correspondence.  Contact Deb Ryan, dryan@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # A006DC5C
FIRM # 1172010
INVOICE DATE: 11/22/2006
DUE UPON RECEIPT

| | |
|---|---|
| Setting Firm: | Delaney, Wiles Inc. |
| Taking Attorney: | Cynthia L. Ducey |
| Case Name: | Bobbi J Wade vs Ilisagvik College et al |
| Case #: | A05-086 CV (TMB) |

~~John J. Tiemessen~~
**Clapp, Peterson, et al.**
**411 Fourth Avenue**
**Suite 300**
**Fairbanks, AK 99701**

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC

Date Rec'd/Initials: _12/9/06_

Distribution: _400-85_ _PMC_

| ITEM | | AMOUNT |
|---|---|---|
| Certified copy of the reporter's transcript of the deposition of Amy Conyer, taken August 30, 2006. | $ | 422.45 |
| BALANCE DUE | $ | 422.45 |

_approved_
_ow_

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation . . . . . . . . . . . . . .

EXHIBIT 3
PAGE 20 OF 28

25369

**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

5/25/2007

PAY TO THE
ORDER OF   Seattle Deposition Reporters                                   $ **327.00

Three Hundred Twenty-Seven and 00/100************************************************************************* DOLLARS

Seattle Deposition Reporters
600 University St
One Union Square Ste 320
Seattle WA 98101

Void after 90 days

**COPY NOT NEGOTIABLE**

MEMO   400-85 Inv 045961

⑈0 25369⑈ ⑆125200057⑆ 20⑈720444⑈

---

CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.                    25369

Seattle Deposition Reporters                          5/25/2007
E115 · Deposition Transcripts          400-85 Inv 045961 5/8 Deposition of ~~McWalker~~      327.00

*Lowell Bassett, PhD*

General Checking - Well   400-85 Inv 045961                                        327.00

CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.                    25369

Seattle Deposition Reporters                          5/25/2007
E115 · Deposition Transcripts          400-85 Inv 045961 5/8 Deposition of ~~McWalker~~      327.00

*Lowell Bassett, PhD*

PAYMENT RECORD

General Checking - Well   400-85 Inv 045961                                        327.00

EXHIBIT   3
PAGE  21  OF  28

# SEATTLE DEPOSITION REPORTERS

*600 UNIVERSITY STREET*
*ONE UNION SQUARE, SUITE 320*
*SEATTLE, WASHINGTON 98101*
*TAX ID#91-1311049*
*206-622-6661*

THOMAS VAN FLEIN
CLAPP PETERSON STOWERS
711 H STREET, #620
ANCHORAGE, AK 99501-3442

May 18, 2007

**Invoice#** 045961

**Balance:**    $327.00

**Re:** 05086 WADE V ILISAGVIK COLLEGE
*on* 05/08/07 *by* MARGARET WALKKY

# *Invoicing Information*

| Charge Description | Amount |
|---|---|
| TRANSCRIPT OF LOWELL BASSETT, Ph.D. | |
| 38 PGS @ $4.00 | 152.00 |
| REPORTING FEE | 100.00 |
| | |
| E-TRANS | 35.00 |
| MINUSCRIPT | 30.00 |
| DELIVERY INCLUDING ORIGINAL | 10.00 |

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC

Date Rec'd/Initials: 5/21/07
400 - 85

Distribution: PW

**P l e a s e    R e m i t** - - - >    **Total Due:** $327.00
*approved*

*WE ACCEPT VISA OR MASTERCARD PAYMENTS*

EXHIBIT 3
PAGE 22 OF 28

**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

25356

5/25/2007

PAY TO THE
ORDER OF      Central California Court Reporters                                              $ **1,359.35

One Thousand Three Hundred Fifty-Nine and 35/100************************************************************* DOLLARS

Central California Court Reporters
251 W Jackson St
Sonora CA 95370

Void after 90 days

**COPY NOT NEGOTIABLE**

MEMO    400-85 Inv 8538

⑈025356⑈ ⑆125200057⑆ 20 17 20444 7⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                    25356

