**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC.**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK, NA
FAIRBANKS, AK 99701
89-5/1252

22738

1/6/2006

PAY TO THE ORDER OF  Cheryl McKay                $ **40.00

Forty and 00/100************************************************************************************ DOLLARS

Cheryl McKay

**COPY NOT NEGOTIABLE**

MEMO  400-85 Witness Fee - Deposition

⑈022738⑈ ⑆125200057⑆ 201720444⑈

---

CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.                    22738

Cheryl McKay                                                                  1/6/2006
Variable expense:ACC          400-85 Witness Fee - Deposition                 40.00

E114

Wells Fargo-Gen. Checkin    400-85 Witness Fee - Deposition                   40.00

CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.                    22738

Cheryl McKay                                                                  1/6/2006
Variable expense:ACC          400-85 Witness Fee - Deposition                 40.00

**PAYMENT RECORD**

Wells Fargo-Gen. Checkin    400-85 Witness Fee - Deposition                   40.00

EXHIBIT  5
PAGE  1  OF  4

520756 (4/05)

# CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS

Attorneys at Law

A Limited Liability Company

## CHECK REQUEST

| Date of Request: *1/6/06* | Need by Date & Time *1/7/06* | Requestor: *JLW* |
|---|---|---|
| **Select One:** | ☐ Mail<br>☐ Hand Delivery<br>☐ Overnight<br>☒ Return to Requestor<br>☐ Other _____ | **Bill to:** ☒ Client<br>☐ Firm<br>☐ Personal |
| Client/Matter No. *400-85* | Name: *Wade v. Ilisagvik College* | |
| Payable To: *Cheryl McKay* | | Amount $~~15.00~~ *40* |
| Address: | | Tax ID #: |
| City/State/Zip: | | Phone: (   )   - |
| Billing Explanation: **Witness fee for deposition appearance on 2/8/06** | | |

### TRAVEL REIMBURSEMENT
(include copies of ticket [or travel agent invoice] and receipts for all transportation, meals, and lodging—REQUIRED FOR COST BILLS)

| | |
|---|---|
| Airfare (include copy of ticket) | $ |
| Ground Transportation | |
|     Car rental and taxi outside of traveler's home city | $ |
|     Mileage for privately owned vehicle (    miles x $0.405 or $0.485 for 9/1/05-12/31/05) | $ |
| Meals | $ |
| Lodging (actual room costs only) | $ |
| Other, describe: | $ |
| **TOTAL TRAVEL** | $ |

SPECIAL INSTRUCTIONS:

Updated October 28, 2005

EXHIBIT __5__
PAGE _2_ OF _4_

| | | |
|---|---|---|
| **CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC**<br>711 H STREET, SUITE 620<br>ANCHORAGE, AK. 99501-3454<br>(907) 272-9272 | WELLS FARGO BANK<br>Fairbanks, Alaska 99701<br>89-5/1252 | 24410<br><br>11/7/2006 |

PAY TO THE ORDER OF  Edna McLean                    $ **12 50

Twelve and 50/100************************************************************************************ DOLLARS

Edna McLean

Void after 90 days

**COPY NOT NEGOTIABLE**

MEMO  400-85 Witness Fee: Deposition (11/30/06)

⑈024410⑈ ⑆125200057⑆ 2017204447⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                                24410

Edna McLean                                                    11/7/2006
1200 · Client Costs Advanced                                                                    12.50

*Edna*

*Witness fee:*
*Wade 400-85*

*E114 ✓*
*T.B.*

General Checking - Wells    400-85 Witness Fee: Deposition (11/30/06)                    12.50

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                                24410

Edna McLean                                                    11/7/2006
1200 · Client Costs Advanced                                                                    12.50

**PAYMENT RECORD**

General Checking - Wells    400-85 Witness Fee: Deposition (11/30/06)        EXHIBIT  5      12.50
                                                                              PAGE  3  OF  4

530590 (12/05)

# CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS

Attorneys at Law

A Limited Liability Company

## CHECK REQUEST

| Date of Request: *11/6/06* | Need by Date & Time *11/7/06*  Noon | Requestor: *DP* |
|---|---|---|
| **Select One:** | ☐ Mail<br>☐ Hand Delivery<br>☐ Overnight<br>☒ Return to Requestor<br>☐ Other _____ | **Bill to:**  ☒ Client<br>☐ Firm<br>☐ Personal |
| Client/Matter No. *400-85* | Name: *Wade v. Ilisagvik* | |
| Payable To:  *Edna McLean* | | Amount $*12.50* |
| Address: *c/o Cynthia Ducey, Delaney, Wiles, Hayes et al.* | | Tax ID #: |
| City/State/Zip: *1007 West 3rd Avenue, Ste 400* | | Phone: (   )     - |
| Billing Explanation: *Witness fee  (1/2 day -- 11/30/06 deposition)* | | |

### TRAVEL REIMBURSEMENT
(include copies of ticket [or travel agent invoice] and receipts for all transportation, meals, and lodging—REQUIRED FOR COST BILLS)

| | |
|---|---|
| Airfare (include copy of ticket) | $ _____ |
| Ground Transportation | |
|     Car rental and taxi outside of traveler's home city | $ _____ |
|     Mileage for privately owned vehicle (     )miles x $0.445 for 2006<br>    $0.485 for 9/1/05-12/31/05<br>    $0.405 to 8/31/05 | $ _____ |
| Meals | $ _____ |
| Lodging (actual room costs only) | $ _____ |
| Other, describe: | $ _____ |
| **TOTAL TRAVEL** | $ _____ |

**SPECIAL INSTRUCTIONS:**

Updated April 12, 2006

EXHIBIT ___5___
PAGE _4_ OF _4_