# CLAPP · PETERSON

## VAN FLEIN · TIEMESSEN · THORSNESS

—— LLC ——

**Invoice submitted to:**

Bobbi Wade
108 Dalton Circle
Hendersonville TN 37075

September 03, 2008

**In Reference To:**    Wade v. Ilisagvik College/North Star Borough
Our File No. 400-85

Additional Charges :

| | | | Qty/Price | Amount |
|---|---|---|---|---|
| | $Clerk of Court | | | |
| 4/22/2005 - | EXP | Filing fee with Clerk of the Court - CPVTT Check No. 21500 | 1 250.00 | 250.00 |
| | SUBTOTAL: | | [ | 250.00] |
| | $Copies (@.15) | | | |
| 4/22/2005 - | EXP | (102 @ .15) copy charges | 102 0.15 0.10 | 15.30 |
| 4/25/2005 - | EXP | (19 @ .15) copy charges | 19 0.15 0.10 | 2.85 |
| 5/5/2005 - | EXP | ( 9@ .15) copy charges | 9 0.15 0.10 | 1.35 |
| 5/11/2005 - | EXP | (18 @ .15) copy charges | 18 0.15 .10 | 2.70 |
| 5/12/2005 - | EXP | ( 15@ .15) copy charges | 15 0.15 .10 | 2.25 |
| 9/27/2005 - | NNA | Inhouse Copies ( @ .15) | 17 0.15 .10 | 2.55 |

180

711 H Street, Suite 620 ● Anchorage, Alaska 99501-3454
phone ● 907-272-9272    email ● anch@cplawak.com    fax ● 907-272-9586
TIN: 92-0154709

EXHIBIT ___4___
PAGE _1_ OF _63_

Bobbi Wade                                                              Page    2

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 9/29/2005 - NNA Inhouse Copies ( @ .15) | | 96 0.15.10 | 14.40 |
| 9/30/2005 - NNA Inhouse Copies ( @ .15) | | 24 0.15.10 | 3.60 |
| 10/4/2005 - NNA Inhouse Copies ( @ .15) | | 72 0.15.10 | 10.80 |
| SUBTOTAL: | | | [ 55.80] |

$postage

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 4/25/2005 - EXP Postage. | | 1 1.06 | 1.06 |
| 7/6/2005 - EXP Postage. | | 1 1.98 | 1.98 |
| 7/12/2005 - EXP Postage. | | 2 0.60 | 1.20 |
| 7/13/2005 - EXP Postage. | | 1 0.60 | 0.60 |
| SUBTOTAL: | | | [ 4.84] |

$process

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 5/11/2005 - EXP Process service - Alaska State Troopers Judicial Services for North Slope Borough and Pamela Taylor (21539). | | 1 90.00 | 90.00 |
| - EXP Process service - West Coast Legal Services, Inc. for John G. Tuthill (California) (21540). | | 1 55.00 | 55.00 |
| SUBTOTAL: | | | [ 145.00] |

Copying-.10

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 5/27/2005 - EXP Copies | | 40 0.15.10 | 6.00 |
| - EXP Copies | | 10 0.15.10 | 1.50 |
| 7/1/2005 - EXP Copies | | 24 0.15.10 | 3.60 |
| 7/5/2005 - EXP Copies | | 2 0.15.10 | 0.30 |

*268*

EXHIBIT    4
PAGE  2  OF  63

Bobbi Wade

| | | | Qty/Price | Amount |
|---|---|---|---|---|
| 7/6/2005 - | EXP | Copies | 46<br>0.15.10 | 6.90 |
| 7/12/2005 - | EXP | Copies | 41<br>0.15.10 | 6.15 |
| 7/18/2005 - | NNA | Copies | 28<br>0.15.10 | 4.20 |
| 7/19/2005 - | NNA | Copies | 4<br>0.15.10 | 0.60 |
| | | | 119 | |
| 8/2/2005 - | NNA | Copies | 12<br>0.10 | 1.20 |
| 8/4/2005 - | NNA | Copies | 28<br>0.10 | 2.80 |
| 8/8/2005 - | NNA | Copies | 45<br>0.10 | 4.50 |
| 8/18/2005 - | NNA | Copies | 12<br>0.10 | 1.20 |
| - | NNA | Copies | 32<br>0.10 | 3.20 |
| 8/22/2005 - | NNA | Copies | 4<br>0.10 | 0.40 |
| - | NNA | Copies | 20<br>0.10 | 2.00 |
| 8/23/2005 - | NNA | Copies | 2<br>0.10 | 0.20 |
| 8/24/2005 - | NNA | Copies | 13<br>0.10 | 1.30 |
| 8/29/2005 - | NNA | Copies | 2<br>0.10 | 0.20 |
| 9/9/2005 - | NNA | Copies | 10<br>0.10 | 1.00 |
| 9/13/2005 - | NNA | Copies | 4<br>0.10 | 0.40 |
| 9/21/2005 - | NNA | Copies | 16<br>0.10 | 1.60 |
| 9/22/2005 - | NNA | Copies | 8<br>0.10 | 0.80 |

