

# Alaska Legal Copy

731 I St., #102
Anchorage, AK 99501
(907) 272-1265



(2)

| CHARGE TO | Date: _3 / 10 / 06_ |
|---|---|
| _Delaney Wiles_ | Date Project Needed: _3 / 14 / 06_ |
| ADDRESS | **Time Project Needed:** |
| _1007 W. Third # 400_ | |
| CONTACT PERSON | PH. |
| _Christine Wayne   257-0722_ | |
| CLIENT MATTER NO. | ACCOUNT NO. | TERMS |
| _Wade v. Ilisagvik College_ | | NET 30 DAYS |

| TELEPHONE | 272-1265 | FOR PICK UP |
|---|---|---|

| | | | |
|---|---|---|---|
| NUMBER OF CARTONS: | ___ | RESTAPLE ORIGINALS | X | STAPLE COPIES ___ |
| NUMBER OF COPIES REQUIRED: | _3_ | 2 HOLE DRILL | | 3 HOLE DRILL ___ |
| COPY ALL | ___ | G.B.C. COMB BIND | | ACCO BIND ___ |
| COPY PARTIAL | ___ | VELLO BIND | | SCREW POST ___ |
| COPY BOTH SIDES | ___ | | |
| REDUCE 8 1/2 X 14 TO 8 1/2 X 11 | ___ | **MIRROR COPY** | |

A mirror copy means we will furnish you with an exact duplicate copy - ie color will be copied in color, copies and originals will be stapled like originals, books will be bound like originals(if possible), file folders furnished like originals, etc.

_NOTE: Some double sided documents_

| | | | |
|---|---|---|---|
| FULL SPECTRUM COLOR COPYING | | CONTINUOUS COMPUTER FORMS: | | DOCUMENT NUMBERING: |
| COPIES PER ORIGINAL | ___ | REDUCE TO 8 1/2 X 11 | ___ | BATES STAMPING |
| SAME SIZE | ___ | | | BEG.NO. ___ |
| REDUCE TO ___ X ___ | ___ | EXHIBITS: | | COMPUTER NUMBERING |
| ENLARGE TO ___ X ___ | ___ | COPY SAME SIZE | ___ | BEG.NO. ___ |
| SPLICE | ___ | ENLARGE TO ___ X ___ | ___ | |
| MOUNT ON FOAMCORE | ___ | MOUNT ON FOAMCORE | ___ | |

• Certain jobs may require "Special Handling". Additional charges may apply.

## SPECIAL INSTRUCTIONS

_Please make three copies._
_① Deliver one copy + an invoice for those copies to:_
_Clapp Peterson, 711 H Street, Suite 400._
_② Return originals + two copies to Delaney Wiles._
_Bill Delaney Wiles for two sets of copies._
_Thank you._

EXHIBIT _4_
PAGE _31_ OF _63_

# **P**rofessional
# **L**egal
# **C**opy

**Invoice**

360 K Street
Suite 101
Anchorage, Alaska 99501

Phone: 277-2679
Fax: 277-2689
www.prolegalcopy.com

| Date | Invoice # |
|------|-----------|
| 4/28/2006 | 73145 |

| Bill To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

| Ship To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

23449

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| 400-85 | EOM | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| CD Duplication | 4 | 10.00 | 40.00 |
| Attn: Patricia | | | |

APR 2 8 2006

PAW

Clients CD's of emails w/ Defendants

approved

| All work is complete! | **Total** | **$40.00** |
|-----------------------|-----------|------------|

EXHIBIT 4
PAGE 32 OF 63

**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

© 2005 INTUIT INC. # 218  1-800-433-8810

27 Apr 06

PAY TO THE
ORDER OF  *John Schultz, MD*                                    $ 25.00

*twenty-five + no/100 cents*                          DOLLARS

Void after 90 days

MEMO  *40085 Wade Med rec's*          **COPY NOT NEGOTIABLE**

⑆023384⑆ ⑆125200057⑆ 2017204447⑈

---

CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.                     23384

*John Schultz MD*
*5200 - reimbursable*          *40085 - Medical Records:*     *25.00*
                                *Bobbi Wade*

*E102* ✓

---

CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.                     23384

PAYMENT RECORD

EXHIBIT  4
PAGE 33 OF 63

530590 (12/05)

# CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS

Attorneys at Law

A Limited Liability Company

## CHECK REQUEST

| Date of Request: *4/26/06* | Need by Date & Time *4/27/06* | Requestor: *PAW* |
|---|---|---|

| **Select One:** | ☐ Mail<br>☐ Hand Delivery<br>☐ Overnight<br>☒ Return to Requestor<br>☐ Other _____ | **Bill to:** | ☒ Client<br>☐ Firm<br>☐ Personal |
|---|---|---|---|

| Client/Matter No. **400-85** | Name: ***Wade v. Ilisagvik College, et al*** |
|---|---|

| Payable To: ***Dr. John Schultz*** | Amount **$25.00** |
|---|---|
| Address: **4048 Laurel Street** | Tax ID #: |
| City/State/Zip: **Anchorage, AK 99508** | Phone: **(907) 562-2510** |

| Billing Explanation: **medical records** |
|---|

## TRAVEL REIMBURSEMENT

(include copies of ticket [or travel agent invoice] and receipts for all transportation, meals, and lodging—REQUIRED FOR COST BILLS)

| | |
|---|---|
| Airfare (include copy of ticket) | $ |
| Ground Transportation | |
|    Car rental and taxi outside of traveler's home city | $ |
|    Mileage for privately owned vehicle ( _miles x $0.405 or $0.485 for 9/1/05-12/31/05)_ | $ |
| Meals | $ |
| Lodging (actual room costs only) | $ |
| Other, describe: | $ |
| **TOTAL TRAVEL** | $ |

| SPECIAL INSTRUCTIONS: |
|---|

EXHIBIT ____4____
PAGE 34 OF 63

**CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

23390

3 May 04

PAY TO THE
ORDER OF   *Action Quick*                                              $ 38.35