Central California Court Reporters                        5/25/2007
E115 · Deposition Transcripts              400-85 Inv 8538 5/7 Deposition of Beth Brascugli Hirsch         1,359.35

General Checking - Well    400-85 Inv 8538                                              1,359.35

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                    25356

Central California Court Reporters                        5/25/2007
E115 · Deposition Transcripts              400-85 Inv 8538 5/7 Deposition of Beth Brascugli Hirsch         1,359.35

PAYMENT RECORD

General Checking - Well    400-85 Inv 8538                                              1,359.35

EXHIBIT    3
PAGE 23 OF 28

543901 (11/06)

**Central California Reporters**
Email: centralcaliforniareporters@mlode.com
Tax I.D: 94-2827708
Phone: 800.347.2185
Fax: 209.532.9362

*251 W Jackson St*
*Sonora CA 95370*

*209 - 532 - 9352*

THOMAS VAN FLEIN
CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS
711 H STREET
SUITE 620
ANCHORAGE, AK 99501-3454

### *Invoice #8538*

| Date | Terms |
|---|---|
| 05/08/2007 | Net 30 |

| Job | Number | Reporter | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 05/07/2007 | 5982 | LEE B. POOLE | | UPS |

| Case Key | Case |
|---|---|
| WAD VILI | WADE vs. ILISAGVIK COLLEGE - SAC |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Original Transcript of BETH BRASCUGLI HIRSCH | | | |
| Appearance Fee (2 Units) *- half days X 2* | $95.00 | 1.00 | $190.00 |
| Condensed/Index or Ascii | $20.00 | 1.00 | $20.00 |
| Condensed/Index or Ascii - Additional item | $15.00 | 1.00 | $15.00 |
| Exhibits Copied and Bound (43 Pages) | $0.45 | 1.00 | $19.35 |
| Notary | $20.00 | 1.00 | $20.00 |
| Original Transcript and One Copy (220 Pages) *≈ 5 hrs.* | $4.75 | 1.00 | $1,045.00 |
| Shipping | $35.00 | 1.00 | $35.00 |
| Witness Letter, etc. | $15.00 | 1.00 | $15.00 |
| | | | $1,359.35 |

| | |
|---|---|
| Amount Due: | $1,359.35 |
| Paid: | $0.00 |

| | |
|---|---|
| Balance Due | $1,359.35 |
| Payment Due | 06/07/2007 |

*DEPOSIT REQUESTED*

*ADVANCE PAYMENT DISCOUNTED AMOUNT DUE: $ 1227.20*

*approved*

*Discounted Prices. App fee .80 per half - $160 transcript, $4.60 per pg. = $990; Mini, Index, Ascii, $15; exhibits, $17.20; witness letter, etc., $10; Notary, $10; S&H, $25.00*

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC

Date Rec'd/Initials: 5/22/07

400-85

Distribution: WJ for approval

EXHIBIT   3
PAGE  24  OF  28

*Fax to Barbara*
*907 272 9586*

May 8, 2007

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC

Date Rec'd/Initials: 5/22/07

400-85

Distribution: WJ (PAW), TVF

WJ for approval

Thomas Van Flein
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness

RE: Wade v Ilisagvik College

Gentlepersons:

We appreciate your business in Sacramento in re the above matter. Because you are outside our credit range, we are requesting that you deposit the amount of $1227.20 as soon as possible to get the work on the transcript started. This will pay the appearance for the reporter in the above matter for the Deposition of Beth B. Hirsch that took place in Sacramento, California, on Monday, May 4, 2007, and further cover the deposit for the transcript estimated at 220 pages and 43 exhibits.

Enclosed is a copy of our Invoice #8538 which reflects our estimated costs. As soon as your check has been received, the reporter will begin work on the transcript, which will take approximately two weeks to complete and deliver. If there is a balance due you, we will forward the refund to you after you receive the transcript.

The invoice reflects our standard charge, but also in the lower left corner, the discounted rate you would pay for depositing the funds in advance, which is the sum we are requesting that you deposit. We apologize for this inconvenience, however this would be the first step in establishing credit with our firm which you could use throughout the State of California.

Thank you for your understanding and assistance in this matter.