EXHIBIT    4
PAGE   3   OF   63

Bobbi Wade                                                                    Page    4

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 9/27/2005 -  NNA   Copies | | 10<br>0.10 | 1.00 |
| 10/31/2005 -  NNA   Copies @ .10, End of month | | 99<br>0.10 | 9.90 |
| 11/30/2005 -  NNA   Copies @ .10 | | 344<br>0.10 | 34.40 |
| SUBTOTAL: | | 60¢ [ | 95.35] |
| Copying-.15 | | | |
| 12/31/2005 -  NNA   Copies @ .15 | | 441<br>0.15 .10 | 66.15 |
| 1/1/2006 -  NNA   Copies @ .15 | | 6<br>0.15 .10 | 0.90 |
| 1/31/2006 -  NNA   Copies | | 77<br>0.15 .10 | 11.55 |
| 2/28/2006 -  NNA   Copies | | 640<br>0.15 .10 | 96.00 |
| 3/31/2006 -  EXP   Copies | | 762<br>0.15 .10 | 114.30 |
| 4/30/2006 -  EXP   Copies | | 309<br>0.15 .10 | 46.35 |
| 5/31/2006 -  EXP   Copies | | 3484<br>0.15 .10 | 522.60 |
| 6/30/2006 -  EXP   Copies | | 1505<br>0.15 .10 | 225.75 |
| 7/31/2006 -  EXP   Copies | | 3092<br>0.15 .10 | 463.80 |
| 8/31/2006 -  EXP   Copies | | 2143<br>0.15 .10 | 321.45 |
| 9/30/2006 -  EXP   Copies | | 76<br>0.15 .10 | 11.40 |
| 10/31/2006 -  EXP   Copies | | 257<br>0.15 .10 | 38.55 |
| 11/30/2006 -  EXP   Copies | | 866<br>0.15 .10 | 129.90 |

13,458

EXHIBIT ___4___
PAGE__4__ OF _63_

Bobbi Wade

Page    5

|  |  |  | Qty/Price | Amount |
|---|---|---|---|---|
| 12/29/2006 - | EXP | Copies | 1481<br>0.15.10 | 222.15 |
| 1/31/2007 - | EXP | Copies | 672<br>0.15.10 | 100.80 |
| 2/28/2007 - | EXP | Copies | 70<br>0.15.10 | 10.50 |
| 3/30/2007 - | EXP | Copies | 442<br>0.15.10 | 66.30 |
| 4/30/2007 - | EXP | Copies | 1689<br>0.15.10 | 253.35 |
| 5/31/2007 - | EXP | Copies | 1696<br>0.15.10 | 254.40 |
| 6/30/2007 - | EXP | Copies | 1468<br>0.15.10 | 220.20 |
| 7/31/2007 - | EXP | Copies | 86<br>0.15.10 | 12.90 |
| 8/31/2007 - | EXP | Copies | 1511<br>0.15.10 | 226.65 |
| 9/30/2007 - | EXP | Copies | 45<br>0.15.10 | 6.75 |
| 10/31/2007 - | EXP | Copies | 482<br>0.15.10 | 72.30 |
| 11/30/2007 - | EXP | Copies | 56<br>0.15.10 | 8.40 |
| 12/31/2007 - | EXP | Copies | 1288<br>0.15.10 | 193.20 |
| 1/31/2008 - | EXP | Copies | 620<br>0.15.10 | 93.00 |
| 2/29/2008 - | EXP | Copies | 12<br>0.15.10 | 1.80 |
| 3/31/2008 - | EXP | Copies | 94<br>0.15.10 | 14.10 |
| 4/30/2008 - | EXP | Copies | 241<br>0.15.10 | 36.15 |
| 5/31/2008 - | EXP | Copies | 43<br>0.15.10 | 6.45 |

11,996

EXHIBIT____4
PAGE _5_ OF _63_

Bobbi Wade

Page    6

| | | | Qty/Price | Amount |
|---|---|---|---|---|
| 6/30/2008 - | EXP | Copies | 3 0.~~15~~.10 | 0.45 |
| 7/31/2008 - | EXP | Copies | 22 0.~~15~~.10 | 3.30 |
| | | | _25_ | [ 3,851.85] |

SUBTOTAL:

### Court fees

| | | | | |
|---|---|---|---|---|
| 7/24/2006 - | EXP | PACER Service Center-USDC Documents (48-8; 48-11; 48-14) (6/19/06)  (ck #23856) | 1 5.28 | 5.28 |
| 11/30/2006 - | EXP | PACER Service Center-PACER Document Retrieval and Search (7/1-9/30/06) (ck #24534) | 1 0.88 | 0.88 |
| | | SUBTOTAL: | | [    6.16] |

### Delivery svc

| | | | | |
|---|---|---|---|---|
| 11/2/2005 - | YBR | Anchorage Messenger Service:  9/9/05 Delaney Wiles et al. (CK 22260) | 1 13.88 | 13.88 |
| 5/26/2006 - | EXP | Anchorage Messenger Service, LLC (inv #7716)-Package to Delaney Wiles 4/6/06 (Ck #23504) | 1 34.75 | 34.75 |
| - | EXP | Anchorage Messenger Service, LLC (inv #7548)-Pkg to P. Gamache 3/9/06 (ck #23503) | 1 13.38 | 13.38 |
| - | EXP | Anchorage Messenger Service, LLC (inv #7548)-Pkg to Delaney Wiles 3/9/06 (ck #23503) | 1 13.38 | 13.38 |
| 7/13/2007 - | EXP | Anchorage Messenger Service, LLC-5/31 Peter Gamache (ck #25663) | 1 14.50 | 14.50 |
| 6/30/2008 - | EXP | Anchorage Messenger Service, LLC- 5/27 Delivery to USDC (ETF) | 1 4.71 | 4.71 |
| | | SUBTOTAL: | | [   94.60] |

### Depo transcript

| | | | | |
|---|---|---|---|---|
| 3/3/2006 - | NNA | Metro Court Reporting (inv #14277) Deposition: Cheryl L. McKay (Ck #23018) | 1 368.00 | 368.00 |
| 5/24/2006 - | EXP | Prolumina Trial Technologies (inv #26200)-5/10/06 Deposition of John Tuthill (ck #23426) | 1 1,566.00 | 1,566.00 |
| 5/30/2006 - | EXP | Midnight Sun Court Reporters (inv #39841)-5/23/06 Deposition of B. Wade Vol. 1 (ck #23519) | 1 473.45 | 473.45 |

EXHIBIT   4
PAGE  4  OF  63

# **P**rofessional
# **L**egal
# **C**opy

**Invoice**

360 K Street
Suite 101
Anchorage, Alaska 99501

Phone: 277-2679
Fax: 277-2678
www.prolegalcopy.com

| Date | Invoice # |
|------|-----------|
| 9/28/2005 | 24955 |

| Bill To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC.<br>711 H St.<br>Suite 620<br>Anchorage Alaska, Alaska 99501 |

| Ship To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC.<br>711 H St.<br>Suite 620<br>Anchorage Alaska, 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| WADE | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Bates Numbering | 246 | 0.07 | 17.22 |
| Flat Rate For Stapled Copies | 1,428 | 0.09 | 128.52 |

Attn. Patricia

400.85

PAW

22155

Thank you for your business.

| Total | $145.74 |
|-------|---------|

PAW
approved

EXHIBIT____4
PAGE__7__OF_63

# **P**rofessional
# **L**egal
# **C**opy

PAID- CK # 22399 - 11/21/05

# **Invoice**

360 K Street
Suite 101
Anchorage, Alaska 99501

Phone: 277-2679
Fax: 277-2678
www.prolegalcopy.com

| Date | Invoice # |
|------|-----------|
| 11/11/2005 | 70609 |

| Bill To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

| Ship To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Bobbi Wade 400-85 | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Stapled Copies | 324 | 0.09 | 29.16 |
| Attn: Patricia | | | |

400-85
NOV 1 1 2005
PAW

pw

*NSB Charter*

Have a Great Weekend

| | **Total** | **$29.16** |

*approved*

EXHIBIT    4
PAGE  8  OF  63

**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC.**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK, NA
FAIRBANKS, AK 99701
89-5/1252

12/5/2005

PAY TO THE
ORDER OF ___ Joseph B. DeLozier III MD FACS _____ $ **30.00

Thirty and 00/100*********************************************************************** DOLLARS

© 2005 INTUIT INC. # 216  1-800-433-6810

Joseph B. DeLozier III MD FACS
209 23rd Ave N
Nashville TN 37203

**COPY NOT NEGOTIABLE**

MEMO    400-85 Med recs:  Bobbi Wade

⑈0 2 2 5 2 4⑈ ⑆1 2 5 2 0 0 0 5 7⑆ 2 0 1 7 2 0 4 4 4 7⑈

---

CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.                    22524

    Joseph B. DeLozier III MD FACS                    12/5/2005
    Variable expense:ACC:acc-400-85        400-85 Med recs:  Bobbi Wade              30.00