*thirty-eight + 35/ Cents*                                        DOLLARS

MEMO  *400-85 Medical Records*

Void after 90 days

**COPY NOT NEGOTIABLE**  MP

⑈023390⑈ ⑆125200057⑆ 201720444 7⑈

---

CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.                23390

*Action Quick*

*5200 Reimburseable*        *400-85  Med. Rec's*          *38.35*
                            *Bobbi Wade*

*5102* ✓

---

CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.                23390

PAYMENT RECORD

EXHIBIT ___4___
PAGE _35_ OF _63_

530590 (12/05)

# CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS

Attorneys at Law

A Limited Liability Company

## CHECK REQUEST

| Date of Request: *5/3/06* | Need by Date & Time *5/05/06* | Requestor: *PAW* |
|---|---|---|

| | | Bill to: | |
|---|---|---|---|
| **Select One:** | ☐ Mail<br>☐ Hand Delivery<br>☐ Overnight<br>☒ Return to Requestor<br>☐ Other _____ | **Bill to:** | ☒ Client<br>☐ Firm<br>☐ Personal |

| Client/Matter No. *400-85* | Name: *Wade v. Ilisagvik College, et al* |
|---|---|
| Payable To: *ActionQuick* | Amount **$38.35** |
| Address: **P.O. Box 435** | Tax ID #: |
| City/State/Zip: **Madison, TN 37116** | Phone: **(615) 391-4151** |
| Billing Explanation: **medical records** | |

---

### TRAVEL REIMBURSEMENT

(include copies of ticket [or travel agent invoice] and receipts for all transportation, meals, and lodging—REQUIRED FOR COST BILLS)

| | |
|---|---|
| Airfare (include copy of ticket) | $ |
| Ground Transportation | |
|     Car rental and taxi outside of traveler's home city | $ |
|     Mileage for privately owned vehicle (_____ miles x $0.405 or $0.485 for 9/1/05-12/31/05) | $ |
| Meals | $ |
| Lodging (actual room costs only) | $ |
| Other, describe: | $ |
| **TOTAL TRAVEL** | $ |

---

SPECIAL INSTRUCTIONS:

---

EXHIBIT  4
PAGE 36 OF 63



P.O. BOX 435, MADISON, TN 37116  PHONE: (615)391-4151  FAX: (615)391-3677 WEBSITE: www.actionquick.net

| | |
|---|---|
| TO: Clapp, Peterson, Van Flein, Et Al.  **PATRICIA WATTS** | FROM: **ACTIONQUICK** |
| RE: **Wade, Bobbi** | PHONE NUMBER: 615-391-4151 |
| DATE: 5/3/2006 | FAX NUMBER: 615-391-3677 |
| FAX NUMBER: 907-272-9586 | AQ FILE NUMBER:  97209 |

Total pages, including cover:  2

The doctor/clinic from whom you are requesting records uses an outside service, ActionQuick, for medical records photocopying purposes.

ActionQuick sends all records to you the day they are copied via FedEx. (If you would prefer to pick the records up in person, please call our office so that may be arranged.)

ActionQuick's Federal Tax I.D. # is 62-1865391.



In order to process your request, ActionQuick needs a pre-payment of _38.35 – approved_
INCLUDES FEDEX to Alaska

Please note that if your copies total more than 40 pages (or 20 pages in workers' compensation cases), you will receive another bill for $0.25 per page plus tax as applicable.

*PLEASE MAKE CHECKS PAYABLE TO*

# ACTIONQUICK

**PLEASE SEND THE ITEM(S) REQUESTED ABOVE, ALONG WITH A COPY OF THIS PAGE, TO:**

## ACTIONQUICK
## P.O. BOX 435
## MADISON, TN 37116

*ActionQuick offers you a variety of ways to pay! You may now even pay on-line or by phone using your credit card!*



*CALL US AT (615)391-4151, or LOG-ON to www.actionquick.net FOR DETAILS!*

EXHIBIT_____4
PAGE 37 OF 63

STING

### CLAPP · PETERSON
### VAN FLEIN · TIEMESSEN · THORSNESS
———————— LLC ————————

697209

*Authok.*

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Hegna
Liam J. Moran, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson
Marcus R. Clapp, ret.

St. Thomas Medical Group, P.L.L.C.
ATTN: Records Custodian
4230 Harding Road, Suite 400
Nashville, TN 37205

Re:   Bobbi J. Wade
        DOB: 11/27/33    SSN: 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
        Our File No.  400-85

Dear Records Custodian:

Attached is a Consent and Authorization to Disclose Health Information (including Protected Health Information pursuant to HIPAA) signed by Bobbi Wade.  It is our understanding that your office has provided services to Ms. Wade.  We are requesting complete copies of any and all records your office maintains relating to Ms. Wade.  Please provide **complete** copies of all records as indicated in the Consent.

If you are withholding any records for any purpose, please indicate what records you are withholding and the reason you are withholding them.  If you are producing a complete copy of the records, please have your records custodian sign and date the attached certification of authenticity.  This will alleviate the need for us to call you at trial to authenticate the records.

As always, our office will pay the reasonable costs of researching, copying and mailing the requested records to us.  Please send an invoice with the copies and I will ensure it is promptly paid.