Central California Reporters

By Vina Jacobson

EXHIBIT 3
PAGE 25 OF 28

25421

**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

6/4/2007

PAY TO THE
ORDER OF    Midnight Sun Court Reporters                                       $ **923.80

Nine Hundred Twenty-Three and 80/100************************************************************************************ DOLLARS

Midnight Sun Court Reporters
511 W 9th Ave Ste 1
Anchorage AK 99501

Void after 90 days

**COPY NOT NEGOTIABLE** MP

MEMO    400-85 Inv 40759 & 40761

⑈025421⑈ ⑆125200057⑆ 2017 20444 7⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**

25421

Midnight Sun Court Reporters                                               6/4/2007
E115 · Deposition Transcripts      400-85 40759 4/26 Depo of Francis Gallela          200.20
E115 · Deposition Transcripts      400-85 40761 4/24 Depo of Debra English            723.60

General Checking - Well   400-85 Inv 40759 & 40761                                   923.80

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**

25421

Midnight Sun Court Reporters                                               6/4/2007
E115 · Deposition Transcripts      400-85 40759 4/26 Depo of Francis Gallela          200.20
E115 · Deposition Transcripts      400-85 40761 4/24 Depo of Debra English            723.60

General Checking - Well   400-85 Inv 40759 & 40761                                   923.80

PAYMENT RECORD

EXHIBIT    3
PAGE  26  OF  28

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727

Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | | | DATE | DUE DATE | INVOICE # |
|---|---|---|---|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC | | | 5/15/2007 | 5/15/2007 | 40759 |
| Attn: Linda Johnson | | | | | |
| 711 H Street, Suite 620 | | | TERMS: | Net Receipt | |
| Anchorage, AK 99501-3454 | | | | | |
| CASE: | Wade vs Ilisagvik College | | DEPONENT: | | Francis Gallela |

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| One Copy of Transcript | 104 | 4/26/2007 | VM | 187.20 |
| Delivery: Courier Service Fees Reference #15486 (Transcript Copy) | 1 | 5/10/2007 | BJS | 6.50 |
| Delivery: Courier Service Fees Reference #15128 (Exhibits) | | 5/2/2007 | BJS | 6.50 |

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC

Date Rec'd/Initials: 5/18/07

Distribution: PAID for approval

approved pw

TOTAL    $200.20

**THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.**

\* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
\*\* "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

## REMITTANCE ADVICE SLIP - PLEASE RETURN THIS STUB WITH PAYMENT TO:

**Midnight Sun Court Reporters**
**511 West 9th Avenue, Suite 1**
**Anchorage, Alaska 99501**    REFERENCE:    CLAPP/Gallela;#40759
**(907) 258-7100**
**Tax ID #81-0620452**

EXHIBIT  3
PAGE  27 OF  28

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727

Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| | | DATE | DUE DATE | INVOICE # |
|---|---|---|---|---|
| **BILL TO** | | 5/15/2007 | 5/15/2007 | 40761 |

Clapp, Peterson, Van Flein, Tiemessen
  & Thorsness, LLC
Attn:  Linda Johnson

TERMS:    Net Receipt

711 H Street, Suite 620
Anchorage, AK  99501-3454

CASE:        Wade vs Ilisagvik College          DEPONENT:          Debra English

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| One Copy of Transcript | 402 | 4/24/2007 | VM | 723.60 |
| Delivery:  Courier Service Fees Reference #15486 (Transcript Copy) | 1 | 5/10/2007 | BJS | |

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC

Date Rec'd/Initials: 5/18/07

Distribution:

approved

TOTAL    $723.60

THE ABOVE SERVICES ARE RENDERED ON  THE CREDIT OF OUR CLIENTS AND MAY NOT  BE  TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

REMITTANCE ADVICE SLIP - PLEASE RETURN THIS STUB WITH PAYMENT TO:

**Midnight Sun Court Reporters**
511 West 9th Avenue, Suite 1
Anchorage,  Alaska 99501          REFERENCE:          CLAPP/English;#40761
(907) 258-7100
Tax ID #81-0620452

EXHIBIT    3
PAGE 28 OF 28