*E102*

Wells Fargo-Gen. Checkin    400-85 Med recs:  Bobbi Wade                          30.00

CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.                    22524

    Joseph B. DeLozier III MD FACS                    12/5/2005
    Variable expense:ACC:acc-400-85        400-85 Med recs:  Bobbi Wade              30.00

PAYMENT RECORD

Wells Fargo-Gen. Checkin    400-85 Med recs:  Bobbi Wade                          30.00

EXHIBIT ___4___
PAGE _7_ OF _63_

520756 (4/05)

# Joseph B. DeLozier III, M.D., F.A.C.S.

209 Twenty-third Avenue North • Nashville, Tennessee 37203
Phone (615) 565-9000 • Fax (615) 565-9005

## INVOICE

400-85

w/ records
to PAW

__11-22-05__
DATE

__Clapp Peterson Van Flein Tiemessen Thorsness__
Name of Company Requesting Records

Patient Name: __Bobbi Wade__

Fee for the duplication of the above mentioned patient's medical chart is: $30.00.
Upon receipt of payment, the records will be copied and mailed within ten (10) working days.

approved

Make check payable to:
Joseph B. DeLozier III, M.D.
Tax ID No.: 621837018



Member
AMERICAN SOCIETY OF
PLASTIC SURGEONS



EXHIBIT __4__
PAGE __10__ OF __63__

THE AMERICAN SOCIETY FOR AESTHETIC PLASTIC SURGERY, INC.

**CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC.**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK, NA
FAIRBANKS, AK 99701
89-5/1252

12/8/2005

PAY TO THE
ORDER OF ___ Professional Legal Copy _____    $ **52.28

Fifty-Two and 28/100*************************************************************************************************************** ___ DOLLARS

Professional Legal Copy
360 K St Ste 101
Anchorage AK 99501

**COPY NOT NEGOTIABLE**

MEMO    400-85 Inv 70842; 70847

© 2005 INTUIT INC. # 218  1-800-433-8810

⑆022576⑆ ⑈125200057⑈ 20 17 20444 7⑈



---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                    22576

Professional Legal Copy                                    12/8/2005
Variable expense:ACC:acc-400-85        400-85 12/7/05 70847 Supp disclosure docs        31.40
Variable expense:ACC:acc-400-85        400-85 12/7/05 70842 Supp disclosure docs        20.88

*E102*

Wells Fargo-Gen. Checkin    400-85 Inv 70842; 70847                              52.28

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                    22576

Professional Legal Copy                                    12/8/2005
Variable expense:ACC:acc-400-85        400-85 12/7/05 70847 Supp disclosure docs        31.40
Variable expense:ACC:acc-400-85        400-85 12/7/05 70842 Supp disclosure docs        20.88

PAYMENT RECORD

Wells Fargo-Gen. Checkin    400-85 Inv 70842; 70847                              52.28

EXHIBIT ___ 4
PAGE 11 OF 63

520756 (4/05)

# **P**rofessional
# **L**egal
# **C**opy

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

**Phone: 277-2679**
**Fax: 277-2678**
**www.prolegalcopy.com**

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/7/2005 | 70847 |

| Bill To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

| Ship To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Wade | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 268 | 0.09 | 24.12 |
| Bates Numbering | 104 | 0.07 | 7.28 |
| Attn: Patricia | | | |

*400 85*
DEC 8 2005

*Documets to be disclosed*
*w/ supplemental disclosures*

*approved*

| Thank you for your business. | **Total** | **$31.40** |
|------------------------------|-----------|-----------|

EXHIBIT     4
PAGE 12 OF 63

# **P**rofessional
# **L**egal
# **C**opy

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

**Phone: 277-2679**
**Fax: 277-2678**
**www.prolegalcopy.com**

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/7/2005 | 70842 |

| Bill To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

| Ship To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Wade 400-85 | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 232 | 0.09 | 20.88 |
| Attn: Patricia | | | |

*400-85*
*DEC 8 2005*
*RAW*

*Documents to be disclosed w/ supplemental disclosures*

*approved*

| | Total | $20.88 |
|-|-------|--------|
| Thank you for your business. | | |

EXHIBIT 4
PAGE 13 OF 63

**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC.**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FA        BANK, NA
FAIRBANK, AK 99701
89-5/1252

22598

12/16/2005

PAY TO THE
ORDER OF _____ ActionQuick _____   $  **23.85

Twenty-Three and 85/100***************************************************************** DOLLARS

ActionQuick

© 2005 INTUIT INC. # 216  1-800-433-8810

**COPY NOT NEGOTIABLE**

MEMO    400-85 Medical Records

⑆0 22598⑆  ⑆125200057⑆ 20172044 47⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                          22598