Thank you very much for your prompt attention to this request.  If you have any questions, please call me at (907) 272-9203.

Sincerely,

*Patricia A. Watts*

Patricia A. Watts
Paralegal

Enclosures

EXHIBIT  4
PAGE 38 OF 63

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

3 May 06

PAY TO THE
ORDER OF    *John Schultz, MD*    $ 50.00

*fifty dollars + no /cents*    DOLLARS

Void after 90 days

**COPY NOT NEGOTIABLE**    MP

© 2005 INTUIT INC. # 219  1-800-433-8810

MEMO    400-85 Wade, B. Med Rec's

⑈023388⑈ ⑇125200057⑇ 20172044478⑈

---

CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.    23388

John Schultz
5200—Reimburseables

400-85 Medical Rec's    50.00
Wade, B.

E102    ✓

---

CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.    23388

PAYMENT RECORD

EXHIBIT    4
PAGE 39 OF 63

530590 (12/05)

# CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS

Attorneys at Law

A Limited Liability Company

## CHECK REQUEST

| Date of Request: ~~4/26/06~~ 5/3 | Need by Date & Time ~~4/27/06~~ 5/3/06 | Requestor: *PAW* |
|---|---|---|

| **Select One:** | ☐ Mail<br>☐ Hand Delivery<br>☐ Overnight<br>☒ Return to Requestor<br>☐ Other _____ | **Bill to:** | ☒ Client<br>☐ Firm<br>☐ Personal |
|---|---|---|---|

| Client/Matter No. **400-85** | Name: *Wade v. Ilisagvik College, et al* | |
|---|---|---|
| Payable To: *Dr. John Schultz* | | Amount **$50.00** |
| Address: **4048 Laurel Street** | | Tax ID #: |
| City/State/Zip: **Anchorage, AK 99508** | | Phone: (907) **562-2510** |
| Billing Explanation: **medical records** | | |

## TRAVEL REIMBURSEMENT

(include copies of ticket [or travel agent invoice] and receipts for all transportation, meals, and lodging—REQUIRED FOR COST BILLS)

| | |
|---|---|
| Airfare (include copy of ticket) | $ |
| Ground Transportation | |
|    Car rental and taxi outside of traveler's home city | $ |
|    Mileage for privately owned vehicle (   miles x $0.405 or $0.485 for 9/1/05-12/31/05) | $ |
| Meals | $ |
| Lodging (actual room costs only) | $ |
| Other, describe: | $ |
| **TOTAL TRAVEL** | $ |

SPECIAL INSTRUCTIONS: *Previous $25 check (attached) can be voided and the $50 one sent, or a $25 check could be issued and sent with the previous $25 check.*

EXHIBIT ___4___

PAGE _40_ OF _63_

23455

**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

5/25/2006

PAY TO THE
ORDER OF ___ Ray Perez, MD _____ $ **35.00

Thirty-Five and 00/100************************************************************************************** ___ DOLLARS

Ray Perez, MD
1930 Hwy 190 W
Livingston TX 77351

Void after 90 days

**COPY NOT NEGOTIABLE**

MEMO    400-85 Medical Records:  B. Wade

⑆023455⑆ ⑆125200057⑆ 201720444 7⑆

© 2005 INTUIT INC. # 218  1-800-433-8810

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**

23455

Ray Perez, MD                                          5/25/2006
1200 · Client Costs Advanced          400-85 Medical Records:  B. Wade (5/1/06 Invoice)          35.00

*E102*

General Checking - Wells     400-85 Medical Records:  B. Wade          35.00

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**

23455

Ray Perez, MD                                          5/25/2006
1200 · Client Costs Advanced          400-85 Medical Records:  B. Wade (5/1/06 Invoice)          35.00

PAYMENT RECORD

General Checking - Wells     400-85 Medical Records:  B. Wade          35.00

EXHIBIT ___4___
PAGE _41_ OF _63_

530590 (12/05)

# Ray Perez, M.D.

1930 HWY. 190 WEST
LIVINGSTON, TX 77351
(936) 327-2441

I N V O I C E

Date _5/1/06_

To: _Clapp, Peterson, Van Flein, Tiemessen, Thorsness_
_Attn: Patricia Watts_
_711 H. Street, Suite 620_
_Anchorage, Alaska, 99501-3454_

RE: _Medical Records_
For: _Bobbie Wade_

Amount Due: _$35.00_  *approved*

Thank You

*400-85*

MAY - 4 2006

*PAW*

EXHIBIT___4___
PAGE_42_ OF _63_

**CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

5/25/2006

PAY TO THE
ORDER OF ___ Alaska Legal Video _____ $ **225.00

Two Hundred Twenty-Five and 00/100*********************************************************************** DOLLARS 🔒

Alaska Legal Video
645 G St #892
Anchorage AK 99501

Void after 90 days

**COPY NOT NEGOTIABLE** NP

MEMO        Inv 558 & 559

⑈023483⑈ ⑈125200057⑈ 201720444 7⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                                      23483

Alaska Legal Video                                              5/25/2006
1200 · Client Costs Advanced        400-85 Inv 559 Encode video to DVD B. Wade Vol. 2        75.00
1200 · Client Costs Advanced        400-85 Inv 558 Encode video to DVD B. Wade Vol. 1       150.00

*E102*

General Checking - Wells    Inv 558 & 559                                                      225.00

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                                      23483

Alaska Legal Video                                              5/25/2006
1200 · Client Costs Advanced        400-85 Inv 559 Encode video to DVD B. Wade Vol. 2        75.00
1200 · Client Costs Advanced        400-85 Inv 558 Encode video to DVD B. Wade Vol. 1       150.00