ActionQuick                                                     12/16/2005
Variable expense:ACC:acc-400-85          400-85 Medical Records                          23.85

E 102

Wells Fargo-Gen. Checkin    400-85 Medical Records                                       23.85

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                          22598

ActionQuick                                                     12/16/2005
Variable expense:ACC:acc-400-85          400-85 Medical Records                          23.85

PAYMENT RECORD

Wells Fargo-Gen. Checkin    400-85 Medical Records                                       23.85

EXHIBIT___4___
PAGE_14_OF_63_

520756 (4/05)

## Yvonne Robinson

**From:**    Patricia A. Watts [paw@cplawak.com]
**Sent:**    Friday, December 16, 2005 9:47 AM
**To:**    ybr@cplawak.com
**Subject:** check for medical records

Please make out a check for $23.85 payable to ActionQuick for medical records re: Wade v. Ilisagvik, 400-85.

**Patricia A. Watts, Paralegal**
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3442
(907) 272-9203 direct
(907) 272-9586
paw@cplawak.com

EXHIBIT___4___
PAGE 15 OF 63

**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC.**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

22672

WELLS FARGO BANK, NA
FAIRBANK, AK 99701
89-5/1252

12/21/2005

PAY TO THE
ORDER OF ____ Arctic Slope Native Association Lts.                                    $ **22.50

Twenty-Two and 50/100************************************************************************ DOLLARS

Arctic Slope Native Association Lts.
Samuel Simmonds Memorial Hospital
Attn: Health Information Services
PO Box 29
Barrow AK 99723

**COPY NOT NEGOTIABLE**

MEMO    400-85 Medical Records (B. Wade)

⑈022672⑈ ⑆125200057⑆ 201720444 7⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                         22672

    Arctic Slope Native Association Lts.                                    12/21/2005
    Variable expense:ACC:acc-400-85        400-85 Medical Records (B. Wade)            22.50

*E102*

Wells Fargo-Gen. Checkin    400-85 Medical Records (B. Wade)                            22.50

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                         22672

    Arctic Slope Native Association Lts.                                    12/21/2005
    Variable expense:ACC:acc-400-85        400-85 Medical Records (B. Wade)            22.50

PAYMENT RECORD

Wells Fargo-Gen. Checkin    400-85 Medical Records (B. Wade)                            22.50

EXHIBIT    4
PAGE 16 OF 63

## BILL FOR COLLECTION

DATE        12/8/2005

| PAYER: | Law offices of |
| | Clapp, Peterson, Van Flein, Tiemessen, Thorsness |
| | 711 H Street, Ste 620 |
| | ANCHORAGE,AK 99501-3454 |

*This bill should be returned by the Payer with his remittance.*
*SEE INSTRUCTIONS BELOW.*

| DATE | DESCRIPTION | QUANITY | UNIT PRICE | AMOUNT |
|------|-------------|---------|------------|--------|
| 6/23/2005 | Medical Records copies for: Bobbie Wade DOB 11-27-33 | 86 | | |
| | 1ST PAGE | | $1.25 | $1.25 |
| | | 85 | 0.25 | $21.25 |

400-87
DEC 1 3 2005
PAW

Payable to:Arctic Slope Native Association Lts.
Tax I.D.#910873623
Samuel Simmonds Memorial Hospital
Attn:Health Information Services
P.O. Box 29
Barrow, Alaska 99723

approved

| | AMOUNT DUE THIS BILL | $22.50 |

### THIS IS NOT A RECEIPT

### INSTRUCTIONS

Tender of payment of the above bill may be made in cash, United states postal money order, express money order, bank draft, or check, to the office indicated. Such tender, when in any other form than cash, should be drawn to the order of the Department or Establishment and Bureau or Office indicated above.

Receipts will be issued in all cases where "cash" is received, and only upon request when remittance is in any other form. If tender of payment of this bill is other than cash or United States postal money order, the receipt shall not become an acquittance until such tender has been cleared and the amount received by the Department or Establishment and Bureau or Office indicated above.

Failure to receive a receipt for cash payment should be promptly reported by the payer to the chief administrative office of the bureau or agency mentioned above.