General Checking - Wells    Inv 558 & 559                                                      225.00

PAYMENT RECORD

EXHIBIT ___4___
PAGE _43_ OF _63_



530590 (12/05)

# Invoice

Alaska Legal Video
645 G St. # 892
Anchorage, AK  99501

*TIN: Eric Kaufman*

| Date | Invoice # |
|------|-----------|
| 5/15/2006 | 559 |

| Bill To |
|---------|
| Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H St., Suite 620
Anchorage, AK  99501 |

*HD 430*
*400-85*
**MAY 1 5 2006**
*PAW*

| Date | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 5/5/2006 | Video Deposition of Bobbi Wade - Vol 2<br>-- Wade vs. Ilisagvik College et al.,<br>    Case No. A05-086 CV (TMB)<br><br>Encode video to DVD<br>-- encode extra-length video to high capacity double-layer DVD | 1 | 75.00 | 75.00 |

*Approved*

| | Total | $75.00 |
|--|-------|--------|

EXHIBIT  4
PAGE 44 OF 63

# Invoice

Alaska Legal Video
645 G St. # 892
Anchorage, AK  99501

| Date | Invoice # |
|------|-----------|
| 5/15/2006 | 558 |

| Bill To |
|---------|
| Linda J. Johnson<br>CLAPP, PETERSON, VAN FLEIN,<br>TIEMESSEN & THORSNESS, LLC<br>711 H St., Suite 620<br>Anchorage, AK  99501 |

*HD 430*

*400 85*

*MAY 15 2006*

*PAID*

| Date | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 5/1/2006 | Deposition of Bobbi Wade - Vol 1<br>-- Wade vs. Ilisagvik College et al.,<br>    Case No. A05-086 CV (TMB)<br><br>Encode video to DVD<br>-- encode extra-length video to high capacity<br>double-layer DVD | 2 | 75.00 | 150.00 |

*Approved*

| | Total | $150.00 |

EXHIBIT  4<br>PAGE 45 OF 63

**CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

5/24/2006

PAY TO THE
ORDER OF      Opthalmic Associates, APC                         $ **35.00

Thirty-Five and 00/100*************************************************************************************** DOLLARS

Opthalmic Associates, APC
542 W 2nd Ave
Anchorage AK 99501

Void after 90 days

**COPY NOT NEGOTIABLE**

MEMO      400-85 Medical Records

⑆0 23433⑆ ⑈125200057⑈ 201720444 7⑈

© 2005 INTUIT INC. # 218  1-800-433-8810

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**      23433

Opthalmic Associates, APC                                    5/24/2006
1200 · Client Costs Advanced          400-85 Medical Records              35.00

*EC02*

General Checking - Wells      400-85 Medical Records                          35.00

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**      23433

Opthalmic Associates, APC                          5/24/2006
1200 · Client Costs Advanced          400-85 Medical Records              35.00

PAYMENT RECORD

General Checking - Wells      400-85 Medical Records                          35.00

EXHIBIT ___4___
PAGE _46_ OF _63_

530590 (12/05)

OPHTHALMIC ASSOCIATES, APC
542 WEST SECOND AVENUE
ANCHORAGE AK 99501
(907) 276-1617

CLAPP PETERSON & STOWERS          918              05/10/06
711 H STREET SUITE 620
                                         Page No.    1
Anchorage AK. 99501-3442

| Date | Patient | Code | Description | Diag | Amount |
|------|---------|------|-------------|------|--------|
| 05/10/06 | CLAPP | 99080 | MEDICAL RECORD COPIE | MISC | 35.00 |

Previous Balance              .00

Today's Total                35.00

Total Due                    35.00

*Approved*

400-85
MAY 1 2 2006

EXHIBIT  4
PAGE 47 OF 63

# **P**rofessional
# **L**egal
# **C**opy

**Invoice**

360 K Street
Suite 101
Anchorage, Alaska 99501

Phone: 277-2679
Fax: 277-2689
www.prolegalcopy.com

| Date | Invoice # |
|------|-----------|
| 7/7/2006 | 74927 |

| Bill To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

| Ship To |
|---------|
| Clapp Peterson Van Flein<br>Tiemessen & Thorsness LLC<br>711 H St. Suite 620<br>Anchorage, AK 99501 |

*23804*
*7/21*

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| 400-85 | EOM | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies   *Expert Review*<br><br>Attn: Norma | 323 | 0.09 | 29.07 |

RECEIVED BY:
**Clapp, Peterson, Van Flein,**
**Tiemessen & Thorsness, LLC**
Date Rec'd/Initials:_____

Distribution:_____

*Approved*
*NKK*

| Have a Great Weekend | **Total** | **$29.07** |
|---|---|---|

EXHIBIT____4
PAGE_48_ OF _63_

**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

7/26/2006

PAY TO THE
ORDER OF ___ Record Results, LLC _____ $ **36.59

Thirty-Six and 59/100****************************************************************************************** DOLLARS

Record Results, LLC
PO Box 2797
Hendersonville TN 37077

Void after 90 days

**COPY NOT NEGOTIABLE**

MEMO ___ 400-85 Medical Records:  B. Wade

⑈023884⑈ ⑆125200057⑆: 2017204447⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**    23884

Record Results, LLC                                    7/26/2006
1200 · Client Costs Advanced          400-85 Medical Records:  B. Wade         36.59
                                      Inv. Bap06718200 (Baptist Hospital)