EXHIBIT    4
PAGE 17 OF 63

# **P**rofessional
# **L**egal
# **C**opy

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

**Phone: 277-2679**
**Fax: 277-2678**
**www.prolegalcopy.com**

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/12/2005 | 70872 |

| Bill To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

| Ship To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| 400-85 Wade | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies<br><br>Attn: Betty | 579 | 0.09 | 52.11 |

400-85
DEC 1 2 2005

| Thank you for your business. | **Total** | **$52.11** |
|------------------------------|-----------|------------|

*approved*

EXHIBIT ___4___
PAGE _18_ OF _63_

DATE CU# 22453 12/6/05

# **P**rofessional
# **L**egal
# **C**opy

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

**Phone: 277-2679**
**Fax: 277-2678**
**www.prolegalcopy.com**

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/14/2005 | 70914 |

| Bill To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

| Ship To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Wade 400-85 | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 261 | 0.09 | 23.49 |
| Bates Numbering | 87 | 0.07 | 6.09 |
| Attn: Patricia | | | |

*400-85*
DEC 1 4 2005
*PAW*

*Medical records*

*pw*
*approved*

| Have A Great Day. | **Total** | **$29.58** |
|-------------------|-----------|------------|

EXHIBIT____4____
PAGE__19__ OF __63__

22692

**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC.**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK, NA
FAIRBANKS, AK 99701
89-5/1252

12/29/2005

PAY TO THE
ORDER OF ___ ActionQuick                                                    $ **4.75

Four and 75/100*********************************************************************** DOLLARS

ActionQuick Corporation
PO Box 435
Madison TN 37116

**COPY NOT NEGOTIABLE**

MEMO  400-85 AQ File # 83954

⑈022692⑈ ⑈125200057⑈ 20172044⑈7⑈

---

CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.                 22692

    ActionQuick                                      12/29/2005
  Variable expense:ACC:acc-400-85        400-85 Medical Records (B. Wade)           4.75

*E102*

Wells Fargo-Gen. Checkin    400-85 AQ File # 83954                           4.75

CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.                 22692

    ActionQuick                                      12/29/2005
  Variable expense:ACC:acc-400-85        400-85 Medical Records (B. Wade)           4.75

PAYMENT RECORD

Wells Fargo-Gen. Checkin    400-85 AQ File # 83954                           4.75

EXHIBIT ___ 4
PAGE 20 OF 63

4.75

520756 (4/05)

# CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS

### Attorneys at Law

A Limited Liability Company

## CHECK REQUEST

| Date of Request: *12/27/05* | Need by Date & Time *12/30/05* | Requestor: *PAW* |
|---|---|---|

| **Select One:** | ☐ Mail<br>☐ Hand Delivery<br>☐ Overnight<br>☒ Return to Requestor<br>☐ Other _____ | **Bill to:** | ☒ Client<br>☐ Firm<br>☐ Personal |
|---|---|---|---|

| Client/Matter No. **400-85** | Name: **Wade v. Ilisagvik College, et al** | |
|---|---|---|
| Payable To: **ActionQuick** | | Amount **$4.75** |
| Address: **P.O. Box 435** | | Tax ID #: **62-1865391** |
| City/State/Zip: **Madison, TN 37116** | | Phone: **(615) 391-3677** |
| Billing Explanation: **copies of medical records** | | |

## TRAVEL REIMBURSEMENT

(include copies of ticket [or travel agent invoice] and receipts for all transportation, meals, and lodging—REQUIRED FOR COST BILLS)

| | |
|---|---|
| Airfare (include copy of ticket) | $ |
| Ground Transportation | |
|    Car rental and taxi outside of traveler's home city | $ |
|    Mileage for privately owned vehicle (_____ miles x $0.405 or $0.485 for 9/1/05-12/31/05) | $ |
| Meals | $ |
| Lodging (actual room costs only) | $ |
| Other, describe: | $ |
| **TOTAL TRAVEL** | $ |

SPECIAL INSTRUCTIONS:

EXHIBIT __4__
PAGE _21_ OF _63_



P.O. BOX 435, MADISON, TN 37116  PHONE: (615)391-4151  FAX: (615)391-3677  WEBSITE: www.actionquick.net

| | |
|---|---|
| TO: Clapp, Peterson, Van Flein, Et Al. <br> PATRICIA WATTS | FROM: ACTIONQUICK |
| RE: Wade, Bobbi J <br> DOB: 11/27/1933  SS#: 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 | TOTAL PAGES: 1 <br> PHONE NUMBER: 615-391-4151 |
| DATE: 12/27/2005 | FAX NUMBER: 615-391-3677 |
| FAX NUMBER: 907-272-9586 | AQ FILE NUMBER: 83954 |

On 12/22/2005, ActionQuick copied and mailed the records you requested from Dr. Church on the above-named patient.

There were a total of 59 pages sent.

You have pre-paid $23.85 toward this request.

ActionQuick's Federal Tax I.D.# is 62-1865391.

*400-85*
DEC 2 7 2005
*PAW*

**TOTAL AMOUNT REMAINING DUE\*:  $4.75**  *approved*

\* This amount represents $0.25 per page after 40 pages, plus sales tax if the records were mailed to an address within Tennessee.