✓

EIO2

General Checking - Wells    400-85 Medical Records:  B. Wade                   36.59

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**    23884

Record Results, LLC                                    7/26/2006
1200 · Client Costs Advanced          400-85 Medical Records:  B. Wade         36.59
                                      Inv. Bap06718200 (Baptist Hospital)

PAYMENT RECORD

General Checking - Wells    400-85 Medical Records:  B. Wade                   36.59

EXHIBIT ___4___
PAGE _49_ OF _63_

530590 (12/05)

# Record Results, LLC

P.O. Box 2797 Hendersonville, TN 37077
Federal Tax ID **62-1755469**
615.338.4199
www.recordresultsllc.com

Invoice Number : **Bap06718200**

Date : **July 18, 2006, 4:44 pm**

Site Location : **Baptist Hospital**

Employee: **SLP**

Requestor Name : **CLAPP,PETERSON,VANFLEIN,TIEMESSEN**

Address :          **711 H STREET-SUITE 620**
Address :
City :               **ANCHORAGE**
State:               **AK**   Zip: **99501-3454**

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: 7/18/06
                                    7-00-86
Distribution:          PAW

---

Client Name : **BOBBI J. WADE**
D.O.B. : **X-27-33**            Social Security Number : **XXX XX 0148**

---

Total Pages Copied : **25**

| | |
|---|---|
| Copy Fee : | $ 30.00 |
| Processing Fee: | $ |
| Certification Fee : | $ 5.00 |
| Postage Fee: | $ 1.59 |
| RecordQuik™ Fee: | $ 0 |
| Applicable Tax Fee: | $ 0 |
| | |

**Total Fees Due :**      **$ 36.59**   *approved* pw

RecordQuik™ Account Holders: Your Medical Documents Are In Your RecordQuik™ Secure Account.
**Pay your invoices securely online with Visa or MasterCard at http://www.recordresults.com/payments**

Please include a copy of this invoice with your payment to ensure proper credit to your account. All invoices are due in full upon receipt of invoice. A $10.00 per month late fee will be added for all accounts over 30 days and will continue to be added each month until full payment is received. You are also responsible for any and all attorney fees associated with collecting any outstanding debt related to this matter. Billing disputes must be received within **45 days** of date of invoice.

EXHIBIT ___4___
PAGE 50 OF 63

# CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
LLC

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
Liam J. Moran, Of Counsel
James D. Gilmore, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

July 12, 2006

Baptist Hospital
ATTN: Records Custodian
2000 Church Street
Nashville, TN 37236

Re:   Bobbi J. Wade    DOB: 11/27/33    SSN: 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
      Our File No. 400-85

Dear Records Custodian:

Attached is a Consent and Authorization to Disclose Health Information (including Protected Health Information pursuant to HIPAA) signed by Bobbi Wade.  It is our understanding that your office has provided services to Ms. Wade.  Please provide **complete** copies of all records as indicated in the Consent.

If you are withholding any records for any purpose, please indicate what records you are withholding and the reason you are withholding them.  If you are producing a complete copy of the records, please have your records custodian sign and date the attached certification of authenticity.  This will alleviate the need for us to call you at trial to authenticate the records. If you do not have any records for Ms. Wade, please state this on this letter and return it via fax to (907) 272-9586.

Our office will pay the reasonable costs of researching, copying and mailing the requested records to us.  Please send an invoice with the copies and I will ensure it is promptly paid.

Thank you very much for your prompt attention to this request.  If you have any questions, please call me at (907) 272-9203.

Sincerely,

Patricia A. Watts
Paralegal
Enclosures

EXHIBIT  4
PAGE 51 OF 63

Fax    Jul 18 2006 04:49pm P001/003



**Baptist Hospital**
A Member Of SAINT THOMAS HEALTH SERVICES™

Date: 7-18-06

Clapp, Peterson, Van Flein

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: 7|18|06
                    400-85
Distribution:       PAW

Dear Sir/Madam:

I am in receipt of your request for medical records regarding
Bobbi Wade. Your request has been processed and
completed. In order for us to mail your record request to you, a
prepayment of the copying fee is necessary. Attached you will find a copy
of the invoice for this service. I ask that you **mail** the prepayment to:

RECORD RESULTS, LLC.
P.O. BOX 2797
HENDERSONVILLE, TN 37077

The check or money order should be made **payable** to *Record Results,
LLC*. The tax identification number for Record Results, LLC is 62-
1755469. If you have any questions feel free to contact me at (615-338-
4199). Thank you in advance for your cooperation in this matter.

Thank you,

**PLEASE NOTE:** IF COPIES OF THESE RECORDS ARE NOT PAID FOR
WITHIN 60 DAYS, THEY WILL BE DESTROYED AND YOU WILL NEED
TO RE-REQUEST THEM.

EXHIBIT   4
PAGE 52 OF 63

2000 Church Street • Nashville, Tennessee 37236 • 615-284-5555 • www.BaptistHospital.com

Saint Thomas Health Services™ includes: Baptist DeKalb Hospital, Baptist Hickman Community Hospital, Baptist Hospital, Middle Tennessee Medical Center and Saint Thomas Hospital

# Record Results, LLC

P.O. Box 2797 Hendersonville, TN 37077
Federal Tax ID **62-1755469**
615.338.4199
www.recordresultsllc.com

Invoice Number : **Bap06718200**          Date : **July 18, 2006, 4:44 pm**

Site Location : **Baptist Hospital**          Employee: **SLP**

Requestor Name : **CLAPP,PETERSON,VANFLEIN,TIEMESSEN**

Address :          **711 H STREET-SUITE 620**
Address :
City :          **ANCHORAGE**
State:          **AK**   Zip: **99501-3454**