---

## PLEASE MAKE CHECKS PAYABLE TO

# ACTIONQUICK

### PLEASE REMIT BALANCE DUE, ALONG WITH A COPY OF THIS PAGE TO:

# ACTIONQUICK
# P.O. BOX 435
# MADISON, TN 37116

*ActionQuick offers you a variety of ways to pay! You may now even pay on-line or by phone using your credit card!*



*CALL US AT (615)391-4151, or LOG-ON to www.actionquick.net FOR DETAILS!*

EXHIBIT 4 <br> PAGE 22 OF 63

# **P**rofessional
# **L**egal
# **C**opy

**Invoice**

360 K Street
Suite 101
Anchorage, Alaska 99501

Phone: 277-2679
Fax: 277-2678
www.prolegalcopy.com

| Date | Invoice # |
|------|-----------|
| 12/28/2005 | 71052 |

| Bill To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

| Ship To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Wade 400-85 | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 240 | 0.09 | 21.60 |
| | | | |
| Attn: Patricia | | | |

*400.85*
DEC 2 8 2005

*Medical records*

*approved*

| Thank you for your business. | **Total** | **$21.60** |
|---|---|---|

EXHIBIT____4____
PAGE_23_ OF _63_

**CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

3/22/2006

PAY TO THE
ORDER OF ___ Clark D. Lea, MD _____     $   **30.00

Thirty and 00/100*********************************************************************** ___ DOLLARS

Clark D. Lea, MD
2010 Church St Ste 513
Nashville TN 37203

Void after 90 days

**COPY NOT NEGOTIABLE**  MP

MEMO     400-85 Medical Records:  Wade

⑆0 2 3 1 4 2⑆ ⑆1 2 5 2 0 0 0 5 7⑆: 2 0 1 7 2 0 4 4 4 7⑆

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                    23142

Clark D. Lea, MD                                          3/22/2006
5200 · Reimbursable Expenses          400-85 Medical Records:  Wade, Bobbi J.        30.00

E102

General Checking - Wells     400-85 Medical Records:  Wade                         30.00

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                    23142

Clark D. Lea, MD                                          3/22/2006
5200 · Reimbursable Expenses          400-85 Medical Records:  Wade, Bobbi J.        30.00

General Checking - Wells     400-85 Medical Records:  Wade                         30.00

EXHIBIT ___4___
PAGE _24_ OF _63_

CLARK D. LEA, MD
2010 CHURCH ST
STE 513
615-284-2532
FAX: 615-284-2533

2/28/06

Re: Bobbi J. Wade

Attached are office notes, op note and path report. I am also enclosing a report for an ultrasound of the gallbladder ordered by another physician. The only records not sent are the EOBs from her insurance company.

Please remit a records fee of $30.00 to Clark D. Lea, MD, PC.

Thank you.                    *approved*

400-85
MAR 10 2006

EXHIBIT 4
PAGE 25 OF 43

# Professional Legal Copy

**Invoice**

360 K Street
Suite 101
Anchorage, Alaska 99501

Phone: 277-2679
Fax: 277-2689
www.prolegalcopy.com

| Date | Invoice # |
|------|-----------|
| 4/17/2006 | 72890 |

| Bill To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

| Ship To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Wade 400-88 | EOM | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 337 | 0.09 | 30.33 |
| Attn: Patricia | | | |

All work is complete!

**Total** $30.33

*approved*

EXHIBIT 4
PAGE 26 OF 63

**CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

4/19/2006

PAY TO THE
ORDER OF _____ Alaska Legal Copy, Inc. _____    $ **192.83

One Hundred Ninety-Two and 83/100************************************************************** DOLLARS

Alaska Legal Copy
731 I St Ste 102
Anchorage AK 99501

Void after 90 days

**COPY NOT NEGOTIABLE**

MEMO    400-85 Inv 221220

©2005 INTUIT INC. # 218  1-800-433-8810

⑈0 2 3 3 0 ⑈  ⑆1 2 5 2 0 0 0 5 7⑆ 2 0 ⑈ 2 0 4 4 4 7⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                    23301

    Alaska Legal Copy, Inc.                                     4/19/2006
    5200 · Reimbursable Expenses          400-85 Inv 221220 Litigation Copies:  Delaney Wiles          192.83

*E102* ✓

General Checking - Wells    400-85 Inv 221220                                           192.83

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                    23301

    Alaska Legal Copy, Inc.                                     4/19/2006
    5200 · Reimbursable Expenses          400-85 Inv 221220 Litigation Copies:  Delaney Wiles          192.83

PAYMENT RECORD

General Checking - Wells    400-85 Inv 221220                                           192.83