---

Client Name : **BOBBI J. WADE**
D.O.B. : **X-27-33**          Social Security Number : **XXX XX 0148**

---

Total Pages Copied : **25**

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: _8|11|06_
_400-85_
Distribution: _____

| | |
|---|---|
| Copy Fee : | $ 30.00 |
| Processing Fee: | $ |
| Certification Fee : | $ 5.00 |
| Postage Fee: | $ 1.59 |
| RecordQuik™ Fee: | $ 0 |
| Applicable Tax Fee: | $ 0 |
| | |

**Total Fees Due :**          $ 36.59   *Paid Thank you!*

RecordQuik™ Account Holders: Your Medical Documents Are In Your RecordQuik™ Secure Account.
**Pay your invoices securely online with Visa or MasterCard at http://www.recordresults.com/payments**

Please include a copy of this invoice with your payment to ensure proper credit to your account. All invoices are due in full upon receipt of invoice.  A $10.00 per month late fee will be added for all accounts over 30 days and will continue to be added each month until full payment is received. You are also responsible for any and all attorney fees associated with collecting any outstanding debt related to this matter.  Billing disputes must be received within **45 days** of date of invoice.

EXHIBIT ___4___
PAGE 53 OF 63

**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

23877

7/26/2006

PAY TO THE
ORDER OF          Brooks & Eckerd Pharmacy                                                  $  **100.00

One Hundred and 00/100********************************************************************************* DOLLARS

Brooks & Eckerd Pharmacy
50 Service Ave
Warwick RI 02886

Void after 90 days

**COPY NOT NEGOTIABLE**   MP

MEMO    400-85 Rx Records: B. Wade

⑆023877⑆ ⑆125200057⑆ 201720444 7⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**          7/26/2006          23877

   Brooks & Eckerd Pharmacy
1200 · Client Costs Advanced          400-85 Rx Records: B. Wade          100.00
                         EPODDS: 40067

E/02 ✓

General Checking - Wells          400-85 Rx Records: B. Wade          100.00

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**          7/26/2006          23877

   Brooks & Eckerd Pharmacy
1200 · Client Costs Advanced          400-85 Rx Records: B. Wade          100.00
                         EPODDS: 40067

PAYMENT RECORD

General Checking - Wells          400-85 Rx Records: B. Wade          100.00

EXHIBIT   4
PAGE  54  OF  63

Brooks & Eckerd Pharmacy Privacy Office
50 Service Avenue
Warwick, RI 02886
1-800-325-3737

**BROOKS** Pharmacy

 **ECKERD** Pharmacy

EPODDS: <u>40067</u>

Case/File No: <u>400-85</u>

Patricia A. Watts, C/O
Clapp, Peterson, VanFlein, Tiemessen, Thorsness
711 H Street, Suite 620
Anchorage, Alaska 99501-3454

**Date: July 17, 2006**
RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: _7/24/06_
_400-85_
Distribution: _PAWJ_

**Re: Prescription Records for: Bobbie J. Wade**

Brooks/ Eckerd has received your request for prescription records for the above-referenced patient.

Enclosed please find your original request documentation. We are unable to fulfill your request for the following reason(s):

☒ Eckerd does not maintain a centralized pharmacy records system. A search of backup computer tapes of prescription records for all Eckerd and Genovese stores can be performed upon receipt of a <u>retrieval</u> fee in the amount of $100.00. *approved pw*

☐ A manual search of original hardcopy prescriptions can be performed upon receipt of (1) store location, (2) prescription number(s), and (3) an administrative fee in the amount of $20.00, plus $20.00 for each prescription to be retrieved and copied.

☐ Because these are not your prescription records, we cannot release the requested information without a HIPAA compliant medical authorization signed by the patient (or their authorized representative) or a subpoena.

☐ Because the medical authorization submitted with your request is not HIPAA compliant (see highlighted portion of enclosed letter), we are unable to process this request. Refer to 45 C.F.R. §164.508, at http://www.hhs.gov/ocr/combinedregtext.pdf. A HIPAA compliant medical authorization is enclosed for your reference and/or use.

☒ Because the store location you provided is not valid, we are unable to process this request. Assistance locating a store is available at www.eckerd.com, select the "Find A Store" option.

☒ Other: On August 1, 2004, the Eckerd stores in Texas were sold to CVS/Pharmacy, Inc. If you need information for prescriptions purchased from Eckerd stores in Texas, contact the CVS/Pharmacy Privacy Office, One CVS Drive, Woonsocket, RI 02895. You can also call the CVS Privacy Office at (800) 287-2414 or fax your request to (401) 652-1593.

Upon return of your original updated request, this office will gladly process your request.

Gena Bianco
Privacy Office Supervisor
37728

EXHIBIT ___4___
PAGE _55_ OF _63_

23998

**CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

8/14/2006

PAY TO THE
ORDER OF    State of Alaska                                              $ **40.00

Forty and 00/100************************************************************************************** DOLLARS

State of Alaska
Retirement & Benefits
Records Custodian

Void after 90 days

**COPY NOT NEGOTIABLE** MP

MEMO    400-85 Records:  B. Wade

⑈023998⑈ ⑆125200057⑆ 2017204447⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                    23998

State of Alaska                                     8/14/2006
1200 · Client Costs Advanced          400-85 Records:  B. Wade              40.00

*E102* ✓

General Checking - Wells     400-85 Records:  B. Wade                         40.00

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                    23998

State of Alaska                                     8/14/2006
1200 · Client Costs Advanced          400-85 Records:  B. Wade              40.00