EXHIBIT  4
PAGE 27 OF 63

530590 (12/05)

# Statement

**Alaska Legal Copy**
731 I St., #102
Anchorage, AK 99501
907 272-1265
www.aklegal.net

| DATE |
| --- |

3/31/2006

| TO: |
| --- |

Clapp, Peterson, Van Flein, Thiemessen &
711 H St., Suite 620
Anchorage, AK  99501

| AMOUNT DUE | AMOUNT ENC. |
| --- | --- |
| $192.83 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 03/14/2006 | INV #221220. Orig. Amount $192.83. | 192.83 | 192.83 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
| --- | --- | --- | --- | --- | --- |
| 192.83 | 0.00 | 0.00 | 0.00 | 0.00 | $192.83 |

© 2003 INTUIT INC. # 482 1-800-433-8810

526171 (9/05)

EXHIBIT ___4___
PAGE _28_ OF _63_



# *Alaska Legal Copy*

## **Invoice**

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

| DATE | INVOICE # |
|------|-----------|
| 3/14/2006 | 221220 |

| BILL TO |
|---------|
| Clapp, Peterson, Van Flein, Thiemessen &
711 H St., Suite 620
Anchorage, AK  99501 |

| SHIP TO |
|---------|
| Same
Attn:
272-9272 |

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|----------|-------|-----|---------|-----------------|
|  | Net 30 | adh |  | Wade v. Ilisaquik... |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|--------|-------------|----------|------|--------|
| 115 | 8.5 x 11; three or more set price, litigation | 2,778 | 0.069 | 191.68 |
| 420 | Special stock; 8.5 x 11, colored | 23 | 0.05 | 1.15 |

Originals and 2 sets of copies returned
dto Delaney, Wiles, attn: Christine

*THANK YOU*

MAR 1 4 2006

*PAW*

| Signature: | **Total** | **$192.83** |
|------------|-----------|-------------|

EXHIBIT____4____
PAGE_29_OF_63

*approved*

 **Alaska Legal Copy** 

731 I St., #102
Anchorage, AK  99501
(907) 272-1265

| CHARGE TO | | Date: _3_/_10_/_06_ |
|---|---|---|
| *Delaney Wiles* | | Date Project Needed: _3_/_14_/_06_ |
| ADDRESS | | **Time Project Needed:** |
| *1007 W. Third # 400* | | |

CONTACT PERSON                                    PH.
*Christine Wayne  257-0722*

| CLIENT MATTER NO. | ACCOUNT NO. | TERMS |
|---|---|---|
| *Wade v. Ilisagvik College* | | NET 30 DAYS |

| TELEPHONE | 272-1265 | FOR PICK UP |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| NUMBER OF CARTONS: | | RESTAPLE ORIGINALS | ✓ | STAPLE COPIES | |
| NUMBER OF COPIES REQUIRED: | _3_ | 2 HOLE DRILL | | 3 HOLE DRILL | |
| COPY ALL | | G.B.C. COMB BIND | | ACCO BIND | |
| COPY PARTIAL | | VELLO BIND | | SCREW POST | |
| COPY BOTH SIDES | | **MIRROR COPY** | | | |
| REDUCE 8 1/2 X 14 TO 8 1/2 X 11 | | A mirror copy means we will furnish you with an exact duplicate copy - ie color will be copied in color, copies and originals will be stapled like originals, books will be bound like originals(if possible), file folders furnished like originals, etc. | | | |

*NOTE: Some double sided documents*

| FULL SPECTRUM COLOR COPYING : | | **CONTINUOUS COMPUTER FORMS:** | | **DOCUMENT NUMBERING:** | |
|---|---|---|---|---|---|
| | | REDUCE TO 8 1/2 X 11 | | BATES STAMPING | |
| COPIES PER ORIGINAL | | | | BEG.NO. | |
| SAME SIZE | | | | COMPUTER NUMBERING | |
| REDUCE TO ___ X ___ | | **EXHIBITS:** | | BEG.NO. | |
| ENLARGE TO ___ X ___ | | COPY SAME SIZE | | | |
| SPLICE | | ENLARGE TO ___ X ___ | | | |
| MOUNT ON FOAMCORE | | MOUNT ON FOAMCORE | | | |

• Certain jobs may require "Special Handling". Additional charges may apply.

## SPECIAL INSTRUCTIONS

*Please make three copies.*
*① Deliver one copy + an invoice for those copies to:*
    *Clapp Peterson, 711 H Street, Suite 400.*
*② Return originals + two copies to Delaney Wiles.*
    *Bill Delaney Wiles for two sets of copies.*
                                    *Thank you.*

EXHIBIT___ 4
PAGE 30 OF 63