PAYMENT RECORD

General Checking - Wells     400-85 Records:  B. Wade                         40.00

EXHIBIT  4
PAGE 56 OF 63

# CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS

Attorneys at Law

A Limited Liability Company

## CHECK REQUEST

| Date of Request: *8/11/06* | Need by Date & Time *8/14/06* | Requestor: *NKK* |
|---|---|---|

| **Select One:** | ☐ Mail<br>☐ Hand Delivery<br>☐ Overnight<br>☒ Return to Requestor<br>☐ Other _____ | **Bill to:** | ☒ Client<br>☐ Firm<br>☐ Personal |
|---|---|---|---|

| Client/Matter No. **400-85** | Name: **WADE v Ilisagvik College, et al.** | |
|---|---|---|
| Payable To: **State of Alaska Retirement & Benefits** | | Amount **$40.00** |
| Address: | | Tax ID #: |
| City/State/Zip: | | Phone: (     )     - |
| Billing Explanation: **Records request** | | |

---

## TRAVEL REIMBURSEMENT

(include copies of ticket [or travel agent invoice] and receipts for all transportation, meals, and lodging—REQUIRED FOR COST BILLS)

| | |
|---|---|
| Airfare (include copy of ticket) | $ |
| Ground Transportation | |
|    Car rental and taxi outside of traveler's home city | $ |
|    Mileage for privately owned vehicle (     miles x $0.405 or $0.485 for 9/1/05-12/31/05) | $ |
| Meals | $ |
| Lodging (actual room costs only) | $ |
| Other, describe: | $ |
| **TOTAL TRAVEL** | $ |

---

SPECIAL INSTRUCTIONS:

Updated October 28, 2005

EXHIBIT__4__
PAGE 57 OF 63

24010

**CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

8/16/2006

PAY TO THE
ORDER OF    United States Treasury                  **$** **156.00

One Hundred Fifty-Six and 00/100************************************************************************************ DOLLARS

United States Treasury
RAIVS Team
Stop 38101
Fresno CA 93888

Void after 90 days

**COPY NOT NEGOTIABLE**

MEMO     400-85 Tax Records 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

⑃024010⑃ ⑆125200057⑆ 201720444 7⑃

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**

24010

United States Treasury                                             8/16/2006
1200 · Client Costs Advanced          400-85 Tax Records 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           156.00
                                                 Wade, Bobbie

*E102*

General Checking - Wells     400-85 Tax Records 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            156.00

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**

24010

United States Treasury                                             8/16/2006
1200 · Client Costs Advanced          400-85 Tax Records 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           156.00
                                                   Wade, Bobbie

PAYMENT RECORD

General Checking - Wells     400-85 Tax Records 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            156.00

EXHIBIT ___4___
PAGE _58_ OF _63_




530590 (12/05)

# CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS

Attorneys at Law

A Limited Liability Company

## CHECK REQUEST

| Date of Request: *8/15/06* | Need by Date & Time *8/16/06* | Requestor: *PAW* |
|---|---|---|

| **Select One:** | ☐ Mail<br>☐ Hand Delivery<br>☐ Overnight<br>☒ Return to Requestor<br>☐ Other _____ | **Bill to:** | ☒ Client<br>☐ Firm<br>☐ Personal |
|---|---|---|---|

| Client/Matter No. *400-85* | Name: *Wade v. Ilisagvik, et al* |
|---|---|

| Payable To: *U.S. Treasury* | Amount $**156** |
|---|---|
| Address: **Internal Revenue Service**<br><br>**RAIVS Team, Mail Stop 6734** | Tax ID #: **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** |
| City/State/Zip: **Ogden, UT 84201** | Phone: (    )    - |

| Billing Explanation: **request for tax  records** |
|---|

## TRAVEL REIMBURSEMENT

(include copies of ticket [or travel agent invoice] and receipts for all transportation, meals, and lodging—REQUIRED FOR COST BILLS)

| | |
|---|---|
| Airfare (include copy of ticket) | $ |
| Ground Transportation | |
|    Car rental and taxi outside of traveler's home city | $ |
|    Mileage for privately owned vehicle (   miles x $0.405 or $0.485 for 9/1/05-12/31/05) | $ |
| Meals | $ |
| Lodging (actual room costs only) | $ |
| Other, describe: | $ |
| **TOTAL TRAVEL** | $ |

SPECIAL INSTRUCTIONS:

EXHIBIT ___4___
PAGE _59_ OF _63_

**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

8/16/2006

PAY TO THE
ORDER OF     Social Security Administration                                                              $ **15.00

Fifteen and 00/100*********************************************************************************************** DOLLARS

Social Security Administration

Void after 90 days

**COPY NOT NEGOTIABLE**

MEMO     400-85 Soc Sec Earnings:  B. Wade

⑈024011⑈ ⑇125200057⑇ 2017204447⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                                    24011

Social Security Administration                                    8/16/2006
1200 · Client Costs Advanced          400-85 Soc Sec Earnings:  B. Wade                          15.00
                                      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

*E102*

General Checking - Wells     400-85 Soc Sec Earnings:  B. Wade                                   15.00

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**                                    24011

Social Security Administration                                    8/16/2006
1200 · Client Costs Advanced          400-85 Soc Sec Earnings:  B. Wade                          15.00
                                      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

PAYMENT RECORD

General Checking - Wells     400-85 Soc Sec Earnings:  B. Wade                                   15.00

EXHIBIT  4
PAGE 60 OF 63

530590 (12/05)

# CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS

Attorneys at Law

A Limited Liability Company

## CHECK REQUEST

| Date of Request: *8/15/06* | Need by Date & Time *8/16/06* | Requestor: *PAW* |
|---|---|---|

| **Select One:** | ☐ Mail<br>☐ Hand Delivery<br>☐ Overnight<br>☒ Return to Requestor<br>☐ Other _____ | **Bill to:** | ☒ Client<br>☐ Firm<br>☐ Personal |
|---|---|---|---|

| Client/Matter No. *400-85* | Name: *Wade v. Ilisagvik, et al* |
|---|---|

| Payable To: *Social Security Administration* | Amount $**15** |
|---|---|
| Address: **Social Security Administration**<br><br>**Division of Earnings Record Operations**<br><br>**P.O. Box 33003** | Tax ID #: |
| City/State/Zip: **Baltimore, MD 21290-3003** | Phone: (800) **772-1213** |
| Billing Explanation: **Social Security earnings records** | |

---

## TRAVEL REIMBURSEMENT

(include copies of ticket [or travel agent invoice] and receipts for all transportation, meals, and lodging—REQUIRED FOR COST BILLS)

| | |
|---|---|
| Airfare (include copy of ticket) | $ |
| Ground Transportation | |
|    Car rental and taxi outside of traveler's home city | $ |
|    Mileage for privately owned vehicle (    miles x $0.405 or $0.485 for 9/1/05-12/31/05) | $ |
| Meals | $ |
| Lodging (actual room costs only) | $ |
| Other, describe: | $ |
| **TOTAL TRAVEL** | $ |

EXHIBIT __4__

PAGE _61_ OF _63_

24198

**CLAPP, PETERSON, VAN FLEIN,**
**TIEMESSEN & THORSNESS, LLC**
711 H STREET, SUITE 620
ANCHORAGE, AK. 99501-3454
(907) 272-9272

WELLS FARGO BANK
Fairbanks, Alaska 99701
89-5/1252

9/29/2006

PAY TO THE
ORDER OF     Providence Alaska Medical Center                                    $  **19.20

Nineteen and 20/100*************************************************************************************************************** DOLLARS

Providence Alaska Medical Center
Attn:  Health Information Services
PO Box 196604
Anchorage AK 99519-6604

Void after 90 days

**COPY NOT NEGOTIABLE** MP

MEMO     400-85 Medical Records:  B. Underwood

⑈"024198"⑈ ⑆125200057⑆ 201720444 7"⑈

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**

24198

Providence Alaska Medical Center                                9/29/2006
1200 · Client Costs Advanced              400-85 Medical Records:  B. Underwood                           19.20
                                          Invoice No. 0609-1853 9/25/06

*E102*

General Checking - Wells     400-85 Medical Records:  B. Underwood                                        19.20

---

**CLAPP, PETERSON, VAN FLEIN, / TIEMESSEN & THORSNESS, LLC.**

24198

Providence Alaska Medical Center                                9/29/2006
1200 · Client Costs Advanced              400-85 Medical Records:  B. Underwood                           19.20
                                          Invoice No. 0609-1853 9/25/06

PAYMENT RECORD

General Checking - Wells     400-85 Medical Records:  B. Underwood                                        19.20

EXHIBIT____4____
PAGE 62 OF 63

530590 (12/05)

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: _9/28/06_
Response Due: _400-85_
Distribution: _law to PTW for approval_

Attn: PATRICIA A. WATTS
CLAPP, PETERSON, VAN FLEIN
LAW OFFICES
711 H STREET, SUITE 620
ANCHORAGE, AK 99501-3442

INVOICE
September 25, 2006

TEL:  272-9272F272-9586

Listed below is the invoice for the Protected Health
Information (PHI) you have requested. This information
consists of copies of PHI maintained in the Health
Information Services Department at Providence Alaska Medical
Center only.  Please submit payment along with a copy of
this invoice upon receipt.  To assure your account is
credited correctly, PLEASE MAIL TO THE ADDRESS BELOW:

          Providence Alaska Medical Center
          Attention: Health Information Services
          P.O. Box 196604
          Anchorage, AK 99519
          Tel: (907)261-3170 Fax:(907)261-3658
          Hours: Mon - Fri  8am - 5pm

The enclosed records are intended only for the use of the
individual or entity to which they are addressed and may
contain information that is CONFIDENTIAL, privileged, or
protected.  If the reader of this message is not the
intended recipient, you are notified that any disclosure,
distribution, or copying of this information is prohibited.

IF YOU HAVE RECEIVED THESE RECORDS IN ERROR PLEASE NOTIFY US
IMMEDIATELY BY CONTACTING OUR RISK MANAGEMENT DEPARTMENT AT
907-261-5657 and return the original documents to us at the
above address via the United States Postal Service.
SECONDARY RELEASE OF THESE RECORDS WITHOUT PATIENT
AUTHORIZATION IS PROHIBITED.

          FEDERAL TAX ID# 92-0016429N

     I N V O I C E  no:  0609-1853  09/25/2006
     -----------------------------------------

| PATIENT NAME | MR NUMBER | DISCHARGE DATE | RECEIVED DATE | AMOUNT CHARGED | BALANCE |
|---|---|---|---|---|---|
| UNDERWOOD, BOBBIE J. | 00138228 | | 08/09/2006 | 19.20 | 19.20 |
| 1-15 pages | 1 @ | $15.00 = | 15.00 | | |
| 16-100 pages | 14 @ | $0.30 = | 4.20 | _approved pw_ | |
| TOTAL | | | | $19.20 | $19.20 |

EXHIBIT___4___
PAGE 63 OF 63